

# ACREAGE CANCER REVIEW
# PALM BEACH COUNTY

# August 2009

# Florida Department of Health
# Division of Environmental Health
# Bureau of Environmental Public Health Medicine



Charlie Crist
Governor

Ana M. Viamonte Ros, M.D., M.P.H.
State Surgeon General

EXHIBIT "A"

## TABLE OF CONTENTS

| | |
|---|---|
| **Executive Summary** | 3 |
| **Level 1: Preliminary Cancer Cluster Assessment** | 5 |
| **Background** | 7 |
| **Florida Cancer Data System (FCDS) Review** | 7 |
| **Other Facts about FCDS and Cancer Rates** | 8 |
| **Brain Cancer Epidemiology** | 9 |
| **Determination of the Geographic Area** | 10 |
| **The Acreage Community** | 10 |
| **Population Data** | 10 |
| **FCDS Data Search** | 11 |
| **Acreage Analysis** | 11 |
| **Preliminary Assessment of Environmental Agents and Contamination Concerns in the Acreage** | 12 |
| **Results (Malignant Only)** | 13 |
| **Type of Brain Cancers** | 15 |
| **Results with Benign and Borderline Brain Cancers** | 15 |
| **Additional Analysis** | 16 |
| **Limitations** | 16 |
| **Conclusions** | 19 |
| **Recommendations** | 19 |
| **References** | 21 |
| **Appendix A.** | 22 |
| **Attachment I** | 32 |

## Executive Summary

Florida Department of Health (DOH) concluded a Level I[1] cancer inquiry in the Acreage community of Palm Beach County in response to resident concerns. Providing accurate public health information using sound scientific investigation principles is the best way in which DOH can help residents of the Acreage make informed and appropriate decisions at this time.

This inquiry was designed to determine whether DOH could find evidence of elevated cancer rates in the Acreage community. In other words, whether the number of observed cancer cases in the community is higher than the number of expected cases based on cancer rates found within Palm Beach County or within the state as a whole. A Level I inquiry uses existing data sources. In this case the Florida Cancer Data System (FCDS) was the source for cancer data and the 2000 Census provided the most recently available published population data. All forms submitted by residents were verified against FCDS records. The time period examined was 1995 to 2007, with more analysis focused on the later years (2000-2007). The study included all types of malignant brain cancers as well as central nervous system (CNS) tumors. Benign and borderline brain cancers and CNS tumors were reviewed beginning in 2004, when data were first available. Based on review of the literature it is important to note that brain cancer is not a single uniform disease but different diseases with different risk factors.

A search of FCDS records identified 1369 total cancer cases among all age groups in the Acreage. Twenty three cases of malignant brain cancers and other CNS tumors were found among residents of any age in the period 1995-2007, 18 of these occurred in the period 2000-2007. Six of these 18 cases were pediatric brain cancers and CNS tumors. In addition to these cases, 9 additional cases of borderline or benign brain and other CNS cancers were found for 2004-2007, none among children.

Looking over a ten year period, five different types of brain cancer were identified among children; eight different types of cancer were identified in adults. In order to explore whether a particular type of brain cancer was elevated, state registry data for a 10 year period was also reviewed. No one particular type of brain cancer or CNS tumor appeared to be more common than expected when compared to statewide data.

The analyses showed increased rates of total cancers particularly for the years 2000-2007. Females, particularly children, experienced an increased rate of brain cancers during this period. Highest rates of brain cancers were seen in 2005-2007. The most recent data by age-groups available for the Acreage population are from the 2000 census. The population in the Acreage has grown in recent years. Some of the increases in rates of total cancers and in brain cancers in the Acreage may simply be because there are more people there now than in 2000.

**Conclusions:**
- 1369 cancer cases were found among Acreage residents of any age during 1995-2007.
- Six pediatric brain cancer cases of five different cancer types were found among children in the Acreage during the period 1997-2007. Fifteen brain cancers and other CNS tumors of eight different types were found among adults during this period, 1997-2007.
- Brain cancer rates in girls were higher than expected over the same time period.
- Total cancer rates were also elevated in the Acreage. Rates have been increasing from 2000-2007, although based on changes in population this may not represent a true increase.

- The increases in total cancer and in brain cancers may be a reflection of population numbers that are not current.

A Level II cancer cluster inquiry will follow and the activities will be:

- To recalculate cancer rates using more recent population estimates.
- To verify if any particular type of brain cancer is more common than expected.
- To describe the residence history and other risk factors of pediatric brain cancer cases through interviews.
- To continue coordinated efforts with Florida Department of Environmental Protection.

*Excerpt from Florida Department of Health Cancer Inquiry Protocol:*

## Level 1: Preliminary Cancer Cluster Assessment

The Level I phase is intended to primarily involve collection of information surrounding the cases, the geographic area in question, the cancer types involved, and any suspected environmental exposures and contaminants perceived to be associated. Cases submitted via the Patient Listing Form will be verified against cancer incidence records collected by the state cancer registry, FCDS.  Cases not verified by the FCDS database or a medically reliable source (e.g. physician's record, medical facility record, or death record) are excluded from data analysis.  Once verification is complete, a descriptive analysis of cases is conducted.  This may include but is not limited to data summarization by cancer type, sex, age at diagnosis, race, and/or other basic factors.

A literature search should be undertaken for inquires that are perceived to be linked to an environmental or occupational agent.  The literature search will be conducted to identify information related to environmental agents and cancer.  State environmental resources will also be searched to determine if the site is proximal to a listed National Priority List site or DEP identified-contaminated site and to gather all available documents on risk assessments done at this site.

The Level I phase of the inquiry is viewed as the data gathering step; cancer cases are identified and verified, environmental contaminants are identified and verified where applicable, and the situation surrounding the inquiry is more thoroughly described.  At the end of this phase, the inquiry may be considered closed in certain situations. Inquiries may be closed when:
- very few or none of the cancer cases are verified or;
- when only a wide variety of disparate cancer types are identified; or
- when only other factors come to light that do not plausibly support the possibility of an increase in cancer.

Completion of the following step(s) is encouraged before proceeding to Level II:
1. Case verification is complete.
2. Literature search is conducted on the suspected environmental agent and cancer.

For inquires that are perceived to be linked to an environmental or occupational agent, the investigation and confirmation of the following criteria are encouraged before proceeding to Level II:

1. There has been a minimum time period from the start of suspected contamination to present that allows for a cancer latency period to have occurred.  The range for cancer latency is generally considered 8 to 20 years or more depending upon the type of cancer.  Latency for pediatric cancers is thought to be much shorter, and is generally considered 1 to 8 years.
2. The suspected contaminants are identified and have carcinogenic potential at the levels found at the site based on published scientific literature and/or consultations with experts at the state and federal level, such as within the Agency for Toxic Substance and Disease Registry (ATSDR) or within the EPA.
3. A completed pathway for the contaminant(s) that allows for human exposure.

4.   The suspected duration of exposure for the population is at least one year unless a one time highly concentrated acute exposure is suspected.  Duration of exposure parameters may be viewed by the State Toxicologist.

**Background:**

On May 13, 2009 an email came into the Florida Department of Health, Bureau of Epidemiology, (State Epidemiologist, Dr. Richard Hopkins) requesting assistance in investigating a possible increase in childhood brain cancers in an unincorporated area west of Palm Beach called the Acreage.  The individual was a concerned resident whose child had been recently diagnosed and treated for brain cancer.  The resident stated that in the course of treatment for her child she had learned about numerous other families in the area with similar cancers and felt that there were an alarming number of brain cancers, particularly among children in her area.  The Florida Department of Health (FDOH), Division of Environmental Health (EH), began an investigation using the Florida Cancer Inquiry protocol and accompanying attachments and this inquiry is numbered CI2009001PB.

On May 14, 2009 an initial contact letter was sent to the citizen providing an explanation of the general steps involved in the Cancer Inquiry process and providing some additional information and links.  A dozen copies of the Patient Listing Form (PLF) were also included and the initiator was asked to complete, sign and return the form to FDOH. The resident had indicated that she would be willing and comfortable asking other members of the community to complete this form.  These fellow residents had the option of completing the form and sending it in to FDOH on their own or allowing the citizen initiator to send it in with other forms as a package.  The letter was mailed and emailed to the resident and the PLF was provided as a template attachment.  Information provided on the PLF is compared to data in the state cancer registry to verify address, time of diagnosis and type of cancer.  The related PLFs are used to get an initial overview of the types of cancers seen in the community as well as the size and location of the geographic area in question.  Attachment 1 includes a copy of the initial contact letter and template PLF.

For this inquiry, FDOH began a Level I inquiry (the first level of investigation) and utilized existing published data to accomplish the review for the period 1995-2007.  The Florida Cancer Data System (FCDS) and 2000 census data (both available electronically to the Department) were the primary data sources for this Level I review.

The purpose of the Level I review was to determine whether there is an increase in brain cancers or pediatric brain cancers in the Acreage area over what may be expected based on FCDS data during the time period 1995-2007.  This type of assessment cannot be used to link an exposure to a health outcome such as cancer. In other words, causality cannot be established.  Studies or reviews such as this Level I review presented here for the Acreage are not able to show a link between specific cancers and specific causes such as environmental contaminants.

**Florida Cancer Data System (FCDS) Review:**

The FCDS was established in 1981 and contains information on cancers diagnosed since then through 2007 (at the time of this report the 2007 data was available but still considered provisional).  Hospitals, free standing ambulatory care centers, radiation therapy facilities, pathology laboratories, physician offices and dermatopathologists offices are required to report incidence data to FCDS.  The FCDS is an award winning cancer registry, receiving the highest level of national certifications possible which reflects receiving or exceeding national standards for data accuracy, completeness and

timeliness of reporting.  The FCDS serves as the repository of cancer data as reported for state residents.  Over the years, numerous steps have been taken to improve the completeness of the data set, the timeliness of the reporting and to expand the number of facilities required to report as well as the types of cancers reported.  Hospital discharge data, ambulatory surgical center data and death certificate data are also linked with FCDS on an annual basis in order to identify any possible missing cases. FCDS annually also links with data provided by the Florida Association of Pediatric Tumor Programs (FAPTP) in order to assure all pediatric cancers known to FAPTP are represented in FCDS.  Of particular importance for this investigation are changes to reporting requirements effective in January 2004.  All patients with a newly diagnosed, benign or borderline brain or central nervous system (CNS) tumors, diagnosed on or after January 01, 2004, whether being treated or not were made reportable to FCDS.

There are a few exceptions to the broad reporting requirements for cancer in Florida; a few of these may have some relevance in the Acreage investigation and are listed below:

a. Data on non-melanoma skin cancers are generally not reported to FCDS.  This is not a cancer of concern in the Acreage area but as some analyses have been examined for 'all cancers' this exception is noted.

b. Reporting of some early stage in-situ cancers, such as early stage cervical cancer, is also not thought to be complete and thus early stage cervical cancers are not included in this analysis.  Early stage cervical cancer is not a cancer of concern in the Acreage area but as some analyses have been examined for "all cancers" this exception is noted.

c. Veteran Administration hospitals (VA's) are not required to report to FCDS. FDOH routinely receives records from military facilities (bases).  Acreage residents who received health care solely though a VA facility (not military base care) may not be represented in FCDS records.

**Other Facts about FCDS and Cancer Rates:**

FCDS contains data on Florida residents only and thus former Florida residents who move out of state and are then diagnosed with cancer after they are considered residents of other states may not be present in the registry.  Some states do reciprocate and provide data to FCDS on Florida residents who are diagnosed with and receiving care in other states.

Persons with multiple primary cancer diagnoses contribute multiple records to the data base, meaning there is an individual record for each instance of primary cancer diagnosis and one individual may contribute more than one record. Some cancers are known to metastasize to the brain, in these situations, the cancers are recorded by FCDS based on the primary site of cancer and not counted as a case of brain cancer.

All records list the date of the initial diagnosis for the primary cancer and all records contain the address at the time of diagnosis as well as the current or last known address.  Residence history (time lived in a community or at a particular address) is not found in FCDS or in any other vital statistics record.

In addition, records are unduplicated so that there exists only one record for each individual primary cancer, regardless of the number of sources (such as laboratories, physician offices, hospitals) that report the case.

**Brain Cancer Epidemiology:**

Central nervous system tumors are the most common solid tumors occurring among children, with glioma (consisting of astrocytomas, ependymomas and other glial tumors) as the most common type of malignant CNS tumors among children.  The incidence of malignant pediatric brain tumors appears to be on the rise based on National Cancer Institute data and various factors such as improved diagnostics and possible increased exposures to environmental triggers have been hypothesized to play a role, although this increase is still being studied.  Fortunately, survival rates have increased in recent years.

In general, white children and males are at greatest risk for pediatric brain cancers. There are few known risk factors for brain tumors in children.  Ionizing radiation and certain specific genetic conditions are documented, and a family history of brain cancer does appear to also increase the risk.  Numerous recent studies have explored a variety of risk factors for brain cancers: consumption of nitrates, prenatal or postnatal exposure to radiation, parental occupation involving certain chemical exposures, electromagnetic field exposure, home treated with pesticides, insecticide exposure, exposure to farm animals, exposure to sick pets, having a tonsillectomy, neonatal distress, neonatal infections and other maternal and childhood exposures have all shown weak associations with increased risk of brain cancers in one study or another but have not consistently and repeatedly been seen as a risk factor.  One issue that limits studies on adult or childhood brain cancer is the rarity of brain cancers and the variety of types of brain cancers that comprise this diagnosis.  The majority of brain cancers remain of unknown cause (Ross and Spector, 2006; Preston-Martin, Munir and Chakrabarti, 2006; Hemminki, Kyyronen and Vaittinen, 1999; Preston-Martin, Yu, Benton and Henderson, 1982; Linet et al., 1996; Cordier, et al, 1994; Gold, et al, 1979; Singer and Byrne, 2001; Singer and Byrne, 2002).

Epidemiologic studies examining pesticide, herbicide and insecticide exposure with brain cancer incidence illustrate the difficulties in summarizing associations between brain cancers and exposures.  Several case-control studies have shown an association between household pest exterminations and an increase in childhood brain tumors but others have not shown such an association.  According to a review article published in 1999, most studies examining maternal and childhood pesticide exposure found an association with increased risk of childhood brain tumors, but some did not.  In addition, some studies examined all childhood brain tumors while others explored only specific types such as neuroblastomas, making comparisons between studies difficult.

Any assessment of cancer concerns in a community, especially where the concern is related to childhood cancers, involves heightened citizen concern and awareness of all adverse health outcomes.  It is important to realize that cancer is not a rare disease when viewed over an individuals' lifetime.  The American Cancer Society estimates that 1 in 3 individuals will be diagnosed with cancer in their lifetime.  In 2006, over 100,303 new cases of cancer were reported in Florida with Palm Beach County reporting 8,064 cases.  In 2006, there were 1,346 cases of malignant brain cancer and other CNS cancer cases reported with 117 cases in Palm Beach County.  There were 122 cases of malignant pediatric brain cancer in 2006 and 9 cases were in Palm Beach County.  The

2006 age-adjusted incidence rate of all cancer for the state of Florida was 433.13 cases per 100,000 individuals; Palm Beach County had an age-adjusted rate for 2006 of 426.58 cases per 100,000.

Overall, the four most common types of cancer in the US are lung and bronchus, prostate, breast and colorectal cancers.  Florida shares this same pattern.  In general, whites have a higher incidence of most cancer types.  Cancer rates, stage of cancer at diagnosis, survival rates, and types of cancer vary by age, by sex and by race and all of these components have changed over the last decades with changes in medical practices and in treatments.

**Determination of the Geographic Area:**

For the FDOH review of the cancer data for the Acreage area a determination of the geographical areas and boundaries was first made on the parcel designation for the area obtained from the Florida Department of Revenue (zoning map).  The parcel designations are most often used for zoning, building and permitting purposes but first served to define the area.  The parcel designation does not have population estimates associated with it.  The corresponding zip codes (33411, 33412, and 33470) were explored and determined to encompass an area much larger than the actual Acreage. The census blocks for the Acreage area (2000 census data) were also explored and found to exactly correspond to and exactly overlay the parcel boundaries for the Acreage (Map 1-2).  This correspondence between census blocks and parcel designations allowed for population estimates specific to the Acreage area.  Census blocks were used for this Level I analysis and 850 census blocks were used to define the area of concern for the Acreage inquiry.

Once cancer cases were selected from FCDS based on general area (zip codes), addresses were further geocoded using Arc GIS in order to be placed within or outside of the Acreage area for analysis.  Only those cases geocoded to be within the Acreage area census blocks were included in the analysis.

**The Acreage Community:**

The Acreage is located in an unincorporated area roughly 15 miles northwest of Palm Beach and is located in the areas near Royal Palm Beach and Loxahatchee Groves. Most of the residents live on one acre or more lots designed to provide a private rural setting and much of the building began in the 1980's.  The area is served by private drinking water wells and septic tanks.  The area is crisscrossed by mostly dirt roads, canals and storm water drainage channels and some residents have farm plots, pets, horses and other types of rural land usage.  The area previously had citrus groves, agricultural acreage and nurseries active on-site and some of those companies are still in operation in the area.

**Population Data:**

No recent population data were available for the Acreage area that provided estimates by age group and by gender. Population by age group, race and by gender was extracted for the 2000 census blocks from the US Census Bureau fact finder website (http://factfinder.census.gov/).  Population data were not available by census block for the 1990 census years, and were only available for a much larger geographical area

(census tracts) for 1990. For the purpose of this Level I inquiry, it was decided to use the 2000 population data and assume a stable population for the period under study.

For the Acreage community in 2000, the census data counted 29,036 individuals. Table 1 provides a breakdown of the population by gender and age group. By comparison, the 2000 census data lists 69,608 individuals in the three zip codes that serve the Acreage area, slightly more than two times the Acreage community. The limitations of using the 2000 census data (and assuming no increase) as the population source for the time period are discussed in a later section of this report.

For all areas of the analysis population data was multiplied by the number of years examined. For instance, the population data for the three year estimates were calculated by multiplying the 2000 Acreage population numbers by three: 3 x 29,036 = 87,108. Additionally, to be consistent with Acreage population estimates, the population data for Florida and Palm Beach County also were obtained from the 2000 census and population data for analysis were calculated as stated above.

**FCDS Data Search:**

FCDS was searched for cancer cases related to the Acreage area using the three relevant zip codes as broad catchments areas for the period 1995-2008. 2008 cases were captured although 2008 data are not considered complete enough by FCDS standards for use in the analysis. All cases of cancer having any patient address within the three zip codes broadly defining the Acreage area were pulled and then further geocoded to the area. Only cases geocoded to the Acreage area were included in this study. Of note, residents whose cancers were diagnosed after leaving the Acreage area, who were diagnosed and treated in a VA facility, and those who did not seek and receive confirmed diagnoses would not be present in the data set.

**Acreage Analysis:**

The primary focus of this report involves malignant cancers of the brain for the period 1995-2007 and benign and borderline tumors of the brain for the period 2004-2007. As another analysis tool, a category 'all cancer' is also examined for the general population in order to better understand the overall cancer burden of the community. Where possible, results are shown for adults ($\geq$ 20 years of age) versus pediatric (0-19 years of age) cancers, and by gender. As the population of the Acreage is predominately white, results by race are not presented. All rates were age adjusted. For purposes of comparison, rates for Palm Beach County and for the state of Florida were used to produce expected counts of cancer.

In assessing whether the Acreage is experiencing an increase in cancer, Standard Incidence Ratios (SIRs) were used. This involves comparing the observed number of cancer cases to a number that would be expected if the community were experiencing the same rate of cancer as a larger comparison area (in this case Palm Beach County or the state of Florida). Specifically, this is done by calculating rates for the comparison area minus the Acreage. These rates were multiplied by the population in the Acreage based on 2000 census data. The final number was the expected number of cases in the Acreage. The observed number of cases in the Acreage was then divided by the expected number of cases in the Acreage. This ratio of observed over expected is

called an SIR.  All rates (and the SIRs) in this study were age-adjusted. The SIR is considered elevated when it is over 1.0 and it is considered statistically significant if the 95% interval between the lower and higher confidence limits does not include 1.0.  As an example, if 100 cases are observed and 25 cases would be expected based on comparison cases, the SIR would be 4.  This elevation would be considered statistically significant if the lower confidence intervals surrounding this were at least 1.1 (does not include 1.0).

For the period from May until August 11, 2009, the Acreage community forwarded 140 PLFs to the FDOH.  The information on these forms was checked against FCDS records, and 90 PLFs contained information that could be verified as a cancer case listed within FCDS. One PLF listed an Acreage address that could not be located with an Acreage address in FCDS; further research indicated a miscoding in the registry address field and this record was recoded and included in this study (this record is included in the 90 verified PLFs). This was the only cancer case that use of FCDS data alone (without PLFs) would have missed and this case was in the FCDS data base but with an incorrect zip code.  Sixteen forms concerned cancers diagnosed in 2009 and were too recent to be located in the FCDS data base.  Eight PLFs contained information on a non-cancerous diagnosis (epilepsy, non-melanoma skin cancer, etc.) and therefore were not found in FCDS. The remaining 26 PLFs that were not found in the FCDS records were related to addresses outside of the Acreage area, had incomplete information that did not allow verification against FCDS data, or the information provided was complete but were not able to be verified within FCDS.  Of the 26 PLFs not able to be verified, only 12 listed an Acreage–related zip code.  Of the 90 PFLs that could be verified in FCDS, 60 were geocoded to the Acreage, 12 were outside of the Acreage but in one of the three relevant zip codes and 18 were not in a relevant zip code. Additionally, 3 of the 90 PFLs were found in FCDS but were for cancers diagnosed prior to 1995.  In summary, 60 PLFs contained information on Acreage residents that could be verified and used in this analysis.  Please note that FDOH did include all cases of cancer found in FCDS that could be geocoded to the Acreage area in our analysis, not just those cancer cases submitted through a PLF.

**Preliminary Assessment of Environmental Agents and Contamination Concerns in the Acreage:**

Most cancer cases are not able to be linked to an environmental contaminant and the etiology of brains cancer is largely unknown.  The contaminant and accompanying risk factor most linked to cancer is cigarette smoking.  This affects cancer rates of many different anatomical sites.  For the Acreage area, no evidence of widespread contamination is known.  The community is an unincorporated area that currently contains at least one active citrus grove, has some light agricultural use, and has numerous small farms including stables.  Some of the homes may have been built upon old citrus groves or farm land.  The area is adjacent to current citrus groves, farm land, sugar cane fields and is served by private wells.  The area is also crisscrossed by canals and storm water drainage channels which can act as pathways for contaminants given the right conditions.

There are no known National Priority Listing (NPL) sites proximal to the Acreage.  The nearest active site currently undergoing remediation is the Pratt Whitney site which is 4-6 miles away from the Acreage.  Contaminants, including 1-4 Dioxane, have been noted on-site but there is no evidence that any contamination has migrated near the Acreage.

**Results (Malignant Only):**

**Overview 1995-2007**
An FCDS search for cancers in the Acreage area found 1,369 cases of any type of cancer (benign and borderline included in total numbers only from 2004 onward) in the period 1995-2007 among all age groups. Comparison to Palm Beach County and to state rates for the same time period yielded an expected number of total cancers of 1,056 based on state values (and 1,052 based on county values). Computation of an observed number of cancer cases over expected number of cancer cases yields an elevated Standardized Incidence Ratio (SIR) for this time period. This overall SIR is 1.3 and represents a statistically significant increase (the confidence interval does not include 1.0) whether compared to state or to county levels (Table 2). Analysis by gender also displayed elevated SIR's for all cancer for males and females (statistically significant).

For the same time period (1995-2007), a total of 23 brain cancers and other central nervous system (CNS) tumors (22 brain cancers, 1 CNS cancer) were found among all age groups. Comparison with an expected number of brain and other CNS tumors yielded a slightly elevated SIR (1.2) but results were not statistically significant for the state or for the county ratio. Analysis by gender also yielded non-significant results, although the ratio for females was elevated particularly for malignant brain cancers and approached statistical significance (Table 2).

**Overview for 2000-2007**
Based on resident comments, the increase in brain cancers was thought to be a more recent trend. The above analysis was also done for the period 2000-2007 in order to explore the concept of a more recent increase. For this shortened time period, a total of 1,026 cases of all cancer were found, producing an elevated SIR of 1.6 which was statistically significant and represented an increased SIR over the 1995-2007 analysis. Analysis by gender also yielded elevated SIRs for all cancer which were statistically significant (Table 3). In other words, the category "all cancers" was elevated (statistically significant) for the Acreage area when compared to what would be expected based on county or on state rates for the same time period and this pattern held for males and for females.

For the same time period, a total of 18 brain cancers and other CNS tumors (17 cases of malignant brain cancer) were found among all age groups. Comparison with the expected number yielded slightly elevated SIRs' but these again did not reach statistical significance. Analysis by gender yielded primarily non-significant results, although the ratio for malignant brain cancers among females when compared to Florida state rates was significantly elevated (Table 3).

The analysis for the period 2000-2007 was also done for adults (age 20 or greater) and for children (age 0-19). Among adults, rates for all cancers were elevated (statistically significant) as were rates for males and females (data not shown). These results are similar to those seen for the period 1995-2007 and again for 2000-2007. For children, the FCDS search identified 15 total cancer cases and 6 cases of brain cancers (malignant) in this age group. All cancer rates for pediatric patients were not elevated in this time period. Pediatric brain cancer rates were somewhat elevated with an SIR of 2.4 (comparison to state). Analysis by gender revealed an SIR of 4.4 among female children for brain cancers only (5 observed and 1.1 expected in the state comparison).

The SIR for brain and other CNS tumors was also elevated (4.0) for female children. The results for male children were non-significant but there was only one case among males in this time period (Table 4).

As can be seen in the provided tables, the total number of pediatric cases, particularly brain cancer cases, is small. Brain cancers are rare among children, and although 6 cases appear to represent an excess over expected, these very small numbers make analysis and interpretation difficult. In some years, no cases of brain cancers were reported to FCDS from the Acreage area. For this particular analysis presented in Tables 2-4 for the period 1995-2007 and for 2000-2007 only malignant brain cancers and other CNS tumors were addressed since benign and borderline brain cancer cases were not reportable until 2004. Analyses including borderline and benign brain cancers are presented later in the results section.

**Three Year Rates:**
Given the small number of cases of brain cancers (n=18) it is not possible to explore each year separately. These 18 cases represent malignant brain cancers among all age groups for the years 2000-2007. Discrete three year periods were explored in order to better define issues surrounding the increased rates of all cancers and of brain cancers (1996-1998, 1999-2001, 2002-2004, 2005-2007). Further exploration of the rates was done for all cancers and for brain cancers considered in discrete three year increments to obtain a more refined statement of whether there may be increased rates of these cancers in the Acreage.

Beginning in the period 1999-2001, and continuing through to 2005-2007, counts for all cancer were elevated in the Acreage when compared to expected counts based on county and on state values (Table 5). Beginning in the period 1999-2001, counts for brain cancers and other CNS tumors were somewhat elevated over expected but these small elevations were not statistically significant (Table 6).

Male residents of the Acreage appeared to have increased counts of all cancers beginning in the period 1999-2001 although these were statistically significant for the years 2002-2004 and 2005-2007 only (Table 5). This was true for both the county and state level comparison (county comparison not shown). Males did not show an increase in brain and other CNS cancer cases over expected in any of these three year time increments in either the state or county comparison (Table 6).

Female residents of the Acreage appeared to have an increased count in all cancers beginning in 1999-2001 continuing to 2005-2007 with all periods statistically significant in both county and state comparisons (Table 5). Female brain cancers and CNS tumor rates were statistically elevated for the period 2005-2007 in both comparisons and in 1999-20001 for the county level comparison (Table 6).

**Pediatric Cases**
Pediatric cancer cases were also explored for discrete three year time periods within the years 1996-2007. There were 18 cases of any cancer among children age 0-19 in the time periods 1996-2007 and this did not appear to represent a significantly elevated rate among children in the Acreage area for any of the discrete three year periods. This is in contrast to what was seen among adults where initial analysis did indicate an increase for all cancers among adult Acreage residents in years beginning 1999-2001 (adult data not shown for three year increments). However, brain cancers and CNS tumors counts

14

were elevated among children (4 observed and 1 expected) for the period 2005-2007 and this result was significant.  Children in the Acreage did not show an increase in all cancers in these time  periods but did show a statistically significant  elevation for brain and CNS tumors for the period 2005-2007 with an SIR of 3.9 (Table 7).  Of note, although the 2008 data are not complete, 4 cases of brain and CNS tumors among Acreage residents are currently known to the registry, 3 of which are among children (one male and two female). Pediatric cases for brain cancer occurred throughout the time period 1995-2008 with most cases appearing in 2004/2005 and in 2008.

**Type of Brain Cancers:**

Brain cancers are a diverse group of tumors with numerous tumor types (McCarthy, et al, 2002). Different types of cancers have different risk factors. In other words, it is unlikely different types of brain cancers share the same cause. Table 8 presents brain tumor types among pediatric and adult cases found in the Acreage and the corresponding percentages these types of brain cancers represent for the state as a whole (over the last 10 years).  As would be expected, the most common type of brain cancer among Acreage children was Pilocytic Astrocytoma; this is also the most common type of brain cancer among Florida children representing approximately 30% of all cases of brain cancer among children in the Acreage (and 25% of all cases among Florida children).  The other types of brain cancer among children found in the Acreage (Ependymoma anaplastic, Glioblastoma, Glioma, Mixed Glioma, etc) are represented by one case each during the time period 1997-2007.  The distribution of adult types of brain cancer found in the Acreage also follows an expected pattern based on the state values for the last ten years.  Analysis by type of brain cancer would be helpful in furthering understanding this issue in the community, given that most types of brain cancer had only one case each and the most frequent type (Pilocytic Astrocytoma) had 2 cases making sub-analysis by type impossible.

**Results with Benign and Borderline Brain Cancers:**

In 2004, Florida statute required the additional reporting of all borderline and benign cases of brain cancer to the FCDS.  For the period 2004-2007, this added 9 additional cases of brain cancer and other CNS tumors to the Acreage area count.  Comparisons of these observed cancer counts to expected counts for benign and borderline cases based on state and county rates showed no elevated rates, nor did analysis by gender show any elevated counts (confidence intervals surrounding SIRs included 1.0).  No cases of borderline or benign brain cancer occurred among children in this time frame (data not shown).

Combining borderline, benign and malignant brain cancers for the period 2004-2007 resulted in a total of 23 cases of brain cancers and other CNS tumors among Acreage residents in this time period.  When borderline, benign and malignant brain cancers only (CNS tumors excluded) are examined, elevated SIR's of 2.0 (statistically significant) are found.  Similar results and SIR were found for this same period for malignant brain cancers (data not shown).  Analysis for adults did not show any statistically significant increases.  Analysis for females also produced a statistically significant SIR (2.9), an increase not seen among males (Table 9). In summary, analyses for females show a statistically significant increase in both malignant brain and other CNS tumors (2005-2007) and benign, borderline and malignant brain and other CNS tumors (2004-2007).

15

Combining borderline, benign, and malignant brain cancers for the period 2004-2007 for pediatric cases also produced evidence of significantly increased counts for brain cancers and for brain cancers and other CNS tumors. This increase was most strongly seen when the Acreage was compared to state values.  Analysis for pediatric cases by gender again revealed the pattern of increased counts of brain cancer for females with an elevated SIR of 5.5 (Table 10) and increased counts for brain and other CNS tumors with an elevated SIR of 4.7. As no cases of borderline and benign brain cancer were noted among children in the period 2004-2007, these results are best viewed as associated with the malignant brain cancer cases seen in 2004/2005.  The SIR related to pediatric cases of malignant only brain cancers among females for the period 2004-2007 were 5.3 (2.1, 13.5 confidence interval) for the comparison to Palm Beach County and 6.8 (2.7, 17.3 confidence intervals) for the state comparison (data not shown). These elevated SIRs are not surprising as the majority of cases fell in the years 2004 and 2005 and inclusion of preceding or succeeding years would produce lower SIRs (Table 4). The very few cases (n=4) among females limits the interpretation and further analysis. Of note, there were 5 cases of benign and borderline brain cancer reported in 2008 recognized to date in the FCDS.  One of these cases was in a child.

**Additional Analysis:**

In order to further explore these rates in a larger geographic area, the above analyses were conducted using data from the three zip codes that include and surround the Acreage (33411, 33412 and 33470) as well as these three zip codes minus the actual Acreage.  The analysis combining zip codes also showed an increase in the rate of all cancers for the period 1999 to current and an increase in the rate of brain cancers for 2005-2007 only.  A similar pattern held with increased rates of all cancers among adults but no evidence of an increased rate of brain cancer among adults.  For the combined zip codes an increased rate of pediatric cancers and pediatric brain cancers was identified primarily in the period 2005-2007.

These same zip codes were reanalyzed removing the Acreage area in order to assess whether the increase in the zip codes as a whole was most likely due to an increase solely among the Acreage area.  These analyses indicated the same patterns as the Acreage and the zip code analysis (all cancer elevated, brain cancer elevated in children for the period 2005-2007 and no adult brain cancer increase).  The SIR's were reduced however, indicating that a larger portion of the total zip codes increase was due to the increase in cancer rates in the Acreage area.

**Limitations:**

This analysis was conducted as a Level I (first review) investigation of data associated with a possible increase in cancer, specifically brain cancer, in the Acreage area.  One of the limitations in this situation is the relative rarity of brain cancers and of other CNS tumors.  There are 27 cases of brain and other CNS tumors (malignant, borderline and benign combined) among all age groups for this period 2000-2007 making statistical analysis and interpretation difficult.   The small sample size makes estimates unstable and confidence intervals wide.

The single largest limitation in this analysis was the lack of accurate current population data.  We assumed the 2000 census data for the Acreage area as a stable population

denominator.  The population in the Acreage was likely to be less than that in the period 1995-1999 and has grown, perhaps substantially, in the period 2001-2007.  Current population estimates (unofficial) for the Acreage area range from 40,000-50,000 individuals, an increase of 38 – 72%. Counts of birth for this area have shown an increase of 48% from 499 births in 1995 to 738 births recorded in 2007.  The Acreage is an unincorporated area in Palm Beach County and data from the Palm Beach County Profile does not provide specific information on the Acreage.  However, the Palm Beach County Profile listed no residents in Loxahatchee Groves in 2000 with an estimated 3,232 residents by 2008, Royal Palm Beach had 21,523 residents in 2000 and 31,567 by 2008, and Wellington had 38,216 residents in 2000 and 55,076 in 2008. Estimates for these adjacent areas clearly indicate an area growing in population. The total unincorporated areas within Palm Beach County had 521,447 residents in 2000 and 562,807 projected by 2008 and some of this growth would be reflected in the Acreage itself.  Data received through demographers with the Planning Department of the Palm Beach County School District also show an increase in school age children (ages 5-14) in specific Study Area Codes relevant to the Acreage, 4,904 children based on the 2000 census and 5,019 children by 2008 including private and home schooled.  By all of these supplemental sources, it is clear the Acreage area has been growing in the time period 2000-2007. For the purposes of this report, population numbers by age, available in census data, were necessary to provide expected counts of cancer. We decided to use the established census numbers for the Level 1 review rather than estimate population growth for each age group for the years 2001-2007 from the 2000 census data.  By using the established census population figures (acknowledged to be low) we are most likely underestimating the expected counts of disease. The expected population cancer counts are used as the denominator to calculate the SIR. As a result, the SIR may have been inflated and possibly overestimate the magnitude of excess cancer seen in this analysis for the Acreage, particularly for later years. In other words, it is possible that the increased rates of cancers seen in the analyses could be attributed to underestimation of the population   (underestimation of the population for recent years would produce observed increases over time in SIRs).  Exploration of better estimates for the population in the Acreage by age group may be considered should further studies of this area result.

Brain cancers are a group of diseases with many specific types diagnosed in the Acreage.  Lumping of these different types for analysis purposes may not make sense from a medical/ biological perspective and it is likely that the risk factors for one type are not the same as risk factors for another.  There is little known about risk factors for pediatric brain cancers. Family history and genetics does play a role in some types, and ionizing radiation is the primary known environmental risk factor.  Many other behaviors and risk factors have been studied but none have been able to be shown as risks over repeated studies.

Residence history is also not ascertained at this level of investigation which is limited to review of existing data bases.  Therefore, long term residents who have moved away and are then diagnosed with cancer will be missed from this type of analysis.  Residents new to the Acreage who are then diagnosed with cancer will be counted as resident cases, regardless of the time that they have been living in the Acreage and that any relevant exposures were most likely from outside of the Acreage.

Cancer is a disease that takes a number of years to develop between initial exposure time or initial trigger and the diagnosis, including signs and symptoms.  This latency

period may be affected by the type of cancer in question, the age, sex and race of the individual and other contributing factors, such as smoking status.  Many cancers have a latency period of 15-20 years and in some cases latency may be 30 years.  Pediatric cancers have a much shorter latency.

Personal interviews, surveys, questionnaires and any other method of gathering exposure or other risk factor information specific to each case or to Acreage residents in general were not part of this Level I review and are not a routine part of a Level I review.  Because there was no collection of personal information, no assessment of risk factors in this population was made for this study.

Limiting the study area to the census block areas that comprise the Acreage may be an artificial boundary for this concern.  Analysis of the larger zip code area and the zip code area minus the Acreage residents indicated that the majority of any excess was related to the Acreage area.  However, there is no biological reason why any excess would be limited to within these artificial boundaries, particularly as no environmental issues have surfaced at this time.

Although all rates and SIRs were age adjusted, adjustment by race was not done in the analysis for this review.  Adjustment by or stratification by race may provide slightly different SIRs than were produced here and most likely would have led to lower SIRs.

In conclusion, the underestimation of the denominator discussed at length earlier may be driving the increase in all cancer rates in this community seen in this analysis and may also be contributing to the detected increase in pediatric brain cancers.  The increase in all cancer among Acreage residents was also explored by cancer type for the discrete three year periods and increases in lung and bronchus, prostate, breast, colorectal, non-Hodgkin's lymphoma, liver, leukemia, kidney  and bladder cancers were seen, particularly in the later years.   This overall increase in most cancers, considering the multi-factorial risk factors associated with such a wide range of cancer types, also points to the underestimation of the Acreage population denominator, as the driving factor in the increase among all cancer rates.

**Conclusions:**

**The results of this Level 1 analysis suggest:**

- **FCDS provided the data needed to address the cancer concerns in the Acreage for this Level I review and did correctly capture nearly all cases used in this review.**

- **The Acreage community experienced increased "all cancer" rates for the period 1995-2007 among all ages and genders, and particularly for the period 2000-2007 and 2005-2007.  It is possible the increased rates are in large part due to an underestimation in the Acreage population counts.**

- **The Acreage community experienced increased rates of malignant brain cancer, as well as malignant, benign and borderline brain cancer during the time period 2000-2007 among females, particularly children.  This increase in brain cancers were most pronounced in the period 2005-2007.  It is possible the increased rates are in large part due to an underestimation in the Acreage population counts.**

- **The overall number of cases is quite small in the time period 2000-2007 with 18 cases of malignant brain cancers and other CNS tumors among all age groups (6 among children).  No specific type of brain cancer appears elevated.  In many years only one case of any type of brain cancer was noted and in some years no cases of brain cancers were noted.**

- **Inclusion of borderline and benign cases of brain cancer (for 2004-2007) increased the case count by 9 to a total of 27 cases (6 among children, no additional cases).  Combining malignant, benign and borderline brain cancers in the analysis also produced an increased rate for the period 2004-2007 but only when CNS tumors were not considered.  For children, combining borderline, benign and malignant cancers revealed the same pattern as seen throughout the analysis with increased rates for female children.  It is possible that the increased rates are in large part due to an underestimation in the Acreage population counts.**

**The use of more precise denominator data that provide a more current population estimate by age group may reduce or eliminate significant findings.**

**Recommendations:**

**A Level II inquiry is recommended for consideration to further understand the increases noted.  Given the small number of brain cancer cases found and the various types of brain cancers found with no one type found in excess, proceeding to a Level II inquiry should involve discussion of the merits and feasibility of the various steps involved,**

**The following methodological issues should be addressed in a Level II Investigation:**

19

- **Denominator data should be addressed and more current population estimates by age group determined.**

- **Brain cancer types should be further described.**

- **Alternate study designs for a Level II study should be explored and discussed and may include a case control study design with interviews of both cases and controls or a more detailed study design which address denominators, race adjusted rates, geographic boundaries and cancer subtypes.**

**REFERENCES**

Breslow N.E. and Day N.E. 1993. Statistical methods in cancer research, volume II: the analysis of cohort studies. New York: Oxford University Press

Census 2000.  Bureau of the Census.  2000 census of population and housing. Summary file 1.  Washington: US Department of Commerce, 2005. Available at http://factfinder.census.gov; Accessed July 2009

Cordier S., Iglesias M., et al. 1994  Incidence and risk factors for childhood brain tumors in the Ile de France. Int J Cancer 59 (6) 776-782.

Florida Cancer Data System (FCDS).  http://www.fcds.med.miami.edu/

Fritz A., Percy C., et al. 2000. International Classification of Diseases for Oncology Third Edition. Geneva: World Health Organization

Gold E., Gordis L., et al. 1979. Risk Factors for Brain Tumors in Children. Am J Epi 109 (3): 309-319.

Hemminki K., Kyyronen P., Vaittinen P. Parental Age as a Risk Factor of Childhood Leukemia and Brain Cancer in Offspring. 1999 Epidemiology 10:271-275.

McCarthy B., Surawicz T., et al. Consensus Conference on Brain Tumor Definition for Registration. 2002 Neuro-Oncology April:134-145.

Preston-Martin S., Yu M., et al. N-Nitroso Compounds and Childhood Brain Tumors: A Case-Control Study. 1982 Can Res 42:5240-5245.

Preston-Martin S., Munir R., Chakrabarti I. Chapter 62. Nervous System, In: Schottenfeld D., Fraumeni J.F., 2006. Cancer Epidemiology and Prevention, Third Edition. New York: Oxford University Press, pp. 1173-1195.

Ross J., Spector L. Chapter 65. Cancers in Children, In: Schottenfeld D., Fraumeni J.F., 2006. Cancer Epidemiology and Prevention, Third Edition. New York: Oxford University Press, pp. 1251-1268.

Singer M., Byrne J. 2001 Epidemiology of Brain Tumors in Children. Part 1: Descriptive Epidemiology. Childhood Brain Tumor Foundation, Germantown, MD.

Singer M., Byrne J. 2002 Epidemiology of Brain Tumors in Children. Part 2: Risk Factors. Childhood Brain Tumor Foundation, Germantown, MD.

**APPENDIX A. MAPS AND TABLES**

**Map 1. Geographical depiction of the Acreage community located in Palm Beach County as defined by parcels**



Parcels are geographical units used to define land ownership - population data and location of residents can not be determined using this geographical unit therefore another geographical unit was required.

**Map 2. Geographical depiction of the Acreage community as defined by the 2000 US census blocks**



The geographic unit that corresponded with the parcels used to define the Acreage community was the 2000 US census block. Census block geography was used to obtain population information and to determine if a case resided in the Acreage community.

24

**Table 1. Population for Acreage Community as defined by US census blocks by 5 year age group and gender (2000 US Census)**

|  | Male | Female | *Total* |
|---|---|---|---|
| Under 5 years | 1213 | 1099 | *2312* |
| 5 to 9 years | 1471 | 1389 | *2860* |
| 10 to 14 years | 1541 | 1429 | *2970* |
| 15 to 19 years | 1191 | 999 | *2190* |
| 20 to 24 years | 452 | 439 | *891* |
| 25 to 29 years | 581 | 784 | *1365* |
| 30 to 34 years | 1180 | 1394 | *2574* |
| 35 to 39 years | 1872 | 1929 | *3801* |
| 40 to 44 years | 1736 | 1590 | *3326* |
| 45 to 49 years | 1263 | 1058 | *2321* |
| 50 to 54 years | 816 | 732 | *1548* |
| 55 to 59 years | 538 | 493 | *1031* |
| 60 to 64 years | 322 | 307 | *629* |
| 65 to 69 years | 237 | 248 | *485* |
| 70 to 74 years | 149 | 194 | *343* |
| 75 to 79 years | 102 | 108 | *210* |
| 80 to 84 years | 29 | 74 | *103* |
| 85 years and over | 19 | 58 | *77* |
| *Total population* | *14,712* | *14,324* | *29,036* |

**Table 2. SIRs for the Acreage Community by gender compared to the state and Palm Beach County (1995-2007)**

| | | Observed # Cases | Compared to Palm Beach County | | | Compared to Florida | | |
|---|---|---|---|---|---|---|---|---|
| | | | Expected # Cases | SIR | 95% Confidence Interval | Expected # Cases | SIR | 95% Confidence Interval |
| All Cases | All Cancer | 1,369 | 1,051.9 | 1.3 | (1.2, 1.4) | 1,055.8 | 1.3 | (1.2, 1.4) |
| | Brain & other CNS cancers | 23 | 19.5 | 1.2 | (0.7, 1.8) | 20.3 | 1.1 | (0.7, 1.7) |
| | Brain cancers only | 22 | 18.4 | 1.2 | (0.7, 1.8) | 19.0 | 1.2 | (0.7, 1.8) |
| Male | All Cancer | 684 | 531.9 | 1.3 | (1.2, 1.4) | 553.1 | 1.2 | (1.1, 1.3) |
| | Brain & other CNS cancers | 9 | 11.5 | 0.8 | (0.4, 1.5) | 11.8 | 0.8 | (0.3, 1.4) |
| | Brain cancers only | 8 | 11.0 | 0.7 | (0.3, 1.4) | 11.1 | 0.7 | (0.3, 1.4) |
| Female | All Cancer | 684 | 531.3 | 1.3 | (1.2, 1.4) | 515.2 | 1.3 | (1.2, 1.4) |
| | Brain & other CNS cancers | 14 | 8.1 | 1.7 | (0.9, 2.9) | 8.6 | 1.6 | (0.9, 2.7) |
| | Brain cancers only | 14 | 7.6 | 1.8 | (1, 3.1) | 7.9 | 1.8 | (1, 3) |

**Table 3. SIRs for the Acreage Community by gender compared to the state and Palm Beach County (2000-2007)**

| | | Observed # Cases | Compared to Palm Beach County | | | Compared to Florida | | |
|---|---|---|---|---|---|---|---|---|
| | | | Expected # Cases | SIR | 95% Confidence Interval | Expected # Cases | SIR | 95% Confidence Interval |
| All Cases | All Cancer | 1,026 | 658.0 | 1.6 | (1.5, 1.7) | 675.3 | 1.5 | (1.4, 1.6) |
| | Brain & other CNS cancers | 18 | 12.7 | 1.4 | (0.9, 2.2) | 13.0 | 1.4 | (0.9, 2.2) |
| | Brain cancers only | 17 | 12.2 | 1.4 | (0.9, 2.2) | 12.1 | 1.4 | (0.9, 2.3) |
| Male | All Cancer | 516 | 327.1 | 1.6 | (1.5, 1.7) | 350.3 | 1.5 | (1.4, 1.6) |
| | Brain & other CNS cancers | 8 | 7.3 | 1.1 | (0.6, 2.2) | 7.5 | 1.1 | (0.6, 2.1) |
| | Brain cancers only | 7 | 7.0 | 1.0 | (0.5, 2.1) | 7.1 | 1.0 | (0.5, 2) |
| Female | All Cancer | 509 | 329.8 | 1.5 | (1.4, 1.7) | 324.9 | 1.6 | (1.4, 1.7) |
| | Brain & other CNS cancers | 10 | 5.5 | 1.8 | (1, 3.4) | 5.5 | 1.8 | (1, 3.3) |
| | Brain cancers only | 10 | 5.3 | 1.9 | (1, 3.5) | 5.1 | 2.0 | (1.1, 3.6) |

**Table 4. SIRs for the pediatric (0-19 years) residents in the Acreage by gender (2000-2007)**

| | | Observed # Cases | Compared to Palm Beach County | | | Compared to Florida | | |
|---|---|---|---|---|---|---|---|---|
| | | | Expected # Cases | SIR | 95% Confidence Interval | Expected # Cases | SIR | 95% Confidence Interval |
| All Cases | All Cancer | 15 | 15.9 | 0.9 | (0.6, 1.6) | 14.8 | 1.0 | (0.6, 1.7) |
| | Brain & other CNS cancers | 6 | 2.8 | 2.1 | (1, 4.7) | 2.8 | 2.2 | (1, 4.7) |
| | Brain cancers only | 6 | 2.7 | 2.2 | (1.1, 4.9) | 2.5 | 2.4 | (1.1, 5.2) |
| Male | All Cancer | 5 | 9.6 | 0.5 | (0.2, 1.2) | 8.2 | 0.6 | (0.3, 1.4) |
| | Brain & other CNS cancers | 1 | 1.5 | 0.7 | (0.2, 3.8) | 1.5 | 0.7 | (0.2, 3.7) |
| | Brain cancers only | 1 | 1.5 | 0.7 | (0.2, 3.8) | 1.4 | 0.7 | (0.2, 4) |
| Female | All Cancer | 10 | 6.4 | 1.6 | (0.9, 2.9) | 6.5 | 1.5 | (0.8, 2.8) |
| | Brain & other CNS cancers | 5 | 1.3 | 3.8 | (1.7, 8.9) | 1.3 | 4.0 | (1.7, 9.3) |
| | Brain cancers only | 5 | 1.2 | 4.2 | (1.8, 9.8) | 1.1 | 4.4 | (1.9, 10.2) |

**Table 5. Three year SIRs for all cancers diagnosed among Acreage residents by gender (1996-2007)**

| | | Observed # Cases | Compared to Palm Beach County | | | Compared to Florida | | |
|---|---|---|---|---|---|---|---|---|
| | | | Expected # Cases | SIR | 95% Confidence Interval | Expected # Cases | SIR | 95% Confidence Interval |
| All Cases | 1996 - 1998 | 200 | 234.7 | 0.9 | (0.7, 1) | 228.4 | 0.9 | (0.8, 1) |
| | 1999 - 2001 | 292 | 249.3 | 1.2 | (1, 1.3) | 247.9 | 1.2 | (1.1, 1.3) |
| | 2002 - 2004 | 353 | 252.4 | 1.4 | (1.3, 1.6) | 254.0 | 1.4 | (1.3, 1.5) |
| | 2005 - 2007 | 462 | 237.4 | 2.0 | (1.8, 2.1) | 253.5 | 1.8 | (1.7, 2) |
| Male | 1996 - 1998 | 90 | 119.2 | 0.8 | (0.6, 0.9) | 118.4 | 0.8 | (0.6, 0.9) |
| | 1999 - 2001 | 140 | 127.2 | 1.1 | (0.9, 1.3) | 129.1 | 1.1 | (0.9, 1.3) |
| | 2002 - 2004 | 169 | 125.2 | 1.4 | (1.2, 1.6) | 132.4 | 1.3 | (1.1, 1.5) |
| | 2005 - 2007 | 249 | 115.3 | 2.2 | (1.9, 2.5) | 130.6 | 1.9 | (1.7, 2.2) |
| Female | 1996 - 1998 | 110 | 115.5 | 1.0 | (0.8, 1.2) | 109.9 | 1.0 | (0.8, 1.2) |
| | 1999 - 2001 | 151 | 122.0 | 1.2 | (1.1, 1.5) | 118.8 | 1.3 | (1.1, 1.5) |
| | 2002 - 2004 | 184 | 126.8 | 1.5 | (1.3, 1.7) | 121.7 | 1.5 | (1.3, 1.8) |
| | 2005 - 2007 | 213 | 121.5 | 1.8 | (1.5, 2) | 122.8 | 1.7 | (1.5, 2) |

**Table 6. Three year SIRs for brain and other CNS cancers diagnosed among Acreage residents by gender (1996-2007)**

| | | Observed # Cases | Compared to Palm Beach County | | | Compared to Florida | | |
|---|---|---|---|---|---|---|---|---|
| | | | Expected # Cases | SIR | 95% Confidence Interval | Expected # Cases | SIR | 95% Confidence Interval |
| All Cases | 1996 - 1998 | 2 | 4.5 | 0.4 | (0.1, 1.6) | 4.6 | 0.4 | (0.1, 1.6) |
| | 1999 - 2001 | 5 | 3.9 | 1.3 | (0.6, 3) | 4.6 | 1.1 | (0.5, 2.6) |
| | 2002 - 2004 | 6 | 5.1 | 1.2 | (0.6, 2.6) | 4.9 | 1.2 | (0.6, 2.7) |
| | 2005 - 2007 | 9 | 4.8 | 1.9 | (1, 3.6) | 4.9 | 1.8 | (1, 3.5) |
| Male | 1996 - 1998 | 1 | 3.0 | 0.3 | (0.1, 1.9) | 2.7 | 0.4 | (0.1, 2.1) |
| | 1999 - 2001 | 1 | 2.4 | 0.4 | (0.1, 2.3) | 2.6 | 0.4 | (0.1, 2.1) |
| | 2002 - 2004 | 4 | 2.9 | 1.4 | (0.6, 3.6) | 2.9 | 1.4 | (0.6, 3.6) |
| | 2005 - 2007 | 3 | 2.7 | 1.1 | (0.4, 3.3) | 2.8 | 1.1 | (0.4, 3.1) |
| Female | 1996 - 1998 | 1 | 1.5 | 0.7 | (0.2, 3.6) | 1.9 | 0.5 | (0.1, 2.9) |
| | 1999 - 2001 | 4 | 1.5 | 2.6 | (1.1, 6.7) | 2.0 | 2.1 | (0.8, 5.3) |
| | 2002 - 2004 | 2 | 2.3 | 0.9 | (0.3, 3.2) | 2.1 | 1.0 | (0.3, 3.5) |
| | 2005 - 2007 | 6 | 2.2 | 2.7 | (1.3, 6) | 2.1 | 2.9 | (1.3, 6.2) |

**Table 7. Three year SIRs for pediatric (0-19 years) residents in the Acreage Community (1996-2007)**

| | | Observed # Cases | Compared to Palm Beach County | | | Compared to Florida | | |
|---|---|---|---|---|---|---|---|---|
| | | | Expected # Cases | SIR | 95% Confidence Interval | Expected # Cases | SIR | 95% Confidence Interval |
| All Cancers | 1996 - 1998 | 3 | 4.2 | 0.7 | (0.3, 2.1) | 4.7 | 0.6 | (0.2, 1.9) |
| | 1999 - 2001 | 2 | 4.3 | 0.5 | (0.1, 1.7) | 5.1 | 0.4 | (0.1, 1.4) |
| | 2002 - 2004 | 5 | 6.5 | 0.8 | (0.3, 1.8) | 5.5 | 0.9 | (0.4, 2.1) |
| | 2005 - 2007 | 8 | 6.2 | 1.3 | (0.7, 2.5) | 5.7 | 1.4 | (0.7, 2.8) |
| Brain and Other CNS | 1996 - 1998 | 1 | 0.6 | 1.6 | (0.4, 8.9) | 0.9 | 1.1 | (0.3, 6.3) |
| | 1999 - 2001 | 1 | 0.5 | 2.0 | (0.5, 11.4) | 1.0 | 1.0 | (0.2, 5.6) |
| | 2002 - 2004 | 1 | 1.2 | 0.8 | (0.2, 4.5) | 1.1 | 0.9 | (0.2, 5.1) |
| | 2005 - 2007 | 4 | 1.2 | 3.3 | (1.3, 8.5) | 1.0 | 3.9 | (1.6, 10) |

**Table 8. Morphology for brain and other CNS tumors among Acreage residents and Floridians with corresponding percentages (1997-2007)**

| | Brain Cancer Morphology | Acreage Community | | Florida | |
|---|---|---|---|---|---|
| | | Count | *Percent* | Count | *Percent* |
| Pediatric Cases (0-19 years) | Astrocytoma, NOS | 0 | *0.0%* | 138 | *9.4%* |
| | Astrocytoma, anaplastic | 0 | *0.0%* | 40 | *2.7%* |
| | Chordoma, NOS | 0 | *0.0%* | 2 | *0.1%* |
| | Ependymoma, NOS | 0 | *0.0%* | 57 | *3.9%* |
| | Ependymoma, anaplastic | 1 | *16.7%* | 31 | *2.1%* |
| | Glioblastoma, NOS | 1 | *16.7%* | 71 | *4.8%* |
| | Glioma, malignant | 1 | *16.7%* | 218 | *14.8%* |
| | Malignant Rhabdoid Tumor | 0 | *0.0%* | 5 | *0.3%* |
| | Medulloblastoma,NOS | 0 | *0.0%* | 172 | *11.7%* |
| | Meningioma, malignant | 0 | *0.0%* | 1 | *0.1%* |
| | Mixed Glioma | 1 | *16.7%* | 19 | *1.3%* |
| | Neoplasm | 0 | *0.0%* | 41 | *2.8%* |
| | Neuroblastoma | 0 | *0.0%* | 28 | *1.9%* |
| | Oligodendroglioma, NOS | 0 | *0.0%* | 47 | *3.2%* |
| | Pilocytic astrocytoma | 2 | *33.3%* | 366 | *24.8%* |
| | Other Morphologies | 0 | *0.0%* | 238 | *16.1%* |
| | Total | 6 | *100.0%* | 1474 | *100.0%* |
| | | | | | |
| Adult Cases (20 years or older) | Astrocytoma, NOS | 2 | *13.3%* | 1092 | *8.5%* |
| | Astrocytoma, anaplastic | 2 | *13.3%* | 772 | *6.0%* |
| | Chordoma, NOS | 0 | *0.0%* | 41 | *0.3%* |
| | Ependymoma, NOS | 1 | *6.7%* | 346 | *2.7%* |
| | Ependymoma, anaplastic | 0 | *0.0%* | 13 | *0.1%* |
| | Glioblastoma, NOS | 6 | *40.0%* | 6368 | *49.7%* |
| | Glioma, malignant | 1 | *6.7%* | 758 | *5.9%* |
| | Malignant Rhabdoid Tumor | 0 | *0.0%* | 0 | *0.0%* |
| | Medulloblastoma,NOS | 1 | *6.7%* | 70 | *0.5%* |
| | Meningioma, malignant | 0 | *0.0%* | 287 | *2.2%* |
| | Mixed Glioma | 0 | *0.0%* | 272 | *2.1%* |
| | Neoplasm | 1 | *6.7%* | 1329 | *10.4%* |
| | Neuroblastoma | 0 | *0.0%* | 16 | *0.1%* |
| | Oligodendroglioma, NOS | 1 | *6.7%* | 480 | *3.7%* |
| | Pilocytic astrocytoma | 0 | *0.0%* | 149 | *1.2%* |
| | Other Morphologies | 0 | *0.0%* | 825 | *6.4%* |
| | Total | 15 | *100.0%* | 12,818 | *100.0%* |

**Table 9. SIRs for the Acreage residents diagnosed with benign, borderline, and malignant brain and other CNS tumors by gender (2004-2007)**

| | | Observed # Cases | Compared to Palm Beach County | | | Compared to Florida | | |
|---|---|---|---|---|---|---|---|---|
| | | | Expected # Cases | SIR | 95% Confidence Interval | Expected # Cases | SIR | 95% Confidence Interval |
| All Cases | Brain & other CNS cancers | 23 | 15.6 | 1.5 | (1, 2.2) | 15.8 | 1.5 | (1, 2.2) |
| | Brain cancers only | 15 | 7.4 | 2.0 | (1.2, 3.4) | 7.4 | 2.0 | (1.2, 3.3) |
| Males | Brain & other CNS cancers | 9 | 7.3 | 1.2 | (0.7, 2.4) | 7.0 | 1.3 | (0.7, 2.4) |
| | Brain cancers only | 6 | 4.3 | 1.4 | (0.7, 3) | 4.3 | 1.4 | (0.7, 3.1) |
| Females | Brain & other CNS cancers | 14 | 8.3 | 1.7 | (1, 2.8) | 8.6 | 1.6 | (1, 2.7) |
| | Brain cancers only | 9 | 3.1 | 2.9 | (1.5, 5.4) | 3.2 | 2.8 | (1.5, 5.4) |

**Table 10. SIRs for the Acreage pediatric (0-19 years) residents diagnosed with benign, borderline, and malignant brain and other CNS tumors by gender (2004-2007)**

| | | Observed # Cases | Compared to Palm Beach County | | | Compared to Florida | | |
|---|---|---|---|---|---|---|---|---|
| | | | Expected # Cases | SIR | 95% Confidence Interval | Expected # Cases | SIR | 95% Confidence Interval |
| All Cases | Brain & other CNS cancers | 5 | 2.2 | 2.3 | (1, 5.2) | 1.9 | 2.7 | (1.2, 6.3) |
| | Brain cancers only | 5 | 2.0 | 2.6 | (1.1, 6) | 1.6 | 3.2 | (1.4, 7.4) |
| Males | Brain & other CNS cancers | 1 | 1.2 | 0.9 | (0.2, 4.8) | 1.0 | 1.0 | (0.2, 5.5) |
| | Brain cancers only | 1 | 1.1 | 0.9 | (0.2, 5) | 0.9 | 1.2 | (0.3, 6.5) |
| Females | Brain & other CNS cancers | 4 | 1.1 | 3.7 | (1.5, 9.6) | 0.8 | 4.7 | (1.9, 12.1) |
| | Brain cancers only | 4 | 0.8 | 4.7 | (1.9, 12.1) | 0.7 | 5.5 | (2.2, 14.2) |

30

**Attachment I**



FLORIDA DEPARTMENT OF
# HEALTH

Charlie Crist
Governor

Ana M. Viamonte Ros, M.D., M.P.H.
State Surgeon General

14 May 2009



Thank you for your recent email concerning a possible excess of brain cancer cases in your community. The preliminary data for the years 2000 to 2007 show similar incidence and mortality rates of all brain cancers in Palm Beach County as compared to the state. A cancer inquiry will be initiated as requested.

You are at the first step in the cancer inquiry process. Please distribute the enclosed Cancer Patient Information Forms to those individuals with cancer in your community of concern. Explain to them why you have initiated this cancer inquiry and that this information is necessary to assist the Florida Department of Health (FDOH) in investigating your concern. Information in this letter can assist you in this process. Due to confidentiality requirements, each individual needs to complete and sign their own form. These forms may be returned individually or as a packet to Sharon Watkins, Division of Environmental Health, 4052 Bald Cypress Way B n A-08, Tallahassee Florida 32399. (The address is printed on the form.) **It is important that these forms be returned**, so ask each person to provide as much information as possible.

Please ask each individual to return the enclosed forms within 6 weeks. It is important that you follow-up with them to find out if the forms have been returned. If we do not receive any forms within six weeks, our office will assume that no further action is necessary and will close the inquiry. If more than six weeks is needed to complete and mail the forms, please contact me at 850-245-4444 x3939 or email Sharon_watkins@doh.state.fl.us

After the Cancer Patient Information Forms are returned please allow us six weeks to complete the next step of the cancer inquiry process. This phase is primarily for collection of information surrounding the cases, the geographic area in question, the cancer types involved, and any suspected environmental exposures and contaminates.

As you are working on this concern, realize that although cancer is very serious and frightening, it is a surprisingly common disease. Current information shows that approximately one out of three Americans will develop cancer in their lifetime, and cancer will affect three out of four families. Also, the risk of developing cancer increases with age, so as the population ages, more cases of cancer in our communities are expected.

The term *cancer* actually covers not one but many diseases that share the common feature of abnormal cell growth. It can occur in almost any part of the body. Each cancer type develops differently and has different risk factors. For example, the main risk factor for lung cancer is cigarette smoking, but for skin cancer it is sun exposure. On the other hand, it really isn't known what causes some cancers like breast cancer.



Page 2 of 3
14 May 2009

Many people believe that something in the environment causes the cancer they see in their community, but behavior accounts for most of the known cancer risks. Factors such as smoking, poor diet, heavy alcohol use, and sexual and reproductive history can all contribute to developing cancer. It is estimated that less than 10% of cancers are caused by environmental exposures. In contrast, cigarette smoking alone causes about 30% of cancer. In addition, family history is important and contributes to some types of cancer.

Most cancers take a long time to develop. It is usually decades from the time someone is exposed to something that might cause cancer to the time that cancer is discovered. This is one of the reasons that cancer is more common in older adults. In addition, the few chemicals that are linked to cancer must have fairly long and/or concentrated exposures before they will actually cause cancer.

An apparent increase of cancer in one community or group is called a cancer cluster. If a suspected cluster includes cancers of different types, it is probably not a "true" cancer cluster. For example, if someone called and reported that there were many people with cancer in their community, but the kinds of cancer included lung, breast, leukemia, and prostate, it is usually determined not to be a "true" cancer cluster. A confirmed cancer cluster is a relatively rare occurrence and few documented clusters have been able to be linked to an environmental agent.

The state of Florida does have a procedure to examine potential cancer clusters. A "true" cancer cluster usually has one or more of the following characteristics:
• only one type of cancer is involved;
• the cancer is occurring in an unexpected age group;
• there is a very rare type of cancer involved;
• there is a scientifically established causal relationship between the type of cancer and the suspected exposure.

In addition, in order to asses a cancer-contaminant link the contamination would need to be found in a vehicle that could reasonably lead to human exposure such as being documented in ground water used for drinking, or in soil samples, etc. (we call this having a completed biological exposure pathway); the level of contamination found off-site would need to be in amounts that could potentially cause harm based on known toxicological information; and the type of cancer that is of concern should be known to be linked to the contaminants in question.

The fact that cancer is common does not mean that you, your family, or FDOH should not be concerned. Many cancers are preventable, and early detection saves lives as well as associated medical costs. There are national and state goals designed to lower the number of people with cancer. In order to accomplish this, awareness about cancer prevention and screening needs to increase. Thank you for your interest in this issue

Enclosed are several items to help you understand more about cancer. Additional information can also be obtained at these Web sites:
• http://www.doh.state.fl.us/family/cancer/index.html
• http://fcds.med.miami.edu/

Page 3 of 3
14 May 2009

If you have any questions, please contact me at 850-245-4444 x3939 or sharon_watkins@doh.state.fl.us. The Florida Department of Health is committed to protecting the health of all Floridians.

Sincerely,

Sharon Watkins, PhD
Bureau of Environmental Public Health Medicine
Division of Environmental Health
Florida Department of Health


cc: Tara Hylton, Cancer Epidemiologist, Bureau of Epidemiology, Division of Disease Control, Florida Department of Health
Barbara Johnson, Senior Community Health Nursing Supervisor, Division of Epidemiology and Disease Control, Palm Beach County Health Department
Richard Hopkins, Acting State Epidemiologist, Division of Disease Control, Florida Department of Health

# PATIENT LISTING FORM

*Please provide the requested information below to aid the Florida Department of Health in responding to your cancer concern. Please note that each individual needs to complete their own form. Forms can be returned individually or as packet to the following address:*

*<Insert contact person and mailing address>*

First Name:                                    Middle:              Last Name:

Birth date:                                     Gender:              Race:

Type of
Cancer                                                        Date of
(diagnosis):                                                diagnosis:

Smoking History            Length of residency            Occupation:
(Y/N):                          (Years/Months):

I authorize the Florida Department of Health to use the patient identifiable information I have provided above to search the statewide cancer registry database and conduct appropriate analyses to respond to my cancer concern.

_____
Signature                                          Date

I hereby authorize, <Insert name of lead contact>, to submit my patient identifiable information jointly with my local community residents.

_____
Signature                                          Date