UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO.:13-80928-CIV-RYSKAMP

RICHARD COTROMANO, BETHANY
COTROMANO, FRANK DECARLO,
PAULETTE DECARLO, GREGORY
DUNSFORD, JENNIFER DUNSFORD,
JOYCE FEATHERSTON, BILL
FEATHERSTON, ROBERT T. NEWFIELD
and TRACY NEWFIELD, all on behalf of
themselves and all others similarly situated,

    Plaintiffs,

v.

UNITED TECHNOLOGIES
CORPORATION, Pratt & Whitney Group,
a Connecticut Corporation, and PALM
BEACH AGGREGATES, LLC, a Florida
Corporation,

    Defendants.
_____/

## PRATT & WHITNEY'S SUPPLEMENTAL RESPONSE TO INTERROGATORY NO. 14 OF PLAINTIFFS' FIRST SET OF INTERROGATORIES

Defendant, United Technologies Corporation, Pratt & Whitney Group, ("Pratt & Whitney"), pursuant to Federal Rule of Civil Procedure 33, gives notice of serving its Supplemental Response to Interrogatory No. 14 of Plaintiffs' Interrogatories.

### GENERAL OBJECTIONS

1.    Pratt & Whitney objects to the Definitions to the extent they refer to Pratt & Whitney as "Plaintiff" or "Plaintiffs." Pratt & Whitney is responding to these interrogatories on behalf of United Technologies Corporation, Pratt & Whitney Group, and with respect to all

1

United Technologies Corporation entities operating at the Palm Beach County campus, located at 17900 Beeline Highway, Jupiter, Florida 33478, during the last 30 years.

2. Pratt & Whitney objects to the definition of "PREMISES" as overly broad as it fails to specifically identify the properties in "Palm Beach County or Martin County that are presently or were at some time owned by" Pratt & Whitney. Pratt & Whitney is responding with respect to the Pratt & Whitney premises located at 17900 Beeline Highway, Jupiter, Florida 33478 ("Palm Beach County campus").

## REQUESTS

**14. List all RADIOACTIVE MATERIALS that are known to have been present on the PREMISES in the last thirty years, including in your response the type, quantity, level of radioactivity and chemical composition of each material.**

## ORIGINAL RESPONSE

**ANSWER:** Pratt & Whitney objects that this request is overly broad, unduly burdensome, and not calculated to lead to the discovery of admissible evidence. The request is not limited in time, nor is it limited to the discovery of information reasonably related to any contaminants that Plaintiffs allege to have found in the Acreage community. Pratt & Whitney further objects that the term "RADIOACTIVE MATERIALS" is presented as a defined term but never actually defined by Plaintiffs in their interrogatories; Pratt & Whitney interprets the term to exclude, for purposes of this interrogatory, naturally occurring radionuclides that are likely present at its facility (as they are present throughout Florida) in amounts that have not been characterized or quantified. Subject to and without waiving its objections, Pratt & Whitney states that it has used radioactive materials pursuant to licenses from the Florida Office of Radiation Control and the nature of the radioactive materials that are known to have been present at Pratt &

Whitney's facility in Palm Beach County Florida can be determined from those licenses, which are publicly available (and which Plaintiffs have obtained through public records requests.) Pratt & Whitney further refers to its response to Interrogatory 2, and states that it has had the following radioactive materials at its facility:

| MATERIAL | TYPE | QUANTITY PERMITTED | APPROXIMATE DATES |
|---|---|---|---|
| Americium 241 / Cesium 137 / Strontium 90 | Sealed source, Amersham Corp. Product Code QCRB 1282. To be used as a calibration/reference source. | 4 sources, not to exceed 432.48 nanocuries each (21.624 nCi of Am-241:Be, 397.882 nCi of Cs-137, and 12.974 nCi of Sr-90) | 1993-2002 |
| Cadmium 109 | Sealed source, Kevex Analytical Instrument Division Model 0102. To be used with a Kevex Analytical Instrument Model 6600 for inspection work. Sealed source, 40 millicuries, Kevex Analytical Instrument Div., Model 0102. | 20-40 Millicuries | 1979-2002 |
| Cadmium 109 | Sealed source (Isotope Products Laboratories, Inc. Model AN-109) 2 sources. Contained in Kevex Corp Model 0102 source holders, used in Kevex Corp.. Model Analyst 6600 spectrochemical analyzers for sample analysis. | 2/15/82 40 millicuries (no single source to exceed 20 millicuries) | 1982-1987 |
| Cesium 137 | Sealed source, Isotopes Products Laboratories, Model No. 229R-1. To be used for pocket dosimeter calibrations in Dosimeter Corporation of America Model No. 3060 | 10 microcuries | 1984-1985 |

3

| MATERIAL | TYPE | QUANTITY PERMITTED | APPROXIMATE DATES |
|---|---|---|---|
|  | dosimeter calibrator. Used to calibrate pocket dosimeters. |  |  |
| Cesium 137 | Sealed source, Ohmart Corporation Models A-2100 or A-2102. (Levelart Series 1000, Ohmart Model L-1015R Type GM-13R) To be used in an Ohmart Corporation Model SR-A source holder for the detection of powder levels. | 1 source not to exceed 80 millicuries | 1988-1992 |
| Cesium 137 | License-exempt sealed radiation check source, North American Scientific, Inc. Model No. CAL2601, used for functional check of Victoreen 450P radiation survey meters. | 2 sources not to exceed 10 microcuries each | 2002-present |
| Cobalt 56 | Impregnated into a bearing surface. To be used in Spire Corporations, Spi-Wear 200 bearing diagnostic system to wear on bearing surfaces. | 10 impregnated, not to exceed 10 microcuries per bearing | 1988-1989 |
| Cobalt 57 | Contaminant of impregnated bearing. To be used in Spire Corporations, Spi-Wear 200 bearing diagnostic system to wear on bearing surfaces. | Less than one microcurie | 1989 |
| Cobalt 58 | Contaminant of impregnated bearing. To be used in Spire Corporations, Spi-Wear 200 bearing diagnostic system to wear on bearing surfaces. | Less than one microcurie | 1989 |
| Cobalt 60 | Sealed Source Tracerlab | 1 millicurie | 1964-1985 |

| MATERIAL | TYPE | QUANTITY PERMITTED | APPROXIMATE DATES |
|---|---|---|---|
| | Inc. Model R-31. Used for calibration of radiological instruments. 10-22-70 changed to one sealed source International Chemical and Nuclear Corporation Model No. 375, International Chemical and Nuclear Corporation Model No. 675. | | |
| Gadolinium 153 | Sealed source, Amersham Corp Model GDC-CY1. To be used in a United Technologies Corp. Model DG-1 density gauge to measure the density of coatings applied to jet engine parts, and one source for exchanges. | 2 sources; not to exceed 1000 millicuries each | 1994-2001 |
| Hydrogen 3 | Titanium tritide foil (Safety Light Corp Model LAB 508-3). To be contained in a Sentex Sensing Technology Inc. Model 50319 detector cell, used in a Sentex Sensing Technology, Inc. Model Scentograph portable gas chromatogram for sample analysis. Contained in portable gas chromatograph for analyzing gas samples. | 4 sources; not to exceed 150 millicuries each | 1988-1995 |
| Hydrogen 3 | Sealed sources. Tritium Foil, used in Valco Instruments Co. Inc. Trace gas analyzer, Model No. 1000. Used to analyze gas samples. Two foils (each | 2000 Millicuries | 1986-1989 |

| MATERIAL | TYPE | QUANTITY PERMITTED | APPROXIMATE DATES |
|---|---|---|---|
| | foil is 1000 millicuries). US Radium Corp. MAB 508-3 Foil. | | |
| Hydrogen 3 (Tritium) | Sealed source (MicroTek Instruments, Inc. Model No. 739310) used in Research Specialist Gas Chromatograph Model 600 series module. | 130 millicuries | 1966-1985 |
| Hydrogen 3 (Tritium) | Titanium Tritride sealed source, Varian Instrument Div. Model No 02-000220-00. To be used in Varian Trace Analyzer Model No. 00-273120-00. Used in a trace gas analyzer. Changed Model to 2732. | 250 Millicuries | 1974-1985 |
| Hydrogen 3 (Tritium) | Titanium Tritride sealed source, Varian Instrument Div. Model No. 02-300. To be used in Varian Trace Gas Analyzer Model No. 2731. | 250 Millicuries | 1977-1985 |
| Iridium 192 | Sealed source in X-ray machine. Used to check for material defects (i.e., cracks) in engine hardware. | 100 curies | 1966-1993 |
| Iron 55 | Sealed source, Isotopes Products lab, Catalog #PHI-55-50 capsule type SK-254 - 2 each. Powder Mass Flow Gage (Mfg UTC/UTRC). | 100 microcuries, each sealed source is 50 microcuries | 1987-1988 |
| Krypton 85 | 25 Sealed Sources, not to exceed 30 microcuries per tube. (Updated to 50 not to exceed 30 microcuries per tube). To be used in General Laboratory | 750 microcuries, updated to 1.5 millicuries | 1964-present (exempt from licensing as of 12-13-90 renewal) |

| MATERIAL | TYPE | QUANTITY PERMITTED | APPROXIMATE DATES |
|---|---|---|---|
|  | Associates Model No. (blue print No.) 73035 electron discharge tube (spark gap tubes) for low temperature ionization in rocket engine ignition systems/for development of and installation in rocket engines. To be installed in exciter box. 3- Updated to include 50 sources not to exceed 30 microcuries per tube. |  |  |
| Krypton 85 | One sealed source (American Atomic Corp. Model SK1090- ultraviolet light source) Flame indicator equipment calibration source, standard for luminescence meter. | not to exceed 9 millicuries | 1970-1985 |
| Krypton 85 | One sealed source American Atomics Corp Model SK1075 - used as a standard for luminescence meter. | 200 microcuries | 1970-1979 |
| Krypton 85 | Sealed source uncompressed gas, General Nucleonics Division - Tyco Model. To be used for oil quantity indicator on military engines. | 500 millicuires | 1977-1987 |
| Krypton 85 | Impregnated into 4 solid material specimens. For surface studies of engine parts on a test stand with remote readout. | Total of 60 microcuries | 1960s-1970s |
| Krypton 85 | Sealed Source TSI Inc., Device Model 3077/3071, Source Model 3M Model 3B4G. | 1 sealed source 2 millicuries | 1990-1994 |
| Manganese 54 | Impregnated into a | 10 impregnated, not to | 1989 |

7

| MATERIAL | TYPE | QUANTITY PERMITTED | APPROXIMATE DATES |
|---|---|---|---|
| | bearing surface. To be used in Spire Corporations, Spi-Wear 200 bearing diagnostic system to wear on bearing surfaces. | exceed 10 microcuries per bearing | |
| Nickel 63 | Sealed source, Perkin Elmer Corporation. To be used in Perkin Elmer Corporation gas chromatograph model number 3920. | 15 millicuries | 1975-1985 |
| Nickel 63 | 3 sealed sources, Packard Instrument Model 902. Used in a Chrompack-Packard Model 438 S gas chromatograph for sample analysis. Foil, New England Nuclear Model NER-004. To be used in a Hewlett Packard Instrument Company Model 902 gas chromatograph for analyzing hydraulic fluid. | 1 source not to exceed 10 millicuries, 2 sources not to exceed 10 millicuries each | 1988-1993 |
| Nickel 63 | Sealed source (U.S. Radium Lab 508-3, Amersham NBC or New England Nuclear NER-002 or NEW-004. To be used in Varian Model Vista 64, 6000 Gas Chromatograph for analyzing PCBs model 02-001972 (2 units) and model 02-001972-00 (2 units). Electron capture detectors. | 32 microcuries, 4 sealed sources, 8 millicuries each | 1986-1994 |
| Promethium 147 | Sealed source (Minnesota Mining & Manufacturing Co, Model 3D2A). To be used with Twin City | 50 microcuries 4/22/70 - changed to 600 microcuries | 1966-1983 |

| MATERIAL | TYPE | QUANTITY PERMITTED | APPROXIMATE DATES |
|---|---|---|---|
| | Testing Corporation Beta-Scope Model No. NX-4 for measurement of thickness of plating. | | |
| Promethium 147 | One sealed source Minnesota Mining & Manufacturing Co serial No. F1282. To be used with Twin City Testing Corporation Beta-Scope Model No. NX-4 for measurement of thickness of plating. | 600 microcuries | 1970-1983 |
| Promethium 147 | Two sealed sources, 10 microcuries each (1/15/74 changed to 50 microcuries each) Unit Process Assemblies, Inc. Model HH-2B and one sealed source 10 microcuries. To be used with a Micro-Derm MD-3 unit in inspection work. | Not to exceed 30 microcuries. Changed to 200 microcuries | 1970-1976 |
| Promethium 147 | Sealed source Unit Process Assemblies, Inc. Model HH-3X. To be used with a Micro-Derm MD-3 unit in inspection work. | 50 microcuries | 1971-1976 |
| Promethium 147 | Sealed source Unit Process Assemblies, Inc. Model HH-3, Serial No. 45468. To be used with a Micro-Derm MD-5 unit in inspection work. | 75 microcuries | 1979-1993 |
| Promethium 147 | Sealed Source, Unit Process Assemblies, Inc. Model HH-3. To be used with a Microderm MD-3 unit in inspection work. | 75 microcuries | 1979-1983 |
| Promethium 147 | Sealed Source, Unit Process Assemblies, Inc. Model HH-3. To be used with a Microderm MD-3 | 75 microcuries | 1979-1993 |

| MATERIAL | TYPE | QUANTITY PERMITTED | APPROXIMATE DATES |
|---|---|---|---|
|  | unit in inspection work. |  |  |
| Promethium 147 | Sealed source in Unit Process Assemblies, Inc., Model HH-3. | 50 -75 microcuries | 1979-1992 |
|  |  |  |  |
| Lead 210 (Radium D) | 9-30-64 6 sealed sources 50 microcuries each. To be used with Franklin GND Corporation Model 130 Airfoil Wall Thickness Gauge to measurement of thickness of material.  Three sealed sources: 1) Franklin Corp. Model 10, issued 4/5/66 - 50 microcuries; 2) Franklin Systems Model 130 #4, 100 microcurie; 3) Franklin Systems Model 130 #9, issued 12/18/64, 120 microcuries.   500 microcuries total (6 sealed sources of 50 microcuries each and one sealed source of 200 microcuries. 3-28-66 changes to Five sources of 0.3 millicuries each. (AKA 300 microcuries each) One source of 100 microrcuries. One source of 120 microcuries. | 500 microcuries, updated to 1.77 millicuries (1/15/68). Reduced to 270 microcuries (1/15/74) | 1964-1985 |
| Lead 210 / Radium D | Sealed Source, Unit Process Assemblies, Inc. Model HH-3. To be used with a Microderm MD-3 unit in inspection work. | 10 microcuries | 1979-1990 |
| Radium D | Sealed source Unit Process Assemblies, Inc. Model HH-3.  To be used with a Micro-Derm MD-3 unit in inspection work. | 10 microcuries | 1970-1976 |
| Radium D | Sealed Source, Unit Process Assemblies, Inc. | 10 microcuries | 1979-1983 |

10

| MATERIAL | TYPE | QUANTITY PERMITTED | APPROXIMATE DATES |
|---|---|---|---|
| | Model HH-3. To be used with a Microderm MD-3 unit in inspection work. | | |
| Radium D&E | Sealed source (Minnesota Mining & Manufacturing Co, Model 3D9B). To be used with Twin City Testing Corporation Beta-Scope Model No. NX-4 for measurement of thickness of plating. | 30 microcuries changed to 20 microcuries | 1966-1983 |
| Radium D&E | Sealed source Twin City testing Corp. pencil probe type DD-3. To be used with Twin City Testing Corporation Beta-Scope Model No. NX-4 for measurement of thickness of plating. | 20 microcuries | 1970-1983 |
| Radium D&E | Sealed source Twin City Testing Corp. pencil probe type DD-3. To be used with Twin City Testing Corporation Beta-Scope Model No. NX-4 for measurement of thickness of plating. | 20 microcuries | 1970-1983 |
| Radium D&E | Sealed source MM&M Co. To be used with Twin City Testing Corporation Beta-Scope Model No. NX-4 for measurement of thickness of plating. | 20 microcuries | 1970-1983 |
| Rhodium 106 | Sealed source (Minnesota Mining & Manufacturing Co, Model 3D9C). To be used with Twin City Testing Corporation Beta-Scope Model No. NX-4 for measurement of thickness of plating. | 20 microcuries, changed to 30 | 1966-1985 |
| Strontium 90 | In a sealed source | 10 millicuries | 1962-1975 |

11

| MATERIAL | TYPE | QUANTITY PERMITTED | APPROXIMATE DATES |
|---|---|---|---|
| | (Nuclear-Chicago Corp Model RG-32), used in a No. 27630 Beta Ray Spectrometer - one source used in each apparatus. Manufactured by Central Scientific Company. Spectrometer is used for analysis of hydrogen and carbon in organic compounds. | | |
| Strontium 90 | Sealed source (Minnesota Mining & Manufacturing Co, Model 3D1J). To be used with Twin City Testing Corporation Beta-Scope Model No. NX-4 for measurement of thickness of plating. | 5 microcuries | 1966-1983 |
| Strontium 90 | Sealed source MM&M Co. To be used with Twin City Testing Corporation Beta-Scope Model No. NX-4 for measurement of thickness of plating. | 5 microcuries | 1970-1983 |
| Strontium 90 | Sealed source Unit Process Assemblies, Inc. Model HH-3. To be used with a Micro-Derm MD-3 unit in inspection work. | 10 microcuries | 1970-1983 |
| Strontium 90 | Sealed Source, Unit Process Assemblies, Inc. Model HH-3. To be used with a Microderm MD-3 unit in inspection work. | 25 microcuries | 1979-1983 |
| Strontium 90 | Sealed Source, Unit Process Assemblies, Inc. Model HH-3. To be used with a Microderm MD-3 unit in inspection work. | 25 microcuries | 1984-1992 |
| Strontium 90 | Sealed source, 25 microcuries, Fischer Technology, Inc., Model Fischerscope Beta 870. To | 25 Microcuries | 1988-1990s |

| MATERIAL | TYPE | QUANTITY PERMITTED | APPROXIMATE DATES |
|---|---|---|---|
|  | be used in inspection of coating thickness |  |  |
| Thallium 204 | Sealed source (Minnesota Mining & Manufacturing Co, Model 3D9A). To be used with Twin City Testing Corporation Beta-Scope Model No. NX-4 for measurement of thickness of plating. | 50 microcuries | 1966-1983 |
| Thallium 204 | One sealed source MM&M. To be used with Twin City Testing Corporation Beta-Scope Model No. NX-4 for measurement of thickness of plating. | 50 microcuries | 1970-1972 |
| Thallium 204 | Sealed source Unit Process Assemblies, Inc. Model HH-3. To be used with a Micro-Derm MD-5 unit in inspection work. | 50 microcuries; 90 microcuries | 1970-1993 |
| Thallium 204 | Sealed Source, Unit Process Assemblies, Inc. Model HH-3. To be used with a Microderm MD-3 unit in inspection work. | 100 microcuries | 1979-1983 |
| Thorium 232 | Thoriated nickel (2% thorium oxide by volume) changed 5/20/70 to include thoriated cobalt (2% thorium oxide by volume). To be used for the evaluation of thoriated nickel as a potential material for use in the manufacture of engine components. | 100 pounds updated to 200 pounds (2/27/70) | 1964-1985 |
| Tin-121 (Possible) | Tin-121 may have been used as a tracer in hydraulic oil that was | N/A |  |

13

| MATERIAL | TYPE | QUANTITY PERMITTED | APPROXIMATE DATES |
|---|---|---|---|
| | disposed of on-site before remediation in 1986-87. Pratt & Whitney measured the barrels and there was no radioactivity. Tin-121 is included in this chart as a prudential measure. | | |

The following individuals at Pratt & Whitney provided or confirmed information set forth in this response: Maura Heffernan, CIH, Pratt & Whitney West Palm Beach Site EH&S Manager.

## SUPPLEMENTAL RESPONSE

In addition to the response above, recently discovered documents in Pratt & Whitney's voluminous documents maintained in the archive for the Environmental Health & Safety ("EH&S") department suggest that Pratt & Whitney was in possession of additional materials. Pratt & Whitney's investigation into these materials is ongoing. Pratt & Whitney refers Plaintiffs to the EH&S archive it made available beginning on October 21, 2015, and, in particular, documents PW-IRNMTN-023058 thru PW-IRNMTN-023063 and PW-IRNMTN-050743 thru PW-IRNMTN-050800.

## VERIFICATION

Under penalty of perjury, I hereby swear and affirm that the foregoing answers are true and correct.

**PRATT & WHITNEY**

By: _____   Date: 3-24-16

Title: EH&S MANAGER

Print Name: MAURA HEFFERNAN

STATE OF Florida              )
COUNTY OF Palm Beach     )

The foregoing instrument was subscribed and sworn to me this 24th day of March, 2016, by Maura A. Heffernan, EH&S Manager, Pratt & Whitney, who is personally known to me.

[NOTARY SEAL]

_____
Notary Public

LISA P. MIDDDLETON
Commission # EE 870343
Expires May 6, 2017
Bonded Thru Troy Fain Insurance 800-385-7019

Print Name: Lisa Middleton
Notary Public, State of Florida
My Commission Expires 5/6/17

15

GUNSTER, YOAKLEY & STEWART, P.A.
777 South Flagler Drive, Suite 500 East
West Palm Beach, FL 33401
Telephone: 561-655-1980
Facsimile: 561-655-5677
***Attorneys for Defendant United Technologies Corporation (Pratt & Whitney)***

By: s/Gregor J. Schwinghammer, Jr.
GREGOR J. SCHWINGHAMMER, JR.
Florida Bar No. 090158
gschwinghammer@gunster.com
G. JOSEPH CURLEY
Florida Bar No. 571873
jcurley@gunster.com
FABIENNE E. FAHNESTOCK
Florida Bar No. 00145483
ffahnestock@gunster.com


BARTLIT BECK HERMAN PALENCHAR & SCOTT, LLP
54W Hubbard Street, Suite 300
Chicago, IL 60654
Phone: (312)-494-4448
Fax: (312)-494-4440
***Attorneys for Defendant United Technologies Corporation (Pratt & Whitney)***
SEAN W. GALLAGHER
*Pro Hac Vice*
sean.gallagher@bartlit-beck.com
ANDREW C. MACNALLY
*Pro Hac Vice*
andrew.macnally@bartlit-beck.com
DANIEL R. MCELROY
*Pro Hac Vice*
daniel.mcelroy@bartlit-beck.com


## CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the foregoing was served by U.S. mail on this 24th day of March, 2016, on all counsel or parties of record on the Service List below.

/s/Gregor J. Schwinghammer, Jr.
GREGOR J. SCHWINGHAMMER, JR.

16

## SERVICE LIST

Jack Scarola, Esq.
Mara Hatfield, Esq.
Searcy Denney Scarola
 Barnhart & Shipley, P.A.
2139 Palm Beach Lakes Boulevard
West Palm Beach, Florida 33409
Telephone: 561-686-6300
Facsimile: 561-383-9451
E-Mail: jsx@searcylaw.com;
mrh@searcylaw.com; dtm@searcylaw.com
*Attorneys for Plaintiffs*