1          UNITED STATES DISTRICT COURT
            SOUTHERN DISTRICT OF FLORIDA
2
            Case No. 13-80928-CIV-KAM
3
RICHARD COTROMANO, et al.,     )
4                              )
      PLAINTIFFS,              )
5                              )
      -v-                      )
6                              )
UNITED TECHNOLOGIES            )
7   CORPORATION, PRATT AND      )
    WHITNEY GROUP, et al.,      )
8                              )
      DEFENDANTS.              )    West Palm Beach, Florida
9                              )    January 10, 2018
    _____)
10

11               VOLUME 3 - PAGES 1 - 341

12   TRANSCRIPT OF MOTION FOR CLASS CERTIFICATION PROCEEDINGS

13          BEFORE THE HONORABLE KENNETH A. MARRA

14               UNITED STATES DISTRICT JUDGE

15

16   Appearances:

17   (On Page 2.)

18
    Reporter                  Stephen W. Franklin, RMR, CRR, CPE
19   (561)514-3768             Official Court Reporter
                              701 Clematis Street
20                             West Palm Beach, Florida  33401
                              E-mail:  SFranklinUSDC@aol.com
21

22

23

24

25

```
 1    Appearances:

 2    FOR THE PLAINTIFFS:          Jonathan Gdanski, ESQ., and
                                   Jeffrey L. Haberman, ESQ.,
 3                                 Sheldon J. Schlesinger, P.A.
                                   1212 Southeast 3rd Avenue
 4                                 Fort Lauderdale, FL 33316
      -and-
 5                                 Bryan S. Gowdy, ESQ.
                                   Creed & Gowdy, P.A.
 6                                 865 May Street
                                   Jacksonville, FL 32204
 7    -and-
                                   Steven J. Hammer, ESQ.
 8                                 440 South Andrews Avenue
                                   Fort Lauderdale, FL 33301
 9    -and-
                                   Jack Scarola, ESQ., and
10                                 Mara Ritchie Poncy Hatfield, ESQ.
                                   Searcy, Denney, Scarola, Barnhart
11                                 and Shipley, P.A.
                                   2139 Palm Beach Lakes Boulevard
12                                 West Palm Beach, FL 33409
      -and-
13                                 Craig R. Zobel, ESQ.
                                   3801 PGA Boulevard, Suite 600
14                                 Palm Beach Gardens, FL  33410

15                                    *  *  *  *  *

16

17

18

19

20

21

22

23

24

25
```

```
 1   Appearances (Cont.'d)

 2   FOR THE DEFENDANTS          Sean Gallagher, ESQ., and
                                 Andrew C. MacNally, ESQ., and
 3                               Alex Groden, ESQ., and
                                 Daniel R. McElroy, ESQ.
 4                               Bartlit, Beck, Herman,
                                 Palenchar & Scott
 5                               54 West Hubbard Street
                                 Suite 300
 6                               Chicago, IL 60610

 7   -and-

 8                               Gregor J. Schwinghammer, Jr., ESQ.
                                 Gunster, Yoakley & Stewart
                                 777 South Flagler Drive
 9                               Suite 500-E
                                 West Palm Beach, FL 33401
10   -and-

11                               Stephen J. Rapp, ESQ.
                                 Weinberg, Wheeler, Hudgins,
12                               Gunn & Dial
                                 3344 Peachtree Road, Northeast
13                               Suite 2400
                                 Atlanta, GA 30326
14
                                     *  *  *  *  *
15

16

17

18

19

20

21

22

23

24

25
```

```
 1        (Call to the order of the Court.)

 2             THE COURT:  Good morning, everyone, please be

 3   seated.

 4             MR. GALLAGHER:  Your Honor, I have one issue that I

 5   wanted to raise with the Court briefly before we start today,

 6   and it's just a -- it's a matter concerning our motion that we

 7   filed to exclude Mr. Moore, whose testimony you asked for

 8   yesterday, his direct, and that you looked at yesterday.

 9             And just to preview for the Court what it is I'm

10   talking about and explain why I'm raising it now, we've moved

11   to exclude Mr. Moore's direct testimony for two reasons:  One,

12   because what he offers is not proffer testimony, a Daubert

13   challenge.  The second reason we've moved to exclude Mr. Moore

14   is a more straightforward Rule 26 argument, that these are

15   opinions he's offering that were never disclosed in any expert

16   report.  So it'd be like he showed up at court -- you know,

17   today, if he shows up today to testify, and for the first time

18   on the stand started offering opinions that were never

19   disclosed in an expert report.

20             I don't want to argue the motion right now, but I'd

21   like to get the Court's attention on this, because I would

22   like to argue it later this morning, because it affects our

23   preparation.  I don't know if I'm preparing to cross-examine

24   Mr. Moore or not on the direct that he's proffered, because

25   we've moved to prevent -- to exclude him from offering that
```

 1   testimony.

 2           So if I could, could I ask that we schedule time

 3   later this morning before a recess to raise this issue with

 4   the Court so we can prepare appropriately and know the timing

 5   of what's coming next in the hearing?

 6           THE COURT:  I'm sorry, we need to take a break.  The

 7   reporter's computer isn't working.

 8       (A recess was taken from 9:27 a.m. to 9:29 a.m., after

 9   which the following proceedings were had:)

10           THE COURT:  All right.  We're getting a late start

11   through no fault of anybody's.  The computer for the reporter

12   was malfunctioning, so we'll make it up at the end of the day.

13           On the issue of Mr. Moore's testimony, I read his

14   affidavit last evening.  Frankly, I had some issues with it.

15   Didn't quite understand why I needed a geologist to explain to

16   me all the history about the movement of the soil, and I don't

17   know what -- why I need an expert geologist to explain all of

18   that.  I don't know why that's within his area of expertise.

19   Anybody can listen to the evidence about the soil transports

20   and everything that I've heard about the wrong routes and the

21   wrong exits on the turnpike that didn't exist and everything.

22   I don't know what that has to do with a geologist.  A trier of

23   fact can listen to all that evidence and draw whatever

24   conclusions the trier of fact wants to draw from that

25   circumstantial evidence.  Again, I don't see how that has

1    anything to do with an expert opinion.

2           But, regardless, this is not a jury trial.  Whether

3    I would let him testify in front of a jury is different from,

4    for purposes of this hearing, and I think it makes more sense

5    to just let everybody present their evidence, and I'll give it

6    whatever weight I think it deserves when I make my findings.

7           MR. GALLAGHER:  Thank you, Your Honor.

8           THE COURT:  So that's the way I'm going to handle

9    it.

10          MS. HATFIELD:  Thank you, Your Honor.

11          THE COURT:  All right.  So we got the doctor back

12   here?

13          MR. HABERMAN:  Yes, Your Honor.

14          THE COURT:  Dr. Stephens, 100 again.  Sorry to keep

15   everybody waiting.

16          You're still under oath, Doctor.

17   Daniel Bruce Stephens, Plaintiffs' witness, resumed the stand.

18                  Redirect Examination (Cont.'d)

19   BY MR. HABERMAN:

20   Q    100, Dr. Stephens.

21   A    100.

22   Q    I have up on the easel here Darcy's equation.  We were

23   talking about Darcy's Law yesterday, right?

24   A    Yes, sir.

25   Q    Okay.  And I just wanted to turn your attention to some

1    of the criticisms that were lobbed at you yesterday for the

2    numbers that you chose in your Darcy's equation.

3              In the answers you gave yesterday you talked about

4    the concept of minimum transport time.  Do you recall that?

5    A    Yes.

6    Q    Can you explain what minimum transport time is?

7    A    It would be the shortest time particles or contaminants

8    could move to a certain distance.

9    Q    And in this case, did you consider the minimum transport

10   time?

11   A    Yes.

12   Q    And why did you do that?

13   A    Well, if there was no way based on the available data

14   that would make, say, the maximum velocity, going as fast as

15   possible, particles couldn't get to The Acreage, then I

16   wouldn't need to consider anything slower.  You know, I'd have

17   to tell you that, you know, the contamination that's in The

18   Acreage here just couldn't have come from the Pratt & Whitney

19   site.  There's no possible way.  There's no data to support

20   it.  But that's not the case.

21             So we did try to back-calculate from the maximum --

22   excuse me, the minimum travel time, what other parameters

23   might be that could still get contaminants to The Acreage.

24   Q    And when you were considering the maximum parameters to

25   compute the minimum transport time, the distance that

1    contaminants could have gone from 1958 through 2010 or so was

2    how many miles?

3    A    Well, the distance between the Pratt & Whitney site and

4    The Acreage is a little over five miles, say between five and

5    six miles, depending on where you are, at the northern

6    boundary of The Acreage.

7    Q    But when you were using your hydraulic conductivity of

8    2143 feet per day, and the gradient that you chose to use and

9    the effective porosity that you used, the distance that those

10   contaminants could have traveled from 1957 through 2010 was

11   27 miles, right?

12             MR. MACNALLY:  Leading.

13             THE COURT:  Overruled.

14             THE WITNESS:  That was what was in the -- the

15   calculation, my expert report.  I believe that's in the

16   affidavit, as well.

17   BY MR. HABERMAN:

18   Q    Right.  And the minimum distance between the Pratt &

19   Whitney site and The Acreage is about how many miles?

20   A    5.1.

21   Q    Okay.  Can you give us a real world example of why, using

22   maximum parameters to compute minimum transport time makes

23   sense when considering whether contaminants have yet reached

24   The Acreage?

25   A    Well, I think maybe one example could be I suppose, you

1    know, if there was a crime committed in one part of town and

2    the alleged witness was observed in another part of town, the

3    question might be how fast could that guy have run from the

4    scene of the crime over here to the town?  Could he possibly

5    have done it?  And say, well, maybe he was Jessie Owens, he

6    could have done it --

7              THE COURT:  Doctor, if you could move that

8    microphone a little closer to you.

9              THE WITNESS:  Okay.  Sorry.

10              Jessie Owens, and he was the fastest human in the

11   neighborhood.  But if the fastest guy couldn't have gotten to

12   the scene of the crime -- or from the scene of the crime, the

13   point where he was observed, then probably, you know, the guy

14   who was found is not the guilty party.

15   BY MR. HABERMAN:

16   Q    So you just used an example with somebody running away.

17   Another example of that would be a marathon, right?

18   A    Yes.  You know, if we're trying to track the marathon

19   runners and we want to know what's the average time that the

20   runners are going to cross the finish line, how long should I

21   wait approximately for the, you know, the middle of the pack

22   to come across the finish line, well, that's one thing.  But

23   if you want to know what the fastest runner's going to be,

24   then you look at the -- you know, the guy who's got the

25   record, what's the record speed for finishing the marathon, if

1    you want to be there at the, you know, front.

2              But if your colleague that you came to watch is just

3    an average runner, you kinda look at the average time of the,

4    you know, runners to compete the marathon.

5    Q    And are your considerations, what you did here, is that

6    an acceptable methodology in your field?

7    A    Yes, I think it's a very -- you might call it, in a way,

8    conservative and bounding.  It's a fairly simplistic way.

9              What we do, you know, these kinds of calculations,

10   these very same kinds of calculations go into fairly

11   complicated analyses many times for looking at probabilities

12   of impacts.  So this equation has been used considerably in

13   the past for just that reason.

14   Q    Under the circumstances of this case, why is it not

15   appropriate or useful to only be looking at the averages of

16   groundwater velocity?

17   A    What experiments have shown, what observations have

18   shown -- experiments, what I mean by that is there have been,

19   for decades, two, three decades, extensive research on what

20   happens when a contaminant spills into an aquifer, even a

21   sandy aquifer.  And putting in hundreds and hundreds of

22   closely-spaced wells, scientists have tried to track where the

23   contamination is under controlled conditions.  In other words,

24   known amount of contamination goes in the aquifer, and they

25   poke holes all around, up and down, down gradient and side

1    gradient, and so on, to try to find where that contamination

2    is.

3         And what they find is that these average --

4    averaging kinds of parameters do not explain how far

5    contaminants actually move at the far end, even when

6    considering not just advection, but hydrodynamic dispersion,

7    which accounts for, like, diffusion and other mixing, the

8    general averaging equations that we've used just don't explain

9    what's observed, especially at the far end of these

10   contaminant plumes, where we see very low levels of

11   contamination.

12        And when you use particle tracking to try to find

13   those far-field points -- this is a particle tracking-type

14   equation -- you have to use very small effective porosities in

15   order to get that far-field first arrival, if you will, of

16   contamination at some point in time and space.

17   Q    You mentioned using a low effective porosity.  Can you

18   explain the significance of that?

19   A    The lower the effective porosity, the faster the

20   velocity.  In other words, there's a certain volume of water

21   that is with a -- flowing through the groundwater that's

22   forced to go through small spaces, so it has to go faster to

23   get the same volume rate of flow through a cross-section of

24   the aquifer.

25   Q    Is there evidence of low effective porosities that are

1    found in the Anastasia Formation?

2    A    Yes, I believe -- I believe so.  I would expect it.  And

3    there's been some measurements.  I mean, couple -- one reason

4    why you might have low effective porosities in places in the

5    Anastasia is because of fracturing in the cemented zones.

6    Fractures have been observed in the Anastasia, and they would

7    have very low effective porosities.  In other words, where

8    there's a crack in the rock and the rock is relatively low in

9    permeability, let's say, then the contaminants move just

10   through that very narrow crack, and that would be a small part

11   of the cross sectional area.

12            And then there have been measurements of core

13   samples, not just necessarily in fractures, but of in some

14   cemented material where the effective porosities have been

15   less than, you know, around 1 or 2 percent.

16   Q    Has Dr. Missimer observed low effective porosities in the

17   Anastasia Formation?

18   A    Yes.

19   Q    Let's turn to -- and when you say "yes," what is the

20   basis for your answer?

21   A    There was a paper that I read of his where he had made

22   some measurements of the composition of core samples from the

23   Anastasia, and one of the parameters that was measured was

24   porosity, and the lowest value he found there I believe was

25   1.3 percent, or 0.013, for one of the samples that he

```
 1   analyzed.
 2   Q    And that effective porosity that you just mentioned, that
 3   number, was that found in only a limited part of the Anastasia
 4   Formation, or did that go on a long considerable distance?
 5            MR. MACNALLY:  Objection; leading.
 6            THE COURT:  Overruled.
 7            THE WITNESS:  It may be in a separate paper of his,
 8   but the Anastasia, where he had looked at the petrography, the
 9   rock composition, if you will, along a distance of over
10   200 miles along the coast where this formation has occurred,
11   that the composition, the lithologic composition of the
12   Anastasia --
13            COURT REPORTER:  I'm sorry, of the what composition?
14            THE WITNESS:  Lithologic.  The lithologic
15   petrography was essentially the same.
16            MR. HABERMAN:  Pull up S21, please.
17   BY MR. HABERMAN:
18   Q    Dr. Stephens, is this the article that you were
19   referencing, authored by Thomas Missimer?
20   A    Yes, that's one of the articles I believe he's written on
21   this.
22            MR. HABERMAN:  Okay.  I'd like to -- and, Your
23   Honor, I'd like to mark this as plaintiffs' exhibit to the
24   hearing.
25            THE COURT:  What number?  What?
```

```
 1              MR. HABERMAN:  Plaintiffs' exhibit 2.

 2              THE COURT:  Okay.

 3   BY MR. HABERMAN:

 4   Q    Dr. Stephens, let's look at -- in looking at exhibit 2

 5   under the introduction, can you read the first sentence of the

 6   introduction?

 7   A    "A series of test wells was constructed and cores

 8   collected in coastal Broward County, Florida, as part of the

 9   hydrogeologic evaluation of the shallow aquifer system."

10   Q    And read the second sentence, too, please.

11   A    "The investigation was conducted for the city of

12   Hollywood, Florida, for the purpose of designing a salinity

13   barrier system to retard the landward intrusion of seawater by

14   injection of treated municipal wastewater seaward of the City

15   wellfield."

16   Q    Can seawater intrusion be considered a contaminant?

17   A    Yes.

18   Q    Turn with me to the second page of this article.

19              Under the stratigraphy and age of sediments segment,

20   the last sentence of that paragraph.

21   A    "The Anastasia Formation, which interfingers with the

22   Miami Limestone at the top of the section, probably correlates

23   to the Caloosahatchee and the Fort Thompson Formations and

24   ranges from late Pliocene at the base to late Pleistocene at

25   the top."
```

```
 1   Q    Are these the types of formations that underlie the Pratt

 2   & Whitney campus, the Corbett and The Acreage?

 3   A    Yes, generally.

 4            MR. HABERMAN:  And turn to the next page, please,

 5   Jonathan.  Can you blow up the table or the picture there?

 6   BY MR. HABERMAN:

 7   Q    Are these the subsurface formations that you just talked

 8   about?

 9   A    Yes, sir.

10            MR. HABERMAN:  Turn to the next page, please,

11   Jonathan.

12   BY MR. HABERMAN:

13   Q    Dr. Stephens, take a look at this picture.  Can you

14   describe what you see here?

15   A    This is what's called the geologic cross-section that

16   shows the stratigraphy, that is, the strata of the geology.

17   For example, the brick-like pattern would be a symbol used to

18   designate limestone units.  And then in between there is sand

19   and sandstone strata, and they correlate laterally.  You can

20   see a distance here.  There's a scale which shows the distance

21   of a mile.

22            And so here about 40 feet below surface there's

23   correlation laterally of a carbonate -- a limestone-type unit,

24   over a distance of several miles.  And so it's more or less a

25   layer cake, a stratified sequence with connection and
```

1    correlation strong in the horizontal direction, and then

2    there's variations vertically.

3    Q    And are these the types of units, the transmissive units,

4    the connected units, that you were talking about yesterday on

5    cross?

6    A    Yes, at one scale.  But even within a zone, here, for

7    example, that might be something on the order of 20, 25 feet

8    thick.  There's heterogeneity even within that type of a

9    layer.  But at this scale, yes, there's -- this would be a

10   unit, a laterally continuous unit, of some consistent

11   permeability.  But within even these layers, there's

12   heterogeneities.

13   Q    And what are the effective porosities that Dr. Missimer

14   mentioned in the Anastasia Formation in this article?

15   A    Well, there's a range.  Actually, there's another chart

16   in here which shows the porosity of these formations.  It's

17   maybe the next figure after this one, I'm not sure.  But they

18   ranged from about 40 percent, down to about one -- I think

19   this is one of them, yes.  This particular chart here shows

20   what's called macroporosity.  And then on the -- maybe we

21   could remove the green from this chart.  Can we get the --

22   Q    You can remove the green.

23   A    I can?  I can make green, but I'm not sure I can make it

24   go away.

25            Anyway, this is a scale, it's called macroporosity;

1    it goes from zero to 25.  And this is a log vertically of I

2    think these are like 50-foot distances apart.

3            So you see effective porosity of 10 percent would be

4    this line here, and then there are values which are, you know,

5    fairly low in places.  And then there's some numbers

6    associated with this and then another boring log, as well,

7    that have effective porosities that, you know, largely are

8    much less than 10 percent and closer to, you know, less than

9    5 percent in many of -- 5 percent would be the middle here.

10   So many of these points are less than 5 percent, which would

11   be consistent with the tracer tests -- the tracer test that

12   was done at the Pratt & Whitney site and some of the

13   scientific research that I talked about.

14   Q    How does Dr. Missimer's study here regarding the

15   Anastasia Formation support your conclusions in this case?

16   A    My takeaway from this paper is that when one looks at

17   detailed heterogeneity, that you find zones that have fairly

18   low effective porosities that would transport contaminants

19   faster than the average.

20   Q    How does his own article undermine his own conclusions

21   that he offers in this case?

22           MR. MACNALLY:  Objection; leading.

23           THE COURT:  Overruled.

24           THE WITNESS:  It's my opinion that Dr. Missimer

25   focused on the average and what he felt was the lowest

1    possible conservative value to use for effective porosity, but

2    I don't believe he considered this work that he did, and other

3    scientific literature that this actually supports, in coming

4    up with the smallest effective porosity that would reasonably

5    be present in the formation.

6              So if I were, you know, doing a -- an analysis, I

7    would want to consider values this low to see if it's

8    reasonable that low levels of contamination could have reached

9    The Acreage.

10   BY MR. HABERMAN:

11   Q    And you saw values of this low, or lower, found at the

12   Pratt & Whitney site, right?

13   A    That's correct.

14   Q    Okay.  And we found those values in the area, test area

15   D, which is where on the Pratt & Whitney facility?

16   A    It's on the west side.

17   Q    Okay.  And we found those values of effective porosity in

18   what kind of zones?  What was the description of the zones, if

19   you can recall?

20   A    I believe it was a shelly -- shelly zone.  It'd be some

21   sandstone.  I don't recall offhand.

22   Q    There were descriptions of shelly zones on the east side

23   of the Pratt & Whitney campus, right?

24   A    Yes.

25   Q    And there were descriptions of shelly zones in The

```
 1   Acreage, too, right?

 2   A     Yes, sir.

 3   Q     And how do you know that?

 4   A     From the geologic logs.

 5   Q     If there was a description of a shelly zone on the

 6   western part of the campus at Pratt & Whitney's site that had

 7   an effective porosity in the 3 to 11 percent range in the

 8   lower ranges of effective porosity, and you have the same type

 9   of lithography in the eastern part, it's more likely than not

10   that you would also have the same type of effective porosity

11   on the eastern part of the campus?

12              MR. MACNALLY:  (Stands.)

13              THE COURT:  Sustain the objection to leading.

14   Rephrase your question, please.

15   BY MR. HABERMAN:

16   Q     What would you expect to find with regard to the

17   effective porosity in the shelly zones of the Anastasia

18   Formation on the eastern side of the Pratt & Whitney's campus?

19   A     I would expect to find similar, you know.  I think for

20   purposes of this type of a calculation, there's more than

21   enough evidence that limestone units have porosities of

22   5 percent or so; that even in the sand, the not consolidated,

23   the not fractured part of the formation, that in order to

24   predict transport to the farthest point, the effective

25   porosities that we find even in sand and gravel that's loose
```

1   is on the order of 1 percent in some locations.

2           So while the average of maybe 20 percent or

3   10 percent might be good for regional groundwater modeling,

4   for predicting the far-field migration of contaminants, it's

5   these low effective porosities that one needs to use.

6   Q    And we talked yesterday about Barbara Sullivan, from

7   Arcadis, right?  Do you remember?

8   A    I know Barbara Sullivan, but I'm not sure I talked about

9   her.

10  Q    Did you review the testimony of Ms. Sullivan that she

11  gave in this case?

12          MR. MACNALLY:  Your Honor, I'm going to object.

13          THE COURT:  You need to use the microphone.

14          MR. MACNALLY:  Apologies, Your Honor.  I'm going to

15  object outside the scope.

16          THE COURT:  Sustained.  This is redirect of his

17  testimony, not talking about other witnesses.

18  BY MR. HABERMAN:

19  Q    You were talking about -- you were asked yesterday about

20  the heterogeneities of the aquifer.  Do you recall those

21  questions?

22  A    Yes.

23  Q    Okay.  In your experience, do heterogeneities cause some

24  contaminants to advance further than the average movement of

25  contaminants?

```
1   A    Yes.

2   Q    Why is that?

3   A    It's because of the connectedness of the high permeable

4   pathways, largely.

5   Q    Okay.

6   A    I think one way I've looked at it in the past to try to

7   explain it is driving down the freeway, and, you know, most of

8   the cars are going in rush hour traffic at 15 miles an hour,

9   and then they fill up probably, you know, 80, 75 percent of

10  the width of the freeway.  But then some guy in a motorcycle's

11  going down in between those two cars driving up the white line

12  between the lanes, and he's going, you know, almost 60, almost

13  the speed limit.  And that's the one, by analogy, type of

14  migration through an aquifer, that's more analogous to what

15  you look at when you try to find out what's the fastest

16  velocity, that small pathway through the traffic that's using

17  a small effective porosity and a high hydraulic conductivity.

18  Q    That's a reasonable method.  That's what hydrogeologists

19  do in there everyday work, right?

20  A    Yes.

21  Q    And you've been doing -- how long have you been a

22  hydrogeologist?

23  A    I completed my undergraduate work and was doing field

24  work in hydrogeology since working on nuclear power plants in

25  1971.
```

```
1    Q    And so since 1971, you've been studying the movement of

2    contaminants in groundwater?

3    A    More or less related to that.  I mean, a lot of the work

4    in contamination and my professional experience really began,

5    well, more with the onset of regulations like RCRA and CERCLA

6    in the '80s.

7    Q    You talked about some of the values that Dr. Missimer

8    used that he was considering the averages.

9              MR. HABERMAN:  Let's pull up S38, please.

10             Sorry, that's not the right one.

11   BY MR. HABERMAN:

12   Q    In any event, Dr. Stephens, what were some of the higher

13   ends of hydraulic conductivity that Dr. Missimer considered?

14   A    I believe 250 feet per day.

15   Q    Do you recall whether he considered the hydraulic

16   conductivity of 940 feet per day?

17   A    He used that in one of his model simulations in his

18   expert report, Appendix A, in the Schlumberger 2011 model.

19   Q    If you use the hydraulic conductivity value of 940 feet

20   per day, would you reach The Acreage from 1957 to 2010?

21   A    Yes.

22   Q    Okay.  And you mentioned I think that the figure 250 feet

23   per day for hydraulic conductivity, right?

24   A    Yes.

25   Q    Dr. Missimer also considered that value, right?
```

1    A    Yes.

2    Q    And if you consider the gradient that you chose and

3    effective porosities that you found in the area, would you

4    also reach The Acreage between 1957 and 2010?

5    A    That's possible.

6    Q    Let me just make sure the question's clear.

7              If you use the value that Dr. Missimer used in his

8    first appendix, the 940 feet per day, with the hydraulic

9    gradient that you chose, that you observed -- and the

10   effective porosity that you observed at the Pratt & Whitney

11   site that's also talked about in the literature, would you

12   reach The Acreage from 1957 to 2010?

13   A    Yes.

14   Q    You were asked yesterday about why you used the gradient

15   value of .002; do you recall that?

16   A    No, I believe it's .000 -- three zeros and a 2.

17   Q    Sorry, .0002.

18             What did you base that on?

19   A    That was based on field data.

20   Q    There are field data at the Pratt & Whitney site that

21   would suggest even a higher gradient, correct?

22   A    Yes, sir.

23             MR. HABERMAN:  Turn to S15, please.

24   BY MR. HABERMAN:

25   Q    Dr. Stephens, please tell the Court what we're looking at

1    here at exhibit -- at S15.

2    A    This is a map prepared by consultants to Pratt & Whitney,

3    Arcadis, and they are contour lines of equal water table

4    elevations in the east-southeast part of the Pratt & Whitney

5    site, here what's called the landfill.  The landfill is in

6    this area right here.

7    Q    Okay.  And the date of this study is what date?

8    A    This is November 15th, 2016.

9    Q    Okay.  The -- just so we're aware, the red lines, the red

10   arrows, are your drawings, right?

11   A    Yes.  The -- the blue lines represent more like a

12   topographic map, lines of equal elevation.  So if you want to

13   know which way downhill is, you draw a line perpendicular to

14   that slope, and that's the direction groundwater's going to

15   flow also.  It's more like downhill, this slope.

16          And so high elevations of the water table occur,

17   like, along this line, and relatively low elevations occur

18   along this line.  If you look closely, you can see there is

19   a -- each of these lines, maybe you can blow that up, this

20   area on the left side.

21          So you can see 24.0 feet above sea level is shown in

22   here; 23.2 feet above sea level is shown here.

23          So what hydrogeologists do is to say what's the

24   direction of groundwater flow?  It's perpendicular to the

25   slope of the water table, so it would be in this direction.

```
 1   Q    So to be clear, the direction of groundwater flow at or
 2   around the site of the landfill at the Pratt & Whitney site is
 3   what?
 4   A    It's south.
 5          MR. HABERMAN:  Okay.  And if you can zoom out,
 6   Jonathan.
 7   BY MR. HABERMAN:
 8   Q    You calculated a gradient here; is that right?
 9   A    I did, yes.
10          THE COURT:  I'm sorry, when you say here, where is
11   here?
12          MR. HABERMAN:  I'm sorry.
13   BY MR. HABERMAN:
14   Q    Dr. Stephens, did you calculate a gradient using values
15   on this demonstrative?
16   A    Yes.
17   Q    Okay.  And where did you calculate the gradient; from
18   what point to what point?
19   A    I looked at the distance between two equipotential lines
20   that are about 550 feet apart, noting that the difference in
21   water level between those points is about two-tenths of a
22   foot.  So the calculation would give about a gradient, in
23   other words, if two-tenths of a foot of water level fell over
24   550 feet, that's the slope of the water table essentially, and
25   you get .00036.
```

```
1    Q     And is that number greater than the gradient that you

2    were using in your calculations?

3    A     Yes.

4              MR. HABERMAN:  Okay.  Turn, Jonathan, to the next

5    page, please.

6              Actually, before you do that . . .

7    BY MR. HABERMAN:

8    Q     Let me ask you, Doctor, the contour lines, the

9    southernmost contour lines end at the left-hand side.  They

10   end there, right?

11   A     Yes.  If what you mean is that the data points which make

12   the map --

13            Could we remove the green?  It's just hard to point

14   out, because this is a different question.

15   Q     Continue, Doctor, please.

16   A     The data points that comprise the westernmost of the data

17   points in this map are just around the perimeter.  You can see

18   there's little circles; they represent the wells.  And there's

19   another well there, there, and there.  And to the west of

20   those for a few miles are no more wells.  But these are the

21   westernmost wells just around the vicinity of this former

22   landfill, which is right in there.

23   Q     To educate the Court, to be able to draw those lines

24   accurately, you need to have well measurements?

25   A     Yes, sir.
```

```
 1   Q    Okay.  And the reason why the hydraulic -- or the contour
 2   lines don't extend further west is because why?
 3   A    There's no wells.
 4   Q    Could wells be drilled there?
 5   A    Yes.
 6   Q    In fact, are there wells drilled by Pratt & Whitney in
 7   the Corbett?
 8   A    Yes, in the Corbett offsite, but those are -- here's one.
 9        MR. HABERMAN:  Zoom out, Jonathan, please.
10   BY MR. HABERMAN:
11   Q    So to orient the Court here, we have -- what are we
12   looking at here?  Are we looking at the Pratt & Whitney site?
13   Let me strike that.
14        Where does the Pratt & Whitney site end on this
15   demonstrative?
16   A    Pratt & Whitney site's boundary is shown here.  It goes
17   off the map.
18   Q    Okay.  So the southernmost contour lines, those are
19   offsite lines?
20   A    Correct.
21   Q    And those contour lines are known because -- because why?
22   A    Well, the -- maybe if we blew up this area in here, I
23   could answer the question better.
24        Well, basically, one looks at the water level that's
25   measured in surrounding wells.
```

```
 1            Take, for example, this is Corbett number 1.  It

 2   says 22.98.  Here's Corbett number 3 at 22.55, and here's

 3   Corbett number 2 at 22.40.

 4            So one says that between 22.40 and 22.98 is probably

 5   22.8, somewhere maybe in here.  And then between 22.98 and

 6   22.55 is also 22.8, maybe someplace like there.  So you draw a

 7   line of equal water elevation based on sort of a triangulation

 8   between points, and you more or less repeat that visually, or

 9   sometimes there's a computer program that's used to do that,

10   and then draw contours of equal water level elevation, just

11   like a surveyor would do to do elevations of a grade or

12   hillside slope.

13   Q    And it is possible to determine what the contour line

14   would look like if other wells were drilled further west; is

15   that right?

16   A    Yes.

17   Q    And would that be a reasonably prudent thing for a

18   manufacturer of Pratt & Whitney's type to do?

19            MR. MACNALLY:  Objection, Your Honor.

20            THE COURT:  Sustained.

21   BY MR. HABERMAN:

22   Q    You mentioned in your report that Acreage residents have

23   cause to concern offsite migration of contaminants from Pratt

24   & Whitney's property that may flow into The Acreage.

25            What -- how does the lack of wells to the west
```

1    support your opinion?

2    A     Well, I looked at maps like this one, which are more

3    recent, in the last 10 years or so.  When I look at those

4    maps, a number of the maps show just what I'm showing here,

5    that there's a southerly gradient, and it's in an area where

6    these offsite Corbett wells have detected contamination,

7    especially the dioxins and furans in the westernmost of those

8    wells.

9          When I look at the historic maps, this is, you know,

10   say the last 2015 I think it was this map, 2016, there are

11   other maps that go back into the 1980s before remediation was

12   ongoing.  Remediation tends -- in this case was wells pumping

13   on the Pratt & Whitney site to pull the groundwater back.  But

14   prior to that, groundwater was flowing in a much different

15   pattern near this landfill, which is the source, I believe, of

16   significant amounts of contamination, one of them.

17         At any rate, groundwater from that area flowed much

18   more to the west.  And so that path has not been mapped out,

19   or contaminants along that path have really not been mapped

20   out off site or west of where existing wells are.

21         MR. HABERMAN:  Jonathan, blow up S14, please.  And

22   can you rotate that clockwise?  Can you turn it so . . . there

23   we go.

24   BY MR. HABERMAN:

25   Q     Doctor, is this what you were just describing?  Does this

1    S14, what's before you, describe or portray what you were

2    describing to the Court?

3    A    Yes, this is one of a number of maps that are just like

4    this.

5    Q    What is the date of the map?

6    A    This one is -- all of these are in the 19 -- early 1980s.

7    I'd have to look at the rest of the report.

8    Q    From the time that Pratt & Whitney began its

9    manufacturing at the site in 1957, through 1986, did they have

10   monitoring wells or pumping wells on its property?

11   A    Yes, there were wells in the area of the manufacturing

12   facility.

13   Q    Okay.  But do they have any remediation-type wells on its

14   property, any wells to remediate the groundwater?

15   A    Not as part of a remedial action, to my knowledge.  They

16   were not installed -- the remedial action wells were not

17   installed until probably 1986 or '87 in this area.

18   Q    So can you describe for the Court what's happening here?

19   Did you draw the arrows, the red arrows?

20   A    Yes, I drew them, and then one of my colleagues made them

21   look a little neater.

22   Q    Can you explain the significance of those arrows?

23   A    Yes, these are groundwater flow lines, much like particle

24   tracks, that would be drawn, just like we showed previously,

25   perpendicular to equal water level elevations.

 1            So here, for example, you can see 23.9, 23.5, and

 2   those contours wrap around this polishing pond.  It's also

 3   called in other places a percolation pond.  It received

 4   wastewater.  So it was a place where they wanted to get rid of

 5   water, putting water into the aquifer.

 6            When they did that, the groundwater spread out.  And

 7   as you can see, it would spread out in this direction, it

 8   would spread out in this direction like a mound.  Just drawing

 9   a line with your finger perpendicular to those more or less

10   tells you which direction the contaminants will go.  And they

11   go right underneath this landfill.  The landfill was a source

12   of groundwater contamination.  Some of the highest

13   concentrations are found in this area.

14            THE COURT:  Just a second, Doctor.

15            Yes?

16            MR. MACNALLY:  Your Honor, we're just going to

17   object.  This is completely new opinion.  It is well beyond

18   the scope of anything that was done on cross-examination.

19            MR. HABERMAN:  Your Honor, this is not new opinion.

20   This is referenced in his report.

21            THE COURT:  But why is this redirect?

22            MR. HABERMAN:  It's redirect because it's

23   foundational to set up the direction of groundwater flow,

24   which is what Dr. Stephens was challenged on yesterday.

25   Yesterday the defense showed Dr. Stephens his particle

1    tracking model.  We talked about the direction of groundwater

2    flow, and the defense's main defense in the case is that the

3    groundwater flow at the Pratt & Whitney site is not to the

4    southeast or to the south, when the maps, the early maps and

5    the later maps, confirm that it is.  So I'm going through with

6    Dr. Stephens, demonstrating that the defense is just wrong on

7    that.

8              MR. MACNALLY:  Your Honor, these are maps that were

9    included nowhere in the written direct, nowhere in the

10   attachments to the written direct, and we have not, then, had

11   a chance to cross-examine him on.  The only map I showed him

12   talking about groundwater flow was the map that he actually

13   attached to his written direct in exhibit K, which was the

14   particle tracking map that you'll recall showed that water was

15   flowing to the east from this particular area.

16             So I asked him about his own map, but I -- you know,

17   this is all brand new otherwise.

18             THE COURT:  You're going -- to me, you're going way

19   beyond redirect, so we need to -- you know, you're --

20             MR. HABERMAN:  The --

21             THE COURT:  You said you had a half an hour more

22   with him today.  You're already at 45 minutes.  Your side is

23   already over the time that you were allotting for this.

24   Again, you can use your time however you want.  You're going

25   to be running out of time at the end, and so you decide how

```
 1   you want to use your time.

 2           Go ahead.

 3           MR. HABERMAN:  I'll move on, Your Honor.

 4           Turn to -- Jonathan, turn to S11, I think.

 5   BY MR. HABERMAN:

 6   Q    Dr. Stephens, this is -- Dr. Stephens, we looked at your

 7   particle tracking map yesterday; do you recall that?

 8   A    Yes.

 9   Q    Okay.  Can you point just on this map where the area of

10   Mecca Farms is?

11   A    (Witness complies.)

12   Q    Mecca Farms is just slightly north of some part of The

13   Acreage, right?

14   A    Yes.

15   Q    Okay.  Did you do any testing, or did you do any

16   calculations of results that you found at Mecca Farms?

17   A    Yes.

18   Q    And describe for the Court what you did.

19   A    There were water level measurements in wells on Mecca

20   Farms, and we looked at the direction of the slope of the

21   water table, and the groundwater was flowing to the

22   south-southeast.

23           MR. HABERMAN:  Turn to S5, Jonathan, please.

24   BY MR. HABERMAN:

25   Q    Dr. Stephens, this -- is this what you were describing
```

1  before?

2  A     Yes.

3  Q     Okay.  Tell the Court what you did here.

4  A     This is the slope of the water table, and we've looked at

5  the direction of groundwater flow, which is predominantly to

6  the south-southeast, and we've calculated the hydraulic

7  gradient, that is, the rate of fall of the water level over a

8  certain distance.  And on this figure it ranged from 00021 to

9  0037.

10  Q     Okay.  And you were able to make this drawing the

11  determination of groundwater flow by looking at actual data;

12  is that right?

13  A     Yes, sir.

14  Q     Okay.  And why is this -- how is this significant in your

15  opinion?

16  A     Well, I'm not using a model to calculate the hydraulic

17  gradient; I'm using the data.  And I've tried to use the data

18  in every analysis, every calculation.  That's a component of

19  the Darcy's equation, and I think that contrasts with what I

20  understand Dr. Missimer did.

21  Q     What is your understanding of what Dr. Missimer did?

22  A     Dr. Missimer estimated what he thought was the hydraulic

23  conductivity between a hundred and 250 feet per day.  I don't

24  see any calculation.  There's no scientific support.  It's

25  just a number picked out of the air.  Actually, it was the

1    same numbers used in the 2011 model in Appendix A.  There's no

2    new information in his report on how he obtained the 100 and

3    250 feet per day hydraulic conductivity.  His hydraulic

4    gradient comes from a model that's not calibrated to the local

5    data.  His effective porosity is what he determines to be an

6    estimate.

7    Q    So Dr. Missimer did not incorporate the known data from

8    Mecca Farms in his model; is that right?

9                MR. MACNALLY:  Objection; leading.

10               THE COURT:  Overruled.

11               THE WITNESS:  That's correct.

12   BY MR. HABERMAN:

13   Q    And models that do not -- what's the reliability, if any,

14   of models that don't incorporate the actual data?

15   A    For local simulations, you need to calibrate the model to

16   the local data.

17   Q    When you say that you need to calibrate the model to

18   local data, is that -- why do you say that?  What's the basis

19   for your statement?

20   A    Well, that's just the way we -- the science works.  We

21   have American Society of Testing Materials, and textbooks all

22   address this point, that when you're trying to compute, let's

23   say, groundwater travel time or where contaminants might move

24   from a particular location, you need to look at the

25   permeability data at that particular location.  And the

1    regional models that are -- have been used in this case have

2    no data from the Pratt & Whitney site at all.

3              So when you want to compute migration from the Pratt

4    & Whitney site, you need to use data from the Pratt & Whitney

5    site; and, otherwise, you have very low confidence in the

6    prediction.

7    Q    Okay.  Are there standards or good practices for applying

8    groundwater flow models to a site-specific problem?

9    A    Yes, I mentioned those just previously.

10   Q    And so --

11             MR. HABERMAN:  Why don't we pull up S16, please.

12   BY MR. HABERMAN:

13   Q    Tell the Court here, Doctor, what we're looking at here

14   and what the source of S16 is.

15   A    S16 is a map which Dr. Missimer calls his flow nets.

16   It's one of the three ways he used to determine the direction

17   of groundwater flow, and it's in -- I believe it's in Appendix

18   C of his expert report.  And these show the directions of flow

19   in March of 1995.

20   Q    Let me ask you, Doctor, you have here highlighted in blue

21   where Mecca Farms is in relation to The Acreage; is that

22   right?

23   A    Yes.

24   Q    And according to Dr. Missimer, where does the -- what is

25   the direction of groundwater flow by Mecca Farms?

```
 1  A    Well, north of Mecca Farms -- Mecca Farms is this area

 2  I'm highlighting in green.  Mecca Farms is just off the south

 3  tip of the Pratt & Whitney site.  And so these arrows show

 4  that groundwater would flow in the direction of Mecca Farms.

 5             But what it shows, oddly, is that right across Mecca

 6  Farms, groundwater flows to the east.

 7  Q    Is that -- is that picture consistent with the known data

 8  of Mecca Farms?

 9  A    Well, the data that I showed in the previous illustration

10  at Mecca Farms indicated that the groundwater was flowing to

11  the south-southeast, about 90 degrees or so from what this

12  figure shows.

13  Q    So models that rely on or that assume that direction of

14  groundwater flow at Mecca Farms flows to the east are

15  unreliable, flawed models, right?

16             MR. MACNALLY:  Objection; leading.

17             THE COURT:  Sustained.

18  BY MR. HABERMAN:

19  Q    What is your opinion with models that show the direction

20  of groundwater flow at Mecca Farms going to the east?

21  A    In that location, I think the data would indicate the

22  model is flawed, and it's obviously flawed, because it's not

23  calibrated to the local data.

24  Q    I just wanted to touch on one other thing, Dr. Stephens.

25             We talked yesterday about 1,4-Dioxane and J values.
```

```
 1   Do you recall that?

 2   A     Yes.

 3   Q     Can you tell the Court what a J value is?

 4   A     It's an estimate.

 5   Q     Okay.

 6   A     It's a detection of contamination, but the lab wasn't

 7   confident enough to put a -- to determine its value with

 8   any -- with high confidence.

 9   Q     And -- but did the lab detect 1,4-Dioxane?

10   A     Yes.

11   Q     And were those values -- I think one of them was .34, and

12   the other one was .43 micrograms per liter; do you recall

13   that?

14   A     Yes.

15   Q     And how does that comport with the EPA's defined risk of

16   1,4-Dioxane?

17   A     My understanding is that that number is 0.35 micrograms

18   per liter.

19   Q     So the EPA defined 1,4-Dioxane as a likely human

20   carcinogen, right?

21   A     That's my understanding, yes.

22   Q     And 1,4-Dioxane is found at the Pratt & Whitney site,

23   right?

24   A     Yes.

25   Q     And has 1,4-Dioxane migrated offsite?
```

```
 1   A     Yes.

 2   Q     And it's your opinion more likely than not that

 3   1,4-Dioxane has migrated offsite into The Acreage, right,

 4   Doctor?

 5            MR. MACNALLY:  Objection; leading.

 6            THE COURT:  Overruled.

 7            THE WITNESS:  Yes.

 8   BY MR. HABERMAN:

 9   Q     And tell the Court, please, what is the basis for that

10   opinion in terms -- I want to orient you to -- well, you

11   can -- let me ask it again.

12            What's the basis for that opinion?

13            THE COURT:  Isn't that his whole direct testimony?

14   We're going to sit here -- is he going to tell me his whole

15   direct testimony again?

16            MR. HABERMAN:  No, Your Honor.  Let me narrow it for

17   you.

18   BY MR. HABERMAN:

19   Q     In -- did you consider other sources and rule out other

20   sources?

21   A     Yes, I considered a lot of factors.

22   Q     Such as the -- such as the -- what is the main industrial

23   area -- what is the main industrial source in the project area

24   that you considered?

25   A     It's the Pratt & Whitney site.
```

```
 1   Q    And to your knowledge, the depths at which 1,4-Dioxane
 2   was found, and dioxins and furans were found in The Acreage
 3   were at what kind of depths?
 4   A    Well, I think from the wells typically they're in the
 5   50-foot range.  I think they go up to maybe a hundred feet
 6   depth, but most of them are nominally around 30 to 50 feet
 7   below ground surface.
 8   Q    Has 1,4-Dioxane migrated into The Acreage from Pratt &
 9   Whitney in levels above those that are acceptable by the EPA?
10   A    Well, I can't speak for the EPA.  I can speak for the
11   guidance number that's out there on .35 micrograms per liter,
12   and .43, although an estimate, is above that value.
13              MR. HABERMAN:  Thank you, Dr. Stephens.
14              MR. MACNALLY:  Your Honor, if I may be permitted,
15   after an hour and a half or so of redirect, I actually have
16   just a few questions.  I will be very brief.
17              THE COURT:  All right.  Thank you.  Go ahead.
18              MR. MACNALLY:  Thank you, Your Honor.
19              Andrew MacNally, for United Technologies.
20                       Recross-examination
21   BY MR. MACNALLY:
22   Q    100, again, Dr. Stephens.  How are you?
23   A    100.  Fine, thank you.
24   Q    I just want to follow up very briefly on one of the
25   diagrams that you discussed with Mr. Haberman yesterday at the
```

1    end of the day, if that's okay.  And I'm going to pull up on

2    the screen for you what I believe is Figure 4.6 to your

3    written direct testimony.  Do you see that?

4    A    Yes.

5    Q    Let me try -- there we go, clear.  Got the green

6    highlighting off there.

7              And you talked about the contour lines here that are

8    sort of oriented in the sort of center of the graphic here.

9    Do you see that?

10   A    Yes.

11   Q    And just so we're all on the same page, the area that's

12   depicted is the manufacturing building around those contour

13   lines, right?

14   A    That's correct.

15   Q    And this is sort of in the far eastern corner of Pratt &

16   Whitney's property?

17   A    Yes.

18   Q    And then to the west of that, sort of outside of the

19   contour lines, you've got the polishing pond, and then a

20   little bit to the northwest of the polishing pond is the

21   landfill that you were discussing with Mr. Haberman at length

22   this morning, right?

23   A    Yes.

24   Q    And you don't have a similar set of contour lines in any

25   figure that you've attached to your written direct that

1    actually extend from Pratt & Whitney, down through the

2    Corbett, all the way down into the proposed class area, right?

3    A    That's correct.

4    Q    Now, you're aware, Dr. Stephens, that there are hydraulic

5    conductivity well tests that you relied on in your written

6    direct that are in the zone of your 1000 feet, this little

7    cavity that you highlighted, that were less than 100 feet per

8    day, right?

9    A    There may be.  There's two different types of

10   measurements.  Some are in the sand layer, and then there's a

11   sandstone layer.

12   Q    Well, let's take a look quickly.

13         And just to orient us, you discuss the zone of the

14   permeable strata on the Pratt & Whitney property and down

15   through this area I think in the zone of 30 to 60 feet is

16   where you generally say it is; is that correct?

17   A    Generally.  Some places deeper, down in -- you know,

18   similar strata seem to be in the Caloosahatchee down, you

19   know, 140 feet.

20   Q    What I'm showing you here is a map where we have

21   geolocated all of the wells that you relied on in your

22   hydraulic conductivity readings in your report and then in

23   your written direct from Pratt & Whitney's property, and we've

24   limited this down to just those wells from 30 to 60 feet.

25   Okay?

1    A    Yes.

2    Q    And we've color coordinated them to try to make it a

3    little easier on ourselves.  The purple dots there, those are

4    zero to 99 feet, and the blue dots are 100 to 249.  Do you see

5    that?

6    A    I do.

7    Q    And then the orange, way up there, we'll see the orange

8    dot in a minute, but that's your 2143 feet per day.  Okay?

9    A    Yes.

10   Q    So I'm going to call out the landfill area here.  And

11   this is the same -- the manufacturing and landfill area, this

12   is the same area that we were just looking at in your

13   Figure 4-6, correct?

14   A    Yes.

15   Q    What you see here is that the vast majority of the

16   hydraulic conductivity readings between 30 and 60 feet that

17   you relied on in your report and your written direct from

18   Pratt & Whitney's property are actually less than a hundred

19   feet per day in this area, correct?

20   A    Well, the map you're showing here is one set of hydraulic

21   conductivity measurements.  There's another set, and that's

22   what's at odds with this figure.

23   Q    Well, these are the data points that we drew directly out

24   of your Appendix G-1.  You're familiar with your Appendix G-1?

25   A    Yes, sir.

```
 1   Q     And those were all taken -- they're hydraulic

 2   conductivity readings, right?

 3   A     Yes.

 4   Q     And you provided the reading in that Appendix G-1?

 5   A     Yes.

 6   Q     And you also provided the depth of the well?

 7   A     Yes.

 8   Q     And they're all wells on Pratt & Whitney's property that

 9   we can geolocate, right?

10   A     Yes.

11   Q     And so these are the wells that you are relying on, and

12   there is, in fact, a reading of 100 -- of less than 100 feet

13   per day.  It's directly south, within a couple hundred feet of

14   the 2143 feet-per-day reading that you rely on for your sort

15   of highest hydraulic conductivity zone, right?

16   A     Say that again?

17   Q     Well, there's a purple dot here that you can see, isn't

18   there?  I'll call it out with a highlight.  You know, you've

19   got your zone of high hydraulic conductivity stretching from

20   your orange dot, and right beneath it there's a purple dot,

21   less than 100 feet per day within 200 feet of the 2143 feet

22   per day ruling that you rely on.

23   A     Exactly.  That's the nature of this -- the

24   heterogeneities.

25              When you have -- I believe this is a fractured rock
```

```
1    situation.  And when you try to -- rocks get joints.  Joints

2    are like generally vertical partings in the rock, and when you

3    drill a well at one location, you might not find that joint,

4    but you drill it over here, you will find the joint.  And so

5    there's a huge difference in the hydraulic conductivity from

6    one location to another over a very small space when you're

7    dealing with fractured rocks.

8             And the same is true when there's solution cavities;

9    that you will drill down in one location, you will find that

10   solution cavity; you drill a few feet away, you won't find it.

11            And so hydraulic conductivity easily varies over a

12   wide range like this.

13            And just as an example, just as an example of these

14   purple dots, there was a cross-section I was shown.  I'm not

15   sure which one of you showed it to me, but it's the one that

16   has the vertical thin transmissive zones with lots of colors

17   in the bands.  If we could go back to that exhibit?

18   Q    I'd like you to focus on my question.

19   A    It is related to your question.  It's exactly to your

20   question.

21            MR. HABERMAN:  Object, Your Honor.  The witness is

22   asking to see something trying to complete his answer.

23            THE COURT:  I think we should let him show us what

24   he's talking about.

25   BY MR. MACNALLY:
```

1   Q    I think what we're talking about, Dr. Stephens, is

2   Figure 4-7B, correct?

3   A    Yes.

4           MR. HABERMAN:  Your Honor, we should let the witness

5   finish his answer before the question is asked.

6           THE COURT:  Sustained.

7           Let him make the point he wanted to make with this

8   demonstrative.

9           Go ahead, Doctor.

10          THE WITNESS:  In this demonstrative, this is showing

11  the hydraulic conductivity.  It's greater than 150 feet per

12  day wherever there's a reddish color.  And if you look at this

13  location, I believe this is about the one that's closest,

14  you'll see a number of very thin zones.  They're only a foot

15  or two thick, these little red bands on the boring log.  It's

16  called HPT-03.  Those are greater than 150 feet per day.

17          There are some yellow zones where the hydraulic

18  conductivity is 30.  But if you go to your purple dots, go

19  back to your -- you can see this location, HTP-03 is kind of

20  right in the middle of the pond area.  Go to your purple dots,

21  and there were other tests done here.  And here's the pond,

22  purple dot right there, and that number is four feet per day,

23  if I recall correctly, on the map that shows the sandstone.

24          We can go back to your -- go back to the exhibit you

25  just showed me.

```
 1              MR. MACNALLY:  Your Honor, I'm happy to continue to
 2    indulge the witness, but this is coming out of our time, and I
 3    asked him a simple question.
 4              THE COURT:  Well, and he's answering it, so . . .
 5              MR. HABERMAN:  Go ahead, Dr. Stephens.
 6              THE WITNESS:  I want to go back to the figure that
 7    he showed me with the red lines on it, the contours of the
 8    2000 feet per day.  This one.
 9              Okay.  So enlarge this area right here, please.
10    BY MR. MACNALLY:
11    Q    I'm sorry, what do you want enlarged?
12    A    I'm sorry, the one with the circle, this kind of area
13    right in here.
14              So right in this area, you get, you know, a very low
15    hydraulic conductivity.  I believe it says -- it shows a low
16    hydraulic conductivity.  And that's the purple -- there would
17    be a purple dot right here.  But when we look at the details
18    from the hydro -- that profiling tool that looks at
19    permeability with very fine resolution, not some averaging
20    process, when you look at the very fine resolution, you'll see
21    there are thin stratified zones.
22              Even where these tests show purple dots within that
23    are fine zones of much higher hydraulic conductivity, and
24    that's what the geology shows.
25    Q    And if we go back, if you turn back, Dr. Stephens, to the
```

```
1   question where I asked you about, you agree that there is a

2   purple dot of less than 100 feet of hydraulic conductivity

3   that is 200 feet directly south of the 2100-foot-per-day

4   reading that you relied on for your Darcy calculation, right?

5   A    Based on these tests, that's correct.  The hydraulic

6   profiling tool, by the way, was not applied in the area of the

7   manufacturing building or anywhere else on Pratt & Whitney's

8   site.

9             MR. MACNALLY:  No further questions, Your Honor.

10            THE COURT:  Thank you.

11            Thank you, Doctor.  You can step down.

12            All right.  So why don't we take a 10-minute break

13   before our next witness.

14            Who's the next witness?

15            MR. GALLAGHER:  The next witness is Dr. Bedient, I

16   believe.

17            THE COURT:  Okay.  We'll see you in about 10

18   minutes.  Thank you.

19       (A recess was taken from 10:39 a.m. to 10:50 a.m., after

20   which the following proceedings were had:)

21            THE COURT:  Please be seated, everyone.

22            We're back on the record.  So who is our next

23   witness.  Mr. Bedient?

24            MR. GDANSKI:  Bedient.  Plaintiffs' next witness is

25   Dr. Bedient.
```

```
 1                    THE COURT:  Sir, would you raise your right hand for
 2   plea, please.
 3                    Philip Bedient, Plaintiffs' witness, sworn.
 4                    THE COURT:  Please tell us your name, sir, and spell
 5   your last name for us, please.
 6                    THE WITNESS:  Philip Bedient, B-e-d-i-e-n-t.
 7                    THE COURT:  If you can try and stay close to that
 8   microphone.
 9                    THE WITNESS:  Yes, sir.
10                    MR. MACNALLY:  Your Honor, Andrew MacNally from
11   United Technologies.
12                    Two quick housekeeping matters.
13                    One, I just want to mark for the record the last
14   demonstrative that we showed to Dr. Stephens as UTC
15   demonstrative exhibit 8.
16                    THE COURT:  All right.  Thank you.
17                              Cross-Examination
18   BY MR. MACNALLY:
19   Q    The second housekeeping matter is for you, Dr. Bedient.
20   I have put a copy of your reports and a couple of other
21   materials that we may take a look at later this morning for
22   you in front of you in that binder.  Okay?
23   A    Yes, sir.
24   Q    As I mentioned, my name's Andrew MacNally, and I'm here
25   to ask you some questions today on behalf of United
```

```
1   Technologies.  Okay?

2   A    Okay.

3   Q    You are an environmental engineer, correct?

4   A    Yes, I am.

5   Q    And you offer opinions in this case about the alleged

6   presence of contaminants in the proposed class area?

7   A    Yes, I do.

8   Q    And among the contaminants that you have identified in

9   your written direct are things like dioxins, trihalomethanes

10  and 1,4-Dioxane, correct?

11  A    That is correct.

12  Q    Now, you were here yesterday and in the courtroom this

13  morning when I questioned Dr. Stephens about some of the

14  opinions that the two of you share in common regarding

15  hydrogeology, correct?

16  A    Yes.

17  Q    So I want to start with you back where I started with

18  Dr. Stephens by talking a little bit about the proposed area

19  that you studied.  Okay?

20  A    Sure.

21  Q    The map I'm showing you is Figure 4-8 from Dr. Stephens'

22  report.  You're familiar with this?

23  A    Yes.

24  Q    And it shows the Pratt & Whitney site up at the top in

25  yellow, and then the Corbett below, and then the red outline
```

1   is the plaintiffs' proposed class area.  Are you familiar with

2   that?

3   A    I see it.

4   Q    Now, zooming in on the proposed class area, you were not

5   the one who created the metes and bounds of the proposed class

6   area; is that right?

7   A    That is correct.

8   Q    The boundaries were given to you as an assumption for

9   your analysis; is that fair?

10  A    Yes.

11  Q    And you do not know why it is that whoever constructed

12  these boundaries, whether it was plaintiffs' lawyers or a

13  different expert, can put the metes and bounds of the proposed

14  class area where they did?

15  A    No, I have no idea.

16  Q    And you're not here to offer an opinion, then,

17  Dr. Bedient, that this boundary of the proposed class area is,

18  in fact, the right boundary to use for this particular class,

19  right?

20  A    No.

21  Q    And you've actually done no analysis in this case to make

22  a determination as to whether the entirety of the proposed

23  class area has been impacted by contamination?

24       MR. GDANSKI:  Judge, I'd just object to "impact" as

25  overbroad whether it's stigma or actual contamination.

```
 1              THE COURT:  Overruled.

 2              THE WITNESS:  I was asked to essentially look at

 3    this area, look at The Acreage, and evaluate potential impact

 4    associated with releases from Pratt & Whitney's site.

 5    BY MR. MACNALLY:

 6    Q    Do you agree, sir, that you've done no analysis to

 7    determine whether you believe that the entire proposed class

 8    area has been impacted by contamination?

 9    A    I believe in my -- both my first report from 2011 and in

10    my second report in 2016, my opinion is clearly stated there;

11    that based on everything that I looked at, there is, within

12    reasonable probability, there -- that it exists that there is

13    a connection and a migration path from UTC down into The

14    Acreage.

15    Q    I asked you a slightly different question.

16              My question was did you do an analysis to determine

17    whether the entire proposed class area has been impacted by

18    contamination?

19    A    I looked at the -- the area as a unit in that we took

20    samples across the area, widespread samples, and we, in fact,

21    found contaminant hits in many of those locations.  We -- I

22    was never asked to sample each and every individual location

23    within The Acreage, so I've not performed that analysis.

24    Q    I'd like to direct your attention to your deposition,

25    Dr. Bedient.
```

```
1    A    Okay.

2    Q    At line 12 through 15.

3              MR. GDANSKI:  What page is it?

4              MR. MACNALLY:  242.

5    BY MR. MACNALLY:

6    Q    "Right.  Okay.  So you've done no analysis to determine

7    whether The Acreage as a whole has been impacted the same?

8              "Answer:  That's correct.  That's a correct

9    statement."

10             Were you asked that question, and did you give that

11   testimony under oath?

12   A    Yes, I did.

13             MR. GDANSKI:  I would just ask, for rule of

14   completeness, that we read the next question and answer.  It's

15   line 16 through 23.

16   BY MR. MACNALLY:

17   Q    "So you've done nothing to determine whether the

18   northeastern portion of The Acreage has been impacted the same

19   as the southwestern portion of The Acreage?

20             "Answer:  Yeah.  That's -- when we talk about impact

21   here, if we talk about, for example, economic impact, that's

22   some other expert that's looking at that, that's certainly not

23   me."

24   A    That's a correct statement.

25             THE COURT:  I'm sorry, Mr. MacNally, for other
```

1    witnesses you had given me a packet of all the materials.  Did

2    you have one for this witness, as well?

3              MR. MACNALLY:  I do, Your Honor.  I apologize.

4              THE COURT:  No, that's all right.  I just wanted one

5    if you had it.

6              MR. MACNALLY:  There you go, Your Honor.  That's a

7    packet of the same materials and then a copy of his

8    deposition, as well.

9              THE COURT:  Thank you.

10   BY MR. MACNALLY:

11   Q    So we're on the same page, again, Dr. Bedient, you have

12   not made an analysis of whether the entire area, that is, the

13   proposed class area, has been impacted by contamination or

14   economically impacted in this case, correct?

15   A    Well, I've certainly not done an economic impact, since

16   that's not what I do, but I have done a study to determine

17   whether or not this general area has been, if you will, hit

18   with contaminants that are associated with the UTC site.  And

19   in the findings of my report, I clearly state there is a

20   migrating pathway.  Those types of contaminants have been

21   found here, and they've been found widespread here across many

22   different properties.

23   Q    Well, you agree that there are a lot of different types

24   of hydrogeological features within the proposed class area to

25   make one area of the proposed class area different from

1    another?

2    A    Oh, I think it's been pretty well-established from the

3    last two days that there's quite a bit of variability in the

4    hydrostratigraphy associated with this site, and that you do

5    have both variation vertically as well as horizontally.

6             But also, also, one of the key findings here is that

7    this is one of the -- one of the fastest hydrogeologic zones

8    that I've ever seen in -- in 30 to 50 sites that I've worked

9    on.

10   Q    A major canal runs through the middle of the proposed

11   class area, correct?

12   A    Yes, it does.

13   Q    And you have not studied whether this M Canal that I've

14   culled out here with these three arrows, would serve as a

15   barrier to groundwater flowing between the northern portion

16   and the southern portion of the proposed class area, correct?

17   A    I've not looked at that in any sort of detail, no.

18   Q    But you can agree with me that the M Canal is a

19   significant hydrogeological feature of this area that you

20   would have to take into consideration if you wanted to know

21   whether people in the north of the canal faced similar

22   contamination risk to people in the south of the canal?

23   A    The issue with surface canals, in all of my experience,

24   normally the general impact with surface canals is in what I

25   would call the relatively shallow zone, shallow aquifer area.

```
1    The deeper you go in the aquifer, the less that impact.  And

2    that's simply because of the way groundwater hydrology works.

3              And mostly what we're talking about here is deeper

4    transport, down in the 50- to 60-foot range, coming all the

5    way across the site.  So based upon that, I would be surprised

6    to see that that canal has very much impact, but I've not

7    studied it in detail.

8    Q    So you haven't studied the impact of the M Canal and

9    groundwater migration, right?

10   A    That is correct.

11   Q    And you also would agree with me, though, that if you're

12   going to study how groundwater moves around the proposed class

13   area, you would need to take into consideration features of

14   the proposed class area, such as the M Canal or other geologic

15   features, correct?

16   A    Oh, I don't disagree that we would like to have an

17   understanding of as much of the hydrogeology as possible for a

18   site, and here there is a lot of that information on the

19   property of UTC, and there is also a fair amount of that

20   information in and around The Acreage, and there's a paltry

21   amount of information in between.  There really is.  There's

22   not really much information in the Corbett, for example.

23   Q    And the UTC information that you're relying on is from

24   anywhere between 6 and 14 miles away from the areas of the

25   proposed class area, correct?
```

```
1   A     Well, I heard in testimony that the minimum distance is
2   about 5.1 miles.
3   Q     Have you measured the minimum distance yourself?
4   A     I, myself, have not personally measured.  I've seen that
5   reported, and I've taken a ruler to a map before and seen that
6   it's in the range of about 5 miles.
7   Q     Okay.  So let's call it 5 to 14 miles.  You agree that
8   the data points from Pratt & Whitney's facility are upwards of
9   5, all the way down to 14 miles away from the areas in the
10  proposed class area, correct?
11  A     Oh, yes.
12  Q     And you agree that the likelihood that groundwater will
13  migrate from Pratt & Whitney to any individual plaintiff's
14  home will vary depending on where in the class area that
15  plaintiff lives?
16  A     I think the way that you've asked that very specific
17  question, there are these variable pathways, and we've seen
18  that extensively in the testimony earlier by Dr. Stephens.
19  And there are various pathways that come out of the Pratt &
20  Whitney site, some heading slightly west, some heading south,
21  some heading to the southeast.  My early findings in 2011 and
22  also my current findings in 2016, that south-southeast was the
23  main direction of flow.
24         And so that puts The Acreage, if you will, in -- or
25  the -- in the direct line, if you will, the line of fire,
```

1    moving down gradient, different contaminants from different

2    sources at the site, coming along different pathways, could

3    certainly impact in different ways within The Acreage.  But

4    generally the contaminant impact is there.

5    Q    I'm not asking you about the class area as a whole; I'm

6    asking you something slightly different.

7             You agree that the likelihood that groundwater will

8    migrate from Pratt & Whitney to a plaintiff's home will vary

9    depending on where in the proposed class area that individual

10   plaintiff happens to live.  So somebody down in the southwest

11   may face a different likelihood than somebody up in the

12   northeast than somebody in the northwest or somebody in the

13   southeast?

14   A    I can't disagree with that.

15   Q    In fact -- and you've done nothing to determine in your

16   analysis whether or not the groundwater -- the potential for

17   future contamination is similar for someone that lives in the

18   southwest part of The Acreage, as opposed to somebody up in

19   the northeast, right?

20   A    That's correct.

21   Q    In terms of future contamination, you also haven't

22   provided an opinion about where it is within the proposed

23   class area that you expect contaminants to arrive?

24   A    No.  That would be, given the condition both here and,

25   for that matter, at any hazardous waste site, that would be

```
1    extremely difficult to arrive at.
2          The reason for going out into this area and taking
3    multiple samples at multiple locations is to basically -- and
4    the findings were clear that there's a range of
5    concentrations, and there are a range of parameters with
6    different hits all across The Acreage.  And therefore from a
7    general standpoint in terms of contaminant impact, it -- you
8    know, my finding was that this area's been impacted in that
9    way.
10   Q    And you've also offered no opinion in this case about how
11   much contamination that you believe will arrive at The Acreage
12   in any future point in time, right?
13   A    Oh, that's correct.
14   Q    And you have no opinion about when in the future
15   contamination -- future contamination will reach The Acreage,
16   correct?
17   A    I've not made those calculations, no.
18   Q    Now, just to orient ourselves backwards a little bit,
19   actually, I'm going to use the board here, because
20   Mr. Gallagher spent time making it.
21   A    Okay.
22   Q    And I just want to orient ourselves a little bit, because
23   we've talked a lot about Pratt & Whitney and we've talked
24   about the class area and you've talked about sort of things
25   movement off ward.
```

```
 1              The class area is as large or is larger from the top
 2      of the class area to the bottom of the class area, right, than
 3      it is even from Pratt & Whitney to the top of the class area
 4      itself?
 5      A    What do you mean; the distance?
 6      Q    Yes.
 7      A    Yes, the distance from Pratt & Whitney, about 5 miles,
 8      and then it's more than 5 miles to the bottom of the class
 9      area.  Is that what you're asking me.
10      Q    Yes.
11      A    That's correct, yes.
12      Q    It's actually -- it's almost 9 miles between the top of
13      the class area and the bottom of the class area, correct?
14      A    Yes.
15      Q    So it's something like 60 square miles?  That sound about
16      right?
17      A    Yes.
18      Q    This is a huge site.
19      A    It's a huge area.
20      Q    Now, you talk a lot in your report and in your written
21      direct about water tests from The Acreage, correct?
22      A    Yes.
23      Q    And you personally are not a chemist.
24      A    I am -- I am not trained as a water chemist, but as a --
25      as a environmental engineer, having worked at more than 30
```

1   major sites all over the United States, including the military

2   sites, I'm very, very skilled at dealing with that type of

3   data and that type of information that comes back from the

4   laboratory.

5   Q    You don't consider yourself to be an expert in the

6   analytical methods that are used to detect contaminants in

7   water, correct?

8   A    That is correct.

9   Q    And you kind of have two different sources of testing

10  that you rely on here.  One is from the FDEP testing.  Do you

11  remember that?

12  A    Yes.

13  Q    And that's some testing from 2010 and 2009?

14  A    Yes.

15  Q    Now, you weren't involved, obviously, in any of that

16  testing personally?

17  A    No, I was not.

18  Q    So those are results you're relying on that you received

19  from the FDEP's public reports?

20  A    Yes.

21  Q    And then you're also relying on some testing that was

22  performed by the plaintiffs kind of at various times from,

23  let's say, 2010 through 2016?

24  A    Right.

25       And I was actually involved personally in the very

1    early round of sampling that took place.

2    Q    And have you been personally involved in all of the

3    subsequent rounds of sampling that have taken place?

4    A    Just in a -- I've been back out to visit a few of the

5    locations with -- with the driller, and so on, but not as much

6    as in the first round.

7    Q    So in the later testing, let's say 2012, 2015, 2016, you

8    didn't personally oversee the sampling, correct?

9    A    That is correct.

10   Q    And you also did not dictate the protocols for taking and

11   preserving the samples; is that fair?

12   A    No, I did not.

13   Q    Now, before we talk about specific contaminants, let's

14   just talk about water in general.  And this is the part that

15   always terrifies me, but there are --

16   A    Terrifies me, too.

17   Q    There are contaminants in basically all drinking water,

18   right?

19   A    Oh, yes.

20   Q    Including the bottles of water that you and I are

21   chugging along right now?

22   A    There can be, but I hope they're not.

23   Q    Florida has drinking water standards?

24   A    It does.

25   Q    And those standards set acceptable levels of contaminants

1    in water?

2    A    Yes.

3    Q    The standards are different, though, for different

4    contaminants; is that fair?

5    A    Oh, yes.

6    Q    And the drinking water standards, to your understanding,

7    is designed to be protective of human health?

8    A    They are.

9    Q    You've analyzed data from, is it fair, to say dozens of

10   water tests around The Acreage?

11   A    Probably.  In terms of -- I've analyzed -- in other

12   words, I've looked at the results from dozens of monitoring

13   wells at the site, yes.

14   Q    And by the site, just so we're all clear, you mean the

15   proposed class area?

16   A    Yes, call it the proposed class area, yes.

17   Q    And you're not offering the opinion that any of the water

18   tests that you reviewed exceed the safe drinking water

19   standards, correct?

20   A    There was -- there's always an issue with -- with dioxin.

21   That's always a flag.  And there were some dioxin hits in the

22   area, and there was -- there was an exceedance of a certain

23   criterion on one of those hits.  I think I heard -- I've seen

24   the value of .43 versus .35 is a standard, but I don't know

25   whether that is a drinking water standard or not.

```
 1  Q    You are not offering an opinion that any of the water
 2  tests that you reviewed exceed the safe drinking water
 3  standards in Florida, correct?
 4  A    That is correct.
 5  Q    And that's because, to your knowledge, none of the
 6  contaminant levels you reviewed suggest that there have been
 7  any results that exceed those safe drinking water standards,
 8  correct?
 9           MR. GDANSKI:  Judge, I'm going to object.  It's
10  outside the scope of his direct affidavit.
11           THE COURT:  Overruled.
12           THE WITNESS:  I've not -- I've not seen any levels
13  that -- at least within the proposed class area that exceeded
14  any water quality drinking standards.
15  BY MR. MACNALLY:
16  Q    So you mentioned dioxins.
17  A    Yes.
18  Q    So let's talk about dioxins.
19  A    Okay.
20  Q    In your report, you suggest that one of the reasons why
21  you think dioxins in the proposed class area come from Pratt &
22  Whitney is that Pratt & Whitney is the only I think you call
23  it the major industrial source in the area?
24  A    Yes.
25  Q    Do you remember that?
```

```
1    A     Yes.

2    Q     Dioxins and furans, though, are widely present in the

3    environment, correct?

4    A     They are.

5    Q     And they're created by far more than just industrial

6    processes?

7    A     They can be.

8    Q     For example, dioxins and furans are created by burning

9    things?

10   A     Generally that's where they come from.

11   Q     And including residential trash burning that has

12   chlorinated material in it?

13   A     Yes.

14   Q     And residential trash burning is a potential alternative

15   source for dioxins in a community like the proposed class

16   area?

17   A     It can be in terms of its presence, let's say, in surface

18   soils.  And I have a lot of experience with dealing with

19   contaminated sites and dioxins in surface soils.  The issue

20   here is dioxin samples taken at depth, and that's what makes

21   this unique and different.

22   Q     Well, you agree that dioxins can be created within The

23   Acreage itself just by residential uses of property, such as

24   trash burning, right?

25   A     It can be, yes.
```

```
1    Q    And you're also familiar -- I think you heard

2    Dr. Stephens -- he may be gone now.  Oh, he's there.

3            You might be familiar that he talked about Mecca

4    Farms, you remember that?

5    A    Yes.

6    Q    And I'm going to walk over here.  I'll try and speak up,

7    but Mecca Farms is kind of right in this area?

8    A    Yes, it is.

9    Q    And you're familiar with that site?

10   A    I am.

11   Q    Are you aware that there was a substantial burn pit at

12   Mecca Farms that had to be remediated?

13   A    I think I had seen that somewhere, yes.

14   Q    And did you investigate whether the dioxins and furans

15   potential in that burn pit had any impact on groundwater in

16   coming to your conclusions about the source of dioxins and

17   furans in the proposed class area?

18   A    No, I did not.

19   Q    And you're also aware, I think, that dioxins and furans

20   can be used in some old fertilizers and pesticides and things

21   like that?

22   A    They can be.

23   Q    And are you aware that there is an old orange grove

24   that's sort of in the center part of the proposed class area?

25   A    Yes, that would not surprise me at all.
```

```
 1   Q    And did you study the historical use of what types of

 2   fertilizers were used at that proposed orange grove in coming

 3   to your opinions about where the dioxins and furans in the

 4   proposed class area came from?

 5   A    No.

 6              And, again, that's primarily because they were found

 7   at depth, which was also true of many other contaminants found

 8   down at about 50 to 60 feet, which was a clear indication to

 9   me that they came via the groundwater pathway.

10   Q    So I want to talk a little bit -- you've talked now a few

11   times about findings at depth and findings.  So in your binder

12   there, I've included Table 8 from your report, which I don't

13   believe that you included with your written direct, but you'll

14   recognize this as a summary of laboratory results for dioxins

15   and furans that you produced with your expert report, correct?

16   A    Yeah, that looks familiar.

17   Q    And this details the proposed dioxins and furans that you

18   identified in the class area, is that fair?

19   A    Yes.

20   Q    And just so everybody's on the same page, this left-hand

21   column here, these represent the addresses that you tested

22   within the proposed class area, right?

23   A    Right.

24   Q    And if you look through -- well, actually, stepping back.

25   In your written direct, I think you used the phrase that
```

1    dioxins and furans were detected in wells throughout The

2    Acreage; do you remember that?

3    A    Yes.

4    Q    Okay.  And what you show here in Table 8, if you flip

5    through it, you can see, is nine test results that you're

6    reporting for dioxins and furans in The Acreage, correct?

7    There's one more I think over on the next page.  I'll flip and

8    show it to you.

9    A    Yes.

10   Q    Okay.  And of those nine results, you only have seven

11   that actually have detections, right?

12   A    Go back.

13   Q    Is that correct?

14   A    Yeah, yeah, that's correct.

15   Q    Do you know how many homes there are in the proposed

16   class area?

17   A    Oh, gosh, not the exact number.  I think it's thousands.

18   Q    15,000 sound about right?

19   A    Could be.

20   Q    You did not select these nine testing locations

21   personally, correct?

22   A    No, I did the not.

23   Q    You did not know how the plaintiffs actually selected

24   these sites for testing?

25   A    No.

```
 1    Q    And you cannot opine that these sites are in some way
 2    representative of the entirety of The Acreage, correct?
 3              MR. GDANSKI:  Judge, I object.  Asks for a legal
 4    conclusion.  It's overbroad.
 5              THE COURT:  Overruled.
 6              THE WITNESS:  Yeah, these are just -- these were
 7    monitoring wells, I believe; that these 11 or 12 monitoring
 8    wells were out there, and -- actually, I guess, 10.  And those
 9    were spaced across the area.  But, no, I don't know how or why
10    that they were selected.  I do know that they were selected to
11    sort of be representative across the area so that they weren't
12    lumped all in one place.
13    BY MR. MACNALLY:
14    Q    Well, you actually know that you don't have a single test
15    result showing the presence of dioxins and furans essentially
16    anywhere in the entire southern half of the proposed class
17    area, right?
18    A    Oh, I think that's correct, yes.
19    Q    So it's not really representative of the entire class
20    area, these test results; is that fair?
21    A    Well, I'm not a -- I'm not here to -- I'm not even sure I
22    can answer that in terms of being representative.  It's an
23    area that's across and north-south, not all the way south, but
24    it is an area that's across and north-south, and there were
25    many hits there.  And that is the general -- because the south
```

1   and southeast is the general direction of groundwater flow, it

2   was designed in such a way to -- to try to capture that --

3   that area, if you will.

4   Q    Well, maybe I can sum it up this way.  You're not

5   offering an opinion here today that these nine test locations

6   are, in fact, a representative sample of the entire proposed

7   class area, right?

8   A    Well, I think it's an indication of contaminant levels

9   within the class area, even though it -- it -- in other words,

10  it may not extend all the way 14 miles south, it extends deep

11  into The Acreage, and some of those wells did show hits.

12  Q    Well, is there anyplace in your written direct where you

13  characterize these line test locations and give an explanation

14  as to why you believe it's actually representative of the

15  entire 60 square miles?

16  A    No, I did not.

17  Q    So let's focus back to Table 8 and talk about the middle

18  two columns, and there's a bunch of letters and numbers there,

19  and let's just talk a little bit about what that means.

20         So this table doesn't report all of the tests for

21  dioxins and furans that were actually run at these properties,

22  correct?

23  A    I think that's correct.

24  Q    So there are a lot of different types of dioxins and

25  furans, right?

```
 1   A     Many, many.

 2   Q     And these are called congeners?

 3   A     Yes, they are.

 4   Q     So let's see if I get this right.  Dioxins are different,

 5   the congeners are different, based on the number of chlorine

 6   molecules that are attached to them, right?

 7   A     Yes.

 8   Q     So a dioxin with four chlorine molecules is considered to

 9   be a very toxic dioxin, right?

10   A     It's the -- I think it's the 2478 TCDD.

11   Q     And that's -- it's actually 2378 TCDD, not to correct

12   you, but that's the most toxic dioxin, right?

13   A     It is.

14   Q     And 2378 TCDD appears absolutely nowhere in your proposed

15   class area, correct?

16   A     That is correct.

17   Q     And the range goes up to eight chlorines on the dioxin?

18   A     Probably, yeah.

19   Q     And those are the octos, right?

20         So several of these results say OCDD and OCDF.

21   A     Yes.

22   Q     You see that.

23         And OCDD and OCDF are dioxins and furans that have

24   eight congeners, right?

25   A     That's correct.
```

```
1    Q    Or eight chlorines.
2               And the majority of the test results that you're
3    reporting in Table 8 are, in fact, OCDD or OCDF congeners?
4    A    That is correct.
5    Q    Now, you did not oversee the actual sampling procedures
6    for these tests, correct?
7    A    I did not.
8    Q    And testing for dioxins and furans is something that is,
9    relatively speaking, complex?
10   A    It is a complex analysis.
11   Q    You don't know who did the sampling for these particular
12   tests, right?
13   A    I just know that it was this particular lab, Summit Lab.
14   But I don't know them, no.
15   Q    Summit Lab did the testing.  Do you know who did the
16   sampling?
17   A    I actually do not.  I assumed it was Mr. Miller that had
18   done the original sampling, but I'm not sure of that.
19   Q    So these test results are sort of something that you
20   received as counsel as an input to your analysis?
21   A    That's correct.
22   Q    And there are some anomalies, right, with the sampling
23   here.
24               Like if you look, for instance, at MW-9, do you see
25   that down here on the first page?
```

```
1    A     Yes.

2    Q     I can cull that out for us.

3    A     Yes, MW-9, right.

4    Q     You see there it looks like it says the sample was

5    broken; do you see that?

6    A     Yes.

7          Now, I'm not sure if -- yeah, I assume it means the

8    sample is broken, but I'm not sure if it's the sample that's

9    broken or if it's the well that's broken.

10   Q     And that wasn't something you investigated?

11   A     No.

12   Q     Once sites are selected and sampled, then we do the

13   testing, and that was at Summit Labs, correct?

14   A     Yes.

15   Q     And you did not select Summit Labs personally for this

16   testing?

17   A     No.

18   Q     You cannot actually vouch for the reliability of Summit

19   Lab's dioxins and furans testing, correct?

20   A     Well, I did some -- and I've seen some information in

21   that regard with respect to the accreditation of that lab.

22   And as I understand, as I recall what I saw, they are

23   accredited for these compounds, but they were not accredited,

24   I think, for the 2378.  I believe I saw that.

25   Q     So accreditation -- let's just talk about that.  That's
```

1    an important concept -- it means that someone like the FDA --

2    sorry, the EPA or the FDOH has said this lab's methods and

3    procedures are appropriate for testing a particular

4    contaminant.

5    A    That is correct.

6    Q    It's a fairly rigorous evaluation; you would agree?

7    A    Extremely rigorous.

8    Q    So let's look, and I've actually provided it to you in

9    your binder, to the Summit Lab's accreditation report, and you

10   see it reports these out by different agencies.  So if we turn

11   over a couple of pages, we actually see that there's some

12   accreditation from the Florida Department of Health.  Do you

13   see that?

14   A    Yes.

15             MR. GDANSKI:  Judge, I'm going to object.  It's

16   outside the scope of his direct.

17             THE COURT:  Sustained.

18             MR. MACNALLY:  Your Honor, I'm asking him about the

19   test~-- the very test results that he's relying on to come to

20   his conclusions.

21             THE COURT:  You're asking him about the

22   accreditation of the testing agency.

23             MR. MACNALLY:  Well, no, it goes -- it will

24   direct -- direct back to whether the lab was accredited for

25   the compounds that he's purporting to have found in The

1    Acreage, which goes to the reliability of his data inputs.

2          MR. GDANSKI:  It's not a question of that.  He

3    hasn't done that.  We have a separate expert that they never

4    challenged, who has, in fact, corroborated all of these

5    analyses.  That's not at issue before today.  This is not this

6    expert's direct.

7          MR. MACNALLY:  First of all, they don't have that

8    expert.  Second, they provided no such expert here.  This is

9    the expert that talks about this testing, and I'll -- and I'm

10   going to the lab.  This is not about the -- this is just a

11   fact of what the accrediting agency has found, and it goes to

12   the viability of the results that he's relying on.

13         THE COURT:  I'm trying -- I thought he said he

14   admitted that Summit wasn't certified for some of the toxins.

15         MR. MACNALLY:  He actually has it unfortunately

16   slightly wrong in what he acknowledged.  It's the opposite of

17   what he acknowledged.

18         THE COURT:  All right.  But this is -- this

19   information you can give to me in some other fashion.  I mean,

20   how is this coming into evidence?  What's the --

21         MR. MACNALLY:  Well, I'm going to ask the doctor

22   about his testimony about whether or not he considered, in

23   coming to his opinion, that the lab was not accredited for the

24   OCDF or the OCDD results that he reports in Table 8.

25         THE COURT:  But how are you proving that it's not

1    accredited?  You're just showing this to me.  It's not in

2    evidence.

3              MR. MACNALLY:  It's in his background materials that

4    he relied on for the testing samples for the opinions he's

5    giving.

6              THE COURT:  He relied on this accreditation report?

7              MR. MACNALLY:  It's all part of his exhibit 9 to his

8    expert report, where he provided all the testing data.

9              THE COURT:  So this accreditation report -- program

10   report is part of his --

11             MR. MACNALLY:  It's part of the materials that you

12   get -- when you submit a sample it a lab, Your Honor, you

13   frequently get back information from them such as what they're

14   accredited to do, what the results were, what other lab method

15   procedures they use, those kinds of things.  So it's all part

16   of the information that he would have had access to.

17             MR. GDANSKI:  That's not the answer to the inquiry

18   before the Court.

19             THE COURT:  All right.  Well, let's find out if

20   he's -- if he can identify this and tell me that he's familiar

21   with it and he can authenticate it, then I'll let you ask him

22   the question, so . . .

23             MR. GDANSKI:  For the Court, we do have a lab

24   validation expert, who they've -- submitted a report that

25   they've never deposed.

```
 1              THE COURT:  Okay.  Is that expert going to be

 2   testifying here in this hearing?

 3              MR. MACNALLY:  No, Your Honor.

 4              MR. GDANSKI:  No, sir.

 5              THE COURT:  Then why are we talking about it?

 6              MR. GDANSKI:  That's exactly the point.  We

 7   shouldn't be talking about any of it.

 8              THE COURT:  We're talking about this expert and his

 9   opinions.

10   BY MR. MACNALLY:

11   Q    Dr. Bedient, you're familiar with the fact that labs,

12   when they report testing results, report their accreditations

13   to perform the tests that they are performing in that

14   particular instance, correct?

15   A    I'm familiar with that, yes.

16   Q    And you're familiar with the fact that Summit Labs did

17   that for the testing results that you relied on for dioxins

18   and furans?

19   A    I'm just vaguely familiar with that, because, again, I

20   was primarily provided the results.

21   Q    And this accreditation report was in the materials that

22   you were provided as part of the dioxins and furans testing

23   that you relied on in coming to your opinions in Table 8?

24   A    Right.  But this is not something that I reviewed in any

25   kind of detail.
```

```
 1                    MR. MACNALLY:  May I --

 2                    THE WITNESS:  I'm not even sure should I saw it.  I

 3     just heard about it.

 4                    MR. MACNALLY:  Your Honor, may I proceed to ask?

 5                    THE COURT:  But this was in the materials that you

 6     received?

 7                    THE WITNESS:  I received -- I definitely received

 8     the data.  I'm not sure that I received an accreditation

 9     report.

10                    THE COURT:  You don't --

11                    THE WITNESS:  I don't remember that at all.

12                    THE COURT:  Well, let's move on.  Let's go past

13     this.

14     BY MR. MACNALLY:

15     Q    Well, you -- beyond the fact that Summit wasn't

16     accredited for the test results that you report in Table 8,

17     they also had a lab error in some of the results that you

18     reported for Pratt & Whitney's Corbett wells, right?

19                    MR. GDANSKI:  Judge, I object and move to strike.

20     It assumes facts not in evidence.

21                    THE COURT:  Rephrase your question.

22     BY MR. MACNALLY:

23     Q    Let's talk about your Corbett well testing that you

24     relied on for Pratt & Whitney.  This is Table 7, and I've

25     included it for your convenience, Dr. Bedient, in your binder
```

```
 1   there.

 2           Do you recognize Table 7 from your expert report?

 3   A    I recognize this, yes.

 4   Q    And this reports across the top a series of wells that

 5   were tested by the plaintiffs for dioxins and furans, right?

 6   A    Yes.

 7   Q    And the majority of these wells don't show any

 8   detections, but there's a few detections at a couple of wells,

 9   and I think you've commented on that as part of your expert

10   written direct and your reports, correct?

11   A    I did, yes.

12   Q    And you cannot tell us as you sit here today whether the

13   lab that performed these tests was even accredited to perform

14   the test that you're relying on --

15           MR. GDANSKI:  It's outside the scope, object.

16           MR. MACNALLY:  -- correct?

17           THE COURT:  Overruled.

18           THE WITNESS:  As I said, I was provided with this

19   information, and that's -- and I accept it on face value.

20   BY MR. MACNALLY:

21   Q    So you cannot verify that the lab you're relying on for

22   your opinions either here in Table 7 or in Table 8 about

23   dioxins and furans was accredited to perform the tests?

24   A    I don't know that for a fact.  I'm very familiar with

25   Summit Labs, and I have seen their work, but I have not
```

```
1    studied the accreditation report, no.

2    Q    Summit Labs had an error when they did the testing for

3    Pratt & Whitney's Corbett wells, right?

4    A    I'm not aware of that.

5    Q    Do you see this column EB?

6    A    Yes.

7    Q    And EB stands for equipment blank, right?

8    A    Right.

9    Q    And equipment blank is when you run a test by a lab

10   without an actual sample in it, correct?

11   A    Yes.

12   Q    And here, the equipment blank shows the presence of

13   dioxins and furans, correct?

14   A    It does.

15   Q    And an equipment blank showing the presence of dioxins

16   and furans is basically like a lab error, right?

17   A    It's associated with a lab error, yes.

18   Q    Now, Dr. Stephens talked about colloidal transport of

19   dioxins and furans; do you recall that?

20   A    Yes, I do.

21   Q    And you say in your expert direct that dioxins and furans

22   likely migrate through facilitated colloidal transport, as

23   well, right?

24   A    Yes.

25   Q    You are not an expert in the mechanism of colloidal
```

```
1    transport, correct?

2    A    Well, I have worked at a number of sites where colloidal

3    transport was an issue, and I also work with a colleague at

4    Rice University who is an expert on colloidal transport.  So

5    I've had lots of conversations, I've read lots of papers.  I

6    work in that arena because I deal with dioxins at many, many

7    sites.

8            So in that regard, colloidal transport is one

9    mechanism by which dioxins and furans can migrate in the

10   subsurface.

11   Q    I asked you a different question, Dr. Bedient.  I asked

12   you whether you are an expert in the mechanism of colloidal

13   transport.

14   A    Um, I would say that I work with chemists and others that

15   are experts.  I rely on their work.  I, myself, have not been

16   trained in the -- sort of the nanotechnology area of colloidal

17   transport.

18   Q    If you'll turn to your deposition at page 290, lines 20

19   24.

20           "Question:  But the mechanisms of colloidal

21   transport are not something that you are expert in?

22           "Answer:  No, I not."

23           Did you give that answer under oath?

24   A    I did, and I would agree with that.  Again, it's just an

25   area of which I work with others and rely on their work, just
```

1   as any expert does.

2   Q    And you have not actually observed colloidal transport at

3   Pratt & Whitney, in the Corbett, or in the proposed class area

4   through testing, correct?

5   A    Well, no, I've not actually gone and done a tracer test

6   with respect to determination of colloidal transport.  No,

7   I've not done that.

8   Q    You don't even have test data that discusses and just

9   demonstrates the presence of colloids in the groundwater under

10  Pratt & Whitney, the Corbett, The Acreage that are capable of

11  colloidal transport, right?

12  A    Well, what I've got is the presence of dioxins and furans

13  at depth in the Corbett wells, which are immediately down

14  gradient from heavily contaminated areas at Pratt & Whitney,

15  and that alone is an indication that transport occurred.  And

16  the main mechanism for those types of compounds, because they

17  are very, very strongly sorbing compounds, they tend to sorb

18  the small particles, and the small particles are actually the

19  colloids, and that's what moves with the groundwater.

20  Q    Do you have any data to show there are colloids present

21  in the groundwater in Pratt & Whitney, The Acreage or the

22  Corbett?

23  A    No.

24  Q    And you cannot point to any published research discussing

25  colloidal transport actually occurring in the state of

1    Florida, correct?

2    A    That's true.  I've not seen anything in the state of

3    Florida.

4    Q    And you also can't point to any place in the world where

5    colloidal transport of dioxins and furans has been found to

6    move laterally a distance of greater than 5 miles, as would be

7    necessary for them to move from the northern -- down to the

8    northern border of the proposed class area from Pratt &

9    Whitney?

10   A    In the way that you've asked that question, yeah, I can't

11   answer that, because 5 miles is a long distance, there's no

12   question.  But then, again, of all the sites that I've ever

13   looked at in my entire career of some 30 years, I've never

14   seen hydraulic conductivities this high anywhere in the United

15   States.

16   Q    You cannot point to a single location anywhere in the

17   world where dioxins and furans have even been found to have

18   moved laterally through colloidal transport a distance of

19   greater than 2000 feet, can you?

20   A    I know that there have been extensive number of colloidal

21   transport studies reported in the literature, but I don't know

22   the distances as I sit here.

23   Q    So the answer is, no, you can't point to any place in the

24   world where colloidal transport of dioxins and furans has been

25   shown at a distance of greater than 2000 feet?

```
1    A    Yeah, I can't answer that.

2    Q    So let's turn our attention now to a different set of

3    substances and talk about trihalomethanes, okay?

4    A    Okay.

5    Q    You offered the opinion that there are trihalomethanes

6    like chloroform present in the proposed class area, correct?

7    A    Yes.

8    Q    And you cite two properties in particular, the Pinares

9    and the Reed properties, I think in your written direct, as

10   having the presence of chloroform both at levels of I think

11   4.3 parts per billion?

12   A    Yes, very low levels.

13   Q    And those are very low levels, correct?

14   A    They are.

15   Q    And the safe drinking water standard in the state of

16   Florida is 80 micrograms per liter?

17   A    I believe so.

18   Q    Which also is 80 parts per billion?

19   A    Right.

20   Q    Another way to say that.

21        Now, you agree that trihalomethanes like chloroform

22   are actually present in most treated water, correct?

23   A    Oh, yes.

24   Q    Trihalomethanes are present in the water here in West

25   Palm?
```

1    A     They are.

2    Q     And you're familiar with the fact that cities like West

3    Palm, they give out water quality reports that sort of update

4    people on what the quality of local municipal water is, right?

5    A     They do.

6    Q     Now, I'm going to show you a demonstrative that I put

7    together here, and I'll walk you through it, but it correlates

8    some of the information about trihalomethanes that we've been

9    discussing.

10            So you see that red line across the top?  That's the

11   80 parts per billion of the drinking water standard that we

12   were discussing.  Do you see that?

13   A     Right.

14   Q     And then you've got the plaintiffs' testimony --

15            MR. GDANSKI:  Your Honor, excuse me.  Can I just get

16   a copy of this?  And I'd object insofar as there's no

17   predicate laid, there's no foundation laid, there's no source

18   data.  It's not been demonstrated the witness is familiar with

19   the source data or evaluated the source data.

20            And he needs a bottle of water, which I'll give to

21   him.

22            So I object to its use.

23            THE COURT:  Well, you can ask him to assume that

24   these -- he's an expert, so you can ask him to make an

25   assumption that these are factual.

BY MR. MACNALLY:

Q    Well, so, Dr. Bedient, the dashed line at the top, that 80 parts per billion, you agree that's the safe drinking water standard for the state of Florida?

A    Yes, yes.

Q    And what I've shown there in blue, those are the results of the plaintiffs' testing, and the plaintiffs' testing is something you've relied on?

A    Yes.

Q    And what we've done there is we've provided the total trihalomethane levels.  Because there's more than just chloroform in trihalomethanes, right?

A    Oh, yes.  Oh, yes.

Q    There's like Bromodichloromethane, for instance?

A    There are a variety of them, yes.

Q    So we've totaled those up.  And do you see there in the bars that we have there, those are consistent with your understanding of plaintiffs' test results?

A    Yes.

Q    And then in green next to it we put the test results that were drawn by the Florida Department of Environmental Protection.  Do you see that?

A    Right.

Q    And we've done the same thing there.  We've totaled up the total trihalomethanes.  Do you see that?

```
1    A    Right.

2    Q    And the Florida Department of Environmental Protection

3    testing, as we established earlier, is something you relied

4    on, correct?

5    A    Yes.

6    Q    What we have and I'll ask you to assume is the West Palm

7    Beach drinking water reports from 2007 through 2013 there on

8    the far end of the chart.  Do you see that?

9    A    Right.

10   Q    Now, none of the total trihalomethane results that you

11   report anywhere -- that you rely on either from plaintiffs'

12   testing or the FDEP testing is even a quarter of the safe

13   drinking water standard, correct?

14   A    I'll agree with that, yes.

15   Q    And if these numbers from West Palm Beach are correct,

16   and trihalomethanes were your concern, you'd actually be

17   better off drinking the water in the proposed class area than

18   you would the water in West Palm Beach?

19            MR. GDANSKI:  Judge, I object, argumentative.

20            THE COURT:  Overruled.

21            THE WITNESS:  Well, the way that you presented this

22   data, first of all, I don't know why it is that -- and I

23   really don't have an explanation for why West Palm Beach

24   drinking water is so high in THMs.  I don't know the source of

25   that water.  I don't know if that's surface water or
```

1    groundwater or where it's coming from.  Obviously they're

2    chlorinating it, obviously.

3    BY MR. MACNALLY:

4    Q    And chlorine is a common source of chloroform in

5    groundwater -- in water?

6    A    Yes, it is.

7         But the big difference, the big difference here is

8    that FDEP testing was basically done at drinking water wells

9    within the -- within The Acreage, and the plaintiff testing

10   over there was done in groundwater in monitoring wells, and it

11   was done at depth.

12   Q    Well, you don't --

13   A    And -- well, let me finish.

14        MR. GDANSKI:  He's not finished.

15        THE COURT:  Let him finish.

16        THE WITNESS:  And in that testing at depth, in other

17   words, down around 30, 40, 50, 60 feet, and so on, there are

18   at least three or four wells on the plaintiffs' property that

19   clearly show up with increasing levels of chloroform as you go

20   further down or with depth.  And that's a clear indication to

21   me.  That's a clear indication that that's associated with

22   groundwater transport.

23        In addition to that, the early records from the

24   Pratt & Whitney site show massive levels of chloroform

25   released into the environment, in the thousands in terms of

1    concentration.  So there was chloroform being formed there,

2    whether it's a degradation by-product or whatever it was

3    coming from, there's evidence that that was happening in the

4    '80s.  And so if I look with depth and I see it down deep in a

5    monitoring well not associated with a drinking water well,

6    then that's an indication that it is probably something in the

7    subsurface associated with groundwater transport.

8    BY MR. MACNALLY:

9    Q    You can't even identify a report that includes the depths

10   of those tests that you just referred to in monitoring wells,

11   can you?

12   A    The depths are indicated on a chart, a map chart that

13   shows exactly where those wells are and where those depths

14   are.  It was included in the chart.

15   Q    All right.  Well, let's look at some of the

16   trihalomethane testing that you actually rely on.

17            I'm showing you what is exhibit D to your report.

18   Do you see this as the Pinares results?

19   A    Yes.

20   Q    I'm going to direct your attention over here to page 9 of

21   this document.  Do you see that?

22   A    Yes.

23   Q    And this is -- are you familiar with the chain of

24   custody?

25   A    I am.

```
1    Q    And this is the chain of custody form for the Pinares
2    results, right?
3    A    It looks like it, yes.
4    Q    And you see it says SFH.  Do you see that?
5    A    Yes.
6    Q    And that's under the sample description?
7    A    Right.
8    Q    Does it mean sample from home?
9    A    I think it does, yes.
10   Q    It's possible, actually, that the Pinares result that
11   you're reporting was actually taken from inside her home,
12   correct?
13   A    Well, it says grab sample, and then it says matrix
14   groundwater.  And so I'm assuming that -- we had monitoring
15   wells out there.  Monitoring wells I know were sampled, and so
16   I can't imagine why this would be anything different than a
17   monitoring well sample.
18   Q    Well, you see that it also discusses who did the
19   sampling, right?
20   A    Yes, Jim Miller.
21   Q    Well, that's the contact.  Do you see that?
22   A    Yes, right.
23   Q    And underneath it, it says client, doesn't it?
24   A    That's what it says there, yes.
25   Q    And you don't know who actually took the sample from
```

1    Mrs. Pinares' property, correct?

2    A    Not based on this I don't.

3    Q    And you don't know whether the sample from Mrs. Pinares'

4    property was actually taken from inside her home, correct?

5    A    As I look at this, that's correct.

6    Q    And you were talking about depth.  If you don't know if

7    it was taken from inside her home, you don't know if the

8    chloroform that's represented in her test results is the

9    by-product of a water treatment system inside the home or

10   something that's in the aquifer, correct?

11   A    I'm relying on~a --

12           MR. GDANSKI:  Object, lack of foundation, predicate.

13           THE COURT:  Overruled.

14           THE WITNESS:  Yeah.  I'm relying on a graph or a

15   map, chart that is provided I think in my documentation that's

16   a map of the whole area that shows the monitoring wells, and

17   it indicates sample collections at depths and values

18   associated at those depths out of those monitoring wells.

19   BY MR. MACNALLY:

20   Q    Dr. Bedient --

21   A    I don't know whether this is a different sample that

22   you're showing me here.

23   Q    Well, Dr. Bedient, in your written direct, you rely

24   specifically on two residences, which are the Reed and the

25   Pinares home, for traces of chloroform, correct?

```
1    A    Yes.

2    Q    And I'm showing you the test results that you attach to

3    your report, correct?

4    A    Yes.

5    Q    And I'm asking you is there anywhere in exhibit D, which

6    is the Pinares test results, where you can identify the depth

7    from which that sample was taken?

8    A    No, not on what you've shown me, no.

9    Q    And we can look at exhibit E, as well.  That's the Reed

10   results.  Do you see that?  And if you look here, you can see

11   here there's the chloroform result sort of in the middle of

12   the page at 4.3.  I can make it a little easier on everybody.

13   A    Yeah, I see it.

14   Q    Okay?

15   A    Yeah.

16   Q    And there's no place in the Reed results where you can

17   identify the depth at which this was drawn, correct?

18   A    Right.  But, again, you're going to need to show me the

19   graphic that I'm referring to before I answer this question.

20   Q    I want to ask you about the homes --

21            MR. GDANSKI:  Judge, I'm just going to object.  The

22   witness is asking to see something.

23            THE WITNESS:  Yeah, until I see the graphic of the

24   entire neighborhood with the samples on it.

25            THE COURT:  What's your question?
```

```
 1   BY MR. MACNALLY:
 2   Q    My question is, is there anyplace in the Reed results
 3   that I put before you where you can identify the depth at
 4   which the Reed results were drawn and tested for chloroform?
 5            MR. GDANSKI:  Objection until I see the graphic.
 6            COURT REPORTER:  Excuse me, please.
 7            THE WITNESS:  Sorry.
 8            MR. GDANSKI:  Well, I heard what the witness said.
 9   My objection is that he's already demonstrated he needs to see
10   the broader graph and map of the well -- of the test that he's
11   reviewed.
12            THE COURT:  He says he needs to look at another
13   document in order to answer your question, so . . .
14            MR. MACNALLY:  The question, Your Honor,
15   respectfully, is whether this document --
16            THE COURT:  I understand what your question is, but
17   he wants to look at it before he answers, so show him the
18   other document, and then he can decide whether this document
19   gives him that information or not.
20   BY MR. MACNALLY:
21   Q    What document is it that you're talking about?
22   A    It's a broad map that has water quality results plotted
23   on it from I think 2011, '12, '15, '16.
24            MR. GDANSKI:  I think we have it, and I can show it
25   to the witness to see if that's what he's referring to.
```

```
 1              THE COURT:  Show it to counsel first.
 2              MR. MACNALLY:  I think I have it.  Don't worry about
 3  it.
 4  BY MR. MACNALLY:
 5  Q    Is this the map you're talking about?
 6  A    Yes, it is.
 7  Q    So what do you want to look at?
 8  A    Well, it's quite fuzzy.
 9  Q    I don't disagree with you.  This is the way we got it.
10  A    Now it's readable.
11  Q    There you go.
12  A    And maybe . . . so I'll need to know the address of the
13  person that you're referring to.
14  Q    We'll come back to that, unless you have the address for
15  Reed on hand.
16              This is your expert, so do you have the address.
17              MR. GDANSKI:  One second.
18              It's counsel's questions.  The last series of
19  questions was the Reed.  So either he has to abandon the
20  entire line of question --
21              THE COURT:  No, he just asked -- you wanted your
22  witness to look at the document.  Now your witness is saying
23  he needs the address in order to answer the question.  So
24  counsel asked you do you have the address or not?
25              MR. GDANSKI:  Not committed to memory.  I can get
```

```
 1   it.  It will take a second.

 2             THE COURT:  So why are you telling him to abandon

 3   things?  He -- so move on, and if you get the address later,

 4   you can go back to that.

 5             MR. MACNALLY:  Thank you, sir.

 6   BY MR. MACNALLY:

 7   Q    I do want to go back to the Reed results, though, and one

 8   of the things that you talk about in your written direct is

 9   Methylene Chloride, right?

10   A    Yes.

11   Q    And I want to turn your attention to page -- well, it

12   says six of 12 on here, do you see that?  You see that way

13   down on the bottom?  I'll cull that out.

14   A    Yes, 6 of 12.  Yes, I see it.

15   Q    Do you see that?

16   A    Yes.

17   Q    And to be clear, the exhibit D that I've -- exhibit E

18   that I've included for both you and the Court you'll notice is

19   missing a few pages, but it's the same exhibit that you

20   included in your expert report, correct?

21   A    Yes.

22   Q    Because you removed a few pages from the Reed results

23   that you reported as part of your expert report, correct?

24   A    I didn't remove anything.

25   Q    Well, the Reed results that you were handed for your
```

```
 1   expert report did not have all of the pages of the test
 2   results, correct?
 3   A    That I don't remember.  I don't remember.
 4   Q    Well, you don't dispute, do you, Dr. Bedient, that this
 5   is a true and correct copy -- if you look in your binder, it's
 6   there for you so you can see it physically -- of exhibit E
 7   from your expert report?
 8   A    Yes, I see it.
 9   Q    That's a true and correct copy of exhibit E, correct?
10   A    Yes.
11   Q    And it's missing from pages 2 through 4, correct?
12   A    Yes.
13   Q    And if we turn to what's page 6, or page 3 of exhibit E,
14   but page 6 of the document, I'm going to cull out there do you
15   see you got a test result for Methylene Chloride.  Do you see
16   that?
17   A    Right.
18   Q    And you refer to Methylene Chloride from the Reed
19   residence as part of your opinions in this case?
20   A    Yes.
21   Q    And there are two qualifiers at the end of that test
22   result for Methylene Chloride, correct?
23   A    Yes.
24   Q    One's an I, and one is a V, right?
25   A    Correct.
```

1  Q     And we'll talk about the I a little bit later, but V

2  means "method blank contamination," right?

3  A     Yes.

4  Q     And a "method blank" means that the lab itself attributes

5  that result to lab contamination, right?

6  A     That's correct.

7  Q     It's an issue with the reliability of that particular

8  test result, correct?

9  A     Yes.  And, by the way, that particular compound,

10 Methylene Chloride, is often indicated as lab error.

11 Q     It has a high propensity for lab error?

12 A     It does.

13 Q     You don't mention anywhere in your written direct that

14 the Reed test result is the product of a lab error, correct?

15 A     That's correct.

16 Q     And that's because you just didn't report in your expert

17 written direct what you consider to be lab details, like

18 whether the lab had a lab error?

19 A     That's correct.  Again, the main thrust of my work here

20 in this particular analysis was to show not only the

21 widespread nature of contaminants within The Acreage, but also

22 with depth and a variety of different locations and a variety

23 of different chemicals.  And so I wasn't particularly zooming

24 in on any particular one chemical in this analysis.

25 Q     So I now have, I think, addresses.

```
 1   A    All right.

 2   Q    So let's play with the map again.

 3   A    Sure.

 4   Q    Bring everybody back to the same page.  I'm going to have

 5   to hunt and peck just a little bit here, because I've got --

 6   so the first one we're looking for is 11160 49th Street.

 7        MR. GALLAGHER:  It's in the bottom right down there,

 8   I think, if you keep going down.  You see to the far right of

 9   the map?  If you --

10        If I may, Your Honor, help him, because I know where

11   the addresses are.  It's right here.  It's these way over

12   here.

13   BY MR. MACNALLY:

14   Q    Okay.  Do you see this way over here?

15   A    Yes, 11160 49th Street north, yes.  And then I just need

16   you to zoom in on that a little.

17   Q    Let me see if I can't give us a little help.

18        There we go.

19   A    Okay.

20   Q    Do you see that?

21        And this shows the results.  I believe that 1160 --

22   1116 49th Street is the top result there, the DW-6.  Do you

23   see that?

24   A    Yes.

25   Q    Does that provide you any information as to the depth at
```

```
 1   which that sample was taken?

 2   A    No, it does not.

 3   Q    And you also said that you wanted to see the Reed

 4   property, so we're looking for 14193.

 5        MR. GALLAGHER:  That's Pinares.  You just did Reed.

 6   So Pinares is higher.

 7   BY MR. MACNALLY:

 8   Q    We just talked about the Reed property.  I apologize for

 9   that, Dr. Bedient.

10   A    That's fine.

11   Q    Now we'll look here at the Pinares property.

12        Do you see that?

13   A    Yes.

14   Q    Does your map provide you any details as to the depth of

15   the Pinares property sample?

16   A    No, it does not.  There are other -- a number of other

17   samples within the area that are shown for chloroform by

18   depth.  I think there are at least three to four others that

19   clearly show that it's increasing with depth, and that's what

20   I'm really relying upon when I talk about those types of

21   impacts.

22   Q    All right.  Well, which ones are you talking about?

23   A    Should be over to the left and down.

24        I know number -- I believe monitoring well

25   number 10, if you find maybe number 10.  Perhaps let's look at
```

1   number -- let's look at number 5 for a moment.

2   Q    Number 5 is this one.

3   A    Hold on.

4        No, that's the one that's just showing some dioxins.

5   Keep going.  Monitoring well 5 is showing dioxins.

6   Q    Before we move on, what does BDL mean?

7   A    Below -- BDL means "below detection level" for -- over on

8   the left-hand side.  If there's a DX, it means dioxin.

9   Q    So --

10  A    And if there's an actual number indicated, that's the

11  concentration.

12  Q    So when you say BDL, what you mean to say is you didn't

13  find any?

14  A    Correct.

15  Q    So you asked to see what else?

16  A    I think it's -- I'm pretty sure it's number 10.

17  Q    All right.  We'll look down here.

18  A    Further down to the left.

19  Q    And if we look at number 10, I think in the 1/22/11 test

20  results you have BDL at every level, correct?

21  A    Right.  It's not 10.  So I'm going to have to -- I'll

22  have to study this.  I mean, we could spend quite a bit of

23  time.

24        There are several of these.  Let's go further down.

25  Hold on.

```
 1              I could probably speed this along if I could have
 2   the map to look at, otherwise we're going to have to sit here
 3   and look at each and every one of these.  I can't remember the
 4   numbers.
 5   Q    I'll tell you what, I think your counsel can cover this
 6   on redirect, and we can move on.
 7   A    Sure.
 8              There are several points where it is with depth, but
 9   they're scattered about.
10   Q    So you talk about industrial sources of chloroform in
11   your written direct, correct?
12   A    Yes.
13   Q    And there are also residential sources of chloroform that
14   get introduced into water, correct?
15   A    Oh, yes.
16   Q    And you didn't check to see, for instance, if Pinares or
17   Reed had a swimming pool?
18   A    That's correct.
19   Q    And you didn't look to see if they had a water treatment
20   system that used chlorine?
21   A    I suspect, since they're all mostly on individual wells,
22   I suspect they have some sort of chlorination process.
23   Q    Did you check to see if they shock chlorinated their
24   wells?
25   A    No, I didn't.
```

1   Q     It wouldn't surprise you to learn, would it, Dr. Bedient,

2   that the South Florida Water Management District actually

3   encourages homeowners to shock chlorinate their wells when

4   they install them?

5   A     Oh, right, absolutely.  I know that.

6   Q     And shock chlorinating a well will introduce chloroform

7   into the well, correct?

8   A     It will.  But based upon my understanding and discussions

9   with experts that I've talked to about that process, usually

10  after a few well volumes had been removed or pumped out, that

11  chloroform will disappear, and I've seen results that show

12  that.

13  Q     And you didn't investigate whether Reed or Pinares used

14  or disposed of bleach that might get into their septic system

15  or maybe go down their drain?

16  A     No, I did not.

17  Q     And you didn't check to see if they used chlorine tabs on

18  a regular basis, right?

19  A     Correct.

20  Q     Now, another contaminant that you allege is 1,4-Dioxane,

21  right?

22  A     1,4-Dioxane, yes.

23  Q     So I'm going to pull up a demonstrative that I believe

24  Mr. Gallagher showed earlier, but this is a map of the

25  proposed study area.  Do you see that?

1    A     Yes.

2    Q     And the little ink blot magenta up there at the top is

3    the 1,4-Dioxane presume that's been characterized off the

4    Pratt & Whitney property.  Do you see that?

5    A     Yes, I do.

6    Q     And 1,4-Dioxane is typically an indicator of the furthest

7    extent of how far a plume might extend, right?

8    A     It's often a pretty good indicator, yes, because it's

9    very, very mobile in groundwater.

10   Q     And many other chemicals have characteristics contrary to

11   1,4-Dioxane that make them slow in water?

12   A     Yes, that's absolutely correct.

13   Q     In absence of colloidal transport, dioxins and furans are

14   relatively immobile in water, right?

15   A     Well, yeah.  The colloidal transport can migrate even

16   sort of faster than groundwater.  I mean, there's theories

17   about that.  But the dioxins is very fast-moving and

18   definitely is an indicator, a tracer indicator, of the length

19   of a plume.

20   Q     So I've added a little cull-out to the screen to give us

21   a little bit more detail about the 1,4-Dioxane plume.  Do you

22   see that?

23   A     Right.  Now, this -- you don't have a date on this

24   graphic.

25   Q     I believe this is drawn from the characterization from

 1   2011, and I'll represent that to you.

 2   A    Back in 2011.

 3   Q    I'll represent that to you as 2011.

 4   A    All right.

 5   Q    One way to gauge groundwater velocity is by looking at

 6   the movement of 1,4-Dioxane into the Corbett from the

 7   landfill, correct?

 8   A    That's one way, yes.

 9   Q    We can measure the distance that 1,4-Dioxane has traveled

10   from where it emanated in the landfill down into the Corbett

11   wells where it is characterized, correct?

12   A    That's one way, yes.

13   Q    And we could figure out a start date for the

14   contamination, right?

15   A    I'm not sure of that.  I'm not sure you could actually

16   figure out an exact start date.

17   Q    Well, you could assume from the beginning of the time the

18   facility was opened, couldn't you?  Be a pretty conservative

19   start date.

20   A    Yeah, I was going to say, this is associated with

21   trichloroacetic, I think TCA.  The dioxin is -- when TCE

22   dropped out of use in favor and they shifted to TCA in

23   industrial practices, that's sort of when the dioxin kinda

24   came along, as I understand it.  And so that probably wasn't

25   back in the '50s, but it probably was more like sometime in

1    the '70s.

2    Q    All right.  So you could assume in the 1970s, couldn't

3    you?

4    A    We might, yes.

5    Q    And we could figure out, then, by looking at how many

6    feet per year it's gone into the Corbett, we could back

7    calculate a groundwater velocity from the source to the

8    Corbett wells, right?

9    A    You mean based on this?  Just based on this blotch?

10   Q    Based on the plume that this blotch represents.

11   A    Oh.

12        Unfortunately, no, because the problem you have here

13   is there are not enough wells to really, I think, characterize

14   a plume off the southern boundary of the site.  There's been a

15   lot of variability in groundwater.  There are a lot of

16   different depths that are associated.  There were different

17   directions of groundwater flow in the past.  Those have

18   changed as pumping wells came on and came offline.

19        And so there could be other plumes of dioxin out

20   there that we're just not monitoring.

21   Q    Well, you don't have any opinions, sir, that any dioxin

22   has slipped between Pratt & Whitney's Corbett wells and moved

23   further south, because that's not an issue that you studied,

24   correct?

25   A    It's not an issue that I studied, but it is part and

1    parcel of what's going on here with the detailed description

2    that Dr. Stephens presented earlier about the hydrogeology.

3    This is a very complex hydrogeology.  It's very fast moving.

4    These wells are separated by very large distances, as most

5    offsite monitoring well systems will show.

6            Normally there are a lot more of those, and they are

7    spaced closer.  And the faster the groundwater, the closer

8    you're going to need to have that spacing in order to pick up

9    an issue like what was talked about earlier, these

10   superhighway pathways that can indeed slip past and move

11   further south.

12   Q    You are not offering an opinion in this case that there

13   is a path through the Corbett wells that 1,4-Dioxane has or

14   inevitably will travel through, correct?

15   A    I don't know what you mean by the word or the sentence

16   through the Corbett wells.  You mean directly into the well

17   screens of the Corbett wells?  If that's what you mean, then,

18   yeah, there's been no evidence of them -- of a slip into that

19   well bore, which is probably four inches in diameter and going

20   down.

21           Some of these wells are thousands of feet across,

22   and to try to say that that group of just a few wells has

23   captured each and every contaminant stream coming off of this

24   site is foolishness.

25   Q    I'm going to call your attention to your deposition,

```
 1   page 257 at lines 3 through 7.

 2             "Question:  You are not offering" --

 3             MR. GDANSKI:  I'd just object.  It's not

 4   inconsistent with what he just said.

 5             THE COURT:  Overruled.

 6   BY MR. MACNALLY:

 7   Q    "You are not offering the opinion, are you, that there is

 8   some path between these wells that 1,4-Dioxane has or will

 9   inevitably follow?

10             "Answer:  Can't offer that opinion.  Don't know."

11             Did you give that testimony under oath?

12   A    I did.

13   Q    Now, all of the detections of 1,4-Dioxane that you rely

14   on for your opinion are eye results, correct?

15   A    They are.

16   Q    And I promised that we'd come back to eye results.  And

17   eye results are estimates, correct?

18   A    They are.

19   Q    So it represents a detection, correct?

20   A    Yes.

21   Q    But the amount is so small, that the lab's equipment

22   cannot accurately quantify it?

23   A    That is a correct statement.

24   Q    And you have test results for 1,4-Dioxane between the

25   2009 testing from the FDEP and the 2010 testing from the FDEP?
```

```
 1    A     I think so, yes.

 2    Q     And you also have some testing from plaintiffs?

 3    A     Yes.

 4    Q     And the plaintiffs' testing was actually intermittent?

 5    They tested 1,4-Dioxane sometimes and didn't other times,

 6    correct?

 7    A     That's correct.

 8    Q     Are you aware that they stopped testing for 1,4-Dioxane

 9    at some point?

10    A     I know that there was sporadic testing for it.  I know

11    that.

12    Q     So even though it is one of your seminal opinions in your

13    expert written direct, the plaintiffs' testing for 1,4-Dioxane

14    in the proposed class area was actually just sporadic?

15                COURT REPORTER:  I'm sorry.  You're speaking too

16    fast.

17                MR. MACNALLY:  Sure.

18    BY MR. MACNALLY:

19    Q     Even though one of the seminal opinions in your expert

20    written direct is about 1,4-Dioxane in the proposed class

21    area, your understanding is that the plaintiffs' testing for

22    1,4-Dioxane was only sporadic?

23                MR. GDANSKI:  I'm going to object.  It's

24    argumentative.

25                THE COURT:  Rephrase the question.
```

```
 1              MR. MACNALLY:  Sure.
 2    BY MR. MACNALLY:
 3    Q    Even though -- you offer the opinion in your written
 4    direct about 1,4-Dioxane being present in the proposed class
 5    area, correct?
 6    A    Yes.
 7    Q    And the plaintiffs have conducted testing, as we talked
 8    about earlier, from 2010 to 2016, correct?
 9    A    Yes.
10    Q    And you rely on that testing as part of your opinions?
11    A    I do.
12    Q    And even though you are offering opinions about
13    1,4-Dioxane, the plaintiffs have conducted only sporadic
14    testing for 1,4-Dioxane in The Acreage?
15              MR. GDANSKI:  I object, it's argumentative.
16              THE COURT:  Overruled.
17              THE WITNESS:  Well, I don't know what you mean by
18    the word "sporadic" in there.  It's no different than the
19    sporadic testing that Pratt & Whitney developed into the
20    Corbett in terms of the timing and in terms of the number of
21    samples and all of that.  There are many more wells and many
22    more samples in the proposed class area for many more
23    compounds than there are offsite of Pratt & Whitney.
24    BY MR. MACNALLY:
25    Q    Well, there's a lot of monitoring wells on-site at Pratt
```

```
 1   & Whitney, too, right?
 2           COURT REPORTER:  I'm sorry, there's a lot of --
 3   BY MR. MACNALLY:
 4   Q    There are lots of monitoring wells on-site at Pratt
 5   Whitney, too?
 6   A    Hundreds and hundreds of monitoring wells on-site at
 7   Pratt & Whitney, and about I can count them I think on less
 8   than one hand the number of wells offsite.  And therein lies
 9   part of the problem with trying to characterize exactly what's
10   going on here.
11           THE COURT:  Could I just ask a question just for
12   clarification?
13           MR. MACNALLY:  Sure.
14           THE COURT:  I thought earlier you had some results
15   that you were looking at that were called J results?
16           MR. MACNALLY:  Yes.
17           THE COURT:  And then you have I results.
18           What's the difference between a J and an I?  They
19   sound like they were the same thing to me.  So maybe if
20   somebody could explain that to me.
21           MR. MACNALLY:  I believe it's an error that was
22   introduced into Dr. Stephens' report.  They're testifying
23   about the exact same results, and the qualifier is the same
24   qualifier.
25           THE COURT:  So J and I mean the same thing?
```

```
 1              MR. MACNALLY:  For this purposes, yes.

 2              THE COURT:  Okay.

 3    BY MR. MACNALLY:

 4    Q    Now, when you talked about the Corbett wells, you're

 5    talking about five wells in the area of a half square mile or

 6    so in the Corbett down to the east of the landfill?

 7    A    Yes.

 8    Q    And when you talked about the monitoring wells in the

 9    proposed class area, you're talking about an area of 60 square

10    miles, correct?

11    A    Yes.

12    Q    Now, you do -- we do agree that you have a lot of testing

13    for 1,4-Dioxane in a proposed class area, correct?

14    A    Yes.

15    Q    Far more than just a couple of detections; there's

16    actually many, many, many more nondetections, right?

17    A    Well, yes.  I mean, there are, yes.

18    Q    So I'm going to show you something that we looked at

19    yesterday with Dr. Stephens.  So you probably saw this, and I

20    know you saw this back at your deposition.  You can see the

21    old deposition sticker there.

22    A    Oh, yes.

23    Q    And what we've done here is we've located the FDEP

24    results for 2009 and the plaintiffs' testing results for 2012.

25    Do you see that?
```

```
1   A    Yes.

2   Q    And we don't have the 2010 results on there, but you know

3   that's because we don't have the addresses, right?

4   A    Whatever you say.

5   Q    So we're missing two yellow dots.  The yellow dots are

6   the I results, right?

7   A    That's correct, yes.

8   Q    So we're missing two yellow dots, and we're missing 34 or

9   so blue dots.  Those are the nondetects, right?

10  A    Yes.

11  Q    And there are many, many more blue dots, nondetects,

12  shown here that are surrounding and your two detections of I

13  results, correct?

14  A    Yes.

15       Now, there's -- you know, these are -- these are

16  different testing methods.  The blue dots are showing tests by

17  I believe FDEP taken out of, you know, water wells, water --

18  drinking water wells.  And in their report, in the very first

19  page of that report, which I went back and carefully studied

20  after having this exhibit shown to me, they actually pump

21  those wells 10 to 15 gallons a minute for an extensive period

22  of time.  I can't remember if it's 15 minutes or 20 minutes or

23  whatever.  So they pump extensively before they take the

24  samples in those wells, and as opposed to a monitoring well,

25  where, for example, you're getting these hits, where the
```

```
 1   monitoring well, in monitoring wells that are sampled, yes,
 2   they remove pore volumes, but they do it in a very, very, very
 3   slow methodology in terms of dioxin hits at monitoring wells.
 4           So because of that, you're going to tend to see for
 5   low concentration contaminants, you're going to tend to see a
 6   wide variety of nondetects.
 7   Q    I think your answer may have introduced a confusion that
 8   I want to make sure we clear up.
 9   A    Sure.
10   Q    You don't have any detections of 1,4-Dioxane in
11   monitoring wells.  The only detections you have of 1,4-Dioxane
12   anywhere in the proposed class area are from the FDEP drinking
13   water well tests?
14   A    That's fine.
15           And what I'm trying to say is that when you're
16   looking -- no matter what, no matter how you're doing it, when
17   you're looking for those types of levels, low levels, if you
18   pump at 10 to 15 gallons a minute, you're going to get a lot
19   of nondetects.  That's just the way it works.
20   Q    And when the plaintiffs tested monitoring wells for
21   1,4-Dioxane, they didn't find any, right?
22   A    I believe that's correct.
23   Q    And you cannot characterize a plume of 1,4-Dioxane in the
24   proposed class area, correct?
25   A    That's correct.
```

```
 1              MR. MACNALLY:  Your Honor, I think it may be
 2   appropriate to take a quick break, or we could take our lunch
 3   break and then I can wrap up.
 4              THE COURT:  Well, if you want to take a break, we
 5   might as well take the lunch break.
 6              MR. MACNALLY:  I think let's take a break, and I'll
 7   organize my notes, and we can wrap up.
 8              THE COURT:  Let's get back at 1:15.  All right?
 9   Thank you.
10              MR. MACNALLY:  And then if the witness could not
11   discuss testimony.
12              THE COURT:  Yes, yes.
13              Thank you, Doctor.
14       (A recess was taken from 12:12 p.m. to 1:16 p.m., after
15   which the following proceedings were had:)
16              THE COURT:  Good afternoon, everyone.  Please be
17   seated.
18              All right.  We ready to continue?
19   BY MR. MACNALLY:
20   Q    Good afternoon, Dr. Bedient.  How are you?
21   A    I'm well fed.
22   Q    Good, good.
23              All right.  Well, I'm not going to keep you too
24   long, so we'll try and wrap up here quickly, if that's okay.
25   A    Sure.
```

```
1    Q    You opine in your affidavit that there are certain I
2    think you call them fast lanes in the area that are marked by
3    high hydraulic conductivity and groundwater velocity, right?
4    A    Yes.
5    Q    And this is based on the same sort of Darcy analysis that
6    I discussed earlier and you saw the cross of with
7    Dr. Stephens, right?
8    A    It is.
9    Q    You're using essentially the same sort of methodologies
10   and a lot of the same data, in fact, that Dr. Stephens uses,
11   correct?
12   A    I use the same methods.  I worked off much of the same
13   data, but I did a separate analysis and basically came to the
14   same conclusion.
15   Q    And what this conclusion is is essentially there's some
16   sort of a superhighway of hydraulic conductivities that are
17   over 2000 feet per day that reach all the way from Pratt &
18   Whitney, down through to the proposed area, right?
19   A    Well, the 2000 foot per day is one indicator measure.
20   I've seen actually values higher than that down in and around
21   the general area.  I've seen them as high as 6400.  But
22   whether it's 2000 feet a day or whether it's a thousand feet a
23   day or even 500 feet a day as what I call a superhighway.  In
24   any of those combinations, along with gradients, and along
25   with effective porosities that range anywhere from 1 to
```

1    10 percent, you can move and get contaminants to hit The

2    Acreage.

3    Q    So focusing, for a second, on the Corbett area between

4    Pratt & Whitney and the proposed class area, okay?

5    A    Yes.

6    Q    You don't have a hydraulic gradient reading between Pratt

7    & Whitney's boundary and the north boundary of The Acreage

8    there that's 2000 feet a day, correct?

9    A    No, there's no reading in there, that is correct.

10   Q    And you don't have one that's 1000 feet a day either?

11   A    No, not in that exact zone, correct.

12   Q    Or 500 feet a day?

13   A    That's correct.

14   Q    Or at all?

15   A    That's correct.  It's based on~-- in other words, this is

16   based on standard scientific methodology that uses hydraulic

17   conductivities that have been measured in the general area,

18   and then it's extrapolated to this site.

19   Q    The calculation that you include in your expert report

20   plugs in 2143 feet per day as the fast lane.

21   A    One of them does, yes.

22   Q    Specifically the one that's represented in paragraphs 33

23   and 34 of your expert affidavit here?

24   A    Yes.

25   Q    You agree that based on the data you've seen, it would be

```
1   highly unlikely that there was a straight line path of

2   hydraulic conductivity averaging 2143 feet per day between

3   Pratt & Whitney over the course of the 6 miles, or whatever it

4   is, through the Corbett, down to the proposed class area?

5   A    Well, as you've asked that question, the 2100 is at the

6   far limits of the range of possibilities.  So that would be

7   a -- that's a somewhat unlikely possibility.

8            However, values in the range of 250 to 500 I think

9   are more likely and I think could potentially exist out there.

10  I've not taken any measurements to determine that, but based

11  upon the distribution of many, many measurements that have

12  been seen in and around this area from the U.S. Geological

13  Survey's report, it's certainly in the range of values.

14  Q    You agree that a straight line path of 2143 feet per day,

15  from Pratt & Whitney, through the 6 miles of the Corbett, down

16  to the proposed class area, running all the way through the

17  proposed class area would be highly unlikely?

18  A    I would agree with that.

19           MR. GDANSKI:  I object.  It's compound.

20           THE COURT:  Overruled.

21           THE WITNESS:  The way that you've asked that

22  question with the 2000, I would agree with that.

23  BY MR. MACNALLY:

24  Q    Earlier you discussed Pratt & Whitney -- or Pratt &

25  Whitney's location relative to the class area, and I think you
```

1    said Pratt & Whitney is down gradient -- or, sorry, the class

2    area is down gradient of Pratt & Whitney, right?

3    A    My estimation -- or, yeah, it was that, from looking at

4    wells and looking at a regional analysis, was that the flow

5    direction is south or southeast.

6    Q    And I think you said something about the class area

7    being, I don't know, it was like in the line of fire, or

8    something like that.

9    A    I used that terminology.  I did.

10   Q    I'm going to pull up here -- pulling up here exhibit K to

11   Dr. Stephens' report.  You're familiar with Dr. Stephens'

12   particle tracking map?

13   A    I am familiar with it.  I have reviewed it.  As I said in

14   my deposition, I received it just before the time of my

15   deposition.

16   Q    Well, you had access to the particle tracking map at the

17   time you submitted and signed your report?

18   A    Yes.

19   Q    And what we look at at Dr. Stephens' map is we see sort

20   of kind of a groundwater ridge, where on the eastern part of

21   Pratt & Whitney's property the water sort of flows out

22   towards -- east toward the ocean, right?

23   A    Yes.

24   Q    And to the west of the property we see it sort of flows

25   out west towards Lake Okeechobee, right?

```
1    A    Yes.

2    Q    And the black dot that's identified here on the map, do

3    you see that as -- do you recognize that that is the landfill?

4    See that area right there?

5    A    Yes.

6    Q    And the landfill is the only point source that you've

7    identified on Pratt & Whitney's property where you believe

8    that -- you have the opinion that 1,4-Dioxane could migrate

9    off of the property and reach down to the proposed class area,

10   right?

11   A    I'm not sure I said that it only could come from the

12   landfill.  I think there are potentially other places it could

13   come from on the site.  There are lots of -- there's lots of

14   history here about the disposal of contaminants and chemicals

15   all over the property at different points, and also through

16   time, there were different wells that were pumping on-site,

17   and then they were not pumping, and there was spillage, and

18   there were leaks.

19        And so to say that for the size of that site up

20   there that there's a single point of entry for all

21   contaminants is a -- that seems a little farfetched to me.

22   Q    The only source of 1,4-Dioxane that you can point to on

23   Pratt & Whitney's property that could potentially reach The

24   Acreage is in the landfill, correct?

25   A    I'm not sure I ever made that statement.
```

```
1    Q    Turn your attention to page 153 of your deposition.

2    A    Okay.

3    Q    Specifically culling out here lines 3 through 8:

4              "Question:  So other that this area around the

5    landfill, can you point to any other source of 1,4-Dioxane at

6    Pratt & Whitney that you contend is the source of material

7    that has migrated all the way to The Acreage?

8              "Answer:  That's the only source I can point to."

9    A    Can I see the rest of that page?

10             So, yeah, I made that statement.  Yes.

11   Q    And based on -- based on Dr. Stephens' particle tracking

12   map, if the groundwater flows according to this particle

13   tracking map, contaminants in the area of the 1,4-Dioxane

14   plume and the landfill flow east to the ocean and never reach

15   The Acreage, correct?

16   A    Based on this particular rendition for this particular

17   path, move or model, yeah, that's what this model shows.

18             MR. MACNALLY:  I'll pass the witness.

19             THE COURT:  Thank you.

20             Any redirect?

21             MR. GDANSKI:  Yes, sir.

22             Please the Court.

23                         Redirect Examination

24   BY MR. GDANSKI:

25   Q    Good afternoon.
```

```
 1    A     Good afternoon.

 2    Q     I want to try to cover a couple of the different points,

 3    and I heard you say at one point in your examination you were

 4    discussing hydraulic conductivity, right?

 5    A     Yes.

 6    Q     And you had had a discussion about that this afternoon

 7    after the lunch break, right?

 8    A     Briefly, yes.

 9    Q     And earlier this morning you had another discussion about

10    that concept, right?

11    A     Yes.

12    Q     And at one point I heard you say that some of the levels

13    of hydraulic conductivity are the highest you've seen anywhere

14    ever.

15    A     Oh, absolutely.

16    Q     So let's put that statement into context.

17          How many examples of hydraulic conductivity have you

18    examined in this country, given your breadth of work on the

19    subject?

20    A     I have probably looked carefully at more than 50 sites

21    all over the United States.  I've worked on, extensively

22    worked on at least 30 of those sites, from California, to

23    Michigan, to North Carolina, to Texas, Louisiana, out west,

24    Colorado, et cetera.

25          In all those settings, probably about the highest
```

```
 1    hydraulic conductivity that I've seen would be more like in
 2    the range of 50 to a hundred, max.
 3    Q    And the breadth of geographic scope that you've worked in
 4    includes Northeast, Northwest, Southeast, Southwest, Midwest?
 5    A    All over the U.S.
 6    Q    And these are sites that you're visiting for what
 7    purpose?  You say worked on sites.  What does that mean for
 8    purposes of the intersection of this case?
 9    A    Right.
10         Most of these sites I visited and worked on as part
11    of the National Center for Groundwater Research, funded by
12    EPA, and I also worked on military sites for the U.S.
13    Government, for military bases.  Many of these are Superfund
14    sites, some are hazardous waste.
15         So in that regard I would be at the sites monitoring
16    and collecting data at the sites.  We would then be often
17    running maybe computer models, or we would be assessing
18    contaminant migration from a site basically into an offsite
19    area.
20    Q    Same kinda thing we're doing here?
21    A    Exactly.
22    Q    Okay.  So in assessing that question and looking at the
23    conductivity measurements and the other measurements, do you
24    have to start by looking at the level, scope, depth and
25    breadth of the contamination by the polluter?
```

```
 1   A    Oh, yes.

 2         I mean, we typically get information on that at the

 3   source, but, again, many of the sites that I had worked at,

 4   really similar to Pratt & Whitney here, date back to the '50s.

 5   Q    Okay.

 6   A    Or date back to the '40s.

 7         And so the level of detail of that information is --

 8   it varies from site to site.

 9   Q    Having worked on dozens and dozens of sites, including

10   Superfund sites, you've worked on those, right?

11   A    Right.

12   Q    What are those?

13   A    Oh, gosh.  I've worked at Brio Superfund site.  I've been

14   involved at Love Canal.  I've been involved in a Superfund

15   site up in Michigan.  Hill Air Force Base at Utah was a major

16   facility.  Just two or three military basis in Texas, as well.

17   Q    Having worked at those sites and examining this site and

18   the historical data available for this site -- when I say this

19   site, I mean Pratt & Whitney's property -- how do you

20   contextualize, how can you compare, given your wealth of

21   experience and putting into perspective the scope of the

22   contamination that is evident clearly on the Pratt & Whitney

23   campus?

24              MR. MACNALLY:  Objection; leading, argumentative.

25              THE COURT:  Sustained.  Rephrase your question.
```

```
 1   BY MR. GDANSKI:

 2   Q    Can you put into context for us the scope of the

 3   pollution present on the Pratt & Whitney campus from their

 4   conduct?

 5   A    Yes.

 6   Q    Please do that.

 7   A    Based on every single one of those sites that I've looked

 8   at, I have not seen a site that is loaded up with as many

 9   chemicals for the extended length of time and the leaks as we

10   have at Pratt & Whitney.

11   Q    And why is that not just important to generally saying

12   they've polluted their own campus, but to also putting in

13   frame of reference the offsite migration?

14   A    Well, I think the greater the load, the greater for

15   potential for offsite migration.  At many, many of the sites

16   where I have worked, we've spent extensive amounts of time,

17   effort and money tracking, if you will, where the offsite

18   plume or where the offsite contamination has migrated via

19   wells and via all sorts of other analytical techniques.

20   Q    Go ahead.

21        Did I cut you off?

22   A    All I was going to say is that at this site, at Pratt &

23   Whitney, and I said it earlier, there's a paltry number of

24   offsite wells to characterize that.

25   Q    In addition to looking at the scope of the contamination
```

```
 1   as part of the analysis of the scope of the spread, do you

 2   also have to look at the scope, if any, of the efforts to

 3   contain the contamination on-site so as to prevent or not

 4   prevent spread?

 5   A    Yes, you do.

 6   Q    Why?

 7   A    Well, that's part of the remedial investigation and

 8   remedial studies that took place in this country for some 30

 9   years starting in the '80s at Superfund sites and at other

10   hazardous waste sites.  The idea would be go in, figure out

11   where the contamination is, and then try to hold it on-site,

12   keep it on-site so that it does not migrate offsite, so that

13   there's been time to go in and remediate.

14   Q    Have you looked at that specific issue in this case

15   relative to the entire discussion you had of whether or not

16   there's been offsite migration?

17   A    Yes.

18   Q    And what have you found?

19   A    The remedial efforts here have been absolutely minimal.

20   There was an early report in the 1980s, when a lot of this

21   work was being done.  It was an early report that talked about

22   putting in a slurry wall.  And I've been involved in a number

23   of sites where slurry walls have been put in.  And that's

24   basically the only solid defense against these types of

25   chemicals, the DNAPL-type chemical, the solvents.
```

```
 1              In fact, one of the covers of my textbook has a
 2   picture of a slurry building machine on the cover, and it was
 3   vastly important in the '90s and post-2000s when these slurry
 4   walls were being built.  And you can build them down to a
 5   hundred feet, you can build them to 60 feet, and it goes a
 6   long way to stopping the movement and the migration offsite of
 7   the soluble part of those DNAPLs s that can come out and
 8   create a serious problem.
 9              They also can be used, of course, to catch chemicals
10   like 1,4-Dioxane and others, if they're implemented early on.
11   The decision was made to not put that type of methodology
12   here.  They chose a different one that really didn't work very
13   well, and it was also much, much cheaper.
14   Q    If the methodology of the slurry wall was chosen as the
15   remediation effort, would there have most likely been no
16   offsite contamination into The Acreage to the degree we have
17   it now?
18              MR. MACNALLY:  Objection, Your Honor.
19              THE COURT:  I can't hear the objection, but I'm
20   sustaining the objection.  What difference does it make if
21   they would have done something?  It's either there or it
22   isn't.
23              MR. GDANSKI:  Okay.
24              THE COURT:  What they could've done, what they
25   didn't.
```

```
 1              MR. GDANSKI:  I'll try to rephrase, Judge.
 2   BY MR. GDANSKI:
 3   Q    In a hypothetical circumstance, would a slurry wall have
 4   been sufficient to contain offsite migration in the manner we
 5   see it in this case?
 6   A    I don't know even if putting in in the '80s -- remember,
 7   this site had been there since the '50s.
 8   Q    Fair enough.
 9   A    You've had 20 years of offsite migration.
10              But by putting something in in the '80s, you would
11   have at least stopped it or controlled it at that point, and
12   it would have gone -- it would have gone a long way to
13   improving the situation here at this site.
14   Q    Do you have a map with a circumference and detail of the
15   hydraulic conductivity in the geographic area of this region
16   in Palm Beach?
17   A    Yes, I do.
18   Q    Okay.  And let's please take a look at that.
19              So why was it that you were able to say that the
20   hydraulic conductivity in this area surrounding the Pratt &
21   Whitney property, The Acreage, is the highest and of the
22   highest you've seen anywhere?
23   A    Well, the reason I can say that is, again, based on the
24   data that I observed, collected from the U.S. Geological
25   Survey and reported back I think in 2009.  The data speaks for
```

1    itself.  And this is a map showing some of those hydraulic

2    conductivity results.  And I've drawn a yellow circle just to

3    kinda capture the general scope of the area.

4              MR. MACNALLY:  Objection, Your Honor.  I don't

5    believe that this has been disclosed in his expert written

6    direct.

7              THE COURT:  Is this in part of his direct testimony?

8              MR. GDANSKI:  It's -- the demonstrative is not in

9    the testimony.  The concept is, and we would like to use this

10   on a redirect as a demonstrative.

11             THE COURT:  I mean, it seems like what we're doing

12   on redirect is doing a direct examination.  The whole point of

13   the direct examination by affidavit was to avoid having to

14   have him tell me what is in -- his opinion is on redirect.

15   You should just be covering what was gone over in

16   cross-examination and not reiterating what's already in his

17   opinion.

18             MR. GDANSKI:  Yes, sir.  I'm just -- I'm trying to

19   follow up on the discussion and comment he made on cross about

20   the hydraulic conductivity in this area being of the largest

21   in the states or anywhere that he's ever investigated, and

22   this is what demonstrates that point on cross that he was

23   extensively challenged on.

24             THE COURT:  Fine.  Let's move it on.

25             MR. MACNALLY:  Your Honor, we object.  We've never

```
 1   seen the demonstrative before.  We've had no opportunity to
 2   review it, no opportunity to cross-examine him on it.
 3              THE COURT:  This is not in any of his reports?
 4              MR. MACNALLY:  No.
 5              MR. GDANSKI:  This demonstrative is not in his
 6   reports.  The hydraulic conductivity concept, of course, is.
 7              THE COURT:  All right.  Well, talk about the concept
 8   without using this.  If they've never seen this before, we're
 9   not going to start adding new exhibits and documents to the
10   record that they haven't had an opportunity to review.  Again,
11   we're opening this up to a whole new area of direct
12   examination.
13              MR. GDANSKI:  Yes, sir.
14   BY MR. GDANSKI:
15   Q    What's the significance of the knowledge that you have
16   for purposes of this case that the hydraulic conductivity in
17   this neighborhood surrounding Pratt & Whitney and the class
18   area, in The Acreage, is of the highest you've ever seen?
19   A    Well, there were values that I looked at, again from a
20   USGS study, where they had extensively monitored and taken
21   pump tests throughout the area.  And the highest reading that
22   I saw, which was actually not that far from The Acreage, was
23   6400.  The average worked out to be around 1100 of just the
24   wells that were kind of in that region.  And there was a
25   geometric mean of about 250, so -- and there were lots of
```

1   readings in the 600s and the 800s.

2           So all along that whole sort of region north-south,

3   you're seeing these very, very high values.  And that's,

4   again, the reason that both myself, as well as Dr. Stephens,

5   think that there are these opportunities for these

6   superhighway types of connectors.

7   Q    This term "superhighway," just so we can put that term in

8   context for purposes of the hearing, is that a term of

9   scientific art?

10  A    Well, it's -- I guess a better way to say it would be a

11  very highly permeable zone, a thin layer zone, that has --

12  that if you put it into Darcy calculation, it has very high

13  hydraulic conductivity, it has -- the gradients are what they

14  are, they're fairly low in this area, and the effective

15  porosities have been measured to be down in the range of maybe

16  1 to 10 percent.

17          Using those types of estimates, and using the

18  hydraulic conductivities that we're talking about here, you

19  can easily get migration over a 5- to 10-mile area.

20  Q    So let's try at least to call it what it is, and it's

21  having a thin layer zone, high hydraulic conductivity and

22  effective porosity, right?

23  A    Yes.

24  Q    Okay.  Are there spaces, spots, zones, all over the place

25  that meet those criteria and parameters and have water

```
 1   transport move at the speed that is necessary for the
 2   contaminants to move from Pratt & Whitney to The Acreage in
 3   the 50-year period that Pratt & Whitney's polluting Palm Beach
 4   County?
 5   A    Yes.
 6   Q    Okay.  Is that -- you know, is the circumstance that you
 7   and Dr. Stephens are describing to the Court unique to this 4-
 8   to 9-mile space down here in South Florida, or are there
 9   places like this really all over the place?
10   A    Well, it's unique here in that just because of the sheer
11   numbers that we're talking about.  These are some of the
12   highest numbers I have ever seen.
13   Q    Fair enough.
14   A    Now, it may be that there are other numbers out there
15   that I just haven't seen, but I've been at 50 sites, and I've
16   never seen anything close to this.
17   Q    Are there other places that have thin layer zones?
18   A    Oh, I think there are.
19   Q    Are there other places that have high hydraulic
20   conductivity?  Not this high, perhaps, but high?
21   A    Yes.
22   Q    Are there other places that have effective porosity which
23   would be sufficient for Darcy's Law to move the water this
24   fast?
25   A    Oh, yeah.  I mean, that's just -- that's a standard
```

```
 1    theory of how groundwater moves.

 2    Q     And when we talk about the term "this fast" or a

 3    superhighway, we're talking about something akin to a snail's

 4    pace, right?  Moving at tiny increments over a 50-year period,

 5    but sufficient to get to The Acreage.  We're not talking about

 6    a gush and a flow underwater, are we?

 7              MR. MACNALLY:  Objection.

 8              THE COURT:  Sustain the objection.

 9    BY MR. GDANSKI:

10    Q     Put into perspective how fast the water's actually moving

11    to get from Pratt & Whitney to the class area.

12    A     Well, it's essentially moving at about 5 to 10 miles in

13    50-plus years.

14    Q     So on a daily basis you have to move, like, about this

15    much?

16    A     Well, it's 5 miles in 50, so that's whatever that is,

17    .1-mile per year.

18    Q     .1-mile per year?

19    A     Yeah.

20    Q     And if you had to break that down to the day, you divide

21    the .1-mile -- if you had to break down the .1-mile per year

22    into a daily movement, just so we understand what the term of

23    art superhighway that the defense used actually means when it

24    comes to groundwater contamination, what does it mean?

25    A     It's moving at a lot of feet, a lot of feet per day.
```

```
 1   Q    Okay.

 2   A    A lot of feet per day.

 3   Q    A lot of feet per day.

 4   A    Normal groundwater that I'm most familiar with, we're

 5   talking 1 to maybe 10 feet, you know, a day at the most.

 6   Q    Somewhere between the distance of me and the edge of this

 7   computer and me and you?

 8   A    Yeah, exactly.

 9   Q    Okay.  One of the conversations you had was about the

10   impact of a canal, how a canal could act as an interrupting

11   force to stop the contamination from Pratt & Whitney, right?

12   A    Right.

13   Q    So explain to us why that is not, in the context of this

14   setting, the case where a canal would act as a sufficient

15   force to block the flow.

16        MR. MACNALLY:  Objection, Your Honor.  The witness

17   has already testified on cross-examination that he didn't

18   study this issue and has no opinion on it.

19        THE COURT:  I don't -- I'll overrule the objection.

20        Go ahead.

21        THE WITNESS:  So what I did say was that generally,

22   the general theory is that in these deeper-layer zones like

23   this down at 50 feet, unless you've got a major river

24   system -- and I've actually looked at the Mississippi River

25   and its impact on groundwater, and when it's a hundred feet
```

1   deep, then you do get a big impact.

2           But on these smaller canals like this near the

3   surface, the potential impact for that to have any play down

4   at 50 or 60 feet, where you have very, very, very high

5   hydraulic conductivity, is probably pretty minimal.

6   BY MR. GDANSKI:

7   Q   What happens when a canal has approximately the same

8   water surface level as the adjacent groundwater?

9   A   There's no flow.

10  Q   Okay.  And what does that mean?

11  A   Well, in other words, if there's no hydraulic gradient,

12  as in Darcy's calculator here, then the velocity is

13  essentially zero.

14  Q   The level at which 1,4-Dioxane is and was found in The

15  Acreage is something you've looked at, right?

16  A   Yes.

17  Q   Okay.  Is there a safe level of exposure to carcinogens

18  that is recommended to be drank or digested in humans?

19          MR. MACNALLY:  Objection, Your Honor, outside the

20  scope of the cross and the witness' expertise.

21          MR. GDANSKI:  They specifically asked them about

22  whether this was in allowable limits.

23          THE COURT:  They asked him if it was within the

24  Florida Department of Health limits.

25          MR. GDANSKI:  That's exactly right, but they asked

```
 1   questions about dioxin being in drinking waters and whether or
 2   not that meets drinking water standards.  That's exactly
 3   correct.
 4            THE COURT:  Well, what are you asking him?
 5            MR. GDANSKI:  I'm asking him, putting all that aside
 6   for a second, is there a scientific safe level of exposure to
 7   carcinogens, or is all of it dangerous.
 8            THE COURT:  Is that his expertise?  He's a
 9   hydrologist, isn't he?
10            MR. GDANSKI:  I think he has sufficient familiarity.
11            THE COURT:  Let's move on.  He's not the expert to
12   tell me about what's dangerous and what isn't.  You've got,
13   you know, a nuclear expert to tell me all about that.
14            MR. GDANSKI:  Yes, sir.
15   BY MR. GDANSKI:
16   Q    Have you been a part of projects that have attempted to
17   remediate levels of 1,4-Dioxane in the levels that they're
18   found in this case?
19   A    Yes.
20   Q    So why?  Why do we know as a matter of scientific reality
21   that levels of 1,4-Dioxane found in The Acreage need to be
22   removed, remediated and taken care of?
23            MR. MACNALLY:  Objection, Your Honor.
24            THE COURT:  Again, he's not the scientist to tell me
25   about how these dioxins affect people.  He's telling me that
```

```
 1   they -- that they're there and how they got there.  Isn't that
 2   what he's here to tell me?
 3              MR. GDANSKI:  Yes and no.
 4              He's there to tell you why they're there and why
 5   they got there, but also to tell you why they're concerning to
 6   hydrogeologists, geologists, and well water experts.  In other
 7   words, the case is not about some chemical of nonconcern being
 8   present, and he hasn't spent his professional life
 9   investigating, remediating and attacking chemicals of
10   nonconcern.
11              THE COURT:  Do you think I need him to tell me that
12   it's dangerous to have chemicals in the water?
13              MR. GDANSKI:  As long as we all agree that it's
14   dangerous to have 1,4-Dioxane in The Acreage in the level that
15   it's there, then I don't.
16              THE COURT:  Well, but is that -- I don't know if
17   that's true --
18              MR. GDANSKI:  Right.
19              THE COURT:  -- what you just said, but is he the
20   person to tell me that?
21              MR. GDANSKI:  I think he is because --
22              THE COURT:  I don't think so.  Let's move on.
23              MR. GDANSKI:  Understood.
24   BY MR. GDANSKI:
25   Q    Were the dioxin results done in the areas of The Acreage
```

1    sufficiently representative of the general geographic area

2    that makes up The Acreage?

3    A    Oh, I think so, yes.

4    Q    And you had a -- why is that?  I want to make sure that's

5    clear, that there wasn't just a random sampling of a

6    nonrepresentative section of 1,4-Dioxane in The Acreage, but,

7    rather, a representative sampling.

8             MR. MACNALLY:  Objection, Your Honor, leading, and I

9    would ask to lay a foundation with the witness for his opinion

10   on that, because it's not disclosed anywhere in his expert

11   written direct, and he already acknowledged on

12   cross-examination that he had no involvement in the selection

13   of the location of those wells.

14            THE COURT:  I'm sorry, what was the question again?

15            MR. GDANSKI:  The question is about why -- basically

16   I'm asking him why is what he said on cross true.  And what he

17   said on cross was that the 1,4-Dioxane sampling within The

18   Acreage was -- and I tried to write it down -- a sufficient

19   representative of the area, and then they backed off, because

20   obviously I know why.  But that's my question.

21            THE COURT:  Okay.

22            MR. MACNALLY:  Your Honor, first of all, he just

23   changed the question in between.  His question was about

24   dioxins.  We asked specifically about the dioxin results and

25   whether he was involved in the testing selection, and he said

```
 1    no, and he can't offer an opinion.  He's got no foundation
 2    anywhere in his expert written direct.
 3            THE COURT:  Ask him the question again so I can
 4    figure out what you want him to answer.
 5            MR. GDANSKI:  Yes, sir.
 6    BY MR. GDANSKI:
 7    Q    On the subject of dioxin and the results seen in The
 8    Acreage of that carcinogen --
 9    A    You talking about 1,4-Dioxane or dioxin?
10    Q    Right now I'm talking about dioxin.
11    A    Okay.
12    Q    Okay.  Did you analyze the results of the dioxin tests in
13    The Acreage?
14    A    I did.
15    Q    All right.  On that subject, I know that you're not the
16    one who picked where to sample from, right?
17    A    Correct.
18    Q    Okay.  But did you, nonetheless, examine whether or not
19    the places from which the samples came were a sufficient
20    representative sample of the broader geographic area?
21            MR. MACNALLY:  Objection, Your Honor.  That's an
22    undisclosed opinion, and he said he didn't on
23    cross-examination.
24            THE COURT:  Overruled.  Let's hear what he has to
25    say.
```

```
 1              THE WITNESS:  There were -- there were mostly
 2   samples taken in the northern part of the area.  I think that
 3   there was a proper representation of the northern part of the
 4   area.  There were fewer samples taken in the southern part.
 5   BY MR. GDANSKI:
 6   Q    Okay.  Same question with regard to 1,4-Dioxane.  Okay?
 7   Did you look at the results of the 1,4-Dioxane in The Acreage
 8   and in the surrounding community?
 9   A    Yes.
10   Q    And does the result of the -- is 1,4-Dioxane a
11   carcinogen?
12   A    Can be, yes.
13   Q    Were the results of the 1,4-Dioxane found in The Acreage
14   and in the surrounding community sufficiently representative
15   of the broader geographic community?
16              MR. MACNALLY:  Objection, Your Honor.  Lacks
17   foundation.  It's not a disclosed opinion.
18              THE COURT:  Overruled.
19   A    So the -- there were more extensive samples done for
20   that, I believe, and so it is more representative.
21   BY MR. GDANSKI:
22   Q    What exactly is colloidal transport?
23   A    Colloidal transport is where very, very, very minute
24   particles are moving in the water, and they -- they're moving
25   with groundwater, and they capture and sorb chemicals such as
```

1   dioxin.  And so therefore it's not the -- the chemical tends

2   to strongly sorb on those particles, those colloids, and

3   that's what allows them to then be migrated laterally in

4   groundwater.

5   Q    Are there some chemicals that are known to be more

6   sorbing through the colloidal transport mechanism?

7   A    Yes, and that's an extensively studied mechanism, and

8   especially for dioxins and furans.

9   Q    So speaking about dioxins and furans, do those fit into

10  the category of carcinogens that readily, easily and quickly

11  sorb into the stream, or are they of the category that don't

12  really sorb into the water stream and migrate?

13  A    Well, they can only migrate through colloidal transport.

14  Q    Okay.

15  A    They will typically not migrate any other way.

16  Q    Does the mechanism with which you've articulated the

17  transport of dioxins and furans match with the only known

18  mechanism that that's even a possibility?

19  A    Yes.

20  Q    Is that mechanism a generally accepted methodology in the

21  world of groundwater transport?

22  A    It is.  It's been extensively studied over the last 15

23  years, and one of my colleagues is one of the top experts in

24  that.

25  Q    Have you studied it, written about it, lectured about it?

```
 1    A    I've studied it extensively, but that is really in the

 2    world of the water chemist.

 3    Q    Okay.  One of the things that came up today was the

 4    qualifier EB on the lab results.  Remember that?

 5    A    Yes.

 6    Q    All right.  It happened pretty quick.  I just want to

 7    make sure we're clear.  EB doesn't mean equipment blank, does

 8    it?

 9    A    Well, it is equipment blank.

10    Q    But does it -- does it just mean that, or does it mean

11    something else in the --

12    A    It can mean any number of things.  It depends on the

13    application.  But it could very well mean just the equipment

14    out in the field that was used to take the sample.  And so if

15    that's the case, you often get contaminated equipment out in a

16    field site, as opposed to what you might get equipment blank

17    back in a laboratory.  That's a totally different set of

18    circumstances.

19    Q    And if the water from the field test where these were

20    taken show a cloudy water with toxins in it already, what does

21    that indicate to you whether the EB was a field issue or a lab

22    issue?

23              MR. MACNALLY:  Objection, Your Honor.

24              THE COURT:  How does he know which it is?

25              MR. GDANSKI:  Well, we know that the results taken
```

```
 1   demonstrated, I believe, speaking to the best of my ability,

 2   cloudiness and murkiness in the field test water, which would

 3   demonstrate --

 4           THE COURT:  So I assume you have another witness who

 5   can testify about that?

 6           MR. GDANSKI:  It's in the evidence.  It's in the

 7   record.

 8           THE COURT:  But do you have another witness?  You're

 9   just asking him --

10           MR. GDANSKI:  I'll ask him to assume hypothetically.

11           THE COURT:  And so how is this information about

12   these particular tests going to get in front of me for this

13   hearing?

14           MR. GDANSKI:  The broader hearing on the motion to

15   certify the class, it's all part of our motion and

16   attachments, I believe.

17           THE COURT:  It's part of the evidence on the motion

18   for certification?  Isn't this week the time for me to hear

19   all the evidence?

20           MR. GDANSKI:  Yes and no.  That came up earlier with

21   Your Honor and I.  There's much -- there's a significant

22   amount of evidence filed as part of our motion to certify the

23   class that is not subject to Daubert and therefore not being

24   brought by way of testimony to Your Honor this week.

25           So, for example, there are multiple pieces of
```

```
 1   evidence, witnesses' testimonies that are listed specifically

 2   and attached as notice to filing to the motion to certify the

 3   class, which either went unchallenged or didn't make their way

 4   into the Daubert analysis, so they're not being presented.

 5           For example, it came up today, we do have an expert

 6   in this case who validated the labs.  They didn't depose that

 7   witness.  We put the witness up for deposition.  They opted

 8   not to take the deposition.  We submitted a report.

 9           THE COURT:  So you're telling me that not only do I

10   have to rely on the evidence that's being presented over

11   this -- this five days, there's a whole bunch of other

12   evidence that I have to look at that's somewhere in the record

13   that I'm going to have to plow through in order to decide this

14   class certification motion?

15           MR. GDANSKI:  That is our position; that the

16   evidence that's attached as the proffer to the motion for

17   class certification is all appropriate to be considered by the

18   Court in determining class certification.

19           THE COURT:  And so they don't get a chance to

20   challenge it or argue about it, because it's somewhere in the

21   record, I have no idea what it is or where it is?

22           MR. GDANSKI:  They have had a chance to challenge

23   it, and that which they've challenged under Daubert is now

24   being brought before the Court.

25           THE COURT:  This is all Daubert?  I didn't
```

```
 1    understand these hearings to all be a Daubert hearing.
 2           MR. GDANSKI:  There's an intermesh obviously, so
 3    we're covering dual ground of Daubert and class certification.
 4    But to the extent there is a witness, which there are, or
 5    pieces of evidence, which there is, that is not challenged
 6    this week, the parties -- the plaintiff, at least, understood
 7    and planned and brought the witnesses that were subject to the
 8    Daubert analysis.  The rest is just in the record for Your
 9    Honor to consider.  For example, our standard of care expert
10    on contamination, our expert --
11           THE COURT:  Well, I can tell you that's not my
12    understanding.  My understanding was you wanted two weeks for
13    this hearing, two weeks, which we've got it down to one week,
14    and I thought this one week was what was going to be presented
15    to me so I could decide this matter, not one week of testimony
16    and affidavits, and then some other body of evidence that is
17    out there somewhere.  I mean, that's what I thought this
18    hearing was for, for me to be presented with all the evidence
19    that I'm going to make a decision on.
20           Now you're telling me I need to go and not only
21    consider what's being presented this week, I gotta go and read
22    a whole bunch of other stuff and somehow sort it all out.
23           MR. GDANSKI:  I think part of it came up where
24    the -- the -- what brought us here, and my recollection is,
25    the contested issues by way of witnesses, and some
```

```
1    witnesses --

2           THE COURT:  What brought us here is a joint motion,

3    as I recall, that was filed by both sides asking for a -- two

4    weeks for a class certification hearing.  That's what I

5    remember started this whole process, but maybe my recollection

6    is incorrect.

7           MR. GDANSKI:  No, you're a hundred percent correct.

8           All I meant to say was that what I suppose the

9    better way of saying it is what delineated the presentation of

10   witnesses before the Court was on disputed issues, and there

11   are some that may not be disputed, there are some that are not

12   challenged but are nonetheless incorporated with specificity

13   into the motion to certify the class.

14          THE COURT:  How do you know they're not challenged?

15          MR. GDANSKI:  Well, for example, for example, we

16   have a standard of care expert.  I referenced him in my

17   opening statement.  They didn't challenge his Daubert.  They

18   didn't challenge him under Daubert, so there'd be no basis to

19   exclude his testimony.  And since there's no basis to exclude

20   his testimony, there's no basis to demonstrate the sufficiency

21   of his testimony, and therefore it would be part of the record

22   for Your Honor to give whatever weight it deserves, but it'd

23   be in the record.

24          The same thing, for example, on multiple other

25   witnesses.  A good example is one came up today is our witness
```

```
 1   who validates the testing results.  Obviously they've now made

 2   that an issue.  It's heretofore not been an issue, but, most

 3   importantly on that one witness, they didn't challenge the

 4   witness, nor did they opt to take the witness' deposition.

 5            And so there is, unfortunately, I'm sorry that I

 6   have to say this to the Court, from the plaintiff's

 7   perspective evidence, filings, pleadings and records that are

 8   relevant to the determination of class certification which are

 9   not specifically presented to the Court today.

10            THE COURT:  Okay.  Well, I don't -- that seems like

11   an odd way to proceed to me, but . . .

12            MR. SCAROLA:  Your Honor, if I may, the order

13   setting this hearing specifically referenced that the hearing

14   was for the purpose of addressing contested issues of fact and

15   law.  There are common issues that support our motion for

16   class certification that are uncontested, and we have

17   referenced those in the motion for class certification.  So to

18   the extent that there are uncontested issues, then those

19   issues have been conceded.  The issues that are being

20   addressed during the course of this hearing, pursuant to Your

21   Honor's order, are issues that have not been conceded.

22            THE COURT:  All right.

23            MR. SCAROLA:  And if --

24            THE COURT:  So how am I supposed to figure out

25   what's conceded and what's not?
```

 1              For example, in a summary judgment context, I have a

 2    statement of undisputed facts that presumably are conceded,

 3    unless I get a counter statement from the other side that

 4    says, no, we dispute that.  So I know what's contested and

 5    what isn't contested.

 6              MR. SCAROLA:  And Your Honor knows --

 7              THE COURT:  But you're just telling me everything

 8    else in the record that you submitted is uncontested other

 9    than what's been presented here, and I'm supposed to accept

10    everything that you've submitted in your motion and attached

11    to it that is not being presented here as uncontested, and I

12    should accept it as fact.

13              Is that what you're telling me?

14              MR. SCAROLA:  Yes, sir.

15              The motion for class certification, to the extent

16    that it is not contested in this hearing, has been conceded by

17    the defense.  So if Your Honor's looking for the --

18              THE COURT:  Where does it say that?  Do you have a

19    stipulation to that effect, or is that your interpretation of

20    what's the status of this matter?

21              MR. SCAROLA:  We have Your Honor's order setting for

22    hearing those matters that are contested matters of fact or

23    law.

24              THE COURT:  Well, then I'm modifying my order.

25    Okay?

```
1              MR. SCAROLA:  Yes, sir.

2              THE COURT:  Because I did not understand that

3    everything that you had submitted to me -- and I have a

4    feeling that the defense didn't understand -- that everything

5    that you've submitted that's not being presented here in these

6    five days is all of a sudden admitted and I'm supposed to

7    accept as fact.  I didn't understand that to be the case.

8              MR. SCAROLA:  Well, obviously we're going to follow

9    whatever the Court's guidance is in that regard, but this --

10   this matter could have been considered on the papers

11   submitted.  What was requested was an opportunity to address

12   any matters that were contested.  And I -- I don't know what

13   the defense's position is, but I believe that they had the

14   same understanding.  I may be incorrect about that.

15             THE COURT:  All right.

16             MR. SCAROLA:  And obviously they'll speak for

17   themselves.

18             THE COURT:  All right.  Well, if I'm wrong, then

19   I'll take back what I said.

20             MR. GALLAGHER:  That was not our understanding, Your

21   Honor.

22             THE COURT:  What was your understanding?

23             MR. GALLAGHER:  Our understanding was that under

24   Supreme Court precedent, the burden of establishing that a

25   class can proceed -- a case can proceed as a class action
```

```
 1    rests with the plaintiffs, and they have the burden of
 2    persuading you that they have common questions that are
 3    dispositive under Comcast and demonstrating to you that they
 4    have the evidence to prove them through class-wide proof.
 5    This is their opportunity to do that in this hearing, and it's
 6    our opportunity to contest anything that they want to persuade
 7    you with.
 8            So if they want to persuade you to find as a matter
 9    of fact that they've established that, this is our chance to
10    challenge whatever evidence they have.  That's our
11    understanding.
12            MR. SCAROLA:  Your Honor, the procedural history
13    here is that a request was made for a 10-day hearing by
14    plaintiffs.  The defense response to that was they wanted 15
15    days.
16            Your Honor directed us to narrow the issues that
17    needed to be addressed in the hearing, and we narrowed the
18    issues that needed to be addressed in the hearing to those
19    matters asserted in our motion that the defense was
20    contesting, either contesting them based upon factual
21    assertions, contesting them based upon the admissibility of
22    our experts' opinions pursuant to Daubert, or any legal
23    contest that they might have.
24            But to the extent that matters were uncontested, it
25    has certainly been our understanding that the assertions that
```

```
 1    we made by way of motion in support of our request for class
 2    certification, if uncontested, may be considered by the Court
 3    in support of that motion as being uncontested assertions.
 4         If we are somehow incorrect about that and Your
 5    Honor wants us to address that in some other fashion, then we
 6    are more than happy to do that, but that's how we got to where
 7    we are right now.
 8         THE COURT:  All right.  Well, I guess I have no idea
 9    how I'm supposed to decide, in all the papers that have been
10    submitted, what is uncontested.  You tell me how I'm supposed
11    to figure that out.
12         MR. SCAROLA:  If what Your Honor wants is a -- an
13    assertion from us, from the plaintiff's side, as to those
14    matters that have been submitted in support of the motion that
15    have not been contested during the course of these
16    proceedings, we'd be more than happy to do that.
17         THE COURT:  Well, again, just answer my question.
18    How am I supposed to figure out now, based upon -- if this
19    hadn't come up in this hearing, and we had finished it on
20    Friday, I guess you were expecting that I was going to know
21    what's uncontested in the record so I can decide this motion.
22    So tell me how, if this hadn't come up, I was supposed to know
23    what was uncontested for purposes of this hearing?  Explain
24    that to me.
25         MR. SCAROLA:  By looking at the motion for class
```

```
 1    certification and accepting all of those assertions in

 2    plaintiffs' motion for class certification that have not been

 3    contested during the course of this hearing.  And we'll be

 4    happy to identify those for Your Honor.

 5              THE COURT:  And, again, I'm supposed to go through

 6    your motion and look line by line and say, oh, let's see, did

 7    the defense contest this fact in the hearing?  Let me link

 8    back on the five days of hearing, let me go through all the

 9    affidavits, let me see whether or not this fact was contested

10    by the -- by the defense.  Hmm, no, I don't remember anything

11    about that one, so I guess this one's uncontested.

12              Let me go the to next assertion in the motion.  Hmm,

13    let me figure this one out.  Is this one contested or not?

14    Let me look at all the affidavits, let me go through the

15    transcript.  I'm not sure about this one.

16              How am I supposed to do that, Mr. Scarola?

17              MR. SCAROLA:  Well, Your Honor, what we're talking

18    about here is a motion for class certification, where Your

19    Honor is not making ultimate findings of fact.  Your Honor is

20    making the determination as to whether there are sufficient

21    elements of commonality for this to proceed as a class action.

22    The fact that there are facts in contention doesn't require a

23    resolution of those facts.

24              And as we understood it from the plaintiffs'

25    perspective, what the defense was attempting to do was to
```

1    narrow down the contested -- the assertion of common facts by

2    eliminating plaintiffs' experts, by challenging them on a

3    Daubert basis, and if they could knock out a plaintiffs'

4    expert who identified common issues in support of our motion

5    for class certification, then that would not be a common issue

6    that the Court would take into consideration in determining

7    whether common issues predominated over individual issues.

8           So, quite frankly, I agree that what has happened

9    during the course of the proceedings up to this point in time

10   is that we have spent an incredible amount of time conducting

11   what amounts to trial cross-examination of experts.  And there

12   hasn't been from plaintiffs' perspective any basis upon which

13   to be able to eliminate any of these experts, because all we

14   have seen is competing expert opinion testimony that a jury

15   will ultimately have to resolve.  And all of that supports the

16   concept that this needs to be a certified class so that we

17   don't have 15,000 repetitions of the same experts being

18   presented by both sides in 15,000 separate cases.

19          So we're not here to decide contested issues.  We're

20   here to identify those contested issues.  If they can

21   eliminate an expert who raises a contested issue, they have

22   eliminated that contested issue from the equation.  If they

23   haven't done that, then all they have done is to substantiate

24   the fact that there are common issues that need to be resolved

25   in a subsequent class action case.

```
 1                THE COURT:  Well, it sounds to me like what you're
 2    saying is this hearing or this five days should have been
 3    devoted to Daubert determinations, and all I had to do was
 4    decide what expert testimony's going to be presented and what
 5    isn't, and then the rest of it, you win.
 6                MR. SCAROLA:  Yes, sir, that's our -- that's our
 7    position.
 8                THE COURT:  Yeah.
 9                MR. SCAROLA:  Our position is that the defense asked
10    for a consolidated hearing to address Daubert, contested
11    issues of fact, and something we haven't heard anything about,
12    and that is their objection to the Palm Beach Aggregates
13    settlement.  Those were the matters that were set for hearing
14    before this Court.
15                And, you know, if we have some gross
16    misunderstanding of what's supposed to be going on here, I
17    certainly apologize for that, but that's what we understood
18    was going to be occurring during the course of this five days,
19    and the issues were narrowed by an agreement that other
20    matters were not being contested by the defense.
21                THE COURT:  Okay.
22                MR. GALLAGHER:  Your Honor, very briefly, we have a
23    different understanding.
24                Mr. Gowdy stood up in his opening statement and said
25    you're going to see our trial plan.  The plaintiffs have the
```

```
1    burden of establishing that under Comcast and Rule 23, that

2    there are common issues and that they're dispositive and,

3    further, under the Ratheon case and Comcast, that they have

4    evidence that would allow them to prove on a class-wide basis

5    the claim they've asserted.

6         So there's two things going on here.  They're

7    putting on the experts who they say would provide proof on a

8    class-wide basis of their claim.  As an example,

9    Dr. Kilpatrick.  They offered him as the person, in addition

10   to the person who would define the class, which he has not

11   done.  They offered him as the person who would allow them to

12   prove through an expert's testimony the fact of injury,

13   causation of injury, the calculation of damages.

14        And I won't regale you with my cross-examination,

15   but we thought the purpose of this was to cross-examine him

16   and establish, if we could, that they haven't carried their

17   burden.

18        They haven't shown you, first, that his testimony

19   would even be admissible.  He doesn't follow accepted

20   appraisal standards.  He doesn't have an admissible opinion

21   under Daubert to establish any of the things that they say he

22   would establish.  And then, secondarily, have they carried

23   their burden of showing to you that they can prove a case on

24   class-wide proof.

25        Two ways they could fail in that in our view.  One
```

```
1    is if they present all their evidence at this hearing, and you

2    conclude they haven't shown me they can prove a case for this

3    60-square-mile area of residents with class-wide proof, or

4    some of that proof that they offer is inadmissible.

5            And they can't establish for Your Honor that they

6    can prove this class has a claim on~-- that can be proven with

7    common evidence that's dispositive and that individual issues

8    don't predominate.

9            That's how we understood the hearing, and that's how

10   we've proceeded.

11           THE COURT:  Well, that's the way I understood it.

12   That's what I thought this was all about, to try and show

13   evidence to establish the requirements of Rule 23.  That's

14   what I thought we were here for.

15           But, anyway, so let's continue and see where we end

16   up.

17           MR. GDANSKI:  Yes, sir.

18   BY MR. GDANSKI:

19   Q    Just trying to finish the thought that led us into that

20   conversation.

21           Do you know what something called turbidity is,

22   t-u-r-i-b-i-t-y?

23   A    I do.

24   Q    What is that?

25   A    Turbidity is the presence of particles in water.
```

```
1    Q    I'm going to try to follow up on some of what just

2    occurred to granularize your testimony in light of the

3    conversation we just had about the focus of the class

4    certification that we're proceeding on.  Okay?

5    A    Sure.

6    Q    All right.  So there's Pratt & Whitney, there's the

7    Corbett, and there's the class area beneath it, right?

8    A    Yes.

9    Q    For purposes of the analysis that you bring to the case,

10   does anything change by way of how you have to analyze whether

11   any spot in The Acreage was impacted by contamination from

12   Pratt & Whitney, or is that something you do relative to Pratt

13   & Whitney's conduct impacting The Acreage en masse?

14   A    I did not understand the question.

15   Q    Sure.

16        Do you need to do an individual consideration --

17   let's assume for a second the question before the Court is

18   whether there's contamination anywhere in The Acreage which

19   caused a stigma to the class, and there's someone else who's

20   addressing what a stigma means.  Okay?

21        But in answering the question of whether or not

22   there's contamination anywhere in The Acreage that came from

23   Pratt & Whitney, can you assess that on a broad swath basis

24   for the whole proposed class period, or do you need to look at

25   each person's home specifically?
```

```
1   A     For me to evaluate contaminant transport issues and

2   contamination impacts, if you will, I simply go in and look at

3   a broad brush of samples that have been taken in a community,

4   and if there are hits, if there are lots of hits, as there are

5   here, then I can make the statement, as I did in my reports,

6   that this area has been impacted.

7   Q     And if there were 15,000 or 25,000 individual mini

8   trials, would you essentially come back to each one to say the

9   same thing over and over again, which is that there's been

10  contamination from Pratt & Whitney into The Acreage?

11            MR. MACNALLY:  Objection, Your Honor.

12            THE COURT:  Overruled.

13            THE WITNESS:  Yes.

14  BY MR. GDANSKI:

15  Q     Would any of it ever change from any one case to the

16  other?

17  A     I think there's been impact to The Acreage.

18  Q     Right.

19            But if you had to come back and say it 25,000 times

20  to answer the question of whether or not Pratt & Whitney

21  contaminated The Acreage, would you say yes each time, 25,000

22  times in a row, ad infinitum?

23  A     Yes.

24  Q     I want to just look at the map showing the well

25  measurements that we had pulled up, and, you know, we couldn't
```

```
 1    find the different --

 2    A     Yes.

 3    Q     -- well 1, well 2, well 10.  Remember that?

 4    A     Right.

 5    Q     Okay.  Let's just take a look at that, please.

 6          So let's try to focus in on a couple, because

 7    admittedly the text is small, the time is short, and the week

 8    is waning.

 9          Let's take a look at well number 4, please.

10          MR. GDANSKI:  Can you help him find it?  Thank you.

11          We're there?  If we could blow up well number 4,

12    please.  So there it is at the top left.  Let's blow that up

13    by itself.  It's still hard to read.

14    BY MR. GDANSKI:

15    Q     Okay.  Do you see that?

16    A     Yes.

17    Q     Tell us, please, the significance of the data found on

18    well number 4 within The Acreage class boundary.

19    A     That's showing chloroform levels at 15, 40 and 60 feet,

20    and it's showing that as you go vertically downward, the

21    values are increasing.

22    Q     What's the significance of the fact that at well number 4

23    in the class boundary, you find chloroform levels at depth, as

24    opposed to at just the surface?

25    A     Well, again, this was an indication to me -- and this
```

```
1    doesn't happen a whole lot of places, but it happens a few

2    places, and where that happens is an indication to me that it

3    may be indeed associated with coming in from groundwater.

4    Q     If the question before the Court -- you just mentioned

5    and there was a discussion broadly speaking about a whole lot

6    versus just a few, and you kinda reference that in your answer

7    there a second ago.  Do you remember that?

8    A     Yes.

9    Q     If the question before the Court on this case in the

10   context of the class certification is, is there any

11   contamination in The Acreage from Pratt & Whitney, if that's

12   the question, is there any doubt in your mind from a

13   scientific perspective that the answer is absolutely, yes,

14   there is?

15              MR. MACNALLY:  Leading.

16              THE COURT:  Overruled.

17              THE WITNESS:  Within reasonable sort of -- more

18   probable than not.

19   BY MR. GDANSKI:

20   Q     Sure.

21   A     Which is a term that I like to use, based on everything

22   that I've looked at, based on the hydrogeology, based on the

23   loading at the source, based on basically what we found across

24   the neighborhood for a variety of contaminants, there has been

25   impact.
```

```
 1   Q     There's been what?

 2   A     There has been impact.

 3   Q     Impact.

 4         Okay.  Let's take a look for a second at well

 5   number 1, please.  Okay.  This is well number 1 at the

 6   northeast boundary of The Acreage.  Do you see that?

 7   A     Yes.

 8   Q     Tell us what we see here.  There's multiple different

 9   measurements over time.

10   A     Well, again, just for chloroform, we're seeing that same

11   sort of view, where it seems to be increasing with depth all

12   the way down to 60 feet.

13   Q     And let's go to well number 11, please.

14         So this is now towards the southwest part, kinda the

15   middle southwest part of The Acreage?

16   A     That's just showing one -- one hit in one level.

17   Q     Okay.  What is Bromodichloromethane?

18   A     Bromodichloromethane is a trihalomethane.  It's a

19   contaminant.

20   Q     All right.  It's dangerous?

21   A     It can be.

22   Q     If there was, as a water contamination expert, if there

23   was 1,4-Dioxane in the amount seen at the highest levels in

24   The Acreage in the bottle of water you had in front of you,

25   would you drink it right now?
```

1              MR. MACNALLY:  Objection, Your Honor.

2              THE COURT:  Sustained.

3              THE WITNESS:  Can't answer that question.

4    BY MR. GDANSKI:

5    Q    If the Pinares home tested at Bromodichloromethane for

6    .08 and the cleanup standard was .06, what would that indicate

7    to you as to the level in their home?

8    A    Again, I generally don't get involved in those types of

9    assessments.  I simply was asked to look at levels of

10   contamination here, not anything health related.

11   Q    Gotcha.

12              Dioxins and furans, do you know if those were found

13   in the Pratt & Whitney property just north of the Corbett?

14   A    As I sit here, I don't -- I mean, there are a lot of

15   wells on that property.  I remember it being found in the

16   Corbett.  It would not surprise me that it was found in the

17   north, but I don't remember.

18   Q    What's the significance of the dioxins and furans being

19   found in the Corbett wells just due south of the landfill in

20   Pratt & Whitney's property?

21   A    Well, the significance is it's in the direction of

22   groundwater flow, and it basically is indicating that those

23   contaminants are within reasonable probability are migrating

24   from Pratt & Whitney.

25   Q    And I'd like to take a look at B12, please.  Is this your

```
 1   calculation -- oh, I want to follow up on that last question,

 2   I'm sorry.

 3             And were there burn pits by the landfill?

 4   A    Yes.

 5   Q    Okay.

 6   A    Yes.

 7   Q    And, you know, what exactly is a burn pit, as we use the

 8   expression?  What really is taking place?

 9   A    That's where, back in the day, contaminants were just lit

10   on fire, they were burned.  And for any chlorinated compound,

11   where there's -- especially the solvents, where they're

12   burned, the production of furans and dioxins are possible.

13   Q    And do you know that the burn pit was used for burning

14   between 1960 and 1973?

15   A    Oh, yes.  It's all in the documents.

16   Q    Does that burning necessarily 100 percent produce the

17   exact same kind of dioxins and furans found in The Acreage?

18             MR. MACNALLY:  Objection, Your Honor.

19             THE COURT:  Sustained.  Rephrase the question.

20   BY MR. GDANSKI:

21   Q    Do the chemicals and contaminants placed into the burn

22   pit between 1960 and '73, do they produce the biproducts we

23   now see in The Acreage in the form of dioxins and furans?

24   A    I think the answer is yes, within a reasonable scientific

25   probability, yes.
```

1    Q    Okay.  One of the discussions that we all sorta heard was

2    the intersection now between Daubert and class certification.

3    I want to just ask you a very simple question about this thing

4    called Darcy's Law.  Okay?

5    A    Yes.

6    Q    Is it a fundamental foundational methodologically

7    approved equation in the world of hydrogeology and groundwater

8    transport?

9    A    Yes.

10   Q    Did you use Darcy's Law in this case?

11   A    I did.

12   Q    Did you compute your own independent evaluative

13   calculations on the impact of Darcy's Law to the groundwater

14   movement from Pratt & Whitney into The Acreage?

15   A    Yes.

16   Q    Can you contextualize for us -- and I'll try to wrap this

17   up -- you've been to court before?

18   A    I have.

19   Q    And you've had to explain your opinions and the bases of

20   them and the methodology?

21   A    Yes.

22   Q    Is there any more sound methodology in the context of

23   groundwater transport than Darcy's Law that's uniformly

24   approved, used, recognized, validated?

25   A    It drives everything we do in groundwater.

```
 1   Q    And would the same Darcy's Law series of equations be the
 2   driving force behind your testimony -- and you sat through
 3   Dr. Stephens' testimony -- in the hypothetical 25,000 cases
 4   you'd have to come if there was no class or in the one that
 5   you'd have to come to if there was a class?
 6   A    Ask that question one more time?
 7   Q    Sure.
 8            Would the same equation, the same parameters and
 9   technique that you bring to the methodology of Darcy's Law
10   that you apply to this case, would you just be rearticulating
11   the Darcy's Law analysis 25,000 times, or would it be the same
12   thing that you'd have to say except just one time in one case
13   if there was a class?
14   A    If there was a class, you just do it one time.  It's all
15   the same theory.
16            MR. GDANSKI:  Thanks very much for your time.
17            Thank you very much, Judge.
18            THE COURT:  Thank you.
19            MR. MACNALLY:  Your Honor, I'll be brief.
20            THE COURT:  Okay.
21            MR. MACNALLY:  But if I may?
22            THE COURT:  Yes.
23                         Recross-examination
24   BY MR. MACNALLY:
25   Q    Last time I hope, Dr. Bedient.
```

```
 1   A     That would be nice.

 2   Q     We'll see.  We'll see.

 3         I want to draw your attention to something from your

 4   deposition.

 5   A     Sure.

 6         MR. MACNALLY:  Pardon me just one moment.

 7         MR. GDANSKI:  You said to his deposition?

 8         MR. MACNALLY:  Yes.

 9         Apologize for that.  There we go.

10   BY MR. MACNALLY:

11   Q     That looks like something from your deposition, right?

12   A     Yes.

13   Q     And this was a map, to refresh your recollection, that

14   you put together in your redirect examination with

15   Mr. Haberman during your deposition.  Do you recall that?

16   A     I do.

17   Q     And the circles on this map that are kind of located

18   around here, this one up in the north, and this kind of couple

19   down to the south and around over to the southeast there and

20   then up to the northeast, do you see that?

21   A     Yes.

22   Q     Those were locations where plaintiffs have tested and

23   identified dioxins and furans.

24   A     Okay.

25   Q     And you were asked by Mr. Haberman --
```

```
 1              THE COURT:  Hold on one second.
 2              MR. GDANSKI:  Your Honor, I'm just going to object.
 3    It doesn't sound like this is recross on something that was
 4    new in redirect.  It just sounds like cross that wasn't done.
 5              THE COURT:  I'm not sure yet.  You may be right, but
 6    let's see where he's going with it.
 7              MR. GDANSKI:  Yes, sir.
 8    BY MR. MACNALLY:
 9    Q    You were asked by Mr. Haberman whether or not you could
10    tell by the constellation of these dioxins and furans hits
11    whether or not there were dioxins in the well of the starred
12    property that's there kind of in the middle, which I'll
13    represent to you is Mrs. Pinares' property.
14    A    I remember that.
15    Q    Do you recall that?
16              MR. GDANSKI:  I'm going to renew my objection, then.
17              THE COURT:  Overruled at this point.
18    BY MR. MACNALLY:
19    Q    And what you said at the time was that you would have to
20    go and actually sample the well.  You couldn't just tell by
21    looking at these constellations, right?
22    A    That's correct.
23    Q    So in an individual trial, where the question was whether
24    or not --
25              MR. GDANSKI:  Now I am going to object.
```

```
1              THE COURT:  Overruled, because this is the class
2    issue you brought up and whether we should have 25,000 trials
3    or one.
4              MR. GDANSKI:  Yes, Judge.
5              THE COURT:  So overruled.
6    BY MR. MACNALLY:
7    Q    So in a individual trial, where the question was
8    presented to you whether a particular person's property was
9    actually contaminated or impacted by contamination, you would
10   have to assess things, like whether or not that person's
11   property was sampled and what it showed, correct?
12             MR. GDANSKI:  I'm going to object that it's an
13   incomplete hypothetical.  It's not the law of the case.
14             THE COURT:  Overruled.
15             THE WITNESS:  In the way that you've phrased that
16   question, which is for that particular individual property to
17   know whether or not they have been actually contaminated on
18   that property -- not necessarily impacted because of neighbors
19   that have hits, but impacted on that particular property, yes,
20   I'd have to get a sample.
21   BY MR. MACNALLY:
22   Q    And here, through this constellation of dioxin and furans
23   hits that you have lying in this case, you're not able to tell
24   whether or not the Pinares property is actually impacted
25   without going and taking the sample?
```

```
1    A    Actually contaminated, yes, that's correct.

2              MR. MACNALLY:  No further questions, Your Honor.

3              MR. GDANSKI:  I want to have one brief follow-up.

4              I'll do whatever you say, Judge.

5              THE COURT:  Hurry up.

6              MR. GDANSKI:  Okay.  Yes, sir.

7              THE WITNESS:  Judge, you're so nice.

8              THE COURT:  Well, I don't think they think so.

9              MR. GDANSKI:  I do.

10                        Redirect Examination

11   BY MR. GDANSKI:

12   Q    Very simple.  I mean, the battle line is drawn.

13              If, in this subsequent trial, the question was not

14   whether Mrs. Pinares, Mrs. Robinson, Mrs. Jones, Mrs. Smith's

15   home are all contaminated, but, rather, the question was

16   whether there is any contamination in The Acreage, would you

17   only have to come and do it one time?

18   A    Yes, if that's the way you ask the question, yes.

19              MR. GDANSKI:  Okay.  Thank you.

20              THE COURT:  Thank you, Doctor.

21              THE WITNESS:  Thank you.

22              THE COURT:  Why don't we take a 10-minute recess

23   before the next witness.

24        (A recess was taken from 2:30 p.m. to 2:45 p.m., after

25   which the following proceedings were had:)
```

```
 1                THE COURT:  Please be seated, everyone.

 2                All right.  Our next witness is whom?

 3                MR. SCHWINGHAMMER:  Your Honor, Greg Schwinghammer

 4     for United Technologies.  We would call Dr. Christopher Teaf.

 5                THE COURT:  All right.  Sir, would you raise your

 6     right hand, please.

 7                Christopher M. Teaf, Defendant's witness, sworn.

 8                THE COURT:  Tell us your name and spell your last

 9     name, please.

10                THE WITNESS:  My name is Christopher M. Teaf,

11     T-e-a-f, like Frank.

12                THE COURT:  Thank you.

13                THE WITNESS:  Yes, sir.

14                You may proceed.

15                MR. HAMMER:  Thank you, Your Honor.

16                          Cross-Examination

17     BY MR. HAMMER:

18     Q    Good morning.  Is it Dr. Teaf?

19     A    Yes, sir.

20     Q    My name is Steven Hammer, for the record.

21                Sir, you prepared a direct testimony in this case,

22     correct?

23     A    Yes, I did.

24     Q    And I'm going to ask you some questions with regard to

25     what you state in your direct testimony about this case, and I
```

```
 1    want to start with your testimony references some of the
 2    reports that you did in this case, correct?
 3    A    Yes, sir.
 4    Q    Okay.  And in your initial report, that being I believe
 5    the report from July of 2016, at paragraph 24 in your report,
 6    you reference the fact that 1,4-Dioxane has been detected in
 7    soils and groundwater at Air Force Superfund sites around the
 8    country, and you then go on to explain some examples of where
 9    1,4-Dioxane has been found in these various Superfund sites,
10    correct?
11    A    Among others, yes, sir.
12    Q    Okay.  And you don't reference that at all in your direct
13    testimony; isn't that true, sir?
14    A    No, I simply pointed out that all those were adopted by
15    reference.
16    Q    Okay.  Are you aware that at one point the Pratt &
17    Whitney site was being considered as a Superfund site?
18    A    Yes.
19    Q    Okay.  And what is your understanding of a Superfund
20    site, please, sir?
21    A    Well, if it's qualified as a Superfund site, it has to
22    score a certain amount on of projected scale that EPA has
23    established, and it's a determination of conditions at the
24    site related to soils, groundwater, other media.
25    Q    Now, you're aware that there were spills and leaks
```

```
 1   causing contaminants and carcinogens to leak into the ground

 2   at the Pratt & Whitney site, correct, sir?

 3   A    I've seen those reports, yes, sir.

 4   Q    You're also -- is it your position that there are safe

 5   levels of carcinogens?

 6   A    There are drinking water standards and there are soil

 7   cleanup criteria that are based upon accepted risk-based

 8   safety levels, yes, sir.

 9           THE COURT:  I'm sorry, Mr. Hammer, before you go any

10   further.

11           Again, do you have a packet for this witness, as

12   we've had for the other witnesses, or not, with his affidavit

13   and depositions?

14           MR. HAMMER:  Yeah, sure.

15           THE COURT:  Thank you.

16           MR. HAMMER:  May I proceed, Judge?

17           THE COURT:  Yes, I'm sorry.

18   BY MR. HAMMER:

19   Q    Okay.  Do you view the EPA as one of the nation's leading

20   authorities on carcinogenic chemicals and cancer risk, sir?

21   A    One of them, yes.

22   Q    And are you aware that the EPA has stated for cancer

23   effects, it is assumed that most carcinogens do not have any

24   safe exposure level?  Any exposure to a carcinogen can result

25   in increased probability of getting cancer.
```

```
 1              Do you agree with that statement by the EPA?
 2   A     Sure.  That's a reasonable statement to make.  It's also
 3   backed up by specific cancer risk levels that are assumed to
 4   be protective of public health.
 5   Q     And dioxins fall into the category of carcinogens that
 6   can cause cancer at any exposure level; isn't that true, sir?
 7   A     What substance?
 8   Q     Dioxins.
 9   A     Okay.  Yes, sir, dioxins.
10   Q     So in taking that into consideration what the EPA says,
11   according to the EPA, there is no safe exposure for level 4
12   dioxins; isn't that true, sir?
13   A     That's a philosophical statement.  The practical is what
14   I mentioned earlier, which is that there are cancer risk
15   levels that are assumed not to be protective of public health
16   by establishment from EPA and other agencies.
17   Q     So is it your testimony that the dioxins that are in the
18   groundwater in The Acreage are safe?
19   A     Yes, sir.  There's several times, at least three to four
20   times below what is established as the national primary
21   drinking water standard could be present in municipal water
22   supplies.
23   Q     Now, in your report, you talked about various sources
24   that could be the source for the dioxins that were found in
25   the groundwater, correct?
```

```
 1   A     Yes, sir.

 2   Q     And you listed a lot of household products, correct?

 3   A     What substance are you talking about?

 4   Q     Well, what substance are you talking about as far as what

 5   you think is in The Acreage?

 6   A     You asked me about dioxins, and I'm wondering --

 7   Q     Let's talk about contaminants.  The contaminants that

 8   you're relating being in The Acreage groundwater, you listed

 9   various sources for those contaminants, correct?

10   A     Yes, sir, and they differ depending upon the substance.

11   Q     Okay.  Well, let's talk about 1,4-Dioxane.

12   A     Okay.

13   Q     Okay?

14         As far as 1,4-Dioxane, you listed a whole host of

15   household goods, such as Tide laundry detergent, such as baby

16   shampoo, such as various solvents, correct?

17   A     All those are correct, yes, sir.

18   Q     Okay.

19   A     Well recognized.

20   Q     You, however, cannot rule out that the source of the

21   1,4-Dioxane could be attributed to the Pratt & Whitney

22   facility; isn't that true, sir?

23   A     In my deposition I was asked that question a number of

24   times, and my answer uniformly was it is not impossible, but I

25   consider it to be extraordinarily unlikely based on what I
```

```
 1   know.
 2   Q    Well, sir, you -- in your deposition, we could turn to it
 3   if you'd like, at page 124, line 15 through 20.  Would you
 4   like a copy of your deposition?
 5   A    Sure.  Thank you.
 6   Q    Sorry.  Just give me a minute.  I'll get it for you.
 7   A    Thank you.
 8             MR. HAMMER:  Judge, may I approach?
 9             THE COURT:  Yes.
10             MR. HAMMER:  Thank you, sir.
11             THE WITNESS:  Thank you.
12             MR. HAMMER:  Sure.
13   BY MR. HAMMER:
14   Q    Sir, if you would turn to page 124, line 15 through 20.
15   Let me know when you're there.
16             THE COURT:  Were you trying to pull that on the --
17             MR. HAMMER:  I don't think so, Judge.  I could
18   provide the Court with a copy if you'd like it.
19             THE COURT:  I have it.  I've already read it.
20             MR. HAMMER:  Very good.  Thank you, Judge.
21   BY MR. HAMMER:
22   Q    Sir, you there?
23   A    Yes.
24   Q    You were asked:  For each of the compounds that we've
25   discussed -- and just so, clarification, if you turn to
```

```
 1   page 122, we talked about the 1,4-Dioxane, the PAHs, the
 2   polycyclics, the trihalomethanes, the TAMs, the chlorinated
 3   dioxins --
 4   A    What was the one you said a moment ago?
 5   Q    Pardon?
 6   A    What was the one you said a moment ago?
 7   Q    Well, if you look at page 122, follow along with me.  I'm
 8   just referencing, because it says for each of the compounds
 9   that we've discussed, on page 124, and it's referring to --
10   A    Hold on a second.  I'm sorry.
11   Q    Sure.
12   A    I'm on page 122.  Where would you like me to go?
13   Q    To line 12.
14   A    Yes, sir.
15   Q    And it talks about the 1,4-Dioxane, the PAHs, the TIMs,
16   the chlorinated dioxans and furans and the Methylene Chloride.
17   That's what you reference in your report, correct?
18   A    Those are all true, sir.
19   Q    Those are the only chemical compounds you discuss in your
20   report, correct?
21   A    Yes, sir.
22   Q    Your declaration?
23        All right.  So now if we turn back to page 124, for
24   each of the compounds that you discuss in your report and your
25   declaration, for each of the compounds that we've discussed,
```

```
1    it is possible that the presence in The Acreage could be

2    attributed to Pratt & Whitney, you can't rule that out.

3              And your response was:  "I cannot rule that out,

4    sure."

5    A    That's correct.  And I was asked that question four or

6    five times in different ways, and each time I answered it the

7    same way, which was that I could not, but that I considered it

8    to be extraordinarily unlikely.

9    Q    So each of the contaminants detected in The Acreage

10   groundwater could have originated from more than one source.

11             In other words, you can't say that it's solely from

12   the various things you list, such as for the 1,4-Dioxane, the

13   household products, right?  You can't say that it's only from

14   that; isn't that true, sir?

15   A    No, sir.

16             In fact, with all due respect, that's exactly my

17   point.

18   Q    And so with regard to all of the chemical compounds that

19   you discuss in your declaration and in your reports, you

20   cannot actually specify the source of those chemical

21   compounds, correct, sir?

22   A    No, sir, nobody could.  And that's exactly the problem.

23   Q    Okay.  And so where -- based on your own testimony, then,

24   it is possible that it could -- all of those chemicals could

25   have also come from the Pratt & Whitney site, correct?
```

```
1    A    I've heard the geological testimony.  I understand that

2    things are possible.  I think that's different than in any way

3    likely.

4    Q    Okay.  Now, you have no expertise in geology, correct?

5    A    No, sir, I'm not trained in that field.

6    Q    Okay.  So you're just talking about the toxins that were

7    found.  You're a toxicologist, correct?

8    A    Yes, sir.

9    Q    Okay.  So you're just talking about the toxins and the

10   levels and such and what was found, and I think in your

11   declaration you made it clear that all of those things could

12   come from other sources, correct?

13   A    Yes, sir, that's exactly the point.

14   Q    Okay.  One of the sources that you talked about was that

15   the -- one of the things you talked about was that the

16   dioxins --

17             MR. HAMMER:  Excuse me, Judge.  I'm sorry.

18   BY MR. HAMMER:

19   Q    In your direct testimony affidavit, in paragraphs 5, 8

20   and 10, you reference that the dioxins, the furans, the

21   polycyclic aromatic hydrocarbons, or PAHs, can be produced by

22   brush fires, forest fires and range fires, correct?

23   A    They're all ubiquitous for those reasons in the

24   environment.

25   Q    Okay.  Did you do anything independent to evaluate
```

1    whether The Acreage site was subject to any of these brush

2    fires, forest fires or range fires?

3    A    I did not.  But I'm familiar with the area, and I know

4    that they occurred in close proximity to The Acreage.

5    Q    Sir, did you, yourself, do any independent study,

6    historical study to determine what impact it had on The

7    Acreage?  Yes or no.

8    A    I have been to the Everglades Agricultural Area when

9    sugarcane was burning, so to that extent, I'm familiar with

10   the problem.  I didn't collect any samples with that in mind.

11   Q    You talk about the fact that I think, also in your direct

12   testimony, you propose septic tanks in The Acreage as possible

13   sources of the 1,4-Dioxane and the trihalomethanes, correct,

14   sir?

15   A    Absolutely.  That's quite common.

16   Q    Okay.  Did you find any evidence from the groundwater

17   tests that any of the contaminants detected in The Acreage

18   groundwater showed higher concentrations closer to the septic

19   tanks either in lateral proximity to the septic tanks or in

20   the groundwater layers closer to the surface where septic

21   tanks exist?

22   A    That study was not by anyone to my knowledge.

23   Q    I think you indicated that there is no cause for concern

24   of the 1,4-Dioxane, because all of the detections in The

25   Acreage have been below the cleanup levels of 3.2 micrograms

 1   per liter?

 2   A     Yes, that's the groundwater cleanup target level

 3   established by the Florida Department of Environmental

 4   Protection.

 5   Q     Now, the EPA defines the cancer risk at .35 micrograms

 6   per liter; is that right, sir?

 7   A     Not exactly.

 8   Q     For 1,4-Dioxane.

 9   A     Not exactly.  The reason I say not exactly is that is

10   what's called a health advisory level.  It's established as a

11   guideline.  It is not uniformly applied.  My experience in

12   Florida has been at least at the Department of Environmental

13   Protection level they use 3.2.

14         The other point to be made here is that all of the

15   data I've seen for 1,4-Dioxane are I values, and my experience

16   is that to the extent that you have I values, that requires

17   resampling to verify.  You can't use that information in and

18   of itself.

19   Q     Well, a health advisory level, that's a health concern,

20   correct, sir?  Isn't that equivalent?

21   A     It's an advisory level.

22   Q     A health --

23         MR. HAMMER:  I'm sorry, Judge?

24         THE COURT:  I didn't hear what you said, I'm sorry,

25   Doctor.

```
 1              THE WITNESS:  It's an advisory level.  It's not a
 2    drinking water standard.  There's a different approach.
 3    BY MR. HAMMER:
 4    Q    A health advisory level is advising that there's a health
 5    concern, isn't it true, sir?
 6    A    It's based on a lifetime drinking water consumption of
 7    two liters a day by the same individual from the same
 8    location.
 9    Q    And, sir, are detects of the .34 and the .43, which are
10    estimated values, but nonetheless real values --
11    A    I don't know if --
12    Q    -- are at or exceed the EPA's risk level of
13    .35 micrograms per liter; isn't that true?
14    A    I don't agree with your characterization of those as
15    being real numbers.  As a practical matter in my practice,
16    it's very common to see I values.  Those have a particular
17    meaning, and those require resampling and are not useable in
18    their initial form.
19    Q    If you look at -- assuming, if you will, that there was
20    detections of .34 and .43, then those numbers would be nearly
21    at the .35-microgram per liter level that is a health advisory
22    by the EPA, or above that which is a health advisory for the
23    EPA; isn't that true, sir?
24    A    If you assume something, which I'm not willing to assume,
25    and, that is, that they're real numbers.  Again, there were
```

```
 1    probably 60 to 70 samples collected, of which there were
 2    several detections at I values, which require verification, or
 3    they're not valid.
 4    Q    And I understand that you're not willing to assume it,
 5    but that's a fact in the case, correct?  In other words, it's
 6    a fact that we can either accept or reject, correct?
 7    A    I reject.
 8    Q    You reject it.
 9         But a fact --
10    A    For the reasons that I said, in fairness.
11    Q    I understand.
12         But if you take that as the numbers, you would agree
13    that it is at or above the health advisory level of the EPA;
14    isn't that true, sir?
15    A    Those numbers -- one number is greater than the other.
16    If by that you mean is that true, then, yes.  But my point is
17    to explain what those numbers mean.
18    Q    .34 is .01 less than .35, correct?
19    A    Yes.
20    Q    And .43 is .08 above .35, correct?
21    A    Again, with an I characterization, which is very
22    important to understand.
23         MR. HAMMER:  Judge, can I have one minute?
24         THE COURT:  Yes.
25    BY MR. HAMMER:
```

```
1    Q    Sir, taking those numbers as .35 -- I'm sorry, .34 and

2    .43, those are numbers that are indicative of the 1,4-Dioxane

3    levels in The Acreage, correct?

4    A    I don't think they're in any way representative of it.

5    They are values that were reported for two wells of probably

6    60 or 70 that were sampled.

7    Q    In The Acreage, correct, sir?

8    A    Yes.

9    Q    Okay.  And as far as an individual basis with regard to

10   individuals that live in The Acreage, you cannot rule out that

11   the chemicals and the contaminants that are present in The

12   Acreage aquifer do not impact the entire The Acreage; isn't

13   that true, sir?

14   A    I don't think the evidence suggests that that's the case,

15   no, sir.

16   Q    You can't rule it out, though?

17   A    There's a lot of things I can't rule out that are very

18   unlikely, sir.  I don't think it's in any way representative.

19   Q    And you cannot rule out that they came from the Pratt &

20   Whitney facility; isn't that true, sir?

21   A    It is not impossible, but I've explain why I think that's

22   a qualified.

23   Q    Doctor, if the evidence stayed the same, and you were

24   called in for 15,000 trials, would your testimony be the same

25   in all 15,000 of those trials?
```

```
 1   A     No, I don't believe that it would.

 2   Q     It would be different in each trial?

 3   A     I would -- if a trial was for a particular property, one

 4   which data were available, I would use that information.

 5   Q     If the data that you've got available at your fingertips

 6   now, as it exists, were called into question, would in each of

 7   the trials, in 15,000 trials, would your testimony be the

 8   same?

 9   A     As to its representativeness, yes, sir, it would be the

10   same.

11             MR. HAMMER:  Thank you.  I have nothing further.

12             THE COURT:  Thank you.

13             Any redirect?

14             MR. SCHWINGHAMMER:  Your Honor, based on that, we

15   have no questions for Dr. Teaf.  We stand on his written

16   direct testimony submitted to the Court.

17             THE COURT:  All right.  Thank you.

18             Thank you, Doctor.

19             THE WITNESS:  Thank you very much, sir.

20             THE COURT:  Next witness?

21             MR. GALLAGHER:  Yes, Your Honor.  With the Court's

22   indulgence, I don't -- I'm not sure my colleague was expecting

23   that to go so quickly, so he may have taken a necessary break.

24   But our next witness will be Dr. Missimer.  And I see my

25   colleague, Dan McElroy, who's arriving now, will be the
```

```
 1    witness~-- the lawyer handling the witness, Your Honor.

 2             THE COURT:  All right.  Right over here, sir.

 3          Thomas M. Missimer, Defendant's witness, sworn.

 4             THE COURT:  Please be seated, sir.  If you actual

 5    that microphone towards you, please, tell us your name and

 6    spell your last name for us, please.

 7             THE WITNESS:  My name is Thomas M. Missimer,

 8    M-i-s-s-i-m-e-r.

 9             THE COURT:  Thank you, sir.

10             MR. GDANSKI:  Please the Court, I know the defense

11    has well-organized binders for you and the witness.

12             THE COURT:  Thank you.

13             MR. GDANSKI:  Instead of my loose paper, we'll go

14    with their bound notebook.

15                         Cross-Examination

16    BY MR. GDANSKI:

17    Q    Good afternoon, sir.  How are you?

18    A    Very good.

19    Q    We shook hands in the hallway.  I told you who I am.  My

20    name is John Gdanski, and I'm with the Schlessinger firm, and

21    I'm going to ask you some questions this afternoon.  Okay?

22    A    Yes.

23    Q    Before we do that, I want to make sure that I know that I

24    have that which you've supplied in this case.  Okay?

25    A    Okay.
```

```
 1   Q    So you have submitted a report where you -- you did --

 2   you wrote a report in 2011 for purposes of your examination of

 3   the Pratt & Whitney property, correct?

 4   A    That was specifically a groundwater model that I did at

 5   that time to characterize the 1,4-Dioxane plume.  It's not the

 6   only document.

 7   Q    Right.  I'm trying to get us familiarized with the

 8   universe of them.  I'm not suggesting it's your only one.

 9        So I know that you had an appendix that you wrote in

10   2011, which was first provided in 2016, correct?

11   A    Yes.

12   Q    And then you also have a separate 2016 report, right?

13   A    Yes.

14   Q    And then you gave a deposition under oath, where an

15   attorney for the opposition, the plaintiff, had a chance to

16   ask you about your understanding of the facts in this case,

17   right?

18   A    Yes.

19   Q    And then you submitted a trial direct, which was

20   essentially, you understand, to be akin to your trial

21   testimony as if the lawyers for the party that retained you

22   asked you questions, right?

23   A    Yes.

24   Q    Okay.  Facts are important to your determination of the

25   discussion and conclusions in this case, fair?
```

```
 1   A     Yes.

 2   Q     You wouldn't trivialize them; you wouldn't hide them,

 3   right?

 4   A     Correct.

 5   Q     Facts can and are key to the scientific method you used

 6   to bring an analysis to a scientific discussion like the one

 7   we're having today and the one you've had throughout this

 8   case, right?

 9   A     Facts and interpretations based on experience, yes.

10   Q     Of course.  But one can't interpret the facts reasonably

11   if the fact provider purposefully withholds them, true?

12   A     That's correct.

13   Q     Okay.  The scientific method is something you use, right?

14   A     Yes.

15   Q     Scientists use it, right?  You're supposed to use it,

16   right?

17   A     Yes.

18   Q     You've published, I know that, right?

19   A     Yes.

20   Q     In your publications, the disclosure of facts is

21   important, right?

22   A     It's part of the publication process.  You have to prove

23   your science, methods, results, and then interpret the data.

24   Q     And if a scientist like yourself were to withhold

25   relevant information and facts from other scientists or
```

1    individuals who are examining that scientist's conclusions,

2    such as how results were derived or interpreted, that would be

3    contrary to the scientific method, methodologically unsound,

4    and beneath accepted scientific standards, fair?

5    A    I think that you've gone beyond the normal thing.  The

6    issue is when you're doing a scientific paper or scientific

7    research, you may not be aware of all of the data that people

8    have collected anywhere in the world or anywhere in your

9    universe of your research.

10   Q    Fair enough.

11        But if you're aware of them, you have to disclose

12   them.  You can't withhold them.  Otherwise, that would be

13   unacceptable, not methodologically appropriate, and beneath

14   the standard of care of providing testimony, right?

15   A    Again, unless the data were incorrectly obtained in some

16   form, then they shouldn't be used, because the methodology may

17   dictate that they shouldn't be used.

18   Q    Fair enough.

19        Absent such a reason, you have to disclose the

20   facts, right?

21   A    Yes.

22   Q    On your CV, it indicates that you participated in a 2001

23   Florida Bar conference on environmental law.  Do you remember

24   that?

25   A    Yes.

```
1   Q    Okay.  And you published a paper -- I don't know if

2   published was the right word, but there was a paper associated

3   with your presentation on that issue, right?

4   A    Yes.  I don't remember the contents in 2001, but I do

5   remember the conference.

6   Q    You gave a presentation called "Ethical Issues Involving

7   Consultants, Attorneys, Agency Employees and Advocacy Groups

8   In Environmental Permitting," right?

9   A    Yes.

10  Q    In it, you had a discussion where you specifically

11  referenced the relationship you have with a company like Pratt

12  & Whitney and the lawyers from Bartlit-Beck and how to handle

13  that, right?  How to ethically mine your way through being a

14  consultant for a lawyer who has an obligation to advocate on

15  behalf of a client, right?

16  A    Yes.

17  Q    And that's something that you take seriously, I hope,

18  right?

19  A    Yes.

20  Q    Okay.  Let's take a look at what you wrote, because I'm

21  confused as to why, despite the fact you've testified that

22  facts are important, disclosing the facts are important, not

23  disclosing the facts would be inappropriate and

24  methodologically unsound, you wrote:  "It is not the role of

25  the expert witness to reveal all of the facts to the
```

```
 1   opposition in deposition or trial testimony."
 2              MR. GDANSKI:  Can we pull that up, please?
 3              MR. McELROY:  Do you have a copy of this?
 4              MR. GDANSKI:  I'll get you a copy.
 5   BY MR. GDANSKI:
 6   Q    It's found at researchgate.  Do you know what that is?  A
 7   website where research is stored?
 8   A    Yes, most of my papers are publicly accessible.
 9   Q    And we'll pull it up, but I'll tell you it does, in fact,
10   say -- and I'll get you a copy.  It says:  "It is not the role
11   of the expert witness to reveal all of the facts to the
12   opposition in deposition or trial testimony.
13              MR. McELROY:  Your Honor, we object to not having a
14   copy during the examination.  Getting it later on I guess
15   after the hearing wouldn't do us any good.  So if they do have
16   a copy, I'd ask to have that right now.
17   BY MR. GDANSKI:
18   Q    Well, is that the only portion of it you're relying upon,
19   or are you going to go into more detail?
20              MR. GDANSKI:  That's all I'm asking about, that
21   phrase in the report.
22              THE COURT:  If that's all, and he admits that he
23   said that, you don't need to actually see it.
24              Did you say that in that paper?
25              THE WITNESS:  Yes, I said that, but I need to place
```

1    that in the proper context.

2    BY MR. GDANSKI:

3    Q    I'll give you the opportunity, but I have a couple

4    questions about the context of it, okay, and then you'll have

5    an opportunity to explain the context of it, and the attorneys

6    for Pratt & Whitney will surely or perhaps ask you questions

7    about it.  But my question is this:

8              We thus far have only had an opportunity to examine

9    you, right?  We've taken your deposition, and we in that

10   context are the opposing party.  You've provided trial

11   testimony to the Court.

12             What assurance in the context of this Daubert

13   hearing can anybody have in light of the fact that you've

14   published your position, that you're not supposed to provide

15   all the facts, what assurance can anyone have that you've not

16   followed your standard of withholding facts, but, rather, been

17   forthcoming?

18   A    That is a mischaracterization of my statement.

19             The point is, in trial testimony and in depositions,

20   if you're not asked the question, you don't answer it.  If

21   there are data out there that you know about and the

22   opposition at trial doesn't ask you about, you don't give

23   those data out.

24             And within the context of writing a technical report

25   such as this, you use all the data, and I did use the data.

1   So the issue is procedure.

2   Q    Ah, so you don't labor to provide the full truth; you

3   only labor to provide the truth that the opposition decides to

4   ask you about, the truth as far as they get.  But if you know

5   something, for example, if you know something that the other

6   side doesn't know and therefore doesn't have the ability to

7   ask you about, you keep it -- you keep it withheld?

8         MR. McELROY:  Your Honor, argumentative.

9         THE COURT:  Sustained.

10  BY MR. GDANSKI:

11  Q    I mean, I guess the point is this.  What you wrote are

12  these words:  It is not the role of the expert -- you, in the

13  context of these proceedings -- to reveal all of the facts to

14  the opposition -- me, my client, my firm and these lawyers --

15  in deposition or to trial testimony, which is to the Court.

16        Those are your exact words that you put out there

17  identifying the scope of the role that you play in this case,

18  fair?

19  A    Again, I wrote that within the context of testimony.  If

20  you're not asked a question, you don't give an answer.  I

21  mean, that's the point.  The issue is when you're writing the

22  scientific type of documents that we provided here, I did

23  provide the information to the Court and to the opposition.

24  Q    So let's do that, then.

25        What question did you understand you to be

```
 1   answering?

 2   A     In this case?

 3   Q     This case, yeah.  What question?  What's your role?

 4   A     Basically, my role is to determine the probability and

 5   possibility of contaminants from the Pratt & Whitney site

 6   traveling 5 to 14 miles and reaching The Acreage.

 7   Q     Okay.  So I heard that contaminants traveling 5 to

 8   14 miles from the Pratt & Whitney site into reaching The

 9   Acreage, right?

10   A     Yes.

11   Q     The Acreage.  You were not asked to look at

12   individualized homes, fair?

13   A     Just through the boundary.

14   Q     The whole boundary, the whole entire property, right?

15   Your testimony is completely uniform insofar as it relates to

16   one central proposition, which would be the same for the

17   entirety, of the words that you just used, The Acreage, right?

18   A     No, that is incorrect.

19   Q     So maybe I misunderstood then.  When you said what your

20   role was, you said contaminants going from Pratt & Whitney

21   into The Acreage.  That's it.

22   A     Yes, but the issue is one of distance and travel time.

23   The issue is not -- for example, it may reach the boundary of

24   The Acreage, but it may not reach an individual home or the

25   southern boundary of The Acreage.
```

```
1    Q    Fair enough.

2    A    The distance itself is a differentiator.

3    Q    If the question, though, if the question was this, did

4  any contaminant go from Pratt & Whitney into any portion, any

5  portion of the contour described as the proposed class area --

6  are you with me on the question?

7    A    Yes, I think I'm with you on the question.

8    Q    If that's the question, you have assessed that, and you

9  can answer that and with one answer, one time, whatever it is,

10 your answer may not be what I want it to be --

11           COURT REPORTER:  I . . .

12 BY MR. GDANSKI:

13   Q    Yeah, your answer may not be beneficial to the plaintiff

14 and even beneficial to the defense, but it would be one solid

15 answer, right?

16           MR. McELROY:  Argumentative, Your Honor.

17           THE COURT:  Overruled.

18           THE WITNESS:  I can answer the question, yes, from

19 the Pratt & Whitney site to the boundary of The Acreage, yes.

20 BY MR. GDANSKI:

21   Q    And to put a fine point on it, at the bottom line, your

22 opinion is that, no, from your methodology, under no

23 circumstance that you've seen as a rational method could any

24 contaminant reach the class area for perhaps hundreds, if not

25 thousands of years, right?
```

1   A    It's extremely improbable that any contamination could

2   reach The Acreage from the Pratt & Whitney site.

3   Q    So with that in mind, your answer for every single trial,

4   all 15, 25, 35,000 of them, would always be, no, no, no, no,

5   no, no, right?

6   A    Yes, that would be correct.

7   Q    Okay.  And the basis of that consistent "no" would always

8   be the same, right?  The methodology, the equation, the math,

9   the science, the figures, would always be the same insofar as

10  how it leads you to say no each and every time, fair?

11  A    Yes.

12  Q    Okay.  You are a geologist, correct?

13  A    Yes, I'm a hydrogeologist.

14  Q    You're a hydrogeologist or a geologist, or even a

15  geologist who knows a lot about hydrology?

16          COURT REPORTER:  Excuse me, please.

17          MR. GDANSKI:  Sorry.

18          COURT REPORTER:  You're going to have to slow down

19  if you want an accurate record.  It's up to you.

20          MR. GDANSKI:  I do want an accurate record, so I

21  will slow down.

22  BY MR. GDANSKI:

23  Q    So to be clear, there are things, there are people that

24  are called geologists and there are people who are called

25  hydrogeologists, right?

```
 1    A     Yes on both.

 2    Q     Can different contaminants move differently in

 3    groundwater?

 4    A     Excuse me, could you -- I didn't hear the question.

 5    Q     Do different contaminants move differently in

 6    groundwater?

 7    A     Yes.

 8    Q     Okay.  And in your 2016 report, you list all of the

 9    contaminants at issue in this case and describe where they've

10    been found and in what quantities they've been found at

11    various spots on the UTC property, right?

12    A     I've listed mostly what I recall in the report.

13    Q     All of the contaminants at issue are either known to

14    cause cancer in humans or reasonably anticipated to cause

15    cancer in humans, true?

16          MR. McELROY:  Your Honor, that's outside the scope

17    of what Dr. Missimer's testifying about.

18          THE COURT:  Overruled if he knows. I don't know if

19    he knows.

20          THE WITNESS:  Again, I'm not a toxicologist; I'm a

21    geologist.  But the ones that are above the drinking water

22    standard may be presumptively assumed to have some health

23    risk.

24    BY MR. GDANSKI:

25    Q     Just to get precise on that, I'm not talking about
```

1  exposure level.  You inserted exposure level into my question.

2         I'm saying as a compound, as a carcinogen, as an

3  actual chemical or an agent, all of the agents we're

4  discussing, all of the contaminants we're discussing at some

5  level are cancer-causing agents, fair?

6  A    Potentially, yes.

7  Q    And that means with the appropriate level of exposure,

8  people can really develop cancers from them, fair?

9  A    Again, I can't really talk about the cancers that have

10 developed or the concentrations or the dosages required.  I

11 understand the drinking water standards, and I teach things

12 about those, and I can recite those to you in terms of

13 probabilities, if you wish.

14 Q    Do you agree that more than one dozen such known and

15 suspected carcinogens have been found in the soils and

16 groundwater in the UTC Pratt & Whitney site, including

17 dioxins, furans, 1,4-Dioxane, radioactive materials,

18 trihalomethanes, PCBs and chlorinated solvents?

19 A    I'm aware of the concentrations and the circumstances

20 that they were found on the site, yes.

21 Q    Okay.  Is it your understanding -- let's do this.  Let's

22 do this.  I want to take a look, please, at a portion of

23 Appendix A to your 2016 report which you know you wrote in

24 2011, right.

25 A    Okay, yeah, the 2011 appendix.  Let me turn to it,

1    please.

2    Q    Okay.  And maybe for my benefit, let's figure out a way

3    we can call it something that I don't make it more confusing

4    that it needs to be.  So do you want to call it the 2011

5    appendix attached to your 2016 report?

6    A    Excuse me?  I was looking for it.

7    Q    The reason I'm asking about the dates is because you

8    wrote it in 2011, you signed it in 2011, you submitted it to

9    us in 2016, right?

10   A    As part of the discovery, yes.

11   Q    Right.

12          So I just want to make sure I'm talking about

13   colloquially the same thing you are, I'm going to call it the

14   2011 appendix attached to your 2016 report, fair?

15   A    Okay.  Fair enough.

16   Q    And if we can take a look at the paragraph on page 1 that

17   starts with 1,4-Dioxane?

18   A    I have the expert report, but I'm not sure I have that.

19   Q    I'm going to show you a section of it here, and it will

20   be on your screen.

21          Can you see the screen?

22   A    Yes.

23   Q    Okay.  It says -- and this is page 1.  On the bottom it

24   says Schlumberger, right?

25   A    Why.

```
 1    Q    That's a company that you worked for that Pratt & Whitney

 2    contracted services for that does consulting, fair?

 3    A    Correct.

 4    Q    You still work for them?

 5    A    No; I haven't worked for them since 2010.

 6    Q    Do they still do consulting for Pratt & Whitney?

 7    A    Not that I know.  I just don't have any knowledge at all.

 8    Q    Did they do consulting for Pratt & Whitney before this

 9    report?

10    A    To my knowledge, no.

11    Q    And so what you say is:  1,4-Dioxane, which we've

12    established is a known carcinogen, is the major contaminant of

13    concern in this study, referring to your study right here from

14    2011, right?

15    A    Yes.

16    Q    It says:  In 1992, 1,4-Dioxane was detected in

17    groundwater samples south and east of the closed landfill at

18    the UTC-PWR, which is Pratt & Whitney rocket site, right?

19    A    It's by -- south of the landfill.

20    Q    That's on the Pratt & Whitney property, right?

21    A    It's on the Pratt & Whitney property, yes.

22    Q    Palm Beach County, right?

23    A    Yes.

24    Q    State of Florida, right?

25    A    Correct.
```

```
 1   Q     Okay.  In 1997, it was reported that the pump and treat
 2   system --
 3              So let's stop right there.
 4              At that point in time after 1992, there was a pump
 5   and treat system in the Pratt & Whitney property, right?
 6   A     Yes.  And there were remedial actions being conducted.
 7   Q     Okay.  In 1997, it was reported that the pump and treat
 8   system did not capture all of the contaminated groundwater
 9   east of the closed landfill, right?  Did I read that
10   correctly?
11   A     That's correct.
12   Q     So the hope, the expectation and desire was for the pump
13   and treatment system to contaminate it -- I mean, to control
14   it, to hold it in place and to prevent any additional
15   contamination thereafter, right?
16   A     Yeah, the goal was to basically keep the plume --
17   contamination plume confined to the site.
18   Q     Site meaning Pratt & Whitney site, right?
19   A     Correct.
20   Q     But that effort, that attempt failed.  It was
21   insufficient to control for that outcome, fair?
22   A     More or less.  It's more complicated than that.
23   Q     Well, it's only as complicated as you make it.  The
24   reality is it says:  In 2002 -- so afterwards -- 1,4-Dioxane
25   was detected north of the closed landfill at a depth of
```

1    87 feet below the land surface, right?

2    A    Yes.

3    Q    Then the next paragraph, let's go to that, please, says

4    monitoring wells.  And so a monitoring well is now a well

5    that's not on the Pratt & Whitney property in this context of

6    this paragraph, right?

7    A    Well, basically the monitoring wells on the property

8    dictated that it had left the site, particularly a few of the

9    wells along the boundary.

10   Q    Okay.  It says monitoring wells have shown the migration

11   of 1,4-Dioxane in groundwater beyond the property boundaries.

12         What that means is that we agree, based on what you

13   wrote, that where we stand today, Pratt & Whitney has

14   contaminated an offsite area, a non-Pratt & Whitney area, with

15   a cancer-causing agent, 1,4-Dioxane, fair?

16   A    Dioxin has left the site.  I think that's not in

17   contention.

18   Q    And I want to make sure that's established.  So let's be

19   clear.

20         Pratt & Whitney has contaminated areas that they

21   don't own or control with cancer-causing substance in Palm

22   Beach County, true?

23   A    Now, I can't answer in the cancer-controlling (sic)

24   substance.  I can just answer about the 1,4-Dioxane.

25   Q    I'll say it better, then.  Pratt & Whitney has

```
 1   contaminated areas outside of its campus with 1,4-Dioxane,
 2   fair?
 3   A    Yes, it says that here.
 4   Q    And what it's referring to here is the J.W. Corbett
 5   Wildlife Management Area, right?
 6   A    Yes.
 7   Q    So let's make sure we agree that as a starting
 8   proposition, the area in between Pratt & Whitney and the class
 9   parameters has been -- you want to say the northern edge, you
10   can say it, but the area between Pratt & Whitney and the class
11   boundaries everyone agreed had been polluted by Pratt &
12   Whitney with 1,4-Dioxane, fair?
13   A    Yes, the plume has left the property, as stated here, and
14   it's moved, you know, southeast from the property boundary
15   line.
16   Q    Okay.  Isn't it true that evaluating the movement of
17   carcinogenic compounds and contaminants or solutes in
18   groundwater primarily involves questions of hydrology and
19   hydrogeology?
20   A    Yes, among other things; chemistry and contaminant type,
21   the chemistry of the groundwater.  There are a lot of issues,
22   yes.
23   Q    You have been an owner of several consulting firms in
24   your professional career, true?
25   A    Yes.
```

```
 1   Q     Some of those firms have employed hydrologists or

 2   hydrogeologists, true?

 3   A     Yes, and engineers and chemists and biologists and

 4   others.

 5   Q     Is geophysics the same as hydrology or hydrogeology?

 6   A     No, geophysics is not.  And, again, it's one of the

 7   subdisciplines that we have normally used to evaluate

 8   contamination plumes and other issues.

 9   Q     You have a Ph.d. in hydrogeology?

10   A     No, my Ph.d. is in marine geology and geophysics.

11   Q     You have a Ph.d. in hydrology?

12   A     No, I don't.

13   Q     Your Ph.d. is limited to the subject of marine geology

14   and geophysics, true?

15   A     It was stratigraphy of Florida geology, but the official

16   degree is in marine geology and geophysics, but I practiced

17   for 35 years as a hydrogeologist.

18   Q     Do you know Dr. Daniel Stephens?

19   A     I've heard the name.

20   Q     Do you know Dr. Phil Bedient?

21   A     I've heard the name, as well.

22   Q     Where have you come across the name Dr. Bedient?

23   A     Dr. Bedient is a professor at Rice.  I've read his

24   textbook.  And I have heard of Dr. Stephens in doing work with

25   the National Groundwater Association.
```

```
 1    Q     Did you purchase Dr. Bedient's textbook?

 2    A     I have a copy of it, yes.

 3    Q     You look at it every now and then?

 4    A     Yes, I do.

 5    Q     Why?

 6    A     Because I'm teaching solute transport and contamination

 7    transport to graduate level in Florida, Gulf Coast University

 8    right now, and I have to teach tomorrow.

 9    Q     So as a professor who teaches the subject, you use the

10    textbook written by Dr. Bedient, fair?

11    A     I don't use his textbook; I use a more modern, upgraded

12    textbook.

13    Q     But you utilize it as part of your efforts to teach

14    students --

15              COURT REPORTER:  Slow down, please.

16              MR. GDANSKI:  Sure.

17    BY MR. GDANSKI:

18    Q     You utilize Dr. Bedient's textbook, the academic

19    information he's provided to further the study of the subject

20    matter of hydrogeology to teach your students, fair?

21    A     I use it as a reference, but my students are not using

22    that textbook.

23    Q     Fair enough.

24              Do you have an advanced degree in hydrology or

25    hydrogeology?
```

```
 1   A     No, I don't.

 2   Q     Are you a professional certified hydrologist or

 3   hydrogeologist?

 4   A     Yes, I am a certified, you know, groundwater professional

 5   from the National Water Well Association.

 6   Q     Right.  But there are specific certifications you can get

 7   as a hydrologist or a hydrogeologist, and you have something

 8   else, which some of those people may not also have, right?

 9   A     Yes.

10   Q     Okay.  You have a degree and certification as a

11   groundwater professional, but not as a hydrologist or

12   hydrogeologist, fair?

13   A     Yeah.  I basically have practiced in the field the whole

14   time, and I'm licensed in the state of Florida, which I don't

15   believe Dr. Stephens is.

16   Q     You said that you're licensed in the state of Florida; is

17   that what you said?

18   A     Yes, the State of Florida requires a professional license

19   to practice geology in the state of Florida.

20   Q     Okay.  You teach in the state of Florida; you work in the

21   state of Florida, right?

22   A     Yes.

23   Q     You even wrote a paper detailing and analyzing the

24   groundwater and underground formational structure in

25   Hollywood, Florida, right?
```

```
1    A    Yes.

2    Q    Did you cite that paper anywhere in any of the

3    submissions in any portion of what you've provided in this

4    case?

5    A    No, it was unnecessary.

6    Q    Would that be an example of you not sharing all the

7    facts, because no one has yet asked?

8    A    No, because that specific paper was mischaracterized by

9    your witness and was -- it was used as a reference on

10   effective porosity.  I never measured effective porosity in

11   that paper, nor reported it.

12   Q    You think they used it to characterize effective porosity

13   or something else?

14   A    That's what was stated in the -- I was sitting here in

15   the courtroom listening.

16   Q    Be that as it may, you failed to make anyone ever aware

17   of the fact in any of your submissions that you wrote a paper

18   on a community about 45 miles south of The Acreage detailing

19   issues that are relevant to this case.  You just never shared

20   it with anybody, fair?  Is that true?

21   A    No, that's not true.  I disclosed that in my full resume.

22   I've written 60 or 70 papers on Florida and two books.

23   Q    Okay.  You have done presentations, seminars, all those

24   types of things, right?

25   A    Yes.
```

```
1    Q    So as Dr. Stephens, so has Dr. Bedient, right?

2    A    Correct.

3    Q    You've been to any of Dr. Stephens' or Bedient's seminars

4    or presentations?

5    A    No.

6    Q    Have you ever looked at any online?

7    A    No.

8    Q    Have you ever pulled up any of their papers?

9    A    I've looked at one of Dr. Stephens' papers.

10   Q    In what context?

11   A    Within the context of effective porosity and porosity.

12   Q    For purposes of this case, or just in general?

13   A    Just in general, and looked at it in the context of this

14   case.

15   Q    So in addition to looking at Dr. Bedient's textbook in an

16   effort to, you know, help educate students, you looked at

17   Dr. Stephens' papers in an effort to understand effective

18   porosity, fair -- or at least look at the literature on

19   effective porosity.

20   A    Well, I looked at the literature on effective porosity,

21   because I'm currently doing research in that area.

22   Q    Did you do a flowmeter interpretation log in this case?

23   A    Not in this case.

24   Q    And what is a flowmeter interpretation log?

25   A    Well, a flowmeter interpretation -- a flowmeter, if
```

1    you're pumping a well or the well is naturally flowing, you

2    can take an instrument and put it inside the well, and it has

3    an impeller or a device that measures the flow rate.  And you

4    lower it in the well, and water is coming out of the well, so

5    you can make a determination of where the water is coming from

6    and each zone within the well in the context of you can

7    measure the higher zones of inflow into the well.

8    Q    Did you measure or evaluate in this case anything to do

9    with the heterogeneity of the property either at Pratt &

10   Whitney, Corbett, or in the class?

11   A    Yes.

12   Q    Okay.  It's true, isn't it, that flowmeter interpretation

13   logs are the best tool for evaluating heterogeneity?

14   A    Not necessarily by themselves.  You have to use other

15   materials.  There are geophysical logs.  There are the types

16   of materials that are techniques that you're using push the

17   coring.  There's a lot of different techniques --

18            COURT REPORTER:  Excuse me.  Using push . . .

19            THE WITNESS:  There's a technique where you insert a

20   probe into the ground and withdraw or inject water.  It's

21   another method of measuring variations in hydraulic

22   conductivity.

23   BY MR. GDANSKI:

24   Q    Well, you say not necessarily now, but you've previously

25   given a public -- a presentation on modeling ASR hydraulics

```
 1    and plume geometry, and in it you wrote -- if we could take a
 2    look, please -- flowmeter interpretation logs are the best --
 3    page 2 -- are the best tool for evaluating heterogeneity, at
 4    the top right.
 5              So when it came to the presentation and the subject
 6    of evaluating heterogeneity, you had what you described as the
 7    best tool.
 8              Here, in evaluating heterogeneity, you never even
 9    utilized that tool at all.
10              Is what I said true?
11              MR. McELROY:  Argumentative, Your Honor.
12              THE COURT:  Sustained.
13              Rephrase your question.
14    BY MR. GDANSKI:
15    Q    Is it true to say in the context in this case, despite
16    you recognized it and listed it as the best tool, you never
17    performed the flowmeter interpretation logs in this case; is
18    that true?
19    A    I didn't do that for a specific reason.  Aquifer storage
20    and recovery -- and I need to explain.
21              COURT REPORTER:  I'm sorry.
22    BY MR. GDANSKI:
23    Q    I was just asking if you did it.
24              MR. McELROY:  Your Honor, the witness deserves a
25    chance to explain himself.
```

```
 1              THE COURT:  You did not do it?

 2              THE WITNESS:  I did not do that specific type of

 3     testing on this site.  I've done that on aquifer storage and

 4     recovery sites.  Because of the large amounts of water that

 5     you have to recover, it's difficult to use them on sites that

 6     have contaminated water, because you have to dispose of that

 7     contaminated water, and that's one of the reasons they're not

 8     commonly used on contamination sites.

 9     BY MR. GDANSKI:

10     Q    Did you disclose in anywhere in your submissions in the

11     depositions or in the trial direct that you do think flowmeter

12     interpretation logs are the best tool for evaluating

13     heterogeneity, but in this case you don't find it to be

14     useful?

15              THE COURT:  Is he supposed to tell you everything

16     he's ever thought?

17              MR. GDANSKI:  No, sir.

18              THE COURT:  So, I mean, what kind of question is

19     that?

20              MR. GDANSKI:  Well, I'm asking --

21              THE COURT:  I mean, every thought he's ever had

22     about anything, is he supposed to disclose to you so you know

23     everything that he thinks?

24              MR. GDANSKI:  No, that's definitely not my intent.

25              THE COURT:  Well, that would suggest what that
```

```
 1   question was.
 2           Did you tell them about your position on flowmeter
 3   usage?  Why didn't you tell us about that?
 4           MR. GDANSKI:  Okay.
 5   BY MR. GDANSKI:
 6   Q    In your report, you have a discussion on groundwater flow
 7   direction, right?
 8   A    Yes, in the -- I just want to make sure that it's the
 9   2011 report that you're speaking about.
10   Q    Why?  Why does it matter?
11   A    Well, I did other -- I did two reports and a trial
12   testimony, so I need to be sure that I understand what
13   document you're referring to.
14   Q    Are there differences that are material between the
15   analysis in 2011 and 2016?
16   A    No.  But I still have to make sure that I answer your
17   question within the context of which report you're requesting.
18   Q    Okay.  In 2016, you definitely did groundwater flow
19   direction analysis, right?
20   A    Yes.
21   Q    Okay.  And is it fair to say that groundwater flows
22   perpendicular to water level contour lines, which are
23   sometimes called equipotential lines?
24   A    Well, that's a term -- potentiometric surface lines is
25   the proper term today.
```

```
 1            COURT REPORTER:  I'm sorry?  You're going to have to
 2  -- sir --
 3            THE WITNESS:  Sorry.  Potentiometric is
 4  p-o-t-e-n-t-i-o-m-e-t-r-i-c.
 5            COURT REPORTER:  Just slow down.
 6            THE WITNESS:  Okay.  I promise.  Sorry.
 7            COURT REPORTER:  Potentiometric.
 8            THE WITNESS:  Potentiometric surface.
 9  BY MR. GDANSKI:
10  Q    And the reason that they flow perpendicular to water
11  level lines is because the direction corresponds to the
12  steepest slope in the hydraulic gradient, and water tends to
13  flow downhill, true?
14  A    I think you've gotten a bit confused.  Would you reword
15  that question?  Because I'm not sure in the context of what
16  you stated, I'm not sure I can answer the question.
17  Q    How about this?  Water tends to flow downhill, true?
18  A    Yes.  With a very small number of exceptions.
19  Q    And a flow path is an estimate of the path groundwater
20  moves through an area, true?
21  A    A flow path of groundwater, again, moves perpendicular to
22  potentiometric surface lines from areas of high altitude to
23  areas of low altitude on the surface.
24  Q    In order to get a reliable estimate of the groundwater
25  flow direction in local areas, it is necessary and you have to
```

1   have groundwater level data for that area, right?

2   A    Yes, you measure the water levels in the well.  You make

3   sure all the wells have common datum, and then you make a

4   determination and map the potentiometric surface or the water

5   table that's the upper well.

6   Q    And you would agree that much of the region between UTC,

7   the campus, and The Acreage is the Corbett Wildlife area,

8   right?

9   A    Yes.

10  Q    There are very few water wells in this area that can be

11  used to produce accurate groundwater level maps to help

12  calibrate models, right?

13  A    No, that really isn't correct, because the idea is the

14  regional maps that are constructed by the U.S. Geological

15  Survey and the South Florida Water Management District are the

16  primary inputs into their regulatory models, and they believe

17  that they're sufficient to make the regulatory decisions.  So

18  that's a point of debate.

19  Q    So it's a point of debate whether it's sufficient.

20  Someone can say --

21  A    No, that's not what I said.

22  Q    So what did you mean?

23  A    The issue here is they do use those, and they assume that

24  they are accurate and sufficiently accurate to regulate the

25  use of groundwater in this region.

```
1    Q    Even in the context of what's available in the Corbett?

2    A    Yes.

3    Q    Okay.  So you were here for portions of testimony where

4    Dr. Stephens and Dr. Bedient discussed that issue, right?

5    A    Yes.

6    Q    And you have just a difference of opinion on the issue,

7    right?

8    A    No, I think my opinions are based on real data, seven

9    potentiometric surface maps, my model runs in particle

10   tracking, and Dr. Stephens' model runs in particle tracking.

11   Q    So both you and Dr. Stephens ran a model with particle

12   tracking?

13   A    Yes.  I ran two and he ran two.

14   Q    Okay.  Where is Mecca Farms?

15   A    Mecca Farms is a little bit north and a little bit east

16   of The Acreage site.

17   Q    So if I had to on this demonstrative show where Mecca

18   Farms is, could you do it?

19   A    I think it's up in that area.  I think it's just off the

20   corner, some down, you know, on the northeast area.

21   Q    Right here?

22   A    Yeah, somewhere in that general vicinity.  I'd have to

23   look at an accurate aerial photograph to be sure.

24   Q    Gotcha.

25        Have you ever been out to Mecca Farms?
```

1    A      I passed Mecca farms, yes.

2    Q      Did you drive through it?

3    A      And, yeah, we drove around in that area, yes.

4    Q      Did you drive through Mecca Farms?

5    A      I don't recall driving through Mecca Farms, but it was

6    over most of The Acreage area and the roads.

7    Q      Let's take, please, a look at one of the maps that has

8    the elevation measurements in the Mecca Farms area.

9           MR. GDANSKI:  Do you have that?  So just the one on

10   the left, please.

11   BY MR. GDANSKI:

12   Q      You're familiar with this image, correct?

13   A      Yes.

14   Q      It's your image, correct?

15   A      I think that was constructed by Arcadis.

16   Q      Right.  And Arcadis is exactly what?

17   A      Arcadis is a consulting firm that does work for Pratt &

18   Whitney.

19   Q      Okay.

20          MR. McELROY:  Your Honor, it's misstating the

21   record.  This is Dr. Stephens' figure, not Dr. Missimer's.

22          THE COURT:  He just said it was Arcadis'.

23          MR. GDANSKI:  Right.  I'll explain what it is.

24   We'll put it into context.

25   BY MR. GDANSKI:

```
1    Q    It's Arcadis' images, and then Dr. Stephens did some

2    measurements in the Mecca Farms neighborhood, right?

3    A    I assume that's correct.  That's what he stated.

4    Q    Okay.  And you're familiar with how these measurements

5    could impact groundwater flow, correct?

6    A    Yes.

7    Q    That's just what you know, that's what hydrogeologists

8    do, right?

9    A    Among other things, yes.

10   Q    Among other things surely.

11             So tell us, please --

12             MR. GDANSKI:  Let's go to the next image.

13   BY MR. GDANSKI:

14   Q    Isn't it true that if you adjusted the groundwater flow

15   through Mecca Farms based on the contours and measurements in

16   Mecca Farms based on the data we have from Arcadis, you'd have

17   a Mecca Farms water flow due south into The Acreage?

18   A    I really don't agree with this, because if you look at

19   all of the other potentiometric surface maps, seven of them

20   that are done by the Government agency, they come down into

21   Mecca Farms, and then the flow goes due east.

22             And there's a very specific reason for that.  There

23   are water management district drainage canals that, in fact,

24   control a lot of these elevations.  A lot of the elevations

25   and water table positions in this area are not natural.
```

```
 1    Q     If you look at the data on the first chart on the left,

 2    or the underlying data with the blue values, using this data

 3    as represented on this diagram generated by Arcadis, it would

 4    lead one to the reasonable conclusion that a water flow goes

 5    south from Mecca Farms, fair?  You're saying there may be some

 6    other stuff out there, but I'm looking at this.

 7    A     I just -- I'm not quite clear whether Arcadis completely

 8    did this work or Dr. Stephens superimposed additional stuff on

 9    top of the Arcadis area, and I would have to know that.

10    Q     Assume for a minute that the data, the underlying data,

11    not the arrows, comes from Arcadis, and the values on the

12    first slide come from Dr. Stephens.

13          If that's the case, then you agree at least it

14    stands for the proposition that water flow goes through Mecca

15    Farms into the south.  I'm not saying there's not other stuff

16    out there.  I'm just asking about what I have before you.

17    A     Well, the figure I have before me shows the arrows

18    depicted into -- in the north and south area, but this isn't

19    what the regional maps show.

20          MR. GDANSKI:  Again, I move to strike that as

21    nonresponsive.

22    BY MR. GDANSKI:

23    Q     I'm asking simply about what's before you based on this

24    information from Arcadis.  With this information in hand, it

25    shows water flow into The Acreage through Mecca Farms, and you
```

1   may disagree because there's other information that someone

2   else could decide which is more weighty, fair?

3   A    No, not necessarily.  Because, again, this figure, if I

4   recall, was monitoring locations, and I don't remember the

5   actual contours being placed on the monitoring locations.  I

6   think this was a map constructed by Dr. Stephens over top of a

7   map provided by Arcadis.

8   Q    Okay.  Let's go to the next image, then.

9        MR. GDANSKI:  Do you have those two?  Let's blow up

10  the one on the left.

11  BY MR. GDANSKI:

12  Q    This is an image that you provided through Schlumberger,

13  right?

14  A    Yes, that was the simulated water levels for the model we

15  did in 2011.

16  Q    Did you adjust when you went through the Mecca Farms area

17  for the gradient in Mecca Farms specifically?

18  A    Basically, we constructed -- this was a model result

19  based on actual water level measurements conducted at that

20  time.  We didn't do anything special in Mecca Farms.

21  Q    Did you ever do anything special in Mecca Farms?

22  A    No.

23  Q    You know that part of your analysis is that the water

24  would pass through Mecca Farms and then go due east, right?

25  A    That's correct.

```
1    Q    But if the gradient in Mecca Farms was analyzed by

2    someone who thought it necessary to do something special, to

3    look at it and point it to a gradient going due south, it

4    would go into The Acreage.  That would at least be true,

5    right?

6    A    Hypothetically, if you reconstructed the Mecca Farms area

7    and the areas to the north, you'd have to make the

8    considerable modifications to the potentiometric surface, you

9    could force water to move south, you know, theoretically.

10   Q    The lines that are on this chart, did you draw them?

11   A    They were drawn by the computer.  And please look at the

12   title.  It says "simulated water levels."

13   Q    Okay.  So the 21-foot contour lines between east and west

14   ends of the --

15             COURT REPORTER:  Sorry.  Say it again, please.

16             MR. GDANSKI:  Sorry.

17   BY MR. GDANSKI:

18   Q    I'd like you to look at the 21-foot contour line between

19   the east and west ends of the UTC property.  Do you see that?

20   A    Twenty-two, I see -- 21, I see it, yes.

21   Q    Excluding the spike associated with the main UTC canal --

22   do you know where the main UTC canal is?

23   A    Yes, it's right there where there's a sort of a needle.

24   The canal actually controls the contour.

25   Q    And then the canal is just due north of most of the -- of
```

```
1    the most heavily contaminated area on the property, right?

2    A    Yes.

3    Q    Okay.  So excluding that, is it true that if you draw a

4    flow line perpendicular to nearly any point on this segment of

5    the 21-foot contour line, the flow line will generally point

6    to the south-southeast and not to the southwest or southeast,

7    true?

8    A    No, it goes to the southeast, yes.

9    Q    Okay.  It would not go to the southwest, right?

10   A    That's correct, at that point on the site.  That's the

11   eastern part of the site.

12   Q    And the southeast would take it into and around the Mecca

13   Farms neighborhood, right?

14   A    No, not necessarily.  A lot of it will come down, you

15   know, and move off to the east, as controlled by the boundary

16   canal along the highway.  Some of it will come down to Mecca

17   Farms and then curve due east.

18   Q    Let's go to the next image then.

19            If you look at how the Mecca Farms gradient

20   intersects with the measurements you had on the prior image

21   from Schlumberger, you would see a southeasterly direction

22   into Mecca Farms.  But this is your model.  Instead, it would

23   take it into The Acreage if it was going south from Mecca

24   Farms, true?

25   A    Could you ask that question again?
```

```
 1   Q     This is your image, right?

 2   A     Yes.  And they're not my arrows put on that image.

 3   Q     But essentially your opinion is everything is going to go

 4   southeast and then continue due east outside of The Acreage,

 5   right?

 6   A     The area is from about the middle section of the property

 7   go to the southeast or east.  I don't think that the drawing

 8   of some of these arrows is correct.

 9   Q     But if one was to adjust for the Mecca Farms data that

10   you didn't do anything special about, you could adjust it if

11   Mecca Farms goes south, it would look as follows, fair?  Which

12   is due south from Mecca Farms into The Acreage.

13   A     I can't verify that, particularly because of the

14   drainage, the enhanced drainage in the Mecca Farms area and

15   its impact on water levels.  It's very difficult in that area

16   to come up with this type of pattern.

17   Q     You haven't done that specific type of analysis?

18   A     No, I haven't.

19   Q     Do you know when the pumping operation began at Pratt &

20   Whitney?

21   A     Which pumping operation?

22   Q     Any of them?  Do you know any of the --

23   A     Are you talking remediation?  They had a municipal well

24   field on the site for many years that pumped very large

25   volumes of water.
```

1    Q    Remediation pumping, 1980s roughly?

2    A    Yeah, I'd have to go back and look at the report, I don't

3    remember the specific things, because there are quite a few

4    sites on the property that had remediation start at different

5    times.

6    Q    Do you know of any remediation efforts that precede the

7    1980s?

8    A    No.

9    Q    You do know that the use of contaminants, which are

10   either actual carcinogens or create by-products through

11   burning of carcinogens, was started decades earlier,

12   approximately 25 years earlier?

13   A    I would say 1958.

14   Q    '58 roughly.  Okay?

15   A    Yes.

16   Q    So that means there's a 25 plus or minus year period

17   where the landfill, the underlying disposal trenches and the

18   surrounding contaminated sites, such as the drum and barrel

19   area, were leeching contaminants into the groundwater without

20   any hydraulic contaminant, correct?

21   A    That's correct.

22   Q    And if we're talking about whether contaminants released

23   from UTC's site in 1958 may have reached The Acreage by now,

24   what matters is what the water levels and contours and

25   hydraulic gradient were at the time when the contaminants were

1    released, right?

2    A    Yes, which is different than the groundwater pattern has

3    shown here, because, again, there's remediation pumping and

4    other things going on on the site itself.  But the general

5    regional pattern hasn't changed.

6    Q    But any pumping efforts, any impact, any effect that the

7    remediation efforts had or didn't have or how they could

8    affect the contour of groundwater flow, none of that matters

9    at all until the mid '80s, and for 25 years before, there's

10   whatever the natural flow of water is from Pratt & Whitney

11   into wherever area anyone says it goes, fair?

12   A    Well, not exactly, because, again, the water's well field

13   that had nothing to do with remediation was operating during

14   that time period, and that did impact flow patterns on the

15   site specifically.

16   Q    Where on the Pratt & Whitney site was that?

17   A    You know, it actually drew some of the contamination -- I

18   think that municipal well field, I've got to remember exactly

19   where, but I think it was located a little bit to the west of

20   some of the site on there.  I can't precisely put it on the

21   map.

22   Q    Does that well field impact the hydraulic gradient in the

23   years between 1958 and the mid 1980s?

24   A    It did when it was constructed, and I can't recall, but

25   it was before the '80s, I believe.

1   Q    One of the components that you brought into your analysis

2   were water elevation reports, water elevation information; is

3   that true?

4   A    Yes.  I used seven different maps, regional maps created

5   by the United States Geological Survey and the South Florida

6   Water Management District, and those maps were incorporated

7   into their Palm Beach County model and groundwater management

8   plan.

9   Q    What years did you take that information from?

10  A    I'd have to go back and look at the specific years, but

11  there's -- I think the early ones were in the '60s, and it

12  came into the '90s, and then, you know, later, I believe.

13  Q    Did you identify or disclose in your reports or

14  affidavits the method you used or how you combined data from

15  different years and the historic surface maps to come up with

16  one conclusion?

17  A    I basically presented all of the maps individually in the

18  appendix, and we ran a computer program essentially using

19  arrows at a given set of points to show the direction of flow.

20  So they were not combined.  They were basically provided

21  individually and showing really about the same pattern in

22  every year, and in several different layers.

23  Q    But in your report, you reached a conclusion that took

24  into account the combined analysis of multi-year rain and

25  water -- water, right?

```
 1  A    Well, you know, again, it's a little misleading.

 2           The issue is we took -- and each of those years,

 3  those maps are basically constructed and the measurements are

 4  made within about a two-day period.  We had I guess three sets

 5  of information or three methodologies used to determine

 6  groundwater flow direction.

 7           On site, we used the measurements for 200 wells and

 8  collected over a period of two days, and that was done in

 9  1915 -- or 2015.  Then we looked at the seven different time

10  period maps that the agencies produced, they're used in water

11  management.

12           And then we utilized groundwater models, particle

13  tracking models, two models that I constructed and the two

14  models that Daniel Stephens constructed.

15  Q    Part of your analysis was using the models constructed by

16  Dr. Stephens, correct?

17  A    Yes.

18  Q    Do you agree that the general groundwater flow then is in

19  the direction -- the general groundwater flow direction in the

20  UTC vicinity is from northwest to southeast?

21  A    On the eastern side of the property, the water flows, you

22  know, from the site boundary towards the southeast and east.

23  On the west side of the property, it flows either due south or

24  to the southwest.  There's a central portion of the Pratt &

25  Whitney property that has the potential to move due south.
```

```
 1   Q    Well, let's see what you wrote in your 2011 report.  If
 2   we take a look at page 12, which is page 3 of the report.
 3            So do you agree as you stated it in 2011 with the
 4   following proposition?  So it's at page 3, and the last
 5   paragraph.
 6   A    Could you confirm the page again?  Is that page 11, did
 7   you say?
 8   Q    No, it's page 11 of Mr. Chang's, Jonathan's, document,
 9   but in your report it's actually page 3, last paragraph, under
10   the heading -- in the introduction section.
11   A    Is this the report attached to the testimony or the
12   testimony?
13   Q    No, this is the appendix to the 2000' and -- this is the
14   appendix that you created in 2011 and provided in 2016?
15   A    I'm really confused, because the third page basically is
16   the contents of the report and the qualifications in this
17   document.
18   Q    It's -- let me --
19            MR. GDANSKI:  May I approach and just try to find
20   it?
21            THE COURT:  Yes.
22   BY MR. GDANSKI:
23   Q    So this is your appendix?  What I'm trying to find is the
24   appendix attached to the 2016 report.  If it's not in here
25   I'll just show it to you.
```

1    A    Okay.  That's fine.

2    Q    So do you have it on the screen in front of you now?

3    A    This is the Schlumberger report.  Okay.  I thought -- you

4    know, this is, again, the point of confusion.  I have the

5    report here.  This is the Schlumberger 2011 report.  I just

6    want to clarify.

7    Q    Understood.  This is produced in -- written in 2011,

8    produced in 2016, right?

9    A    Yes.

10   Q    Okay.  And it says at the bottom:  The general

11   groundwater flow direction in the UTC-PWR vicinity is from

12   northwest to southeast, following the general land surface

13   elevation.

14        Do you agree with that statement as phrased?

15   A    Yes.

16        Again, I got to qualify.  Again, that's the eastern

17   part of the property, because we didn't study the whole

18   property; we studied the eastern portion of the property.

19   Q    You're saying that the 2011 study was limited to

20   1,4-Dioxane metastasis off of the Pratt & Whitney property on

21   the eastern side?

22   A    Yes, that was the whole purpose of the modeling report

23   was to characterize the plume, the direction, and match the

24   model exactly to the measurements of the plume itself.

25   Q    Okay.  Have you ever -- if the gradient in a property is

```
 1   underestimated, predictions of groundwater speed using Darcy's

 2   Law will be off, fair?

 3   A    Yes, it's one of the primary components of Darcy's Law.

 4   Q    Okay.  Darcy's Law is a appropriate and recognized

 5   methodology to compute groundwater flow and transport,

 6   correct?

 7   A    Yes.

 8   Q    You used it, Dr. Bedient used it, and Dr. Stephens used

 9   it?

10        So Darcy's Law is a reliable method, and it's one

11   which you're aware you used, Dr. Bedient used and Dr. Stephens

12   all used as a methodology to come up with an answer to the

13   question in this case, right?

14   A    Yes.

15   Q    Okay.  You have no quibble, you don't quibble or

16   challenge the use of Darcy's Law in answering the questions

17   that are presented regarding groundwater flow in this case,

18   right?

19   A    No, I don't challenge that.

20   Q    Okay.  There is a difference, there's a difference

21   between minimum transport time and maximum transport time and

22   average transport time, right?

23   A    Yes.  You know, again, it depends on the values that you

24   use and how you define those terms.  It's very important.

25   Q    But just as a concept, there is a difference between the
```

```
 1   question of what's the fastest something could get there,
 2   what's the average time multiple component parts have
 3   traveled, and what is the slowest by and between all of the
 4   movements in any one scenario, right?
 5   A    Yes, within a -- the context that you have to have real
 6   world conditions and data to support all three.
 7   Q    Understood.
 8            But, for example, if there's a marathon, the New
 9   York City Marathon starts, everyone supposedly is supposed to
10   start at the same spot, right?  That's how a race starts, same
11   spot, right?
12   A    Yes, in this particular case the source of a
13   contamination plume or something like that.
14   Q    Sure.  And in the race, in the marathon, despite the fact
15   that they all start at the same spot, they disperse, right?
16   A    Yes.
17   Q    They move at different speeds, sometimes in even
18   different directions, right?  Some guy has an inside lane,
19   someone can have an outside lane, true?
20   A    In runners, yes.
21   Q    Runners.
22            Okay.  If you wanted to at the end of the marathon
23   ask a question -- could ask several questions at the end of
24   the marathon in trying to compute how fast it all took, right?
25   You could ask the question of what was the slowest time.  And
```

```
 1   to answer that, you'd go and look at who finished last, right?
 2   A    Yes, you know, with runners, yes.
 3   Q    Okay.  If you wanted to ask the question of what the
 4   average time is, you take all of the times, and then you'd
 5   look at the mean average, right?
 6   A    If you were evaluating a race, yes.
 7   Q    Okay.  And in evaluating an average time, there will be
 8   people who will have completed that race far in advance,
 9   sometimes by hours in the context of a race, above and beyond
10   the average time, true?
11   A    Yes.
12   Q    And you could then ask the question what's the fastest
13   time, right?  Who finished fastest.  And if you answer that
14   question, there will still be people who haven't yet crossed
15   the finish line, right?
16   A    Yes.
17   Q    So the question presented -- one question that can be
18   presented is what is the fastest time it can take any
19   contaminant from Pratt & Whitney to get to The Acreage.  That
20   is one question that could reasonably represent whether or not
21   there's been any contamination in The Acreage, right?  I mean,
22   that would be a sound question to ask in answering the
23   question of has there been any contamination, any?
24   A    Yes, and it's dependent both on the velocity and on the
25   direction of flow.
```

1   Q    Understood.  I'm just trying to establish that we've

2   gotten past Darcy's Law as being an appropriate methodology,

3   and now I'm saying the question that one can ask in answering

4   the premise of did anything get from Pratt & Whitney into The

5   Acreage, one way that would be appropriate to frame the

6   question is what's the fastest transport time, right?  If you

7   wanted to see the race, if you wanted to see who -- you know,

8   can anybody have finished it in two hours, you look to see who

9   finished fastest.  That's one method that could be used to

10  answer this question, fair?

11  A    Yes.  Again, qualifying it to be within acceptable

12  practices in hydrogeology.

13  Q    Right.

14       Then you get to the question of what parameters and

15  numbers you put in.  But the method of answering the question

16  is not one you quibble with in saying fastest time.  You don't

17  have a quibble with that, right?

18  A    Well, Darcy's Law, I don't quibble with using Darcy's

19  Law.  I quibble with the inputs to Darcy's Law.

20  Q    And you don't quibble with using Darcy's Law as a metric

21  and measure to compute fastest time, fair?

22  A    Yeah.  Again, Darcy's Law, within the context of a plume

23  you have to be careful because of hydrodynamic dispersion and

24  other issues.

25  Q    You have to take into account within the confines of the

1    recognized methodology of Darcy's Law different potential

2    numeric factors that can go into the equation, right?

3    A    Well, Darcy's Law is a very simplified version of

4    movement of water, yes.

5    Q    Okay.  You have to take into account molecular diffusion,

6    right?

7    A    Well, in terms of its application to solute transport,

8    hydrodynamic dispersion takes into consideration diffusion.

9    They really can't be separated, you know, within the context

10   of the math.

11   Q    You did a Darcy's Law analysis in this case, right?

12   A    Yes, I did.

13   Q    Okay.  And you saw that Dr. Stephens did and Dr. Bedient

14   did, too, also, right?

15   A    Yes.

16   Q    And your Darcy's Law analysis in this case led you to a

17   conclusion which is in your trial direct and it's in much of

18   your testimony, right?

19   A    Correct.

20   Q    Okay.  And that Darcy's Law analysis was asking what

21   question?

22   A    It was asking the question of what is the range of values

23   of, you know, on the high end and the low end, along the flow

24   transport lines to give me the maximum rate of groundwater

25   movement if it was theoretically possible.

```
1   Q    Okay.  Same question you'd ask every time -- same

2   question, same metric, same equation you'd put forth every

3   time you were asked to use Darcy's Law to determine whether or

4   not from your perspective it's possible for water contaminants

5   to reach The Acreage from Pratt & Whitney, right?

6   A    It would be -- it's the determination of the rate if it

7   was theoretically possible.

8   Q    But the analysis that measurement, if you and I spent 15

9   minutes, and you came down from the witness stand, like

10  sometimes happens in a trial, and you took a black marker and

11  you drew it out, Darcy's Law, how you applied it, and you gave

12  your conclusions to a court or to the jury, you would do it

13  the same every time if the question presented to you each time

14  was what is your theory or what is your analysis on Darcy's

15  Law and its application to the question of whether groundwater

16  contamination could have reached The Acreage from Pratt &

17  Whitney, right?

18  A    Well, I would have to consider all of the conditions on

19  the site each time.  The approach would be the same, but,

20  again, depending upon the specific site conditions and data.

21  Q    But if all the data remained the same, if we had that

22  analysis tomorrow, the next day and the next day, and everyone

23  else stayed the same as far as the work you put in and the

24  analysis you brought to the equation, the Darcy's Law would

25  just repeat itself over and over again?
```

```
1    A    Yes, again, within the qualifications I've placed on it.

2    Q    Did your -- when you did a Darcy's Law, you took averages

3    or fastest times?

4    A    I basically looked at the high mean rate, because you go

5    along a flow line.  There's a lot of variation in the values

6    of hydraulic conductivity along the fastest flow line.  There

7    are going to be a whole range of values along there, and

8    justify those very carefully by looking at the data, all the

9    data collected on the site and the data collected in the water

10   management district calibrated models, which is very

11   significant to this, and develop the numbers I did.

12   Q    And I just want to make sure I heard you say the word

13   "mean," right?  You said that, right?

14   A    Again, it's not the --

15   Q    I just want to make sure I'm hearing everything

16   correctly.  You said the word "mean," right?  You said highest

17   mean, right?

18        MR. McELROY:  Your Honor, I'd ask that the witness

19   get to finish his answer when he's asked a question, and he's

20   in the middle of the answer.

21        THE COURT:  He wants to know if he used the word

22   mean.  There's nothing complicated about that.

23        THE WITNESS:  Yeah.  And, again, the maximum mean.

24   The maximum mean was the operative word here that is possible

25   or reasonable within the context of the data collected on the
```

1    site.

2    BY MR. GDANSKI:

3    Q    Mean is not the highest maximum time, but mean is a

4    modifier on the word "maximum" to mean average, true?

5    A    Again, I think I need to explain this carefully.

6         There were 143 hydraulic conductivity measurements

7    made on that site.  You know, I used a value, a range of 100

8    to 250.  Of the 143 measurements made on this site, eight were

9    above 250, one was 2143.

10        So the idea, I also used the 2011 model, where we

11   actually measured the rate of movement of the plume over a

12   specific time and calibrated it, and that's the highest flow

13   rate area on the site and in this area, and that produced a

14   250.  So that's why I use maximum mean.  That 250, you know,

15   was very conservative.

16        So the issue is, one, we used really the maximum

17   rate that's reasonably possible along the maximum flow line.

18   Q    None of those 143 criteria were -- numbers are used in

19   the regional models on which you rely; is that true?

20   A    That's correct.  The transmissivity value is basically

21   15,000 over one part of the site, which, when you divide

22   through by the aquifer thickness, gives you a hundred.

23        All the values that I used, the hundred matches up

24   on the low end.  The 250 is higher than anything in the

25   regional water management district models that are calibrated.

1   Q    So let's make it crystal clear, then.  Your estimates of

2   groundwater travel time between UTC and The Acreage, do they

3   account for contaminants that move faster than the average

4   groundwater speed as a result of molecular diffusion or

5   mechanical dispersion?

6   A    Yes, they do.

7            And, again, when we did the modeling of the

8   1,4-Dioxane plume and matched it up to the hydraulic

9   conditions, our model matched exactly to the observed value.

10  That observed value took into consideration both the mean part

11  of the plume movement and the front, which is the hydrodynamic

12  dispersion.  And that methodology is an accepted methodology,

13  because it considers both.

14           Then we use that in the model, the 250, which,

15  again, is the maximum mean that it could possibly move.  So we

16  actually have real data, model data, and applied that to the

17  condition if it's possible to move south.

18  Q    Just tell me this.  Did you ever do an analysis using not

19  the maximum mean but the maximum actual numbers?

20  A    No, because it's not a valid thing to do.  You have 143

21  numbers.  And I think it's in Dr. Bedient's book that he

22  suggests using the geometric mean.  If I used the geometric

23  mean of the dataset, it would be 16.

24           The South Florida Water Management District in their

25  three-layer model uses 55 feet per day on the top, 107 in the

```
 1    middle -- excuse me, it's 24 on the top, 107 in the middle,
 2    and on the bottom, 55.
 3             So we're very conservative in terms of using the
 4    250.  Even the hundred is conservative.
 5    Q    And you actually went and looked, as best as I can
 6    recall, at Dr. Stephens' data, where he used not the maximum
 7    average mean time, but the maximum speed, and you corroborated
 8    that if that were the case, you could have groundwater flow
 9    into The Acreage from Pratt & Whitney in this time span,
10    right?
11    A    Well, if you used 2143, which is one point out of 143,
12    with no supporting data in between, you could -- and in his
13    models, they're unrealistic assumptions, and actually he used
14    some other things that he chose on the site -- while you
15    brought up the subject, he used the hydraulic conductivity of
16    2100 plus, which is from the western part of the site -- or
17    eastern part of the site.  He used the effective porosity from
18    the western part of the site, and he chose a hydraulic
19    gradient in an area on the site or just to the south.
20             So he chose three different areas to put together
21    the maximum velocity, which isn't a reasonable approach.
22    Q    That's your take on it, but my question to you is not
23    about that.  My question to you is just this:  You
24    corroborated the math in Dr. Stephens' report, that using the
25    maximum speed, as opposed to maximum mean or maximum average,
```

```
 1   he got it all right.  The math is right.  He used Darcy's, he
 2   put into Darcy's the maximum speed as opposed to maximum mean,
 3   and that his math added up.  You disagree with why he used
 4   some measures, but you're not quibbling with his actual math
 5   based on the method he used.  Fair?
 6   A    Well, basically if I use unrealistic values --
 7   Q    I'm not trying to cut you off.  You've articulated your
 8   thought at multiple points on your take on his methods.  I'm
 9   just saying we started with you both using Darcy's.  I want to
10   make sure you're not suggesting he has an error in math.
11   A    He doesn't have an arithmetic mistake in his calculation.
12   Q    Fair enough.
13   A    Best I can --
14   Q    And in your 2011 appendix with Schlumberger we talked
15   about, which was provided in 2016, you actually provided a
16   number for the hydraulic gradient at 940, true?
17   A    900 -- no, no.
18        The issue is you're mixing, you know -- please
19   rephrase the question, because you were talking about
20   hydraulic conductivity and then referred to it as hydraulic
21   gradient.
22   Q    You're right.  It's conductivity.
23   A    Hydraulic conductivity.
24   Q    In your 2011 Schlumberger analysis, you gave a number of
25   940 for that parameter.  You've since decided not to use that
```

1    number, true?

2    A    No, that's absolutely false.

3    Q    So do you agree that the correct number to use then in

4    the analysis under Darcy's Law would be 940 for that

5    parameter?

6    A    No.

7    Q    So then --

8    A    You've mischaracterized -- in fact, you've

9    mischaracterized my report.  We used in the final run 250.

10   The 940 was what we call a sensitivity analysis.  And let me

11   explain to the Court what a sensitivity analysis is.

12            After you've completed the model and matched the

13   data, you always check the mathematics by running values that

14   are very high and very low and look at how they affect the

15   geometry of the model itself.  And you always do this.  This

16   is part of standard practice for modeling.  And that's what we

17   did.  We did not use 940 as the final model.  250 is the

18   correct number.

19   Q    In 2011 you used 940.  Since then you've said you've done

20   additional work that you think now reconciles it and puts it

21   at a different number; am I right?

22   A    That is actually false.  I mean, it's false.

23            The final answer in that modeling report and the

24   final number was 250.  You are mischaracterizing the report.

25   Q    I thought a few minutes ago you said you used for the

```
 1    hydraulic number 940, am I wrong, in 2011?
 2    A    Yeah, sensitivity analysis, and I think I explained to
 3    the Court.  But you're actually making a false statement.
 4    Q    I think neither of us should directly accuse the other of
 5    making a false statement.
 6    A    I'm sorry, but the idea that's what you were doing, and I
 7    have to reveal that to the Court.  Sorry.
 8    Q    Am I allowed to tell you when you're making a false
 9    statement?
10          THE COURT:  You started out accusing him of, you
11    know, withholding information, so, you know . . .
12          MR. GDANSKI:  Touche'.  I accept.  Yes, sir.
13    BY MR. GDANSKI:
14    Q    So you have measured the --
15          MR. GDANSKI:  Do we have -- pull up that map?
16    BY MR. GDANSKI:
17    Q    This is a graph that you're familiar with.  It's from
18    Schlumberger, right?
19    A    You know, this was the simulated flow field from the
20    model.
21    Q    What does that mean, a simulated flow field?
22    A    Basically what it -- it's the contours that -- the
23    potentiometric surface that was used in the model, or it came
24    out of the model run.
25    Q    Did you measure the distance between the different
```

1    numbers?

2    A    In this we -- we didn't use this particular map to

3    measure the distance between -- to do the hydraulic gradient.

4    We used real data, not computed data.

5    Q    But you gave an opinion that the measurement between the

6    20-foot gradient and the -- 22-foot contour, I'm sorry, and

7    the 19-foot contour, you did give an opinion of what that

8    depth would be, right?  What that distance would be, I should

9    say, true?

10   A    I'd have to look at the context of the report to look in

11   there about what that distance is and calculate it.  I just

12   can't remember that much detail.

13   Q    In your 2016 report, can you turn to page 22, please?  Do

14   you see there it says a paragraph or a sentence starting with

15   "based on the modeling work of Schlumberger"?

16   A    Yes.

17   Q    It says:  The hydraulic gradient within the shallow zone

18   of the superficial aquifer system was measured.  The distance

19   was measured~-- the distance between the 22-foot contour and

20   the 19-foot contour along a flow path moving south by

21   southeast from the boundary of Pratt & Whitney toward The

22   Acreage was approximately 4.7 miles.

23              Do you see that?

24   A    Yes.

25   Q    So essentially you stated that the gradient elevated

1    indicates a flow path of 4.7 miles between those two

2    distances, true?

3    A    Yeah, approximately.  It's probably closer to 5 miles,

4    but that's reasonable.

5    Q    And how --

6    A    Excuse me.  That's just between the contours.  That's not

7    between the boundary of the two pieces of property.

8    Q    What's the difference between the contours and the

9    boundary?

10   A    Basically the contours are independent of the boundary of

11   the properties.

12   Q    Okay.  How did you measure the 4.7 number between the 22

13   and the 19-foot contour?

14   A    Okay.  Because this is a regional scale type of problem,

15   we took the area where there was a possibility of water moving

16   from the Pratt & Whitney site to The Acreage, which is along

17   the groundwater ridge that runs right down the middle.  That

18   groundwater ridge then we took and measured along that --

19   through that full distance, not just taking a segment of the

20   distance, but the full distance to determine the gradient.

21          So that would be real in terms if it could flow that

22   way, that provides an accurate estimate of the hydraulic

23   gradient.

24   Q    And you say that you actually measured it, and it's

25   around 5 miles now, not 4.7?

```
 1   A     No, it's the -- the distance between the gradient, those

 2   contours is 4.7.  The properties are a different thing.  I'm

 3   not changing any opinions here.

 4   Q     Understood.

 5              So if we drew a line --

 6              MR. GDANSKI:  Let's go to the next image, please.

 7   BY MR. GDANSKI:

 8   Q     If we drew a line from the area that you identified as

 9   being 4.7 --

10              MR. GDANSKI:  That's not it.

11   BY MR. GDANSKI:

12   Q     If we drew a line down from the 22 foot 4.7 miles, you

13   think it would get to where you demarcated at the 18 foot?

14   A     No, I think you're confusing things a little bit.  You

15   were showing me a potentiometric surface map simulated from

16   our work in 2011.  The actual line was drawn using the seven

17   contour maps, potentiometric surface contour maps, that are

18   the regional actual measured and peer-reviewed data from the

19   USGS and from the South Florida Water Management District.

20              So we did not use this specific map, you know, for

21   all the determinations.

22   Q     But you know that on this specific map, using the measure

23   that you have on the bottom, the scale on the bottom --

24   A     It gives a different number, yeah.

25   Q     It would give you a different number, right?
```

```
 1   A    Yes, absolutely.

 2   Q    It wouldn't be 4.7; it would be --

 3        MR. GDANSKI:  Let's go to the next slide, please.

 4   BY MR. GDANSKI:

 5   Q    Far less, right?

 6        Anyway, we agree it should give you a different

 7   number if you drew it on this map, fair?

 8   A    Yeah, if you did it on this map.  But we did it on the

 9   seven potentiometric surface maps provided by the Government

10   and reviewed by the Government and used the average of those

11   seven.

12   Q    What's the furthest you would expect the 1,4-Dioxane to

13   go as it stands right now?

14   A    Basically the plume has been active probably, again,

15   since 1958.  It's moved roughly 3100 feet to the 3.2-microgram

16   per liter line.  It's probably beyond that about a hundred

17   feet in the southeasterly direction, which is the bulk of the

18   plume.

19   Q    Have you looked at any of the Arcadis maps and

20   corroborated the values of any of the data on 1,4-Dioxane

21   demonstrations from drilling and from testing?

22   A    Yes, I have.

23   Q    And what have you seen?

24   A    Basically the last report essentially verified -- again,

25   it didn't change any opinions.  The bulk of the plume is still
```

```
1    moving to the southeast.  The edge of the plume that's

2    affected by diffusion, there's some small concentrations in

3    several of those wells, but the wells to the due south within

4    the clusters in the wildlife sanctuary still have not shown

5    any arrival of 1,4-Dioxane.

6              So it's moved 3100 feet approximately from 1958

7    until now, or perhaps another hundred.

8    Q    Let's take a look at one of the maps, then, that you have

9    attached.  It's docket entry 372-12, page 136 of 204.

10   A    What exhibit is that, please?

11             MR. GDANSKI:  Just blow up the top half, please.

12             THE WITNESS:  I still haven't found it.

13   BY MR. GDANSKI:

14   Q    It's exhibit 11, I believe, to your recent submission.

15             Do you see this on the screen?

16   A    Yes.

17   Q    Okay.  You're familiar with this, right?

18   A    Let's see, I want to make sure that -- so this is in

19   exhibit 11?

20   Q    It's exhibit -- if you have the docket entry, but it's

21   exhibit 11, and it's docket entry, so it's in the record, at

22   372-12, page 136 of 204.

23   A    Mine's not numbered that way.  I'm having a hard time

24   finding it.

25   Q    It's on the screen in front of you, if you have it there.
```

```
 1   A     Yeah, I just have to verify that it's in the document
 2   that you told me it's in.
 3   Q     Okay.
 4   A     I . . . so I'm in exhibit 11, and the front title of this
 5   report is Annual Effectiveness Report, July 2017.  Am I at the
 6   correct place?
 7   Q     Do you have this map in front of you?
 8   A     No, I don't.  I'm trying to find out where it's at.  But
 9   the issue, again, I've got to make sure that I answer the
10   question that I know what report it's from.
11   Q     Do you recall the map?
12   A     I don't recall specifically the map, I just need to look
13   at it in the report within the context.
14   Q     Well, I can get you a copy of the report.  I can pull up
15   the full docket entry for you.  I'll do whatever manner or
16   method you'd like to do it.  But I have it as exhibit 11 to
17   your recent filing, and it's a document that you've produced.
18             THE COURT:  If I can interrupt?
19             The reporter needs a break, so why don't we --
20   during the break you can maybe show him that page.
21             MR. GDANSKI:  Figure it out.
22             THE COURT:  After the break, you'll be ready to go
23   forward.  All right?
24             MR. GDANSKI:  Yes, sir.  And we would ask for the
25   same instruction and no talking to the witness.
```

```
1            THE COURT:  Yes, don't discuss your testimony during
2    a break, sir.
3            We'll take a 10-minute break.
4        (A recess was taken from 4:31 p.m. to 4:43 p.m., after
5    which the following proceedings were had:)
6            THE COURT:  Please be seated, everyone.
7            Mr. Gdanski, you can continue.
8            MR. GDANSKI:  Thank you.
9    BY MR. GDANSKI:
10   Q    So during the break we've identified for you in the
11   notebook and it's now on your screen a portion of the map we
12   were looking at before the break, right?
13   A    Yes.
14   Q    Okay.  So you recognize the measurements are the
15   1,4-Dioxane measurements, right?
16   A    Yes.
17   Q    And the boundary is the -- you can see the property,
18   which is north of the Corbett, and you can see the northern
19   portion of the Corbett, right?
20   A    Yes.
21   Q    Okay.  What is the blue circle?
22   A    The blue circle is the line where the 3.2 microgram per
23   liter limit of the plume is contained.  The values inside of
24   that are higher values.
25   Q    Okay.  So even -- even though there's outside of the blue
```

```
 1    circle a 2.5, 2.3, 2.1, 2.2, they don't get included because

 2    they're not above the 3.2 measurement, right?

 3    A    That's correct.

 4    Q    Have you looked at this map recently?

 5    A    Yes.

 6    Q    All right.  I have a question.  Let's just make it look

 7    regular.

 8             There is a hit on a recent detection at the southern

 9    portion of this map right above, not by way of feet, but by

10    line, above The Acreage.

11             MR. GDANSKI:  Can we blow up the regular map, just

12    look at it without anything?

13    BY MR. GDANSKI:

14    Q    Do you see on the bottom right-hand corner --

15             MR. GDANSKI:  Blow that up for a second, please.

16    BY MR. GDANSKI:

17    Q    -- there's a detection of 26, 26 1,4-Dioxane

18    cancer-causing south of the plume, south of Pratt & Whitney,

19    south of the Corbett, closer to The Acreage than any one of

20    your measurements could possibly allot for?

21    A    Again, I'd have to see this in the context of the full

22    scale of the map between The Acreage.

23    Q    Right.  But that is a hit, as best as the map

24    demonstrates, from Pratt & Whitney and Arcadis, on the face of

25    the map, a hit of 1,4-Dioxane, as represented here, south than
```

```
 1   your measurements allot for, true?
 2   A    It's to the southeast of the primary source.  Still in
 3   the same direction.
 4   Q    My question is not about that.  My question is it's
 5   further, further away than any measurement you have calculated
 6   could reasonably be the case, true?
 7   A    Again, I'd have to superimpose the model results on top
 8   of the -- on top of the plume, which I don't -- can't do using
 9   this.
10   Q    But you gave this to us.  We got this from you in your
11   recent submission.  Did you ever go and check to see how that
12   measurement matches with all of the data inputs you've put
13   into Darcy's Law to see if the reality on the ground, the
14   measurement as reflected in this contaminant plume in this
15   measurement for 1,4-Dioxane, is realistically matching up with
16   your equation, because my look of it is it's far outside the
17   bounds, and, and the measurement is a 26, which would require
18   a redrawing of the entire plume and a reanalysis by you.
19           MR. McELROY:  Argumentative.
20           THE COURT:  Sustained.  Rephrase your question.
21   BY MR. GDANSKI:
22   Q    So breaking it down, the measurement as reflected on the
23   map is a 26, which is above the 3.2 level for sure, right?
24   A    Yes, it's above the 3.2 level; that's correct.
25   Q    And just knowing what you know about your equation and
```

```
 1   what you've put into it, as best as you can tell sitting here
 2   now, not having done the analysis after providing us the
 3   document, it appears to be, in all fairness, outside the
 4   bounds of the measurements you've done in this case under
 5   Darcy's Law, fair?
 6   A    I'm taking a quick measurement here.
 7            Originally what we did, the value would be -- I'm
 8   gonna put a mark about where that arrow is -- was the extent
 9   of the plume in 2011 when we did our modeling.
10   Q    So the answer to my question is it's outside the bounds
11   of your modeling, right?
12   A    It's outside the bounds of the modeling, yes.
13   Q    And you never looked into that hit one way or the other,
14   true?
15   A    I did not evaluate that hit.
16            MR. GDANSKI:  Thanks very much, Doctor.  Appreciate
17   your time.
18            THE COURT:  Thank you.
19            Any redirect?
20            MR. McELROY:  Yes, Your Honor.  One moment.
21                        Redirect Examination
22   BY MR. McELROY:
23   Q    Good afternoon, Dr. Missimer.
24   A    Good afternoon.
25   Q    Before we start, I'd like to --
```

```
 1                    MR. McELROY:  Your Honor, if I may approach?

 2                    THE COURT:  Yes.

 3                    MR. McELROY:  Hand the witness a document.

 4               And this is a document that was just pulled from the

 5      Internet.

 6                    MR. GDANSKI:  What is it?

 7                    MR. McELROY:  This is a report.  I'll tell the

 8      Court.

 9      BY MR. McELROY:

10      Q    Dr. Missimer, can you confirm that this is the article, I

11      believe it was from 1991, that plaintiffs questioned you about

12      regarding ethical implications of providing expert testimony?

13      A    Yes.  And I prepared this for a seminar during that time

14      period.

15      Q    Could you turn to the first page of substance, the

16      introduction, which I believe is three pages in from this

17      document?

18      A    Yes, I'm there.

19      Q    And in the second paragraph, can you just read those

20      first two sentences, please?

21      A    Okay. "Many ethical issues can be clearly evaluated.  It

22      is obviously unethical to violate the law, to falsify

23      documents, to enter into direct conflict of interest, or to

24      misrepresent the facts.  The difficulties in evaluating

25      ethical issues in the environmental permitting field becomes
```

```
 1    much more difficult to assess when, for example, there is a
 2    conflict between disclosure of a problem perceived to be
 3    endangerment to public health and a factual fiduciary
 4    relationship."
 5              Should I continue reading?
 6    Q    No, just the first two sentences.
 7              So if you could then flip to what I believe is the
 8    third to the last page entitled "expert testimony" at the top?
 9    A    I'm there.  Thank you.
10    Q    Okay.  Now, if you look at the third paragraph, there's
11    a -- in the middle of the paragraph, it looks like there's a
12    list of four rules.  Do you see that?
13    A    This is the sentence that starts "when most environmental
14    attorneys approach"?
15    Q    No, I'm looking at the page that says "expert testimony"
16    at the top, and then it says "a summary of ethic issues is as
17    follows."  Do you see that?
18    A    Yes.
19    Q    And the third rule says:  "It is the not role of the
20    expert witness to reveal all of the facts to the opposition in
21    a trial."  Do you see that?
22    A    Yes.
23    Q    That was the line that plaintiff's counsel asked you
24    about, correct?
25    A    Correct.
```

```
 1    Q    Could you read for us the first rule?

 2    A    First rule is "the facts must not be misrepresented."

 3    Q    And could you read the fourth rule, as well, please?

 4    A    "Opinions and speculations by the expert witness must be

 5    based on facts and/or experience that is justifiable."

 6    Q    Did you apply these rules in this case?

 7    A    Yes.

 8    Q    You can set that aside.

 9             Now, Dr. Missimer, how long have you been studying

10    Florida hydrogeology?

11    A    For more than 44 years.

12    Q    Always in southern Florida, or elsewhere as well?

13    A    I've worked all over the state of Florida, in many

14    different countries and regions of the world, and most of the

15    U.S. states.

16    Q    Generally focused on Florida, or outside of Florida?

17    A    Mostly on Florida.

18    Q    I want to -- plaintiff's counsel asked you a variety of

19    questions obviously regarding the direction and rate of

20    groundwater flow.  Did anything they asked or showed you

21    change your opinions in this case in any way?

22    A    No.

23    Q    So briefly and at a high level, can you give us your

24    overarching opinion, that opinion that hasn't changed?

25    A    Okay.  First of all, the groundwater flow from Pratt &
```

```
 1   Whitney, except for the very potential small part of the
 2   center, doesn't flow towards The Acreage.
 3           Contaminants, therefore, in the groundwater would
 4   also not flow towards The Acreage.
 5           And, third, even if the contaminants could flow to
 6   The Acreage, they would flow so slowly that they would not be
 7   detectable during the timeframe of hundreds to thousands of
 8   years.
 9           And the last opinion is basically these substances,
10   as they move away from a source, tend to spread out and become
11   undetectable in fairly relatively short distances compared to
12   5 miles.
13   Q    Have you conducted any research to support these
14   opinions?
15   A    Yes.
16   Q    Could you, again, at a very high level tell us what you
17   did?
18   A    Okay.  What we did was we did --
19           MR. GDANSKI:  Judge, I would just object that that
20   is really a rehashing of the direct, then.
21           MR. McELROY:  Your Honor, they attacked his
22   methodology directly, and I think he has a right to explain
23   what that methodology was and then follow it up with support
24   for why it's an appropriate methodology.
25           MR. GDANSKI:  Judge, just the opposite.  I
```

```
 1   established that all the experts used Darcy's, the same

 2   methodology.

 3              THE COURT:  All right.  Ask him to explain the

 4   methodology he used.  Don't just tell him what his opinions

 5   are, because I already know what his opinions are.

 6   BY MR. McELROY:

 7   Q    How about this, Dr. Missimer.  You've testified a bit ago

 8   about movement off sight by 1,4-Dioxane?

 9   A    Yes.

10   Q    Is that inconsistent with your conclusions in any way?

11   A    No.

12   Q    Does it affect your conclusions in any way, support or

13   contradict?

14              MR. GDANSKI:  Objection; leading.

15              THE COURT:  Overruled.

16              THE WITNESS:  No, the -- I've stated from the very

17   beginning that the movement of 1,4-Dioxane from the landfill

18   has moved to the southeast, as controlled by the

19   potentiometric surface and the drainage canal that borders the

20   road in that direction.  That hasn't changed at all.  The

21   direction is still the same.

22   BY MR. McELROY:

23   Q    How does 1,4-Dioxane compare to other contaminants as far

24   as its ability to flow through water?

25   A    1,4-Dioxane is one of the most rapidly flowing
```

1    contaminants.  It has high solubility, it mixes with the

2    water, and it actually flows very quickly, not at groundwater

3    speed, but very close to it.  And it actually acts as a very

4    good tracer for other types of contaminants.

5    Q    I want to ask you, there were a number of questions you

6    were asked about the mean hydraulic conductivity in this area

7    and how that affects your Darcy calculation.  You remember

8    that line of questioning?

9    A    Yes.

10   Q    I want to get some clarification, because I'm not sure it

11   is clear.

12          Let me start with this.  If you suppose with me for

13   a moment that we know what the fastest flow path is between

14   Pratt & Whitney and The Acreage, along that flow path, would

15   the hydraulic conductivity be uniform and consistent the whole

16   way?

17   A    No, it would not.  It would vary within a fairly

18   substantial range along a flow path, and that's why we used

19   the mean of, the most -- the flow path of highest potential.

20   Q    And that's what I want some clarification on.  They

21   asked -- plaintiff's counsel asked you some questions about

22   whether you used the mean in doing your Darcy calculations.

23   You recall that?

24   A    Yes.

25   Q    Now, how many Darcy calculations did you conduct?

```
 1   A    Basically we created an envelope.  We did a lot of Darcy

 2   calculations, but we created an envelope from sort of in

 3   between where it would go to the hundred -- hydraulic

 4   conductivity of a hundred feet per day was on the bottom, and

 5   the top was 250 feet per day.

 6   Q    So let's talk about that 250 feet per day.

 7        Was -- did you use the mean -- we were talking about

 8   maximum mean, or they were talking about maximum mean, asking

 9   you questions about that.  You recall that?

10   A    Yes.

11   Q    Were you using the maximum estimate of a mean for the

12   entire area?

13   A    No, because if I use the mean of the entire area, based

14   on the 143 measurements, it would have been 84, rather than

15   250 feet per day.  So I used the higher value.

16        I used the mean along that flow path, because we

17   determined that from the modeling as the best fit for the

18   plume at the time it was actually done.  And that would

19   provide the most conservative approach to the potential

20   movement to the -- from the two sites.  But, again, you know,

21   the direction is a problem in terms of getting it there.

22   Q    So did you -- to be clear, did you or did you not

23   consider or calculate the minimum amount of time it could take

24   to realistically for groundwater to flow from Pratt & Whitney

25   to The Acreage?
```

```
 1   A    Yes, and that's truly based on the site data and analogy.
 2   That is correct.
 3   Q    You were also asked some questions about using a
 4   hydraulic conductivity of 940 in the 2011 report you wrote.
 5   Do you recall that?
 6   A    Yes.
 7   Q    Now, you mentioned the word "sensitivity analysis?"
 8   A    Yes.
 9   Q    Can you remind us what exactly is a sensitivity analysis?
10   A    When you're doing what you call solute transport
11   modeling, you first of all define and run the model with what
12   you consider the best match of the data that you've collected
13   in the field to the hydraulic conductivity value.
14          After that time, you make additional runs of that
15   model, sometimes many runs, which we did using a variety of
16   higher values of hydraulic conductivity and a variety of lower
17   values of hydraulic conductivity.  You do that to each of the
18   parameters that are in the model so that you are assured that
19   the calibrated model is giving you the best match possible and
20   giving you the best information.
21   Q    So you -- during this sensitivity analysis, you used 940
22   to see what it would show; is that right?
23   A    Yes.
24   Q    What did it show?
25   A    It basically did not show proper geometry to the model.
```

 1   The model in that case would have extended further south of

 2   the plume, actually almost to the canal.

 3   Q    So to be clear, did your use of that -- that value, did

 4   it align with real world data?

 5   A    Yes, the actual value, we always use approximately four

 6   times higher than sometimes, you know, appropriate on the

 7   lower end.  So that did match the real world values and the

 8   range of real things it could be, and that's how you test the

 9   model to see if it's valid.

10   Q    Right.  And maybe I wasn't clear.

11        I'm asking if using 940 feet per day as a hydraulic

12   conductivity matched the observed flow of the 1,4-Dioxane

13   plume.

14   A    No, it did not.

15   Q    Is it a realistic number to use if you're trying to

16   predict how far the 1,4-Dioxane plume could move?

17   A    No, it isn't.

18   Q    Plaintiffs also asked you a number of questions -- I'll

19   refer you over here to our demonstrative -- about whether your

20   opinion would change depending on where somebody lived in The

21   Acreage, if they had multiple trials would your opinion

22   change.

23        If contaminated water hypothetically could reach The

24   Acreage from Pratt & Whitney, would everybody in that proposed

25   class area be at an equal risk?

1    A    No.

2              MR. GDANSKI:  I object, it's vague as far as risk

3    and also not the standard.

4              THE COURT:  What is his -- how is he able to

5    evaluate risk?  Are you talking about risk of contamination or

6    risk of health risk?  What kind of risk are you talking about?

7              MR. McELROY:  So I'm referring to a risk of having

8    contaminants reach their house or near their house.

9              THE COURT:  Overruled.  You can answer that

10   question.

11   BY MR. McELROY:

12   Q    So would everybody be at equal risk for having

13   contaminants either reach their house or go somewhere near

14   their house?

15   A    No.

16   Q    What -- what would differentiate the risks that different

17   people would face?

18   A    It's sheer just on the basis of distance.  The plume has

19   been out there since approximately 1958.  It's moved, you

20   know, if I use the new data point that was showed to me, maybe

21   it has moved 3600 feet during that entire time period.  If I

22   apply that to the condition to the south, the plume would have

23   reduced in concentration -- again, the original concentration

24   was about 9100.  According to Dr. Stephens, it's now down much

25   lower, in the twenties.  It couldn't get there.  I mean, it

```
 1   would not be detectable even beyond a mile, let alone 5 and a

 2   half miles.

 3            But if it could get there, you know, in some form,

 4   it would be a very low concentration on the border and would

 5   have to travel another 9 miles to get to the southern border.

 6   It would not be detectable at all in any case.

 7   Q    Are there any canals in The Acreage or the proposed class

 8   area?

 9   A    Yes, there's a large number of east-west canals,

10   including the M Canal, which is --

11            MR. GDANSKI:  Judge, I'm going to object.  That's

12   outside the scope.

13            THE COURT:  Overruled.

14            THE WITNESS:  Yes, there are a number of

15   east-west-trending canals, the M Canal being a primary

16   drainage canal.

17   BY MR. McELROY:

18   Q    So taking any of these, the number of wells you just

19   mentioned, would it affect -- the risk of contamination or

20   being contamination we just spoke of, would it affect that

21   risk whether somebody was north of that canal or south of that

22   canal?

23   A    Yes.  And, again, as Dr. Stephens stated, the canals are

24   absolute barriers to the shallow movement, because, again,

25   they're drainage canals.  That means they're sinks.  The water
```

```
 1    table is dropped purposely by these canals.

 2              Now, in the aquifer -- this is a three-layer system.

 3    The upper aquifer, it's an absolute barrier.  As you get to

 4    the next lower aquifer, there's not as much of a barrier, but

 5    there's still a drop in pressure.  And the same thing for the

 6    next aquifer.

 7              So the canals inhibit but not necessarily eliminate

 8    horizontal flow, but it will change concentrations and create

 9    additional mixing.

10    Q    You were shown a map -- you were shown multiple maps, but

11    one map in particular by plaintiff's counsel that had a whole

12    bunch of arrows sort of generally pointing to the southeast.

13              Do you remember that map?

14    A    Yes.

15    Q    And not the arrows, but underlying the arrows, that was

16    your map created back in 2011, correct?

17    A    Yes.

18    Q    And were those actual measured water depths, or was that

19    predicted, a model?

20    A    There was a simulated field in the model.  And the

21    eastern portion of that simulation was compared to the actual

22    water levels on the map as part of the calibration process.

23    Q    And I believe you already -- I believe you confirmed

24    this, but did you put those arrows on that map?

25    A    No.
```

1    Q    Did you agree with the way -- the manner in which they

2    were put on the map?

3    A    No, I don't agree.

4    Q    You also looked at a number of -- the location of a

5    number of monitoring wells on maps of Pratt & Whitney site.

6    Do you recall --

7    A    Yes.

8    Q    -- looking at those maps?

9         Let me back up.  Have you ever characterized a

10   plume?

11   A    Yes, I have.

12   Q    And can you walk me through what one would do, what a

13   hydrogeologist would do, in order to characterize a plume?

14   A    Okay.  First, we start out, again, looking at the

15   historical information to approximate how much contamination

16   has entered the ground.  Then we, again, use a number of

17   different methods, but start placing monitoring wells

18   originally across, so we can kinda get the width of the plume,

19   and then start placing monitoring wells down gradient as we

20   determine it, and then go down gradient and sample until we

21   don't get any of the contaminant.

22        There are other methods that are brought in to

23   characterize the aquifer that are fairly extensive in the

24   process.

25   Q    Did Pratt & Whitney characterize any plumes at its site?

```
1    A     Yes, it characterized all of the plumes at its site.

2    Q     How many monitoring wells does Pratt & Whitney have at

3    its site, do you know?

4    A     Over 200 on the site that we actually measured as part of

5    measuring the potentiometric surface map in 2015.

6    Q     How many does it have offsite?

7    A     There are five clusters of wells in the Corbett offsite.

8    Q     And where are they located sort of east to west?

9    A     They're -- you know, if you look at the landfill as a

10   geographic entity, they're located a little bit to the

11   southeast and southeast of the landfill into the Corbett.

12   Q     Are there any monitoring wells in the Corbett south of

13   the western portion of Pratt & Whitney's site?

14   A     No.

15   Q     Do you see that as problematic in any way?

16   A     No, I don't.

17   Q     Why is that?

18   A     Because the characterization of the contaminants and the

19   plumes of contamination on the western side of the site have

20   shown that it has not left the site.

21         There are also sentinel wells along the property

22   boundary that show no contamination at all, and the

23   contamination on those sites would have to pass through those

24   sentinel wells to get off the site.

25         So having wells in the Corbett is unnecessary in
```

```
 1   that area.
 2   Q    I want to show you a figure.  Are you familiar with this
 3   figure, Dr. Missimer?
 4   A    Yes.
 5   Q    And do you understand this to be a figure from
 6   Dr. Stephens' expert report?
 7   A    Yes.
 8   Q    And do you see that there are four reported detections of
 9   1,4-Dioxane here?
10   A    Yes, I do.
11   Q    Can you describe where each of those detections are?
12   A    The first detection and the very highest one is at the
13   landfill site.  That's 9100 micrograms per liter.
14            Then there's another one, 20.3, right in that -- it
15   says Corbett 2A.
16            And then down on The Acreage site, there are two
17   measurements.  One that's 43 and a 34.  They're both marked J,
18   which means they're estimates.
19   Q    Now, yesterday, I know you weren't present here
20   yesterday, but Dr. Stephens suggested that he could draw a
21   plume map, characterize a plume using these data points.
22            Would you agree with that characterization?
23   A    No, I wouldn't.  You can't place a gap of some --
24   actually in this case of nearly 6 miles of no data, and then
25   characterize to have two very debatable concentrations to the
```

1    south of that.  That does not characterize a plume and doesn't

2    meet any professional standard for doing that.

3    Q    Do the concentrations of each particular detection tell

4    you anything about whether there is or is not a plume

5    extending from Pratt & Whitney down to The Acreage?

6           MR. GDANSKI:  I object.  It's outside the scope of

7    cross.

8           THE COURT:  Sustained.

9           MR. McELROY:  Your Honor, we heard quite a bit from

10   Dr. Stephens during a two-hour redirect, at which time we

11   heard a lot of new information, not least of which was the

12   fact that he thinks that there's a plume extending from Pratt

13   & Whitney to The Acreage.  This is the first time we've heard

14   that.

15          THE COURT:  This witness is not here to --

16          MR. McELROY:  He's here to rebut the opinions of

17   Dr. Stephens.

18          THE COURT:  Well, he gave his rebuttal in his

19   affidavit, so this is new, so --

20          MR. McELROY:  Well, Dr. Stephens' opinion that

21   there's a plume extending between these two areas was new, so

22   we would request that Dr. Missimer have a chance to respond.

23          THE COURT:  I don't remember there being an

24   objection to those questions.  Maybe I missed it, or maybe

25   I -- I don't recall.  There's been so many objections,

```
1    so . . .

2              So if you allowed it without objection . . .

3              MR. McELROY:  I seem to remember that my colleague,

4    Mr. MacNally, did object.  I could be mistaken certainly.

5              THE COURT:  Let's move on.

6    BY MR. McELROY:

7    Q    Okay.  Dr. Missimer, radioactive materials were mentioned

8    during your cross-examination.  Do you remember that?

9    A    Yes.

10   Q    In your direct testimony you mentioned radioactive

11   materials, correct?

12   A    In my direct testimony, yes, I had some text on

13   radioactive materials.

14   Q    At a very high level, just what exactly was your opinion

15   about radioactive materials?

16             MR. GDANSKI:  Judge, I object.

17             THE COURT:  Overruled.

18             THE WITNESS:  Again, radioactive materials have not

19   left the Pratt & Whitney site and are not being transported to

20   the south.

21   BY MR. McELROY:

22   Q    Did Dr. Stephens or Dr. Bedient offer any opinions about

23   the ability of radioactive materials to travel in groundwater?

24             MR. GDANSKI:  I object.  That's outside the scope.

25             THE COURT:  Overruled.
```

```
 1              THE WITNESS:  I don't recall, you know, them
 2   offering any opinions on radioactive materials being
 3   transported offsite.
 4   BY MR. McELROY:
 5   Q    And was your -- was this opinion about radioactive
 6   materials simply focused on groundwater properties, or did it
 7   also relate to the characteristics of radioactive materials
 8   specifically?
 9              MR. GDANSKI:  Judge, I object.
10              THE COURT:  Overruled.
11              THE WITNESS:  The radioactive materials, you know,
12   are not soluble in groundwater.  And the other thing is they
13   tend to aggregate onto the organic materials that occur.  And
14   this area is loaded with dissolved and particulate organics
15   that basically inhibits the movements of radioactive materials
16   to any great distance.
17   BY MR. McELROY:
18   Q    I want to change gears for a moment, Dr. Missimer.  You
19   were asked about various geological strata during your cross,
20   and we also heard a lot of testimony, some new, from
21   Dr. Stephens and Dr. Bedient about geological strata in this
22   area.
23              Are you familiar with the geological strata
24   underlying the area in question?
25              MR. GDANSKI:  Judge, I object.
```

```
 1                THE COURT:  Overruled.

 2                THE WITNESS:  Yes, I am.

 3   BY MR. McELROY:

 4   Q     How do you know about the geological strata in this area?

 5   A     Well, I've published papers on the geological strata in

 6   the area.  I've published the Geology of South Florida general

 7   publication, and I've done a number of consulting projects

 8   over the years in all of these counties.

 9   Q     Have you seen any evidence of a continuous strata between

10   Pratt & Whitney and The Acreage that has high hydraulic

11   conductivities?

12   A     No, I haven't.

13   Q     One of the types of media that's been discussed as having

14   potentially high permeability is a strata that has fractured

15   media.  Do you know if fractured media exists in this area?

16                MR. GDANSKI:  Judge, I object.

17                THE COURT:  Overruled.

18                THE WITNESS:  Fractured rock aquifers do not occur

19   in the upper 150 feet of Florida geology anywhere in South

20   Florida.  There are a few fractures of minor units a foot

21   thick or two feet thick, but they don't conduct regional flow.

22   BY MR. McELROY:

23   Q     So is there any significant lateral flow through any

24   fractured media in this area?

25   A     No.
```

1    Q     There's also been discussion of solution cavities.  Do

2    those exist in this area?

3    A     Solution cavities of a small size do occur in this area.

4    Q     And can you get high hydraulic conductivities in those

5    cavities?

6    A     Yes.  When you drill into them and do an aquifer test, if

7    you happen to bottom in one of these one- or two-foot

8    cavities, you can get some very high values, like a thousand

9    or 2100.  That's probably what caused those values to occur.

10   Q     And how far can these, in your experience, can these

11   cavities extend?

12   A     Typically the cavities can't be mapped any more than

13   10 feet, a hundred feet perhaps at the most, in individual

14   sites as far as high values.

15   Q     There's also been a discussion of strata with shelly

16   materials.  Does that exist in this area?

17   A     Yeah, shelly materials are ubiquitous all through these

18   formations.  There are various compositions, from pure shell

19   to mixes of quartz, sand and shell.

20   Q     In these strata that have shelly materials, is hydraulic

21   conductivity uniform?

22   A     No, it's very heterogeneous throughout the shell

23   materials.

24   Q     What type of hydraulic conductivities would you expect to

25   find in those strata?

```
 1   A    We recently published a paper on the same unit that
 2   showed hydraulic conductivities in the shell materials ranging
 3   from about 20 to about 45 feet per day, and that's from a mix
 4   of quartz, sand and shell to pure shell.  You can get higher
 5   values, you know, in some areas, you know, but limited in
 6   extent.
 7   Q    And how does that 20- to 40-feet-per-day compared to the
 8   values used by Dr. Stephens and Dr. Bedient in their
 9   calculations?
10   A    Well, Dr. Stephens and Dr. Bedient were using --
11   Dr. Stephens used 2100 plus, and Dr. Bedient was using a
12   thousand plus in calculations.
13   Q    In your experience in South Florida, how far at the
14   outside can these shelly beds or these shelly strata, how far
15   can they extend in a continuous manner?
16   A    Having personally observed them in deep water mines, a
17   hundred to 200 feet is about the furthest you can trace these.
18   Ad I actually observed them in the Palm Beach Aggregates, pit
19   field trip where it was all dewatered --
20              COURT REPORTER:  Hold on.  Hold On.
21              THE WITNESS:  Excuse me.  Let me slow down.
22              COURT REPORTER:  I observed them in the Palm Beach
23   Aggregates.  Start there.
24              THE WITNESS:  I observed them in the Palm Beach
25   Aggregates mine, which is located along Highway 80, north of
```

```
 1    the road -- right at the boundary of the southern part of The

 2    Acreage.  The pit was dewatered so that actually you could see

 3    the geology in the walls of the pit.  And the hundred to

 4    200 feet -- 200 feet is really pushing it.

 5    Q    So just to be clear, you said that you made that

 6    observation about how far these --

 7              COURT REPORTER:  I can't hear you.

 8    BY MR. McELROY:

 9    Q    You made that observation of how far these shelly beds

10    can extend.  You said that was at Palm Beach Aggregates,

11    correct?

12    A    Yeah, Palm Beach Aggregates and other dewatered pits

13    located to the south and then north in other counties.

14    Q    And on this demonstrative that we have here, Palm Beach

15    Aggregates is that area in red just west of the proposed class

16    area bordering more or less on the proposed class area; is

17    that right?

18    A    You can see one of the lakes there, which is in blue on

19    the map that's between the red thing.  You see PBA and the

20    proposed class act area.

21    Q    Doctor, have you seen any other data in this case to

22    suggest that higher permeability units or strata don't extend

23    beyond I think you said 500 feet?

24    A    Yeah, five -- I said 1 to 200 feet.  500 feet would be

25    the extreme.
```

```
1    Q     Have you seen any -- have you seen any other data to
2    suggest that such strata can or cannot extend farther than
3    that?
4    A     We've seen no supporting data from anyone to support
5    these real high values of these corridors of hydraulic
6    conductivity.
7    Q     Any data suggesting it's not occurring?
8    A     Yes.  If you had a corridor of high hydraulic
9    conductivity extending 5 miles, you would actually alter the
10   potentiometric surface, because it becomes a drain, and the
11   water would tend to drain into it and move, and you would
12   actually physically be able to see it if it occurred at the
13   value of 2100, for example.
14   Q     I pulled up a figure here.  This is from your direct, and
15   this is docket entry 372-1.
16           Do you recognize these figures?
17   A     Yes.
18   Q     Can you tell me what they are?
19   A     Yes.  There were 143 --
20           MR. GDANSKI:  I'm sorry, I don't mean to interrupt,
21   but I do object.  This is just them doing their direct again.
22           THE COURT:  Overruled.
23           THE WITNESS:  There were 143 data points in the
24   upper, our Figure 11 here, which constitutes all -- close to
25   all, because there's a few left out, of the measurements of
```

1    hydraulic conductivity made on the site.

2              Figure 12 is a blowup of the eastern portion of the

3    site, and it shows the location of the eight values of

4    hydraulic conductivity that are above 250 of the 143.

5    BY MR. McELROY:

6    Q    So which -- which of these dots represents the hydraulic

7    conductivities measured above 2000 feet per day?

8    A    There's only one dot, it's the orange dot, and that was

9    the value Dr. Stephens used in his calculation.

10   Q    And is there anything in this map that tells you whether

11   or not there might be a continuous strata emanating from that

12   dot with high permeability?

13   A    No.  In fact, there's an indication that it doesn't occur

14   north and south.  If you look carefully at the map, the orange

15   dot, immediately to the south of that, about 200 feet away,

16   there's another measurement of hydraulic conductivity.

17   There's four measurements there, two in the same zone, that

18   have, you know, between 0 and 99 feet per day.

19   Q    Do you happen to know whether any of those purple dots

20   south of the orange dots were at similar depths to the orange

21   dot?

22   A    Two of the four were at similar depth.

23   Q    I'm going to hand you now another exhibit that

24   plaintiff's counsel used during their questioning.  This is an

25   article you wrote entitled "Anatomy of a Near-shore Mixed

 1    Siliciclastic-Carbonate Deposit," et cetera.  I won't go on.

 2    More hydrogeological terms.  But I'm going to walk up.

 3              May I approach, Your Honor?

 4              THE COURT:  When did they use that one?

 5              MR. McELROY:  They used this to suggest that -- I'm

 6    sorry, they didn't use this with him.  They used it with

 7    Dr. Stephens.  And, again, this wasn't disclosed as material

 8    in his direct that he was going to be relying upon, but they

 9    used it to criticize Dr. Missimer's conclusions about

10    effective porosity, and they said that his report contradicts

11    his own conclusions in this case.

12              I'd like the opportunity to let Dr. Missimer say

13    whether or not this report does contradict his methodologies

14    and his conclusions.

15              THE COURT:  You're saying Dr. Stephens said that

16    this report contradicted his findings; is that what you're

17    saying?

18              MR. McELROY:  He said that not in his direct

19    testimony.  He said that for the first time during his

20    redirect.

21              THE COURT:  But that's what you're saying,

22    Dr. Stephens --

23              MR. McELROY:  Yes, that Dr. Stephens used this to

24    criticize Dr. Missimer's conclusions.

25              THE COURT:  You don't disagree that that happened,

```
 1   do you?
 2           MR. GDANSKI:  That happened.
 3           THE COURT:  Okay.
 4           MR. GDANSKI:  But I do object to using it with this
 5   witness, but that happened.
 6           THE COURT:  Okay.  Well, I'll let him explain his
 7   own report.
 8           MR. McELROY:  And it was mentioned on cross.  My
 9   partner reminded me.
10           THE COURT:  Okay.
11           MR. McELROY:  May I approach, Your Honor?
12           THE COURT:  Yes.
13   BY MR. McELROY:
14   Q    Dr. Missimer, you're familiar with this report, I trust?
15   A    Yes.
16   Q    In what area does this report relate to?
17   A    This relates really -- it's a study of the geology and
18   lithology of an aquifer system in coastal Broward County
19   within the boundaries of the city of Hollywood.
20   Q    Is that the same area that's at issue in this case?
21   A    No, it isn't.
22   Q    Does it have the same geological makeup in the substrata?
23   A    No, it does not.
24   Q    Can you draw conclusions about the area at issue in this
25   case based off of the analysis in that report?
```

```
1   A     No.  The coastal wedge of sediments from, say, the
2   turnpike to the east are substantially different, again, from
3   all of Palm Beach County, the whole way down to Dade County,
4   compared to the areas to the west.  They're substantially
5   different and different characteristics there's different
6   sediment types and different configurations of the mixes
7   between the limestones and the sand.
8   Q     Putting aside the fact this is about a different area
9   than what we're concerned with, do you agree with
10  Dr. Stephens' characterization of your report?
11  A     No, I don't.
12           Dr. Stephens basically stated that I measured the
13  specific yield and had values of some 1 to 10 percent.
14  There's no mention in this report at all of specific yield.  I
15  didn't measure it, didn't determine it.
16           The determination of total porosity was done both
17  with geophysical logs and in thin sections.  A thin section is
18  a little thing on a slide of rock.  It's 30 microns thick.
19  It's two inches long and about three quarters of an inch wide.
20  And from that, we determined the characteristics of the rock.
21  And when you come on a pore, when you're counting points on
22  it, the pore is looked as a mega pore so that it's visible.
23  Q     Let me try to simplify it a little bit.
24  A     Yeah, sorry.
25  Q     Were there any effective porosities reported in that
```

1   report?

2   A    No, there are no effective porosities recorded to this

3   report at all.  And it's clearly stated in it.

4   Q    Dr. Bedient testified for the first time today that there

5   are some higher hydraulic conductivities if you move east from

6   the site we're concerned with.  Do you remember hearing him

7   give that testimony today?

8            MR. GDANSKI:  I object, Judge.

9            THE COURT:  Sustained.

10           MR. McELROY:  And just for the record, Your Honor,

11  the reason that we wanted to ask those questions was because

12  that was not in his direct report, and we heard it for the

13  first time today.  So we would request the opportunity to

14  respond to it.  I understand the Court has ruled on it.

15           THE COURT:  Thank you.

16  BY MR. McELROY:

17  Q    Dr. Missimer, do you recognize this table in front of

18  you?

19  A    Yes.

20  Q    Have you -- have you looked at these tables before?

21  A    Yes, quite a few times.

22  Q    And there were some questions that were asked of you

23  earlier about Corbett -- the Corbett -- the cluster 4 of the

24  wells in the Corbett area.

25           Do you recall those questions that plaintiff's

```
 1   counsel asked you?

 2   A    Yes.

 3   Q    In this table, do you see any 1,4-Dioxane detections in

 4   the well cluster 4?

 5   A    I think -- and that would be 04-25?  Is that the -- and

 6   6?  Yeah, and 6.  There are some .86 U values, and a .30 U

 7   value.

 8   Q    And can you tell us what U means when it's next to a

 9   testing result?

10   A    It's -- I believe that's under -- less than detection

11   limits, if I recall.

12   Q    So a nondetect?

13   A    Nondetect, yeah.

14   Q    Do you recall viewing this map, as well?

15   A    Yes.  This is what I was questioned on, and that is -- I

16   assume that's site 4.  I have a hard time reading it.

17   Q    I'll try to blow it up for you, make it easier.

18        You recall looking at this plume map?

19   A    I think we cut out the well that we're looking at there.

20   Q    We'll get there.

21   A    Yeah, I recall looking at this plume map.

22   Q    Now, there are three values that are pink in color.  Do

23   you see that?

24   A    Yes.

25   Q    What do they all have in common?
```

```
 1    A     They're all nondetects.

 2    Q     Because they have a U after them?

 3    A     Yeah, they have a U after it.

 4    Q     The result in the bottom right that they asked you about,

 5    what color is that?

 6    A     That is, again, the same color.

 7    Q     Now, there's no U next to that one, right?

 8    A     No and it's the same color, but no U, correct.

 9    Q     Same color as the others.  In the table that actually

10    reports all the values, were there any detections for

11    cluster 4 reported?

12    A     No.

13    Q     Just a couple more questions for you, Dr. Missimer.

14          Do you recognize this figure?

15    A     Yes.

16    Q     Now, you were asked a number of questions again on cross

17    about the rate and direction of groundwater flow in this area

18    obviously, correct?

19    A     Correct.

20    Q     Could you tell us a little bit about what this figure

21    shows with regard to those issues?

22    A     Yes, this is called -- it's a particle tracking model.

23    It was based on the South Florida Water Management District

24    database model in which we -- in which I helped direct

25    particle paths looking at 20 to a hundred years of flow from
```

1    the Pratt & Whitney towards The Acreage.

2    Q    What does this map show about flow, the direction of flow

3    to the south of the western portion of the site?

4    A    It basically shows that the water initially starts moving

5    south and then moves to the southwest, as controlled by the

6    very large drainage canal in that area.  That's a primary

7    drainage canal that controls flooding in West Palm Beach, so

8    the tendency is to keep the water level low there so that you

9    keep the floodwaters from moving further towards Palm Beach,

10   West Palm Beach.

11   Q    So to simplify, just what direction is the water flowing

12   south of the western portion of the site in this model?

13   A    It flows southwest.

14   Q    Have you seen any models put forth by anybody in this

15   case, be it you or plaintiffs' experts, that show flow in a

16   different direction than what's shown here?

17   A    No.

18         My second model that I created shows the same flow

19   direction, and Dr. Stephens' two model runs show exactly the

20   same flow directions.

21   Q    And have you seen any models put forth by any other

22   plaintiffs' experts or by you that show flow in a different

23   direction than that which is shown on the eastern portion of

24   this site?

25   A    No, they're all the same.  It goes to the east or

```
 1   southeast.

 2   Q    Dr. Missimer, how far is it in a straight line from the

 3   south boundary of Pratt & Whitney to the northern boundary of

 4   the proposed class area?

 5              MR. GDANSKI:  I object.  It's just direct.

 6              THE COURT:  Overruled.

 7              THE WITNESS:  Basically it's between 5 and 6 miles,

 8   depending upon the points you choose along the southern

 9   boundary of Pratt & Whitney and the point that The Acreage

10   north boundary.

11   BY MR. McELROY:

12   Q    And how far to the southern edge?

13   A    Fourteen miles approximately.

14   Q    Have you ever seen in your 44 years of work here in

15   Florida, have you ever seen a plume extend as far as it is

16   from the southern boundary of Pratt & Whitney to the southern

17   boundary of the proposed class area?

18   A    No.

19   Q    How about a plume that's extended the distance between

20   the southern boundary of Pratt & Whitney and the northern

21   boundary of the proposed class area?

22   A    No.

23   Q    How about a plume that extends the distance between the

24   southern boundary of Pratt & Whitney and the middle of the

25   Corbett?
```

```
 1    A     No.
 2    Q     What's the farthest plume you've ever seen in your 44
 3    years in Florida?
 4    A     Forty-four years in Florida and based on databases
 5    produced by the FDEP, I did some searches, and from my
 6    personal experience, 7500 feet is the longest plume that we
 7    can find anywhere in the state of Florida.
 8    Q     And to be clear, 7500 feet, that's about -- it's under
 9    one and a half miles, correct?
10    A     Correct.
11              MR. McELROY:  Nothing further, Your Honor.
12              THE COURT:  Thank you.
13              Anything else?
14              MR. GDANSKI:  No, sir.  Thank you.
15              THE COURT:  No?
16              Okay.  Thank you.
17              Thank you, Doctor.
18              THE WITNESS:  Thank you.
19              THE COURT:  All right.  So are we going to try
20    another witness today, are we going to wait until tomorrow?
21              MR. GALLAGHER:  Your Honor, I suggest --
22              MR. SCAROLA:  We're going to do what Your Honor
23    would like.
24              MR. GALLAGHER:  I would suggest that we at least get
25    started, because we had a little bit of a delay this morning,
```

```
 1    and I could at least do the introductory piece of the
 2    cross-examination of the next witness, and we could move the
 3    ball.
 4              THE COURT:  Let me check with my reporter and see if
 5    he's capable of going until 6:00 o'clock.
 6              All right.  So let's try and get another half an
 7    hour in, because we lost about a half an hour this morning.
 8    We also lost some time arguing about that -- what this case
 9    is -- this hearing's all about.
10              MR. SCAROLA:  Your Honor --
11              THE COURT:  That was another 20 minutes, which I did
12    not charge to your side.
13              MR. SCAROLA:  Thank you, sir.  We appreciate that.
14              THE COURT:  I did not -- I took 20 minutes away
15    from -- for that little discussion.
16              MR. SCAROLA:  Your Honor, with the Court's
17    permission and in light of the discussion that we had, we
18    would ask for an opportunity to be able to submit something
19    very brief in writing to Your Honor by Friday morning, less
20    than five pages.
21              THE COURT:  About?
22              MR. SCAROLA:  About the scope of this hearing and
23    what -- what we believe has been agreed to and what remains
24    for the Court to do with a review of the evidence that's been
25    presented.
```

```
 1                 THE COURT:  That's fine.

 2                 MR. SCAROLA:  Thank you.

 3                 THE COURT:  I guess that should help, hopefully.

 4                 MR. SCAROLA:  I hope that it does.

 5                 THE COURT:  Okay.

 6                 MR. SCAROLA:  Thank you, sir.

 7                 THE COURT:  You're welcome.

 8             Obviously the defendants are going to have an

 9    opportunity to respond to it.

10                 MR. SCAROLA:  Of course.

11                 THE COURT:  Okay.  All right.  So are we doing

12    Mr. Moore?  Is he the next witness?  Am I correct, or . . .

13                 MR. SCAROLA:  Yes, sir.

14                 THE COURT:  Yes?

15             Okay.

16                 MR. GALLAGHER:  And, Your Honor, to help keep us

17    organized, I hope, I have a binder with Mr. Moore's direct

18    testimony and his two declarations and his deposition that I

19    would like to hand up.

20                 THE COURT:  All right.  I have -- I got his

21    declaration yesterday from Ms. Hatfield.  I guess it won't

22    hurt to have another one.

23             All right, sir.  Why don't you come up, have a seat.

24             Sir, would you raise your right hand, please.

25              Brian Moore, Plaintiffs' witness, sworn.
```

```
 1              THE COURT:  Please be seated.

 2              If you can tell us your name, sir, and spell your

 3   last name, please.

 4              THE WITNESS:  My name is Brian Moore, M-o-o-r-e.

 5              THE COURT:  Okay.  And if you could move that

 6   microphone a little closer to you so we can hear you better,

 7   please.

 8              THE WITNESS:  M-o-o-r-e.

 9              THE COURT:  More.  Move it closer.  The whole thing

10   should move.  Yeah, that's better.  Thank you.

11              Is Brian i-a-n or y-a-n?

12              THE WITNESS:  I-a-n.  Thank you.

13              THE COURT:  Thank you.

14              Mr. Gallagher.

15                         Cross-Examination

16   BY MR. GALLAGHER:

17   Q    Good afternoon, sir.

18   A    Hi.

19   Q    You have a bachelor's degree in environmental policy and

20   science from Boston University; is that right?

21   A    That's correct.

22   Q    Now, that's not a -- that's not a science degree; that's

23   a bachelor of arts degree, isn't it?

24   A    Yes.

25   Q    You have no graduate level education in any field?
```

```
1    A     That's correct.

2    Q     And this is the first time that you've ever been offered

3    as an expert witness in a case?

4    A     That's correct.

5    Q     Previously you've testified twice as a fact witness in

6    cases like this?

7    A     I believe that's right, yeah.

8    Q     And the reason you were testifying in previous cases as a

9    fact witness was because you had some involvement in the

10   collection of samples that were going to be tested, and you

11   were brought in to testify about things like chain of custody

12   for the samples that were tested?

13   A     Yes.

14   Q     And that's actually how you first got involved here in

15   this case?

16   A     Yes.

17   Q     Dr. Kaltofen, who is one of the plaintiffs' experts,

18   hired you to help with the collections of samples in his work

19   at -- when he went onto the Pratt & Whitney site to do

20   sampling and at various places in the proposed class area; is

21   that right?

22   A     Yes.

23   Q     Now, in that work, Dr. Kaltofen actually decided where to

24   test, where to actually go sample, right?

25   A     Yes.
```

```
1    Q     And he actually, Dr. Kaltofen, by and large did the
2    digging of the samples himself?
3    A     Yes.
4    Q     And you were there to help with things like keeping the
5    samples arranged and doing what's called geo-referencing or
6    geo-locating the samples?
7    A     Yes.
8    Q     You were basically assisting Dr. Kaltofen with the
9    sampling work?
10   A     Yes.
11   Q     And you've done that a few times, maybe a dozen times,
12   where you've assisted Dr. Kaltofen like that with sampling?
13   A     Yes.
14   Q     And before Mr. Scarola asked you to offer any expert
15   opinions in this case, that's the only kind of litigation work
16   you had ever done?
17   A     Direct litigation work, yes.
18   Q     That sort of thing, the sampling for Dr. Kaltofen, and
19   really always for plaintiffs in class actions?
20   A     Generally speaking, yes.
21   Q     Now, you have no -- oh, there's one question in this case
22   about whether there are radioactive materials in samples that
23   Dr. Kaltofen took from the Pratt & Whitney site or from the
24   class area and whether they are present above the level that
25   you would expect, given the background level of these
```

```
 1   materials in the environment.

 2            Do you understand that's a question in the case?

 3   A    Yes, I do.

 4            THE COURT:  I'm sorry?

 5            MS. HATFIELD:  Objection; compound.

 6            THE COURT:  Overruled.

 7   BY MR. GALLAGHER:

 8   Q    You understand that's one of the questions in the case?

 9   A    I believe so, yes.

10   Q    And you're not offering any opinions on that.  That's for

11   Dr. Kaltofen?

12   A    I'm sorry, could you please restate the first question?

13   Q    Sure.

14            If the question is what are the, you know, levels of

15   radioactive materials that were found in the samples that

16   Dr. Kaltofen took with your assistance, you're not here to

17   talk about what the levels are or whether they are above

18   background, are you?

19   A    No.

20   Q    You don't have any degrees in things like nuclear

21   physics, and you're not a certified health physicist, right?

22   A    No, I'm not.

23   Q    Now, there's also a question in this case about

24   groundwater and whether materials might move in groundwater

25   from the Pratt & Whitney facility, across the Corbett, and all
```

1    the way down into this proposed class area.  And we heard a

2    little bit about that today, right?

3    A    Yes.

4    Q    You were in the courtroom for the testimony of the

5    hydrogeologists?

6    A    For some of it, yes.

7    Q    For example, you were here just now when Dr. Missimer

8    explained that it was his opinion that radioactive materials

9    could not and did not move in groundwater from the Pratt &

10   Whitney facility the 6 miles or more that it would take to get

11   there in groundwater to the class area?

12   A    I recall hearing that, yes.

13   Q    And you don't have any kind of degrees in hydrogeology?

14   A    I do not have an advanced degree in hydrogeology, no.

15   Q    You don't have any peer-reviewed publications in

16   hydrogeology?

17   A    No, I do not.

18   Q    And you haven't conducted any published scientific

19   studies in the area of geology or hydrogeology, have you?

20   A    No, I have not.

21   Q    You were, however, hired in this case by Mr. Scarola with

22   the assignment of looking into the potential for oil and other

23   hazardous materials to travel through groundwater to The

24   Acreage.  That was your assignment, wasn't it?

25   A    Um, I'm sorry.  The -- that characterization of it -- I

```
 1   was hired to look at the possibility of oil or hazardous

 2   material getting to The Acreage through any potential mode of

 3   transport, which would include what you just stated,

 4   groundwater.

 5   Q    Well, when you were hired by Mr. Scarola, you actually

 6   had a retention letter where you sent him a proposal for the

 7   work you would do, he reviewed it and signed it, and you had a

 8   contract for the assignment that you would undertake.  Do you

 9   recall that?

10   A    Yes.  It was similar to a letter of engagement.

11         MR. GALLAGHER:  I'm going to call up a copy of that,

12   and we're looking to see if we have one for our colleagues

13   over there.

14   BY MR. GALLAGHER:

15   Q    So do you recognize this, that I have up on the screen

16   here, as the cover letter from a legal assistant at the Searcy

17   Denney law firm, to you, enclosing a copy of the retainer

18   agreement signed by Mr. Scarola.

19   A    I recognize it as such, yes.

20   Q    And here on the second page of that document, we have

21   what is, in fact, your proposal for a scope of work that you

22   sent to Mrs. Hatfield, who's here in the courtroom today,

23   right?

24   A    Yes.

25   Q    And then if we -- if we move ahead, it was signed by
```

```
 1   Mr. Scarola on August 1st, 2016, right?

 2   A    Yes.

 3   Q    Now, we have here your statement of the objective and

 4   activities proposed in the scope of work, right?

 5   A    Yes.

 6   Q    And what you state as your objective in the scope of work

 7   that you were hired for is you say your work was to complete a

 8   preliminary review of readily available information provided

 9   through public and private means and provide the law firm with

10   opinions and insight into the same, in furtherance of

11   determining -- and here I've highlighted the phrase -- in

12   furtherance of the determining the potential for oil and/or

13   hazardous materials, OHM, to travel through groundwater or

14   surface waters from offsite source areas to private water

15   supply wells utilized by Acreage residents.

16         That was the scope of work contemplated when you

17   were hired as an expert in this case, wasn't it?

18   A    At the time that I wrote this proposal, that was the

19   scope of work that I understood it to be in terms of not

20   having had too much involvement in the project as of the time

21   that I wrote this up.

22   Q    Right.

23         You had -- before you wrote this up, you had been

24   doing the work helping with the sampling for Dr. Kaltofen,

25   right?
```

```
 1    A      That's correct.

 2    Q      Now, the date on your proposal to Ms. Hatfield that you

 3    have here, that it was signed by Mr. Scarola in August of

 4    2016, the date up there, could you read that for us?  What was

 5    the date you sent your proposal?

 6    A      The proposal was dated May 19, 2016.

 7    Q      And how many days later was it, sir, that you issued your

 8    report?

 9    A      Are you referring to my expert report?

10    Q      Yes, your expert report.

11            You sent your proposal on May 19, 2016, and how many

12    days later was it that you provided the Searcy Denney law firm

13    with your report stating your opinions?

14    A      Well, my opinions were contained in four separate

15    submittals over I believe the better part of a year and a

16    half, maybe, as best I can recall.

17    Q      I'm talking about the first one.  You sent a proposal on

18    May 19, 2016.  How long did it take you to complete your work

19    and provide the Searcy Denney law firm with the -- an expert

20    report, the first one that you gave to them in this case?

21            If it helps, we have a binder there with copies of

22    your reports behind tabs.

23            Maybe what helps, sir, there's a tab that has got

24    the label on it May 23rd, 2016, declaration.  Do you see that

25    one?
```

```
1   A    Yes, I found the date here next to my signature.  It says
2   May 23rd, 2016.
3   Q    So it took you a grand total of four days after you sent
4   your proposal to Ms. Hatfield to produce the first report you
5   gave to the lawyers in this case?
6   A    I'm not sure that that's a fair characterization of the
7   level of effort that went into the declaration.
8   Q    Well, just in terms of the number of days that passed
9   after you sent them your proposal, there were four days that
10  passed before you were submitting a declaration to them,
11  signed by you, with your opinions, right?
12  A    It says it's a declaration, so it was a declaration, and
13  that was one of the first filings after an initial review of
14  some of the information of which there has been a much more
15  thorough review today.
16  Q    Right.
17       You did not -- notwithstanding the fact that the
18  assignment was to look at the potential for oil or hazardous
19  materials to travel through groundwater from offsite sources
20  to The Acreage, you didn't conduct -- you didn't prepare any
21  kind of groundwater model or anything, did you?
22  A    I did not prepare a groundwater model.
23  Q    All you did was review the reports of the other experts
24  that we've heard testify over the last couple of days,
25  Dr. Stephens, Dr. Bedient and Dr. Missimer, right?
```

1    A    I did review those reports, but that's not all the

2    reports I reviewed.

3    Q    And what you claim to have done in your first declaration

4    that you submitted was that you claim to have done what you

5    called a peer review of the work done by these other experts,

6    right?

7    A    Yes.  If that's written in there, that's what I did.

8    Q    You didn't do any independent -- the only independent

9    work you did on the question of whether materials could move

10   in groundwater from the Pratt & Whitney site to The Acreage

11   area was to read some general references -- or some references

12   for what you called general edification before reviewing the

13   other experts' reports, right?

14   A    And that was done, yes, that was also done I think before

15   May.

16   Q    And the sum and substance of what you provided on the

17   topic of groundwater movement was that you summarized what

18   Dr. Stephens and Dr. Bedient said in their reports and said

19   basically I agree with them?

20   A    I felt that that was a better characterization of

21   groundwater flow in the study area, yes.

22   Q    Now, you heard Dr. Missimer testify today that he has the

23   opinion that he's expressed in expert reports and in his

24   declaration to the Court that because of the characteristics

25   of the groundwater and the characteristics of the materials

1    themselves, radionuclides, or radioactive materials, could not

2    and would not move from the Pratt & Whitney site in

3    groundwater all the way to The Acreage.  You heard that,

4    right?

5    A    I did not hear all of Mr. Missimer's testimony.  I heard

6    portions of the last part of it, the co -- whatever you call,

7    the last redirect.

8    Q    I guess I'll jump ahead.

9         You've never said here's why I'm qualified to

10   address whether radioactive materials would move in

11   groundwater from Pratt & Whitney to The Acreage, I think

12   Dr. Missimer is wrong, and here's why.  You've never provided

13   a report or any kind of direct testimony that lays that out,

14   have you?

15   A    I provided what was in my declaration based on the peer

16   review I performed; and if that is how you're going to

17   characterize it, I guess that's fine.

18   Q    You never say in any of your expert reports or in your

19   direct testimony to the Court I've looked at Dr. Missimer's

20   explanation of the groundwater model and the characteristics

21   of these materials, and I can tell you he's wrong; radioactive

22   materials move in groundwater from the Pratt & Whitney site to

23   The Acreage, right?

24   A    I'm -- is it okay if I just review this a second, sir?

25              THE COURT:  Sure.

```
 1                THE WITNESS:  Thank you.

 2                I think, first of all, radionuclides was not

 3     specifically culled out in the declaration.  But my report, my

 4     declaration does -- my declaration does state that the

 5     Stephens report and the Bedient declaration are both

 6     accurately offer discussions on how --

 7                COURT REPORTER:  I -- sir, excuse me.

 8                THE WITNESS:  Sorry, sir.

 9                THE COURT:  You need to slow down.

10                THE WITNESS:  The third paragraph in discussion and

11     conclusions of my declaration I think more accurately says

12     what I was trying to offer.

13     BY MR. GALLAGHER:

14     Q    Right.  So I've culled that out on the screen, and what

15     you do here is you summarize what Dr. Stephens and Dr. Bedient

16     said in their testimony or their reports, right?  That's what

17     you were reading from just now.

18     A    Yes, it is.

19     Q    Nowhere in any of their reports or any of their testimony

20     did Dr. Stephens or Dr. Bedient address whether radioactive

21     materials, with their particular characteristics, whether

22     those are even capable of moving in groundwater, do they?

23     A    With the -- I believe the doctors -- excuse me.

24                I believe that there was a discussion of colloidal

25     movement through the aquifer system, and such a movement may
```

1    or may not be interpreted to include very small particulate

2    matter, extremely small particulate matter, which could

3    potentially be radioactive.

4         So with that one caveat, I would say that the rest

5    of your statement is correct.

6    Q    Your only conclusion with respect to the -- your own

7    independent conclusion or opinion -- well, strike that.

8         Let me back up to page 3 of your first report, the

9    paragraph 2nd from the bottom that I've highlighted here that

10   reads:  "The publications reviewed confirm a very complex

11   interaction exists between surface water and groundwater," and

12   then you go on, throughout the study area.

13   A    Yes.

14   Q    See that?

15   A    Yes.

16   Q    That is the sum total of your opinion concerning

17   groundwater or the potential for things to move in groundwater

18   in this case?

19   A    That is not the sum total of my opinion.  That just says

20   that the publications that I reviewed offer evidence that

21   there's complex interaction between the surface water and

22   groundwaters in the study area.

23   Q    You have -- you don't have a further opinion, other than

24   what's in this paragraph, on groundwater flow in this area, do

25   you?

```
 1    A     I have the opinion that Dr. Bedient and Dr. Stephens'

 2    characterization, using in situ measurements, more accurately

 3    reflects groundwater flow in the study area.

 4    Q     So --

 5    A     That is the opinion I think is relatively continuous

 6    throughout all four of my submittals.

 7    Q     Do you recall that after you submitted reports in this

 8    case, we had the opportunity to take your deposition?

 9    A     I do recall, yes.

10    Q     Mr. Schwinghammer took your deposition.

11    A     Yes.

12    Q     And he asked you about this very paragraph, and he said

13    do you have any further conclusions, sir, yourself, not

14    talking about whether you think Dr. Stephens is right, but

15    yourself, your opinions, do you have any other opinions on

16    groundwater flow than what's in this paragraph?

17    A     Can I review that, please?  Can you give me the line or

18    the page?

19    Q     Sure.  If you want to go take a look at page 39, near the

20    bottom, to 41, where I think you say in sum and substance,

21    this is it, and you haven't gone any further down that rabbit

22    hole of how groundwater might flow in this area.

23    A     Yes, he did modify the question in -- on page -- I'm

24    sorry, page 40, he modified his question to say he wanted to

25    be candid and didn't want to be in trial.  You see that
```

1    paragraph?  Second paragraph on page 40?

2    Q    Yeah, I do.  Hold on.  Let me just get that up here so we

3    can all look at it.

4         Right.  So, actually, that's a good thing to draw

5    attention to.  What happened at your deposition is

6    Mr. Schwinghammer said, "Hey, look, we're going to have a

7    trial, and I want to be sure that you don't come in and offer

8    some opinion other than what you've got in that paragraph.  So

9    let me know, is there anything else you've got to say on this

10   subject."  Right?

11   A    And I said:  "At this point in time I haven't gone

12   further down that rabbit hole, no."

13   Q    Right.  At that point in time at your deposition, when

14   you said I got nothing further to say than what's in this

15   paragraph, you had submitted the two expert reports, the only

16   two expert reports that you've provided us in this case,

17   right?

18   A    I'm sorry, I've provided four submittals in this

19   instance.

20   Q    Well, do you understand, sir, that there was a schedule

21   in this case pursuant to which you were to provide expert

22   reports, a scheduling order, and you provided us two reports

23   before your deposition pursuant to that?

24   A    I understand that.

25   Q    So you had given us two reports, and you gave us a

```
 1   deposition, and you told us what's in that first report, that
 2   paragraph I looked at, that's the sum total of what I've got
 3   to say now on groundwater flow, right?
 4   A    Yes.
 5           MR. GALLAGHER:  Your Honor, now might be a good time
 6   to break, because I was going to move to another topic.
 7           THE COURT:  All right.  Sounds reasonable.
 8           So we'll see you tomorrow at 9:00.
 9           If I can, again, impose on counsel, if you have them
10   handy, do we have Perry and Mitchell affidavits?
11           MR. GALLAGHER:  I do, Your Honor, right here.
12           THE COURT:  Okay.
13           MR. GALLAGHER:  And one housekeeping matter.  I
14   believe that Ms. Hatfield and I have discussed this.  There's
15   a scheduling concern they have for their witness, Dr. Perry.
16   And so what we've agreed to do, with the Court's indulgence,
17   is allow them to put him -- slot him in tomorrow after we're
18   done with Mr. Moore so that he can get things done.
19           THE COURT:  That's fine.  That's fine.
20           MS. HATFIELD:  Your Honor, the only thing for the
21   submissions that Mr. Gallagher --
22           THE COURT:  You can step down, Mr. Moore.
23           THE WITNESS:  Thank you.
24           THE COURT:  Don't discuss your testimony during the
25   recess.  Okay?
```

```
 1                THE WITNESS:  Yes, sir.

 2                THE COURT:  Hold on, Ms. Hatfield, just one second.

 3                Yes, ma'am?

 4                MS. HATFIELD:  When we filed the testimony of

 5     Dr. Perry, we cited an exhibit, which was a chart that was not

 6     attached in the court filing, but we advised the defendants

 7     that this exhibit was the same as had been in the prior court

 8     filing when we originally filed Dr. Perry's report.  And I

 9     don't believe that that chart was submitted to you by

10     Mr. Gallagher.  I have a copy of it here.  It's a five-page

11     chart, but I'm not sure how much Dr. Perry's even going to get

12     into that.

13                Basically, do you want the chart?

14                THE COURT:  If it's possible it's going to be

15     brought up, I'd rather have it rather than not have it.

16                MR. GALLAGHER:  I'm told by my colleague that there

17     is some chance that he will asked about that chart --

18                THE COURT:  Okay.

19                MR. GALLAGHER:  -- in his cross-examination.  So my

20     apologies.  You should have it.

21                THE COURT:  Okay.  So did I get your -- did I get

22     Mitchell's?

23                MR. GALLAGHER:  I believe so, Your Honor.  I think

24     there should be two.

25                THE COURT:  I have -- hold on.
```

1          You can go off the record.

2     (Court in recess at 6:02 p.m.)

3                    *  *  *  *  *

```
 1                              * * * * *

 2                          I N D E X

 3   Testimony of Daniel Bruce Stephens (Resumed)

 4           Redirect by Mr. Haberman (Cont.'d)      6

 5           Recross by Mr. MacNally                 40

 6   Testimony of Philip Bedient

 7           Cross by Mr. MacNally                   49

 8           Redirect by Mr. Gdanski                 120

 9           Recross by Mr. MacNally                 164

10           Redirect by Mr. Gdanski                 168

11   Testimony of Christopher M. Teaf

12           Cross by Mr. Hammer                     169

13   Testimony of Thomas M. Missimer

14           Cross by Mr. Gdanski                    184

15           Redirect by Mr. McElroy                 249

16   Testimony of Brian Moore

17           Cross by Mr. Gallagher                  285

18                              * * * * *

19

20

21

22

23

24

25
```

```
1                            *  *  *  *  *

2                        E X H I B I T S

3    (None.)

4                            *  *  *  *  *

5                           CERTIFICATE

6        I, Stephen W. Franklin, Registered Merit Reporter, and

7    Certified Realtime Reporter, certify that the foregoing is a

8    correct transcript from the record of proceedings in the

9    above-entitled matter.

10       Dated this 10th day of JANUARY, 2018.

11

12       /s/Stephen W. Franklin
         _____
13       Stephen W. Franklin, RMR, CRR

14

15

16

17

18

19

20

21

22

23

24

25
```

**BY MR. GALLAGHER: [4]**
285/15 288/6 290/13
296/12

**BY MR. GDANSKI:
[52]** 120/23 123/25
127/1 129/13 132/8
134/5 135/14 136/23
138/5 139/4 139/20
155/17 157/13 158/13
159/18 161/3 162/19
168/10 184/15 189/4
189/16 190/1 191/9
193/11 193/19 194/21
195/23 203/16 207/22
208/13 208/21 209/8
210/4 211/8 214/10
214/24 215/12 216/21
217/10 218/16 225/21
234/1 239/12 239/15
242/6 242/10 243/3
244/12 246/8 247/12
247/15 248/20

**BY MR. HABERMAN:
[25]** 6/18 8/16 9/14
13/16 14/2 15/5 15/11
18/9 19/14 20/17 22/10
23/23 25/6 25/12 26/6
27/9 28/20 29/23 33/4
33/23 35/11 36/11 37/17
39/7 39/17

**BY MR. HAMMER:
[7]** 169/16 171/17
174/12 174/20 177/17
180/2 181/24

**BY MR. MACNALLY:
[38]** 40/20 45/24 47/9
49/17 52/4 53/4 53/15
54/9 64/14 69/12 77/9
78/13 78/21 79/19 85/25
88/2 89/7 91/18 92/25
93/19 94/3 95/5 98/12
99/6 107/5 108/17 109/1
109/23 110/2 111/2
114/18 117/22 164/23
165/9 166/7 166/17
167/5 167/20

**BY MR. McELROY:
[17]** 249/21 250/8 254/5
254/21 259/10 260/16
266/5 266/20 267/3
267/16 268/2 268/21
271/7 273/4 275/12
277/15 281/10

**COURT REPORTER:
[18]** 13/12 93/5 108/14
110/1 193/10 194/15
194/17 203/14 207/17
208/20 210/25 211/4
211/6 218/14 270/19
270/21 271/6 296/6

**MR. GALLAGHER:
[19]** 4/3 6/6 48/14 98/6
99/4 148/19 148/22
153/21 183/20 282/20

282/23 284/15 290/10
300/4 300/10 300/12
301/15 301/18 301/22

**MR. GDANSKI: [121]**
48/23 51/23 53/2 53/12
64/8 69/2 74/14 75/1
76/16 76/22 77/3 77/5
78/18 79/14 85/14 87/18
88/13 91/11 92/20 93/4
93/7 93/23 94/16 94/24
107/2 108/22 109/14
117/18 120/20 126/22
126/25 128/7 128/17
129/4 129/12 134/20
134/24 135/4 135/9
135/13 136/2 136/12
136/17 136/20 136/22
137/14 138/4 141/24
142/5 142/9 142/13
142/19 143/14 143/21
144/1 144/22 145/6
145/14 155/16 158/9
164/15 165/6 166/1
166/6 166/15 166/24
167/3 167/11 168/2
168/5 168/8 168/18
184/9 184/12 189/1
189/3 189/19 194/16
194/19 203/15 209/16
209/19 209/23 210/3
214/8 214/22 215/11
216/19 217/8 218/15
225/18 239/11 239/14
242/5 242/9 243/2
244/10 245/20 245/23
246/7 247/10 247/14
249/15 250/5 253/18
253/24 254/13 259/1
260/10 265/5 266/15
266/23 267/8 267/24
268/15 272/19 275/1
275/3 277/7 281/4
282/13

**MR. HABERMAN:
[24]** 6/12 13/15 13/21
13/25 15/3 15/9 22/8
23/22 25/4 25/11 26/3
27/8 29/20 31/18 31/21
32/19 33/2 33/22 36/10
39/15 40/12 45/20 46/3
47/4

**MR. HAMMER: [12]**
169/14 171/13 171/15
174/7 174/9 174/11
174/16 174/19 177/16
179/22 181/22 183/10

**MR. MACNALLY:
[68]** 8/11 13/4 17/21
19/11 20/11 20/13 28/18
31/15 32/7 35/8 37/15
39/4 40/13 40/17 46/25
48/8 49/9 53/3 54/2 54/5
74/17 74/22 75/6 75/14
75/20 76/2 76/6 76/10
77/2 77/25 78/3 79/15
93/13 94/1 95/4 108/16

108/21 110/12 110/15
110/20 110/25 113/25
114/5 114/9 120/17
123/23 126/17 128/3
128/24 129/3 132/6
133/15 134/18 135/22
137/7 137/21 138/20
139/15 141/22 157/10
159/14 160/25 162/17
164/18 164/20 165/5
165/7 168/1

**MR. McELROY: [27]**
189/2 189/12 191/7
193/15 195/15 208/10
208/23 214/19 233/17
248/18 249/19 249/25
250/2 250/6 253/20
259/6 265/8 265/15
265/19 266/2 274/4
274/17 274/22 275/7
275/10 277/9 282/10

**MR. SCAROLA: [24]**
146/11 146/22 147/5
147/13 147/20 147/25
148/7 148/15 149/11
150/11 150/24 151/16
153/5 153/8 282/21
283/9 283/12 283/15
283/21 284/1 284/3
284/5 284/9 284/12

**MR.
SCHWINGHAMMER:
[2]** 169/2 183/13

**MS. HATFIELD: [4]**
6/9 288/4 300/19 301/3

**THE COURT: [250]**
4/1 5/5 5/9 6/7 6/10 6/13
8/12 9/6 13/5 13/24 14/1
17/22 19/12 20/12 20/15
25/9 28/19 31/13 31/20
32/17 32/20 35/9 37/16
39/5 39/12 40/16 45/22
46/5 47/3 48/9 48/16
48/20 48/25 49/3 49/6
49/15 51/25 53/24 54/3
54/8 64/10 69/4 74/16
74/20 75/12 75/17 75/24
76/5 76/8 76/18 76/25
77/4 77/7 78/4 78/9
78/11 78/20 79/16 85/22
87/19 88/11 91/12 92/24
93/11 93/15 93/25 94/20
95/1 107/4 108/24
109/15 110/10 110/13
110/16 110/24 111/1
114/3 114/7 114/11
114/15 117/19 120/18
123/24 126/18 126/23
128/6 128/10 128/23
129/2 129/6 132/7
133/18 134/22 135/23
135/7 135/10 135/23
136/10 136/15 136/18
136/21 137/13 137/20
138/2 138/23 139/17
141/23 142/3 142/7

142/10 142/16 143/8
143/18 143/24 144/10
145/1 145/13 146/9
146/21 146/23 147/6
147/17 147/23 148/1
148/14 148/17 148/21
150/7 150/16 151/4
152/25 153/7 153/20
155/10 157/11 159/15
161/1 162/18 164/17
164/19 164/21 165/25
164/6 166/16 166/25
167/4 167/13 168/4
168/7 168/19 168/21
168/25 169/4 169/7
169/11 171/8 171/14
171/16 174/8 174/15
174/18 179/23 181/23
183/11 183/16 183/19
184/1 184/3 184/8
184/11 189/21 191/8
189/13 195/17 208/11
208/25 209/14 209/17
209/20 209/24 214/21
225/20 233/20 239/9
245/17 245/21 245/25
246/5 248/19 249/17
250/1 254/2 254/14
259/3 259/8 260/12
265/7 265/14 265/17
265/22 266/4 266/16
266/24 267/9 267/25
268/16 272/21 274/3
274/14 274/20 274/24
275/2 275/5 275/9
275/11 277/8 277/14
281/5 282/11 282/14
282/18 283/3 283/10
283/13 283/20 283/25
284/2 284/4 284/6
284/10 284/13 284/19
284/25 285/3 285/8
285/12 288/3 288/5
295/24 296/8 300/6
300/11 300/18 300/21
300/23 301/1 301/13
301/17 301/20 301/24

**THE WITNESS: [69]**
8/13 9/8 13/6 13/13
17/23 35/10 39/6 46/9
47/5 49/5 49/8 52/1
64/11 69/5 78/1 78/6
78/10 79/17 87/20 88/15
91/13 92/22 93/6 109/16
117/20 133/20 138/25
157/12 159/16 161/2
167/14 168/6 168/20
169/9 169/12 174/10
179/25 183/18 184/6
189/24 193/17 195/19
207/18 209/1 211/2
211/5 211/7 233/22
244/11 254/15 260/13
266/17 266/25 267/10
268/1 268/17 270/20
270/23 272/22 281/6

282/17 285/3 285/7
285/11 295/25 296/7
296/9 300/22 300/25

**,**

**'12 [1]** 93/23
**'15 [1]** 93/23
**'16 [1]** 93/23
**'40s [1]** 123/6
**'50s [3]** 104/25 123/4
127/7
**'58 [1]** 221/14
**'60s [1]** 223/11
**'70s [1]** 105/1
**'73 [1]** 162/22
**'80s [7]** 22/6 89/4 125/9
127/6 127/10 222/9
222/25
**'87 [1]** 30/17
**'90s [2]** 126/3 223/12

**-**

**-and [6]** 2/4 2/7 2/9 2/12
3/7 3/10
**-v [1]** 1/5

**.**

**.000 [1]** 23/16
**.0002 [1]** 23/17
**.00036 [1]** 25/25
**.002 [1]** 23/15
**.01 [1]** 181/18
**.06 [1]** 161/6
**.08 [2]** 161/6 181/20
**.1 [4]** 132/17 132/18
132/21 132/21
**.1-mile [4]** 132/17
132/18 132/21 132/21
**.30 [1]** 278/6
**.34 [5]** 38/11 180/9
180/20 181/18 182/1
**.35 [8]** 40/11 63/24
179/5 180/13 180/21
181/18 181/20 182/1
**.35 micrograms [3]**
40/11 179/5 180/13
**.35-microgram [1]**
180/21
**.43 [7]** 38/12 40/12
63/24 180/9 180/20
181/20 182/2
**.43 micrograms [1]**
38/12
**.86 [1]** 278/6

**/**

**/s/Stephen [1]** 304/12

**0**

**0.013 [1]** 12/25
**0.35 micrograms [1]**
38/17
**00021 [1]** 34/8
**0037 [1]** 34/9
**03 [2]** 46/16 46/19
**04-25 [1]** 278/5

**1**

**1.3 percent [1]** 12/25
**1/22/11 [1]** 100/19
**10 [13]** 1/9 29/3 48/17
69/8 99/25 99/25 100/16
100/19 100/21 112/21
113/18 158/3 177/20
**10 feet [2]** 133/5 269/13
**10 miles [1]** 132/12
**10 percent [6]** 17/3 17/8
20/3 116/1 130/16
276/13
**10-day [1]** 149/13
**10-mile [1]** 130/19
**10-minute [3]** 48/12
168/22 246/3
**100 [9]** 6/14 6/20 6/21
35/2 40/22 40/23 43/4
44/12 234/7
**100 feet [4]** 42/7 44/12
44/21 48/2
**100 percent [1]** 162/16
**1000 feet [2]** 42/6
116/10
**107 [2]** 235/25 236/1
**10:39 [1]** 48/19
**10:50 [1]** 48/19
**10th [1]** 304/10
**11 [12]** 19/7 69/7 100/19
160/13 225/6 225/8
244/14 244/19 244/21
245/4 245/16 272/24
**1100 [1]** 129/23
**1116 [1]** 98/22
**11160 [2]** 98/6 98/15
**1160 [1]** 98/21
**12 [9]** 53/2 69/7 95/12
95/14 175/13 225/2
244/9 244/22 273/2
**120 [1]** 303/8
**1212 [1]** 2/3
**122 [3]** 175/1 175/7
175/12
**124 [4]** 174/3 174/14
175/9 175/23
**12:12 [1]** 114/14
**13-80928-CIV-KAM [1]**
1/2
**136 [2]** 244/9 244/22
**14 miles [6]** 56/24 57/7
57/9 70/10 192/6 192/8
**140 feet [1]** 42/19
**14193 [1]** 99/4
**143 [9]** 234/6 234/8
234/18 235/20 236/11
256/14 272/19 272/23
273/4
**15 [9]** 53/2 112/22
140/22 149/14 158/19
174/3 174/14 194/4
232/8
**15 gallons [2]** 112/21
113/18
**15 miles [1]** 21/8
**15,000 [8]** 68/18 152/17
152/18 157/7 182/24

182/25 183/7 234/21
**150 feet [3]** 46/11 46/16
268/19
**153 [1]** 120/1
**15th [1]** 24/8
**16 [2]** 53/15 235/23
**164 [1]** 303/9
**168 [1]** 303/10
**169 [1]** 303/12
**18 [1]** 242/13
**184 [1]** 303/14
**19 [4]** 30/6 292/6 292/11
292/18
**19-foot [3]** 240/7 240/20
241/13
**1915 [1]** 224/9
**1957 [5]** 8/10 22/20 23/4
23/12 30/9
**1958 [7]** 8/1 221/13
221/23 222/23 243/15
244/6 259/19
**1960 [2]** 162/14 162/22
**1970s [1]** 105/2
**1971 [2]** 21/25 22/1
**1973 [1]** 162/14
**1980s [6]** 29/11 30/6
125/20 221/1 221/7
222/23
**1986 [2]** 30/9 30/17
**1991 [1]** 250/11
**1992 [2]** 198/16 199/4
**1995 [1]** 36/19
**1997 [2]** 199/1 199/7
**1:15 [1]** 114/8
**1:16 [1]** 114/14
**1st [1]** 291/1

**2**

**2 percent [1]** 12/15
**2.1 [1]** 247/1
**2.2 [1]** 247/1
**2.3 [1]** 247/1
**2.5 [1]** 247/1
**20 [11]** 16/7 81/18
112/22 127/9 174/3
174/14 270/3 270/7
279/25 283/11 283/14
**20 percent [1]** 20/2
**20-foot [1]** 240/6
**20.3 [1]** 264/14
**200 [2]** 224/7 263/4
**200 feet [7]** 44/21 48/3
270/17 271/4 271/4
271/24 273/15
**200 miles [1]** 13/10
**2000 [2]** 115/19 117/22
**2000 feet [7]** 47/8 83/19
83/25 115/17 115/22
116/8 273/7
**2000' [1]** 225/13
**2000s [1]** 126/3
**2001 [2]** 187/22 188/4
**2002 [1]** 199/24
**2007 [1]** 87/7
**2009 [4]** 61/13 107/25
111/24 127/25

**2010 [34]** 8/1 8/10 22/20
23/4 23/12 61/13 61/23
107/25 109/8 112/12
198/5
**2011 [35]** 22/18 35/1
52/9 57/21 93/23 104/1
104/2 104/3 185/2
185/10 196/24 196/25
197/4 197/8 197/8
197/14 198/14 210/9
210/15 217/15 225/1
225/3 225/14 226/5
226/7 226/19 234/10
237/14 237/24 238/19
239/1 242/16 249/9
257/4 261/16
**2012 [2]** 62/7 111/24
**2013 [1]** 87/7
**2015 [4]** 29/10 62/7
224/9 263/5
**2016 [29]** 24/8 29/10
52/10 57/22 61/23 62/7
109/8 170/5 185/10
185/12 195/8 196/23
197/5 197/9 197/14
210/15 210/18 225/14
225/24 226/8 237/15
240/13 291/1 292/4
292/6 292/11 292/18
292/24 293/2
**2017 [1]** 245/5
**2018 [2]** 1/9 304/10
**204 [2]** 244/9 244/22
**21 [1]** 218/20
**21-foot [3]** 218/13
218/18 219/5
**2100 [5]** 117/5 236/16
269/9 270/11 272/13
**2100-foot-per-day [1]**
48/3
**2139 [1]** 2/11
**2143 [2]** 234/9 236/11
**2143 feet [6]** 8/8 43/8
44/21 116/20 117/2
117/14
**2143 feet-per-day [1]**
44/14
**22 [3]** 240/13 241/12
242/12
**22-foot [2]** 240/6 240/19
**22.40 [2]** 28/3 28/4
**22.55 [2]** 28/2 28/6
**22.8 [2]** 28/5 28/6
**22.98 [3]** 28/2 28/4 28/5
**23 [3]** 53/15 154/1
155/13
**23.2 feet [1]** 24/22
**23.5 [1]** 31/1
**23.9 [1]** 31/1
**2378 [3]** 71/11 71/14
73/24
**23rd [2]** 292/24 293/2
**24 [3]** 81/19 170/5 236/11
**24.0 feet [1]** 24/21
**2400 [1]** 3/13
**242 [1]** 53/4

**2478 [1]** 71/10
**249 [2]** 43/4 303/15
**25 [6]** 17/1 194/4 221/12
221/16 222/9 278/5
**25 feet [1]** 16/7
**25,000 [6]** 157/7 157/19
157/21 164/3 164/11
167/2
**250 [13]** 117/8 129/25
234/8 234/9 234/14
234/14 234/24 235/14
236/4 238/9 238/17
238/24 273/4
**250 feet [7]** 22/14 22/22
34/23 35/3 256/5 256/6
256/15
**257 [1]** 107/1
**26 [5]** 4/14 247/17
247/17 248/17 248/23
**27 miles [1]** 8/11
**285 [1]** 303/17
**290 [1]** 81/18
**2:30 [1]** 168/24
**2:45 [1]** 168/24
**2A [1]** 264/15
**2nd [1]** 297/9

**3**

**3.2 [6]** 178/25 179/13
246/22 247/2 248/23
248/24
**3.2-microgram [1]**
243/15
**30 [11]** 40/6 42/15 42/24
43/16 46/18 55/8 60/25
83/13 88/17 121/22
125/8
**30 microns [1]** 276/18
**300 [1]** 3/5
**30326 [1]** 3/13
**3100 feet [2]** 243/15
244/6
**32204 [1]** 2/6
**33 [1]** 116/22
**33301 [1]** 2/8
**33316 [1]** 2/4
**33401 [2]** 1/20 3/9
**33409 [1]** 2/12
**33410 [1]** 2/14
**3344 [1]** 3/12
**34 [3]** 112/8 116/23
264/17
**341 [1]** 1/11
**35 [1]** 202/17
**35,000 [1]** 194/4
**3600 feet [1]** 259/21
**372-1 [1]** 272/15
**372-12 [2]** 244/9 244/22
**3768 [1]** 1/19
**3801 [1]** 2/13
**39 [1]** 298/19
**3rd [1]** 2/3

**4**

**4.3 [2]** 84/11 92/12
**4.6 [1]** 41/2
**4.7 [5]** 241/12 241/25

242/2 242/9 243/2
**4.7 miles [3]** 240/22
241/1 242/12
**40 [5]** 88/17 158/19
298/24 299/1 303/5
**40 feet [1]** 15/22
**40 percent [1]** 16/18
**40-feet-per-day [1]**
270/7
**41 [1]** 298/20
**43 [1]** 264/17
**44 [3]** 252/11 281/14
282/2
**440 [1]** 2/8
**45 [1]** 32/22
**45 feet [1]** 270/3
**45 miles [1]** 205/18
**49 [1]** 303/7
**49th [3]** 98/6 98/15
98/22
**4:31 [1]** 246/4
**4:43 [1]** 246/4

**5**

**5 miles [9]** 57/6 60/8
83/6 83/11 132/16 241/3
241/25 253/12 272/9
**5 percent [4]** 17/9 17/9
17/10 19/22
**5.1 [1]** 8/20
**5.1 miles [1]** 57/2
**50 [9]** 55/8 56/4 67/8
88/17 121/20 122/2
131/15 132/16 134/4
**50 feet [2]** 40/6 133/23
**50-foot [2]** 17/2 40/5
**50-plus [1]** 132/13
**50-year [2]** 131/3 132/4
**500 [1]** 117/8
**500 feet [4]** 115/23
116/12 271/23 271/24
**500-E [1]** 3/9
**514-3768 [1]** 1/19
**54 [1]** 3/5
**55 [1]** 236/2
**55 feet [1]** 235/25
**550 feet [2]** 25/20 25/24
**561 [1]** 1/19

**6**

**6 miles [5]** 117/3 117/15
264/24 281/7 289/10
**60 [7]** 21/12 60/15 70/15
111/9 181/1 182/6
205/22
**60 feet [9]** 42/15 42/24
43/16 67/8 88/17 126/5
134/4 158/19 160/12
**60-foot [1]** 56/4
**60-square-mile [1]**
155/3
**600 [1]** 2/13
**600s [1]** 130/1
**60610 [1]** 3/6
**6400 [2]** 115/21 129/23
**6:00 o'clock [1]** 283/5
**6:02 [1]** 302/2

(WITNESSNAME)                                                                                    Index: 70..allege

**7**

**70 [3]** 181/1 182/6 205/22
**701 [1]** 1/19
**75 percent [1]** 21/9
**7500 feet [2]** 282/6 282/8
**777 [1]** 3/8
**7B [1]** 46/2

**8**

**80 [5]** 21/9 84/18 85/11 86/3 270/25
**80 micrograms [1]** 84/16
**800s [1]** 130/1
**84 [1]** 256/14
**865 [1]** 2/6
**87 feet [1]** 200/1

**9**

**9 miles [2]** 60/12 260/5
**9-mile [1]** 131/8
**90 degrees [1]** 37/11
**900 [1]** 237/17
**9100 [1]** 259/24
**9100 micrograms [1]** 264/13
**940 [9]** 237/16 237/25 238/4 238/10 238/17 238/19 239/1 257/4 257/21
**940 feet [4]** 22/16 22/19 23/8 258/11
**99 feet [2]** 43/4 273/18
**9:00 [1]** 300/8
**9:27 [1]** 5/8
**9:29 [1]** 5/8

**A**

**a.m [4]** 5/8 5/8 48/19 48/19
**abandon [2]** 94/19 95/2
**ability [4]** 142/1 191/6 254/24 266/23
**able [8]** 26/23 34/10 127/19 152/13 167/23 259/4 272/12 283/18
**above [20]** 24/21 24/22 40/9 40/12 180/22 181/13 181/20 195/21 229/9 234/9 247/2 247/9 247/10 248/23 248/24 273/4 273/7 287/24 288/17 304/9
**above-entitled [1]** 304/9
**absence [1]** 103/13
**Absent [1]** 187/19
**absolute [2]** 260/24 261/3
**absolutely [9]** 71/14 102/5 103/12 121/15 125/19 159/13 178/15 238/2 243/1
**academic [1]** 203/18
**accept [6]** 79/19 147/9

147/12 148/7 181/6 239/12
**acceptable [4]** 10/6 40/9 62/25 230/11
**accepted [5]** 140/20 154/19 171/7 187/4 235/12
**accepting [1]** 151/1
**access [2]** 76/16 118/16
**accessible [1]** 189/8
**according [4]** 36/24 120/12 172/11 259/24
**account [4]** 223/24 230/25 231/5 235/3
**accounts [1]** 11/7
**accreditation [10]** 73/21 73/25 74/9 74/12 74/22 76/6 76/9 77/21 78/8 80/1
**accreditations [1]** 77/12
**accredited [9]** 73/23 73/23 74/24 75/23 76/1 76/14 78/16 79/13 79/23
**accrediting [1]** 75/11
**accurate [7]** 194/19 194/20 212/11 212/24 212/24 213/23 241/22
**accurately [5]** 26/4 107/22 296/6 296/11 298/2
**accuse [1]** 239/4
**accusing [1]** 239/10
**acknowledged [3]** 75/16 75/17 137/11
**Acreage [155]** 7/15 7/18 7/23 8/4 8/6 8/19 8/24 15/2 18/9 19/1 22/20 23/4 23/12 28/22 28/24 33/13 36/21 39/3 40/2 40/8 52/3 52/14 52/23 53/7 53/18 53/19 56/20 57/24 58/3 58/18 59/6 59/11 59/15 60/21 63/10 65/23 68/2 68/6 69/2 70/11 75/1 82/10 82/21 88/9 97/21 109/14 116/2 116/7 119/24 120/7 120/15 126/16 127/21 129/18 129/22 131/2 132/5 134/15 135/21 136/14 136/25 137/2 137/6 137/18 138/8 138/13 139/7 139/13 156/11 156/13 156/18 156/22 157/10 157/17 157/21 158/18 159/11 160/6 160/15 160/24 162/17 162/23 163/14 168/16 172/18 173/5 173/8 176/1 176/9 178/1 178/4 178/7 178/12 178/17 178/25 182/3 182/7 182/10 182/12 182/12 192/6 192/9 192/11 192/17 192/21 192/24 192/25 193/19

194/23 211/18 212/7 213/16 214/6 215/17 216/25 218/4 219/23 220/4 220/12 221/23 229/19 229/21 230/5 232/5 232/16 235/2 236/9 240/22 241/16 247/10 247/19 247/22 253/2 253/4 253/6 255/14 256/25 258/21 258/24 260/7 264/16 265/5 265/13 268/10 271/2 280/1 281/9 289/24 290/2 291/15 293/20 294/10 295/3 295/11 295/23
**across [17]** 49/22 37/5 52/20 54/21 56/5 59/6 69/9 69/11 69/23 69/24 79/4 85/10 106/21 159/23 202/22 262/18 288/25
**act [3]** 133/10 133/14 271/20
**action [5]** 30/15 30/16 148/25 151/21 152/25
**actions [2]** 199/6 287/19
**active [1]** 243/14
**activities [1]** 291/4
**acts [1]** 255/3
**actual [18]** 34/11 35/14 51/25 72/5 80/10 100/10 184/4 196/3 217/5 217/19 221/10 235/19 237/4 242/16 242/18 258/5 261/18 261/21
**actually [83]** 11/5 16/15 18/3 26/6 32/12 34/25 40/15 42/1 43/18 51/21 59/19 60/12 61/25 67/24 68/11 68/23 69/8 69/14 70/14 70/21 71/11 72/17 73/18 74/8 74/11 75/15 82/2 82/5 82/18 82/25 84/22 87/16 89/16 90/10 90/11 90/25 91/4 102/2 104/15 108/4 108/14 111/16 112/20 115/20 129/22 132/10 132/23 133/24 166/20 167/9 167/17 167/24 168/1 176/20 189/23 218/24 222/17 225/9 234/11 235/16 236/5 236/13 237/15 238/22 239/3 241/24 255/2 255/3 256/18 258/2 263/4 264/24 270/18 271/2 272/9 272/12 279/9 286/14 286/23 286/24 287/1 290/5 299/4
**ad [2]** 157/22 270/18
**added [2]** 103/20 237/3
**adding [1]** 129/9
**addition [4]** 88/23 124/25 154/9 206/15

**additional [5]** 199/14 216/8 238/20 257/14 261/9
**address [12]** 35/22 94/12 94/14 94/16 94/23 94/24 95/3 148/11 150/5 153/10 295/10 296/20
**addressed [3]** 146/20 149/17 149/18
**addresses [4]** 67/21 97/25 98/11 112/3
**addressing [2]** 146/14 156/20
**adjacent [1]** 134/8
**adjust [3]** 217/16 220/9 220/10
**adjusted [1]** 215/14
**admissibility [1]** 149/21
**admissible [2]** 154/19 154/20
**admits [1]** 189/22
**admitted [2]** 75/14 148/6
**admittedly [1]** 158/7
**adopted [1]** 170/14
**advance [2]** 20/24 229/8
**advanced [2]** 203/24 289/14
**advection [1]** 11/6
**advised [1]** 301/6
**advising [1]** 180/4
**advisory [8]** 179/10 179/19 179/21 180/1 180/4 180/21 180/22 181/13
**Advocacy [1]** 188/7
**advocate [1]** 188/14
**aerial [1]** 213/23
**affect [6]** 135/25 222/8 238/14 254/12 260/19 260/20
**affected [1]** 244/2
**affects [2]** 4/22 255/7
**affidavit [9]** 5/14 8/16 64/10 115/1 116/23 128/13 171/12 177/19 265/19
**affidavits [5]** 144/16 151/9 151/14 223/14 300/10
**after [23]** 5/8 16/17 40/15 48/19 102/10 112/20 114/14 121/7 168/24 189/15 199/4 238/12 245/22 246/4 249/2 257/14 279/2 279/3 293/3 293/9 293/19 298/7 300/17
**afternoon [10]** 114/16 114/20 120/25 121/1 121/6 184/17 184/21 249/23 249/24 285/17
**afterwards [1]** 199/24
**again [79]** 5/25 6/14 32/24 39/11 39/15 40/22 44/16 54/11 67/6 77/19

81/24 83/12 92/18 97/19 98/2 123/3 127/23 129/10 129/19 130/4 135/24 137/14 138/3 150/17 151/5 157/9 158/25 160/10 161/8 171/11 180/25 181/21 187/15 191/19 195/20 196/9 202/6 211/21 216/20 217/3 218/15 219/25 222/3 222/12 224/1 225/6 226/4 226/16 226/16 227/23 230/11 230/22 232/20 232/25 233/1 233/14 233/23 234/5 235/7 235/15 243/14 243/24 245/9 247/21 248/7 253/16 256/20 259/23 260/23 260/24 262/16 266/18 272/21 274/7 276/2 279/6 279/16 300/9
**against [1]** 125/24
**age [1]** 14/19
**agencies [3]** 74/10 172/16 224/10
**agency [4]** 74/22 75/11 188/7 215/20
**agent [2]** 196/3 200/15
**agents [2]** 196/3 196/5
**aggregate [1]** 267/13
**Aggregates [7]** 153/12 270/18 270/23 270/25 271/10 271/12 271/15
**ago [5]** 159/7 175/4 175/6 238/25 254/7
**agree [40]** 48/1 52/6 54/23 55/18 56/11 57/7 57/12 58/7 65/22 74/6 81/24 84/21 86/3 87/14 111/12 116/25 117/14 117/18 117/22 136/13 152/8 172/1 180/14 181/12 196/14 200/12 201/7 212/6 215/18 216/13 224/18 225/3 226/14 238/3 243/6 262/1 262/3 264/22 276/9 294/19
**agreed [3]** 201/11 283/23 300/16
**agreement [2]** 153/19 290/18
**Agricultural [1]** 178/8
**Ah [1]** 191/2
**ahead [8]** 33/2 40/17 46/9 47/5 124/20 133/20 290/25 295/8
**air [3]** 34/25 123/15 170/7
**akin [2]** 132/3 185/20
**al [2]** 1/3 1/7
**Alex [1]** 3/3
**align [1]** 258/4
**allege [1]** 102/20

**A**

**alleged [2]** 9/2 50/5
**allot [2]** 247/20 248/1
**allotting [1]** 32/23
**allow [3]** 154/4 154/11 300/17
**allowable [1]** 134/22
**allowed [2]** 239/8 266/2
**allows [1]** 140/3
**almost [4]** 21/12 21/12 60/12 258/2
**alone [2]** 82/15 260/1
**along [29]** 13/9 13/10 24/17 24/18 29/19 58/2 62/21 101/1 104/24 115/24 115/24 130/2 175/7 200/9 219/16 231/23 233/5 233/6 233/7 234/17 240/20 241/16 241/18 255/14 255/18 256/16 263/21 270/25 281/8
**already [10]** 32/22 32/23 93/9 128/16 133/17 137/11 141/20 174/19 254/5 261/23
**also [57]** 19/10 22/25 23/4 23/11 24/15 28/6 31/2 44/6 55/6 55/6 56/11 56/19 57/22 58/21 59/10 61/21 62/10 66/1 66/19 67/7 78/17 81/3 83/4 84/18 90/18 97/21 99/3 101/13 108/2 119/15 122/12 124/12 125/2 126/9 126/13 136/5 171/4 172/2 176/25 178/11 185/12 204/8 231/14 234/10 253/4 257/3 258/18 259/3 262/4 263/21 267/7 267/20 269/1 269/15 283/8 288/23 294/14
**alter [1]** 272/9
**alternative [1]** 65/14
**although [1]** 40/12
**altitude [2]** 211/22 211/23
**always [11]** 62/15 63/20 63/21 194/4 194/7 194/9 238/13 238/15 252/12 258/5 287/19
**am [18]** 50/4 60/24 60/24 66/10 89/25 118/13 146/24 150/18 151/16 166/25 184/19 204/4 238/21 239/1 239/8 245/5 268/2 284/12
**American [1]** 35/21
**among [5]** 50/8 170/11 201/20 215/9 215/10
**amount [9]** 10/24 56/19 56/21 107/21 142/22 152/10 160/23 170/22

256/23
**amounts [4]** 29/16 124/16 152/11 209/4
**analogous [1]** 21/14
**analogy [2]** 21/13 257/1
**analyses [2]** 10/11 75/5
**analysis [48]** 18/6 34/18 51/9 51/21 52/6 52/16 52/23 53/6 54/12 58/16 72/10 72/20 97/20 97/24 115/5 115/13 118/4 125/1 143/4 144/8 156/9 164/11 186/6 210/15 210/19 217/23 220/17 223/1 223/24 224/15 231/11 231/16 231/20 232/8 232/14 232/22 232/24 235/18 237/24 238/4 238/10 238/11 239/2 249/2 257/7 257/9 257/21 275/25
**analytical [2]** 61/6 124/19
**analyze [2]** 138/12 156/10
**analyzed [4]** 13/1 63/9 63/11 218/1
**analyzing [1]** 204/23
**Anastasia [12]** 12/1 12/5 12/6 12/17 12/23 13/3 13/8 13/12 14/21 16/14 17/15 19/17
**Anatomy [1]** 273/25
**and 6 [1]** 278/6
**and/or [2]** 252/5 291/12
**Andrew [4]** 3/2 40/19 49/10 49/24
**Andrews [1]** 2/8
**Annual [1]** 245/5
**anomalies [1]** 72/22
**another [25]** 9/2 9/17 16/15 17/6 26/19 43/21 45/6 55/1 84/20 93/12 102/20 121/9 142/4 142/8 207/21 244/7 260/5 264/14 273/16 273/23 282/20 283/6 283/11 284/22 300/6
**answer [51]** 12/20 27/23 45/22 46/5 53/8 53/14 53/20 69/22 76/17 81/22 81/23 83/11 83/23 84/1 92/19 93/13 94/23 107/10 113/7 120/8 138/4 150/17 157/20 159/6 159/13 161/3 162/24 173/24 190/20 191/20 193/9 193/9 193/10 193/13 193/15 193/18 194/3 200/23 200/24 210/16 211/16 227/12 229/1 229/13 230/10 233/19 233/20 238/23 245/9 249/10 259/9
**answered [1]** 176/6

answering
**answers [7]** 47/4 156/21 192/1 227/16 229/22 230/3 230/15
**answers [2]** 7/3 93/17
**anticipated [1]** 195/14
**any [155]** 4/15 22/12 29/17 30/13 30/14 33/15 33/15 34/24 35/13 38/8 41/24 55/17 57/13 58/25 59/12 61/15 63/17 64/1 64/7 64/12 64/14 66/15 77/7 77/24 79/7 82/1 82/20 82/24 83/4 83/23 97/24 98/25 99/14 100/13 105/21 105/21 113/10 113/21 115/24 117/10 120/5 120/20 125/2 129/3 134/3 140/15 141/12 148/12 149/22 152/12 152/13 154/21 156/11 157/15 159/10 159/12 162/10 163/22 168/16 171/9 171/23 171/24 172/6 177/2 178/1 178/5 178/10 178/16 178/17 182/4 182/18 183/13 189/15 193/4 193/4 193/4 193/23 193/24 194/1 198/7 199/14 205/2 205/3 205/17 206/3 206/6 206/8 219/4 220/22 220/22 221/6 221/20 222/6 222/6 222/6 228/4 229/18 229/21 229/23 229/23 242/3 243/19 243/20 243/25 244/5 247/19 248/5 249/19 252/21 253/13 254/10 254/12 260/6 260/7 260/18 262/21 262/25 263/12 263/15 265/2 266/22 268/23 268/23 269/12 271/21 272/1 272/1 272/7 273/19 276/25 278/3 279/10 280/14 280/21 280/21 285/25 287/14 288/10 288/20 289/13 289/15 289/18 290/2 293/20 294/8 295/13 295/18 296/19 296/19 298/13 298/15 298/21
**anybody [5]** 5/19 190/13 205/20 230/8 280/14
**anybody's [1]** 5/11
**anyone [5]** 178/22 190/15 205/16 222/11 272/4
**anyplace [2]** 70/12 93/2
**anything [27]** 6/1 7/16 31/18 83/2 90/16 95/24 131/16 149/6 151/10 153/11 156/10 161/10

177/25 207/8 209/22 217/20 217/21 220/10 230/4 234/24 247/12 252/20 265/4 273/10 282/13 293/21 299/9
**anyway [3]** 16/25 155/15 243/6
**anywhere [23]** 48/7 56/24 69/16 83/14 83/16 87/11 92/5 97/13 113/12 115/25 121/13 127/22 128/21 137/10 138/2 156/18 156/22 187/8 187/8 205/2 209/10 268/19 282/7
**aol.com [1]** 1/20
**apart [2]** 17/2 25/20
**apologies [2]** 20/14 301/20
**apologize [4]** 54/3 99/8 153/17 165/9
**Appearances [3]** 1/16 2/1 3/1
**appears [2]** 71/14 249/3
**appendix [18]** 22/18 23/8 35/1 36/17 43/24 43/24 44/4 185/9 196/23 196/25 197/5 197/14 223/18 225/13 225/14 225/23 225/24 237/14
**application [3]** 141/13 231/7 232/15
**applied [4]** 48/6 179/11 232/11 235/16
**apply [3]** 164/10 252/6 259/22
**applying [1]** 36/7
**appraisal [1]** 154/20
**appreciate [2]** 249/16 283/13
**approach [10]** 174/8 180/2 225/19 232/19 236/21 250/1 251/14 256/19 274/3 275/11
**appropriate [11]** 10/15 74/3 114/2 143/17 187/13 196/7 227/4 230/2 230/5 253/24 258/6
**appropriately [1]** 5/4
**approved [2]** 163/7 163/24
**approximate [1]** 262/15
**approximately [9]** 9/21 134/7 221/12 240/22 241/3 244/6 258/5 259/19 281/13
**aquifer [24]** 10/20 10/21 10/24 11/24 14/9 20/20 21/14 31/5 55/25 56/1 91/10 182/12 208/19 209/3 234/22 240/18 261/2 261/3 261/4 261/6 262/23 269/6 275/18 296/25
**aquifers [1]** 268/18

256/23
**Arcadis [14]** 20/7 24/3 214/15 214/16 214/17 215/16 216/3 216/7 216/9 216/11 216/24 217/7 243/19 247/24
**Arcadis' [2]** 214/22 215/1
**area [227]** 5/18 12/11 18/14 18/14 23/3 24/6 24/20 27/22 29/5 29/17 30/11 30/17 31/13 32/15 33/9 37/1 39/23 39/23 41/11 42/2 42/15 43/10 43/11 43/12 43/19 46/20 47/9 47/12 47/14 48/6 50/6 50/18 51/1 51/4 51/6 51/14 51/17 51/23 52/3 52/8 52/17 52/19 52/20 54/12 54/13 54/17 54/24 54/25 54/25 55/11 55/16 55/19 55/25 56/13 56/14 56/25 57/10 57/14 58/5 58/9 58/23 59/2 59/24 60/1 60/2 60/2 60/3 60/9 60/13 60/13 60/19 63/15 63/16 63/22 64/13 64/21 64/23 65/16 66/7 66/17 66/24 67/4 67/18 67/22 68/16 69/9 69/11 69/17 69/20 69/23 69/24 70/3 70/7 70/9 71/15 81/16 81/25 82/3 83/8 84/6 87/17 91/16 99/17 102/25 108/14 108/21 109/5 109/22 111/5 111/9 111/9 111/13 113/12 113/24 115/2 115/18 115/21 116/3 116/4 116/17 117/4 117/12 117/16 117/17 117/25 118/2 118/6 119/4 119/9 120/4 120/13 122/19 127/15 127/20 128/3 128/20 129/11 129/18 129/21 130/14 130/19 132/11 137/1 137/19 138/20 139/2 139/4 155/3 156/7 157/6 178/3 178/8 193/5 193/24 200/14 200/14 201/5 201/8 201/10 206/21 211/20 212/1 212/7 212/10 213/19 213/20 214/3 214/6 214/8 215/25 216/9 216/18 217/16 218/6 219/1 220/6 220/14 220/15 221/19 222/11 234/13 234/13 236/19 241/15 242/8 255/6 256/12 256/13 258/25 260/8 264/1 267/14 267/22 267/24 268/4 268/6 268/15 268/24 269/2 269/3 269/16 271/15 271/16 271/16

**A**

**area... [23]** 271/20
275/16 275/20 275/24
276/8 277/24 279/17
281/21 286/20 287/24
289/1 289/11 289/19
294/11 294/21 297/12
297/22 297/24 298/3
298/22

**area's [1]** 59/8

**areas [15]** 56/24 57/9
82/14 136/25 200/20
201/1 211/22 211/23
211/25 218/7 236/20
265/21 270/5 276/4
291/14

**arena [1]** 81/6

**argue [3]** 4/20 4/22
143/20

**arguing [1]** 283/8

**argument [1]** 4/14

**argumentative [8]** 87/19
108/24 109/15 123/24
191/8 193/16 208/11
248/19

**arithmetic [1]** 177/21

**aromatic [1]** 177/21

**around [22]** 10/25 12/15
25/2 26/17 26/21 31/2
40/6 41/12 56/12 56/20
63/10 88/17 115/20
117/12 120/4 129/23
165/18 165/19 170/7
214/3 219/12 241/25

**arranged [1]** 287/5

**arrival [2]** 11/15 244/5

**arrive [3]** 58/23 59/1
59/11

**arriving [1]** 183/25

**arrow [1]** 249/8

**arrows [15]** 24/10 30/19
30/19 30/22 37/3 55/14
216/11 216/17 220/2
220/8 223/19 261/12
261/15 261/15 261/24

**art [2]** 130/9 132/23

**article [6]** 13/18 14/18
16/14 17/20 250/10
273/25

**articles [1]** 13/20

**articulated [2]** 140/16
237/7

**arts [1]** 285/23

**aside [3]** 135/5 252/8
276/8

**ask [43]** 5/2 26/8 36/20
39/11 49/25 53/13 75/21
76/21 78/4 85/23 85/24
87/6 92/20 110/11 137/9
138/3 142/10 163/3
164/6 168/18 169/24
184/21 185/16 189/16
190/6 190/22 191/4
191/7 219/25 228/23
228/23 228/25 229/3

229/12 229/22 230/3
232/1 233/18 245/24
254/3 255/5 277/11
283/18

**asked [55]** 4/7 20/19
23/14 32/16 46/5 47/3
48/1 52/2 52/15 52/22
53/10 57/16 81/11 81/11
83/10 94/21 94/24
100/15 117/5 117/21
134/21 134/23 134/25
137/24 153/9 161/9
165/25 166/9 173/6
173/23 174/24 176/5
185/22 190/20 191/20
192/11 205/7 232/3
233/19 251/23 252/18
252/20 255/6 255/21
255/21 257/3 258/18
267/19 277/22 278/1
279/4 279/16 287/14
298/12 301/17

**asking [23]** 45/22 58/5
58/6 60/9 74/18 74/21
92/5 92/22 135/4 135/5
137/16 142/9 145/3
189/20 197/7 208/23
209/20 216/16 216/23
231/20 231/22 256/8
258/11

**Asks [1]** 69/3

**ASR [1]** 207/25

**asserted [2]** 149/19
154/5

**assertion [3]** 150/13
151/12 152/1

**assertions [4]** 149/21
149/25 150/3 151/1

**assess [3]** 156/23 167/10
251/1

**assessed [1]** 193/8

**assessing [2]** 122/17
122/22

**assessments [1]** 161/9

**assignment [4]** 289/22
289/24 290/8 293/18

**assistance [1]** 288/16

**assistant [1]** 290/16

**assisted [1]** 287/12

**assisting [1]** 287/8

**associated [14]** 17/6
52/4 54/18 55/4 80/17
88/21 89/5 89/7 91/18
104/20 105/16 159/3
188/2 218/21

**Association [2]** 202/25
204/5

**assume [16]** 37/13 73/7
85/23 87/6 104/17 105/2
142/4 142/10 156/17
180/24 180/24 181/4
212/23 215/3 216/10
278/16

**assumed [5]** 72/17
171/23 172/3 172/15
195/22

**assume [1]** 78/20

**assuming [2]** 90/14
180/19

**assumption [2]** 51/8
85/25

**assumptions [1]** 236/13

**assurance [2]** 190/12
190/15

**assured [1]** 257/18

**Atlanta [1]** 3/13

**attach [1]** 92/2

**attached [2]** 32/13
41/25 71/6 143/2 143/16
147/10 197/5 197/14
221/11 225/24 244/9
301/6

**attachments [2]** 32/10
142/16

**attacked [1]** 253/21

**attacking [1]** 136/9

**attempt [1]** 199/20

**attempted [1]** 135/16

**attempting [1]** 151/25

**attention [10]** 4/21 6/25
52/24 84/2 89/20 95/11
106/25 120/1 165/3
299/5

**attorney [1]** 185/15

**attorneys [3]** 188/7
190/5 251/14

**attributed [2]** 173/21
176/2

**attributes [1]** 97/4

**August [2]** 291/1 292/3

**August 1st [1]** 291/1

**authenticate [1]** 76/21

**authored [1]** 13/19

**authorities [1]** 171/20

**available [6]** 7/13
123/18 183/4 183/5
213/1 291/8

**Avenue [2]** 2/3 2/8

**average [20]** 9/19 10/3
10/3 11/3 17/19 17/25
20/2 20/24 129/23
227/22 228/2 229/4
229/5 229/7 229/10
234/4 235/3 236/7
236/25 243/10

**averages [3]** 10/15 22/8
233/2

**averaging [4]** 11/4 11/8
47/19 117/2

**avoid [1]** 128/13

**aware [15]** 24/9 42/4
66/11 66/19 66/23 80/4
108/8 170/16 170/25
171/22 187/7 187/11
196/19 205/16 227/11

**away [9]** 9/16 16/24
45/10 56/24 57/9 248/5
253/10 273/15 283/14

**B**

**B-e-d-i-e-n-t [1]** 49/6

**B12 [1]** 161/25

**baby [1]** 173/15

**bachelor [1]** 285/23

**bachelor's [1]** 285/19

**back [46]** 6/11 7/21
29/11 29/13 45/17 46/19
46/24 46/24 47/6 47/25
47/25 48/22 50/17 61/3
62/4 67/24 68/12 70/17
74/24 76/13 94/14 95/4
95/7 98/4 104/2 104/25
105/6 107/16 111/20
112/19 114/8 123/4
123/6 127/25 141/17
148/19 151/8 157/8
157/19 162/9 175/23
221/2 223/10 261/16
262/9 297/8

**back-calculate [1]** 7/21

**backed [2]** 137/19 172/3

**background [3]** 76/3
287/25 288/18

**backwards [1]** 59/18

**ball [1]** 283/3

**bands [2]** 45/17 46/15

**Bar [1]** 187/23

**Barbara [2]** 20/6 20/8

**Barnhart [1]** 2/10

**barrel [1]** 221/18

**barrier [4]** 14/13 55/15
261/3 261/4

**barriers [1]** 260/24

**bars [1]** 86/17

**Bartlit [2]** 3/4 188/12

**Bartlit-Beck [1]** 188/12

**base [3]** 14/24 23/18
123/15

**based [51]** 7/13 23/19
28/7 48/5 52/11 56/5
71/5 91/2 102/8 105/9
105/9 105/10 115/5
116/15 116/16 116/25
117/10 120/11 120/11
120/16 124/7 127/23
149/20 149/21 150/18
159/21 159/22 159/22
159/23 171/7 171/7
173/25 176/23 180/6
183/14 186/9 200/12
213/8 215/15 215/16
216/23 217/19 237/5
240/15 252/5 256/13
257/1 275/25 279/23
282/4 295/15

**bases [2]** 122/13 163/19

**basically [37]** 27/24 59/3
62/17 80/16 88/8 115/13
122/18 125/24 137/15
159/23 161/22 192/4
199/16 200/7 204/13
217/18 223/17 223/20
224/3 225/15 233/4
234/20 237/6 239/22
241/10 243/14 243/24
253/9 256/1 257/25
267/15 276/12 280/4
281/7 287/8 294/19

301/13

**basis [18]** 12/20 35/18
39/9 39/12 102/18
123/16 132/14 145/18
145/19 145/20 152/3
152/12 154/4 154/8
156/23 182/9 194/7
259/18

**battle [1]** 168/12

**BDL [4]** 100/6 100/7
100/12 100/20

**Beach [26]** 1/8 1/20 2/11
2/12 2/14 3/9 87/7 87/15
87/18 87/23 127/16
131/3 153/12 198/22
200/22 223/7 270/18
270/22 270/24 271/10
271/12 271/14 276/3
280/7 280/9 280/10

**because [88]** 4/12 4/21
4/22 4/24 12/5 21/3
26/14 27/2 27/21 27/21
31/22 37/22 56/2 59/19
59/22 64/5 67/6 69/25
77/19 81/6 82/16 83/11
86/11 95/22 97/16 98/5
98/10 103/8 105/12
105/23 112/3 113/4
131/10 136/21 137/10
137/19 143/20 148/2
152/13 158/6 167/1
167/18 175/8 178/24
187/16 188/20 197/7
203/6 205/7 205/8
206/21 209/4 209/6
211/1 211/15 212/13
215/18 217/1 217/3
220/13 221/3 222/3
222/12 225/15 226/17
230/23 233/4 235/13
235/20 237/19 241/14
247/1 248/16 254/5
255/10 256/13 256/16
260/24 263/18 272/10
272/25 277/1 279/2
282/25 283/7 286/9
294/24 300/6

**Beck [2]** 3/4 188/12

**become [1]** 253/10

**becomes [2]** 250/25
272/10

**Bedient [43]** 48/15
48/23 48/24 48/25 49/3
49/6 49/19 51/17 52/25
54/11 77/11 78/25 81/11
86/2 91/20 91/23 96/4
99/9 102/1 114/20
164/25 202/20 202/22
202/23 203/10 206/1
213/4 227/8 227/11
231/13 266/22 267/21
270/8 270/10 270/11
277/4 293/25 294/18
296/5 296/15 296/20
298/1 303/6

**Bedient's [5]** 203/1

**B**

**Bedient's... [4]** 203/18 206/3 206/15 235/21
**beds [2]** 270/14 271/9
**before [46]** 1/13 4/5 5/3 26/6 29/11 30/1 34/1 46/5 48/13 57/5 62/13 75/5 76/18 92/19 93/3 93/17 100/6 112/23 118/14 129/1 129/8 143/24 145/10 153/14 156/17 159/4 159/9 163/17 168/23 171/9 184/23 198/8 216/16 216/17 216/23 222/9 222/25 246/12 249/25 277/20 287/14 291/23 293/10 294/12 294/14 299/23
**began [3]** 22/4 30/8 220/19
**beginning [2]** 104/17 254/17
**behalf [1]** 49/25 188/15
**behind [2]** 164/2 292/22
**being [36]** 69/22 89/1 109/4 118/7 125/21 126/4 128/20 135/1 136/7 142/23 143/4 143/10 143/24 144/21 146/19 147/11 148/5 150/3 152/17 153/20 161/15 161/18 170/4 170/17 173/8 180/15 188/13 199/6 217/5 230/2 242/9 260/15 260/20 265/23 266/19 267/2
**believe [59]** 8/15 12/2 12/2 12/24 13/20 18/2 18/20 22/14 23/16 29/15 36/17 41/2 44/25 46/13 47/15 48/16 52/7 52/9 59/11 67/13 69/7 70/14 73/24 84/17 98/21 99/24 102/23 103/25 110/21 112/17 113/22 119/7 128/5 139/20 142/1 142/16 148/13 170/4 183/1 204/15 212/16 222/25 223/12 244/14 250/11 250/16 251/7 261/23 261/23 278/10 283/23 286/7 288/9 292/15 296/23 296/24 300/14 301/9 301/23
**below [8]** 15/22 40/7 50/25 100/7 100/7 172/20 178/25 200/1
**beneath [4]** 44/20 156/7 187/4 187/13
**beneficial [2]** 193/13 193/14
**benefit [1]** 197/2
**best [16]** 142/1 207/13 208/2 208/3 208/7

208/16 209/12 236/5 237/13 247/23 249/1 256/17 257/12 257/19 257/20 292/16
**better [9]** 27/23 87/17 130/10 145/9 200/25 285/6 285/10 292/15 294/20
**between [66]** 8/3 8/4 8/18 15/18 21/11 21/12 23/4 25/19 25/21 28/4 28/5 28/8 34/23 43/16 55/15 56/21 56/24 60/12 105/22 107/8 107/24 110/18 116/3 116/6 117/2 133/6 137/23 162/14 162/22 163/2 201/8 201/10 210/14 212/6 218/13 218/18 222/23 227/21 227/25 228/3 235/2 236/12 239/25 240/3 240/5 240/19 241/1 241/6 241/7 241/8 241/12 242/1 247/22 251/2 255/13 256/3 265/21 268/9 271/19 273/18 276/7 281/7 281/19 281/23 297/11 297/21
**beyond [9]** 31/17 32/19 78/15 187/5 200/11 229/9 243/16 260/1 271/23
**big [3]** 88/7 88/7 134/1
**billion [4]** 84/11 84/18 85/11 86/3
**binder [7]** 49/22 67/11 74/9 78/25 96/5 284/17 292/21
**binders [1]** 184/11
**biologists [1]** 202/3
**biproducts [1]** 162/22
**bit [23]** 41/20 50/18 55/3 59/18 59/22 67/10 70/19 97/1 98/5 100/22 103/21 211/14 213/15 213/15 222/19 242/14 254/7 263/10 265/9 276/23 279/20 282/25 289/2
**black [2]** 119/2 232/10
**blank [9]** 80/7 80/9 80/12 80/15 97/2 97/4 141/7 141/9 141/16
**bleach [1]** 102/14
**blew [1]** 27/22
**block [1]** 133/15
**blot [1]** 103/2
**blotch [2]** 105/9 105/10
**blow [10]** 15/5 24/19 29/21 158/11 158/12 217/9 244/11 247/11 247/15 278/17
**blowup [1]** 273/2
**blue [12]** 24/11 36/20 43/4 86/6 112/9 112/11 112/16 216/2 246/21

246/23 246/25 271/18
**board [1]** 59/19
**body [1]** 144/16
**book [1]** 235/21
**books [1]** 205/22
**border [3]** 83/8 260/4 260/5
**bordering [1]** 271/16
**borders [1]** 254/19
**bore [1]** 106/19
**boring [2]** 17/6 46/15
**Boston [1]** 283/16
**both [17]** 52/9 55/5 58/24 84/10 95/18 130/4 145/3 152/18 195/1 213/11 229/24 235/10 235/13 237/9 264/17 276/16 296/5
**bottle [2]** 85/20 160/24
**bottles [1]** 62/20
**bottom [17]** 60/2 60/8 60/13 95/13 98/7 193/21 197/23 226/10 236/2 242/23 242/23 247/14 256/4 269/7 279/4 297/9 298/20
**Boulevard [2]** 2/11 2/13
**bound [1]** 184/14
**boundaries [5]** 51/8 51/12 200/11 201/11 275/19
**boundary [35]** 8/6 27/16 51/17 51/18 105/14 116/7 116/7 158/18 158/23 160/6 192/13 192/14 192/23 192/25 193/19 200/9 201/14 219/15 224/22 240/21 241/7 241/9 241/10 246/17 263/22 271/1 281/3 281/3 281/9 281/10 281/16 281/17 281/20 281/21 281/24
**bounding [1]** 10/8
**bounds [6]** 51/5 51/13 248/17 249/4 249/10 249/12
**brand [1]** 32/17
**breadth [3]** 121/18 122/3 122/25
**break [19]** 5/6 48/12 114/2 114/3 114/4 114/5 114/6 121/7 132/20 132/21 183/23 245/19 245/20 245/22 246/2 246/3 246/10 246/12 300/6
**breaking [1]** 248/22
**Brian [4]** 284/25 285/4 285/11 303/16
**brick [1]** 15/17
**brick-like [1]** 15/17
**brief [4]** 40/16 164/19 168/3 283/19
**briefly [5]** 4/5 40/24 121/8 153/22 252/23

**bring [4]** 98/4 156/9 164/9 186/6
**Brio [1]** 123/13
**broad [3]** 93/22 156/23 157/3
**broader [4]** 93/10 138/20 139/15 142/14
**broadly [1]** 159/5
**broken [4]** 73/5 73/8 73/9 73/9
**Bromodichloromethane [4]** 86/14 160/17 160/18 161/5
**brought [12]** 142/24 143/24 144/7 144/24 145/2 167/2 223/1 232/24 236/15 262/22 286/11 301/15
**Broward [2]** 14/8 275/18
**Bruce [2]** 6/17 303/3
**brush [3]** 157/3 177/22 178/1
**Bryan [1]** 2/5
**build [2]** 126/4 126/5
**building [3]** 41/12 48/7 126/2
**built [1]** 126/4
**bulk [2]** 243/17 243/25
**bunch [4]** 70/18 143/11 144/22 261/12
**burden [5]** 148/24 149/1 154/1 154/17 154/23
**burn [6]** 66/11 66/15 162/3 162/7 162/13 162/21
**burned [2]** 162/10 162/12
**burning [8]** 65/8 65/11 65/14 65/24 162/13 162/16 178/9 221/11
**by-product [2]** 89/2 91/9
**by-products [1]** 221/10

**C**

**cake [1]** 15/25
**calculate [7]** 7/21 25/14 25/17 34/16 105/7 240/11 256/23
**calculated [3]** 25/8 34/6 248/5
**calculation [3]** 8/15 19/20 25/22 34/18 34/24 48/4 116/19 130/12 154/13 162/1 237/11 255/7 273/9
**calculations [11]** 10/9 10/10 26/2 33/16 59/17 163/13 255/22 255/25 256/2 270/9 270/12
**calculator [1]** 134/12
**calibrate [3]** 35/15 35/17 212/12
**calibrated [6]** 35/4 37/23 233/10 234/12

234/25 257/19
**calibration [1]** 261/22
**California [1]** 121/22
**called [21]** 15/15 16/20 16/25 24/5 31/3 46/16 71/2 110/15 155/21 163/4 179/10 182/24 183/6 188/6 194/24 194/24 210/23 279/22 287/5 294/5 294/12
**calls [1]** 36/15
**Caloosahatchee [2]** 14/23 42/18
**came [19]** 10/2 67/4 67/9 104/24 105/18 105/18 115/13 138/19 141/3 142/20 143/5 144/23 145/25 156/22 182/19 208/5 223/12 232/9 239/23
**campus [10]** 15/2 18/23 19/6 19/11 19/18 123/23 124/3 124/12 201/1 212/7
**can't [35]** 40/10 58/14 83/4 83/10 83/23 84/1 89/9 90/16 98/17 101/3 107/10 112/22 126/19 138/1 155/5 161/3 176/2 176/11 176/13 179/17 182/16 182/17 186/10 187/12 196/9 200/23 220/13 222/20 222/24 231/9 240/12 248/8 264/23 269/12 271/7
**canal [7]** 55/10 55/13 55/18 55/21 55/22 56/6 56/8 56/14 123/14 133/10 133/10 133/14 134/7 218/21 218/22 218/24 218/25 219/16 254/19 258/2 260/10 260/15 260/16 260/21 260/22 280/6 280/7
**canals [11]** 55/23 55/24 134/2 215/23 260/7 260/9 260/15 260/23 260/25 261/1 261/7
**cancer [14]** 171/20 171/22 171/25 172/3 172/6 172/14 179/5 195/14 195/15 196/5 200/15 200/21 200/23 247/18
**cancer-causing [4]** 196/5 200/15 200/21 247/18
**cancer-controlling [1]** 200/23
**cancers [2]** 196/8 196/9
**candid [1]** 298/25
**cannot [14]** 69/1 73/18 79/12 79/21 82/24 83/16 107/22 113/23 173/20 176/3 176/20 182/10 182/19 272/2

**C**

**capable [3]** 82/10 283/5 296/22
**capture [4]** 70/2 128/3 139/25 199/8
**captured [1]** 106/23
**carbonate [2]** 15/23 274/1
**carcinogen [6]** 38/20 138/8 139/11 171/24 196/2 198/12
**carcinogenic [2]** 171/20 201/17
**carcinogens [10]** 134/17 135/7 140/10 171/1 171/5 171/23 172/5 196/15 221/10 221/11
**care [4]** 135/22 144/9 145/16 187/14
**career [2]** 83/13 201/24
**careful [1]** 230/23
**carefully [5]** 112/19 121/20 233/8 234/5 273/14
**Carolina [1]** 121/23
**carried [2]** 154/16 154/22
**cars [2]** 21/8 21/11
**case [97]** 1/2 7/9 7/20 10/14 17/15 17/21 20/11 29/12 32/2 36/1 50/5 51/21 54/14 59/10 96/19 106/12 122/8 125/14 127/5 129/16 133/14 135/18 136/7 141/15 143/6 148/7 148/25 152/25 154/3 154/23 155/2 156/9 157/15 159/9 163/10 164/10 164/12 167/13 167/23 169/21 169/25 170/2 181/5 182/14 184/24 185/16 185/25 186/8 191/17 192/2 192/3 195/9 205/4 205/19 206/12 206/14 206/22 206/23 207/8 208/15 208/17 209/13 216/13 227/13 227/17 228/12 231/11 231/16 236/8 248/6 249/4 252/6 252/21 258/1 260/6 264/24 271/21 274/11 275/20 275/25 280/15 283/8 286/3 286/15 287/15 287/21 288/2 288/8 288/23 289/21 291/17 292/20 293/5 297/18 298/8 299/16 299/21
**cases [4]** 152/18 164/3 286/6 286/8
**catch [1]** 126/9
**category [3]** 140/10 140/11 172/5
**causation [1]** 154/13

**cause [6]** 20/23 28/23 172/6 178/23 195/14 195/14
**caused [2]** 156/19 269/9
**causing [5]** 171/1 196/5 200/15 200/21 247/18
**caveat [1]** 297/4
**cavities [7]** 45/8 269/1 269/3 269/5 269/8 269/11 269/12
**cavity [2]** 42/7 45/10
**cemented [2]** 12/5 12/14
**center [4]** 41/8 66/24 122/11 253/2
**central [2]** 192/16 224/24
**CERCLA [1]** 22/5
**certain [6]** 7/8 11/20 34/8 63/22 115/1 170/22
**certainly [7]** 53/22 54/15 58/3 117/13 149/25 153/17 266/4
**CERTIFICATE [1]** 304/5
**certification [20]** 1/12 142/18 143/14 143/17 143/18 144/3 145/14 146/8 146/16 146/17 147/15 150/2 151/1 151/2 151/18 152/5 156/4 159/10 163/2 204/10
**certifications [1]** 204/6
**certified [6]** 75/14 152/16 204/2 204/4 288/21 304/7
**certify [5]** 142/15 142/22 143/2 145/13 304/7
**cetera [2]** 121/24 274/1
**chain [3]** 89/23 90/1 286/11
**challenge [9]** 4/13 143/20 143/22 145/17 145/18 146/3 149/10 227/16 227/19
**challenged [7]** 31/24 75/4 128/23 143/23 144/5 145/12 145/14
**challenging [1]** 152/2
**chance [8]** 32/11 143/19 143/22 149/9 185/15 208/25 265/22 301/17
**Chang's [1]** 225/8
**change [8]** 156/10 157/15 243/25 252/21 258/20 258/22 261/8 267/18
**changed [5]** 105/18 137/23 222/5 252/24 254/20
**changing [1]** 242/3
**characteristics [8]** 103/10 267/7 276/5 276/20 294/24 294/25 295/20 296/21

**characterization [10]** 103/25 180/14 181/21 263/18 264/22 276/10 289/25 293/6 294/20 298/2
**characterize [15]** 70/13 105/13 110/9 113/23 124/24 185/5 205/12 226/23 262/13 262/23 262/25 264/21 264/25 265/1 295/17
**characterized [4]** 103/3 104/11 262/9 263/1
**charge [1]** 283/12
**chart [15]** 16/15 16/19 16/21 87/8 89/12 89/12 89/14 91/15 216/1 218/10 301/5 301/9 301/11 301/13 301/9
**cheaper [1]** 126/13
**check [6]** 101/16 101/23 102/17 238/13 248/11 283/4
**chemical [8]** 97/24 125/25 136/7 140/1 175/19 176/18 176/20 196/3
**chemicals [14]** 97/23 103/10 119/14 124/9 125/25 126/9 136/9 136/12 139/25 140/5 162/21 171/20 176/24 182/11
**chemist [3]** 60/23 60/24 141/2
**chemistry [2]** 201/20 201/21
**chemists [2]** 81/14 202/3
**Chicago [1]** 3/6
**Chloride [6]** 95/9 96/15 96/18 96/22 97/10 175/16
**chlorinate [1]** 102/3
**chlorinated [6]** 65/12 101/23 162/10 175/2 175/16 196/18
**chlorinating [2]** 88/2 102/6
**chlorination [1]** 101/22
**chlorine [5]** 71/5 71/8 88/4 101/20 102/17
**chlorines [2]** 71/17 72/1
**chloroform [20]** 84/6 84/10 84/21 86/12 88/4 88/19 88/24 89/1 91/8 91/25 92/11 93/4 99/17 101/10 101/13 102/6 102/11 158/19 158/23 160/10
**choose [1]** 281/8
**chose [8]** 7/2 8/8 23/2 23/9 126/12 236/14 236/18 236/20
**chosen [1]** 126/14
**Christopher [4]** 169/4 169/7 169/10 303/11

**chugging [1]** 62/21
**circle [5]** 47/12 128/2 246/21 246/22 247/1
**circles [2]** 26/18 165/17
**circumference [1]** 127/14
**circumstance [3]** 127/3 131/6 193/23
**circumstances [3]** 10/14 141/18 196/19
**circumstantial [1]** 5/25
**cite [2]** 84/8 205/2
**cited [1]** 301/5
**cities [1]** 85/2
**city [4]** 14/11 14/14 228/9 275/19
**CIV [1]** 1/2
**claim [5]** 154/5 154/8 155/6 294/3 294/4
**clarification [4]** 110/12 174/25 255/10 255/20
**clarify [1]** 226/6
**class [132]** 1/12 42/2 50/6 51/1 51/4 51/5 51/14 51/17 51/18 51/23 52/7 52/17 54/13 54/24 54/25 55/11 55/16 56/12 56/14 56/25 57/10 57/14 58/5 58/9 58/23 59/24 60/1 60/2 60/2 60/3 60/8 60/13 60/13 63/15 63/16 64/13 64/21 65/15 66/17 66/24 67/4 67/18 67/22 68/16 69/16 69/19 70/7 70/9 71/15 82/3 83/8 84/6 87/17 108/14 108/20 109/4 109/22 111/9 111/13 113/12 113/24 116/4 117/4 117/16 117/17 117/25 118/1 118/6 119/9 129/17 132/11 142/15 142/23 143/3 143/14 143/17 143/18 144/3 145/4 145/13 146/8 146/16 146/17 147/15 148/25 148/25 149/4 150/1 150/25 151/2 151/18 151/21 152/5 152/16 152/25 154/4 155/4 154/10 154/24 155/3 155/6 156/3 156/7 156/19 156/24 158/18 158/23 159/10 163/2 164/4 164/5 164/13 164/14 167/1 193/5 193/24 201/8 201/10 207/10 258/25 260/7 271/15 271/16 271/20 281/4 281/17 281/21 286/20 287/19 287/24 289/1 289/11
**class-wide [5]** 149/4 154/4 154/8 154/24 155/3
**cleanup [4]** 161/6 171/7

**178/25 179/2**
**clear [23]** 23/6 25/1 41/5 59/4 63/14 67/8 88/20 88/21 95/17 113/8 137/5 141/7 177/11 194/23 200/19 216/7 235/1 255/11 256/22 258/3 258/10 271/5 282/8
**clearly [7]** 52/10 54/19 88/19 99/19 123/22 250/21 277/3
**Clematis [1]** 1/19
**client [3]** 90/23 188/15 191/14
**clockwise [1]** 29/22
**close [5]** 49/7 131/16 178/4 255/3 272/24
**closed [3]** 198/17 199/9 199/25
**closely [2]** 10/22 24/18
**closely-spaced [1]** 10/22
**closer [10]** 9/8 17/8 106/7 106/7 178/18 178/20 241/3 247/19 285/6 285/9
**closest [1]** 46/13
**cloudiness [1]** 142/2
**cloudy [1]** 141/20
**cluster [3]** 277/23 278/4 279/11
**cluster 4 [3]** 277/23 278/4 279/11
**clusters [2]** 244/4 263/7
**co [1]** 295/6
**coast [2]** 13/10 203/7
**coastal [3]** 14/8 275/18 276/1
**colleague [6]** 10/2 81/3 183/22 183/25 266/3 301/16
**colleagues [3]** 30/20 140/23 290/12
**collect [1]** 178/10
**collected [9]** 14/8 127/24 181/1 187/8 224/8 233/9 233/9 233/25 257/12
**collecting [1]** 122/16
**collection [1]** 286/10
**collections [2]** 91/17 286/18
**colloidal [24]** 80/18 80/22 80/25 81/2 81/4 81/8 81/12 81/16 81/20 82/2 82/6 82/11 82/25 83/5 83/18 83/20 83/24 103/13 103/15 139/22 139/23 140/6 140/13 296/24
**colloids [4]** 82/9 82/19 82/20 140/2
**colloquially [1]** 197/13
**color [7]** 43/2 46/12 278/22 279/5 279/6 279/8 279/9
**Colorado [1]** 121/24
**colors [1]** 45/16

{WITNESSNAME}                                                                                    Index: column..contrasts

# C

**column [2]** 67/21 80/5

**columns [1]** 70/18

**combinations [1]** 115/24

**combined [3]** 223/14 223/20 223/24

**Comcast [3]** 149/3 154/1 154/3

**comes [4]** 35/4 61/3 132/24 216/11

**coming [16]** 5/5 18/3 47/2 56/4 58/2 66/16 67/2 75/20 75/23 77/23 88/1 89/3 106/23 159/3 207/4 207/5

**comment [1]** 128/19

**commented [1]** 79/9

**committed [2]** 9/1 94/25

**common [15]** 50/14 88/4 146/15 149/2 152/1 152/4 152/5 152/7 152/24 154/2 155/7 178/15 180/16 212/3 278/25

**commonality [1]** 151/21

**commonly [1]** 209/8

**community [6]** 65/15 139/8 139/14 139/15 157/3 205/18

**company [2]** 188/11 198/1

**compare [2]** 123/20 254/23

**compared [4]** 253/11 261/21 270/7 276/4

**compete [1]** 10/4

**competing [1]** 152/14

**complete [3]** 45/22 291/7 292/18

**completed [3]** 21/23 229/8 238/12

**completely [3]** 31/17 192/15 216/7

**completeness [1]** 53/14

**complex [5]** 72/9 72/10 106/3 297/10 297/21

**complicated [4]** 10/11 199/22 199/23 233/22

**complies [1]** 33/11

**component [2]** 34/18 228/2

**components [2]** 223/1 227/3

**comport [1]** 38/15

**composition [5]** 12/22 13/9 13/11 13/11 13/13

**composition of [1]** 13/11

**compositions [1]** 269/18

**compound [5]** 97/9 117/19 162/10 196/2 288/5

**compounds [13]** 73/23 74/5 82/16 82/17 109/23 174/24 175/8 175/19 175/24 175/25 176/18 176/21 201/17

**comprise [1]** 26/16

**compute [8]** 7/25 8/22 35/22 36/3 163/12 227/5 228/24 230/21

**computed [1]** 240/4

**computer [7]** 5/7 5/11 28/9 122/17 133/7 218/11 223/18

**conceded [5]** 146/19 146/21 146/25 147/2 147/16

**concentration [6]** 89/1 100/11 113/5 259/23 259/23 260/4

**concentrations [9]** 31/13 59/5 178/18 196/10 196/19 244/2 261/8 264/25 265/3

**concept [8]** 74/4 74/1 121/10 128/9 129/6 129/7 152/16 227/25

**concern [7]** 28/23 87/16 178/23 179/19 180/5 198/13 300/15

**concerned [2]** 276/9 277/6

**concerning [3]** 4/6 136/5 297/16

**conclude [1]** 155/2

**conclusion [9]** 69/4 115/14 115/15 216/4 223/16 223/23 231/17 297/6 297/7

**conclusions [17]** 5/24 17/15 17/20 66/16 74/20 185/25 187/1 232/12 254/10 254/12 274/9 274/11 274/14 274/24 275/24 296/11 298/13

**condition [3]** 58/24 235/17 259/22

**conditions [6]** 10/23 170/23 228/6 232/18 232/20 235/9

**conduct [5]** 124/4 156/13 255/25 268/21 293/20

**conducted [7]** 14/11 109/7 109/13 199/6 217/19 253/13 289/18

**conducting [1]** 152/10

**conductivities [10]** 83/14 115/16 116/17 130/18 268/11 269/4 269/24 270/2 273/7 277/5

**conductivity [61]** 8/7 21/17 22/13 22/16 22/19 22/23 34/23 35/3 42/5 42/22 43/16 43/21 44/2 44/15 44/19 45/5 45/11 46/11 46/18 47/15 47/16 47/23 48/2 115/3 117/2 121/4 121/13 121/17 122/1 122/23 127/15 127/20 128/2 128/20

**129/6 129/16 130/13 130/21 131/20 134/5 207/22 233/6 234/6 236/15 237/20 237/22 237/23 255/6 255/15 256/4 257/4 257/13 257/16 257/17 258/12 269/21 272/6 272/9 273/1 273/4 273/16**

**conference [2]** 187/23 188/5

**confidence [2]** 36/5 38/8

**confident [1]** 38/7

**configurations [1]** 276/6

**confined [1]** 199/17

**confines [1]** 230/25

**confirm [4]** 32/5 225/6 250/10 297/10

**confirmed [1]** 261/23

**conflict [2]** 250/23 251/2

**confused [3]** 188/21 211/14 225/15

**confusing [2]** 197/3 242/14

**confusion [2]** 113/7 226/4

**congeners [4]** 71/2 71/5 71/24 72/3

**connected [1]** 16/4

**connectedness [1]** 21/3

**connection [2]** 15/25 52/13

**connectors [1]** 130/6

**conservative [7]** 10/8 18/1 104/18 234/15 236/3 236/4 256/19

**consider [13]** 7/9 7/16 18/7 23/2 39/19 61/5 97/17 144/9 144/21 173/25 232/18 256/23 257/12

**considerable [2]** 13/4 218/8

**considerably [1]** 10/12

**consideration [7]** 55/20 56/13 152/6 156/16 172/10 231/8 235/10

**considerations [1]** 10/5

**considered [14]** 14/16 18/2 22/13 22/15 22/25 39/21 39/24 71/8 75/22 143/17 148/10 150/2 170/17 176/7

**considering [4]** 7/24 8/23 11/6 22/8

**considers [1]** 235/13

**consistent [6]** 16/10 17/11 37/7 86/17 194/7 255/15

**consolidated [2]** 19/22 153/10

**constellation [2]** 166/10 167/22

**constellations [1]** 166/21

**constitutes [1]** 272/24

**constructed [11]** 14/7

**consultant [1]** 188/14

**consultants [2]** 24/2 188/7

**consulting [6]** 198/2 198/6 198/8 201/23 214/17 268/7

**consumption [1]** 180/6

**Cont.'d [3]** 3/1 6/18 303/4

**contact [1]** 90/21

**contain [2]** 125/3 127/4

**contained [2]** 246/23 292/14

**contaminant [22]** 10/20 11/10 14/16 52/21 58/4 59/7 64/6 70/8 74/4 102/20 106/23 122/18 157/1 160/19 193/4 193/24 198/12 201/20 221/20 229/19 248/14 262/21

**contaminants [69]** 7/7 7/23 8/1 8/10 8/23 11/5 12/9 17/18 20/4 20/24 20/25 22/2 28/23 29/19 31/10 35/23 50/6 50/8 54/18 54/20 58/1 58/23 61/6 62/13 62/17 62/25 63/4 67/7 97/21 113/5 116/1 119/14 119/21 120/13 131/2 159/24 161/23 162/9 162/21 171/1 173/7 173/7 173/9 176/9 178/17 182/11 192/5 192/7 192/20 195/2 195/5 195/9 195/13 196/4 201/17 221/9 221/19 221/22 221/25 232/4 235/3 253/3 253/5 254/23 255/1 255/4 259/8 259/13 263/18

**contaminate [1]** 199/13

**contaminated [17]** 65/19 82/14 141/15 157/21 167/9 167/17 168/1 168/15 199/8 200/14 200/20 201/1 209/6 209/7 219/1 221/18 258/23

**contamination [64]** 7/17 10/23 10/24 11/1 11/11 11/16 18/8 22/4 29/6 29/16 31/12 38/6 51/3 51/25 52/8 52/18 54/13 55/22 58/17 58/21 59/11 59/15 59/15 97/2 97/5 104/14 122/25 123/22 124/18 124/25 125/3 125/11 126/16 132/24 133/11 144/10 156/11 156/18 156/22 157/2**

**51/11 212/14 214/15 217/6 217/18 222/24 224/3 224/13 224/14 224/15**

**157/10 159/11 160/22 161/10 167/9 168/16 194/1 199/15 199/17 202/8 203/6 209/8 222/17 228/13 229/21 229/23 232/16 259/5 260/19 260/20 262/15 263/19 263/22 263/23**

**contemplated [1]** 291/16

**contend [1]** 120/6

**contention [2]** 151/22 200/17

**contents [2]** 188/4 225/16

**contest [3]** 149/6 149/23 151/7

**contested [18]** 144/25 146/14 147/4 147/5 147/16 147/22 148/12 150/15 151/3 151/9 151/13 152/1 152/19 152/20 152/21 152/22 153/10 153/20

**contesting [3]** 149/20 149/20 149/21

**context [33]** 121/16 124/2 130/8 133/13 147/1 159/10 163/22 190/1 190/4 190/5 190/10 190/12 190/24 191/13 191/19 200/5 206/10 206/11 206/13 207/6 208/15 210/17 211/15 213/1 214/24 228/5 229/9 230/22 231/9 233/25 240/10 245/13 247/21

**contextualize [2]** 123/20 163/16

**continue [7]** 26/15 47/1 114/18 155/15 220/4 246/7 251/5

**continuous [5]** 16/10 268/9 270/15 273/11 298/5

**contour [25]** 24/3 26/8 26/9 27/1 27/18 27/21 28/13 41/7 41/12 41/19 41/24 193/5 210/22 218/13 218/18 218/24 219/5 222/8 240/6 240/7 240/19 240/20 241/13 241/17 242/17

**contours [11]** 28/10 31/2 47/7 215/15 217/5 221/24 239/22 241/6 241/8 241/10 242/2

**contract [1]** 290/8

**contracted [1]** 198/2

**contradict [2]** 254/13 274/13

**contradicted [1]** 274/16

**contradicts [1]** 274/10

**contrary [2]** 103/10 187/3

**contrasts [1]** 34/19

**C**

**control [4]** 199/13 199/21 200/21 215/24
**controlled [5]** 10/23 127/11 219/15 254/18 280/5
**controlling [1]** 200/23
**controls [2]** 218/24 280/7
**convenience [1]** 78/25
**conversation [2]** 155/20 156/3
**conversations [2]** 81/5 133/9
**coordinated [1]** 43/2
**copies [1]** 292/21
**copy [17]** 49/20 54/7 85/16 96/5 96/9 174/4 174/18 189/3 189/4 189/10 189/14 189/16 203/2 245/14 290/11 290/17 301/10
**Corbett [52]** 15/2 27/7 27/8 28/1 28/2 28/3 29/6 42/2 50/25 56/22 78/18 78/23 80/3 82/3 82/10 82/13 82/22 104/6 104/10 105/6 105/8 105/22 106/13 106/16 106/17 109/20 111/4 111/6 116/3 117/4 117/15 156/7 161/13 161/16 161/19 201/4 207/10 212/7 213/1 246/18 246/19 247/19 263/7 263/11 263/12 263/25 264/15 277/23 277/23 277/24 281/25 288/25
**Corbett 2A [1]** 264/15
**core [2]** 12/12 12/22
**cores [1]** 14/7
**coring [1]** 207/17
**corner [3]** 41/15 213/20 247/14
**CORPORATION [1]** 1/7
**correct [211]** 18/13 23/21 27/20 35/11 41/14 42/3 42/16 43/13 43/19 46/2 48/5 50/3 50/10 50/11 50/15 51/7 53/8 53/8 53/24 54/14 55/11 55/16 56/10 56/15 56/25 57/10 58/20 59/13 59/16 60/11 60/13 60/21 61/7 61/8 62/8 62/9 63/3 64/3 64/4 64/8 65/3 67/15 68/6 68/13 68/14 68/21 69/2 69/18 70/22 70/23 71/11 71/15 71/16 71/25 72/4 72/6 72/21 73/13 73/19 74/5 77/14 79/10 79/16 80/10 80/13 81/1 82/4 83/1 84/6 84/13 84/22 87/4 87/13
**correctly [3]** 46/23 199/10 233/16
**correlate [1]** 15/19
**correlates [2]** 14/22 85/7
**correlation [2]** 15/23 16/1
**corresponds [1]** 211/11
**corridor [1]** 272/8
**corridors [1]** 272/5
**corroborated [4]** 75/4 236/7 236/24 243/20
**COTROMANO [1]** 1/3
**could've [1]** 126/24
**couldn't [8]** 57/15 7/18 9/11 104/18 105/2 157/25 166/20 259/25
**counsel [11]** 72/20 94/1 94/24 101/5 251/23 252/18 255/21 261/11 273/24 278/1 300/9
**counsel's [1]** 94/18
**count [1]** 110/7
87/15 90/12 91/1 91/4 91/5 91/10 91/25 92/3 92/17 95/20 95/23 96/2 96/5 96/9 96/9 96/11 96/22 96/25 97/6 97/8 97/14 97/15 97/19 100/14 100/20 101/11 101/14 101/18 102/7 102/19 103/12 104/7 104/11 105/24 106/14 107/14 107/17 107/19 107/23 108/6 108/7 109/5 109/8 111/10 111/13 112/7 112/13 113/22 113/24 113/25 115/11 116/8 116/9 116/11 116/13 116/15 119/24 120/15 135/3 138/17 145/7 166/22 167/11 168/1 169/22 170/2 170/10 171/2 172/25 173/2 173/9 173/16 173/17 175/17 175/20 176/5 176/21 176/25 177/4 177/7 177/12 177/22 178/13 179/20 181/5 181/6 181/18 181/20 182/3 182/7 185/3 185/10 186/4 186/12 194/6 194/12 198/3 198/25 199/11 199/19 206/2 212/13 214/12 214/14 215/3 215/5 217/25 219/10 220/8 221/20 221/21 224/16 227/6 231/19 234/20 238/3 238/18 245/6 247/3 248/24 251/24 251/25 257/2 261/16 266/11 271/11 279/8 279/18 279/19 282/9 282/10 284/12 285/21 286/1 286/4 292/1 297/5 304/8
**count [1]** 147/3
**counties [2]** 268/8 271/13
**counting [1]** 276/21
**countries [1]** 252/14
**country [3]** 121/18 125/8 170/8
**County [8]** 14/8 131/4 198/22 200/22 223/7 275/18 276/3 276/3
**couple [12]** 12/3 44/13 49/20 74/11 79/8 111/15 121/2 158/6 165/18 190/3 279/13 293/24
**course [10]** 117/3 126/9 129/6 146/20 150/15 151/3 152/9 153/18 186/10 284/10
**court [53]** 1/1 1/19 4/1 4/5 4/9 4/16 5/4 23/25 26/23 27/11 30/2 30/18 33/18 34/3 36/13 38/3 39/9 76/18 76/23 95/18 120/22 131/7 143/18 143/24 145/10 146/6 146/9 148/24 150/2 152/6 153/14 156/17 159/4 159/9 163/17 174/18 183/16 184/10 190/11 191/15 191/23 232/12 238/11 239/3 239/7 250/8 277/14 283/24 294/24 295/19 301/6 301/7 302/2
**Court's [5]** 4/21 148/9 183/21 283/16 300/16
**courtroom [4]** 50/12 205/15 289/4 290/22
**cover [4]** 101/5 121/2 126/2 290/16
**covering [2]** 128/15 144/3
**covers [1]** 126/1
**CPE [1]** 1/18
**crack [2]** 12/8 12/10
**Craig [1]** 2/13
**create [3]** 126/8 221/10 261/8
**created [10]** 51/5 65/5 65/8 65/22 223/4 225/14 256/1 256/2 261/16 280/18
**Creed [1]** 2/5
**crime [4]** 9/1 9/4 9/12 9/12
**criteria [3]** 130/25 171/7 234/18
**criterion [1]** 63/23
**criticisms [1]** 7/1
**criticize [2]** 274/9 274/24
**cross [39]** 4/23 9/20 11/23 12/15 15/5 16/5 31/18 32/11 45/14 49/17 115/6 128/16 128/19 128/22 129/2 133/17
134/20 137/12 137/16 137/17 138/23 152/11 154/14 154/15 166/4 169/16 184/15 265/7 266/8 267/19 275/8 279/16 283/2 285/15 301/19 303/7 303/7 303/14 303/17
**cross-examination [14]** 31/18 49/17 128/16 133/17 137/12 138/23 152/11 154/14 169/16 184/15 266/8 283/2 285/15 301/19
**cross-examine [4]** 4/23 32/11 129/2 154/15
**cross-section [3]** 11/23 15/15 45/14
**crossed [1]** 229/14
**CRR [2]** 1/18 304/13
**crystal [1]** 235/1
**cull [4]** 73/2 95/13 96/14 103/20
**cull-out [1]** 103/20
**culled [3]** 55/14 296/3 296/14
**culling [1]** 120/3
**current [1]** 57/22
**currently [1]** 206/21
**curve [1]** 219/17
**custody [3]** 89/24 90/1 286/11
**cut [3]** 124/21 237/7 278/19
**CV [1]** 187/22

**D**

**Dade [1]** 276/3
**daily [2]** 132/14 132/22
**damages [1]** 154/13
**Dan [1]** 183/25
**dangerous [5]** 135/7 135/12 136/12 136/14 160/20
**Daniel [5]** 3/3 6/17 202/18 224/14 303/3
**Darcy [7]** 48/4 115/5 130/12 255/7 255/22 255/25 256/1
**Darcy's [41]** 6/22 6/23 7/2 34/19 131/23 134/12 163/4 163/10 163/13 163/23 164/1 164/9 164/11 227/1 227/3 227/4 227/10 227/16 230/2 230/18 230/18 230/19 230/20 230/22 231/1 231/3 231/11 231/16 231/20 232/3 232/1 232/14 232/24 232/2 237/1 237/2 237/9 238/4 248/13 249/5 254/1
**dashed [1]** 86/2
**data [91]** 7/13 7/19 23/19 23/20 26/11 26/16
26/16 34/11 34/17 34/17 35/5 35/7 35/14 35/16 35/18 35/25 36/2 36/4 37/7 37/9 37/21 37/23 43/23 57/8 61/3 63/9 75/1 76/8 78/8 82/8 82/20 85/18 85/19 85/19 87/22 115/10 115/13 116/25 122/16 123/18 127/24 127/25 158/17 179/15 183/4 183/5 186/23 187/7 187/15 190/21 190/23 190/25 190/25 212/1 213/8 215/16 216/1 216/2 216/2 216/10 216/10 220/9 223/14 228/6 232/20 232/21 233/8 233/9 233/9 233/25 235/16 235/16 236/6 236/12 238/13 240/4 240/4 242/18 243/20 248/12 257/1 257/12 258/4 259/20 264/21 264/24 271/21 272/1 272/4 272/7 272/23
**database [1]** 279/24
**databases [1]** 282/4
**dataset [1]** 235/23
**date [13]** 24/7 24/7 30/5 103/23 104/13 104/16 104/19 123/4 123/6 292/2 292/4 292/5 293/1
**dated [2]** 292/6 304/10
**dates [1]** 197/7
**datum [1]** 212/3
**Daubert [17]** 4/12 142/23 143/4 143/23 143/25 144/1 144/3 144/8 145/17 145/18 149/22 152/3 153/3 153/10 154/21 163/2 190/12
**days [14]** 55/3 143/11 148/6 149/15 151/8 153/2 153/18 224/8 292/7 292/12 293/3 293/8 293/9 293/24
**deal [1]** 81/6
**dealing [3]** 45/7 61/2 65/18
**debatable [1]** 264/25
**debate [2]** 212/18 212/19
**decades [3]** 10/19 10/19 221/11
**decide [9]** 32/25 93/18 143/13 144/15 150/9 150/21 152/19 153/4 217/2
**decided [2]** 237/25 286/23
**decides [1]** 191/3
**decision [2]** 126/11 144/19
**decisions [1]** 212/17

**D**

**declaration [18]** 175/22
175/25 176/19 177/11
284/21 292/24 293/7
293/10 293/12 293/12
294/3 294/24 295/15
296/3 296/4 296/4 296/5
296/11
**declarations [1]** 284/18
**deep [4]** 70/10 89/4
134/17 270/16
**deeper [4]** 42/17 56/1
56/3 133/22
**deeper-layer [1]** 133/22
**Defendant's [2]** 169/7
184/3
**defendants [4]** 1/8 3/2
284/8 301/6
**defense [16]** 31/25 32/2
32/6 125/24 132/23
147/17 148/4 149/14
149/19 151/7 151/10
151/25 153/9 153/20
184/10 193/14
**defense's [2]** 32/2
148/13
**define [3]** 154/10 227/24
257/11
**defined [2]** 38/15 38/19
**defines [1]** 179/5
**definitely [4]** 78/7
103/18 209/24 210/18
**degradation [1]** 89/2
**degree [8]** 126/16
202/16 203/24 204/10
285/19 285/22 285/23
289/14
**degrees [3]** 37/11 288/20
289/13
**delay [1]** 282/25
**delineated [1]** 145/9
**demarcated [1]** 242/13
**demonstrate [2]** 142/3
145/20
**demonstrated [3]** 85/18
93/9 142/1
**demonstrates [3]** 82/9
128/22 247/24
**demonstrating [2]** 32/6
149/3
**demonstrations [1]**
243/21
**demonstrative [15]**
25/15 27/15 46/8 46/10
49/14 49/15 85/6 102/23
128/8 128/10 129/1
129/5 213/17 258/19
271/14
**Denney [4]** 2/10 290/17
292/12 292/19
**Department [6]** 74/12
86/21 87/2 134/24 179/3
179/12
**dependent [1]** 229/24
**depending [7]** 8/5 57/14
58/9 173/10 232/20

258/20 281/8
**depends [2]** 141/12
227/23
**depicted [2]** 41/12
216/18
**depose [1]** 143/6
**deposed [1]** 76/25
**Deposit [1]** 274/1
**deposition [31]** 52/24
54/8 81/18 106/25
111/20 111/21 118/14
118/15 120/1 143/7
143/8 146/4 165/4 165/7
165/11 165/15 173/23
174/2 174/4 185/14
189/1 189/12 190/9
191/15 284/18 298/8
298/10 299/5 299/13
299/23 300/1
**depositions [3]** 171/13
190/19 209/11
**depth [26]** 40/6 44/6
65/20 67/7 67/11 82/13
88/11 88/16 88/20 89/4
91/6 92/6 92/17 93/3
97/22 98/25 99/14 99/18
99/19 101/8 122/24
158/23 160/11 199/25
240/8 273/22
**depths [10]** 40/1 40/3
89/9 89/12 89/13 91/17
91/18 105/16 261/18
273/20
**derived [1]** 187/2
**describe [6]** 15/14 30/1
30/18 33/18 195/9
264/11
**described [2]** 193/5
208/6
**describing [4]** 29/25
30/2 33/25 131/7
**description [4]** 18/18
19/5 90/6 106/1
**descriptions [2]** 18/22
18/25
**deserves [3]** 6/6 145/22
208/24
**designate [1]** 15/18
**designed [2]** 63/7 70/2
**designing [1]** 14/12
**desire [1]** 199/12
**despite [3]** 188/21
208/15 228/14
**detail [8]** 55/17 56/7
77/25 103/21 123/7
127/14 189/19 240/12
**detailed [2]** 17/17 106/1
**detailing [2]** 204/23
205/18
**details [4]** 47/17 67/17
97/17 99/14
**detect [2]** 38/9 61/6
**detectable [3]** 253/7
260/1 260/6
**detected [7]** 29/6 68/1
170/6 176/9 178/17

198/14 349/25
**detection [8]** 38/6 100/7
107/19 247/8 247/17
264/12 265/3 278/10
**detections [15]** 68/11
79/8 79/8 107/13 111/15
112/12 113/10 113/11
178/24 180/20 181/2
264/8 264/11 278/3
279/10
**detects [1]** 180/9
**detergent [1]** 173/15
**determination [11]**
34/11 51/22 82/6 146/8
151/20 170/23 185/24
207/5 212/4 232/6
276/16
**determinations [2]**
153/3 242/21
**determine [17]** 28/13
36/16 38/7 52/7 52/16
53/6 53/17 54/16 58/15
117/10 178/6 192/4
224/5 232/3 241/20
262/20 276/15
**determined [2]** 256/17
276/20
**determines [1]** 35/5
**determining [4]** 143/18
152/6 291/11 291/12
**develop [2]** 196/8
233/11
**developed [2]** 109/19
196/10
**device [1]** 207/3
**devoted [1]** 153/3
**dewatered [3]** 270/19
271/2 271/12
**diagram [1]** 216/3
**diagrams [1]** 40/25
**Dial [1]** 3/12
**diameter [1]** 106/19
**dictate [2]** 62/10 187/17
**dictated [1]** 200/8
**didn't [43]** 5/15 5/21
62/8 95/24 97/16 100/12
101/16 101/19 101/25
102/13 102/17 108/5
113/21 126/12 126/25
133/17 138/22 143/3
143/6 143/25 145/17
145/18 146/3 148/4
148/7 178/10 179/24
195/4 208/19 210/3
217/20 220/10 222/7
226/17 240/2 243/25
274/6 276/15 276/15
293/20 293/20 294/8
298/25
**differ [1]** 173/10
**difference [11]** 25/20
45/5 88/7 88/7 110/18
126/20 213/6 227/20
227/20 227/25 241/8
**differences [1]** 210/14
**different [76]** 6/3 26/14

29/14 42/9 51/13 52/15
54/22 54/23 54/25 58/1
58/1 58/2 58/3 58/6
58/11 59/6 61/9 63/3
63/3 65/21 70/24 71/4
71/5 74/10 81/11 84/2
90/16 91/21 97/22 97/23
105/16 105/16 109/18
112/16 119/15 119/16
121/2 126/12 141/17
153/23 158/1 160/8
176/6 177/2 180/2 183/2
195/2 195/5 207/17
221/4 222/2 223/4
223/15 223/22 224/9
228/17 228/18 231/1
236/20 238/21 239/25
242/2 242/24 242/25
243/6 252/14 259/16
262/17 276/2 276/5
276/5 276/5 276/6 276/8
280/16 280/22
**differentiate [1]** 259/16
**differentiator [1]** 193/2
**differently [2]** 195/2
195/5
**difficult [4]** 59/1 209/5
220/15 251/1
**difficulties [1]** 250/24
**diffusion [5]** 11/7 231/5
231/8 235/4 244/2
**digested [1]** 134/18
**digging [1]** 287/2
**Dioxane [93]** 37/25 38/9
38/16 38/19 38/22 38/25
39/3 40/1 40/8 50/10
102/20 102/22 103/3
103/6 103/11 103/21
104/6 104/9 106/13
107/8 107/13 107/24
108/5 108/8 108/13
108/20 108/22 109/4
109/13 109/14 111/13
113/10 113/11 113/21
113/23 119/8 119/22
120/5 120/13 126/10
134/14 135/17 135/21
136/14 137/6 137/17
138/9 139/6 139/7
139/10 139/13 160/23
170/6 170/9 173/11
173/14 173/21 175/1
175/15 176/12 178/13
178/24 179/8 179/15
182/2 185/5 196/17
197/17 198/11 198/16
199/24 200/11 200/15
200/24 201/1 201/12
226/20 235/8 243/12
243/20 244/5 246/15
247/17 247/25 248/15
254/8 254/17 254/23
254/25 258/12 258/16
264/9 278/3
**dioxans [1]** 175/16
**dioxin [23]** 63/20 63/21

65/20 71/8 71/9 71/12
71/17 100/8 104/21
104/23 105/19 105/21
113/3 135/1 136/25
137/24 138/7 138/9
138/10 138/12 140/1
167/22 200/16
**dioxins [68]** 29/7 40/2
50/9 64/16 64/18 64/21
65/2 65/8 65/15 65/19
65/22 66/14 66/16 66/19
67/3 67/14 67/17 68/1
68/6 69/15 70/21 70/24
71/4 71/23 72/8 73/19
77/17 77/22 79/5 79/23
80/13 80/15 80/19 80/21
81/6 81/9 82/12 83/5
83/17 83/24 100/4 100/5
103/13 103/17 135/25
137/24 140/8 140/9
140/17 161/12 161/18
162/12 162/17 162/23
165/23 166/10 166/11
172/5 172/8 172/9
172/12 172/17 172/24
173/6 175/3 177/16
177/20 196/17
**direct [68]** 4/8 4/11 4/24
32/9 32/10 32/13 39/13
39/15 41/3 41/25 42/6
42/23 43/17 50/9 52/24
57/25 60/21 64/10 67/13
67/25 70/12 74/16 74/24
74/24 75/6 79/10 80/21
84/9 89/20 91/23 95/8
97/13 97/17 101/11
108/13 108/20 109/4
128/6 128/7 128/12
128/13 129/11 137/11
138/2 169/21 169/25
170/12 177/19 178/11
183/16 185/19 209/11
231/17 250/23 253/20
266/10 266/12 272/14
272/21 274/8 274/18
277/12 279/24 281/5
284/17 287/17 295/13
295/19
**directed [1]** 149/16
**direction [45]** 16/1
24/14 24/24 24/25 25/1
31/7 31/8 31/10 31/23
32/1 33/20 34/5 36/16
36/25 37/4 37/13 37/19
57/23 70/1 118/5 161/21
210/7 210/19 211/11
211/25 219/21 223/19
224/6 224/19 224/19
226/11 226/23 229/25
243/17 248/3 252/19
254/20 254/21 256/21
279/17 280/2 280/11
280/16 280/19 280/23
**directions [4]** 36/18
105/17 228/18 280/20
**directly [6]** 43/23 44/13

**D**

**directly... [4]** 48/3
106/16 239/4 253/22
**disagree [6]** 56/16 58/14
94/9 217/1 237/3 274/25
**disappear [1]** 102/11
**disclose [5]** 187/11
187/19 209/10 209/22
223/13
**disclosed [7]** 4/15 4/19
128/5 137/10 139/17
205/21 274/7
**disclosing [2]** 188/22
188/23
**disclosure [2]** 186/20
251/2
**discovery [1]** 197/10
**discuss [7]** 42/13 114/11
175/19 175/24 176/19
246/1 300/24
**discussed [9]** 40/25
115/6 117/24 174/25
175/9 175/25 213/4
268/13 300/14
**discusses [2]** 82/8 90/18
**discussing [7]** 41/21
82/24 85/9 85/12 121/4
196/4 196/4
**discussion [15]** 121/6
121/9 125/15 128/19
159/5 185/25 186/6
188/10 210/6 269/1
269/15 283/15 283/17
296/10 296/24
**discussions [3]** 102/8
163/1 296/6
**disperse [1]** 228/15
**dispersion [5]** 11/6
230/23 231/8 235/5
235/12
**disposal [2]** 119/14
221/17
**dispose [1]** 209/6
**disposed [1]** 102/14
**dispositive [3]** 149/3
154/2 155/7
**dispute [2]** 96/4 147/4
**disputed [2]** 145/10
145/11
**dissolved [1]** 267/14
**distance [38]** 7/8 7/25
8/3 8/9 8/18 13/4 13/9
15/20 15/20 15/24 25/19
34/8 57/1 57/3 60/5 60/7
83/6 83/11 83/18 83/25
104/9 133/6 192/22
193/2 239/25 240/3
240/8 240/11 240/18
240/19 241/19 241/20
241/20 242/1 259/18
267/16 281/19 281/23
**distances [5]** 17/2 83/22
106/4 241/2 253/11
**distribution [1]** 117/11
**district [12]** 1/1 1/1 1/14
102/2 212/15 215/23

223/6 233/10 234/25
235/24 242/19 279/23
**divide [2]** 132/20 234/21
**DNAPL [1]** 125/25
**DNAPL-type [1]** 125/25
**DNAPLs [1]** 126/7
**docket [5]** 244/9 244/20
244/21 245/15 272/15
**doctor [21]** 6/11 6/16
9/7 26/8 26/15 29/25
31/14 36/13 36/20 39/4
46/9 48/11 75/21 114/13
168/20 179/25 182/23
183/18 249/16 271/21
282/17
**doctors [1]** 296/23
**document [19]** 89/21
93/13 93/15 93/18 93/18
93/21 94/22 96/14 185/6
210/13 225/8 225/17
245/1 245/17 249/3
250/3 250/4 250/17
290/20
**documentation [1]**
91/15
**documents [4]** 129/9
162/15 191/22 250/23
**does [57]** 17/14 17/20
27/14 28/25 29/25 36/24
38/15 55/12 62/24 80/14
82/1 90/8 90/9 97/12
98/25 99/2 99/14 99/16
100/6 116/21 122/7
125/12 126/20 132/24
134/10 139/10 140/16
141/7 141/10 141/10
141/10 141/20 141/24
147/18 156/10 162/16
189/9 198/2 210/10
214/7 222/22 239/21
254/12 254/23 263/2
263/6 265/1 269/16
270/7 274/13 275/16
275/22 275/23 280/2
284/4 296/4 296/4
**doesn't [15]** 70/20 90/23
141/7 151/22 154/19
154/20 159/1 166/3
190/22 191/6 191/6
237/11 253/2 265/1
273/13
**doing [18]** 18/6 21/21
21/23 113/16 122/20
128/11 128/12 187/6
202/24 206/21 239/6
255/22 257/10 265/2
272/21 284/11 287/5
291/24
**don't [137]** 4/20 4/23
5/16 5/18 5/22 5/25 11/8
18/2 18/21 27/2 34/23
35/14 36/11 41/24 48/12
56/16 61/5 63/24 67/12
69/9 69/14 72/11 72/14
75/7 78/10 78/11 79/7
79/24 82/8 83/21 87/22

87/2 87/24 87/25 88/12
90/25 91/2 91/3 91/6
91/7 91/21 94/2 94/9
96/3 96/3 96/4 97/13
103/23 105/21 106/15
107/10 109/17 112/2
112/3 113/10 116/6
116/10 118/7 127/6
128/4 133/19 136/15
136/16 136/22 140/11
143/19 146/10 148/12
151/10 152/17 155/8
161/8 161/14 161/17
168/8 168/22 170/12
174/17 180/11 180/14
182/4 182/14 182/18
183/1 183/22 188/1
188/4 189/23 190/20
190/22 191/2 191/20
195/18 197/3 198/7
200/21 202/12 203/11
204/1 204/14 209/13
214/5 215/18 217/4
220/7 221/2 227/15
227/19 230/16 230/18
230/20 245/8 245/12
245/19 246/1 247/1
248/8 254/4 262/3
262/21 263/16 265/23
265/25 267/1 268/21
271/22 272/20 274/25
276/11 284/23 288/20
289/13 289/15 297/23
299/7 300/24 301/9
**done [51]** 9/5 9/6 17/12
31/18 46/21 51/21 52/6
53/6 53/17 54/15 54/16
58/15 72/18 75/3 82/5
82/7 86/10 86/24 88/8
88/10 88/11 111/23
125/21 126/21 126/24
136/25 139/19 152/23
152/23 154/11 166/4
205/23 209/3 215/20
220/17 224/8 238/19
249/2 249/4 256/18
268/7 276/16 287/11
287/16 294/3 294/4
294/5 294/14 294/14
300/18 300/18
**dosages [1]** 196/10
**dot [13]** 43/8 44/17
44/20 44/20 46/22 47/17
48/2 119/2 273/8 273/8
273/12 273/15 273/21
**dots [15]** 43/3 43/4
45/14 46/18 46/20 47/22
112/5 112/5 112/8 112/9
112/11 112/16 273/6
273/19 273/20
**doubt [1]** 159/12
**down [79]** 10/25 10/25
16/18 21/7 21/11 42/1
42/2 42/14 42/17 42/18
42/24 45/9 48/11 52/13
56/4 57/9 58/1 58/10

67/8 72/25 82/13 83/7
88/17 88/20 89/4 95/13
98/7 98/8 99/23 100/17
100/18 100/24 102/15
104/10 106/20 111/6
115/18 115/20 117/4
117/15 118/1 118/2
119/9 126/4 130/15
131/8 132/20 132/21
133/23 134/3 137/18
144/13 152/1 160/12
165/19 194/18 194/21
203/15 211/5 213/20
215/20 219/14 219/16
232/9 241/17 242/12
248/22 259/24 262/19
262/20 264/16 265/5
270/21 276/3 289/1
296/9 298/21 299/12
300/22
**downhill [4]** 24/13 24/15
211/13 211/17
**downward [1]** 158/20
**dozen [2]** 196/14 287/11
**dozens [4]** 63/9 63/12
123/9 123/9
**Dr [1]** 91/20
**Dr. [182]** 6/14 6/20
12/16 13/18 14/4 15/13
16/13 17/14 17/24 22/7
22/12 22/13 22/25 23/7
23/25 25/14 31/24 31/25
32/6 33/6 33/6 33/25
34/20 34/21 34/22 35/7
36/15 36/24 37/24 40/13
40/22 42/4 46/1 47/5
47/25 48/15 48/25 49/14
49/19 50/13 50/18 50/21
51/17 52/25 54/11 57/18
66/2 77/1 78/25 80/18
81/11 86/2 91/23 96/4
99/9 102/1 106/2 110/22
111/19 114/20 115/7
115/10 118/11 118/11
118/19 120/11 130/4
131/7 154/9 164/3
164/25 169/4 169/18
183/15 183/24 195/17
202/18 202/20 202/22
202/23 202/24 203/1
203/10 203/18 204/15
206/1 206/1 206/3 206/9
206/15 206/17 213/4
213/4 213/10 213/11
214/21 214/21 215/1
216/8 216/12 217/6
224/16 227/8 227/8
227/11 227/11 231/13
231/13 235/21 236/6
236/24 249/23 250/10
252/9 254/7 259/24
260/23 264/3 264/6
264/20 265/10 265/17
265/20 265/22 266/7
266/22 266/22 267/18
267/21 267/21 270/8

270/8 270/10 270/10
270/11 270/11 273/9
274/7 274/9 274/12
274/15 274/22 274/23
274/24 275/14 276/10
276/12 277/4 277/17
279/13 280/19 281/2
286/17 286/23 287/1
287/8 287/12 287/18
287/23 288/11 288/16
289/7 291/24 293/25
293/25 293/25 294/18
294/18 294/22 295/12
295/19 296/15 296/15
296/20 296/20 298/1
298/1 298/14 300/15
301/5 301/8 301/11
**Dr. Bedient [35]** 48/15
48/25 49/19 51/17 52/25
54/11 77/11 78/25 81/11
86/2 91/23 96/4 99/9
102/1 114/20 164/25
202/22 202/23 203/10
206/1 213/4 227/8
227/11 231/13 266/22
267/21 270/8 270/10
270/11 277/4 293/25
294/18 296/15 296/20
298/1
**Dr. Bedient's [4]** 203/1
203/18 206/15 235/21
**Dr. Christopher [1]**
169/4
**Dr. Daniel [1]** 202/18
**Dr. Kaltofen [10]**
286/17 286/23 287/1
287/8 287/12 287/18
287/23 288/11 288/16
291/24
**Dr. Kilpatrick [1]** 154/9
**Dr. Missimer [31]** 12/16
16/13 17/24 22/7 22/13
22/25 23/7 34/20 34/21
34/22 35/7 36/15 36/24
183/24 249/23 250/10
252/9 254/7 264/3
265/22 266/7 267/18
274/12 275/14 277/17
279/13 281/2 289/7
293/25 294/22 295/12
**Dr. Missimer's [6]**
17/14 195/17 214/21
274/9 274/24 295/19
**Dr. Perry [2]** 300/15
301/5
**Dr. Perry's [2]** 301/8
301/11
**Dr. Phil [1]** 202/20
**Dr. Stephens [67]** 6/14
6/20 13/18 14/4 15/13
22/12 23/25 25/14 31/24
31/25 32/6 33/6 33/6
33/25 37/24 40/13 40/22
42/4 46/1 47/5 47/25
49/14 50/13 50/18 57/18
66/2 80/18 106/2 111/19

**D**

**Dr. Stephens... [38]** 115/7 115/10 130/4 131/7 202/24 204/15 206/1 213/4 213/11 215/1 216/8 216/12 217/6 224/16 227/8 227/11 231/13 259/24 260/23 264/20 265/10 265/17 266/22 267/21 270/8 270/10 270/11 273/9 274/7 274/15 274/22 274/23 276/12 293/25 294/18 296/15 296/20 298/14

**Dr. Stephens' [19]** 50/21 110/22 118/11 118/11 118/19 120/11 164/3 206/3 206/9 206/17 213/10 214/21 236/6 236/24 264/6 265/20 276/10 280/19 298/1

**Dr. Teaf [2]** 169/18 183/15

**drain [3]** 102/15 272/10 272/11

**drainage [8]** 215/23 220/14 220/14 254/19 260/16 260/25 280/6 280/7

**drank [1]** 134/18

**draw [13]** 5/23 5/24 24/13 26/23 28/6 28/10 30/19 165/3 218/10 219/3 264/20 275/24 299/4

**drawing [3]** 31/8 34/10 220/7

**drawings [1]** 24/10

**drawn [9]** 30/24 86/21 92/17 93/4 103/25 128/2 168/12 218/11 242/25

**drew [8]** 30/20 43/23 222/17 232/11 242/5 242/8 242/12 243/7

**drill [5]** 45/3 45/4 45/9 45/10 269/6

**drilled [3]** 27/4 27/6 28/14

**driller [1]** 62/5

**drilling [1]** 243/21

**drink [1]** 160/25

**drinking [27]** 62/17 62/23 63/6 63/18 63/25 64/2 64/7 64/14 84/15 85/11 86/3 87/7 87/13 87/17 87/24 88/8 89/5 112/18 113/12 135/1 135/2 171/6 172/21 180/2 180/6 195/21 196/11

**drive [3]** 3/8 214/2 214/4

**drives [1]** 163/25

**driving [4]** 21/7 21/11 164/2 214/5

**drop [1]** 261/5

**dropped [2]** 104/22 261/1

**drove [1]** 214/3

**drum [1]** 221/18

**dual [1]** 144/3

**due [13]** 161/19 176/16 215/17 215/21 217/24 218/3 218/25 219/17 220/4 220/12 224/23 224/25 244/3

**during [21]** 146/20 150/15 151/3 152/9 153/18 165/15 189/14 222/13 245/20 246/1 246/10 250/13 253/7 257/21 259/21 265/10 266/8 267/19 273/24 274/19 300/24

**DW [1]** 98/22

**DW-6 [1]** 98/22

**DX [1]** 100/8

**E**

**E-mail [1]** 1/20

**each [23]** 24/19 52/22 101/3 106/23 156/25 157/8 157/21 174/24 175/8 175/24 175/25 176/6 176/9 183/2 183/6 194/10 207/6 224/2 232/13 232/19 257/17 264/11 265/3

**earlier [16]** 57/18 87/3 102/24 106/2 106/9 109/8 110/14 115/6 117/24 121/9 124/23 142/20 172/14 221/11 221/12 277/23

**early [9]** 30/6 32/4 57/21 62/1 88/23 125/20 125/21 126/10 223/11

**easel [1]** 6/22

**easier [3]** 43/3 92/12 278/17

**easily [3]** 45/11 130/19 140/10

**east [27]** 18/22 24/4 32/15 37/6 37/14 37/20 111/6 118/22 120/14 198/17 199/9 213/15 215/21 217/24 218/13 218/19 219/15 219/17 220/4 220/7 224/22 260/9 260/15 263/8 276/2 277/5 280/25

**east-southeast [1]** 24/4

**east-west [1]** 260/9

**east-west-trending [1]** 260/15

**eastern [14]** 19/9 19/11 19/18 41/15 118/20 219/11 224/21 226/16 226/18 226/21 236/17 261/21 273/2 280/23

**EB [5]** 80/5 80/7 141/4 141/7 341/21

**economic [2]** 53/21 54/15

**economically [1]** 54/14

**edge [4]** 133/6 201/9 244/1 281/12

**edification [1]** 294/12

**educate [2]** 26/23 206/16

**education [1]** 285/25

**effect [2]** 147/19 222/6

**effective [42]** 8/9 11/14 11/17 11/19 11/25 12/4 12/7 12/14 12/16 13/2 16/13 17/3 17/7 17/18 18/1 18/4 18/17 19/7 19/8 19/10 19/17 19/24 20/5 21/17 23/3 23/10 35/5 115/25 130/14 130/22 131/22 205/10 205/10 205/12 206/11 206/17 206/19 206/20 236/17 274/10 276/25 277/2

**Effectiveness [1]** 245/5

**effects [1]** 171/23

**effort [6]** 124/17 126/15 199/20 206/16 206/17 293/7

**efforts [6]** 125/2 125/19 203/13 221/6 222/6 222/7

**eight [5]** 71/17 71/24 72/1 234/8 273/3

**either [14]** 79/22 87/11 94/19 116/10 126/21 143/3 149/20 178/19 181/6 195/13 207/9 221/10 224/23 273/10

**elements [1]** 151/21

**elevated [1]** 240/25

**elevation [7]** 24/12 28/7 28/10 214/8 223/2 223/2 226/13

**elevations [7]** 24/4 24/16 24/17 28/11 30/25 215/24 215/24

**eliminate [3]** 152/13 152/21 261/7

**eliminated [1]** 152/22

**eliminating [1]** 152/2

**else [11]** 48/7 100/15 141/11 147/8 156/19 204/8 205/13 217/2 232/23 282/13 299/9

**elsewhere [1]** 252/12

**emanated [1]** 104/10

**emanating [1]** 273/11

**employed [1]** 202/1

**Employees [1]** 188/7

**en [1]** 156/13

**enclosing [1]** 290/17

**encourages [1]** 102/3

**end [17]** 5/12 11/5 11/9 26/9 26/10 27/14 32/25 41/1 87/8 96/21 155/15

**228/22 228/23 231/23 231/23 234/24 258/7**

**endangerment [1]** 251/3

**ends [3]** 22/13 218/14 218/19

**engagement [1]** 290/10

**engineer [2]** 50/3 60/25

**engineers [1]** 202/3

**enhanced [1]** 220/14

**enlarge [1]** 47/9

**enlarged [1]** 47/11

**enough [11]** 19/21 38/7 105/13 127/8 131/13 187/10 187/18 193/1 197/15 203/23 237/12

**enter [1]** 250/23

**entered [1]** 262/16

**entire [17]** 52/7 52/17 54/12 69/16 69/19 70/6 70/15 83/13 92/24 94/20 125/15 182/12 192/14 248/18 256/12 256/13 259/21

**entirety [3]** 51/22 69/2 192/17

**entitled [1]** 251/8 273/25 304/9

**entity [1]** 263/10

**entry [6]** 119/20 244/9 244/20 244/21 245/15 272/15

**envelope [2]** 256/1 256/2

**environment [4]** 65/3 88/25 177/24 288/1

**environmental [11]** 50/3 60/25 86/21 87/2 179/3 179/12 187/23 188/8 250/25 251/13 285/19

**EPA [16]** 38/19 40/9 40/10 74/2 122/12 170/22 171/19 171/22 172/1 172/10 172/11 172/16 179/5 180/22 180/23 181/13

**EPA's [2]** 38/15 180/12

**equal [7]** 24/3 24/12 28/7 28/10 30/25 258/25 259/12

**equation [14]** 6/22 7/2 10/12 11/14 34/19 152/22 163/7 164/8 194/8 231/2 232/2 232/24 248/16 248/25

**equations [2]** 11/8 164/1

**equipment [10]** 80/7 80/9 80/12 80/15 107/21 141/7 141/9 141/13 141/15 141/16

**equipotential [2]** 25/19 210/23

**equivalent [1]** 179/20

**error [10]** 78/17 80/2 80/16 80/17 97/10 97/11 97/14 97/18 110/21 237/10

**especially [4]** 11/9 29/7

**140/8 162/11**

**ESQ [13]** 2/2 2/2 2/5 2/7 2/9 2/10 2/13 3/2 3/2 3/3 3/3 3/7 3/11

**essentially [18]** 13/15 25/24 52/2 69/15 115/9 115/15 132/12 134/13 157/8 185/20 220/3 223/18 240/25 243/24

**establish [6]** 154/16 154/21 154/22 155/5 155/13 230/1

**established [10]** 55/2 87/3 149/9 170/23 172/20 179/3 179/10 198/12 200/18 254/1

**establishing [2]** 148/24 154/1

**establishment [1]** 172/16

**estimate [7]** 35/6 38/4 40/12 211/19 211/24 241/22 256/11

**estimated [2]** 34/22 180/10

**estimates [4]** 107/17 130/17 235/1 264/18

**estimation [1]** 118/3

**et [4]** 1/3 1/7 121/24 274/1

**et cetera [2]** 121/24 274/1

**ethic [1]** 251/16

**ethical [4]** 188/6 250/12 250/21 250/25

**ethically [1]** 188/13

**evaluate [7]** 52/3 157/11 177/25 202/7 207/8 249/15 259/5

**evaluated [2]** 85/19 250/21

**evaluating [9]** 201/16 207/13 208/3 208/6 208/8 209/12 229/24 229/7 250/24

**evaluation [2]** 14/9 74/6

**evaluative [1]** 163/12

**even [40]** 10/20 11/5 16/6 16/8 16/11 19/22 19/25 23/21 47/22 60/3 69/21 70/9 78/2 79/13 82/8 83/17 87/12 89/9 103/15 108/12 108/19 109/3 109/12 115/23 127/6 140/18 154/19 193/14 194/14 204/23 208/8 213/1 228/17 236/4 246/25 246/25 253/5 260/1 296/22 301/11

**evening [1]** 5/14

**event [1]** 22/12

**ever [24]** 55/8 83/12 119/25 121/14 128/21 129/18 131/12 157/15 205/16 206/6 206/8

**E**

**ever... [13]** 209/16
209/21 213/25 217/21
226/25 235/18 248/11
262/9 281/14 281/15
282/2 286/2 287/16
**Everglades [1]** 178/8
**every [15]** 34/18 34/18
52/22 100/20 101/3
106/23 124/7 194/3
194/10 203/3 209/21
223/22 232/1 232/2
232/13
**everybody [6]** 6/5 6/15
92/12 92/12 98/4 258/24
259/12
**everybody's [1]** 67/20
**everyday [1]** 21/19
**everyone [8]** 4/2 48/21
114/16 169/1 201/11
228/9 232/22 246/6
**everything [13]** 5/20
5/21 52/11 147/7 147/10
148/3 148/4 159/21
163/25 209/15 209/23
220/3 233/15
**evidence [35]** 5/19 5/23
5/25 6/5 11/25 19/21
75/20 76/2 78/20 89/3
106/18 142/6 142/17
142/19 142/22 143/1
143/10 143/12 143/16
144/5 144/16 144/18
146/7 149/4 149/10
154/4 155/1 155/7
155/13 178/16 182/14
182/23 268/9 283/24
297/20
**evident [1]** 123/22
**exact [6]** 68/17 104/16
110/23 116/11 162/17
191/16
**exactly [25]** 44/23 45/19
77/6 89/13 110/9 122/21
133/8 134/25 135/2
139/22 162/7 176/16
176/22 177/13 179/7
179/9 179/9 214/16
222/12 222/18 226/24
235/9 257/9 266/14
280/19
**examination [27]** 6/18
31/18 40/20 49/17
120/23 121/3 128/12
128/13 128/16 129/12
133/17 137/12 138/23
152/11 154/14 164/23
165/14 168/10 169/16
184/15 185/2 189/14
249/21 266/8 283/2
285/15 301/19
**examine [6]** 4/23 32/11
129/2 138/18 154/15
190/8
**examined [1]** 121/18
**examining [2]** 123/17

187/1
**example [30]** 8/21 8/25
9/16 9/17 15/17 16/7
28/1 31/1 45/13 45/13
53/21 56/22 65/8 112/25
142/25 143/5 144/9
145/15 145/15 145/24
145/25 147/1 154/8
191/5 192/23 205/6
228/8 251/1 272/13
289/7
**examples [2]** 121/17
170/8
**exceed [4]** 63/18 64/2
64/7 180/12
**exceedance [1]** 63/22
**exceeded [1]** 64/13
**except [2]** 164/12 253/1
**exceptions [1]** 211/18
**exclude [6]** 4/7 4/11
4/13 4/25 145/19 145/19
**excluding [2]** 218/21
219/3
**excuse [13]** 7/22 85/15
93/6 177/17 194/16
195/4 197/6 207/18
236/1 241/6 270/21
296/7 296/23
**exhibit [30]** 13/23 14/1
14/4 24/1 32/13 45/17
46/24 49/15 76/7 89/17
92/5 92/9 95/17 95/17
95/19 96/6 96/9 96/13
112/20 118/10 244/10
244/14 244/19 244/20
244/21 245/4 245/16
273/23 301/5 301/7
**exhibit 11 [5]** 244/14
244/19 244/21 245/4
245/16
**exhibit 2 [2]** 14/1 14/4
**exhibit 8 [1]** 49/15
**exhibit 9 [1]** 76/7
**exhibits [1]** 129/9
**exist [5]** 5/21 117/9
178/21 269/2 269/16
**existing [1]** 29/20
**exists [4]** 52/12 183/6
268/15 297/11
**exits [1]** 5/21
**expect [7]** 12/2 19/16
19/19 58/23 243/12
269/24 287/25
**expectation [1]** 199/12
**expecting [2]** 150/20
183/22
**experience [12]** 20/23
22/4 55/23 65/18 123/21
179/11 179/15 186/9
252/5 269/10 270/13
282/6
**experiments [2]** 10/17
10/18
**expert [73]** 4/15 4/19
5/17 6/1 8/15 22/18
36/18 51/13 53/22 61/5

67/13 75/8 75/8
75/9 76/8 76/24 77/1
77/8 79/2 79/9 80/21
80/25 81/4 81/12 81/21
82/1 85/24 94/16 95/20
95/23 96/1 96/7 97/16
108/13 108/19 116/19
116/23 128/5 135/11
135/13 137/10 138/2
143/5 144/9 144/10
145/16 152/4 152/14
152/21 153/4 160/22
188/25 189/11 191/12
197/18 250/12 251/8
251/15 251/20 252/4
264/6 286/3 287/14
291/17 292/9 292/10
292/19 294/23 295/18
299/15 299/16 299/1
**expert's [2]** 75/6 154/12
**expertise [4]** 5/18
134/20 135/8 177/4
**experts [15]** 81/15 102/9
136/6 140/23 152/2
152/11 152/13 152/17
154/7 254/1 280/15
282/20 286/17 293/23
294/5
**experts' [2]** 149/22
294/13
**explain [25]** 4/10 5/15
5/17 7/6 11/4 11/8 11/18
21/7 30/22 110/20
133/13 150/23 163/19
170/8 181/17 182/21
190/5 208/20 208/25
214/23 234/5 238/11
253/22 254/3 275/6
**explained [2]** 239/2
289/8
**explanation [3]** 70/13
87/23 295/20
**exposure [9]** 134/17
135/6 171/24 171/24
172/6 172/11 196/1
196/1 196/7
**expressed [1]** 294/23
**expression [1]** 162/8
**extend [10]** 27/2 42/1
70/10 103/7 269/11
270/15 271/10 271/22
272/2 281/15
**extended [3]** 124/9
258/1 281/19
**extending [4]** 265/5
265/12 265/21 272/9
**extends [2]** 70/10 281/23
**extensive [6]** 10/19
83/20 112/21 124/16
139/19 262/23
**extensively [8]** 57/18
112/23 121/21 128/23
129/20 140/7 140/22
141/1
**extent [9]** 103/7 144/4
146/18 147/15 149/24

178/9 179/16 249/8
270/6
**extraordinarily [2]**
173/25 176/8
**extrapolated [1]** 116/18
**extreme [1]** 271/25
**extremely [4]** 59/1 74/7
194/1 297/2
**eye [3]** 107/14 107/16
107/17

**F**

**face [4]** 58/11 79/19
247/24 259/17
**faced [1]** 55/21
**facilitated [1]** 80/22
**facility [9]** 18/15 30/12
57/8 104/18 123/16
173/22 182/20 288/25
289/10
**fact [52]** 5/23 5/24 27/6
44/12 51/18 52/20 58/15
70/6 72/3 75/4 75/11
77/11 77/16 78/15 79/24
85/2 115/10 126/1
146/14 147/12 147/22
148/7 149/9 151/7 151/9
151/19 151/22 152/24
153/11 154/12 158/22
170/6 176/16 178/11
181/5 181/6 181/9
186/11 188/21 189/9
190/13 205/17 215/23
228/14 238/8 265/12
273/13 276/8 286/5
286/9 290/21 293/17
**factors [2]** 39/21 231/2
**facts [26]** 78/20 147/2
151/22 151/23 152/1
185/16 185/24 186/5
186/9 186/10 186/20
186/25 187/20 188/22
188/22 188/23 188/25
189/11 190/15 190/16
191/13 205/7 250/24
251/20 252/2 252/5
**factual [3]** 85/25 149/20
251/3
**fail [1]** 154/25
**failed [2]** 199/20 205/16
**fair [45]** 51/9 56/19
62/11 63/4 63/9 67/18
69/20 127/8 131/13
185/25 187/4 187/10
187/18 191/18 192/12
193/1 194/10 196/5
196/8 197/14 197/15
198/2 199/21 200/15
201/2 201/12 203/10
203/20 203/23 204/12
205/20 206/18 210/21
216/5 217/2 220/11
222/11 227/2 230/10
230/21 237/5 237/12
243/7 249/5 293/6
**fairly [9]** 10/8 10/10

17/5 17/17 74/6 130/14
253/11 255/17 262/23
**fairness [2]** 181/10
249/3
**fall [2]** 34/7 172/5
**false [6]** 238/2 238/22
238/22 239/3 239/5
239/8
**falsify [1]** 250/22
**familiar [28]** 43/24
50/22 51/1 66/1 66/3
66/9 67/16 76/20 77/11
77/15 77/16 77/19 79/24
85/2 85/18 89/23 118/11
118/13 133/4 178/3
178/9 214/12 215/4
239/17 244/17 264/2
267/23 275/14
**familiarity [1]** 135/10
**familiarized [1]** 185/7
**far [35]** 11/4 11/5 11/9
11/13 11/15 20/4 41/15
65/5 87/8 98/8 103/7
111/15 117/6 129/22
173/4 173/14 182/9
190/8 191/4 229/8
232/23 243/5 248/16
254/23 258/16 259/2
269/10 269/14 270/13
270/14 271/6 271/9
281/2 281/12 281/15
**far-field [3]** 11/3 11/15
20/4
**farfetched [1]** 119/21
**farms [51]** 33/10 33/12
33/16 33/20 35/8 36/21
36/25 37/1 37/1 37/2
37/4 37/6 37/8 37/10
37/14 37/20 66/4 66/7
66/12 213/14 213/15
213/18 213/25 214/1
214/4 214/5 214/8 215/2
215/15 215/16 215/17
215/21 216/5 216/15
216/25 217/16 217/17
217/20 217/21 217/24
218/1 218/6 219/13
219/17 219/19 219/22
219/24 220/9 220/11
220/12 220/14
**farther [1]** 272/2
**farthest [2]** 19/24 282/2
**fashion [2]** 75/19 150/5
**fast [11]** 7/14 9/3 103/17
106/3 108/16 115/2
116/20 131/24 132/2
132/10 228/24
**fast-moving [1]** 103/17
**faster [6]** 11/19 11/22
17/19 103/16 106/7
235/3
**fastest [16]** 9/10 9/11
9/23 21/15 55/7 228/1
229/12 229/13 229/18
230/6 230/9 230/16
230/21 233/3 233/6

**F**

fastest... [1] 255/13
fault [1] 5/11
favor [1] 104/22
FDA [1] 74/1
FDEP [9] 61/10 87/12
88/8 107/25 107/25
111/23 112/17 113/12
282/5
FDEP's [1] 61/19
FDOH [1] 74/2
feature [1] 55/19
features [3] 54/24 56/13
56/15
fed [1] 114/21
feeling [1] 148/4
feet [95] 8/8 15/22 16/7
22/14 22/16 22/19 22/22
23/8 24/21 24/22 25/20
25/24 34/23 35/3 40/5
40/6 42/6 42/7 42/15
42/19 42/24 43/4 43/8
43/16 43/19 44/12 44/13
44/14 44/21 44/21 44/21
45/10 46/11 46/16 46/22
47/8 48/2 48/3 67/8
83/19 83/25 88/17 105/6
106/21 115/17 115/22
115/22 115/23 116/8
116/10 116/12 116/20
117/2 117/14 126/5
126/5 132/25 132/25
133/2 133/3 133/5
133/23 133/25 134/4
158/19 160/12 200/1
235/25 243/15 243/17
244/6 247/9 256/4 256/5
256/6 256/15 258/11
259/21 268/19 268/21
269/13 269/13 270/3
270/7 270/17 271/4
271/4 271/23 271/24
271/24 273/7 273/15
273/18 282/6 282/8
fell [1] 25/23
felt [2] 17/25 294/20
fertilizers [2] 66/20 67/2
few [20] 26/20 40/16
45/10 62/4 67/10 79/8
95/19 95/22 102/10
106/22 159/1 159/6
200/8 212/10 221/3
238/25 268/20 272/25
277/21 287/11
fewer [1] 139/4
fiduciary [1] 251/3
field [25] 10/6 11/13
11/15 20/4 21/23 23/19
23/20 141/14 141/16
141/19 141/21 142/2
177/5 204/13 220/24
222/12 222/18 222/22
239/19 239/21 250/25
257/13 261/20 270/19
285/25
figure [33] 16/17 22/22

34/8 37/12 41/2 41/25
43/13 43/22 46/2 47/6
50/21 104/13 104/16
105/5 125/10 138/4
146/24 150/11 150/18
151/13 197/2 214/21
216/17 217/3 245/21
264/2 264/3 264/5
272/14 272/24 273/2
279/14 279/20
Figure 4-6 [1] 43/13
Figure 4-7B [1] 46/2
Figure 4-8 [1] 50/21
Figure 4.6 [1] 41/2
figures [2] 194/9 272/16
filed [5] 4/7 142/22
145/3 301/4 301/8
filing [4] 143/2 245/17
301/6 301/8
filings [2] 146/7 293/13
fill [1] 21/9
final [4] 238/9 238/17
238/23 238/24
finding [2] 59/8 244/24
findings [10] 6/6 54/19
55/6 57/21 57/22 59/4
67/11 67/11 151/19
274/16
fine [13] 40/23 47/19
47/20 47/23 99/10
113/14 128/24 193/21
226/1 284/1 295/17
300/19 300/19
finger [1] 31/9
fingertips [1] 183/5
finish [8] 9/20 9/22 46/5
88/13 88/15 155/19
229/15 233/19
finished [6] 88/14
150/19 229/1 229/13
230/8 230/9
finishing [1] 9/25
fire [3] 57/25 118/7
162/10
fires [6] 177/22 177/22
177/22 178/2 178/2
178/2
firm [7] 184/20 191/14
214/17 290/17 291/9
292/12 292/19
firms [2] 201/23 202/1
first [41] 4/17 11/15
14/5 23/8 52/9 62/6
72/25 75/7 87/22 94/1
98/6 112/18 137/22
154/18 185/10 216/1
216/12 250/15 250/20
251/6 252/1 252/2
252/25 257/11 262/14
264/12 265/13 274/19
277/4 277/13 286/2
286/14 288/12 292/17
292/20 293/4 293/13
294/3 296/2 297/8 300/1
fit [2] 140/9 256/17
five [13] 8/4 8/4 111/5

143/13 148/6 151/8
153/2 153/18 176/6
263/7 271/24 283/20
301/10
five miles [1] 8/4
five-page [1] 301/10
FL [6] 2/4 2/6 2/8 2/12
2/14 3/9
flag [1] 63/21
Flagler [1] 3/8
flawed [3] 37/15 37/22
37/22
flip [3] 68/4 68/7 251/7
flooding [1] 280/7
floodwaters [1] 280/9
FLORIDA [50] 1/1 1/8
1/20 14/8 14/12 62/23
64/3 74/12 83/1 83/3
84/16 86/4 86/21 87/2
102/2 131/8 134/24
179/3 179/12 187/23
198/24 202/15 203/7
204/14 204/16 204/18
204/19 204/20 204/21
204/25 205/22 212/15
223/5 235/24 242/19
252/10 252/12 252/13
252/16 252/16 252/17
268/6 268/19 268/20
270/13 279/23 281/15
282/3 282/4 282/7
flow [100] 11/23 24/15
24/24 25/1 28/24 30/23
31/23 32/2 32/3 32/12
34/5 34/11 36/8 36/15
36/17 36/18 36/25 37/4
37/14 37/20 57/23 70/1
105/17 118/4 120/14
132/6 133/15 134/9
161/22 207/3 210/6
210/18 211/10 211/13
211/17 211/19 211/21
211/25 215/5 215/14
215/17 215/21 216/4
216/14 216/25 219/4
219/5 222/8 222/10
222/14 223/19 224/6
224/18 224/19 226/11
227/5 227/17 229/25
231/23 233/5 233/6
234/12 234/17 236/8
239/19 239/21 240/20
241/1 241/21 252/20
252/25 253/2 253/4
253/5 253/6 254/24
255/13 255/14 255/18
255/19 256/16 256/24
258/12 261/8 268/21
268/23 279/17 279/25
280/2 280/2 280/15
280/18 280/20 280/22
294/21 297/24 298/3
298/16 298/22 300/3
flowed [1] 29/17
flowing [9] 11/21 29/14
32/15 33/21 37/10 55/15

207/1 254/25 280/11
flowmeter [9] 206/22
206/24 206/25 206/25
207/12 208/2 208/17
209/11 210/2
flows [10] 37/6 37/14
118/21 118/24 120/12
210/21 224/21 224/23
255/2 280/13
focus [4] 45/18 70/17
156/3 158/6
focused [3] 17/25 252/16
267/6
focusing [1] 116/3
follow [10] 40/24 107/9
128/19 148/8 154/19
156/1 162/1 168/3 175/7
253/23
follow-up [1] 168/3
followed [1] 190/16
following [7] 5/9 48/20
114/15 168/25 225/4
226/12 246/5
follows [2] 220/11
251/17
foolishness [1] 106/24
foot [21] 17/2 25/22
25/23 40/5 46/14 48/3
56/4 115/19 218/13
218/18 219/5 240/6
240/6 240/7 240/19
240/20 241/13 242/12
242/13 268/20 269/7
force [6] 123/15 133/11
133/15 164/2 170/7
218/9
forced [1] 11/22
foregoing [1] 304/7
forest [2] 177/22 178/2
form [5] 90/1 162/23
180/18 187/16 260/3
formation [10] 12/1
12/17 13/4 13/10 14/21
16/14 17/15 18/5 19/18
19/23
formational [1] 204/24
formations [5] 14/23
15/1 15/7 16/16 269/18
formed [1] 89/1
former [1] 26/21
Fort [3] 2/4 2/8 14/23
forth [3] 232/2 280/14
280/21
forthcoming [1] 190/17
Forty [1] 282/4
Forty-four [1] 282/4
forward [1] 245/23
found [46] 9/14 12/1
12/24 13/3 18/11 18/14
18/17 23/3 31/13 33/16
38/22 40/2 40/2 52/21
54/21 54/21 67/6 67/7
74/25 75/11 83/5 83/17
125/18 134/14 135/18
135/21 139/13 158/17
159/23 161/12 161/15

161/16 161/19 162/17
170/9 172/24 177/7
177/10 189/6 195/10
195/10 196/15 196/20
244/12 288/15 293/1
foundation [5] 85/17
91/12 137/9 138/1
139/17
foundational [2] 31/23
163/6
four [18] 46/22 71/8
88/18 99/18 106/19
172/19 176/5 251/12
258/5 264/8 273/17
273/22 282/4 292/14
293/3 293/9 298/6
299/18
four feet [1] 46/22
four inches [1] 106/19
Fourteen [1] 281/13
Fourteen miles [1]
281/13
fourth [1] 252/3
fractured [7] 19/23
44/25 45/7 268/14
268/15 268/18 268/24
fractures [2] 12/6 12/13
268/20
fracturing [1] 12/5
frame [2] 124/13 230/5
Frank [1] 169/11
Franklin [4] 1/18 304/6
304/12 304/13
frankly [2] 5/14 152/8
freeway [2] 21/7 21/10
frequently [1] 76/13
Friday [2] 150/20
283/19
front [16] 6/3 10/1 49/22
142/12 160/24 226/2
235/11 244/25 245/4
245/7 277/17
full [6] 191/2 205/21
241/19 241/20 245/15
247/21
fundamental [1] 163/6
funded [1] 122/11
furans [46] 29/7 40/2
65/2 65/8 66/14 66/17
66/19 67/3 67/15 67/17
68/1 68/6 69/15 70/21
70/25 71/23 72/8 73/19
77/18 77/22 79/5 79/23
80/13 80/16 80/19 80/21
81/9 82/12 83/5 83/17
83/24 103/13 140/8
140/9 140/17 161/12
161/18 162/12 162/17
162/23 165/23 166/10
167/22 175/16 177/20
196/17
further [24] 20/24 27/2
28/14 48/9 88/20 100/18
100/24 105/23 106/11
154/3 168/2 171/10
183/11 203/19 248/5

Case 9:13-cv-80928-KAM   Document 397   Entered on FLSD Docket 01/11/2018   Page 319 of
341
{WITNESSNAME}                                    Index: further..haven't

**F**

**further...** [9] 248/5
258/1 280/9 282/11
297/23 298/13 298/21
299/12 299/14
**furtherance** [2] 291/10
291/12
**furthest** [3] 103/6
243/12 270/17
**future** [5] 58/17 58/21
59/12 59/14 59/15
**fuzzy** [1] 94/8

**G**

**G-1** [3] 43/24 43/24 44/4
**GA** [1] 3/13
**Gallagher** [7] 3/2 59/20
102/24 285/14 300/21
301/10 303/17
**gallons** [2] 112/21
113/18
**gap** [1] 264/23
**Gardens** [1] 2/14
**gauge** [1] 104/5
**gave** [12] 7/3 20/11
185/14 188/6 232/11
237/24 240/5 248/10
265/18 292/20 293/5
299/25
**Gdanski** [6] 2/2 184/20
246/7 303/8 303/10
303/14
**gears** [1] 267/18
**general** [23] 11/8 54/17
55/24 59/7 62/14 69/25
70/1 115/21 116/17
128/3 133/22 137/1
206/12 206/13 213/22
222/4 224/18 224/19
226/10 226/12 268/6
294/11 294/12
**generally** [14] 15/3
42/16 42/17 45/2 58/4
65/10 124/11 133/21
140/20 161/8 219/5
252/16 261/12 287/20
**generated** [1] 216/3
**geo** [2] 287/5 287/6
**geo-locating** [1] 287/6
**geo-referencing** [1]
287/5
**geographic** [6] 122/3
127/15 137/1 138/20
139/15 263/10
**geolocate** [1] 44/9
**geolocated** [1] 42/21
**geologic** [3] 15/15 19/4
56/14
**geological** [11] 117/12
127/24 177/1 212/14
223/5 267/19 267/21
267/23 268/4 268/5
275/22
**geologist** [7] 5/15 5/17
5/22 194/12 194/14
194/15 195/21

**geologists** [2] 136/6
194/24
**geology** [13] 15/16 47/24
177/4 202/10 202/13
202/15 202/16 204/19
268/6 268/19 271/3
275/17 289/19
**geometric** [3] 129/25
235/22 235/22
**geometry** [3] 208/1
238/15 257/25
**geophysical** [2] 207/15
276/17
**geophysics** [5] 202/5
202/6 202/10 202/14
202/16
**getting** [6] 5/10 112/25
171/25 189/14 256/21
290/2
**give** [24] 6/5 8/21 25/22
53/10 70/13 75/19 81/23
85/3 85/20 98/17 103/20
107/11 145/22 174/6
190/3 190/22 191/20
231/24 240/7 242/25
243/6 252/23 277/7
298/17
**given** [9] 51/8 54/1
58/24 121/18 123/20
207/25 223/19 287/25
299/25
**gives** [3] 93/19 234/22
242/24
**giving** [3] 76/5 257/19
257/20
**goal** [1] 199/16
**goes** [15] 10/24 17/1
27/16 71/17 74/23 75/1
75/11 126/5 215/21
216/4 216/14 219/8
220/11 222/11 280/25
**going** [102] 6/8 7/14
9/20 9/23 20/12 20/14
21/8 21/11 21/12 24/14
31/16 32/5 32/18 32/18
32/24 37/20 39/14 39/14
41/1 43/10 56/12 59/2
59/19 64/9 66/6 74/15
75/10 75/21 77/1 85/6
89/20 92/18 92/21 96/14
98/4 98/8 100/5 100/21
101/2 102/23 104/20
106/1 106/8 106/19
106/25 108/23 110/10
111/18 113/4 113/5
113/18 114/23 118/10
124/22 129/9 142/12
143/13 144/14 144/19
148/8 150/20 153/4
153/16 153/18 153/25
154/6 156/1 166/2 166/6
166/16 166/25 167/12
167/25 169/24 184/21
189/19 192/20 194/18
197/13 197/19 211/1
218/3 219/23 220/3

222/4 260/11
273/23 274/2 274/8
282/19 282/20 282/22
283/5 284/8 286/10
290/11 295/16 299/6
300/6 301/11 301/14
**gone** [10] 8/1 66/2 82/5
105/6 127/12 127/12
128/15 187/5 298/21
299/11
**gonna** [1] 249/8
**good** [22] 4/2 20/3 36/7
103/8 114/16 114/20
114/22 114/22 120/25
121/1 145/25 169/18
174/20 184/17 184/18
189/15 249/23 254/24
255/4 285/17 299/4
300/5
**goods** [1] 173/15
**gosh** [2] 68/17 123/13
**got** [30] 6/11 9/24 41/5
41/19 44/19 82/12 85/14
94/9 96/15 98/5 133/23
135/12 136/1 136/5
138/1 144/13 150/6
183/5 222/18 226/16
237/1 245/9 248/10
284/20 286/14 292/23
299/8 299/9 299/14
300/2
**Gotcha** [2] 161/11
213/24
**gotta** [1] 144/21
**gotten** [3] 9/11 211/14
230/2
**Government** [4] 122/13
215/20 243/9 243/10
**Gowdy** [3] 2/5 2/5
153/24
**grab** [1] 90/13
**grade** [1] 28/11
**gradient** [42] 8/8 10/25
11/1 23/2 23/9 23/14
23/21 25/8 25/14 25/17
25/22 26/1 29/5 34/7
34/17 35/4 58/1 82/14
116/6 118/1 118/2
134/11 211/12 217/17
218/1 218/3 219/19
221/25 222/22 226/25
236/19 237/16 237/21
240/3 240/6 240/17
240/25 241/20 241/23
242/1 262/19 262/20
**gradients** [2] 115/24
130/13
**graduate** [2] 203/7
285/25
**grand** [1] 293/3
**granularize** [1] 156/2
**graph** [3] 91/14 93/10
239/17
**graphic** [5] 41/8 92/19
92/23 93/5 103/24
**gravel** [1] 19/25

**great** [1] 267/16
**greater** [9] 26/1 46/11
46/16 83/6 83/19 83/25
124/14 124/14 181/15
**green** [7] 16/21 16/22
16/23 26/13 37/2 41/5
86/20
**Greg** [1] 169/3
**Gregor** [1] 3/7
**Groden** [1] 3/3
**gross** [1] 153/15
**ground** [6] 40/7 144/3
171/1 207/20 248/13
262/16
**groundwater** [162]
10/16 11/21 20/3 22/2
24/24 25/1 29/13 29/14
29/17 30/14 30/23 31/6
31/12 31/23 32/1 32/3
32/12 33/21 34/5 34/11
35/23 36/8 36/17 36/25
37/4 37/6 37/10 37/14
37/20 55/15 56/2 56/9
56/12 57/12 58/7 58/16
66/15 67/9 70/1 82/9
82/19 82/21 88/1 88/5
88/10 88/22 89/7 90/14
103/9 103/16 104/5
105/7 105/15 105/17
106/7 115/3 118/20
120/12 122/11 132/1
132/24 133/4 133/25
134/8 139/25 140/4
140/21 159/3 161/22
163/7 163/13 163/23
163/25 170/7 170/24
172/18 172/25 173/8
176/10 178/16 178/18
178/20 179/2 185/5
195/3 195/6 196/16
198/17 199/8 200/11
201/18 201/21 202/25
204/4 204/11 204/24
210/6 210/18 210/21
211/19 211/21 211/24
212/1 212/11 212/25
215/5 215/14 221/19
222/2 222/8 223/7 224/6
224/12 224/18 224/19
226/11 227/1 227/5
227/17 231/24 232/15
235/2 235/4 236/8
241/17 241/18 252/20
252/25 253/3 255/2
256/24 266/23 267/6
267/12 279/17 288/24
288/24 289/9 289/11
289/23 290/4 291/13
293/19 293/21 293/22
294/10 294/17 294/21
294/25 295/3 295/11
295/20 295/22 296/22
297/11 297/17 297/17
297/24 298/3 298/16
298/22 300/3
**groundwater's** [1] 24/14

**groundwaters** [1]
297/22
**group** [2] 1/7 106/22
**Groups** [1] 188/7
**grove** [2] 66/23 67/2
**guess** [12] 69/8 130/10
150/8 150/20 151/11
189/14 191/11 224/4
284/3 284/21 295/8
295/17
**guidance** [2] 40/11
148/9
**guideline** [1] 179/11
**guilty** [1] 9/14
**Gulf** [1] 203/7
**Gunn** [3] 3/12
**Gunster** [1] 3/8
**gush** [1] 132/6
**guy** [6] 9/3 9/11 9/13
9/24 21/10 228/18

**H**

**Haberman** [7] 2/2 40/25
41/21 165/15 165/25
166/9 303/4
**hadn't** [2] 150/19
150/22
**half** [10] 32/21 40/15
69/16 111/15 244/11
260/2 282/9 283/6 283/7
292/16
**hallway** [1] 184/19
**Hammer** [4] 2/7 169/20
171/9 303/12
**hand** [13] 26/9 49/1
67/20 94/15 100/8 110/8
169/6 216/24 247/14
250/3 273/23 284/19
284/24
**handed** [1] 95/25
**handle** [2] 6/8 188/12
**handling** [1] 184/1
**hands** [1] 184/19
**handy** [1] 300/10
**happen** [3] 159/1 269/7
273/19
**happened** [6] 141/6
152/8 274/25 275/2
275/5 299/5
**happening** [2] 30/18
89/3
**happens** [6] 10/20 58/10
134/7 159/1 159/2
232/10
**happy** [4] 47/1 150/6
150/16 151/4
**hard** [4] 26/13 158/13
244/23 278/16
**hasn't** [6] 75/3 136/8
152/12 222/5 252/24
254/20
**Hatfield** [7] 2/10 284/21
290/22 292/2 293/4
300/14 301/2
**have the** [1] 94/16
**haven't** [18] 56/8 58/21

# H

**haven't...** [16] 129/10
131/15 152/23 153/11
154/16 154/18 155/2
198/5 220/17 220/18
229/14 244/12 268/12
289/18 298/21 299/11
**having** [17] 60/25 84/10
112/20 123/9 123/17
128/13 130/21 186/7
189/13 244/23 249/2
259/7 259/12 263/25
268/13 270/16 291/20
**hazardous** [7] 58/25
122/14 125/10 289/23
290/1 291/13 293/18
**he's** [36] 4/15 4/24 13/20
21/12 45/24 47/4 66/2
74/19 74/25 75/12 76/4
76/20 76/20 85/24 88/14
93/9 93/10 93/25 128/21
135/8 135/11 135/24
135/25 136/2 136/4
138/1 166/6 203/19
209/16 209/21 233/19
233/19 265/16 283/5
294/23 295/21
**heading** [4] 57/20 57/20
57/21 225/10
**health** [19] 63/7 74/12
134/24 161/10 172/4
172/15 179/10 179/19
179/19 179/22 180/4
180/4 180/21 180/22
181/13 195/22 251/3
259/6 288/21
**hear** [8] 126/19 138/24
142/18 179/24 195/4
271/7 285/6 295/5
**heard** [26] 5/20 57/1
63/23 66/1 78/3 93/8
121/3 121/12 153/11
163/1 177/1 192/7
202/19 202/21 202/24
233/12 265/9 265/11
265/13 267/20 277/12
289/1 293/24 294/22
295/3 295/5
**hearing** [36] 5/5 6/4
13/24 77/2 130/8 142/13
142/14 144/1 144/13
144/18 145/4 146/13
146/13 146/20 147/16
147/22 149/5 149/13
149/17 149/18 150/19
150/23 151/3 151/7
151/8 153/2 153/10
153/13 155/1 155/9
189/15 190/13 233/15
277/6 283/22 289/12
**hearing's** [1] 283/9
**hearings** [1] 144/1
**heavily** [2] 82/14 219/1
**help** [9] 98/10 98/17
158/10 206/16 212/11
284/3 284/16 286/18

**helped** [1] 279/24
**helping** [1] 291/24
**helps** [2] 292/21 292/23
**here** [176] 6/12 6/22
7/18 9/4 10/5 15/14
15/20 15/22 16/6 16/16
16/19 17/4 17/9 17/14
24/1 24/5 24/6 24/22
24/22 25/8 25/10 25/11
27/11 27/12 27/16 27/22
28/5 29/4 30/18 31/1
34/3 36/13 36/13 36/20
39/14 41/7 41/8 42/20
43/10 43/15 43/20 44/17
45/4 46/21 47/9 47/13
47/17 49/24 50/12 51/16
53/21 54/21 54/21 55/6
55/14 56/3 56/18 58/24
59/19 61/10 65/20 66/6
67/21 68/4 69/21 70/5
72/23 72/25 75/8 77/2
79/12 79/22 80/12 83/22
84/24 85/7 88/7 89/20
91/22 92/10 92/11 95/12
97/19 98/5 98/11 98/12
98/14 99/11 100/17
101/2 105/12 106/1
110/10 111/23 112/12
114/24 116/23 118/10
118/10 119/2 119/14
120/3 122/20 123/4
125/19 126/12 127/13
130/18 131/8 131/10
134/12 136/2 144/24
145/2 147/9 147/11
148/5 149/13 151/18
152/19 152/20 153/16
154/6 155/14 157/5
160/8 161/10 161/14
165/18 167/22 179/14
184/2 191/22 197/19
198/13 201/3 201/4
201/13 205/14 208/8
212/23 213/3 213/21
222/3 225/24 226/5
233/24 242/3 247/25
249/1 249/6 258/19
264/9 264/19 265/15
265/16 271/14 272/14
272/24 280/16 281/14
286/14 288/16 289/7
290/16 290/20 290/22
291/3 291/11 292/3
293/1 296/15 297/9
299/2 300/11 301/10
**here's** [6] 27/8 28/2 28/2
46/21 295/9 295/12
**heretofore** [1] 146/2
**Herman** [1] 3/4
**heterogeneities** [4]
16/12 20/20 20/23 44/24
**heterogeneity** [5] 16/8
17/17 207/9 207/13
208/3 208/6 208/8
209/13

**heterogeneous** [1]
269/22
**Hey** [1] 299/6
**Hi** [1] 285/18
**hide** [1] 186/2
**high** [33] 21/3 21/17
24/16 38/8 44/19 83/14
87/24 97/11 115/3
115/21 130/3 130/12
130/21 131/19 131/20
131/20 134/4 211/22
231/23 233/4 238/14
252/23 253/16 255/1
266/14 268/10 268/14
269/4 269/8 269/14
272/5 272/8 273/12
**higher** [15] 22/12 23/21
47/23 99/6 115/20
178/18 207/7 234/24
246/24 256/15 257/16
258/6 270/4 271/22
277/5
**highest** [15] 31/12 44/15
121/13 121/25 127/21
127/22 129/18 129/21
131/12 160/23 233/16
234/3 234/12 255/19
264/12
**highlight** [1] 44/18
**highlighted** [4] 36/20
42/7 291/11 297/9
**highlighting** [2] 37/2
41/6
**highly** [3] 117/1 117/17
130/11
**highway** [2] 219/16
270/25
**Hill** [1] 123/15
**hillside** [1] 38/12
**himself** [2] 208/25 287/2
**hired** [6] 286/18 289/21
290/1 290/5 291/7
291/17
**historic** [2] 29/9 223/15
**historical** [4] 67/1
123/18 178/6 262/15
**history** [3] 5/16 119/14
149/12
**hit** [8] 54/17 116/1
160/16 247/8 247/23
247/25 249/13 249/15
**hits** [13] 52/21 59/6
63/21 63/23 69/25 70/11
112/25 113/3 157/4
157/4 166/10 167/19
167/23
**Hmm** [2] 151/10 151/12
**hold** [11] 100/3 100/25
125/11 166/1 175/10
199/14 270/20 270/20
299/2 301/2 301/25
**hole** [2] 298/22 299/12
**holes** [1] 10/25
**Hollywood** [3] 14/12
204/25 275/19
**home** [13] 57/14 58/8

90/8 90/11 91/4 91/7
91/9 91/25 156/25 161/5
161/7 168/15 192/24
**homeowners** [1] 102/3
**homes** [3] 68/15 92/20
192/12
**Honor** [95] 4/4 6/7 6/10
6/13 13/23 20/12 20/14
28/19 31/16 31/19 32/8
33/3 39/16 40/14 40/18
45/21 46/4 47/1 48/9
49/10 54/3 54/6 74/18
76/12 77/3 78/4 85/15
93/14 98/10 114/1
126/18 128/4 128/25
133/16 134/19 135/23
137/8 137/22 138/21
139/16 141/23 142/21
142/24 144/9 145/22
146/12 147/6 148/21
149/12 149/16 150/5
150/12 151/4 151/17
151/19 151/19 153/22
155/5 157/11 161/1
162/18 164/19 166/2
168/2 169/3 169/15
183/14 183/21 184/1
189/13 191/8 193/16
195/16 208/11 208/24
214/20 233/18 249/20
250/1 253/21 265/9
274/3 275/11 277/10
282/11 282/21 282/22
283/10 283/16 283/19
284/16 300/5 300/11
300/20 301/23
**Honor's** [3] 146/21
147/17 147/21
**HONORABLE** [1] 1/13
**hope** [6] 62/22 164/25
188/17 199/12 284/4
284/17
**hopefully** [1] 284/3
**horizontal** [2] 16/1
261/8
**horizontally** [1] 55/5
**host** [1] 173/14
**hour** [7] 21/8 21/8 32/21
40/15 265/10 283/7
283/7
**hours** [2] 229/9 230/8
**house** [4] 259/8 259/8
259/13 259/14
**household** [3] 173/2
173/15 176/13
**housekeeping** [3] 49/12
49/19 300/13
**however** [4] 32/24 117/8
173/20 289/21
**HPT** [1] 46/16
**HPT-03** [1] 46/16
**HTP** [1] 46/19
**HTP-03** [1] 46/19
**Hubbard** [1] 3/5
**Hudgins** [1] 3/11
**huge** [3] 45/5 60/18

60/19
**human** [3] 9/10 38/19
63/7
**humans** [3] 134/18
195/14 195/15
**hundred** [19] 34/23 40/5
43/18 44/13 122/2 126/5
133/25 145/7 234/22
234/23 236/4 243/16
244/7 256/3 256/4
269/13 270/17 271/3
279/25
**hundreds** [6] 10/21
10/21 110/6 110/6
193/24 253/7
**hunt** [1] 98/5
**Hurry** [1] 168/5
**hurt** [1] 284/22
**hydraulic** [89] 8/7 21/17
22/13 22/15 22/19 22/23
23/8 27/1 34/6 34/16
34/22 35/3 35/3 42/4
42/22 43/16 43/20 44/1
44/15 44/19 45/5 45/11
46/11 46/17 47/15 47/16
47/23 48/2 48/5 83/14
115/3 115/16 116/6
116/16 117/2 121/4
121/13 121/17 122/1
127/15 127/20 128/1
128/20 129/6 129/16
130/13 130/18 130/21
131/19 134/5 134/11
207/21 211/12 221/20
221/25 222/22 233/6
234/6 235/8 236/15
236/18 237/16 237/20
237/20 237/23 239/1
240/3 240/17 241/22
255/6 255/15 256/3
257/4 257/13 257/16
257/17 258/11 268/10
269/4 269/20 269/24
270/2 272/5 272/8 273/1
273/4 273/6 273/16
277/5
**hydraulics** [1] 207/25
**hydro** [1] 47/18
**hydrocarbons** [1]
177/21
**hydrodynamic** [4] 11/6
230/23 231/8 235/11
**hydrogeologic** [2] 14/9
55/7
**hydrogeological** [3]
54/24 55/19 274/2
**hydrogeologist** [8]
21/22 194/13 194/14
202/17 204/3 204/7
204/12 262/13
**hydrogeologists** [7]
21/18 24/23 136/6
194/25 202/2 215/7
289/5
**hydrogeology** [18]
21/24 50/15 56/17 106/2

**H**

**hydrogeology... [14]**
106/3 159/22 163/7
201/19 202/5 202/9
203/20 203/25 230/12
252/10 289/13 289/14
289/16 289/19

**hydrologist [4]** 135/9
204/2 204/7 204/11

**hydrologists [1]** 202/1

**hydrology [6]** 56/2
194/15 201/18 202/5
202/11 203/24

**hydrostratigraphy [1]**
55/4

**hypothetical [3]** 127/3
164/3 167/13

**hypothetically [3]**
142/10 218/6 258/23

**I**

**I'd [24]** 4/20 7/16 13/22
13/23 30/7 45/18 51/24
52/24 85/16 107/3
161/25 167/20 189/16
213/22 218/18 221/2
223/10 233/18 240/10
247/21 248/7 249/25
274/12 301/15

**I'll [41]** 6/5 33/3 44/18
66/6 68/7 75/9 76/21
85/7 85/20 87/6 87/14
94/12 95/13 100/21
101/5 104/1 104/3 114/6
120/18 127/1 133/19
142/10 148/19 163/16
164/19 166/12 168/4
174/6 189/4 189/9
189/10 190/3 200/25
214/23 225/25 245/15
250/7 258/18 275/6
278/17 295/8

**I'm [191]** 4/9 4/10 4/23
5/6 6/8 13/13 16/17
16/23 20/8 20/12 20/14
25/10 25/12 29/4 32/5
34/16 34/17 37/2 41/1
42/20 43/10 45/14 47/1
47/11 47/12 49/24 50/21
53/25 58/5 58/5 59/19
61/2 64/9 66/6 69/21
69/21 69/21 72/18 73/7
73/8 74/15 74/18 75/9
75/13 75/21 77/15 77/19
78/2 78/8 79/24 80/4
85/6 89/17 89/20 90/14
91/11 91/14 92/2 92/5
92/19 92/21 96/14 98/4
99/20 100/16 100/21
102/23 104/15 104/15
106/25 108/15 108/23
110/2 111/18 113/15
114/21 114/23 118/10
119/11 119/25 126/19
128/18 128/18 133/4
135/5 137/14 137/16

138/10 143/13 144/19
146/5 147/9 147/24
148/6 148/18 150/9
150/10 151/5 151/15
156/1 162/2 166/2 166/5
166/16 167/12 169/24
171/9 171/17 173/6
175/7 175/10 175/12
177/5 177/17 178/3
178/9 179/23 179/24
180/24 182/1 183/22
184/20 184/21 185/7
185/8 188/20 189/20
193/7 194/13 195/20
195/20 195/25 196/2
196/19 197/7 197/12
197/13 197/18 197/19
203/6 204/14 206/21
208/21 209/20 211/1
211/15 211/16 216/6
216/7 216/15 216/16
216/23 225/15 225/23
230/1 230/3 233/15
237/7 237/8 239/6 240/6
242/2 244/23 245/4
245/8 249/6 249/7
250/18 251/9 251/15
255/10 258/11 259/7
260/11 272/20 273/23
274/2 274/5 288/4
288/12 288/22 289/25
290/11 292/17 293/6
295/9 295/24 298/23
299/18 301/11 301/16

**I've [80]** 5/20 21/6 34/17
52/23 54/15 55/8 55/8
55/13 55/17 56/6 57/4
57/5 59/17 62/4 63/11
63/12 63/23 64/12 64/12
67/12 73/20 74/8 78/24
81/5 81/5 82/5 82/7
82/12 83/2 83/12 83/13
86/6 95/17 95/18 98/5
102/9 102/11 103/20
115/20 115/21 117/10
121/21 122/1 123/13
123/13 123/14 124/7
125/22 128/2 131/15
131/15 133/24 141/1
159/22 171/3 174/19
177/1 179/15 182/21
195/12 202/19 202/21
202/23 205/22 206/9
209/3 222/18 233/1
245/9 252/13 254/16
268/5 268/6 268/7
291/11 295/19 296/14
297/9 299/18 300/2

**i-a-n [2]** 285/11 285/12
**idea [7]** 51/15 125/10
143/21 150/8 212/13
234/10 239/6

**identified [8]** 50/8 67/18
119/2 119/7 152/4
165/23 242/8 246/10

**identify [8]** 76/20 89/9

92/6 92/17 93/3 151/4
152/20 223/13

**identifying [1]** 191/17

**IL [1]** 3/6

**illustration [1]** 37/9

**image [10]** 214/12
214/14 215/12 217/8
217/12 219/18 219/20
220/1 220/2 242/6

**images [1]** 215/1

**imagine [1]** 90/16

**immediately [2]** 82/13
273/15

**immobile [1]** 103/14

**impact [29]** 51/24 52/3
53/20 53/21 54/15 55/24
56/1 56/6 56/8 58/3 58/4
59/7 66/15 133/10
133/25 134/1 134/3
157/17 159/25 160/2
160/3 163/13 178/6
182/12 215/5 220/15
222/6 222/14 222/22

**impacted [14]** 51/23
52/8 52/17 53/7 53/18
54/13 54/14 59/8 156/11
157/6 167/9 167/18
167/19 167/24

**impacting [1]** 156/13

**impacts [3]** 10/12 99/21
157/2

**impeller [1]** 207/3

**implemented [1]** 126/10

**implications [1]** 250/12

**important [9]** 74/1
124/11 126/3 181/22
185/24 186/21 188/22
188/22 227/24

**importantly [1]** 146/3

**impose [1]** 300/9

**impossible [2]** 173/24
182/21

**improbable [1]** 194/1

**improving [1]** 127/13

**inadmissible [1]** 155/4

**inappropriate [1]**
188/23

**inch [1]** 276/19

**inches [2]** 106/19 276/19

**include [3]** 116/19 290/3
297/1

**included [8]** 32/9 67/12
67/13 78/25 89/14 95/18
95/20 247/1

**includes [2]** 89/9 122/4

**including [6]** 61/1 62/20
65/11 123/9 196/16
260/10

**incomplete [1]** 167/13

**inconsistent [2]** 107/4
254/10

**incorporate [2]** 35/7
35/14

**incorporated [2]** 145/12
223/6

**incorrect [4]** 145/6

148/14 150/4 192/18
**incorrectly [1]** 187/15
**increased [1]** 171/25
**increasing [4]** 88/19
99/19 158/21 160/11
**incredible [1]** 152/10
**increments [2]** 132/4
**indeed [2]** 106/10 159/3
**independent [7]** 163/12
177/25 178/5 241/10
294/8 294/8 297/7
**indicate [3]** 37/21
141/21 161/6
**indicated [5]** 37/10
89/12 97/10 100/10
178/23
**indicates [3]** 91/17
187/22 241/1
**indicating [1]** 161/22
**indication [9]** 67/8 70/8
82/15 88/20 88/21 89/6
158/25 159/2 273/13
**indicative [1]** 182/2
**indicator [5]** 103/6
103/8 103/18 103/18
115/19
**individual [15]** 52/22
57/13 58/9 101/21 152/7
155/7 156/16 157/7
166/23 167/7 167/16
180/7 182/9 192/24
269/13
**individualized [1]**
192/12
**individually [2]** 223/17
223/21
**individuals [2]** 182/10
187/1
**indulge [1]** 47/2
**indulgence [2]** 183/22
300/16
**industrial [6]** 39/22
39/23 64/23 65/5 101/10
104/23
**inevitably [2]** 106/14
107/9
**infinitum [1]** 157/22
**inflow [1]** 207/7
**information [35]** 35/2
56/18 56/20 56/21 56/22
56/23 61/3 73/20 75/19
76/13 76/16 79/19 85/8
93/19 98/25 123/2 123/7
142/11 179/17 183/4
186/25 191/23 203/19
216/24 216/24 217/1
223/2 223/9 224/5
239/11 257/20 262/15
265/11 291/8 293/14
**inhibit [1]** 261/7
**inhibits [1]** 267/15
**initial [3]** 170/4 180/18
293/13
**initially [1]** 280/4
**inject [1]** 207/20
**injection [1]** 14/14

**injury [2]** 154/12 154/13
**ink [1]** 103/2
**input [1]** 72/20
**inputs [4]** 75/1 212/16
230/19 248/12
**inquiry [1]** 76/17
**insert [1]** 207/19
**inserted [1]** 196/1
**inside [7]** 90/11 91/4
91/7 91/9 207/2 228/18
246/23
**insight [1]** 291/10
**insofar [3]** 85/16 192/15
194/9
**install [1]** 102/4
**installed [2]** 30/16 30/17
**instance [5]** 72/24 77/14
86/14 101/16 299/19
**Instead [2]** 184/13
219/22
**instruction [1]** 245/25
**instrument [1]** 207/2
**insufficient [1]** 199/21
**intent [1]** 209/24
**interaction [2]** 297/11
297/21
**interest [1]** 250/23
**interfingers [1]** 14/21
**intermesh [1]** 144/2
**intermittent [1]** 108/4
**Internet [1]** 250/5
**interpret [2]** 186/10
186/23
**interpretation [8]**
147/19 206/22 206/24
206/25 207/12 208/2
208/17 209/12
**interpretations [1]**
186/9
**interpreted [2]** 187/2
297/1
**interrupt [2]** 245/18
272/20
**interrupting [1]** 133/10
**intersection [2]** 122/8
163/2
**intersects [1]** 219/20
**introduce [1]** 102/6
**introduced [3]** 101/14
110/22 113/7
**introduction [4]** 14/5
14/6 225/10 250/16
**introductory [1]** 283/1
**intrusion [2]** 14/13
14/16
**investigate [2]** 66/14
102/13
**investigated [2]** 73/10
128/21
**investigating [1]** 136/9
**investigation [2]** 14/11
125/7
**involved [9]** 61/15 61/25
62/2 123/14 123/14
125/22 137/25 161/8
286/14

**I**

involvement [3]  137/12 286/9 291/20
involves [1]  201/18
Involving [1]  188/6
is in [1]  128/14
isn't [31]  5/7 39/13 44/17 126/22 135/9 135/12 136/1 142/18 147/5 153/5 170/13 172/6 172/12 173/22 176/14 179/20 180/5 180/13 180/23 181/14 182/12 182/20 201/16 207/12 212/13 215/14 216/18 236/21 258/17 275/21 285/23
issue [39]  4/4 5/3 5/13 55/23 63/20 65/19 75/5 81/3 97/7 105/23 105/25 106/9 125/14 133/18 141/21 141/22 146/2 146/2 152/5 152/21 152/22 167/2 187/6 188/3 191/1 191/21 192/22 192/23 195/9 195/13 212/23 213/4 213/6 224/2 234/16 237/18 245/9 275/20 275/24
issued [1]  292/7
issues [31]  5/14 144/25 145/10 146/14 146/15 146/18 146/19 146/19 146/21 149/16 149/18 152/4 152/7 152/7 152/19 152/20 152/24 153/11 153/19 154/2 155/7 157/1 188/6 201/21 202/8 205/19 230/24 250/21 250/25 251/16 279/21
it as [1]  203/13
it'd [3]  4/16 18/20 145/22
it's [253]  4/6 4/6 10/7 10/8 15/24 16/16 16/25 17/24 18/7 18/16 19/9 20/4 21/3 23/16 24/15 24/24 25/4 26/13 29/5 31/2 31/22 31/22 34/24 36/16 36/17 36/17 37/22 37/22 38/4 38/6 39/2 39/25 44/13 45/15 45/19 46/11 46/15 51/25 53/14 55/2 57/6 60/8 60/12 60/12 60/15 60/19 64/9 68/17 69/4 69/19 69/22 70/8 70/14 71/10 71/10 71/11 73/8 73/9 74/6 74/15 75/2 75/16 75/25 76/1 76/3 76/7 76/11 76/15 79/15 80/17 81/24 85/18 88/1 89/2 90/10 93/22 94/8 94/10 94/18 95/19 96/5 96/11 97/7 98/7 98/11 98/11 99/19 100/16 100/16 100/21 103/8 103/8 105/6 105/25 106/3 107/3 108/23 109/15 109/18 110/21 112/22 115/22 115/22 116/15 116/18 117/13 117/19 126/21 128/8 130/10 130/20 131/10 132/12 132/16 132/25 133/25 136/12 136/13 136/15 137/10 139/17 140/1 140/22 142/6 142/6 142/15 142/17 143/20 146/2 149/5 158/13 158/20 160/18 160/20 161/21 162/15 164/14 167/12 167/13 170/21 170/23 172/2 175/9 176/11 176/13 179/10 179/21 180/1 180/1 180/6 180/16 181/5 182/18 185/5 185/8 186/22 189/6 194/1 194/19 198/19 198/21 199/22 199/23 201/4 201/14 202/6 207/12 207/20 209/5 210/8 212/19 212/19 213/19 213/19 214/14 214/20 215/1 218/23 220/15 224/1 225/4 225/8 225/9 225/18 225/24 227/3 227/10 227/24 229/24 231/17 232/4 232/6 233/14 235/17 235/20 235/21 236/1 237/22 238/22 239/17 239/22 241/3 241/24 242/1 243/15 243/16 244/6 244/9 244/14 244/20 244/20 244/21 244/21 244/25 245/1 245/2 245/8 245/10 245/17 246/11 248/2 248/4 248/16 248/24 249/10 249/12 253/24 258/9 259/2 259/18 259/19 259/24 261/3 265/6 269/22 272/7 273/8 275/17 276/18 276/19 276/22 277/3 278/8 278/10 279/8 279/22 281/5 281/7 282/8 293/12 301/10 301/14 301/14
itself [11]  60/4 65/23 97/4 128/1 158/13 179/18 193/2 222/4 226/24 232/25 238/15

**J**

J.W [1]  201/4
Jack [1]  2/9
Jacksonville [1]  2/6
January [2]  1/9 304/10
Jeffrey [1]  2/2
Jessie [2]  9/5 9/10
Jessie Owens [1]  9/5
Jim [1]  90/20
John [1]  184/20
joint [3]  45/3 45/4 145/2
joints [2]  45/1 45/1
Jonathan [9]  2/2 15/5 15/11 25/6 26/4 27/9 29/21 33/4 33/23
Jonathan's [1]  225/8
Jones [1]  168/14
Jr [1]  3/7
JUDGE [28]  1/14 51/24 64/9 69/3 74/15 78/19 87/19 92/21 127/1 164/17 167/4 168/4 168/7 171/16 174/8 174/17 174/20 177/17 179/23 181/23 253/19 253/25 260/11 266/16 267/9 267/25 268/16 277/8
judgment [1]  147/1
July [2]  170/5 245/5
July 2017 [1]  245/5
jump [1]  295/8
jury [4]  6/2 6/3 152/14 232/12
just [202]  4/6 4/9 6/5 6/25 7/18 9/16 10/2 10/13 11/6 11/8 12/9 12/13 13/2 15/7 23/6 24/9 26/13 26/17 26/21 28/10 29/4 29/25 30/3 30/24 31/8 31/14 31/16 32/6 33/9 33/12 34/25 35/20 36/9 37/2 37/24 40/16 40/24 41/11 42/13 42/24 43/12 45/13 45/13 46/25 49/13 51/24 53/13 54/4 59/18 59/22 62/4 62/14 63/14 65/5 65/23 67/20 69/6 70/19 72/13 73/25 75/10 76/1 77/19 78/3 81/24 81/25 82/8 85/15 86/11 89/10 92/21 94/21 97/16 98/5 98/15 99/5 99/8 100/4 105/9 105/20 106/22 107/3 107/4 108/14 110/11 110/11 111/15 113/19 118/14 123/16 124/11 128/2 128/15 128/18 129/23 130/7 131/10 131/15 131/25 132/22 136/19 137/5 137/22 141/6 141/10 141/13 142/9 144/8 147/7 150/17 155/19 156/1 156/3 157/24 158/5 158/24 159/4 159/6 160/10 160/16 161/13 161/19 162/9 163/3 164/10 164/12 164/14

165/6 166/2 166/4 166/20 174/6 174/25 175/8 177/6 177/9 192/13 192/17 195/25 197/12 198/7 200/24 205/19 206/12 206/13 208/23 210/8 211/5 213/6 213/19 214/9 214/22 215/7 216/7 216/16 218/25 225/19 225/25 226/5 227/25 230/1 232/25 233/12 233/15 235/18 236/19 236/23 237/9 240/11 246/15 248/25 250/4 250/19 251/6 253/19 253/25 254/4 259/18 260/18 260/20 266/14 271/5 271/15 272/21 277/10 279/13 280/11 281/5 289/7 290/3 293/8 295/24 296/17 297/19 299/2 301/2
justifiable [1]  252/5
justify [1]  233/8

**K**

Kaltofen [10]  286/17 286/23 287/1 287/8 287/12 287/18 287/23 288/11 288/16 291/24
KAM [1]  1/2
keep [11]  6/14 98/8 100/5 114/23 125/12 191/7 191/7 199/16 280/8 280/9 284/16
keeping [2]  287/4
KENNETH [1]  1/13
key [2]  55/6 186/5
Kilpatrick [1]  154/9
kind [20]  18/18 40/3 46/19 47/12 61/9 61/22 66/7 77/25 118/20 129/24 162/17 165/17 165/18 166/12 209/18 259/8 287/15 289/13 293/21 295/13
kinda [7]  10/3 104/23 122/20 128/3 159/6 160/14 262/18
kinds [4]  10/9 10/10 11/4 76/15
knock [1]  152/3
know [172]  4/16 4/23 5/4 5/17 5/18 5/22 7/16 7/17 9/1 9/13 9/18 9/19 9/21 9/23 9/24 10/1 10/4 10/9 12/15 17/4 17/7 17/8 18/6 19/3 19/20 20/8 21/7 21/9 21/12 24/13 29/9 32/9 37/22 42/17 42/19 44/18 47/14 51/11 55/20 59/8 63/24 68/15 68/23 69/9 69/10

69/14 72/11 72/13 72/14 72/15 79/24 83/20 83/21 87/22 87/24 87/25 90/15 90/25 91/3 91/6 91/7 91/21 94/12 98/10 99/24 102/5 106/15 107/10 108/10 108/10 109/17 111/20 112/2 112/15 112/17 118/7 127/6 131/6 133/5 135/13 135/20 136/16 137/20 138/15 141/24 141/25 145/14 147/4 148/12 150/20 150/22 153/15 155/21 157/25 161/12 162/7 162/13 167/17 174/1 174/15 178/3 180/11 184/10 184/23 185/9 186/18 188/1 189/6 190/21 191/4 191/5 191/6 195/18 196/23 198/7 201/14 202/18 202/20 204/4 206/16 209/22 213/20 215/7 216/9 217/23 220/19 220/22 221/6 221/9 222/17 223/12 224/1 224/22 226/4 227/23 229/2 230/7 231/9 231/23 233/21 234/7 234/14 237/18 239/11 239/11 239/19 242/20 242/22 245/10 248/25 254/5 255/13 256/20 258/6 259/20 260/3 263/3 263/9 264/19 267/1 267/11 268/4 268/15 270/5 270/5 273/18 273/19 288/14 299/9
knowing [1]  248/25
knowledge [7]  30/15 40/1 64/5 129/15 178/22 198/7 198/10
known [9]  10/24 27/21 35/7 37/7 140/5 140/17 195/13 196/14 198/12
knows [4]  147/6 194/15 195/18 195/19

**L**

lab [28]  38/6 38/9 72/13 72/13 72/15 73/21 74/24 75/10 75/23 76/12 76/14 76/23 78/17 79/13 79/21 80/9 80/16 80/17 97/4 97/5 97/10 97/11 97/13 97/17 97/18 97/18 141/4 141/21
lab's [4]  73/19 74/2 74/9 107/21
label [1]  292/24
labor [2]  191/2 191/3
laboratory [3]  61/4 67/14 141/17

Case 9:13-cv-80928-KAM   Document 397   Entered on FLSD Docket 01/11/2018   Page 323 of
(WITNESSNAME)                                                                    Index: labs..lot
341

**L**

**labs [7]** 73/13 73/15 77/11 77/16 79/25 80/2 143/6
**lack [2]** 28/25 91/12
**Lacks [1]** 139/16
**laid [2]** 85/17 85/17
**Lake [1]** 118/25
**lakes [2]** 2/11 271/18
**land [2]** 200/1 226/12
**landfill [30]** 24/5 24/5 25/2 26/22 29/15 31/11 31/11 41/21 43/10 43/11 104/7 104/10 111/6 119/3 119/6 119/12 119/24 120/5 120/14 161/19 162/3 198/17 198/19 199/9 199/25 221/17 254/17 263/9 263/11 264/13
**landward [1]** 14/13
**lane [3]** 116/20 228/18 228/19
**lanes [2]** 21/12 115/2
**large [7]** 60/1 106/4 209/4 220/24 260/9 280/6 287/1
**largely [2]** 17/7 21/4
**larger [1]** 60/1
**largest [1]** 128/20
**last [23]** 5/14 14/24 14/24 29/10 49/5 49/13 55/3 94/18 140/22 162/1 164/25 169/8 184/6 225/4 225/9 229/1 243/24 251/8 253/9 285/3 293/24 295/6 295/7
**late [3]** 5/10 14/24 14/24
**later [11]** 4/22 5/3 32/5 49/21 62/7 95/3 97/1 189/14 223/12 292/7 292/12
**lateral [2]** 178/19 268/23
**laterally [6]** 15/19 15/23 16/10 83/6 83/18 140/3
**Lauderdale [2]** 2/4 2/8
**laundry [1]** 173/15
**law [42]** 6/23 131/23 146/15 147/23 163/4 163/10 163/13 163/23 164/1 164/9 164/11 167/13 187/23 227/2 227/3 227/4 227/10 227/16 230/2 230/18 230/19 230/19 230/20 230/22 231/1 231/3 231/11 231/16 231/20 232/3 232/11 232/15 232/24 233/2 238/4 248/13 249/5 250/22 290/17 291/9 292/12 292/19
**lawyer [2]** 184/1 188/14
**lawyers [5]** 51/12

185/21 188/12 191/14 293/5
**lay [1]** 137/9
**layer [10]** 15/25 16/9 42/10 42/11 130/11 130/21 131/17 133/22 235/25 261/2
**layers [3]** 16/11 178/20 223/22
**lays [1]** 295/13
**lead [1]** 216/4
**leading [12]** 8/12 13/5 17/22 19/13 35/9 37/16 39/5 123/24 137/8 159/15 171/19 254/14
**leads [1]** 194/10
**leak [1]** 171/1
**leaks [3]** 119/18 124/9 170/25
**learn [1]** 102/1
**least [15]** 64/13 88/18 99/18 121/22 127/11 130/20 144/6 172/19 179/12 206/18 216/13 218/4 265/11 282/24 283/1
**lectured [1]** 140/25
**led [2]** 155/19 231/16
**leeching [1]** 221/19
**left [16]** 24/20 26/9 67/20 99/23 100/8 100/18 158/12 200/8 200/16 201/13 214/10 216/1 217/10 263/20 266/19 272/25
**left-hand [3]** 26/9 67/20 100/8
**legal [3]** 69/3 149/22 290/16
**length [3]** 41/21 103/18 124/9
**less [21]** 12/15 15/24 17/8 17/8 17/10 22/3 28/8 31/9 42/7 43/18 44/12 44/21 48/2 56/1 110/7 181/18 199/22 243/5 271/16 278/10 283/19
**let [38]** 6/3 6/5 23/6 26/8 27/13 36/20 39/11 39/16 41/5 45/23 46/4 46/7 76/21 88/13 88/15 98/17 151/7 151/8 151/9 151/12 151/13 151/14 151/15 196/25 225/18 238/10 255/12 260/1 262/9 270/21 274/12 275/6 276/23 283/4 297/8 299/2 299/9
**let's [72]** 12/9 12/19 14/4 22/9 35/22 42/12 57/7 61/23 62/7 62/13 64/18 65/17 70/17 70/19 71/4 73/25 74/8 76/19 78/12 78/12 78/23 84/2 89/15 98/2 99/25 100/1

100/2 101/4/6 114/8 121/16 127/18 128/24 130/20 135/11 136/22 138/24 151/6 155/15 156/17 158/5 158/6 158/9 158/12 160/4 160/13 166/6 173/7 173/11 188/20 191/24 196/21 196/21 197/2 199/3 200/3 200/18 201/7 214/7 215/12 217/8 217/9 219/18 225/1 235/1 242/6 243/3 244/8 244/18 247/6 256/6 266/5 283/6
**letter [3]** 290/6 290/10 290/16
**letters [1]** 70/18
**level [53]** 24/21 24/22 25/21 25/23 27/24 28/10 30/25 33/19 34/7 100/7 100/20 122/24 123/7 134/8 134/14 134/17 135/6 136/14 160/16 161/7 171/24 172/6 172/11 179/2 179/10 179/13 179/19 179/21 180/1 180/4 180/12 180/21 181/13 196/1 196/1 196/5 196/7 203/7 210/22 211/11 212/1 212/11 217/19 248/23 248/24 252/23 253/16 266/14 280/8 285/25 287/24 287/25 293/7
**levels [38]** 11/10 18/8 40/9 62/25 64/6 64/12 70/8 84/10 84/12 84/13 86/11 88/19 88/24 113/17 113/17 121/12 135/17 135/17 135/21 158/19 158/23 160/23 161/9 171/5 171/8 172/3 172/15 177/10 178/25 182/3 212/2 217/14 218/12 220/15 221/24 261/22 288/14 288/17
**license [1]** 204/18
**licensed [2]** 204/14 204/16
**lies [1]** 110/8
**life [1]** 136/8
**lifetime [1]** 180/6
**light [3]** 156/2 190/13 283/17
**likelihood [3]** 57/12 58/7 58/11
**likely [7]** 19/9 38/19 39/2 80/22 117/9 126/15 177/3
**limestone [4]** 14/22 15/18 15/23 19/21
**limestone-type [1]** 15/23
**limestones [1]** 276/7
**limit [2]** 21/13 246/23
**limited [5]** 13/3 42/24

202/13 226/19 270/5
**limits [4]** 117/6 134/22 134/24 278/11
**line [48]** 9/20 9/22 17/4 21/11 24/13 24/17 24/18 28/7 28/13 31/9 53/2 53/15 57/25 57/25 70/13 85/10 86/2 94/20 117/1 117/14 118/7 151/6 151/6 168/12 174/3 174/14 175/13 193/21 201/15 218/18 219/4 219/5 219/5 229/15 233/5 233/6 234/17 242/5 242/8 242/12 242/16 243/16 246/22 247/10 251/23 255/8 281/2 298/17
**line 12 [2]** 53/2 175/13
**line 15 [2]** 174/3 174/14
**line 16 [1]** 53/15
**lines [30]** 24/3 24/9 24/11 24/12 24/19 25/19 26/8 26/9 26/23 27/2 27/18 27/19 27/21 30/23 41/7 41/13 41/19 41/24 47/7 81/18 107/1 120/3 210/22 210/23 210/24 211/11 211/22 218/10 218/13 231/24
**lines 20 [1]** 81/18
**lines 3 [1]** 120/3
**link [1]** 151/7
**list [3]** 176/12 195/8 251/12
**listed [6]** 143/1 173/2 173/8 173/14 195/12 208/16
**listen [2]** 5/19 5/23
**listening [1]** 205/15
**lit [1]** 162/9
**liter [11]** 38/12 38/18 40/11 84/16 179/1 179/6 180/13 180/21 243/16 246/23 264/13
**literature [5]** 18/3 23/11 83/21 206/18 206/20
**liters [1]** 180/7
**lithography [1]** 19/9
**lithologic [3]** 13/11 13/14 13/14
**lithology [1]** 275/18
**litigation [2]** 287/15 287/17
**little [35]** 8/4 9/8 26/18 30/21 41/20 42/6 43/3 46/15 50/18 59/18 59/22 67/10 70/19 92/12 97/1 98/5 98/16 98/17 103/2 103/20 103/21 119/21 213/15 213/15 222/19 224/1 242/14 263/10 276/18 276/23 279/20 282/25 283/15 285/6 289/2
**live [2]** 58/10 182/10

**lived [1]** 258/20
**lives [2]** 57/15 58/17
**load [1]** 124/14
**loaded [2]** 124/8 267/14
**loading [1]** 159/23
**lobbed [1]** 7/1
**local [7]** 35/4 35/15 35/16 35/18 37/23 85/4 211/25
**located [7]** 111/23 165/17 222/19 263/8 263/10 270/25 271/13
**locating [1]** 287/6
**location [15]** 35/24 35/25 37/21 45/3 45/6 45/9 46/13 46/19 52/22 83/16 117/25 137/13 180/8 262/4 273/3
**locations [11]** 20/1 52/21 59/3 62/5 68/20 70/5 70/13 97/22 165/22 217/4 217/5
**log [5]** 17/1 17/6 46/15 206/22 206/24
**logs [7]** 19/4 207/13 207/15 208/2 208/17 209/12 276/17
**long [11]** 9/20 13/4 21/21 83/11 114/24 126/6 127/12 136/13 252/9 276/19 292/18
**longest [1]** 282/6
**looked [37]** 4/8 13/8 21/6 25/19 29/2 33/6 33/20 34/4 52/11 52/19 55/17 63/12 83/13 111/18 121/20 124/7 125/14 129/19 133/24 134/15 159/22 206/6 206/9 206/13 206/16 206/20 224/9 233/4 236/5 243/19 247/4 249/13 262/4 276/22 277/20 295/19 300/2
**looking [39]** 10/11 10/15 14/4 23/25 27/12 27/12 34/11 36/13 43/12 53/22 98/6 99/4 104/5 105/5 110/15 113/16 113/17 118/3 118/4 122/22 122/24 124/25 147/17 150/25 166/21 197/6 206/15 216/6 233/8 246/12 251/15 262/8 262/14 278/18 278/19 278/21 279/25 289/22 290/12
**looks [8]** 17/16 27/24 47/18 67/16 73/4 90/3 165/11 251/11
**loose [2]** 19/25 184/13
**lost [2]** 283/7 283/8
**lot [36]** 22/3 39/21 54/23 56/18 59/23 60/20 65/18 70/24 105/15 105/15 106/6 109/25 110/2

**L**

**lot... [23]** 111/12 113/18 115/10 125/20 132/25 132/25 133/2 133/3 159/1 159/5 161/14 173/2 182/17 194/15 201/21 207/17 215/24 215/24 219/14 233/5 256/1 265/11 267/20
**lots [8]** 45/16 81/5 81/5 110/4 119/13 119/13 129/25 157/4
**Louisiana [1]** 121/23
**Love [1]** 123/14
**low [28]** 11/10 11/17 11/25 12/4 12/7 12/8 12/16 17/5 17/18 18/7 18/8 18/11 20/5 24/17 36/5 47/14 47/15 84/12 84/13 113/5 113/17 130/14 211/23 231/23 234/24 238/14 260/4 280/8
**lower [8]** 11/19 18/11 19/8 207/4 257/16 258/7 259/25 261/4
**lowest [2]** 12/24 17/25
**lumped [1]** 69/12
**lunch [3]** 114/2 114/5 121/7
**lying [1]** 167/23

**M**

**M-i-s-s-i-m-e-r [1]** 184/8
**M-o-o-r-e [2]** 285/4 285/8
**ma'am [1]** 301/3
**machine [1]** 126/2
**MacNally [9]** 3/2 40/19 49/10 49/24 53/25 266/4 303/5 303/7 303/9
**macroporosity [2]** 16/20 16/25
**magenta [1]** 103/2
**mail [1]** 1/20
**main [8]** 32/2 39/22 39/23 57/23 82/16 97/19 218/21 218/22
**major [6]** 55/10 61/1 64/23 123/15 133/23 198/12
**majority [3]** 43/15 72/2 79/7
**makes [4]** 6/4 8/22 65/20 137/2
**makeup [1]** 275/22
**making [6]** 59/20 151/19 151/20 239/3 239/5 239/8
**malfunctioning [1]** 5/12
**management [12]** 102/2 201/5 212/15 215/23 223/6 223/7 224/11 233/10 234/25 235/24 242/19 279/23

**manner [4]** 127/4 245/15 262/1 270/15
**manufacturer [1]** 28/18
**manufacturing [5]** 30/9 30/11 41/12 43/11 48/7
**map [79]** 24/2 24/12 26/12 26/17 27/17 29/10 30/5 32/11 32/12 32/14 32/16 33/7 33/9 36/15 42/20 43/20 46/23 50/21 57/5 89/12 91/15 91/16 93/10 93/22 94/5 98/2 98/9 99/14 101/2 102/24 118/12 118/16 118/19 119/2 120/12 120/13 127/14 128/1 157/24 165/13 165/17 212/4 217/6 217/7 222/21 239/15 240/2 242/15 242/20 242/22 243/7 243/8 245/7 245/11 245/12 246/11 247/4 247/9 247/11 247/22 247/23 247/25 248/23 261/10 261/11 261/13 261/16 261/22 261/24 262/2 263/5 264/21 271/19 273/10 273/14 278/14 278/18 278/21 280/2
**mapped [3]** 29/18 29/19 269/12
**maps [31]** 29/2 29/4 29/4 29/9 29/11 30/3 32/4 32/4 32/5 32/8 212/11 212/14 213/9 214/7 215/19 216/19 223/4 223/4 223/6 223/15 223/17 224/3 224/10 242/17 242/17 243/9 243/19 244/8 261/10 262/5 262/8
**Mara [1]** 2/10
**marathon [9]** 9/17 9/18 9/25 10/4 228/8 228/9 228/14 228/22 228/24
**March [1]** 36/19
**marine [3]** 202/10 202/13 202/16
**mark [3]** 13/23 49/13 249/8
**marked [2]** 115/2 264/17
**marker [1]** 232/10
**MARRA [1]** 1/13
**masse [1]** 156/13
**massive [1]** 88/24
**match [5]** 140/17 226/23 257/12 257/19 258/7 238/12 258/12
**matches [2]** 234/23 248/12
**matching [1]** 248/15
**material [6]** 12/14 65/12 120/6 210/14 274/7

**materials [43]** 35/21 49/21 54/1 54/7 76/3 76/11 77/21 78/5 196/17 207/15 207/16 266/7 266/11 266/13 266/15 266/18 266/23 267/2 267/6 267/7 267/11 267/13 267/15 269/16 269/17 269/20 269/23 270/2 287/22 288/1 288/15 288/24 289/8 289/23 291/13 293/19 294/9 294/25 295/1 295/10 295/21 295/22 296/21
**math [7]** 194/8 231/10 236/24 237/1 237/3 237/4 237/10
**mathematics [1]** 238/13
**matrix [1]** 90/13
**matter [17]** 4/6 49/19 58/25 113/16 113/16 135/20 144/15 147/20 148/10 149/8 180/15 203/20 210/10 297/2 297/2 300/13 304/9
**matters [11]** 49/12 147/22 147/22 148/12 149/19 149/24 150/14 153/13 153/20 221/24 222/8
**max [1]** 122/2
**maximum [27]** 7/14 7/21 7/24 8/22 227/21 231/24 233/23 233/24 234/3 234/4 234/14 234/16 234/17 235/15 235/19 235/19 236/6 236/7 236/21 236/26 236/25 236/25 237/2 237/2 256/8 256/8 256/11
**May 19 [3]** 292/6 292/11 292/18
**May 23rd [2]** 292/24 293/2
**maybe [29]** 8/25 9/5 16/17 16/20 20/24 27/22 28/5 28/6 40/5 70/4 94/12 99/25 102/15 110/19 122/17 130/15 133/5 145/5 192/19 197/2 245/20 258/10 259/20 265/24 265/24 287/11 292/16 292/23
**McElroy [3]** 3/3 183/25 303/15
**me [115]** 5/16 7/22 14/18 23/6 26/8 27/13 32/18 36/20 39/11 39/14 39/16 41/5 45/15 46/25 47/7 53/23 54/1 55/18 56/11 60/9 62/15 62/16 66/25 67/9 75/19 76/1 76/20 85/15 88/13 88/21

**materials** 91/22 92/8 92/18 93/6 98/17 110/19 110/20 112/20 119/21 128/14 133/6 133/7 135/12 135/13 135/24 135/25 136/2 136/11 136/20 142/12 142/18 143/9 144/15 144/18 144/20 146/11 147/7 147/13 148/3 150/10 150/22 150/24 151/7 151/8 151/9 151/12 151/13 151/14 151/14 153/1 155/2 157/1 158/25 159/2 161/16 165/6 173/6 174/6 174/15 175/7 175/12 177/17 191/14 193/6 194/16 195/4 196/25 197/6 207/18 216/17 225/18 231/24 235/18 236/1 238/10 241/6 242/15 245/2 255/12 255/12 259/20 262/9 262/12 270/21 270/21 272/18 275/9 276/23 283/4 296/7 296/23 297/8 298/17 299/2 299/9
**mean [77]** 10/18 12/3 22/3 26/11 60/5 63/14 75/19 90/8 100/6 100/12 100/22 103/16 105/9 106/15 106/16 106/17 109/17 110/25 111/17 122/7 123/2 123/19 128/11 129/25 131/25 132/24 134/10 141/7 141/10 141/10 141/12 141/13 144/17 161/14 168/12 181/16 181/17 191/11 191/21 199/13 209/18 209/21 212/22 229/5 229/21 233/4 233/13 233/16 233/17 233/22 233/23 233/24 234/3 234/3 234/4 234/14 235/10 235/15 235/19 235/22 235/23 236/7 236/25 237/2 238/22 239/21 255/6 255/19 255/22 256/7 256/8 256/8 256/11 256/13 256/16 259/25 272/20
**meaning [2]** 180/17 199/18
**means [16]** 70/19 73/7 74/1 97/2 97/4 100/7 100/8 132/23 156/20 196/7 200/12 221/16 260/25 264/18 278/8 291/9
**meant [1]** 145/8
**measure [11]** 104/9 115/19 207/7 207/8 212/2 230/21 239/25

**240/3 241/12 242/22** 276/15
**measured [18]** 12/23 27/25 57/3 57/4 116/17 130/15 205/10 234/11 239/14 240/18 240/19 241/18 241/24 242/18 261/18 263/4 273/7 276/12
**measurement [11]** 232/8 240/5 247/2 248/5 248/12 248/14 248/15 248/17 248/22 249/6 273/16
**measurements [34]** 12/3 12/12 12/22 26/24 33/19 42/10 43/21 117/10 117/11 122/23 122/23 157/25 160/9 214/8 215/2 215/4 215/15 217/19 219/20 224/3 224/7 226/24 234/6 234/8 246/14 246/15 247/20 248/1 249/4 256/14 264/17 272/25 273/17 298/2
**measures [2]** 207/3 237/4
**measuring [2]** 207/21 263/5
**Mecca [51]** 33/10 33/12 33/16 33/19 35/8 36/21 36/25 37/1 37/1 37/2 37/4 37/5 37/8 37/10 37/14 37/20 66/3 66/7 66/12 213/14 213/15 213/17 213/25 214/1 214/4 214/5 214/8 215/2 215/15 215/16 215/17 215/21 216/5 216/14 216/25 217/16 217/17 217/20 217/21 217/24 218/1 218/6 219/12 219/16 219/19 219/22 219/23 220/9 220/11 220/12 220/14
**mechanical [1]** 235/5
**mechanism [9]** 80/25 81/9 81/12 82/16 140/6 140/7 140/16 140/18 140/20
**mechanisms [1]** 81/20
**media [5]** 170/24 268/13 268/15 268/15 268/24
**meet [2]** 130/25 265/2
**meets [1]** 13/5
**mega [1]** 276/22
**memory [1]** 94/25
**mention [2]** 97/13 276/14
**mentioned [15]** 11/17 13/2 16/14 22/22 28/22 36/9 49/24 64/16 159/4 172/14 257/7 260/19 266/7 266/10 275/8
**Merit [1]** 304/6

**M**

metastasis [1] 226/20
metes [2] 51/5 51/13
method [15] 21/18 76/14
97/2 97/4 186/5 186/13
187/3 193/23 207/21
223/14 227/10 230/9
230/15 237/5 245/16
methodologically [4]
163/6 187/3 187/13
188/24
methodologies [3] 115/9
224/5 274/13
methodology [23] 10/6
113/3 116/16 126/11
126/14 140/20 163/20
163/22 164/9 187/16
193/22 194/8 227/5
227/12 230/2 231/1
235/12 235/12 253/22
253/23 253/24 254/2
254/4
methods [8] 61/6 74/2
112/16 115/12 186/23
237/8 262/17 262/22
Methylene [6] 95/9
96/15 96/18 96/22 97/10
175/16
metric [2] 230/20 232/2
Miami [1] 14/22
Michigan [2] 121/23
123/15
microgram [3] 180/21
243/15 246/22
micrograms [8] 38/12
38/17 40/11 84/16
178/25 179/5 180/13
264/13
microns [1] 276/18
microphone [5] 9/8
20/13 49/8 184/5 285/6
mid [2] 222/9 222/23
middle [15] 9/21 17/9
46/20 55/10 70/17 92/11
160/15 166/12 220/6
233/20 236/1 236/1
241/17 251/11 281/24
Midwest [1] 122/4
might [19] 7/23 9/3 10/7
12/4 16/7 20/3 35/23
45/3 66/3 102/14 103/7
105/4 114/5 141/16
149/23 273/11 288/24
298/22 300/5
migrate [10] 57/13 58/8
80/22 81/9 103/15 119/8
125/12 140/12 140/13
140/15
migrated [6] 38/25 39/3
40/8 120/7 124/18 140/3
migrating [2] 54/20
161/23
migration [15] 20/4
21/14 28/23 36/3 52/13
56/9 122/18 124/13
124/15 125/16 126/6

127/4 127/9 130/19
200/10
mile [10] 15/21 111/5
130/19 131/8 132/17
132/18 132/21 132/21
155/3 260/1
miles [44] 8/2 8/4 8/5
8/11 8/19 13/10 15/24
21/8 26/20 56/24 57/2
57/6 57/7 57/9 60/7 60/8
60/12 60/15 70/10 70/15
83/6 83/11 111/10 117/3
117/15 132/12 132/16
192/6 192/8 205/18
240/22 241/1 241/3
241/25 242/12 253/12
260/2 260/5 264/24
272/9 281/7 281/13
282/9 289/10
military [4] 61/1 122/12
122/13 123/16
Miller [2] 72/17 90/20
mind [3] 159/12 178/10
194/3
mine [2] 188/13 270/25
Mine's [1] 244/23
mines [1] 270/16
mini [1] 157/7
minimal [2] 125/19
134/5
minimum [11] 7/4 7/6
7/9 7/22 7/25 8/18 8/22
57/1 57/3 227/21 256/23
minor [1] 268/20
minus [1] 221/16
minute [10] 43/8 48/12
112/21 113/18 139/23
168/22 174/6 181/23
216/10 246/3
minutes [8] 32/22 48/18
112/22 112/22 232/9
238/25 283/11 283/14
mischaracterization [1]
190/18
mischaracterized [3]
205/8 238/8 238/9
mischaracterizing [1]
238/24
misleading [1] 224/1
misrepresent [1] 250/24
misrepresented [1]
252/2
missed [1] 265/24
Missimer [35] 12/16
13/19 16/13 17/24 22/7
22/13 22/25 23/7 34/20
34/21 34/22 35/7 36/15
36/24 183/24 184/3
184/7 249/23 250/10
252/9 254/7 264/3
265/22 266/7 267/18
274/12 275/14 277/17
279/13 281/2 289/7
293/25 294/22 295/12
303/13
Missimer's [7] 17/14

195/10 234/21 274/9
274/24 295/5 295/19
missing [5] 95/19 96/11
112/5 112/8 112/8
Mississippi [1] 133/24
misstating [1] 214/20
mistake [1] 237/11
mistaken [1] 266/4
misunderstanding [1]
153/16
misunderstood [1]
192/19
Mitchell [1] 300/10
Mitchell's [1] 301/22
mix [1] 270/3
Mixed [1] 273/25
mixes [3] 255/1 269/19
276/6
mixing [3] 11/7 237/18
261/9
mobile [1] 103/9
mode [1] 290/2
model [50] 22/17 22/18
32/1 34/16 35/1 35/4
35/8 35/15 35/17 37/22
120/17 120/17 185/4
213/9 213/10 213/11
217/14 217/18 219/22
223/7 226/24 234/10
235/9 235/14 235/16
235/25 238/12 238/15
238/17 239/20 239/23
239/24 248/7 257/11
257/15 257/18 257/19
257/25 258/1 258/9
261/19 261/20 279/22
279/24 280/12 280/18
280/19 293/21 293/22
295/20
modeling [12] 20/3
207/25 226/22 235/7
238/16 238/23 240/15
249/9 249/11 249/12
256/17 257/11
models [21] 35/13 35/14
36/1 36/8 37/13 37/15
37/19 122/17 212/12
212/16 224/12 224/13
224/13 224/14 224/15
233/10 234/19 234/25
236/13 280/14 280/21
modern [1] 203/11
modifications [1] 218/8
modified [1] 298/24
modifier [1] 234/4
modify [1] 298/23
modifying [1] 147/24
molecular [2] 231/5
235/4
molecules [2] 71/6 71/8
moment [7] 100/1 165/6
175/4 175/6 249/20
255/13 267/18
money [1] 124/17
monitored [1] 129/20
monitoring [38] 30/10

63/12 69/7 69/7 88/10
89/5 89/10 90/14 90/15
90/17 91/16 91/18 99/24
100/5 105/20 106/5
109/25 110/4 110/6
111/8 112/24 113/1
113/1 113/3 113/11
113/20 122/15 200/4
200/4 200/7 200/10
217/4 217/5 262/5
262/17 262/19 263/2
263/12
Moore [9] 4/7 4/13 4/24
284/12 284/25 285/4
300/18 300/22 303/16
Moore's [3] 4/11 5/13
284/17
morning [11] 4/2 4/22
5/3 41/22 49/21 50/13
121/9 169/18 282/25
283/7 283/19
most [21] 21/7 40/6
71/12 84/22 106/4
122/10 126/15 133/4
133/5 146/2 171/23
189/8 214/6 218/25
219/1 251/13 252/14
254/25 255/19 256/19
269/13
mostly [5] 56/3 101/21
139/1 195/12 252/17
motion [27] 1/12 4/6
4/20 142/14 142/15
142/17 142/22 143/2
143/14 143/16 145/2
145/13 146/15 146/17
147/10 147/15 149/19
150/1 150/3 150/14
150/21 150/25 151/2
151/6 151/12 151/18
152/4
motorcycle's [1] 21/10
mound [1] 31/8
move [51] 7/8 9/7 11/5
12/9 33/3 35/23 78/12
78/19 83/6 83/7 95/3
100/6 101/6 106/10
116/1 120/17 128/24
131/1 131/2 131/23
132/14 135/11 136/22
195/2 195/5 216/20
218/9 219/15 224/25
228/17 235/13 255/16
235/17 253/10 258/16
266/5 272/11 277/5
283/2 285/5 285/9
285/10 288/24 289/9
290/25 294/9 295/2
295/10 295/22 297/17
300/6
moved [11] 4/10 4/13
42/25 83/18 105/22
201/14 243/15 244/6
254/18 259/19 259/21
movement [20] 5/16
20/24 22/1 59/25 104/6

126/6 132/22 163/14
201/16 231/4 231/25
234/11 235/11 254/8
254/17 256/20 260/24
294/17 296/25 296/25
movements [2] 228/4
267/15
moves [6] 56/12 82/19
132/1 211/20 211/21
280/5
moving [15] 58/1 103/17
106/3 132/4 132/10
132/12 132/25 139/24
139/24 240/20 241/15
244/1 280/4 280/9
296/22
Mr [10] 303/4 303/5
303/7 303/8 303/9
303/10 303/12 303/14
303/15 303/17
Mr. [37] 4/7 4/11 4/13
4/24 5/13 40/25 41/21
48/23 53/25 59/20 72/17
102/24 151/16 153/24
165/15 165/25 166/9
171/9 225/8 246/7 266/4
284/12 284/17 285/14
287/14 289/21 290/5
290/18 291/1 292/3
295/5 298/10 299/6
300/18 300/21 300/22
301/10
Mr. Bedient [1] 48/23
Mr. Chang's [1] 225/8
Mr. Gallagher [5] 59/20
102/24 285/14 300/21
301/10
Mr. Gdanski [1] 246/7
Mr. Gowdy [1] 153/24
Mr. Haberman [5]
40/25 41/21 165/15
165/25 166/9
Mr. Hammer [1] 171/9
Mr. MacNally [2] 53/25
266/4
Mr. Miller [1] 72/17
Mr. Missimer's [1]
295/5
Mr. Moore [6] 4/7 4/13
4/24 284/12 300/18
300/22
Mr. Moore's [3] 4/11
5/13 284/17
Mr. Scarola [7] 151/16
287/14 289/21 290/5
290/18 291/1 292/3
Mr. Schwinghammer
[2] 298/10 299/6
Mrs. [8] 91/1 91/3
166/13 168/14 168/14
168/14 168/14 290/22
Mrs. Hatfield [1]
290/22
Mrs. Jones [1] 168/14
Mrs. Pinares [1] 168/14
Mrs. Pinares' [3] 91/1

## M

**Mrs. Pinares'... [2]** 91/3 166/13

**Mrs. Robinson [1]** 168/14

**Mrs. Smith's [1]** 168/14
**Ms. [6]** 20/10 284/21 292/2 293/4 300/14 301/2

**Ms. Hatfield [5]** 284/21 292/2 293/4 300/14 301/2

**Ms. Sullivan [1]** 20/10
**much [29]** 17/8 29/14 29/17 30/23 47/23 56/6 56/17 56/22 59/11 62/5 115/12 126/13 126/13 132/15 142/21 164/16 164/17 183/19 212/6 231/17 240/12 249/16 251/1 259/24 261/4 262/15 291/20 293/14 301/11
**multi [1]** 223/24
**multi-year [1]** 223/24
**multiple [9]** 59/3 59/3 142/25 145/24 160/8 228/2 237/8 258/21 261/10
**municipal [5]** 14/14 85/4 172/21 220/23 222/18
**murkiness [1]** 142/2
**must [2]** 252/2 252/4
**MW [2]** 72/24 73/3
**MW-9 [2]** 72/24 73/3
**myself [1]** 57/4 81/15 130/4

## N

**name [16]** 49/4 49/5 169/8 169/9 169/10 169/20 184/5 184/6 184/7 184/20 202/19 202/21 202/22 285/2 285/3 285/4
**name's [1]** 49/24
**nanotechnology [1]** 81/16
**narrow [4]** 12/10 39/16 149/16 152/1
**narrowed [2]** 149/17 153/19
**nation's [1]** 171/19
**national [4]** 122/11 172/20 202/25 204/5
**natural [2]** 215/25 222/10
**naturally [1]** 207/1
**nature [2]** 44/23 97/21
**near [6]** 29/15 134/2 259/8 259/13 273/25 298/19
**Near-shore [1]** 273/25
**nearly [3]** 180/20 219/4 264/24

**neater [1]** 30/21
**necessarily [8]** 12/13 162/16 167/18 207/14 207/24 217/3 219/14 261/7
**necessary [5]** 83/7 131/1 183/23 211/25 218/1
**need [28]** 5/6 5/17 7/16 20/13 26/24 32/19 35/15 35/17 35/24 36/4 56/13 92/18 94/12 98/15 106/8 135/21 136/11 144/20 152/24 156/16 156/24 189/23 189/25 208/20 210/12 234/5 245/12 296/9
**needed [3]** 5/15 149/17 149/18
**needle [1]** 218/23
**needs [8]** 20/5 85/20 93/9 93/12 94/23 152/16 197/4 245/19
**neighborhood [6]** 9/11 92/24 129/17 159/24 215/2 219/13
**neighbors [1]** 167/18
**neither [1]** 239/4
**nets [1]** 36/15
**never [18]** 4/15 4/18 52/22 75/3 76/25 83/13 120/14 128/25 129/8 131/16 205/10 205/19 208/8 208/16 249/13 295/9 295/12 295/18
**new [13]** 31/17 31/19 32/17 35/2 129/9 129/11 166/4 228/8 259/20 265/11 265/19 265/21 267/20
**next [33]** 5/5 15/4 15/10 16/17 26/4 48/13 48/14 48/15 48/22 48/24 53/14 68/7 86/20 151/12 168/23 169/2 183/20 183/24 200/3 215/12 217/8 219/18 232/22 232/22 242/6 243/3 261/4 261/6 278/8 279/7 283/2 284/12 293/1
**nice [2]** 165/1 168/7
**nine [4]** 68/5 68/10 68/20 70/5
**no [198]** 1/2 5/11 7/13 7/19 7/19 23/16 26/20 27/3 34/24 35/1 36/2 39/16 48/9 51/15 51/15 51/20 51/21 52/6 53/6 54/4 55/17 58/24 59/10 59/14 59/17 61/17 62/12 66/18 67/5 68/22 68/25 69/9 70/16 72/14 73/11 73/17 74/23 75/8 77/3 77/4 80/1 81/22 82/5 82/6 82/23 83/11 83/23 85/16 85/17 85/17 92/8 92/8 92/16 94/21 99/2

**99/16 100/4 101/25 102/16 105/12 106/18 109/18 113/16 113/16 116/9 116/9 116/11 126/15 129/1 129/2 129/4 133/18 134/9 134/11 136/3 137/12 138/1 138/1 142/20 143/21 145/7 145/18 145/19 145/20 147/4 150/8 151/10 164/4 168/2 170/14 172/11 176/15 176/22 177/4 177/5 178/7 178/23 182/15 183/1 183/15 192/18 193/22 193/22 194/4 194/4 194/4 194/4 194/5 194/5 194/7 194/10 198/5 198/10 202/6 202/10 202/12 204/1 205/5 205/7 205/8 205/21 206/5 206/7 209/17 209/24 210/16 212/13 212/21 213/8 217/3 217/22 219/8 219/14 220/18 221/8 225/8 225/13 227/15 227/19 235/20 236/12 237/17 237/17 238/2 238/6 242/1 242/14 245/8 245/25 251/6 251/15 252/22 254/11 254/16 255/17 256/13 258/14 258/17 259/1 259/15 261/25 262/3 263/14 263/16 263/22 264/23 264/24 268/12 268/25 269/22 272/4 273/13 275/21 275/23 276/1 276/11 276/14 277/2 277/2 279/7 279/8 279/8 279/12 280/17 280/25 281/18 281/22 282/1 282/14 282/15 285/25 287/21 288/19 288/22 289/14 289/17 289/20 299/12
**nobody [1]** 176/22
**nominally [1]** 40/6
**non [1]** 200/14
**non-Pratt [1]** 200/14
**nonconcern [2]** 136/7 136/10
**nondetect [2]** 278/12 278/13
**nondetections [1]** 111/16
**nondetects [5]** 112/9 112/11 113/6 113/19 279/1
**none [5]** 64/5 87/10 222/8 234/18 304/3
**nonetheless [3]** 138/18 145/12 180/10
**nonrepresentative [1]** 137/6

**nonresponsive [1]** 216/21
**normal [2]** 133/4 187/5
**normally [3]** 55/24 106/6 202/7
**north [23]** 33/12 37/1 55/21 69/23 69/24 98/15 116/7 121/23 130/2 161/13 161/17 165/18 199/25 213/15 216/18 218/7 218/25 246/18 260/21 270/25 271/13 273/14 281/10
**north-south [3]** 69/23 69/24 130/2
**northeast [7]** 3/12 58/12 58/19 122/4 160/6 165/20 213/20
**northeastern [1]** 53/18
**northern [10]** 8/5 55/15 83/7 83/8 139/2 139/3 201/9 246/18 281/3 281/20
**northwest [5]** 41/20 58/12 122/4 224/20 226/12
**notebook [2]** 184/14 246/11
**notes [1]** 114/7
**nothing [7]** 53/17 58/15 183/11 222/13 233/22 282/11 299/14
**notice [2]** 95/18 143/2
**noting [1]** 25/20
**notwithstanding [1]** 293/17
**November [1]** 24/8
**November 15th [1]** 24/8
**nowhere [4]** 32/9 32/9 71/14 296/19
**nuclear [3]** 21/24 135/13 288/20
**number [66]** 13/3 13/25 26/1 28/1 28/2 28/3 29/4 30/3 34/25 38/17 40/11 46/14 46/22 68/17 71/5 81/2 83/20 99/16 99/24 99/25 99/25 100/1 100/1 100/2 100/10 100/16 100/19 109/20 110/8 124/23 125/22 141/12 158/9 158/11 158/18 158/22 160/5 160/5 160/13 173/23 181/15 211/18 237/16 237/24 238/1 238/3 238/18 238/21 238/24 239/1 241/12 242/24 242/25 243/7 255/5 258/15 258/18 260/9 260/14 260/18 262/4 262/5 262/16 268/7 279/16 293/8
**number 1 [3]** 28/1 160/5 160/5
**number 10 [4]** 99/25

**99/25 100/16 100/19
**number 11 [1]** 160/13
**number 2 [1]** 28/3
**number 3 [1]** 28/2
**number 4 [4]** 158/9 158/11 158/18 158/22
**number 5 [2]** 100/1 100/2
**number 940 [1]** 239/1
**numbered [1]** 244/23
**numbers [23]** 7/2 17/5 35/1 70/18 87/15 101/4 131/11 131/12 131/14 180/15 180/20 180/25 181/12 181/15 181/17 182/1 182/2 230/15 233/11 234/18 235/19 235/21 240/1
**numeric [1]** 231/2

## O

**o'clock [1]** 283/5
**oath [5]** 6/16 53/11 81/23 107/11 185/14
**object [38]** 20/12 20/15 31/17 45/21 51/24 64/9 69/3 74/15 78/19 79/15 85/16 85/22 87/19 91/12 92/21 107/3 108/23 109/15 117/19 128/25 166/2 166/25 167/12 189/13 253/19 259/2 260/11 265/6 266/4 266/16 266/24 267/9 267/25 268/16 272/21 275/4 277/8 281/5
**objection [33]** 13/5 17/22 19/13 28/19 35/9 37/16 39/5 93/5 93/9 123/24 126/18 126/19 126/20 128/4 132/7 132/8 133/16 133/19 138/21 139/16 142/3 153/12 157/11 161/1 162/18 166/16 254/14 265/24 266/2 288/5
**objections [1]** 265/25
**objective [2]** 291/3 291/6
**obligation [1]** 188/14
**observation [2]** 271/6 271/9
**observations [1]** 10/17
**observed [16]** 9/2 9/13 11/9 12/6 12/16 23/9 23/10 82/2 127/24 235/9 235/10 258/12 270/10 270/18 270/22 270/24
**obtained [2]** 35/2 187/15
**obviously [13]** 37/22 61/15 88/1 88/2 137/20 144/2 146/1 148/8 148/16 250/22 252/19 279/18 284/8
**occur [7]** 24/16 24/17

{INDEX} occur... — overruled

**O**

occur... **[5]** 267/13
268/18 269/3 269/9
273/13
occurred **[5]** 13/10
82/15 156/2 178/4
272/12
occurring **[3]** 82/25
153/18 272/7
OCDD **[4]** 71/20 71/23
72/3 75/24
OCDF **[4]** 71/20 71/23
72/3 75/24
ocean **[2]** 118/22 120/14
octos **[1]** 71/19
odd **[1]** 146/11
oddly **[1]** 37/5
odds **[1]** 43/22
of 1 percent **[1]** 20/1
off **[22]** 27/17 29/20 37/2
41/6 59/25 87/17 103/3
105/14 106/23 115/12
119/9 124/21 137/19
213/19 219/15 226/20
227/2 237/7 254/8
263/24 275/25 302/1
offer **[12]** 50/5 51/16
107/10 109/3 138/1
155/4 266/22 287/14
296/6 296/12 297/20
299/7
offered **[5]** 59/10 84/5
154/9 154/11 286/2
offering **[12]** 4/15 4/18
4/25 63/17 64/1 70/5
106/12 107/2 107/7
109/12 267/2 288/10
offers **[2]** 4/12 17/21
offhand **[1]** 18/21
official **[2]** 1/19 202/15
offline **[1]** 105/18
offsite **[27]** 27/8 27/19
28/23 29/6 38/25 39/3
106/5 109/23 110/8
122/18 124/13 124/15
124/17 124/18 124/24
125/12 125/16 126/6
126/16 127/4 127/9
200/14 263/6 263/7
267/3 291/14 293/19
often **[4]** 97/10 103/8
122/16 141/15
oh **[26]** 55/2 56/16 57/11
59/13 62/19 63/5 66/2
68/17 69/18 84/23 86/13
86/13 101/15 102/5
105/11 111/22 121/15
123/1 123/13 131/18
131/25 137/3 151/6
162/1 162/15 287/21
OHM **[1]** 291/13
oil **[4]** 289/22 290/1
291/12 293/18
okay **[182]** 6/25 8/21 9/9
13/22 14/2 18/14 18/17
20/23 21/5 22/22 24/7

24/9 25/5 25/17 26/4
27/1 27/18 30/13 33/9
33/15 34/3 34/10 34/14
36/7 38/5 41/1 42/25
43/8 47/9 48/17 49/22
50/1 50/2 50/19 53/1
53/6 57/7 59/21 64/19
68/4 68/10 77/1 84/3
84/4 92/14 98/14 98/19
111/2 114/24 116/4
120/2 122/22 123/5
126/23 127/18 130/24
131/6 133/1 133/9
134/10 134/17 137/21
138/11 138/12 138/18
139/6 139/6 140/14
141/3 146/10 147/25
153/21 156/4 156/20
158/5 158/15 160/4
160/5 160/17 162/5
163/1 163/4 164/20
165/24 168/6 168/19
170/4 170/12 170/16
170/19 171/19 172/9
173/11 173/12 173/13
173/18 176/23 177/4
177/6 177/9 177/14
177/25 178/16 182/9
184/21 184/24 184/25
185/24 186/13 188/1
188/20 190/4 192/7
194/7 194/12 195/8
196/21 196/25 197/2
197/15 197/23 199/1
199/7 200/10 201/16
204/10 204/20 205/23
207/12 210/4 210/18
210/21 211/6 213/3
213/14 214/19 215/4
217/8 218/13 219/3
219/9 221/14 226/1
226/3 226/10 226/25
227/4 227/15 227/20
228/22 229/3 229/7
231/5 231/13 231/20
232/1 241/12 241/14
244/17 245/3 246/14
246/21 246/25 250/21
251/10 252/25 253/18
262/14 266/7 275/3
275/6 275/10 282/16
284/5 284/11 284/15
285/5 295/24 300/12
300/25 301/18 301/21
Okeechobee **[1]** 118/25
old **[3]** 66/20 66/23
111/21
on-site **[7]** 109/25 110/4
110/6 119/16 125/3
125/11 125/12
Once **[1]** 73/12
one **[185]** 4/4 4/11 8/25
9/1 9/22 12/3 12/23
12/25 13/20 16/6 16/17
16/18 16/19 17/16 20/5
21/6 21/13 22/10 22/17

27/8 341/1 28/4 29/2
29/16 30/3 30/6 30/20
36/16 37/24 38/11 38/12
40/24 43/20 45/3 45/6
45/9 45/15 45/16 45/13
47/8 47/12 49/13 51/5
54/2 54/4 54/25 55/6
55/7 55/7 61/10 63/23
64/20 68/7 69/12 81/8
94/17 95/7 96/24 97/24
98/6 100/2 100/4 101/3
104/5 104/8 104/12
108/12 108/19 110/8
115/19 116/10 116/21
116/22 121/3 121/12
124/7 126/1 126/12
133/9 138/16 140/23
140/23 141/3 144/13
144/14 144/15 145/25
146/3 151/11 151/13
151/13 151/15 154/25
157/8 157/15 160/16
160/16 160/16 163/1
164/4 164/6 164/12
164/12 164/14 164/5
165/18 166/1 167/3
168/3 168/17 170/16
171/19 171/21 175/4
175/6 176/10 177/14
177/15 181/15 181/23
183/3 185/8 186/6 186/7
186/10 192/16 192/22
193/9 193/9 193/14
196/14 202/6 205/7
206/9 209/7 214/7 214/9
216/4 217/10 220/9
223/1 223/16 227/3
227/10 228/4 229/17
229/20 230/3 230/5
230/9 230/16 234/9
234/16 234/21 236/11
244/8 247/19 249/13
249/20 254/25 261/11
262/12 264/12 264/14
264/17 268/13 269/7
269/7 271/18 273/8
274/4 279/7 282/9
284/22 286/17 287/21
288/8 290/12 292/17
292/20 292/25 293/13
297/4 300/13 301/2
one's **[2]** 96/24 151/11
ones **[3]** 99/22 195/21
223/11
ongoing **[1]** 29/12
online **[1]** 206/6
only **[34]** 10/15 13/3
32/11 46/14 64/22 68/10
97/20 108/22 109/13
113/11 119/6 119/11
119/22 120/8 125/24
140/13 140/17 143/9
144/20 168/17 175/19
176/13 185/6 185/8
189/18 190/8 191/3
199/23 273/8 287/15

294/8 297/6 299/15
300/20
onset **[1]** 22/5
opened **[1]** 104/18
opening **[3]** 129/11
145/17 153/24
operating **[1]** 222/13
operation **[2]** 220/19
220/21
operative **[1]** 233/24
opine **[2]** 69/1 115/1
opinion **[57]** 6/1 17/24
29/1 31/17 31/19 34/15
37/19 39/2 39/10 39/12
51/16 52/10 58/22 59/10
59/14 63/17 64/1 70/5
75/23 84/5 106/12 107/7
107/10 107/14 109/3
119/8 128/14 128/17
133/18 137/9 138/1
138/22 139/17 152/14
154/20 193/22 213/6
220/3 240/5 240/7
252/24 252/24 253/9
258/20 258/21 265/20
266/14 267/5 289/8
294/23 297/7 297/16
297/19 297/23 298/1
298/5 299/8
opinions **[36]** 4/15 4/18
50/5 50/14 67/3 76/4
77/9 77/23 79/22 96/19
105/21 108/12 108/19
109/10 109/12 149/22
163/19 213/8 242/3
243/25 252/4 252/21
253/14 254/4 254/5
265/16 266/22 267/2
287/15 288/10 291/10
292/13 292/14 293/11
298/15 298/15
opportunities **[1]** 130/5
opportunity **[14]** 129/1
129/2 129/10 148/11
149/5 149/6 190/3 190/5
190/8 274/12 277/13
283/18 284/9 298/8
opposed **[6]** 58/18
112/24 141/16 158/24
236/25 237/2
opposing **[1]** 190/10
opposite **[2]** 75/16
253/25
opposition **[8]** 185/15
189/1 189/12 190/22
191/3 191/14 191/23
251/20
opted **[1]** 143/7
orange **[9]** 43/7 43/7
44/20 66/23 67/2 273/8
273/14 273/20 273/20
order **[16]** 4/1 11/15
16/7 19/23 20/1 93/13
94/23 106/8 143/13
146/12 146/21 147/21

147/24 211/24 262/13
299/22
organic **[1]** 267/13
organics **[1]** 267/14
organize **[1]** 114/7
organized **[2]** 184/11
284/17
orient **[5]** 27/11 39/10
42/13 59/18 59/22
oriented **[1]** 41/8
original **[2]** 72/18
259/23
originally **[3]** 249/7
262/18 301/8
originated **[1]** 176/10
others **[7]** 81/14 81/25
99/18 126/10 170/11
202/4 279/9
otherwise **[4]** 32/17 36/5
101/2 187/12
our **[37]** 4/6 4/22 47/2
48/13 48/22 84/2 114/2
142/15 142/22 143/15
144/9 144/10 145/25
146/15 148/20 148/23
149/6 149/9 149/10
149/19 149/22 149/25
150/1 152/4 153/6 153/6
153/9 153/25 154/25
169/2 183/24 235/9
242/16 249/9 258/19
272/24 290/12
ourselves **[3]** 43/3 59/18
59/22
outcome **[1]** 199/21
outline **[1]** 50/25
outside **[20]** 20/15 41/18
64/10 74/16 79/15
134/19 195/16 201/1
220/4 228/19 246/25
249/3 249/10 249/10
249/12 252/16 260/12
265/6 266/24 270/14
over **[52]** 8/4 9/4 13/9
15/24 25/23 32/23 34/7
45/4 45/6 45/11 61/1
66/6 68/7 74/11 88/10
89/20 98/11 98/14 99/23
100/7 115/17 117/3
119/15 121/21 122/5
128/15 130/19 130/24
131/9 132/4 140/22
143/10 152/7 157/9
157/9 160/9 165/19
184/2 214/6 217/6 224/8
232/25 232/25 234/11
234/21 252/13 258/19
263/4 268/8 290/13
292/15 293/24
overarching **[1]** 252/24
overbroad **[2]** 51/25
69/4
overrule **[1]** 133/19
overruled **[35]** 8/13 13/6
17/23 35/10 39/6 52/1
64/11 69/5 79/17 87/20

**O**

**overruled... [25]** 91/13
107/5 109/16 117/20
138/24 139/18 157/12
159/16 166/17 167/1
167/5 167/14 193/17
195/18 254/15 259/9
260/13 266/17 266/25
267/10 268/1 268/17
272/22 281/6 288/6
**oversee [2]** 62/8 72/5
**Owens [2]** 9/5 9/10
**own [10]** 17/20 17/20
32/16 124/12 163/12
176/23 200/21 274/11
275/7 297/6
**owner [1]** 201/23

**P**

**p-o-t-e-n-t-i-o-m-e-t-r-i-c [1]** 211/4
**P.A [3]** 2/3 2/5 2/11
**p.m [7]** 114/14 114/14
168/24 168/24 246/4
246/4 302/2
**pace [1]** 132/4
**pack [1]** 9/21
**packet [3]** 54/1 54/7
171/11
**page [56]** 1/17 14/18
15/4 15/10 26/5 41/11
53/3 54/11 67/20 68/7
72/25 81/18 89/20 92/12
95/11 96/13 96/13 96/14
98/4 107/1 112/19 120/1
120/9 174/3 174/14
175/1 175/7 175/9
175/12 175/23 197/16
197/23 208/3 225/2
225/2 225/4 225/6 225/6
225/8 225/9 225/15
240/13 244/9 244/22
245/20 250/15 251/8
251/15 290/20 297/8
298/18 298/19 298/23
298/24 299/1 301/10
**page 1 [2]** 197/16
197/23
**page 11 [2]** 225/6 225/8
**page 12 [1]** 225/2
**page 122 [3]** 175/1
175/7 175/12
**page 124 [4]** 174/3
174/14 175/9 175/23
**page 136 [2]** 244/9
244/22
**page 153 [1]** 120/1
**page 2 [1]** 208/3
**page 22 [1]** 240/13
**page 257 [1]** 107/1
**page 290 [1]** 81/18
**page 3 [5]** 96/13 225/2
225/4 225/9 297/8
**page 39 [1]** 298/19
**page 40 [2]** 298/24
299/1

**page 6 [2]** 96/13 96/14
**page 9 [1]** 89/20
**pages [8]** 1/11 74/11
95/19 95/22 96/1 96/11
250/16 283/20
**pages 2 [1]** 96/11
**PAHs [3]** 175/1 175/15
177/21
**Palenchar [1]** 3/4
**Palm [28]** 1/8 1/20 2/11
2/12 2/14 3/9 84/25 85/3
87/6 87/15 87/18 87/23
127/16 131/3 153/12
198/22 200/21 223/7
270/18 270/22 270/24
271/10 271/12 271/14
276/3 280/7 280/9
280/10
**paltry [2]** 56/20 124/23
**paper [14]** 12/21 13/7
17/16 184/13 187/6
188/1 188/2 189/24
204/23 205/2 205/8
205/11 205/17 270/1
**papers [9]** 81/5 148/10
150/9 189/8 205/22
206/8 206/9 206/17
268/5
**paragraph [21]** 14/20
170/5 197/16 200/3
200/6 225/5 225/9
240/14 250/19 251/10
251/11 296/10 297/9
297/24 298/12 298/16
299/1 299/1 299/8
299/15 300/2
**paragraph 24 [1]** 170/5
**paragraph 2nd [1]**
297/9
**paragraphs [2]** 116/22
177/19
**paragraphs 5 [1]** 177/19
**parameter [2]** 237/25
238/5
**parameters [11]** 7/22
7/24 8/22 11/4 12/23
59/5 130/25 164/8 201/9
230/14 257/18
**parcel [1]** 106/1
**Pardon [2]** 165/6 175/5
**participated [1]** 187/22
**particle [16]** 11/12
11/13 30/23 31/25 32/14
33/7 118/12 118/16
120/11 120/12 213/9
213/10 213/11 224/12
279/22 279/25
**particles [7]** 7/7 7/15
82/18 82/18 139/24
140/2 155/25
**particular [27]** 16/19
32/15 35/24 35/25 51/18
72/11 72/13 74/3 77/14
84/8 97/7 97/9 97/20
97/24 120/16 120/16
142/12 167/8 167/16

167/21 180/16 183/3
228/12 240/2 261/11
265/3 296/21
**particularly [3]** 97/23
200/8 220/13
**particulate [3]** 267/14
297/1 297/2
**parties [1]** 144/6
**partings [1]** 45/2
**partner [1]** 275/9
**parts [5]** 84/11 84/18
85/11 86/3 228/2
**party [3]** 9/14 185/21
190/10
**pass [3]** 120/18 217/24
263/23
**passed [3]** 214/1 293/8
293/10
**past [6]** 10/13 21/6
78/12 105/17 106/10
230/2
**path [18]** 29/18 29/19
52/13 106/13 107/8
117/1 117/14 120/17
211/19 211/19 211/21
240/20 241/1 255/13
255/14 255/18 255/19
256/16
**paths [1]** 279/25
**pathway [3]** 21/16 54/20
67/9
**pathways [5]** 21/4 57/17
57/19 58/2 106/10
**pattern [6]** 15/17 29/15
220/16 222/2 222/5
223/21
**patterns [1]** 222/14
**PBA [1]** 271/19
**PCBs [1]** 196/18
**Peachtree [1]** 3/12
**peck [1]** 98/5
**peer [4]** 242/18 289/15
294/5 295/15
**peer-reviewed [2]**
242/18 289/15
**people [12]** 52/21 55/22
85/4 135/25 187/7
194/23 194/24 196/8
204/8 229/8 229/14
259/17
**per [57]** 8/8 22/14 22/16
22/20 22/23 23/8 34/23
35/3 38/12 38/18 40/11
42/7 43/8 43/19 44/13
44/14 44/21 44/22 46/11
46/16 46/22 47/8 48/3
84/11 84/16 84/18 85/11
86/3 105/6 115/17
115/19 116/20 117/2
117/14 132/17 132/18
132/21 132/25 133/2
133/3 179/1 179/6
180/13 180/21 235/25
243/16 246/22 256/4
256/5 256/6 256/15
258/11 264/13 270/3

270/7 273/7 273/18
**perceived [1]** 251/2
**percent [19]** 12/15 12/25
16/18 17/3 17/8 17/9
17/9 17/10 19/7 19/22
20/1 20/2 20/3 21/9
116/1 130/16 145/7
162/16 276/13
**percolation [1]** 31/3
**perform [3]** 77/13 79/13
79/23
**performed [5]** 52/23
61/22 79/13 208/17
295/16
**performing [1]** 77/13
**perhaps [6]** 99/25
131/20 190/6 193/24
244/7 269/13
**perimeter [1]** 26/17
**period [11]** 112/21
131/3 132/4 156/24
221/16 222/14 224/4
224/8 224/10 250/14
259/21
**permeability [7]** 12/9
16/11 35/25 47/19
268/14 271/22 273/12
**permeable [3]** 21/3
42/14 130/11
**permission [1]** 283/17
**permitted [1]** 40/14
**permitting [2]** 188/8
250/25
**perpendicular [8]** 24/13
24/24 30/25 31/9 210/22
211/10 211/21 219/4
**Perry [3]** 300/10 300/15
301/5
**Perry's [2]** 301/8 301/11
**person [5]** 94/13 136/20
154/9 154/10 154/11
**person's [3]** 156/25
167/8 167/10
**personal [1]** 282/6
**personally [9]** 57/4
60/23 61/16 61/25 62/2
62/8 68/21 73/15 270/16
**perspective [7]** 123/21
132/10 146/7 151/25
152/12 159/13 232/4
**persuade [2]** 149/6
149/8
**persuading [1]** 149/2
**pesticides [1]** 66/20
**petrography [2]** 13/8
13/15
**PGA [1]** 2/13
**Ph.d [4]** 202/9 202/10
202/11 202/13
**Phil [1]** 202/20
**Philip [3]** 49/3 49/6
303/6
**philosophical [1]** 172/13
**photograph [1]** 213/23
**phrase [3]** 67/25 189/21
291/11

**phrased [2]** 167/15
226/14
**physically [2]** 96/6
272/12
**physicist [1]** 288/21
**physics [1]** 288/21
**pick [1]** 106/8
**picked [2]** 34/25 138/16
**picture [4]** 15/5 15/13
37/7 126/2
**piece [1]** 283/1
**pieces [3]** 142/25 144/5
241/7
**Pinares [15]** 84/8 89/18
90/1 90/10 91/25 92/6
95/9 99/6 99/11 99/15
101/16 102/13 161/5
167/24 168/14
**Pinares' [3]** 91/1 91/3
166/13
**pink [1]** 278/22
**pit [8]** 66/11 66/15 162/7
162/13 162/22 270/18
271/2 271/3
**pits [2]** 162/3 271/12
**place [15]** 31/4 62/1
62/3 69/12 83/4 83/23
92/16 125/8 130/24
131/9 162/8 189/25
199/14 245/6 264/23
**placed [3]** 162/21 217/5
233/1
**places [13]** 12/4 17/5
31/3 42/17 119/12 131/9
131/17 131/19 131/22
138/19 159/1 159/2
286/20
**placing [2]** 262/17
262/19
**plaintiff [6]** 57/15 58/10
88/9 144/6 185/15
193/13
**plaintiff's [10]** 57/13
58/8 146/6 150/13
251/23 252/18 255/21
261/11 273/24 277/21
**plaintiffs [16]** 1/4 2/2
61/22 68/23 79/5 108/2
109/7 109/13 113/20
149/1 149/14 153/25
165/22 250/11 258/18
287/19
**plaintiffs' [26]** 6/17
13/23 14/1 48/24 49/3
51/1 51/12 85/14 86/7
86/7 86/18 87/11 88/18
108/4 108/13 108/21
111/24 151/2 151/24
152/2 152/3 152/12
280/15 280/22 284/25
286/17
**plan [2]** 153/25 223/8
**planned [1]** 144/7
**plants [1]** 21/24
**play [3]** 98/2 134/3
191/17

**P**

**plea [1]** 49/2
**pleadings [1]** 146/7
**please [69]** 4/2 13/16
14/10 15/4 15/10 19/14
22/9 23/23 23/25 26/5
26/15 27/9 29/21 33/23
36/11 39/9 47/9 48/21
49/2 49/4 49/5 93/6
114/16 120/22 124/6
127/18 158/5 158/9
158/12 158/17 160/5
160/13 161/25 169/1
169/6 169/9 170/20
184/4 184/5 184/6
184/10 189/2 194/16
196/22 197/1 200/3
203/15 208/2 214/7
214/10 215/11 218/11
218/15 237/18 240/13
242/6 243/3 244/10
244/11 246/6 247/15
250/20 252/3 284/24
285/1 285/3 285/7
288/12 298/17
**Pleistocene [1]** 14/24
**Pliocene [1]** 14/24
**plotted [1]** 93/22
**plow [1]** 143/13
**plugs [1]** 116/20
**plume [52]** 103/7 103/19
103/21 105/10 105/14
113/23 120/14 124/18
185/5 199/16 199/17
201/13 208/1 226/23
226/24 228/13 230/22
234/11 235/8 235/11
243/14 243/18 243/25
244/1 246/23 247/18
248/8 248/14 248/18
249/9 256/18 258/2
258/13 258/16 259/18
259/22 262/10 262/13
262/18 264/21 264/21
265/1 265/4 265/12
265/21 278/18 278/21
281/15 281/19 281/23
282/2 282/6
**plumes [6]** 11/10 105/19
202/8 262/25 263/1
263/19
**plus [5]** 132/13 221/16
236/16 270/11 270/12
**point [50]** 9/13 11/16
19/24 25/18 25/18 26/13
33/9 35/22 46/7 59/12
77/6 82/24 83/4 83/16
83/23 108/9 119/6
119/20 119/22 120/25
120/8 121/3 121/12
127/11 128/12 128/22
152/9 166/17 170/16
176/17 177/13 179/14
181/16 190/19 191/11
191/21 193/21 199/4
212/18 212/19 218/3

219/4 219/5 219/10
226/4 236/11 259/20
281/9 299/11 299/13
**pointed [1]** 170/14
**pointing [1]** 261/12
**points [18]** 11/13 17/10
25/21 26/11 26/16 26/17
28/8 43/23 57/8 101/8
119/15 121/2 223/19
237/8 264/21 272/23
276/21 281/8
**poke [1]** 10/25
**policy [1]** 285/19
**polishing [3]** 31/2 41/19
41/20
**polluted [2]** 124/12
201/11
**polluter [1]** 122/25
**polluting [1]** 131/3
**pollution [1]** 124/3
**polycyclic [1]** 177/21
**polycyclics [1]** 175/2
**Poncy [1]** 2/10
**pond [6]** 31/2 31/3 41/19
41/20 46/20 46/21
**pool [1]** 101/17
**pore [4]** 113/2 276/21
276/22 276/22
**porosities [17]** 11/14
11/25 12/4 12/7 12/14
12/16 16/13 17/7 17/18
19/21 19/25 20/5 23/3
115/25 130/15 276/25
277/2
**porosity [30]** 8/9 11/17
11/19 12/24 13/2 16/16
17/3 18/1 18/4 18/17
19/7 19/8 19/10 19/17
21/17 23/10 35/5 130/22
131/22 205/10 205/10
205/12 206/11 206/11
206/18 206/19 206/20
236/17 274/10 276/16
**portion [20]** 53/18 53/19
55/15 55/16 189/18
193/4 193/5 196/22
205/3 224/24 226/18
246/11 246/19 247/9
261/21 263/13 273/2
280/3 280/12 280/23
**portions [2]** 213/3 295/6
**portray [1]** 30/1
**position [7]** 143/15
148/13 153/7 153/9
171/4 190/14 210/2
**positions [1]** 215/25
**possibilities [1]** 117/6
**possibility [5]** 117/7
140/18 192/5 241/15
290/1
**possible [20]** 7/15 7/19
18/1 23/5 28/13 56/17
90/10 162/12 176/1
176/24 177/2 178/12
231/25 232/4 232/7
233/24 234/17 235/17

257/17 301/14
**possibly [3]** 9/4 235/15
247/20
**post [1]** 126/3
**post-2000s [1]** 126/3
**potential [16]** 52/3
58/16 65/14 66/15
124/15 134/3 224/25
231/1 253/1 255/19
256/19 289/22 290/2
291/12 293/18 297/17
**potentially [6]** 117/9
119/12 119/23 196/6
268/14 297/3
**potentiometric [16]**
210/24 211/3 211/7
211/8 211/22 212/4
213/9 215/19 218/8
239/23 242/15 242/17
243/9 254/19 263/5
272/10
**power [1]** 21/24
**practical [2]** 172/13
180/15
**practice [3]** 180/15
204/19 238/16
**practiced [2]** 202/16
204/13
**practices [3]** 36/7
104/23 230/12
**PRATT [176]** 1/7 7/18
8/3 8/18 15/7 17/12
18/12 18/15 18/23 19/6
19/18 23/10 23/20 24/2
24/4 25/2 27/6 27/12
27/14 27/16 28/18 28/23
29/13 30/8 32/3 36/2
36/3 36/4 37/3 38/22
39/25 40/8 41/15 42/1
42/14 42/23 43/18 44/8
48/7 50/24 52/4 57/8
57/13 57/19 58/8 59/23
60/3 60/7 64/21 64/22
78/18 78/24 80/3 82/3
82/10 82/14 82/21 83/8
88/24 103/4 105/22
109/19 109/23 109/25
110/4 110/7 115/17
116/4 116/6 117/3
117/15 117/24 117/24
118/1 118/2 118/21
119/7 119/23 120/6
123/4 123/19 123/22
124/3 124/10 124/22
127/20 129/17 131/2
131/3 132/11 133/11
156/6 156/12 156/12
156/23 157/10 157/20
159/11 161/13 161/20
161/24 163/14 170/16
171/2 173/21 176/2
176/25 182/19 185/3
188/11 190/6 192/5
192/8 192/20 193/4
193/19 194/2 196/16
198/1 198/6 198/8

198/18 198/20 198/21
199/5 199/18 200/5
200/13 200/14 200/20
200/25 201/8 201/10
201/11 207/9 214/17
220/19 222/10 222/16
224/24 226/20 229/19
230/4 232/5 232/16
236/9 240/21 241/16
247/18 247/24 252/25
255/14 256/24 258/24
262/5 262/25 263/2
263/13 265/5 265/12
266/19 268/10 280/1
281/3 281/9 281/16
281/20 281/24 286/19
287/23 288/25 289/9
294/10 295/2 295/11
295/22
**precede [1]** 221/6
**precedent [1]** 148/24
**precise [1]** 195/25
**precisely [1]** 222/20
**predicate [2]** 85/17
91/12
**predict [2]** 19/24 258/16
**predicted [1]** 261/19
**predicting [1]** 20/4
**prediction [1]** 36/6
**predictions [1]** 227/1
**predominantly [1]** 34/5
**predominate [1]** 155/8
**predominated [1]** 152/7
**preliminary [1]** 291/8
**premise [1]** 230/4
**preparation [1]** 4/23
**prepare [3]** 5/4 293/20
293/22
**prepared [3]** 24/2
169/21 250/13
**preparing [1]** 4/23
**presence [10]** 50/6 65/17
69/15 80/12 80/15 82/9
82/12 84/10 155/25
176/1
**present [15]** 6/5 18/5
65/2 82/20 84/6 84/22
84/24 109/4 124/3 136/8
155/1 172/21 182/11
264/19 287/24
**presentation [5]** 145/9
188/3 188/6 207/25
208/5
**presentations [2]** 205/23
206/4
**presented [20]** 87/21
106/2 143/4 143/10
144/14 144/18 144/21
146/9 147/9 147/11
148/5 152/18 153/4
167/8 223/17 227/17
229/17 229/18 232/13
283/25
**preserving [1]** 62/11
**pressure [1]** 261/5
**presumably [1]** 147/2

**presume [1]** 103/3
**presumptively [1]**
195/22
**pretty [6]** 55/2 100/16
103/8 104/18 134/5
141/6
**prevent [4]** 4/25 125/3
125/4 199/14
**preview [1]** 4/9
**previous [2]** 37/9 286/8
**previously [4]** 30/24
36/9 207/24 286/5
**primarily [3]** 67/6 77/20
201/18
**primary [6]** 172/20
212/16 227/3 248/2
260/15 280/6
**prior [3]** 29/14 219/20
301/7
**private [2]** 291/9 291/14
**probabilities [2]** 10/11
196/13
**probability [5]** 52/12
161/23 162/25 171/25
192/4
**probable [1]** 159/18
**probably [22]** 9/13
14/22 21/9 28/4 30/17
63/11 71/18 89/6 101/1
104/24 104/25 106/19
111/19 121/20 121/25
134/5 181/1 182/5 241/3
243/14 243/16 269/9
**probe [1]** 207/20
**problem [9]** 36/8 105/12
110/9 126/8 176/22
178/10 241/14 251/2
256/21
**problematic [1]** 263/15
**procedural [1]** 149/12
**procedure [1]** 191/1
**procedures [3]** 72/5
74/3 76/15
**proceed [7]** 78/4 146/11
148/25 148/25 151/21
169/14 171/16
**proceeded [1]** 155/10
**proceeding [1]** 156/4
**proceedings [10]** 1/12
5/9 48/20 114/15 150/16
152/9 168/25 191/13
246/5 304/8
**process [7]** 47/20 101/22
102/9 145/5 186/22
261/22 262/24
**processes [1]** 65/6
**produce [4]** 162/16
162/22 212/11 293/4
**produced [8]** 67/15
177/21 224/10 226/7
226/8 234/13 245/17
282/5
**product [3]** 89/2 91/9
97/14
**production [1]** 162/12
**products [3]** 173/2

(WITNESSNAME)                                                                                    index   products ... reads

**P**

**products... [2]** 176/13
221/10
**professional [8]** 22/4
136/8 201/24 204/2
204/4 204/11 204/18
265/2
**professor [2]** 202/23
203/9
**proffer [2]** 4/12 143/16
**proffered [1]** 4/24
**profiling [2]** 47/18 48/6
**program [3]** 28/9 76/9
223/18
**project [2]** 39/23 291/20
**projected [1]** 170/22
**projects [2]** 135/16
268/7
**promise [1]** 211/6
**promised [1]** 107/16
**proof [5]** 149/1 154/7
154/24 155/3 155/4
**propensity [1]** 97/11
**proper [4]** 139/3 190/1
210/25 257/25
**properties [7]** 54/22
70/21 84/8 84/9 241/11
242/2 267/6
**property [65]** 28/24
30/10 30/14 41/16 42/14
42/23 43/18 44/8 56/19
65/23 88/18 91/1 91/4
99/4 99/8 99/11 99/15
103/4 118/21 118/24
119/7 119/9 119/15
119/23 123/19 127/21
161/13 161/15 161/20
166/12 166/13 167/8
167/11 167/16 167/18
167/19 167/24 183/3
185/3 192/14 195/11
198/20 198/21 199/5
200/5 200/7 200/11
201/13 201/14 207/9
218/19 219/1 220/6
221/4 224/21 224/23
224/25 226/17 226/18
226/18 226/20 226/25
241/7 246/17 263/21
**proposal [10]** 290/6
290/21 291/18 292/2
292/5 292/6 292/11
292/17 293/4 293/9
**propose [1]** 178/12
**proposed [69]** 42/2 50/6
50/18 51/1 51/4 51/5
51/13 51/17 51/22 52/7
52/17 54/13 54/24 54/25
55/10 55/16 56/12 56/14
56/25 57/10 58/9 58/22
63/15 63/16 64/13 64/21
65/15 66/17 66/24 67/2
67/4 67/17 67/22 68/15
69/16 70/6 71/14 82/3
83/8 84/6 87/17 102/25
108/14 108/20 109/4

109/22 111/9 111/13
113/12 113/14 115/18
116/4 117/4 117/16
117/17 119/9 156/24
193/5 258/24 260/7
271/15 271/16 271/20
281/4 281/17 281/21
286/20 289/1 291/4
**proposition [4]** 192/16
201/8 216/14 225/4
**Protection [4]** 86/22
87/2 179/4 179/13
**protective [3]** 63/7
172/4 172/15
**protocols [1]** 62/10
**prove [7]** 149/4 154/4
154/12 154/23 155/2
155/6 186/22
**proven [1]** 155/6
**provide [12]** 98/25
99/14 154/7 174/18
190/14 191/2 191/3
191/23 256/19 291/9
292/19 299/21
**provided [31]** 44/4 44/6
58/22 74/8 75/8 76/8
77/20 77/22 79/18 86/10
91/15 185/10 190/10
191/22 203/19 205/3
217/7 217/12 223/20
225/14 237/15 237/15
243/9 291/8 292/12
294/16 295/12 295/15
299/16 299/18 299/22
**provider [1]** 186/11
**provides [1]** 241/22
**providing [3]** 187/14
249/2 250/12
**proving [1]** 75/25
**proximity [2]** 178/4
178/19
**prudent [1]** 28/17
**public [6]** 61/19 172/4
172/15 207/25 251/3
291/9
**publication [2]** 186/22
268/7
**publications [4]** 186/20
289/15 297/10 297/20
**publicly [1]** 189/8
**published [9]** 82/24
186/18 188/1 188/2
190/14 268/5 268/6
270/1 289/18
**pull [12]** 13/16 22/9
29/13 36/11 41/1 102/23
118/10 174/16 189/2
189/9 239/15 245/14
**pulled [4]** 157/25 206/8
250/4 272/14
**pulling [1]** 118/10
**pump [8]** 112/20 112/23
113/18 129/21 199/1
199/4 199/7 199/12
**pumped [2]** 102/10
220/24

pump [11] 29/12
30/10 105/18 119/16
119/17 207/1 220/19
220/21 221/1 222/3
222/6
**purchase [1]** 203/1
**pure [2]** 269/18 270/4
**purple [12]** 43/3 44/17
44/20 45/14 46/18 46/20
46/22 47/16 47/17 47/22
48/2 273/19
**purporting [1]** 74/25
**purpose [5]** 14/12 122/7
146/14 154/15 226/22
**purposefully [1]** 186/11
**purposely [1]** 261/1
**purposes [10]** 6/4 19/20
111/1 122/8 129/16
130/8 150/23 156/9
185/2 206/12
**pursuant [4]** 146/20
149/22 299/21 299/23
**push [2]** 207/16 207/18
**pushing [1]** 271/4
**put [34]** 38/7 49/20
51/13 85/6 86/20 93/3
121/16 124/2 125/23
126/11 130/7 130/12
132/10 143/7 165/14
191/16 193/21 207/2
214/24 220/2 222/20
230/15 232/2 232/23
236/20 237/2 248/12
249/1 249/8 261/24
262/2 280/14 280/21
300/17
**puts [2]** 57/24 238/20
**putting [10]** 10/21 31/5
123/21 124/12 125/22
127/6 127/10 135/5
154/7 276/8
**PWR [2]** 198/18 226/11

**Q**

**qualifications [2]**
225/16 233/1
**qualified [3]** 170/21
182/22 295/9
**qualifier [3]** 110/23
110/24 141/4
**qualifiers [1]** 96/21
**qualify [1]** 226/16
**qualifying [1]** 230/11
**quality [4]** 64/14 85/3
85/4 93/22
**quantify [1]** 107/22
**quantities [1]** 195/10
**quarter [1]** 87/12
**quarters [1]** 276/19
**quartz [2]** 269/19 270/4
**question [130]** 9/3 19/14
26/14 27/23 45/18 45/19
45/20 46/5 47/3 48/1
52/15 52/16 53/10 53/14
57/17 75/2 76/22 78/21
81/11 81/20 83/10 83/12

92/19 92/25 93/2 93/13
93/14 93/16 94/20 94/23
107/2 108/25 110/11
117/5 117/22 120/4
122/22 123/25 137/14
137/15 137/20 137/23
137/23 138/3 139/6
150/17 156/14 156/17
156/21 157/20 159/4
159/9 159/12 161/3
162/1 162/19 163/3
164/6 166/23 167/7
167/16 168/13 168/15
168/18 173/23 176/5
183/6 190/7 190/20
191/20 191/25 192/3
193/3 193/3 193/6 193/7
193/8 193/18 195/4
196/1 208/13 209/18
210/1 210/17 211/15
211/16 219/25 227/13
228/1 228/23 228/25
229/3 229/12 229/14
229/17 229/17 229/20
229/22 229/23 230/3
230/6 230/10 230/14
230/15 231/21 231/22
232/1 232/2 232/13
232/15 233/19 236/22
236/23 237/19 245/10
247/6 248/4 248/4
248/20 249/10 259/10
267/24 287/21 288/2
288/12 288/14 288/23
294/9 298/23 298/24
**question's [1]** 23/6
**questioned [3]** 50/13
250/11 278/15
**questioning [2]** 255/8
273/24
**questions [31]** 20/21
40/16 48/9 49/25 94/18
94/19 135/1 149/2 168/2
169/24 183/15 184/21
185/22 190/4 190/6
201/18 227/16 228/23
252/19 255/5 255/21
256/9 257/3 258/18
265/24 277/11 277/22
277/25 279/13 279/16
288/8
**quibble [7]** 227/15
227/15 230/16 230/17
230/18 230/19 230/20
**quibbling [1]** 237/4
**quick [4]** 49/12 114/2
141/6 249/6
**quickly [5]** 42/12 114/24
140/10 183/23 255/2
**quite [10]** 5/15 55/3 94/8
100/22 152/8 178/15
216/7 221/3 265/9
277/21

**R**

**rabbit [2]** 298/21 299/12

**race [6]** 228/10 228/14
229/6 229/8 229/9 230/7
**radioactive [20]** 196/17
266/7 266/10 266/13
266/15 266/18 266/23
267/2 267/5 267/7
267/11 267/15 287/22
288/15 289/8 295/1
295/10 295/21 296/20
297/3
**radionuclides [2]** 295/1
296/2
**rain [1]** 223/24
**raise [5]** 4/5 5/3 49/1
169/5 284/24
**raises [1]** 152/21
**raising [1]** 4/10
**ran [4]** 211/11 213/13
213/13 223/18
**random [1]** 137/5
**range [22]** 16/15 19/7
40/5 45/12 56/4 57/6
59/4 59/5 71/17 115/25
117/6 117/8 117/13
122/2 130/15 177/22
178/2 231/22 233/7
234/7 255/18 258/8
**ranged [2]** 16/18 34/8
**ranges [2]** 14/24 19/8
**ranging [1]** 270/2
**rapidly [1]** 254/25
**Rapp [1]** 3/11
**rate [12]** 11/23 29/17
34/7 207/3 231/24 232/6
233/4 234/11 234/13
234/17 252/19 279/17
**Ratheon [1]** 154/3
**rather [6]** 137/7 168/15
190/16 256/14 301/15
301/15
**rational [1]** 193/23
**RCRA [1]** 22/5
**reach [16]** 22/20 23/4
23/12 59/15 115/17
119/9 119/23 120/14
192/23 192/24 193/24
194/2 232/5 258/23
259/8 259/13
**reached [5]** 8/23 18/8
221/23 223/23 232/16
**reaching [2]** 192/6 192/8
**read [16]** 5/13 12/21
14/5 14/10 53/14 81/5
144/21 158/13 174/19
199/9 202/23 250/19
252/1 252/3 292/4
294/11
**readable [1]** 94/10
**readily [2]** 140/10 291/8
**reading [10]** 44/4 44/12
44/14 48/4 116/6 116/9
129/21 251/5 278/16
296/17
**readings [4]** 42/22 43/16
44/2 130/1
**reads [1]** 297/10

# R

**ready [2]** 114/18 245/22
**real [13]** 8/21 180/10
180/15 180/25 213/8
228/5 235/16 240/4
241/21 258/4 258/7
258/8 272/5
**realistic [1]** 258/15
**realistically [2]** 248/15
256/24
**reality [3]** 135/20
199/24 248/13
**really [26]** 22/4 29/19
56/21 56/22 69/19 87/23
99/20 105/13 123/4
126/12 131/9 140/12
141/1 162/8 196/8 196/9
212/13 215/18 223/21
225/15 231/9 234/16
253/20 271/4 275/17
287/19
**Realtime [1]** 304/7
**reanalysis [1]** 248/18
**rearticulating [1]**
164/10
**reason [15]** 4/13 10/13
12/3 27/1 59/2 127/23
130/4 179/9 187/19
197/7 208/19 211/10
215/22 277/11 286/8
**reasonable [12]** 18/8
21/18 52/12 159/17
161/23 162/24 172/2
216/4 233/25 236/21
241/4 300/7
**reasonably [7]** 18/4
28/17 186/10 195/14
229/20 234/17 248/6
**reasons [5]** 4/11 64/20
177/23 181/10 209/7
**rebut [1]** 265/16
**rebuttal [1]** 265/18
**recall [39]** 7/4 18/19
18/21 20/20 22/15 23/15
32/14 33/7 38/1 38/12
46/23 73/22 80/19 145/3
165/15 166/15 195/12
214/5 217/4 222/24
236/6 245/11 245/12
255/23 256/9 257/5
262/6 265/25 267/1
277/25 278/11 278/14
278/18 278/21 289/12
290/9 292/16 298/7
298/9
**received [8]** 31/3 61/18
72/20 78/6 78/7 78/7
78/8 118/14
**recent [5]** 29/3 244/14
245/17 247/8 248/11
**recently [2]** 247/4 270/11
**recess [9]** 5/3 5/8 48/19
114/14 168/22 168/24
246/4 300/25 302/2
**recite [1]** 196/12
**recognize [10]** 67/14

79/2 79/3 119/3 246/14
272/16 277/17 279/14
290/15 290/19
**recognized [5]** 163/24
173/19 208/16 227/4
231/1
**recollection [3]** 144/24
145/5 165/13
**recommended [1]**
134/18
**reconciles [1]** 238/20
**reconstructed [1]** 218/6
**record [21]** 9/25 9/25
48/22 49/13 129/10
142/7 143/12 143/21
144/8 145/21 145/23
147/8 150/21 169/20
194/19 194/20 214/21
244/21 277/10 302/1
304/8
**recorded [1]** 277/2
**records [2]** 88/23 146/7
**recover [1]** 209/5
**recovery [2]** 208/20
209/4
**recross [5]** 40/20 164/23
166/3 303/5 303/9
**Recross-examination [2]**
40/20 164/23
**red [9]** 24/9 24/9 30/19
46/15 47/7 50/25 85/10
271/15 271/19
**reddish [1]** 46/12
**redirect [25]** 6/18 20/16
31/21 31/22 32/19 40/15
101/6 120/20 120/23
128/10 128/12 128/14
165/14 166/4 168/10
183/13 249/19 249/21
265/10 274/20 295/7
303/4 303/8 303/10
303/15
**redrawing [1]** 248/18
**reduced [1]** 259/23
**Reed [18]** 84/9 91/24
92/9 92/16 93/2 93/4
94/15 94/19 95/7 95/22
95/25 96/18 97/14 99/3
99/5 99/8 101/17 102/13
**refer [2]** 96/18 258/19
**reference [9]** 124/13
159/6 170/6 170/12
170/15 175/17 177/20
203/21 205/9
**referenced [5]** 31/20
145/16 146/13 146/17
188/11
**references [3]** 170/1
294/11 294/11
**referencing [3]** 13/19
175/8 287/5
**referred [2]** 89/10
237/20
**referring [9]** 92/19
93/25 94/13 175/9
198/13 201/4 210/13

259/7 291/9
**reflected [2]** 248/14
248/22
**reflects [1]** 298/3
**refresh [1]** 165/13
**regale [1]** 154/14
**regard [10]** 19/16 73/21
81/8 122/15 139/6 148/9
169/24 176/18 182/9
279/21
**regarding [5]** 17/14
50/14 227/17 250/12
252/19
**regardless [1]** 6/2
**region [5]** 127/15 129/24
130/2 212/6 212/25
**regional [12]** 20/3 36/1
118/4 212/14 216/19
222/5 223/4 234/19
234/25 241/14 242/18
268/21
**regions [1]** 252/14
**Registered [1]** 304/6
**regular [3]** 102/18 247/7
247/11
**regulate [1]** 212/24
**regulations [1]** 22/5
**regulatory [2]** 212/16
212/17
**rehashing [1]** 253/20
**reiterating [1]** 128/16
**reject [3]** 181/6 181/7
181/8
**relate [2]** 267/7 275/16
**related [4]** 22/3 45/19
161/10 170/24
**relates [2]** 192/15
275/17
**relating [1]** 173/8
**relation [1]** 36/21
**relationship [2]** 188/11
251/4
**relative [3]** 117/25
125/15 156/12
**relatively [7]** 12/8 24/17
55/25 72/9 103/14
253/11 298/5
**released [3]** 88/25
221/22 222/1
**releases [1]** 52/4
**relevant [3]** 146/8
186/25 205/19
**reliability [4]** 35/13
73/18 75/1 97/7
**reliable [2]** 211/24
227/10
**relied [11]** 42/5 42/21
43/17 48/4 76/4 76/6
77/17 77/23 78/24 86/8
87/3
**rely [13]** 37/13 44/14
44/22 61/10 81/15 81/25
87/11 89/16 91/23
107/13 109/10 143/10
234/19
**relying [13]** 44/11 56/23

61/18 61/21 74/19 75/12
79/14 79/21 91/11 91/14
99/20 189/18 274/8
**remained [1]** 232/21
**remains [1]** 283/23
**remedial [6]** 30/15
30/16 125/7 125/8
125/19 199/6
**remediate [3]** 30/14
125/13 135/17
**remediated [2]** 66/12
135/22
**remediating [1]** 136/9
**remediation [11]** 29/11
29/12 30/13 126/15
220/23 221/1 221/4
221/6 222/3 222/7
222/13
**remediation-type [1]**
30/13
**remember [32]** 20/7
61/11 64/25 66/4 68/22
78/11 96/3 96/3 101/3
112/22 127/6 141/4
145/5 151/10 158/3
159/7 161/15 161/17
166/14 187/23 188/4
188/5 217/4 221/3
222/18 240/12 255/7
261/13 265/23 266/3
266/8 277/6
**remind [1]** 257/9
**reminded [1]** 275/9
**remove [5]** 16/21 16/22
26/13 95/24 113/2
**removed [3]** 95/22
102/10 135/22
**rendition [1]** 120/16
**renew [1]** 164/14
**repeat [2]** 28/8 232/25
**repetitions [1]** 152/17
**rephrase [9]** 19/14
78/21 108/25 123/25
127/1 162/19 208/13
237/19 248/20
**report [125]** 4/16 4/19
8/15 22/18 28/22 30/7
31/20 35/2 36/18 42/22
43/17 50/22 52/9 52/10
54/19 60/20 64/20 67/12
67/15 70/20 74/9 76/6
76/8 76/9 76/10 76/24
77/12 77/12 77/21 78/9
78/16 79/2 80/1 87/11
89/9 89/17 92/3 95/20
95/23 96/1 96/7 97/16
110/22 112/18 112/19
116/19 117/13 118/1
118/17 125/20 125/21
143/8 170/4 170/5 170/5
172/23 175/17 175/20
175/24 185/1 185/2
185/12 189/21 190/24
195/8 195/12 196/23
197/5 197/14 197/18
198/9 210/6 210/9

210/17 212/21 223/23
225/1 225/2 225/9
225/11 225/16 225/24
226/3 226/5 226/5
226/22 236/24 238/9
238/23 238/24 240/10
240/13 243/24 245/5
245/5 245/10 245/13
245/14 250/7 257/4
264/6 274/10 274/13
274/16 275/17 275/14
275/16 275/25 276/10
276/14 277/1 277/3
277/12 292/8 292/9
292/10 292/13 292/20
293/4 295/13 296/3
296/5 297/8 300/1 301/8
**reported [12]** 57/5 78/18
83/21 95/23 127/25
182/5 199/1 199/7
205/11 264/8 276/25
279/11
**reporter [7]** 1/18 1/19
5/11 245/19 283/4 304/6
304/7
**reporter's [1]** 5/7
**reporting [3]** 68/6 72/3
90/11
**reports [34]** 49/20 61/19
74/10 75/24 79/4 79/10
85/3 87/7 129/3 129/6
157/5 170/2 171/3
176/19 210/11 223/2
223/13 279/10 292/22
293/23 294/1 294/2
294/13 294/18 294/23
295/18 296/16 296/19
298/7 299/15 299/16
299/22 299/22 299/25
**represent [7]** 24/11
26/18 67/21 104/1 104/3
166/13 229/20
**representation [1]** 139/3
**representative [14]** 69/2
69/11 69/19 69/22 70/6
70/14 137/1 137/7
137/19 138/20 139/14
139/20 182/4 182/18
**representativeness [1]**
183/9
**represented [4]** 91/8
116/22 216/3 247/25
**represents [5]** 105/10
107/19 273/6
**request [4]** 149/13 150/1
265/22 277/13
**requested [1]** 148/11
**requesting [1]** 210/17
**require [4]** 151/22
180/17 181/2 248/17
**required [1]** 196/10
**requirements [1]** 155/13
**requires [2]** 179/16
204/18
**resampling [2]** 179/17
180/17

**R**

research [9]  10/19 17/13
82/24 122/11 187/7
187/9 189/7 206/21
253/13
researchgate [1]  189/6
residence [1]  96/19
residences [1]  91/24
residential [4]  65/11
65/14 65/23 101/13
residents [3]  28/22
155/3 291/15
resolution [3]  47/19
47/20 151/23
resolve [1]  152/15
resolved [1]  152/24
respect [4]  73/21 82/6
176/16 297/6
respectfully [1]  93/15
respond [3]  265/22
277/14 284/9
response [2]  149/14
176/3
rest [5]  30/7 120/9 144/8
153/5 297/4
restate [1]  288/12
rests [1]  149/1
result [15]  69/15 90/10
92/11 96/15 96/22 97/5
97/8 97/14 98/22 139/10
171/24 217/18 235/4
278/9 279/4
results [67]  33/16 61/18
63/12 64/7 67/14 68/5
68/10 69/20 71/20 72/2
72/19 74/19 75/12 75/24
76/14 77/12 77/17 77/20
78/16 78/17 86/6 86/18
86/20 87/10 89/18 90/2
91/8 92/2 92/6 92/10
92/16 93/2 93/4 93/22
95/7 95/22 95/25 96/2
98/21 100/20 102/11
107/14 107/16 107/17
107/24 110/14 110/15
110/17 110/23 111/24
111/24 112/2 112/6
112/13 128/2 136/25
137/24 138/7 138/12
139/7 139/13 141/4
141/25 146/1 186/23
187/2 248/7
resume [1]  205/21
resumed [2]  6/17 303/3
retained [1]  185/21
retainer [1]  290/17
retard [1]  14/13
retention [1]  290/6
reveal [5]  188/25 189/11
191/13 239/7 251/20
review [13]  20/10 129/2
129/10 283/24 291/8
293/13 293/15 293/23
294/1 294/5 295/16
295/24 298/17
reviewed [13]  63/18

64/2 64/6 77/24 93/11
118/13 242/18 243/10
289/15 290/7 294/2
297/10 297/20
reviewing [1]  294/12
reword [1]  211/14
Rice [2]  81/4 202/23
RICHARD [1]  1/3
rid [1]  31/4
ridge [3]  118/20 241/17
241/18
right [359]
right-hand [1]  247/1
rigorous [2]  74/6 74/7
risk [20]  38/15 55/22
171/7 171/20 172/3
172/14 179/5 180/12
195/23 258/25 259/2
259/5 259/5 259/6 259/6
259/6 259/7 259/12
260/19 260/21
risk-based [1]  171/7
risks [1]  259/16
Ritchie [1]  2/10
river [2]  133/23 133/24
RMR [2]  1/18 304/13
road [3]  3/12 254/20
271/1
roads [1]  214/6
Robinson [1]  168/14
rock [8]  12/8 12/8 13/9
44/25 45/2 268/18
276/18 276/20
rocket [1]  198/18
rocks [2]  45/1 45/7
role [8]  188/24 189/10
191/12 191/17 192/3
192/4 192/20 251/19
rotate [1]  29/22
roughly [3]  221/1
221/14 243/15
round [2]  62/1 62/6
rounds [1]  62/3
routes [1]  5/20
row [1]  157/22
rule [16]  4/14 39/19
53/13 154/1 155/13
173/20 176/2 176/3
182/10 182/16 182/17
182/19 251/19 252/1
252/2 252/3
ruled [1]  277/14
ruler [1]  57/5
rules [2]  251/12 252/6
ruling [1]  44/22
run [6]  9/3 70/21 80/9
238/9 239/24 257/11
runner [1]  10/3
runner's [1]  9/23
runners [6]  9/19 9/20
10/4 228/20 228/21
229/2
running [5]  9/16 32/25
117/16 122/17 238/13
runs [7]  55/10 213/9
213/10 241/17 257/14

257/12 310/19
rush [1]  21/8

**S**

S11 [1]  33/4
S14 [2]  29/21 30/1
S15 [2]  23/23 24/1
S16 [3]  36/11 36/14
36/15
S21 [1]  13/16
S38 [1]  22/9
S5 [1]  33/23
safe [12]  63/18 64/2 64/7
84/15 86/3 87/12 134/17
135/6 171/4 171/24
172/11 172/18
safety [1]  171/8
salinity [1]  14/12
same [83]  10/10 11/23
13/15 19/8 19/10 35/1
41/11 43/11 43/12 45/8
53/7 53/18 54/7 54/11
67/20 86/24 95/19 98/4
110/19 110/23 110/23
110/25 115/5 115/9
115/10 115/12 115/12
115/10 115/12 115/12
139/6 145/24 148/14
152/17 157/9 160/10
162/17 164/1 164/8
164/8 164/11 164/15
176/7 180/7 180/7
182/23 182/24 183/8
183/10 192/16 194/8
194/9 197/13 202/5
223/21 228/10 228/10
228/15 232/1 232/1
232/2 232/2 232/13
232/19 232/21 232/23
245/25 248/3 254/1
254/21 261/5 270/1
273/17 275/20 275/22
279/6 279/8 279/9
280/18 280/20 280/25
291/10 301/7
sample [26]  52/22 70/6
73/4 73/8 73/8 76/12
80/10 90/6 90/8 90/13
90/17 90/25 91/3 91/17
91/21 92/7 99/1 99/15
138/16 138/20 141/14
166/20 167/20 167/25
262/20 286/24
sampled [5]  73/12 90/15
113/1 167/11 182/6
samples [30]  12/13
12/22 12/25 52/20 52/20
59/3 62/11 65/20 76/4
92/24 99/17 109/21
109/22 112/24 138/19
157/3 178/10 181/1
198/17 286/10 286/12
286/18 287/2 287/5
287/6 287/22 288/15
sampling [17]  62/1 62/3

62/8 72/5 72/11 72/16
72/18 72/22 90/19 137/5
137/7 137/17 286/20
287/9 287/12 287/18
291/24
sanctuary [1]  244/4
sand [7]  15/18 19/22
19/25 42/10 269/19
270/4 276/7
sandstone [4]  15/19
18/21 42/11 46/23
sandy [1]  10/21
sat [1]  164/2
saw [9]  18/11 73/22
73/24 78/2 111/19
111/20 115/6 129/22
231/13
say [79]  7/14 8/4 9/5
12/9 12/19 24/23 25/10
29/10 35/17 35/18 35/23
42/16 44/16 61/23 62/7
63/9 65/17 71/20 80/21
81/14 84/20 100/12
100/12 104/20 106/22
112/4 113/15 119/19
121/3 121/12 122/7
123/18 124/22 127/19
127/23 130/10 133/21
138/25 145/8 146/6
147/18 151/6 154/7
154/21 157/8 157/19
157/21 164/12 168/4
176/11 176/13 179/9
189/10 189/24 194/10
198/1 200/25 201/9
201/10 207/24 208/15
210/21 212/20 218/15
221/13 225/7 233/12
240/9 241/24 274/12
276/1 291/7 295/18
297/4 298/20 298/24
299/9 299/14 300/3
saying [14]  94/22 124/11
145/9 153/2 196/2 216/5
216/15 226/19 230/3
230/16 237/9 274/15
274/17 274/21
says [35]  28/2 28/4
47/15 73/4 90/4 90/13
90/13 90/23 90/24 93/12
95/12 147/4 172/10
175/8 189/10 197/23
197/24 198/16 199/24
200/3 200/10 201/3
218/12 222/11 226/10
240/14 240/17 251/15
251/16 251/19 264/15
293/1 293/12 296/11
297/19
scale [8]  15/20 16/6 16/9
16/25 170/22 241/14
242/23 247/22
Scarola [9]  2/9 2/10
151/16 287/14 289/21
290/5 290/18 291/1
292/3

scattered [1]  101/9
scenario [1]  228/4
scene [3]  9/4 9/12 9/12
schedule [2]  5/2 299/20
scheduling [2]  299/22
300/15
Schlesinger [1]  2/3
Schlesinger [1]  184/20
Schlumberger [10]
22/18 197/24 217/12
219/21 226/3 226/5
237/14 237/24 239/18
240/15
Schwinghammer [4]  3/7
169/3 298/10 299/6
science [5]  35/20 186/23
194/9 285/20 285/22
scientific [18]  17/13
18/3 34/24 116/16 130/9
135/6 135/20 159/13
162/24 186/5 186/6
186/13 187/3 187/4
187/6 187/6 191/22
289/18
scientist [2]  135/24
186/24
scientist's [1]  187/1
scientists [3]  10/22
186/15 186/25
scope [25]  20/15 31/18
64/10 74/16 79/15 122/3
122/24 123/21 124/2
124/25 125/1 125/2
128/3 134/20 191/17
195/16 260/12 265/6
266/24 283/22 290/21
291/4 291/6 291/16
291/19
score [1]  170/22
Scott [1]  3/4
screen [10]  41/2 103/20
197/20 197/21 226/2
244/15 244/25 246/11
290/15 296/14
screens [1]  106/17
sea [2]  24/21 24/22
Sean [1]  3/2
searches [1]  282/5
Searcy [4]  2/10 290/16
292/12 292/19
seat [1]  284/23
seated [7]  4/3 48/21
114/17 169/1 184/4
246/6 285/1
seaward [1]  14/14
seawater [2]  14/13
14/16
second [23]  4/13 14/10
14/18 31/14 49/19 52/10
75/8 94/17 95/1 116/3
135/6 156/17 159/7
160/4 166/1 175/10
247/15 250/19 280/18
290/20 295/24 299/1
301/2
secondarily [1]  154/22

Case 9:13-cv-80928-KAM   Document 397   Entered on FLSD Docket 01/11/2018   Page 333 of
341
(WITNESSNAME)                                                    Index: section..snail's

**S**

**section [9]**  11/23 14/22 15/15 45/14 137/6 197/19 220/6 225/10 276/17
**sectional [1]**  12/11
**sections [1]**  276/17
**sediment [1]**  276/6
**sediments [2]**  14/19 276/1
**seeing [2]**  130/3 160/10
**seem [2]**  42/18 266/3
**seems [4]**  119/21 128/11 146/10 160/11
**seen [43]**  55/8 57/4 57/5 57/17 63/23 64/12 66/13 73/20 79/25 83/2 83/14 102/11 115/20 115/21 116/25 117/12 121/13 122/1 124/8 127/22 129/1 129/8 129/18 131/12 131/15 131/16 138/7 152/14 160/23 171/3 179/15 193/23 243/23 268/9 271/21 272/1 272/1 272/4 280/14 280/21 281/14 281/15 282/2
**segment [3]**  14/19 219/4 241/19
**select [2]**  68/20 73/15
**selected [4]**  68/23 69/10 69/10 73/12
**selection [2]**  137/12 137/25
**seminal [2]**  108/12 108/19
**seminar [1]**  250/13
**seminars [2]**  205/23 206/3
**sense [2]**  6/4 8/23
**sensitivity [6]**  238/10 238/11 239/2 257/7 257/9 257/21
**sent [7]**  290/6 290/22 292/5 292/11 292/17 293/3 293/9
**sentence [6]**  14/5 14/10 14/20 106/15 240/14 251/13
**sentences [2]**  250/20 251/6
**sentinel [2]**  263/21 263/24
**separate [6]**  13/7 75/3 115/13 152/18 185/12 292/14
**separated [2]**  106/4 231/9
**septic [5]**  102/14 178/12 178/18 178/19 178/20
**sequence [1]**  15/25
**series [4]**  14/7 79/4 94/18 164/1
**serious [1]**  126/8
**seriously [1]**  188/17

**serve [1]**  55/14
**services [1]**  198/2
**set [10]**  31/23 41/24 43/20 43/21 62/25 84/2 141/17 153/13 223/19 252/8
**sets [1]**  224/4
**setting [3]**  133/14 146/13 147/21
**settings [1]**  121/25
**settlement [1]**  153/13
**seven [8]**  68/10 213/8 215/19 223/4 224/9 242/16 243/9 243/11
**several [10]**  15/24 71/20 100/24 101/8 172/19 181/2 201/23 223/22 228/23 244/3
**SFH [1]**  90/4
**SFranklinUSDC [1]**  1/20
**shallow [5]**  14/9 55/25 55/25 240/17 260/24
**shampoo [1]**  173/16
**share [1]**  50/14
**shared [1]**  205/19
**sharing [1]**  205/6
**sheer [2]**  131/10 259/18
**Sheldon [1]**  2/3
**shell [6]**  269/18 269/19 269/22 270/2 270/4 270/4
**shelly [12]**  18/20 18/20 18/22 18/25 19/5 19/17 269/15 269/17 269/20 270/14 270/14 271/9
**shifted [1]**  104/22
**Shipley [1]**  2/11
**shock [3]**  101/23 102/3 102/6
**shook [1]**  184/19
**shore [1]**  273/25
**short [2]**  158/7 253/11
**shortest [1]**  7/7
**should [17]**  9/20 45/23 46/4 78/2 99/23 128/15 147/12 153/2 167/2 239/4 240/8 243/6 251/5 284/3 285/10 301/20 301/24
**shouldn't [3]**  77/7 187/16 187/17
**show [40]**  29/4 36/18 37/3 37/19 45/23 47/22 68/4 68/8 70/11 79/7 82/20 85/6 88/19 88/24 92/18 93/17 93/24 94/1 97/20 99/19 102/11 106/5 111/18 141/20 155/12 197/19 213/17 216/19 223/19 225/25 245/20 257/22 257/24 257/25 263/22 264/2 280/2 280/15 280/19 280/22
**showed [16]**  4/16 30/24

31/3 31/11 32/14 37/9 45/15 46/25 47/7 49/14 102/24 167/11 178/18 252/20 259/20 270/2
**showing [22]**  29/4 42/20 43/20 46/10 50/21 69/15 76/1 80/15 89/17 91/22 92/2 100/4 100/5 112/16 128/1 154/23 157/24 158/19 158/20 160/16 223/21 242/15
**shown [22]**  10/17 10/18 24/21 24/22 27/16 45/14 83/25 86/6 92/8 99/17 112/12 112/20 154/18 155/2 200/10 222/3 244/4 261/10 261/10 263/20 280/16 280/23
**shows [22]**  4/17 15/16 15/20 16/16 16/16 37/5 37/12 46/23 47/15 47/24 50/24 80/12 89/13 91/16 98/21 120/17 216/17 216/23 273/3 279/21 280/4 280/18
**sic [1]**  200/23
**side [16]**  10/25 18/16 18/22 19/18 24/20 26/9 32/22 100/8 147/3 150/13 191/6 224/21 224/23 226/21 263/19 283/12
**sides [2]**  145/3 152/18
**sight [1]**  254/8
**signature [1]**  293/1
**signed [7]**  118/17 197/8 290/7 290/18 290/25 292/3 293/11
**significance [7]**  11/18 30/22 129/15 158/17 158/22 161/18 161/21
**significant [6]**  29/16 34/14 55/19 142/21 233/11 268/23
**Siliciclastic [1]**  274/1
**Siliciclastic-Carbonate [1]**  274/1
**similar [9]**  19/19 41/24 42/18 55/21 58/17 123/4 273/20 273/22 290/10
**simple [3]**  47/3 163/3 168/12
**simplified [1]**  231/3
**simplify [2]**  276/23 280/11
**simplistic [1]**  10/8
**simply [6]**  56/2 157/2 161/9 170/14 216/23 267/6
**simulated [6]**  217/14 218/12 239/19 239/21 242/15 261/20
**simulation [1]**  261/21
**simulations [2]**  22/17 35/15
**since [11]**  21/24 22/1

54/15 101/21 127/7 145/19 198/5 237/25 238/19 243/15 259/19
**single [5]**  69/14 83/16 119/20 124/7 194/3
**sinks [1]**  260/25
**sir [101]**  6/24 15/9 19/2 23/22 26/25 34/13 43/25 49/1 49/4 49/9 49/23 52/6 77/4 95/5 105/21 120/21 128/18 129/13 135/14 138/5 147/14 148/1 153/6 155/17 166/7 168/6 169/5 169/13 169/19 169/21 170/3 170/11 170/13 170/20 171/2 171/3 171/8 171/20 172/6 172/9 172/12 172/19 173/1 173/10 173/17 173/22 174/2 174/10 174/14 174/22 175/14 175/18 175/21 176/14 176/15 176/21 176/22 177/5 177/8 177/13 178/5 178/14 179/6 179/20 180/5 180/9 180/23 181/14 182/1 182/7 182/13 182/15 182/18 182/20 183/9 183/19 184/2 184/4 184/9 184/17 209/17 211/2 239/12 245/24 246/2 282/14 283/13 284/6 284/13 284/23 284/24 285/2 285/17 292/7 292/23 295/24 296/7 296/8 298/13 299/20 301/1
**sit [5]**  39/14 79/12 83/22 101/2 161/14
**site [135]**  7/19 8/3 8/19 17/12 18/12 19/6 23/11 23/20 24/5 25/2 25/2 27/12 27/14 29/13 29/20 30/9 32/3 36/2 36/4 36/5 36/8 37/3 38/22 39/25 48/8 50/24 52/4 54/18 55/4 56/5 56/18 57/20 58/2 58/25 60/18 63/13 63/14 66/9 88/24 105/14 106/24 109/25 110/4 110/6 116/18 119/13 119/16 119/19 122/18 123/8 123/8 123/13 123/15 123/17 123/18 123/19 124/8 124/22 125/3 125/11 125/12 127/7 127/13 141/16 170/17 170/17 170/20 170/21 170/24 171/2 176/25 178/1 192/5 192/8 193/19 194/2 196/16 196/20 198/18 199/17 199/18 199/18 200/8 200/16 209/3

213/16 219/10 219/11 220/24 221/23 222/4 222/15 222/16 222/20 224/7 224/22 232/19 232/20 233/9 234/1 234/7 234/8 234/13 234/21 236/14 236/16 236/17 236/18 236/19 241/16 257/11 262/5 262/25 263/1 263/3 263/4 263/13 263/19 263/20 263/24 264/13 264/16 266/19 273/1 273/3 277/6 278/16 280/3 280/12 280/24 286/19 287/23 294/10 295/2 295/22
**site's [1]**  27/16
**site-specific [1]**  36/8
**sites [39]**  55/8 61/1 61/2 65/19 68/24 69/1 73/12 81/2 81/7 83/12 121/20 121/22 122/6 122/7 122/10 122/12 122/14 122/15 122/16 123/3 123/9 123/10 123/17 124/7 124/15 125/9 125/10 125/23 131/15 170/7 170/9 209/4 209/5 209/8 221/4 221/18 256/20 263/23 269/14
**sitting [2]**  205/14 249/1
**situ [1]**  298/2
**situation [2]**  45/1 127/13
**six [2]**  8/5 95/12
**six miles [1]**  8/5
**size [2]**  119/19 269/3
**skilled [1]**  61/2
**slide [3]**  216/12 243/3 276/18
**slightly [5]**  33/12 52/15 57/20 58/6 75/16
**slip [2]**  106/10 106/18
**slipped [1]**  105/22
**slope [8]**  24/14 24/15 24/25 25/24 28/12 33/20 34/4 211/12
**slot [1]**  300/17
**slow [8]**  103/11 113/3 194/18 194/21 203/15 211/5 270/21 296/9
**slower [1]**  7/16
**slowest [2]**  228/3 228/25
**slowly [1]**  253/6
**slurry [6]**  125/22 125/23 126/2 126/3 126/14 127/3
**small [16]**  11/14 11/22 12/10 21/16 21/17 45/6 82/18 82/18 107/21 158/7 211/18 244/2 253/1 269/3 297/1 297/2
**smaller [1]**  134/2
**smallest [1]**  18/4
**Smith's [1]**  168/14
**snail's [1]**  132/3

**S**

**Society [1]** 35/21
**soil [3]** 5/16 5/19 171/6
**soils [5]** 65/18 65/19
170/7 170/24 196/15
**solely [1]** 176/11
**solid [2]** 125/24 193/14
**solubility [1]** 255/1
**soluble [2]** 126/7 267/12
**solute [3]** 203/6 231/7
257/10
**solutes [1]** 201/17
**solution [4]** 45/8 45/10
269/1 269/3
**solvents [4]** 125/25
162/11 173/16 196/18
**some 1 [1]** 276/13
**somebody [9]** 9/16
58/10 58/11 58/12 58/12
58/18 110/20 258/20
260/21
**somehow [2]** 144/22
150/4
**someone [7]** 58/17 74/1
156/19 212/20 217/1
218/2 228/19
**someplace [1]** 28/6
**something [40]** 16/7
45/22 58/6 60/15 72/8
72/19 73/10 77/24 81/21
86/8 87/3 89/6 91/10
92/22 111/18 118/6
118/8 126/21 127/10
132/3 134/15 141/11
153/11 155/21 156/12
165/3 165/11 166/3
180/24 186/13 188/17
191/5 191/5 197/3 204/7
205/13 218/2 228/1
228/13 283/18
**sometime [1]** 104/25
**sometimes [8]** 28/9
108/5 210/23 228/17
229/9 232/10 257/15
258/6
**somewhat [1]** 117/7
**somewhere [8]** 28/5
66/13 133/6 143/12
143/20 144/17 213/22
259/13
**sorb [5]** 82/17 139/25
140/2 140/11 140/12
**sorbing [2]** 82/17 140/6
**sorry [46]** 5/6 6/14 9/9
13/13 22/10 23/17 25/10
25/12 47/11 47/12 53/25
74/2 93/7 108/15 110/2
118/1 137/14 146/5
162/2 171/9 171/17
174/6 175/10 177/17
179/23 179/24 182/1
194/17 208/21 211/1
211/3 211/6 218/15
218/16 239/6 239/7
240/6 272/20 274/6
276/24 288/4 288/12

289/25 296/8 298/24
299/18
**sort [32]** 28/7 41/8 41/8
41/15 41/18 44/14 55/17
59/24 66/24 69/11 72/19
81/16 85/3 92/11 101/22
103/16 104/23 115/5
115/9 115/16 118/19
118/21 118/24 130/2
144/22 159/17 160/11
218/23 256/2 261/12
263/8 287/18
**sorta [1]** 163/1
**sorts [1]** 124/19
**sound [6]** 60/15 68/18
110/19 163/22 166/3
229/22
**sounds [3]** 153/1 166/4
300/7
**source [28]** 29/15 31/11
36/14 39/23 64/23 65/15
66/16 85/17 85/19 85/19
87/24 88/4 105/7 119/6
119/22 120/5 120/6
120/8 123/3 159/23
172/24 173/20 176/10
176/20 228/12 248/2
253/10 291/14
**sources [12]** 39/19 39/20
58/2 61/9 101/10 101/13
172/23 173/9 177/12
177/14 178/13 293/19
**south [71]** 2/8 3/8 25/4
32/4 33/22 34/6 37/2
37/11 44/13 48/3 55/22
57/20 57/22 69/23 69/23
69/24 69/25 70/10 102/2
105/23 106/11 118/5
130/2 131/8 161/19
165/19 198/17 198/19
205/18 212/15 215/17
216/5 216/15 216/18
218/3 218/9 219/6
219/23 220/11 220/12
223/5 224/23 224/25
235/17 235/24 236/19
240/20 242/19 244/3
247/18 247/18 247/19
247/25 258/1 259/22
260/21 263/12 265/1
266/20 268/6 268/19
270/13 271/13 273/14
273/15 273/20 279/23
280/3 280/5 280/12
281/3
**south-southeast [5]**
33/22 34/6 37/11 57/22
219/6
**southeast [31]** 2/3 24/4
32/4 33/22 34/6 37/11
57/21 57/22 58/13 70/1
118/5 122/4 165/19
201/14 219/6 219/6
219/8 219/12 220/4
220/7 224/20 224/22
226/12 240/21 244/1

248/2 261/18 261/12
263/11 263/11 281/1
**southeasterly [2]** 219/21
243/17
**southerly [1]** 29/5
**southern [16]** 1/1 55/16
69/16 105/14 139/4
192/25 247/8 252/12
260/5 271/1 281/8
281/12 281/16 281/16
281/20 281/24
**southernmost [2]** 26/9
27/18
**southwest [10]** 58/10
58/18 122/4 160/14
160/15 219/6 219/9
224/24 280/5 280/13
**southwestern [1]** 53/19
**space [3]** 11/16 45/6
131/8
**spaced [3]** 10/22 69/9
106/7
**spaces [2]** 11/22 130/24
**spacing [1]** 106/8
**span [1]** 236/9
**speak [4]** 40/10 40/10
66/6 148/16
**speaking [7]** 72/9
108/15 140/9 142/1
159/5 210/9 287/20
**speaks [1]** 127/25
**special [4]** 217/20
217/21 218/2 220/10
**specific [19]** 36/8 57/16
62/13 125/14 172/3
204/6 205/8 208/19
209/2 215/22 220/17
221/3 223/10 232/20
234/12 242/20 242/22
276/13 276/14
**specifically [16]** 91/24
116/22 120/3 134/21
137/24 143/1 146/9
146/13 156/25 185/4
188/10 217/17 222/15
245/12 267/8 296/3
**specificity [1]** 145/12
**specify [1]** 176/20
**speculations [1]** 252/4
**speed [10]** 9/25 21/13
101/1 131/1 227/1 235/4
236/7 236/25 237/2
255/3
**speeds [1]** 228/17
**spell [4]** 49/4 169/8
184/6 285/2
**spend [1]** 100/22
**spent [5]** 59/20 124/16
136/8 152/10 232/8
**spike [1]** 218/21
**spillage [1]** 119/17
**spills [2]** 10/20 170/25
**spoke [1]** 260/20
**sporadic [6]** 108/10
108/14 108/22 109/13
109/18 109/19

**spot [4]** 156/11 228/10
228/11 228/15
**spots [2]** 130/24 195/11
**spread [6]** 31/6 31/7
31/8 125/1 125/4 253/10
**square [5]** 60/15 70/15
111/5 111/9 155/3
**stand [5]** 4/18 6/17
183/15 200/13 232/9
**standard [19]** 63/24
63/25 84/15 85/11 86/4
87/13 116/16 131/25
144/9 145/16 161/6
172/21 180/2 187/14
190/16 195/22 238/16
259/3 265/2
**standards [14]** 36/7
62/23 62/25 63/3 63/6
63/19 64/3 64/7 64/14
135/2 154/20 171/6
187/4 196/11
**standpoint [1]** 59/7
**stands [4]** 19/12 80/7
216/14 243/13
**starred [1]** 166/11
**start [18]** 4/5 5/10 50/17
104/13 104/16 104/19
122/24 129/9 170/1
221/4 228/10 228/15
249/25 255/12 262/14
262/17 262/19 270/23
**started [7]** 4/18 50/17
145/5 221/11 237/9
239/10 282/25
**starting [3]** 125/9 201/7
240/14
**starts [5]** 197/17 228/9
228/10 251/13 280/4
**state [17]** 54/19 82/25
83/2 84/15 86/4 169/25
198/24 204/14 204/16
204/18 204/19 204/20
204/21 252/13 282/7
291/6 296/4
**stated [13]** 52/10 171/22
201/13 205/14 211/16
215/3 225/3 240/25
254/16 260/23 276/12
277/3 290/3
**statement [22]** 35/19
53/9 53/24 107/23
119/25 120/10 121/16
145/17 147/2 147/3
153/24 157/5 172/1
172/2 172/13 190/18
226/14 239/3 239/5
239/9 291/3 297/5
**states [8]** 1/1 1/14 61/1
83/15 121/21 128/21
223/5 252/15
**stating [1]** 292/13
**status [1]** 147/20
**stay [1]** 49/7
**stayed [2]** 182/23 232/23
**steepest [1]** 211/12
**step [2]** 48/11 300/22

**Stephen [5]** 1/18 3/11
304/6 304/12 304/13
**Stephens [72]** 6/14 6/17
6/20 13/18 14/4 15/13
22/12 23/25 25/14 31/24
31/25 32/6 33/6 33/6
33/25 37/24 40/13 40/22
42/4 46/1 47/5 47/25
49/14 50/13 50/18 57/18
66/2 80/18 106/2 111/19
115/7 115/10 130/4
131/7 202/18 202/24
204/15 206/1 213/4
213/11 215/1 216/8
216/12 217/6 224/14
224/16 227/8 227/11
231/13 259/24 260/23
264/20 265/10 265/17
266/22 267/21 270/8
270/10 270/11 273/9
274/7 274/15 274/22
274/23 276/12 293/25
294/18 296/5 296/15
296/20 298/14 303/3
**Stephens' [19]** 50/21
110/22 118/11 118/11
118/19 120/11 164/3
206/3 206/9 206/17
213/10 214/21 236/6
236/24 264/6 265/20
276/10 280/19 298/1
**stepping [1]** 67/24
**Steven [2]** 2/7 169/20
**Stewart [1]** 3/8
**sticker [1]** 111/21
**stigma [3]** 51/25 156/19
156/20
**still [13]** 6/16 7/23
158/13 198/4 198/6
210/16 229/14 243/25
244/4 244/12 248/2
254/21 261/5
**stipulation [1]** 147/19
**stood [1]** 153/24
**stop [2]** 133/11 199/3
**stopped [2]** 108/8
127/11
**stopping [1]** 126/6
**storage [2]** 208/19 209/3
**stored [1]** 189/7
**straight [3]** 117/1
117/14 281/2
**straightforward [1]**
4/14
**strata [18]** 15/16 15/19
42/14 42/18 267/19
267/21 267/23 268/4
268/5 268/9 268/14
269/15 269/20 269/25
270/14 271/22 272/2
273/11
**stratified [2]** 15/25
47/21
**stratigraphy [3]** 14/19
15/16 202/15
**stream [3]** 106/23

**S**

**stream...** [2] 140/11 140/12
**Street** [6]  1/19 2/6 3/5 98/6 98/15 98/22
**stretching** [1]  44/19
**strike** [4]  27/13 78/19 216/20 297/7
**strong** [1]  16/1
**strongly** [2]  82/17 140/2
**structure** [1]  204/24
**students** [4]  203/14 203/20 203/21 206/16
**studied** [13]  50/19 55/13 56/7 56/8 80/1 105/23 105/25 112/19 140/7 140/22 140/25 141/1 226/18
**studies** [3]  83/21 125/8 289/19
**study** [22]  17/14 24/7 54/16 56/12 67/1 100/22 102/25 129/20 133/18 178/5 178/6 178/22 198/13 198/13 203/19 226/17 226/19 275/17 294/21 297/12 297/22 298/3
**studying** [2]  22/1 252/9
**stuff** [4]  144/22 216/6 216/8 216/15
**subdisciplines** [1]  202/7
**subject** [12]  121/19 138/7 138/15 142/23 144/7 178/1 202/13 203/9 203/19 208/5 236/15 299/10
**submission** [2]  244/14 248/11
**submissions** [4]  205/3 205/17 209/10 300/21
**submit** [2]  76/12 283/18
**submittals** [3]  292/15 298/6 299/18
**submitted** [18]  76/24 118/17 143/8 147/8 147/10 148/3 148/5 148/11 150/10 150/14 183/16 185/1 185/19 197/8 294/4 298/7 299/15 301/9
**submitting** [1]  293/10
**subsequent** [3]  62/3 152/25 168/13
**substance** [9]  172/7 173/3 173/4 173/10 200/21 200/24 250/15 294/16 298/20
**substances** [2]  84/3 253/9
**substantial** [2]  66/11 255/18
**substantially** [2]  276/2 276/4
**substantiate** [1]  152/23
**substrata** [1]  275/22

**subsurface** [3]  15/7 81/10 89/7
**such** [21]  39/22 39/22 56/14 65/23 70/2 75/8 76/13 139/25 173/15 173/15 173/16 176/12 177/10 187/2 187/19 190/25 196/14 221/18 272/2 290/19 296/25
**sudden** [1]  148/6
**sufficiency** [1]  145/20
**sufficient** [10]  127/4 131/23 132/5 133/14 135/10 137/18 138/19 151/20 212/17 212/19
**sufficiently** [3]  137/1 139/14 212/24
**sugarcane** [1]  178/9
**suggest** [9]  23/21 64/6 64/20 209/25 271/22 272/2 274/5 282/21 282/24
**suggested** [1]  264/20
**suggesting** [3]  185/8 237/10 272/7
**suggests** [2]  182/14 235/22
**Suite** [4]  2/13 3/5 3/9 3/13
**Sullivan** [3]  20/6 20/8 20/10
**sum** [6]  70/4 294/16 297/16 297/19 298/20 300/2
**summarize** [1]  296/15
**summarized** [1]  294/17
**summary** [3]  67/14 147/1 251/16
**Summit** [11]  72/13 72/15 73/13 73/15 73/18 74/9 75/14 77/16 78/15 79/25 80/2
**superficial** [1]  240/18
**Superfund** [10]  122/13 123/10 123/13 123/14 125/9 170/7 170/9 170/17 170/19 170/21
**superhighway** [7]  106/10 115/16 115/23 130/6 130/7 132/3 132/23
**superimpose** [1]  248/7
**superimposed** [1]  216/8
**supplied** [1]  184/24
**supplies** [1]  172/22
**supply** [1]  291/15
**support** [14]  7/19 17/15 29/1 34/24 146/15 150/1 150/3 150/14 152/4 228/6 253/13 253/23 254/12 272/4
**supporting** [2]  236/12 272/4
**supports** [2]  18/3 152/15
**suppose** [3]  8/25 145/8 255/12

**supposed** [15]  146/24 147/9 148/6 150/9 150/10 150/18 150/22 151/5 151/16 153/16 186/15 190/14 209/15 209/22 228/9
**supposedly** [1]  228/9
**Supreme** [1]  148/24
**sure** [68]  16/17 16/23 20/8 23/6 45/15 50/20 69/21 72/18 73/7 73/8 78/2 78/8 98/3 100/16 101/7 104/15 104/15 108/17 109/1 110/13 113/8 113/9 114/25 119/11 119/25 137/4 141/7 151/15 156/5 156/15 159/20 164/7 165/5 166/5 171/14 172/2 174/5 174/12 175/11 176/4 183/22 184/23 197/12 197/18 200/18 201/7 203/16 210/8 210/12 210/16 211/15 211/16 212/3 213/23 228/14 233/12 233/15 237/10 244/18 245/9 248/23 255/10 288/13 293/6 295/25 298/19 299/7 301/11
**surely** [2]  190/6 215/10
**surface** [32]  15/22 40/7 55/23 55/24 65/17 65/19 87/25 134/3 134/8 158/24 178/20 200/1 210/24 211/8 211/22 211/23 212/4 213/9 215/19 218/8 223/15 226/12 239/23 242/15 242/17 243/9 254/19 263/5 272/10 291/14 297/11 297/21
**surprise** [3]  66/25 102/1 161/16
**surprised** [1]  56/5
**surrounding** [7]  27/25 112/12 127/20 129/17 139/8 139/14 221/18
**Survey** [3]  127/25 212/15 223/5
**Survey's** [1]  117/13
**surveyor** [1]  28/11
**suspect** [2]  101/21 101/22
**suspected** [1]  196/15
**Sustain** [2]  19/13 132/8
**Sustained** [13]  20/16 28/20 37/17 46/6 74/17 123/25 161/2 162/19 191/9 208/12 248/20 265/8 277/9
**sustaining** [1]  126/20
**swath** [1]  156/23
**swimming** [1]  101/17
**sworn** [4]  49/3 169/7 184/3 284/25

**symbol** [1]  15/17
**system** [14]  14/9 14/13 91/9 101/20 102/14 133/24 199/2 199/5 199/8 199/13 240/18 261/2 275/18 296/25
**systems** [1]  106/5

**T**

**T-e-a-f** [1]  169/11
**t-u-r-i-b-i-t-y** [1]  155/22
**tab** [1]  292/23
**table** [25]  15/5 24/3 24/16 24/25 25/24 33/21 34/4 67/12 68/4 70/17 70/20 72/3 75/24 77/23 78/16 78/24 79/2 79/22 79/22 212/5 215/25 261/1 277/17 278/3 279/9
**Table 7** [3]  78/24 79/2 79/22
**Table 8** [7]  67/12 68/4 70/17 72/3 77/23 78/16 79/22
**tables** [1]  277/20
**tabs** [2]  102/17 292/22
**take** [51]  5/6 15/13 28/1 42/12 48/12 49/21 55/20 56/13 95/1 112/23 114/2 114/2 114/4 114/5 114/6 127/18 141/14 143/8 146/4 148/19 152/6 158/5 158/9 160/4 161/25 168/22 181/12 188/17 188/20 196/22 197/16 207/2 208/1 214/7 219/12 219/23 223/9 225/2 229/4 229/18 230/25 231/5 236/22 237/8 244/8 246/3 256/23 289/10 292/18 298/8 298/19
**takeaway** [1]  17/16
**taken** [25]  5/8 44/1 48/19 57/5 62/3 65/20 90/11 91/4 91/7 92/7 99/1 112/17 114/14 117/10 129/20 135/22 139/2 139/4 141/20 141/25 157/3 168/24 183/23 190/9 246/4
**takes** [1]  231/8
**taking** [9]  59/2 62/10 162/8 167/25 172/10 182/1 241/19 249/6 260/18
**talk** [24]  53/20 53/21 60/20 62/13 62/14 64/18 67/10 70/17 70/19 73/25 78/23 84/3 95/8 97/1 99/20 101/10 129/7 132/2 173/7 173/11 178/11 196/9 256/6 288/17
**talked** [28]  7/3 15/7

17/13 20/6 20/8 22/7 23/11 32/1 37/25 41/7 59/23 59/23 59/24 66/3 67/10 80/18 99/8 102/9 106/9 109/7 111/4 111/8 125/21 172/23 175/1 177/14 177/15 237/14
**talking** [43]  4/10 6/23 16/4 20/17 20/19 32/12 45/24 46/1 50/18 56/3 77/5 77/7 77/8 91/6 93/21 94/5 99/22 111/5 111/9 130/18 131/11 132/3 132/5 133/5 138/9 138/10 151/17 173/3 173/4 177/6 177/9 195/25 197/12 220/23 221/22 237/19 245/25 256/7 256/8 259/5 259/6 292/17 298/14
**talks** [2]  75/9 175/15
**TAMs** [1]  175/2
**tanks** [4]  178/12 178/19 178/19 178/21
**target** [1]  179/2
**TCA** [2]  104/21 104/22
**TCDD** [3]  71/10 71/11 71/14
**TCE** [1]  104/21
**teach** [5]  196/11 203/8 203/13 203/20 204/20
**teaches** [1]  203/9
**teaching** [1]  203/6
**Teaf** [6]  169/4 169/7 169/10 169/18 183/15 303/11
**technical** [1]  190/24
**technique** [2]  164/9 207/19
**techniques** [3]  124/19 207/16 207/17
**TECHNOLOGIES** [5] 1/6 40/19 49/11 50/1 169/4
**tell** [47]  7/17 23/25 34/3 36/13 38/13 39/9 39/14 49/4 76/20 79/12 101/5 128/14 135/12 135/13 135/24 136/2 136/4 136/5 136/11 136/20 144/11 150/10 150/22 158/17 160/8 166/10 166/20 167/23 169/8 184/5 189/9 209/15 210/2 210/3 215/11 235/18 239/8 249/1 250/7 253/16 254/4 265/3 272/18 278/8 279/20 285/2 295/21
**telling** [6]  95/2 135/25 143/9 144/20 147/7 147/13
**tells** [2]  31/10 273/10
**tend** [6]  82/17 113/4 113/5 253/10 267/13 272/11

**T**

**tendency [1]** 280/8
**tends [4]** 29/12 140/1
211/12 211/17
**tenths [2]** 25/21 25/23
**term [8]** 130/7 130/7
130/8 132/2 132/22
159/21 210/24 210/25
**terminology [1]** 118/9
**terms [19]** 39/10 58/21
59/7 63/11 65/17 69/22
88/25 109/20 109/20
113/3 196/12 227/24
231/7 236/3 241/21
256/21 274/2 291/19
293/8
**terrifies [2]** 62/15 62/16
**test [35]** 14/7 17/11
18/14 68/5 69/14 69/20
70/5 70/13 72/2 72/19
74/19 74/19 78/16 79/14
80/9 82/5 82/8 86/18
86/20 91/8 92/2 92/6
93/10 96/1 96/15 96/21
97/8 97/14 100/19
107/24 141/19 142/2
258/8 269/6 286/24
**tested [9]** 67/21 79/5
93/4 108/5 113/20 161/5
165/22 286/10 286/12
**testified [5]** 133/17
188/21 254/7 277/4
286/5
**testify [6]** 4/17 6/3 142/5
286/11 293/24 294/22
**testifying [4]** 77/2
110/22 195/17 286/8
**testimonies [1]** 143/1
**testimony [79]** 4/7 4/11
4/12 5/1 5/13 20/10
20/17 39/13 39/15 41/3
53/11 57/1 57/18 75/22
85/14 107/11 114/11
128/7 128/9 142/24
144/15 145/19 145/20
145/21 152/14 154/12
154/18 156/2 164/2
164/3 169/21 169/25
170/1 170/13 172/17
176/23 177/1 177/19
178/12 182/24 183/7
183/16 185/21 187/14
189/1 189/12 190/11
190/19 191/15 191/19
192/15 210/12 213/3
225/11 225/12 231/18
246/1 250/12 251/8
251/15 266/10 266/12
267/20 274/19 277/7
284/18 289/4 295/5
295/13 295/19 296/19
296/19 300/24 301/4
303/3 303/6 303/11
303/13 303/16
**testimony's [1]** 153/4
**testing [55]** 33/15 35/21

61/9 61/10 61/13 61/16
61/21 62/7 68/20 68/24
72/8 72/15 73/13 73/16
73/19 74/3 74/22 75/9
76/4 76/8 77/12 77/17
77/22 78/23 80/2 82/4
86/7 86/7 87/3 87/12
87/12 88/8 88/9 88/16
89/16 107/25 107/25
108/2 108/4 108/8
108/10 108/13 108/21
109/7 109/10 109/14
109/19 111/12 111/24
112/16 137/25 146/1
209/3 243/21 278/9
**tests [22]** 17/11 42/5
46/21 47/22 48/5 60/21
63/10 63/18 64/2 70/20
72/6 72/12 77/13 79/13
79/23 89/10 112/16
113/13 129/21 138/12
142/12 178/17
**Texas [2]** 121/23 123/16
**text [2]** 158/7 266/12
**textbook [9]** 126/1
202/24 203/1 203/10
203/11 203/12 203/18
203/22 206/15
**textbooks [1]** 35/21
**thank [53]** 6/7 6/10
40/13 40/17 40/18 40/23
48/10 48/11 48/18 49/16
54/9 95/5 114/9 114/13
120/19 158/10 164/17
164/18 168/19 168/20
168/21 169/12 169/15
171/15 174/5 174/7
174/10 174/11 174/20
183/11 183/12 183/17
183/18 183/19 184/9
184/12 246/8 249/18
251/9 277/15 282/12
282/14 282/16 282/17
282/18 283/13 284/2
284/6 285/10 285/12
285/13 296/1 300/23
**Thanks [2]** 164/16
249/16
**that's [283]** 5/18 6/8
7/17 7/20 8/15 9/22
11/21 13/20 18/13 19/25
21/13 21/14 21/16 21/18
21/18 22/10 23/5 23/11
24/14 25/24 27/24 28/9
34/18 35/4 35/11 35/20
38/21 40/11 41/1 41/11
41/14 42/3 43/8 43/21
44/23 46/13 47/16 47/24
48/5 53/8 53/8 53/20
53/21 53/22 53/22 53/24
54/4 54/6 54/16 56/2
58/20 59/13 60/11 61/13
63/21 64/5 65/10 65/20
66/24 67/6 68/14 69/18
69/23 69/24 70/23 71/11
71/12 71/25 72/21 73/8

73/9 74/15 75/5 76/17
77/6 79/19 82/19 83/2
85/10 86/3 87/25 88/20
88/21 88/21 89/6 90/6
90/21 90/24 91/5 91/8
91/10 91/15 92/9 93/25
96/9 97/6 97/15 97/16
97/19 99/5 99/10 99/19
100/4 100/4 100/10
101/18 103/3 103/12
104/8 104/12 104/23
105/23 106/17 108/7
112/3 112/7 113/14
113/19 113/22 113/25
114/24 116/8 116/10
116/13 116/15 116/22
117/7 119/12 120/8
120/17 125/7 125/23
130/3 131/25 131/25
132/16 134/25 135/2
136/17 137/4 137/20
138/21 140/3 140/7
140/18 141/15 141/17
143/10 143/12 143/16
144/11 144/17 145/4
148/5 149/10 150/6
153/6 153/6 153/17
155/7 155/9 155/9
155/11 155/12 155/13
158/19 159/11 160/16
162/9 163/23 166/12
166/22 168/1 168/18
172/2 172/13 175/17
176/5 176/16 176/22
177/2 177/13 178/15
179/2 179/19 181/5
182/14 182/21 186/12
188/17 189/20 189/22
191/21 192/21 193/8
195/16 198/1 198/20
199/11 200/5 200/16
200/18 205/14 205/21
209/7 209/24 210/24
212/5 212/18 212/21
215/3 215/3 215/7 215/7
216/13 217/25 219/10
219/10 221/21 226/1
226/16 228/10 230/9
234/12 234/14 234/17
234/20 236/22 238/2
238/16 239/6 241/4
241/6 241/6 242/10
244/1 247/3 248/24
255/18 255/20 257/1
258/8 260/11 264/13
264/17 266/24 268/13
269/9 270/3 271/19
274/21 275/20 278/10
278/16 280/6 281/19
282/8 283/24 284/1
285/10 285/21 285/22
285/22 285/22 286/1
286/4 286/7 286/14
287/15 288/2 288/8
288/10 292/1 293/6
294/1 294/7 294/7

295/7 296/16 299/4
300/2 300/19 300/19
**themselves [3]** 148/17
207/14 295/1
**theoretically [3]** 218/9
231/25 232/7
**theories [1]** 103/16
**theory [4]** 132/1 133/22
164/15 232/14
**there'd [1]** 145/18
**there's [131]** 7/19 7/19
11/20 12/3 12/8 15/20
15/22 16/2 16/8 16/9
16/11 16/15 16/15 17/5
19/20 26/18 26/18 27/3
28/9 29/5 34/24 35/1
42/9 42/10 43/21 44/17
44/20 45/5 45/8 46/12
55/3 56/20 56/21 59/4
63/20 68/7 70/18 74/11
79/8 83/11 85/16 85/17
85/17 86/11 86/14 89/3
92/11 92/16 100/8
100/10 103/16 105/14
106/18 109/25 110/2
111/15 112/15 115/15
116/9 119/13 119/20
124/23 125/13 125/16
134/9 134/11 142/21
142/21 143/11 144/2
145/19 145/20 154/6
156/6 156/6 156/7
156/18 156/19 156/22
157/9 157/17 160/1
160/8 162/11 172/19
180/2 180/4 182/17
207/17 207/19 215/22
216/15 217/1 218/23
221/16 222/3 222/9
223/11 224/24 227/20
228/8 229/21 233/5
233/22 244/2 246/25
247/17 251/10 251/11
260/9 261/4 261/5
264/14 265/12 265/21
265/25 269/1 269/15
272/25 273/8 273/13
273/16 273/17 276/5
276/14 279/7 287/21
288/23 292/23 297/21
300/14
**thereafter [1]** 199/15
**therefore [6]** 59/6 140/1
142/23 145/21 191/6
253/3
**therein [1]** 110/8
**they'll [1]** 148/16
**they're [42]** 40/4 44/1
44/8 46/14 62/22 65/5
76/13 88/1 101/9 101/21
110/22 126/10 130/4
135/17 136/1 136/4
136/5 139/24 143/4
145/14 154/2 154/6
162/11 177/23 180/25
181/3 182/4 209/7

212/17 220/2 224/10
236/13 247/2 260/25
260/25 263/9 263/10
264/17 264/18 276/4
279/1 280/25
**they've [180]** 54/21 76/24
76/25 124/12 129/8
143/23 146/1 149/9
154/5 195/9 195/10
**thick [5]** 16/8 46/15
268/21 268/21 276/18
**thickness [1]** 234/22
**thin [8]** 45/16 46/14
47/21 130/11 130/21
131/17 276/17 276/18
**thing [23]** 9/22 28/17
37/24 86/24 110/19
110/25 122/20 145/24
157/9 163/3 164/12
187/5 197/13 235/20
242/2 261/5 267/12
271/19 276/18 285/9
287/18 299/4 300/20
**things [33]** 50/9 59/24
65/9 66/20 76/15 95/3
95/8 141/3 141/12 154/6
154/21 167/10 176/12
177/2 177/11 177/15
182/17 194/23 196/11
201/20 205/24 215/9
215/10 221/3 222/4
236/14 242/14 258/8
286/11 287/4 288/20
297/17 300/18
**think [121]** 6/4 6/6 8/25
10/7 16/18 17/2 19/19
21/6 22/22 29/10 33/4
34/19 37/21 38/11 40/4
40/5 42/15 45/23 46/1
55/2 57/16 63/23 64/21
64/22 66/1 66/13 66/19
67/25 68/7 68/17 69/18
70/8 70/23 71/10 73/24
79/9 84/9 84/10 90/9
91/15 93/23 93/24 94/2
97/25 98/8 99/18 100/16
100/19 101/5 104/21
105/13 108/1 110/7
113/7 114/1 114/6 115/2
118/6 119/12 124/14
127/25 130/5 131/18
135/10 136/11 136/21
136/22 137/3 139/2
144/23 157/17 162/24
168/8 168/8 173/5
174/17 177/2 177/10
178/11 178/23 182/4
182/14 182/18 182/21
187/5 193/7 200/16
205/12 209/11 211/14
213/8 213/19 213/19
214/15 217/6 220/7
222/18 222/19 223/11
234/5 235/21 238/20
239/2 239/4 242/13

**T**

**think... [13]** 242/14 253/22 271/23 278/5 278/19 294/14 295/11 296/2 296/11 298/5 298/14 298/20 301/23
**thinks [2]** 209/23 265/12
**third [6]** 225/15 251/8 251/10 251/19 253/5 296/10
**THMs [1]** 87/24
**Thomas [4]** 13/19 184/3 184/7 303/13
**Thompson [1]** 14/23
**thorough [1]** 293/15
**those [139]** 8/9 11/13 18/14 18/17 20/20 21/11 25/21 26/20 26/23 27/8 27/18 27/21 29/3 29/7 30/22 31/2 31/9 36/9 38/11 40/9 41/12 42/24 43/3 44/1 46/16 52/21 54/20 59/17 61/18 62/25 63/23 64/7 68/10 69/8 70/11 71/19 76/15 82/16 84/13 86/6 86/16 86/17 89/10 89/13 89/13 91/18 91/19 99/20 105/17 106/6 112/9 112/21 112/24 113/17 115/24 121/22 121/25 123/10 123/12 123/17 124/7 126/7 128/1 130/17 130/25 137/13 140/2 140/2 140/9 146/17 146/18 147/22 149/18 150/13 151/1 151/4 151/23 152/20 153/13 161/8 161/12 161/22 165/22 170/14 171/3 173/9 173/17 175/18 175/19 176/20 176/24 177/11 177/23 180/14 180/16 180/17 180/20 181/15 181/17 182/1 182/2 182/25 190/23 191/16 196/12 196/12 202/1 204/8 205/23 212/23 217/9 223/6 224/2 224/3 227/24 233/8 234/18 241/1 242/1 243/10 244/3 250/19 261/18 261/24 262/8 263/23 263/23 264/11 265/24 269/2 269/4 269/9 269/25 273/19 277/11 277/25 279/21 294/1 296/22
**though [12]** 56/11 63/3 65/2 70/9 95/7 108/12 108/19 109/3 109/12 182/16 193/3 246/25
**thought [15]** 34/22 75/13 110/14 144/14 144/17 154/15 155/12 155/14 155/19 209/16

**thousand [3]** 115/22 269/8 270/12
**thousands [5]** 68/17 88/25 106/21 193/25 253/7
**three [17]** 10/19 23/16 36/16 55/14 88/18 99/18 123/16 172/19 224/4 224/5 228/6 235/25 236/20 250/16 261/2 276/19 278/22
**three-layer [2]** 235/25 261/2
**through [73]** 5/11 8/1 8/10 11/21 11/22 11/23 12/10 21/14 21/16 30/9 32/5 42/1 42/15 53/2 53/15 55/10 61/23 67/24 68/5 80/22 82/4 83/18 85/7 87/7 96/11 106/13 106/14 106/16 107/1 115/18 117/4 117/15 117/16 119/15 120/3 140/6 140/13 143/13 149/4 151/5 151/8 151/14 154/12 164/2 167/22 174/3 174/14 188/13 192/13 211/20 214/2 214/4 214/5 215/15 216/14 216/25 217/12 217/16 217/24 221/10 234/22 241/19 254/24 262/12 263/23 268/23 269/17 289/23 290/2 291/9 291/13 293/19 296/25
**through 4 [1]** 96/11
**throughout [6]** 68/1 129/21 186/7 269/22 297/12 298/6
**thrust [1]** 97/19
**thus [1]** 190/8
**Tide [1]** 173/15
**timeframe [1]** 253/7
**times [18]** 10/11 61/22 67/11 108/5 157/19 157/22 164/11 172/19 172/20 173/24 176/6 221/5 229/4 233/3 258/6 277/21 287/11 287/11
**timing [2]** 5/4 109/20
**TIMs [1]** 175/15
**tiny [1]** 132/4
**tip [1]** 37/3
**title [2]** 218/12 245/4
**to what's [1]** 209/16
**today [23]** 4/5 4/17 4/17 32/22 49/25 70/5 75/5 79/12 141/3 143/5 145/25 146/9 186/7 200/13 210/25 277/4 277/7 277/13 282/20 289/2 290/22 293/15 294/22

**together [3]** 85/7 165/14 236/20
**told [4]** 184/19 245/2 300/1 301/16
**tomorrow [5]** 203/8 232/22 282/20 300/8 300/17
**too [9]** 14/10 19/1 62/16 108/15 110/1 110/5 114/23 231/14 291/20
**took [17]** 52/19 62/1 90/25 125/8 223/23 224/2 228/24 232/10 233/2 235/10 241/15 241/18 283/14 287/23 288/16 293/3 298/10
**tool [8]** 47/18 48/6 207/13 208/3 208/7 208/9 208/16 209/12
**top [24]** 14/22 14/25 50/24 60/1 60/3 60/12 79/4 85/10 86/2 98/22 103/2 140/23 158/12 208/4 216/9 217/6 235/25 236/1 244/11 248/7 248/8 251/8 251/16 256/5
**topic [2]** 294/17 300/6
**topographic [1]** 24/12
**total [8]** 86/10 86/25 87/10 276/16 293/3 297/16 297/19 300/2
**totaled [2]** 86/16 86/24
**totally [1]** 141/17
**touch [1]** 37/24
**Touche' [1]** 239/12
**toward [2]** 118/22 240/21
**towards [9]** 118/22 118/25 160/14 184/5 224/22 253/2 253/4 280/1 280/9
**town [3]** 9/1 9/2 9/4
**toxic [2]** 71/9 71/12
**toxicologist [2]** 177/7 195/20
**toxins [4]** 75/14 141/20 177/6 177/9
**trace [1]** 270/17
**tracer [5]** 17/11 17/11 82/5 103/18 255/4
**traces [1]** 91/25
**track [2]** 9/18 10/22
**tracking [15]** 11/12 11/13 32/1 32/14 33/7 118/12 118/16 120/11 120/13 124/17 213/10 213/10 213/12 224/13 279/22
**tracking-type [1]** 11/13
**tracks [1]** 30/24
**traffic [2]** 21/8 21/16
**trained [3]** 60/24 81/16 177/5
**transcript [3]** 1/12 151/15 304/8

**transmissive [2]** 16/3 45/16
**transmissivity [1]** 234/20
**transport [51]** 7/4 7/6 7/9 7/25 8/22 17/18 19/24 56/4 80/18 80/22 81/1 81/3 81/4 81/8 81/13 81/17 81/21 82/2 82/6 82/11 82/25 82/25 83/5 83/18 83/21 83/24 88/22 89/7 103/13 103/15 131/1 139/22 139/23 140/6 140/13 140/17 140/21 157/1 163/8 163/23 203/6 203/7 227/5 227/21 227/21 227/22 230/6 231/7 231/24 257/10 290/3
**transported [2]** 266/19 267/3
**transports [1]** 5/19
**trash [3]** 65/11 65/14 65/24
**travel [10]** 7/22 35/23 106/14 192/22 235/2 260/5 266/23 289/23 291/13 293/19
**traveled [3]** 8/10 104/9 228/3
**traveling [2]** 192/6 192/7
**treat [3]** 199/1 199/5 199/7
**treated [2]** 14/14 84/22
**treatment [3]** 91/9 101/19 199/13
**trenches [1]** 221/17
**trending [1]** 260/15
**trial [24]** 6/2 152/11 153/25 166/23 167/7 168/13 183/2 183/3 185/19 185/20 189/1 189/12 190/10 190/19 190/22 191/15 194/3 209/11 210/11 231/17 232/10 251/21 298/25 299/7
**trials [7]** 157/8 167/2 182/24 182/25 183/7 183/7 258/21
**triangulation [1]** 28/7
**trichloroacetic [1]** 104/21
**tried [3]** 10/22 34/17 137/18
**trier [2]** 5/22 5/24
**trihalomethane [4]** 86/11 87/10 89/16 160/18
**trihalomethanes [12]** 50/9 84/3 84/5 84/21 84/24 85/8 86/12 86/25 87/16 175/2 178/13 196/18

**trip [1]** 270/19
**trivialize [1]** 186/2
**true [53]** 45/8 67/7 83/2 96/5 96/9 136/17 137/16 170/13 172/6 172/12 173/22 175/18 176/14 180/5 180/13 180/23 181/14 181/16 182/13 182/20 186/11 195/15 200/22 201/16 201/24 202/2 202/14 205/20 205/21 207/12 208/10 208/15 208/18 211/13 211/17 211/20 215/14 218/4 219/3 219/7 219/24 223/3 228/19 229/10 234/4 234/19 237/16 238/1 240/9 241/2 248/1 248/6 249/14
**truly [1]** 257/1
**trust [1]** 275/14
**truth [3]** 191/2 191/3 191/4
**try [26]** 7/21 11/1 11/12 21/6 21/15 41/5 43/2 45/1 49/7 66/6 70/2 106/22 114/24 121/2 125/11 127/1 130/20 155/12 156/1 158/6 163/16 225/19 276/23 278/17 282/19 283/6
**trying [17]** 9/18 35/22 45/22 75/13 110/9 113/15 128/18 155/19 174/16 185/7 225/23 228/24 230/1 237/7 245/8 258/15 296/12
**turbidity [2]** 155/21 155/25
**turn [25]** 6/25 12/19 14/18 15/4 15/10 23/23 26/4 29/22 33/4 33/4 33/23 47/25 74/10 81/18 84/2 95/11 96/13 120/1 174/2 174/14 174/25 175/23 196/25 240/13 250/15
**turnpike [2]** 5/21 276/2
**twenties [1]** 259/25
**Twenty [1]** 218/20
**Twenty-two [1]** 218/20
**twice [1]** 286/5
**two [59]** 4/11 10/19 21/11 25/19 25/21 25/23 42/9 46/15 49/12 50/14 55/3 61/9 70/18 84/8 91/24 96/21 112/5 112/8 112/12 123/16 144/12 144/13 145/3 154/6 154/25 180/7 182/5 205/22 210/11 213/13 213/13 217/9 218/20 224/4 224/8 224/13 224/13 230/8 241/1 241/7 250/20 251/6

## T

**two... [17]** 256/20
264/16 264/25 265/10
265/21 268/21 269/7
273/17 273/22 276/19
280/19 284/18 299/15
299/16 299/22 299/25
301/24

**two feet [1]** 268/21
**two inches [1]** 276/19
**two-day [1]** 224/4
**two-foot [1]** 269/7
**two-hour [1]** 265/10
**two-tenths [2]** 25/21
25/23
**type [20]** 11/13 15/23
16/8 19/8 19/10 19/20
21/13 28/18 30/13 61/2
61/3 125/25 126/11
191/22 201/20 209/2
220/16 220/17 241/14
269/24
**types [19]** 15/1 16/3
42/9 54/20 54/23 67/1
70/24 82/16 99/20
113/17 125/24 130/6
130/17 161/8 205/24
207/15 255/4 268/13
276/6
**typically [5]** 40/4 103/6
123/2 140/15 269/12

## U

**U.S [6]** 117/12 122/5
122/12 127/24 212/14
252/15
**ubiquitous [2]** 177/23
269/17
**ultimate [1]** 151/19
**ultimately [1]** 152/15
**Um [2]** 81/14 289/25
**unacceptable [1]** 187/13
**unchallenged [1]** 143/3
**uncontested [11]** 146/16
146/18 147/8 147/11
149/24 150/2 150/3
150/10 150/21 150/23
151/11
**under [24]** 6/16 10/14
10/23 14/5 14/19 53/11
81/23 82/9 90/6 107/11
143/23 145/18 148/23
149/3 154/1 154/3
154/21 185/14 193/22
225/9 238/4 249/4
278/10 282/8
**underestimated [1]**
227/1
**undergraduate [1]**
21/23
**underground [1]** 204/24
**underlie [1]** 15/1
**underlying [5]** 216/2
216/10 221/17 261/15
267/24
**undermine [1]** 17/20

**underneath [2]** 31/11
90/23
**understand [26]** 5/15
34/20 73/22 93/16
104/24 132/22 144/1
148/2 148/4 148/7
156/14 177/1 181/4
181/11 181/22 185/20
191/25 196/11 206/17
210/12 264/5 277/14
288/2 288/8 299/20
299/24
**understanding [20]**
34/21 38/17 38/21 56/17
63/6 86/18 102/8 108/21
144/12 144/12 148/14
148/20 148/22 148/23
149/11 149/25 153/23
170/19 185/16 196/21
**understood [11]** 136/23
144/6 151/24 153/17
155/9 155/11 226/7
228/7 230/1 242/4
291/19
**undertake [1]** 290/8
**underwater [1]** 132/6
**undetectable [1]** 253/11
**undisclosed [1]** 138/22
**undisputed [1]** 147/2
**unethical [1]** 250/22
**unfortunately [3]** 75/15
105/12 146/5
**uniform [3]** 192/15
255/15 269/21
**uniformly [3]** 163/23
173/24 179/11
**unique [3]** 65/21 131/7
131/10
**unit [5]** 15/23 16/10
16/10 52/19 270/1
**UNITED [11]** 1/1 1/6
1/14 40/19 49/11 49/25
61/1 83/14 121/21 169/4
223/5
**units [7]** 15/18 16/3 16/3
16/4 19/21 268/20
271/22
**universe [2]** 185/8 187/9
**University [3]** 81/4
203/7 285/20
**unless [4]** 94/14 133/23
147/3 187/15
**unlikely [6]** 117/1 117/7
117/17 173/25 176/8
182/18
**unnecessary [2]** 205/5
263/25
**unrealistic [2]** 236/13
237/6
**unreliable [1]** 37/15
**unsound [2]** 187/3
188/24
**until [8]** 30/17 92/23
93/5 222/9 244/7 262/20
282/20 283/5
**update [1]** 85/3

**upgraded [1]** 203/11
**upon [14]** 56/5 99/20
102/8 117/11 149/20
149/21 150/18 152/12
171/7 173/10 189/18
232/20 274/8 281/8
**upper [4]** 212/5 261/3
268/19 272/24
**upwards [1]** 57/8
**us [45]** 8/21 42/13 45/23
49/4 49/5 73/2 79/12
98/17 103/20 124/2
133/13 144/24 145/2
149/16 150/5 150/13
155/19 158/17 160/8
163/16 169/8 184/5
184/6 185/7 189/15
197/9 210/3 215/11
239/4 248/10 249/2
252/1 252/23 253/16
257/9 278/8 279/20
284/16 285/2 292/4
299/16 299/22 299/25
299/25 300/1
**usage [1]** 210/3
**useable [1]** 180/17
**used [83]** 8/9 9/16 10/12
11/8 15/17 22/8 22/17
23/7 23/14 28/9 35/1
36/1 36/16 61/6 66/20
67/2 67/25 101/20
102/13 102/17 118/9
126/9 132/23 141/14
162/13 163/24 186/5
187/16 187/17 192/17
202/7 205/9 205/12
209/8 212/11 223/4
223/14 224/5 224/7
224/10 227/8 227/8
227/8 227/11 227/11
227/12 230/9 233/21
234/7 234/10 234/16
234/18 234/23 235/22
236/6 236/11 236/13
236/15 236/17 237/1
237/3 237/5 238/9
238/19 238/25 239/23
240/4 243/10 254/1
254/4 255/18 255/22
256/15 256/16 257/21
270/8 270/11 273/9
273/24 274/5 274/6
274/9 274/23
**useful [2]** 10/15 209/14
**uses [4]** 65/23 115/10
116/16 235/25
**USGS [2]** 129/20 242/19
**using [38]** 8/7 8/21
11/17 21/16 25/14 26/2
34/16 34/17 115/9 129/8
130/17 130/17 203/21
207/16 207/18 216/2
223/18 224/15 227/1
230/18 230/20 235/18
235/22 236/3 236/24
237/9 242/16 242/22

248/6 256/11 257/3
257/15 258/11 264/21
270/10 270/11 275/4
298/2
**usually [1]** 102/9
**Utah [1]** 123/15
**UTC [15]** 49/14 52/13
54/18 56/19 56/23
195/11 196/16 198/18
212/6 218/19 218/21
218/22 224/20 226/11
235/2
**UTC's [1]** 221/23
**UTC-PWR [2]** 198/18
226/11
**utilize [2]** 203/13 203/18
**utilized [3]** 208/9 224/12
291/15

## V

**vague [1]** 259/2
**vaguely [1]** 77/19
**valid [3]** 181/3 235/20
258/9
**validated [2]** 143/6
163/24
**validates [1]** 146/1
**validation [1]** 76/24
**value [23]** 12/24 18/1
22/19 22/25 23/7 23/15
38/3 38/7 40/12 63/24
79/19 234/7 234/20
235/9 235/10 249/7
256/15 257/13 258/3
258/5 272/13 273/9
278/7
**values [49]** 17/4 18/7
18/11 18/14 18/17 22/7
25/14 37/25 38/11 91/17
115/20 117/8 117/13
129/19 130/3 158/21
179/15 179/16 180/10
180/10 180/16 181/2
182/5 216/2 216/11
227/23 231/22 233/5
233/7 234/23 237/6
238/13 243/20 246/23
246/24 257/16 257/17
258/7 269/8 269/9
269/14 270/5 270/8
272/5 273/3 276/13
278/6 278/22 279/10
**variability [2]** 55/3
105/15
**variable [1]** 57/17
**variation [2]** 55/5 233/5
**variations [2]** 16/2
207/21
**varies [2]** 45/11 123/8
**variety [8]** 86/15 97/22
97/22 113/6 159/24
252/18 257/15 257/16
**various [11]** 57/19 61/22
170/9 172/23 173/9
173/16 176/12 195/11
267/19 269/18 286/20

**vary [3]** 57/14 58/8
255/17
**vast [1]** 43/15
**vastly [1]** 126/3
**velocity [9]** 7/14 10/16
11/20 21/16 104/5 105/7
115/3 134/12 229/24
236/21
**verification [1]** 181/2
**verified [1]** 243/24
**verify [4]** 79/21 179/17
220/13 245/1
**version [1]** 231/3
**versus [2]** 63/24 159/6
**vertical [2]** 45/2 45/16
**vertically [4]** 16/2 17/1
55/5 158/20
**very [90]** 10/7 10/10
11/10 11/14 12/7 12/10
36/5 40/16 40/24 45/6
46/14 47/14 47/19 47/20
56/6 57/16 61/2 61/2
61/25 71/9 74/19 79/24
82/17 82/17 84/12 84/13
103/9 103/9 103/17
106/3 106/3 106/4
112/18 113/2 113/2
113/2 126/12 130/3
130/3 130/11 130/12
134/4 134/4 134/4
139/23 139/23 139/23
141/13 153/22 163/3
164/16 164/17 168/12
174/20 180/16 181/21
182/17 183/19 184/18
211/18 212/10 215/22
220/15 220/24 227/24
231/3 233/8 233/10
234/15 236/3 238/14
238/14 249/16 253/1
253/16 254/16 255/2
255/3 255/3 260/4
264/12 264/25 266/14
269/8 269/22 280/6
283/19 297/1 297/10
298/12
**via [3]** 67/9 124/18
124/19
**viability [1]** 75/12
**vicinity [4]** 26/21 213/22
224/20 226/11
**view [3]** 154/25 160/11
171/19
**viewing [1]** 278/14
**violate [1]** 250/22
**visible [1]** 276/22
**visit [1]** 62/4
**visited [1]** 122/10
**visiting [1]** 122/6
**visually [1]** 28/8
**volume [3]** 1/11 11/20
11/23
**volumes [3]** 102/10
113/2 220/25
**vouch [1]** 73/18

**W**

**waiting [1]** 6/15
**walk [4]** 66/6 85/7 262/12 274/2
**wall [3]** 125/22 126/14 127/3
**walls [3]** 125/23 126/4 271/3
**waning [1]** 158/8
**want [60]** 4/20 9/19 9/23 10/1 18/7 24/12 32/24 33/1 36/3 39/10 40/24 47/6 47/11 49/13 50/17 59/22 67/10 92/20 94/7 95/7 95/11 113/8 114/4 121/2 137/4 138/4 141/6 149/6 149/8 157/24 162/1 163/3 165/3 168/3 170/1 184/23 193/10 194/19 194/20 196/22 197/4 197/12 200/18 201/9 210/8 226/6 233/12 233/15 237/9 244/18 252/18 255/5 255/10 255/20 264/2 267/18 298/19 298/25 299/7 301/13
**wanted [17]** 4/5 6/25 31/4 37/24 46/7 54/4 55/20 94/21 99/3 144/12 149/14 228/22 229/3 230/7 230/7 277/11 298/24
**wants [5]** 5/24 93/17 150/5 150/12 233/21
**ward [1]** 59/25
**wasn't [12]** 38/6 73/10 75/14 78/15 97/23 104/24 137/5 166/4 258/10 274/7 289/24 291/17
**waste [3]** 58/25 122/14 125/10
**wastewater [2]** 14/14 31/4
**watch [1]** 10/2
**water [146]** 11/20 24/3 24/16 24/25 25/21 25/23 25/24 27/24 28/7 28/10 30/25 31/5 31/5 32/14 33/19 33/21 34/4 34/7 60/21 60/24 61/7 62/14 62/17 62/20 62/23 63/1 63/6 63/10 63/17 63/18 63/25 64/1 64/2 64/7 64/14 84/15 84/22 84/24 85/3 85/4 85/11 85/20 86/3 87/7 87/13 87/17 87/18 87/24 87/25 87/25 88/5 88/8 89/5 91/9 93/22 101/14 101/19 102/2 103/11 103/14 112/17 112/17 112/18 113/13 118/21 130/25 131/23 134/8 135/2 136/6 136/12 139/24

140/12 141/2 141/19 141/20 142/2 155/25 160/12 160/24 171/6 172/21 172/21 180/2 180/6 195/21 196/11 204/5 207/4 207/5 207/20 209/4 209/6 209/7 210/22 211/10 211/12 211/17 212/2 212/4 212/10 212/15 215/17 215/23 215/25 216/4 216/14 216/25 217/14 217/19 217/23 218/9 218/12 220/15 220/25 221/24 222/10 223/2 223/2 223/6 223/25 223/25 224/10 224/21 231/4 232/4 233/9 234/25 235/24 241/15 242/19 254/24 255/2 258/23 260/25 261/18 261/22 270/16 272/11 279/23 280/4 280/8 280/11 291/14 297/11 297/21
**water's [2]** 132/10 222/12
**waters [2]** 135/1 291/14
**ways [4]** 36/16 58/3 154/25 176/6
**we'd [2]** 107/16 150/16
**we'll [17]** 5/12 43/7 48/17 94/14 97/1 99/11 100/17 114/24 151/3 165/2 165/2 184/13 189/9 214/24 246/3 278/20 300/8
**we're [51]** 5/10 9/18 23/25 24/9 31/16 36/13 39/14 41/11 46/1 48/22 54/11 56/3 63/14 77/8 98/6 99/4 101/2 105/20 112/5 112/8 112/8 122/20 128/11 129/18 129/11 130/18 131/11 132/3 132/5 133/4 141/7 144/3 148/8 151/17 152/19 152/19 156/4 158/11 160/10 186/7 196/3 196/4 221/22 236/3 276/9 277/6 278/19 282/22 290/12 299/6 300/17
**we've [36]** 4/10 4/13 4/25 11/8 34/4 34/6 42/23 43/2 57/17 59/23 59/23 85/8 86/10 86/10 86/16 86/24 86/24 111/23 111/23 124/16 128/25 129/1 144/13 155/10 171/12 174/24 175/9 175/25 190/9 198/11 230/1 246/10 265/13 272/4 293/24 300/16
**wealth [1]** 123/20

**website [1]** 189/7
**wedge [1]** 276/1
**week [8]** 142/18 142/24 144/6 144/13 144/14 144/15 144/21 158/7
**weeks [3]** 144/12 144/13 145/4
**weight [2]** 6/6 145/22
**weighty [1]** 217/2
**Weinberg [1]** 3/11
**welcome [1]** 284/7
**well [210]** 7/13 8/3 8/16 8/25 9/5 9/22 16/15 17/6 22/5 26/19 26/24 27/22 27/24 29/2 31/17 34/16 35/20 37/1 37/9 39/10 40/4 40/10 42/5 42/12 43/20 43/23 44/6 44/17 45/3 47/4 54/2 54/8 54/15 54/23 55/2 55/5 57/1 65/22 67/24 69/14 69/21 70/4 70/8 70/12 73/9 73/20 74/23 75/21 76/19 78/12 78/15 78/23 80/23 81/2 82/5 82/12 85/23 86/2 87/21 88/12 88/13 89/5 89/5 89/15 90/13 90/17 90/18 90/21 91/23 92/9 93/8 93/10 94/8 95/11 95/25 96/4 99/22 99/24 100/5 102/6 102/7 102/10 103/15 104/17 105/21 106/5 106/16 106/19 109/17 109/25 111/17 112/24 113/1 113/13 114/4 114/5 114/21 114/23 115/19 117/5 118/16 123/16 124/14 125/7 126/13 127/23 129/7 129/19 130/4 130/10 131/10 132/12 132/16 134/11 135/4 136/6 136/16 140/13 141/9 141/13 141/25 144/11 145/15 146/10 147/24 148/8 148/18 150/8 150/17 151/17 153/1 155/11 157/24 158/3 158/3 158/3 158/9 158/15 158/22 158/25 160/4 160/5 160/10 160/13 161/21 166/11 166/20 168/8 170/21 173/4 173/11 173/19 174/2 175/7 179/19 184/11 189/18 199/23 200/4 200/4 200/7 202/21 204/5 206/20 206/25 207/1 207/1 207/2 207/4 207/4 207/6 207/7 207/24 209/20 209/25 210/11 210/24 212/2 212/5 216/17 220/23 222/12 222/12 222/18 222/22

224/1 225/1 230/18 231/3 231/7 232/18 236/11 237/6 245/14 252/3 252/12 265/18 265/20 268/5 270/10 275/6 278/4 278/14 278/19 290/5 292/14 293/8 297/7 299/20
**well 1 [1]** 158/3
**well 2 [1]** 158/3
**well 5 [1]** 100/5
**well-established [1]** 55/2
**well-organized [1]** 184/11
**wellfield [1]** 14/15
**wells [108]** 10/22 14/7 26/18 26/20 26/21 27/3 27/4 27/6 27/25 28/14 28/25 29/6 29/8 29/12 29/20 30/10 30/10 30/11 30/13 30/14 30/16 33/19 40/4 42/21 42/24 44/8 44/11 63/13 68/1 69/7 69/8 70/11 78/18 79/4 79/7 79/8 80/3 82/13 88/8 88/10 88/18 89/10 89/13 90/15 90/15 91/6 91/18 101/21 101/24 102/3 104/11 105/8 105/13 105/18 105/22 106/4 106/13 106/16 106/17 106/21 106/22 107/8 109/21 109/25 110/4 110/6 110/8 111/4 111/5 111/8 112/17 112/18 112/21 112/24 113/1 113/3 113/11 113/20 118/4 119/16 124/19 124/24 129/24 137/13 161/15 161/19 182/5 200/4 200/7 200/9 200/10 212/3 212/10 224/7 244/3 244/3 260/18 262/5 262/17 262/19 263/2 263/7 263/12 263/21 263/24 263/25 277/24 291/15
**went [6]** 112/19 143/3 217/16 236/5 286/19 293/7
**weren't [3]** 61/15 69/11 264/19
**west [34]** 1/8 1/20 2/12 3/5 3/9 18/16 26/19 27/2 28/14 28/25 29/18 29/20 41/18 57/20 84/24 85/2 87/6 87/15 87/18 87/23 118/24 118/25 121/23 218/13 218/19 222/19 224/23 260/9 260/15 263/8 271/15 276/4 280/7 280/10
**western [7]** 19/6 236/16 236/18 263/13 263/19 280/3 280/12

**westernmost [3]** 26/16 26/21 29/7
**what's [51]** 5/5 9/19 9/25 11/9 15/15 16/20 21/15 24/5 24/23 30/1 30/18 35/13 35/18 39/12 43/22 75/20 92/25 96/13 106/1 110/9 110/18 128/16 129/15 135/12 144/21 146/25 146/25 147/4 147/9 147/20 150/21 153/16 158/22 161/18 179/10 192/3 228/2 229/12 230/6 241/8 243/12 280/16 282/2 287/5 297/24 298/16 299/14 300/1
**whatever [15]** 5/23 6/6 89/2 112/4 112/23 117/3 132/16 145/22 148/9 149/10 168/4 193/9 222/10 245/15 295/6
**Wheeler [1]** 3/11
**where [117]** 8/5 9/13 10/22 11/1 11/10 12/7 12/14 12/21 13/8 13/10 18/15 25/10 25/17 27/14 29/5 29/20 31/4 33/9 35/23 36/21 36/24 42/16 42/20 46/17 47/22 48/1 50/17 51/14 57/14 58/9 58/22 65/10 67/3 70/12 76/8 81/2 83/4 83/17 83/24 88/1 89/13 89/13 92/6 92/16 93/3 98/10 101/8 104/10 104/11 112/25 112/25 118/20 119/7 124/16 124/17 124/18 125/11 125/23 129/20 133/14 134/4 138/16 139/23 141/19 143/21 144/23 147/18 150/6 151/18 155/15 159/2 160/11 162/9 162/11 162/11 165/22 166/6 166/23 167/7 170/8 175/12 176/23 178/20 185/1 185/14 188/10 189/7 195/9 200/13 202/22 207/5 207/19 213/3 213/14 213/17 218/22 218/23 221/17 222/16 222/19 234/10 236/6 241/15 242/13 245/8 246/22 249/8 256/3 258/20 263/8 264/11 270/19 286/23 286/24 287/12 290/6 298/20
**wherever [2]** 46/12 222/11
**whether [76]** 6/2 8/23 22/15 51/12 51/22 51/25 52/7 52/17 53/7 53/17 54/12 54/17 55/13 55/21

**W**

**whether... [62]** 58/16 63/25 66/14 74/24 75/22 79/12 81/12 89/2 91/3 91/21 93/15 93/18 97/18 102/13 115/22 115/22 125/15 134/22 135/1 137/25 138/18 141/21 151/9 151/20 152/7 156/10 156/18 156/21 157/20 166/9 166/11 166/23 167/2 167/8 167/10 167/17 167/24 168/14 168/16 178/1 212/19 216/7 221/22 229/20 232/3 232/15 255/22 258/19 260/21 265/4 273/10 273/19 274/13 287/22 287/24 288/17 288/24 294/9 295/10 296/20 296/21 298/14

**while [2]** 20/2 236/14

**white [1]** 21/11

**WHITNEY [152]** 1/7 7/18 8/3 8/19 15/2 17/12 18/12 18/15 18/23 23/10 23/20 24/2 24/4 25/2 27/6 27/12 27/14 27/16 29/13 30/8 32/3 36/2 36/4 36/4 37/3 38/22 39/25 40/9 42/1 42/14 50/24 57/13 57/20 58/8 59/23 60/3 60/7 64/22 64/22 78/24 82/3 82/10 82/14 82/21 83/9 88/24 103/4 109/19 109/23 110/1 110/5 110/7 115/18 116/4 117/3 117/15 117/24 118/1 118/2 120/6 123/4 123/22 124/3 124/10 124/23 127/21 129/17 131/2 132/11 133/11 156/6 156/12 156/23 157/10 157/20 159/11 161/13 161/24 163/14 170/17 171/2 173/21 176/2 176/25 182/20 185/3 188/12 190/6 192/5 192/8 192/20 193/4 193/19 194/2 196/16 198/1 198/6 198/8 198/18 198/20 198/21 199/5 199/18 200/5 200/13 200/14 200/20 200/25 201/8 201/10 201/12 207/10 214/18 220/20 222/10 222/16 224/25 226/20 229/19 230/4 232/5 232/17 236/9 240/21 241/16 247/18 247/24 253/1 255/14 256/24 258/24 262/5 262/25 263/2 265/5 265/13

266/19 268/10 280/1 281/3 281/9 281/16 281/20 281/24 286/19 287/23 288/25 289/10 294/10 295/2 295/11 295/22

**Whitney's [24]** 19/6 19/18 28/18 28/24 41/16 42/23 43/18 44/8 48/7 52/4 57/8 78/18 80/3 105/22 116/7 117/25 118/21 119/7 119/23 123/19 131/3 156/13 161/20 263/13

**who's [5]** 9/24 48/14 156/19 183/25 290/22

**whoever [1]** 51/11

**whole [25]** 39/13 39/14 53/7 58/5 91/16 128/12 129/11 130/2 143/11 144/22 145/5 156/24 159/1 159/5 173/14 192/14 192/14 204/13 226/17 226/22 233/7 255/15 261/11 276/3 285/9

**whom [1]** 169/2

**whose [1]** 4/7

**why [57]** 4/10 5/15 5/17 5/18 7/12 8/21 10/14 12/4 21/2 23/14 27/1 27/2 27/21 31/21 34/14 35/18 36/11 48/12 51/11 64/20 69/9 70/14 77/5 87/22 87/23 90/16 95/2 124/11 125/6 127/19 133/13 135/20 135/20 136/4 136/4 136/5 137/4 137/15 137/16 137/20 168/22 182/21 188/21 197/25 203/5 210/3 210/10 210/10 234/14 237/3 245/19 253/24 255/18 263/17 284/23 295/9 295/12

**wide [8]** 45/12 113/6 149/4 154/4 154/8 154/24 155/3 276/19

**widely [1]** 65/2

**widespread [3]** 52/20 54/21 97/21

**width [2]** 21/10 262/18

**wildlife [3]** 201/5 212/7 244/4

**willing [2]** 180/24 181/4

**win [1]** 153/5

**wish [1]** 196/13

**withdraw [1]** 207/20

**withheld [1]** 191/7

**withhold [2]** 186/24 187/12

**withholding [2]** 190/16 239/11

**withholds [1]** 186/11

**within [44]** 5/18 16/6 16/8 16/11 44/13 44/21

47/23 51/1 52/23 54/24 58/3 58/22 64/13 65/22 67/22 70/9 88/9 88/9 97/21 99/17 134/23 137/17 158/18 159/17 161/23 162/24 190/24 191/19 206/11 207/6 210/17 224/4 228/5 230/11 230/22 230/25 231/9 233/1 233/25 240/17 244/3 245/13 255/17 275/19

**without [6]** 80/10 129/8 167/25 221/19 247/12 266/2

**witness [61]** 6/17 9/2 33/11 45/21 46/4 47/2 48/13 48/14 48/15 48/23 48/24 49/3 54/2 85/18 92/22 93/8 93/25 94/22 94/22 114/10 120/18 133/16 137/9 142/4 142/8 143/7 143/7 144/4 145/25 146/3 146/4 168/23 169/2 169/7 171/11 183/20 183/24 184/1 184/1 184/3 184/11 188/25 189/11 205/9 208/24 232/9 233/18 245/25 250/3 251/20 252/4 265/15 275/5 282/20 283/2 284/12 284/25 286/3 286/5 286/9 300/15

**witness' [2]** 134/20 146/4

**witnesses [8]** 20/17 54/1 144/7 144/25 145/1 145/10 145/25 171/12

**witnesses' [1]** 143/1

**won't [4]** 45/10 154/14 274/1 284/21

**wondering [1]** 173/6

**words [15]** 10/23 11/20 12/7 25/23 63/12 70/9 88/17 116/15 134/11 136/7 176/11 181/5 191/12 191/16 192/17

**work [42]** 18/2 21/19 21/23 21/24 22/3 79/25 81/3 81/6 81/14 81/15 81/25 81/25 97/19 121/18 125/21 126/12 198/4 202/24 204/20 214/17 216/8 232/23 238/20 240/15 242/16 281/14 286/18 286/23 287/9 287/15 287/17 290/7 290/21 291/4 291/6 291/7 291/16 291/19 291/24 292/18 294/5 294/9

**worked [20]** 55/8 60/25 81/2 115/12 121/21 121/22 122/3 122/7 122/10 122/12 123/3

123/9 123/10 123/13 123/17 124/16 129/23 198/1 198/5 252/13

**working [2]** 5/7 21/24

**works [3]** 35/20 56/2 113/19

**world [12]** 8/21 83/4 83/17 83/24 140/21 141/2 163/7 187/8 228/6 252/14 258/4 258/7

**worry [1]** 94/2

**wouldn't [7]** 7/16 102/1 186/2 186/2 189/15 243/2 264/23

**wrap [5]** 31/2 114/3 114/7 114/24 163/16

**writing [3]** 190/24 191/21 283/19

**written [33]** 13/20 32/9 32/10 32/13 41/3 41/25 42/5 42/23 43/17 50/9 60/20 67/13 67/25 70/12 79/10 84/9 91/23 95/8 97/13 97/17 101/11 108/13 108/20 109/3 128/5 137/11 138/2 140/25 183/15 203/10 205/22 226/7 294/7

**wrong [8]** 5/20 5/21 32/6 75/16 148/18 239/1 295/12 295/21

**wrote [18]** 185/2 185/9 188/20 188/24 191/11 191/19 196/23 197/8 200/13 204/23 205/17 208/1 225/1 257/4 273/25 291/18 291/21 291/23

**Y**

**y-a-n [2]** 285/11

**yeah [50]** 53/20 67/16 68/14 68/14 69/6 71/18 73/7 83/10 84/1 91/14 92/13 92/15 92/23 103/15 104/20 106/18 118/3 120/10 120/17 131/25 132/19 133/8 153/8 171/14 192/3 193/13 196/25 199/16 204/13 213/22 214/3 221/2 230/22 233/23 239/2 241/3 242/24 243/8 245/1 269/17 271/12 271/24 276/24 278/6 278/13 278/21 279/3 285/10 286/7 299/2

**year [10]** 105/6 131/3 132/4 132/17 132/18 132/21 221/16 223/22 223/24 292/15

**years [23]** 29/3 83/13 125/9 127/9 132/13 140/23 193/25 202/17 220/24 221/12 222/9

222/23 223/9 223/10 223/15 224/2 252/11 253/8 268/8 279/25 281/14 282/3 282/4

**yellow [6]** 46/17 50/25 112/5 112/5 112/8 128/2

**yes [487]**

**yesterday [19]** 4/8 4/8 6/23 7/1 7/3 16/4 20/6 20/19 23/14 31/24 31/25 33/7 37/25 40/25 50/12 111/19 264/19 264/20 284/21

**yet [4]** 8/23 166/5 205/7 229/14

**yield [2]** 276/13 276/14

**Yoakley [1]** 3/8

**York [1]** 228/9

**you'd [13]** 87/16 164/4 164/5 164/12 174/3 174/18 215/16 218/7 229/1 229/4 232/1 232/2 245/16

**you'll [8]** 32/14 46/14 47/20 67/13 81/18 95/18 190/4 245/22

**you're [115]** 6/16 32/18 32/18 32/19 32/22 32/24 35/22 42/4 43/20 43/24 45/6 50/22 51/16 56/11 56/23 60/9 61/18 61/21 63/17 66/1 66/9 66/19 68/5 70/4 72/2 74/21 76/1 77/11 77/16 79/14 79/21 85/2 90/11 91/22 92/18 93/21 94/5 94/13 106/8 108/15 111/4 111/9 112/25 113/4 113/5 113/15 113/16 113/17 113/18 115/9 118/11 122/6 130/3 138/15 142/8 143/9 144/20 145/7 147/7 147/13 153/1 153/25 167/23 168/7 170/25 171/4 173/8 174/15 176/7 177/7 177/9 181/4 186/15 187/6 187/11 189/18 190/14 190/20 191/20 191/21 194/14 194/18 204/16 207/1 207/16 210/9 210/13 210/17 211/1 214/12 215/4 216/5 226/19 227/11 237/4 237/10 237/18 237/22 239/3 239/8 239/17 242/14 244/17 257/10 258/15 274/15 274/16 274/21 275/14 276/21 284/7 288/10 288/16 288/21 295/16

**you've [76]** 21/21 22/1 41/19 41/25 44/18 51/21 52/6 53/6 53/17 57/16 58/15 59/10 59/24 63/9

## Y

**you've... [62]**  67/10 79/9 83/10 85/14 86/8 92/8 116/25 117/5 117/21 119/6 121/13 122/3 123/10 127/9 127/22 129/18 133/23 134/15 135/12 140/16 147/10 148/5 163/17 163/19 167/15 183/5 184/24 186/7 186/18 187/5 188/21 190/10 190/13 190/15 193/23 205/3 206/3 207/24 211/14 237/7 237/25 238/8 238/8 238/12 238/19 238/19 245/17 248/12 249/1 249/4 254/7 257/12 282/2 286/2 286/5 287/11 287/12 295/9 295/12 299/8 299/9 299/16

**yourself [6]**  57/3 61/5 178/5 186/24 298/13 298/15

## Z

**zero [3]**  17/1 43/4 134/13

**zeros [1]**  23/16

**Zobel [1]**  2/13

**zone [16]**  16/6 18/20 19/5 42/6 42/13 42/15 44/15 44/19 55/25 116/11 130/11 130/11 130/21 207/6 240/17 273/17

**zones [17]**  12/5 17/17 18/18 18/18 18/22 18/25 19/17 45/16 46/14 46/17 47/21 47/23 55/7 130/24 131/17 133/22 207/7

**zoom [3]**  25/5 27/9 98/16

**zooming [2]**  51/4 97/23