```
 1                    UNITED STATES DISTRICT COURT
                      SOUTHERN DISTRICT OF FLORIDA
 2
                        Case No. 13-80928-CIV-KAM
 3
     RICHARD COTROMANO, et al.,    )
 4                                 )
          PLAINTIFFS,              )
 5                                 )
          -v-                      )
 6                                 )
     UNITED TECHNOLOGIES           )
 7   CORPORATION, PRATT AND        )
     WHITNEY GROUP, et al.,        )
 8                                 )
          DEFENDANTS.              )    West Palm Beach, Florida
 9                                 )    January 11, 2018
     _____)
10

11                    VOLUME 4 - PAGES 1 - 272

12     TRANSCRIPT OF MOTION FOR CLASS CERTIFICATION PROCEEDINGS

13              BEFORE THE HONORABLE KENNETH A. MARRA

14                   UNITED STATES DISTRICT JUDGE

15

16   Appearances:

17   (On Page 2.)

18
     Reporter               Stephen W. Franklin, RMR, CRR, CPE
19   (561)514-3768          Official Court Reporter
                            701 Clematis Street
20                          West Palm Beach, Florida  33401
                            E-mail:  SFranklinUSDC@aol.com
21

22

23

24

25
```

```
 1   Appearances:

 2   FOR THE PLAINTIFFS:          Jonathan Gdanski, ESQ., and
                                  Jeffrey L. Haberman, ESQ.,
 3                                Sheldon J. Schlesinger, P.A.
                                  1212 Southeast 3rd Avenue
 4                                Fort Lauderdale, FL 33316
     -and-
 5                                Bryan S. Gowdy, ESQ.
                                  Creed & Gowdy, P.A.
 6                                865 May Street
                                  Jacksonville, FL 32204
 7   -and-
                                  Steven J. Hammer, ESQ.
 8                                440 South Andrews Avenue
                                  Fort Lauderdale, FL 33301
 9   -and-
                                  Jack Scarola, ESQ., and
10                                Mara Ritchie Poncy Hatfield, ESQ.
                                  Searcy, Denney, Scarola, Barnhart
11                                and Shipley, P.A.
                                  2139 Palm Beach Lakes Boulevard
12                                West Palm Beach, FL 33409
     -and-
13                                Craig R. Zobel, ESQ.
                                  3801 PGA Boulevard, Suite 600
14                                Palm Beach Gardens, FL  33410

15                                *  *  *  *  *

16

17

18

19

20

21

22

23

24

25
```

```
 1   Appearances (Cont.'d)

 2   FOR THE DEFENDANTS          Sean Gallagher, ESQ., and
                                 Andrew C. MacNally, ESQ., and
 3                               Alex Groden, ESQ., and
                                 Daniel R. McElroy, ESQ.
 4                               Bartlit, Beck, Herman,
                                 Palenchar & Scott
 5                               54 West Hubbard Street
                                 Suite 300
 6                               Chicago, IL 60610

 7   -and-
                                 Gregor J. Schwinghammer, Jr., ESQ.
 8                               Gunster, Yoakley & Stewart
                                 777 South Flagler Drive
 9                               Suite 500-E
                                 West Palm Beach, FL 33401
10   -and-

11                               Stephen J. Rapp, ESQ.
                                 Weinberg, Wheeler, Hudgins,
12                               Gunn & Dial
                                 3344 Peachtree Road, Northeast
13                               Suite 2400
                                 Atlanta, GA 30326
14
                                   *  *  *  *  *
15

16

17

18

19

20

21

22

23

24

25
```

```
 1          (Call to the order of the Court.)

 2               THE COURT:  Good morning, everyone.  Please be

 3     seated.

 4               MR. SCAROLA:  Good morning, Your Honor.

 5               MR. GALLAGHER:  Good morning.

 6               THE COURT:  We ready to continue?

 7               MR. SCAROLA:  Your Honor, before we begin, could the

 8     Court give us an estimate with regard to time?

 9               THE COURT:  I need to add them up.  Sorry, I didn't

10     do that.

11               My rough estimate is the plaintiffs have used nine

12     hours and 20 minutes, approximately.  I don't know if that

13     comports with your calculations, but . . .

14               MR. SCAROLA:  Our side, we're relying entirely on

15     the Court, sir.

16               THE COURT:  Okay.  Well, then it's nine hours and 20

17     minutes.

18               MR. SCAROLA:  Thank you.

19               THE COURT:  Let me see if I can get the defense's

20     time.

21               And I've got approximately eight hours and 15

22     minutes for the defense.  That's my rough estimate.

23               MR. SCAROLA:  Thank you very much, sir.

24               THE COURT:  Again, I don't know if that's consistent

25     with your -- is that close?
```

```
 1              MR. GALLAGHER:  I don't know, Your Honor.

 2              My legal assistant has a different number, but I'm

 3     not concerned about it.

 4              THE COURT:  Well, I'm happy to recalculate it.

 5              MR. SCAROLA:  That must mean it must be higher.

 6              MR. GALLAGHER:  Well, it's actually higher for the

 7     plaintiffs, Your Honor.  We have them an hour more, but I

 8     think we also have ours a little higher.  I think we're closer

 9     to ten and nine.  But I think we are going to have an issue

10     with not actually having as much time in the hearing as we all

11     believed we would, because the parties haven't been as

12     efficient as they should have been in presenting the evidence,

13     and so my expectation, Your Honor, is that we're going to

14     collectively run out of time, but that's I think a problem for

15     the parties and not for the Court.

16              THE COURT:  All right.  Well, I'll be happy to add

17     up my times again.  Again, I did a very rough calculation.  So

18     I'll go back over it when I have a break.

19              All right.  Mr. Moore, you want to get back on the

20     stand, sir?

21              THE WITNESS:  Yes.

22              THE COURT:  Ms. Hatfield, was there something you

23     want to say?

24              MS. HATFIELD:  No, Your Honor.

25              THE COURT:  You're still under oath, sir.  You can
```

 1   have a seat.

 2        Brian Moore, Plaintiffs' witness, resumed the stand.

 3                    Cross-Examination (Cont.'d)

 4   BY MR. GALLAGHER:

 5   Q    Good morning, sir.

 6             Yesterday we talked about the groundwater opinion in

 7   your first report.

 8             In your supplemental report from August of 2016,

 9   which is docket entry 259-2, you added this chart.  Do you

10   recognize it?

11   A    Yes, I do.

12   Q    What you did here, sir, is you took data that the lawyers

13   gave you, and you arranged it in a chart, right?

14   A    Essentially, yes.

15   Q    You weren't using any scientific knowledge or expertise

16   here, were you?

17   A    In so far as this was meant to be a presentation of what

18   was provided, yes, that -- yes.

19   Q    Right.

20             What you did here was not based on geology, for

21   example.  It was, as you explained in your deposition, data

22   presentation?

23   A    Correct.  It's an evaluation tool like we use when we

24   consult about other various factors of waste site cleanup.

25   Q    So let's look at the data from the lawyers that you

1    presented.

2            The first thing you included in the chart is what

3    you characterize as cumulative soil removed from UTC site, and

4    then in your text below, you describe this as quantities as

5    reported on manifests for soil purportedly transferred from

6    UTC.  Do you see that?

7    A    Yes, I do.

8    Q    What the manifests you are referring to here actually say

9    is that the soil was delivered to the Magnum thermal

10   processing facility, also known as TPS, right?

11   A    I'm sorry, can you simply repeat the question?

12   Q    Sure.

13           What the manifests that you are referring to here

14   actually say is that the soil was delivered to the Magnum

15   thermal processing facility, also referred to as TPS, right?

16   A    The data that was presented in this presentation, in this

17   exhibit, was based on a spreadsheet that was provided by

18   counsel, and at that time, my review of the actual manifests

19   you're referring to was limited in nature.

20   Q    You've since then looked at some of these manifests,

21   haven't you?

22   A    Yes, I have.

23   Q    I'm calling up what we will mark as Pratt & Whitney

24   exhibit 4 for the hearing.  This is an example of one of these

25   manifests that you talk about in your chart, isn't it?

```
 1   A     It appears to be, yes.

 2   Q     And what the manifests say, sir, in these -- with these

 3   certifications that appear on the bottom is that soil is

 4   actually delivered to the Magnum or TPS facility; isn't that

 5   right?

 6   A     Are you asking me to dispute what -- it says what it says

 7   right here on the manifest?

 8   Q     And what it says is that not that soil was removed from

 9   Pratt & Whitney, but that it was received by Magnum, right?

10         If it helps, under recycling facility above the

11   signature of Debbie McCollum, doesn't it say:  "Recycling

12   facility certifies the receipt of the soil covered by this

13   manifest?"

14   A     So that's one of the three certifications, yes.

15   Q     So going back to your chart, what this shows is, in the

16   blue line, soil that was actually transported and received by

17   Magnum, doesn't it?

18   A     Again, this was based off of the spreadsheet that came

19   from counsel.  It's my understanding that that spreadsheet was

20   a compilation of manifests such as the one that you showed me.

21         Does that answer your question?

22   Q     Sure.

23         You also have dates here that I want to refer to for

24   things like the date that the pad site was developed.  Do you

25   see that?
```

1   A     Yes, sir.

2   Q     Those are the vertical pink lines?

3   A     Yes, sir.

4   Q     That's a reference to the dates that -- from some

5   document that the pad for a house built in The Acreage

6   community was somehow documented by the regulatory agencies?

7   A     Right.

8           More precisely, it was basically we used the end of

9   the plumbing inspection period, which would be the point in

10  time when the house pad would have been developed in terms of

11  bringing it up to grade and established by importing fill as

12  kind of an end date, and that date is reflected in this

13  exhibit as a vertical pink or magenta line.

14  Q     Each of those lines represents a house, right?

15  A     An individual pad, yes.

16  Q     And you don't know where the fill for each of these

17  houses came from, do you?

18  A     Well, in certain instances there are records related to

19  the pad development that are in -- available to the public,

20  such as liens that were placed on properties for importing of

21  material like sand or fill or whatever, for development of the

22  house, development of the yard, grading of the land, putting

23  in a driveway, putting in a septic.  And when companies were

24  not paid, they would place a lien on the land, like a

25  mechanic's lien, and those are public records.

1          So that's one way one could derive a -- one of the

2     companies that had delivered or provided the fill to that

3     parcel.

4     Q    You don't know where the fill came from -- strike that.

5          You do not know the source of fill for these houses

6     represented by the magenta lines on your chart, do you?

7     A    Well, in certain instances, you can derive that from the

8     fact that people were seeking to be paid for the fill that was

9     delivered.  Now, where they put -- where they got the fill

10    that they put into the truck that they drove to the site is

11    not directly provided on that spreadsheet.

12    Q    Are you trying to refer here, sir, to the Tru Trucking

13    liens that you mentioned in your direct examination to the

14    Court?

15    A    That would be an example of a public record where someone

16    placed a lien for fill provided.

17    Q    And all of these homes here, the magenta lines were meant

18    to represent the plaintiffs' homes in the personal injury

19    cases, Mr. Scarola's clients, weren't they?

20    A    As best I can recall, yes.

21    Q    And you don't have any information, you don't know the

22    source of fill for those homes, Mr. Scarola's clients, do you?

23    A    Not specifically.  It might be available in some of the

24    backup documentation that -- I don't know if that type of

25    information was put into the lien or the public record or if

1    those trucking firms kept those records or not.

2             But specific to present to this exhibit, it was this

3    information came from a spreadsheet that did not have

4    specifically that information.

5    Q    You also include on the chart, representing the data you

6    were provided by the lawyers, you have what you characterize

7    as the diagnosis date which you represent as a span of time,

8    correct?

9    A    That's correct.

10   Q    And you're not offering any opinion on the cause of any

11   of these cancer cases, are you?

12   A    No, I am not.

13   Q    The purpose of this chart that you created for the

14   lawyers was to leave the impression that there was some kind

15   of connection between all these things, wasn't it?

16   A    I created this chart on my own to present the timeline of

17   the period that I was asked to look at in terms of material

18   being taken off of the UTC site, and try to -- try to present

19   visually for my own use.  It just so happened that wound up

20   being an exhibit in this declaration.  I'm sorry, maybe it was

21   a supplemental declaration or something.

22   Q    I'm going to call up what was exhibit 2 to your

23   deposition, which we will mark as Pratt & Whitney hearing

24   exhibit 5.  Pardon me.

25            Do you recognize this as a CarriageHouse Consulting

1   document from your website describing projects that your

2   company's worked on?

3   A    Yes, it is.

4   Q    Your website describes your expertise in or your

5   experience in, among other things, presentation development

6   and legal support of certified classes of plaintiffs.  Do you

7   see that?

8   A    Yes, I do.

9   Q    Now, we don't have a certified class here, but this is

10  the sort of experience you were drawing upon when you made the

11  chart you attached to your second expert report, isn't it?

12  A    The experience with working, yes, for plaintiffs before.

13  Q    In your written direct testimony, you don't discuss

14  either the groundwater opinion we looked at yesterday about

15  the complex interplay that was in your first report, nor do

16  you discuss this chart from your second or supplemental expert

17  report that you characterized today as a data presentation, do

18  you?

19  A    I discussed it in the second of the four submittals I

20  made, I believe.

21  Q    I'm talking about the affidavit that you signed as your

22  written direct testimony to the Court here today.

23  A    To the best of my recollection, I didn't specifically

24  call that out, but I know that I put in there that I was

25  relying on information previously put in my declaration and

```
 1   the supplemental declaration.

 2   Q    What you do in your direct testimony to the Court is you

 3   talk about facts that you say are discerned from various

 4   materials the plaintiffs' lawyers gave you, right?

 5   A    That's correct.

 6   Q    In fact, what happened is you were given a bunch of facts

 7   that the lawyers wanted you to sponsor, they put a narrative

 8   description of that together, and you signed it, right?

 9   A    No, sir.

10   Q    Before we talk about the facts that you claim are

11   discerned, as you put it in your expert direct, I would like

12   to ask you about some facts concerning fill and the use of

13   fill in The Acreage.

14        We have a map up here that was our demonstrative

15   exhibit number 2 that shows the proposed class areas.  And do

16   you understand, sir, that there are roughly 18,000 properties

17   in the 60-square-mile area of the larger of the two proposed

18   class areas in this case?

19   A    In general, yes.

20   Q    And is it generally the case in this part of Florida that

21   when houses are built, you need to bring in what's called fill

22   to raise the level of the ground to support the house and to

23   avoid the wet areas that can exist in this part of the

24   country?

25   A    Yeah, I think that's a fair characterization.
```

```
1   Q    And you understand, sir, that thousands of houses in this

2   proposed class area were built before any soil was ever

3   removed from Pratt & Whitney for purposes of remediation of

4   environmental conditions on the site, right?

5   A    Well, I don't have the exact timeline for the entire

6   development history of The Acreage, but I am aware that

7   hundreds, if not thousands, were developed during the period

8   when I was looking at that data presentation.  So within I

9   think it was, without looking at specifically, mid '90s to

10  very early '00s.

11  Q    And I'm not talking about the period of time you

12  represented by your chart.  I'm, sir, talking about the period

13  of time before that, before there was any remediation going on

14  at Pratt & Whitney or any soil being removed for thermal

15  remediation or other disposal.  Long before that, there were

16  thousands of houses being built in The Acreage community and

17  what's represented here as the proposed class areas, right?

18  A    I don't have anything to dispute that fact.

19  Q    And you know, sir, that for those thousands and thousands

20  of houses, and for all of the houses built in The Acreage

21  community, there are dozens and dozens, if not hundreds, of

22  potential sources of that fill material we talked about?

23  A    In terms of where they would get the sand and fill for

24  the yards and the houses, that would make sense, yes.

25  Q    In fact, you know that just the discovery provided by
```

1   individual plaintiffs in things like their interrogatory

2   responses in these cases, you know, interrogatory responses

3   from people who live in this community, that there are sources

4   like a bunch of different builders who operate in the area and

5   obtain fill?

6   A    That would make sense.

7   Q    And you know, sir, that people in this area, The Acreage

8   community, use what are called on-site borrow ponds, where

9   they dug some soil locally to use as fill?

10  A    I'm aware of that.

11  Q    And you know, sir, that when the canals that bisect this

12  area and the irrigation ditches, when all of those things were

13  dug, that material was used as fill in The Acreage community,

14  don't you?

15  A    That specifically I'm not aware of, but it would make

16  sense.

17  Q    I'm showing you what we'll mark as Pratt & Whitney

18  hearing exhibit 6.  This is the interrogatory response from a

19  couple of plaintiffs, the Wise -- Mr. and Mrs. Wise.  And here

20  we asked them -- we asked them to provide facts and evidence

21  relating to their allegations, and their answer was:

22  "Plaintiffs have no personal knowledge of such facts, except

23  that he recalls that his family has used fill from a pond we

24  dug and from the canal at 130th that runs north and south, and

25  also from the canal at 100th (sic) and 60th that runs east and

```
1    west."

2              Do you see that?

3    A    I do see that.

4    Q    And what that shows, sir, is that people actually used

5    soil that was available when they dug the canals in this area,

6    and they used that as fill, right?

7    A    That's what it appears to show, yes.

8    Q    Another source of fill for homes in The Acreage community

9    was this Mecca Farms area that we heard about yesterday with

10   the burn pits.  Do you recall that -- the references yesterday

11   to Mecca Farms?

12   A    I'm not sure I recall that testimony.  I wasn't in the

13   room the whole day, so . . .

14   Q    But do you know, sir, that Mecca Farms was also a source

15   of fill that was used in The Acreage community?

16   A    If that's what you're stating, okay.

17             MR. GALLAGHER:  We'll mark this as Pratt & Whitney

18   hearing exhibit 7.  These are the interrogatory responses of

19   the Thibodeau plaintiffs.

20   BY MR. GALLAGHER:

21   Q    And do you see here that they refer to fill material on

22   their property that came from Mecca Farms?

23   A    Well, it actually states that it was, in addition to any

24   companies subtracted by the contractor, Rojo Trucking and

25   Mecca Farms.  So I don't know if that means the fill came from
```

```
 1    Mecca Farms.  It simply states that this was a contractor,
 2    subtractor, engaged in activity.  Is that fair?
 3    Q     They refer to Mecca Farms when we ask for the entities
 4    that supplied fill material on their property, fair?
 5    A     Mecca Farms is in their answer, yes.
 6    Q     And, of course, you know, sir, that the other defendant
 7    in this case, Palm Beach Aggregates, was also a significant
 8    source of fill material for The Acreage community; isn't that
 9    right?
10    A     I believe that's the case, yes.
11    Q     So here I will call up what we'll mark as Pratt & Whitney
12    hearing exhibit 8.  These are the responses of the Gayapersad
13    plaintiffs, and these are -- these plaintiffs are represented
14    by the Searcy Denney firm.  Do you see that?  Here on the
15    first page.
16    A     Oh, yeah, down at the bottom, I see it.
17    Q     And do you see here, sir, that these plaintiffs refer to
18    the source of fill material on their property as material they
19    purchased from different trucking companies, including at one
20    time Palm Beach Aggregates?  Do you see that?
21    A     Yes, I do.
22    Q     And do you see where these plaintiffs also say:  "We do
23    not have any proof or evidence of material from Pratt &
24    Whitney being trucked into or dumped in The Acreage."
25    A     Yes, I see that.
```

```
 1   Q     On the question of whether residents from the proposed
 2   class area might have obtained fill, are there any facts you
 3   discern from this?
 4   A     That some of the land in The Acreage -- that some of the
 5   residents who paid for fill in The Acreage do not believe that
 6   their material came from the Pratt & Whitney facility.
 7   Q     If you assume, sir, that all of the soil that you list in
 8   the chart we looked at earlier was diverted for some reason,
 9   instead of going where the manifests certify they went, all of
10   that material you have in your chart would be enough fill for
11   less than 10 houses, wouldn't it?
12   A     I haven't done that calculation.
13   Q     Well, I want you to assume with me, sir, that one of the
14   plaintiffs in this case, the Dunsford family, got 80
15   truckloads of fill for their yard, and that the mean volume
16   you calculated for a truckload was 23 tons per truck.  Can you
17   assume that with me?
18   A     Twenty-three tons per -- you want me to assume that
19   23 tons of soil came in a truck to the Dunsfords?  I'm sorry,
20   the name?
21   Q     I just want you to, yes, assume that you get about 20 --
22   well, let's just call it 20 to make the numbers easier.
23   A     Okay.
24   Q     About 20 tons per truck.
25   A     I might need a pen, I'm sorry.
```

```
 1                MR. GALLAGHER:  If I may, Your Honor, just to make

 2   it easier for him if he needs to . . .

 3                THE COURT:  Yes.

 4                THE WITNESS:  I'm sorry.  Thank you.  Thank you very

 5   much.

 6                Twenty-three tons in a truck, yeah.

 7   BY MR. GALLAGHER:

 8   Q    Let's just call it 20 so the math is easier.

 9   A    Okay.

10   Q    And I'm trying to give you the number that's the -- sort

11   of the average volume from the numbers you calculated in that

12   chart.  But if you assume 20 tons per truck and that there's

13   evidence from the Dunsford family in their deposition that

14   they got 80 truckloads of fill, that would be 1600 tons for

15   their house, right?

16   A    Yes.

17   Q    And their total amount of fill that you've described in

18   that chart we looked at earlier is a little less than

19   14,000 tons, isn't it?

20   A    I believe that's correct, yes.

21   Q    So with those numbers, you'd have enough fill, assuming

22   that all of those trucks were diverted, instead of going where

23   the manifests say they went, you'd have enough fill for less

24   than 10 properties out of the 18,000 in the proposed class

25   area, wouldn't you?
```

```
1   A     With the assumption that you're making -- that you're

2   stating, the premise of the argument, that holds true, yes.

3   Q     Now, setting aside whether there is evidence to support

4   the theory that soil was trucked from Pratt & Whitney to the

5   proposed class area, you're not offering the opinion, are you,

6   sir, that not only was there a conspiracy to divert soil from

7   where it was being sent for remediation, but also that there

8   was some sort of conspiracy to divert it to this specific area

9   that's outlined as a proposed class area, out of all of Palm

10  Beach County, are you?

11  A     I'm really sorry, could you repeat that question?

12  Q     Sure.

13        You're not offering the opinion, are you, that not

14  only was there a conspiracy to divert soil from where it was

15  being sent for remediation, but also that there was somehow a

16  conspiracy to divert it to this specific area, the proposed

17  class area, are you?

18  A     I am not offering that opinion, no.

19  Q     So now, sir, I'd like to talk about a couple of the facts

20  you say are -- in your direct that you say are discerned.

21        So I think you have a copy of your direct

22  examination -- your written direct up there, and I'm referring

23  here to paragraph 38, where you say:  "In August through

24  October 2000, related companies known as Earthworks Recycling,

25  L&D Nursery and Jarrel Construction were advertising the sale
```

```
 1    of fill in classified ads in the Palm Beach Post.

 2              Do you see that?

 3    A    I do see that.

 4    Q    And what I have done, sir, is I've split the screen and

 5    blown up that paragraph, and I've also got on the other side

 6    of the page a representation of one of those ads that you

 7    are -- you purport to be referring to here.  Do you see that?

 8    A    Yes, I do.

 9    Q    In your direct examination to the -- your written direct

10    to the Court, you don't say how it is that you discerned --

11    well, first let me ask, the ad doesn't refer to all these

12    companies that you talk about in paragraph 38 of your written

13    direct; it just refers to dirt for sale by a guy named Larry.

14    Do you see that?

15    A    Yes, sir, I do.

16    Q    It just says Larry.

17    A    Yes.

18    Q    So in your written examinations, or written direct, you

19    don't say how it is that you discerned that the Larry referred

20    to in this ad was Earthworks Recycling, L&D Nursery and Jarrel

21    Construction, do you?

22    A    Well, I believe the phone numbers there represent one, if

23    not both the phone numbers that Larry Jarrel and Jarrel

24    companies were purporting to be using at that time.

25    Q    I'm sorry, sir.  My question was about the direct
```

```
 1    examination that you provided to the Court.  You never

 2    explained in that direct examination that the ad you were

 3    referring to here was an ad that you referred to Larry and

 4    that you somehow sleuthed out who that was, do you?

 5    A    I believe that was provided in testimony of --

 6              THE COURT:  Hold on one second.

 7              Ms. Hatfield?

 8              MS. HATFIELD:  We would like that the footnote that

 9    is cited to paragraph 38 be displayed.

10              THE COURT:  I can see it.  I have it in front of me

11    here.

12              MS. HATFIELD:  It's so small on our screen we can't

13    see it.  That's all.  But you must have better glasses than

14    me.

15              MR. GALLAGHER:  If you have a copy of his direct

16    examination, perhaps 38, and if it helps, the footnote refers

17    to exhibit H, and then see specifically some deposition

18    exhibits.

19    BY MR. GALLAGHER:

20    Q    Including the one we have on the screen, Jarrel

21    exhibit 6, right?  So when Ms. Hatfield points out that you

22    refer in your footnote to a deposition exhibit.

23    A    Yes, sir.

24    Q    That's the deposition exhibit I have up on the screen,

25    Jarrel 6, isn't it?
```

```
 1   A    I'm sorry, I'm not following.  What's number 6?  What are

 2   you talk -- are you talking about this?  The advertisement?

 3   Q    Yeah.  So you have your paragraph 38, and there's a

 4   footnote that supports it, right?

 5   A    That's correct.

 6   Q    Have I blown that footnote up for you?

 7   A    Yes, you have.  Thank you.

 8   Q    And do you see that it refers to exhibit H, and then see

 9   specifically exhibit 6 to Deborah Jarrel's deposition, right?

10   A    That's correct.

11   Q    And now that I've removed that blowup, do you see that

12   the document that I was showing you was exhibit 6 to Deborah

13   Jarrel's deposition, the very thing you cite in that footnote?

14   A    Are you saying that the advertisement was in Jarrel's

15   deposition or testimony, as well?  I'm confused about the

16   question.  I'm sorry.

17   Q    I'm trying to figure out whether, sir, you have an answer

18   to my question, which is did you ever explain to the Court

19   when you were talking about the facts that you say are

20   discerned, did you ever explain how it is that you got from an

21   ad that refers to Larry to this statement about companies who

22   supposedly placed the ad?

23   A    I think I answered that question a few paragraphs ago,

24   which was basically my understanding, from reading the

25   testimony or deposition of Jarrel, was that Larry Jarrel had
```

 1    or used one or both of those phone numbers for multiple -- in

 2    these multiple companies that he was involved with.  That was

 3    my understanding, and that's what I based and took as fact to

 4    further my evaluation.

 5    Q    And that's an understanding you had, sir, from talking to

 6    Ms. Hatfield, isn't it?

 7    A    No, I read the deposition.

 8    Q    The truth is, sir, that you saw these ads for the first

 9    time the night before your deposition, Ms. Hatfield tried to

10    get you to talk about them at your deposition, and you said

11    then that they have nothing to do with your opinions, right?

12             MS. HATFIELD:  Objection; compound.

13             THE COURT:  I'm sorry?

14             MS. HATFIELD:  Compound.

15             THE COURT:  Overruled.  You can answer.

16             If you're able to answer the question.

17             THE WITNESS:  I do recall seeing them before the

18    deposition in Boston, yes.  And what was the other part of the

19    question?

20    BY MR. GALLAGHER:

21    Q    And do you recall testifying, sir, that these ads have

22    nothing to do with your opinions?

23             Actually, first let me ask, and do you recall

24    testifying, sir, that you saw them actually the night before

25    your deposition and that they have nothing to do with your

```
 1  opinions?
 2  A    Well, there's two questions, so I'll answer the first
 3  one.
 4       I physically saw them in my hand the night before
 5  the deposition when I met with Mara when she was coming to
 6  town for the deposition.  I had heard about them before that
 7  point in time.  But at the time I was being deposed, I believe
 8  I had only written two of the four reports and had not come to
 9  any significant conclusions, or my conclusions and my opinions
10  were incomplete, because there was still missing information
11  from the record.  We didn't have, right up through even my
12  fourth report, everything related to what was going on with
13  the soil manifesting process, and even some of the testing
14  still I'm not -- haven't seen to date.
15       So it was an incomplete record, and when I was
16  deposed, whatever I answered is what I answered, and I stand
17  by those answers.
18  Q    At your deposition, you said these have nothing to do
19  with your opinions, didn't you?
20  A    Well, I'd like to dispute that.  I'd like to look at
21  exactly what my answer was, because I'm not sure that -- that
22  might have been taken out of context.
23  Q    So first let me direct your attention to your deposition,
24  page 152, lines 7 through 13, where you were being examined by
25  Ms. Hatfield, I believe.
```

```
1    A    Yes, sir.

2    Q    "Question:  Is this a document that I asked you to review

3    last night?

4         "Answer:  Yes, it is."

5         Was that your testimony at your deposition?

6    A    Obviously it was, yes.

7    Q    Now, I'd like to direct your attention to your

8    deposition -- strike that.

9         And you know after Ms. Hatfield got to ask her

10   questions, Mr. Schwinghammer also got a chance to ask you some

11   questions; do you recall that?

12   A    I do recall that.

13   Q    Your deposition, page 164, lines 5 through 11.  You again

14   refer to the fact that they were shown to you the night

15   before.

16        And Mr. Schwinghammer asked:  "So these have nothing

17   to do with your opinions in the case, right?"

18        And the answer was:  "That's correct."

19   A    At the time of the deposition, that's correct.

20   Q    And between the time of your deposition and the time --

21   and December 1 of last year, when your written direct

22   examination was submitted to the Court, you never served any

23   supplemental report, any supplemental affidavit, setting forth

24   any opinions concerning the Jarrel ads, did you?

25   A    I'd have to review that.
```

1          This is the third report you were talking about, the

2    affidavit?

3    Q    Just so we're --

4    A    On December 1?

5    Q    Just so we're clear on the chronology, you served the

6    first report in May of 2016 that we referred to yesterday, and

7    the supplement in August of 2016 that we talked about today,

8    correct?

9    A    And the deposition, yes, sir.

10   Q    Then you were deposed.

11   A    Yes.

12   Q    And then on December 1st of last year, you filed -- or

13   the lawyers filed your written direct examination with the

14   Court, right?

15   A    That's correct.

16   Q    And then since then, in the personal injury cases, you've

17   served a new report there, as well.  But since your direct

18   examination was written and signed by you on December 1st of

19   last year, right?

20   A    I guess so.  I treat this all as one project.  I don't

21   really discern between -- I haven't been asked to discern

22   between these two cases, so . . .

23   Q    So what I'm asking you, sir, is between the time you were

24   deposed in September of 2016 --

25   A    Yes.

```
1   Q    -- and the time that you submitted a written direct to

2   the Court on December 1 of 2017, you never prepared and the

3   lawyers never provided any supplement to those two reports

4   that you had served before your deposition, right?

5   A    Provided to the Court?

6   Q    Provided to us.

7   A    "Us" being defense?

8   Q    Being UTC, Pratt & Whitney.

9   A    I didn't author anything between the second and the third

10  reports, but I did appear for deposition.

11  Q    In your direct examination, sir, paragraph 46, you say:

12  "According to available aerial imagery and permit files, no

13  excavations or other fill-generating activities were occurring

14  on any properties in the vicinity of Pratt & Whitney at this

15  time."

16        Is that what you say in that paragraph?

17  A    And I'm -- is there a way to find that in here?  I'm

18  sorry.

19  Q    Do you have a binder there that --

20  A    Oh, it's in the binder, thank you.

21  Q    Yeah, has a tab for direct, I think, and then just turn

22  to the page 8.

23  A    Thank you.

24  Q    So do you see that, what I read, paragraph 46?

25  A    I'm almost there.  I'm sorry.  Thank you.
```

```
 1              Yes, I see that.

 2   Q    You refer here to aerial imagery.  Is there something you

 3   claim to have looked at or examined to reach this conclusion

 4   you state about the facts in paragraph 46?

 5   A    Well, there's Google Earth imagery, which is readily

 6   available public information.

 7   Q    And you claim somehow to have -- well, first, did you

 8   look at some what you characterize here as aerial imagery?

 9   A    I looked at numerous maps, aerial imagery, USGS records

10   throughout this process, yes.

11   Q    And did you study them and examine them closely and

12   carefully before providing this statement to the Court about

13   what you say are the facts that you can discern?

14   A    Yes, I did.

15   Q    Here, your footnote to this statement in paragraph 46

16   refers to something called exhibit I.  Do you see that?

17   A    I do see that.

18   Q    And that footnote says:  "Exhibit I, see specifically,"

19   right?

20   A    I see that, yes, sir.

21   Q    Did you know that the lawyers filed with the Court a

22   notice of materials that sets forth what they characterized as

23   the documents cited in your testimony, in your testimony, for

24   the facts that you've relied upon?

25   A    I'm sorry, am I aware . . .
```

```
 1   Q    Well, let me just ask it this way, sir.  I've got up on

 2   the screen the first page of docket entry 367 that's entitled

 3   "Notice of Serving and Filing Documents Regarding UTC"

 4   practices that states here:  "These are documents cited in the

 5   testimony of experts Kaltofen and Moore for facts they relied

 6   upon."

 7   A    I do see that.

 8   Q    Here in the first page you see exhibit A, B and C, right?

 9   A    Yes, sir.

10   Q    And what we're looking for here is exhibit I that you

11   said to look at specifically if you wanted to see the aerial

12   imagery that you claim to have studied closely and examined to

13   reach your conclusions in this case, right?

14   A    That's correct.

15   Q    So let's page ahead.  Here we have exhibit D, E, F and G,

16   right?

17   A    That's correct.

18   Q    And then we page ahead, and we have exhibit H, right?

19   A    Yes.

20   Q    And then there is no I, is there, sir?

21   A    No, there is not.

22   Q    You didn't examine any aerial photography closely or

23   otherwise, did you, sir?

24   A    I did examine aerial photography, and I guess as a means

25   of explanation as to why there's no exhibit I, the compilation
```

1   of the exhibits was being done by attorneys outside of --

2   outside -- you know, when I, in forming my opinions and trying

3   to list all these facts, we were pulling documents from all

4   over the place, from different testimonies, from all these

5   different reports, and trying to put them into one series of

6   exhibits to probably cut down on the amount of appraisal work

7   the Court had to deal with, and it appears as though it didn't

8   make it into this list of exhibits that was compiled.

9   Q     You --

10  A     But it was fully my intent to rely on that, and I still

11  rely on it and recall those images, to some extent, from

12  memory.

13  Q     Sir, you refer to their -- to the process where "we," you

14  used the expression "we" were pulling stuff together.  That

15  was you and Ms. Hatfield, wasn't it?

16  A     And other people from the law firm, yes, sir.  It's my

17  understanding if the experts shared an exhibit, there was no

18  reason to include it under every single individual's report.

19  I believe that's -- that was my understanding.

20  Q     I've called up paragraph 34 of your direct examination,

21  where you comment about the testimony of Frank Trujillo

22  concerning the route he took when he was driving from the UTC

23  campus to Magnum.  Do you see that?

24  A     I do see that.

25  Q     Now, you know, sir, that this trucker, Mr. Trujillo, does

```
 1   not have a clear memory of the route he took almost 20 years

 2   ago or when an exit was added to the turnpike.  But you're

 3   suggesting here that when he got the route wrong at his

 4   deposition, that he was lying, aren't you, sir?

 5   A    That's not what that says.

 6           MS. HATFIELD:  Objection.

 7           THE COURT:  I'm sorry?

 8           MS. HATFIELD:  Compound.

 9           THE COURT:  Overruled.

10           THE WITNESS:  That's not what that -- you're

11   characterizing my opinion incorrectly.  He explained he

12   delivered his deliveries from the UTC campus.  This is very

13   explicit -- to Magnum by using turnpike exits on Jog and

14   Beeline Highway.

15   BY MR. GALLAGHER:

16   Q    Right.  And you're?

17   A    That was in his testimony.

18   Q    Right.  And I apologize.  I didn't know you were still

19   going.

20   A    I have to slow down.

21   Q    You included this as one of the facts you claim to have

22   discerned in your direct examination because you want to

23   suggest that he wasn't just mistaken in describing the route

24   that he took, but that he, Mr. Trujillo, was somehow being

25   dishonest in his testimony, right, sir?
```

```
 1    A     No, I took this as a fact because he testified to it.

 2    Q     Well, even though he also testified that it's been a

 3    while and he may be mistaken and he just doesn't remember

 4    that, you never described that uncertainty or his other

 5    testimony in your narrative description to the Court, do you?

 6    A     I don't think I went any deeper than this fact.

 7    Q     You leave out any description of Mr. Trujillo's testimony

 8    explaining the route that he took before the exit you refer to

 9    here was opened on the turnpike and his testimony that it's

10    been a while, so his memory about the route he took is a

11    little fuzzy, right?

12    A     I do recall him speaking about something like that in the

13    testimony, yes.

14    Q     But you don't say that in your direct testimony to the

15    Court, do you?  You leave that part out.

16    A     Well, his testimony was taken as a whole, and I reviewed

17    the entire testimony.  So insofar as how well he reclaimed

18    (sic) his drive from UTC to Magnum, this is the best I could

19    discern from his testimony.

20           There was some other language in his testimony about

21    his memory, and I have to think about the timeline of this,

22    too, because there's dates when he was working and wasn't

23    working that was also offered in his testimony.

24    Q     In fact, sir, you know that this whole story about

25    Mr. Trujillo is an important part of what the plaintiffs want
```

1  to present, because their trucking theory -- for their

2  trucking theory to work, they have to say that Mr. Trujillo is

3  lying, don't they?

4  A    Are you asking me to render an opinion right now about --

5  I'm confused about what you want me to -- how you want me to

6  answer that question.

7  Q    No, I'm just asking, you know, why -- well, let me ask it

8  differently.

9         You included this in your narrative --

10 A    Yes.

11 Q    -- the facts you claim to have discerned, because you

12 know that it's important for the plaintiffs' story, if they

13 want to establish this trucking conspiracy, for them to prove

14 that Mr. Trujillo wasn't just mistaken, but that he was

15 somehow lying, right?

16 A    The reason this was included in my report is because this

17 serves as one of many kind of red flags that the records

18 related to where waste left UTC, that was destined, or

19 allegedly destined or purported to go to Magnum, cannot

20 really -- you can't really reconstitute or demonstrate that

21 all that soil got there.

22 Q    The plaintiffs' theory reflected in your direct is that

23 while Tru Trucking supplied fill to some homes in The Acreage

24 around the same time they also had this trucking job for

25 Magnum, where they picked up contaminated soil from Pratt &

1   Whitney, it must be that they actually diverted the

2   contaminated soil they were supposed to take to Magnum and

3   just dumped it in The Acreage, right?  That's the theory?

4   A    Well, you're stating a theory that I don't believe fully

5   aligns with my opinion, so . . .

6   Q    The evidence, sir, is that Tru Trucking did not take fill

7   from Pratt & Whitney to The Acreage, never did, ever, right?

8   A    The facts of the case do not -- do not show where all of

9   the soil that left the UTC campus destined for Magnum

10  facility, whichever Magnum facility they were purportedly

11  taking it to, that it can be confirmed that all of that soil

12  went to those destinations, or destination.

13  Q    You know, sir, that the evidence in the case is that Tru

14  Trucking never took soil from Pratt & Whitney to The Acreage,

15  and you know that because that's Mr. Trujillo's sworn

16  testimony, isn't it?

17  A    You're asking me to accept your statement as a fact,

18  which runs contrary to much of the material that was presented

19  as indicators that the controls were in place to make sure the

20  soil got to the destined facility were sufficient to make sure

21  it got there.

22  Q    You know, sir, that Mr. Trujillo, in his deposition --

23  actually, he has two -- that he took the same oath you gave

24  today, the oath to tell the truth, and that his sworn

25  testimony is that he and his company never took fill from

1    Pratt & Whitney to The Acreage, right, sir?

2    A    If that is in his testimony, then that is what I believe

3    he said.

4    Q    Well, he testified that, in fact, the materials in these

5    liens -- well, first, a detail that I want to make sure is

6    clear.

7              You know, because you say it in your direct

8    examination, that Tru Trucking was hired by Magnum, not Pratt

9    & Whitney, right?

10   A    Because of the --

11             THE COURT:  I'm sorry.  Hold on.

12             Yes?

13             MS. HATFIELD:  Your Honor, we request that the

14   counsel not paraphrase the testimony and actually reference

15   the testimony that he's discussing.  It's incorrectly

16   paraphrased.

17             MR. GALLAGHER:  Sure, Your Honor.

18   BY MR. GALLAGHER:

19   Q    Paragraph 33:  "The owner/transporter for Tru Trucking,

20   Frank Trujillo, son of Caridad Trujillo, was the last person

21   associated with Tru Trucking to provide testimony, and he

22   confirmed that he was routinely hired by Magnum and paid by

23   Magnum to haul soil from Pratt & Whitney to Magnum."

24             That is your direct, isn't it?

25   A    That is what I wrote, yes, sir.

1    Q    So if it's the case that Mr. Trujillo, or Tru Trucking,

2    diverted from what they were hired by Magnum to do, there's no

3    evidence at all that that was because of anything Pratt &

4    Whitney told them to do, is there?

5    A    Well, the statement that you're referring to here says

6    "routinely." And the volume of soil -- and this is -- I

7    started to answer this question before.  Because the volume of

8    soil that came offsite was so large, and the contractual

9    relationships between the different truckers and the

10   consultants and Pratt & Whitney and all of the different

11   entities on-site was so convoluted, it's really impossible to

12   reconstitute each time who was paying for what.

13           So the word "routinely" was used because it was my

14   understanding it was in their routine.  That doesn't mean it

15   was exclusive to all other contractual arrangements.

16           Does that answer your question?

17   Q    No, but I'll move on.

18           You refer, sir, in your testimony to the Court to

19   what you call the Tru Trucking liens or liens that involve Tru

20   Trucking.  Do you recall that?

21   A    Yes, I do.

22   Q    And I've called up what is docket entry 367-41.  These

23   are the liens you're referring to?

24   A    Yes, sir.

25   Q    And you see here on the first page, there's a reference

 1   to fill number 2, sand and rock.  Do you see that?

 2   A    Yes, I do.

 3   Q    Mr. Trujillo's testimony just last week is that fill

 4   number 2 -- which is also known as topsoil -- that, he

 5   obtained from Palm Beach Aggregates.  Sand referenced here

 6   came from United Dredging.  And rock referred to here came

 7   from a place called White Rock, in Miami.

 8        Are you familiar with that testimony he gave last

 9   week?

10   A    I don't believe I reviewed his testimony from last week,

11   so . . .

12        MR. GALLAGHER:  Sorry, I need a moment.

13   BY MR. GALLAGHER:

14   Q    Okay.  So you see here in this transcript I'm showing you

15   from Mr. Trujillo's January 3rd, 2018, deposition, where he is

16   asked:  "So according to this, Tru Trucking delivered fill

17   number 2, sand and rock on August 24th, 2000, to this address,

18   correct?"

19        And he says:  "Correct."

20        And that's a reference to the lien we were just

21   looking at.

22        MR. SCAROLA:  Excuse me, Your Honor.  I have a

23   procedural question.  I don't know whether this deposition has

24   been filed with the Court or not, and Your Honor raised some

25   concern earlier about the extent to which information filed

1    with the Court was or was not going to be considered as part

2    of this hearing.  So we don't want to waive a hearsay

3    objection if it is Your Honor's intention not to consider

4    information that has been filed but not properly presented in

5    the context of this hearing.

6              THE COURT:  Well, I have no intention of, at this

7    point, of relying on this deposition.  I think he's trying to

8    impeach his opinions based upon this information and ask him,

9    well, assuming this is what his testimony is --

10             MR. SCAROLA:  Which he has testified he has not

11   seen, which obviously was not even taken until after his

12   testimony was proffered to the Court.

13             THE COURT:  I understand that, but I guess he's

14   asking him now that we have this testimony, does it affect

15   your opinion in any way.  I -- you're not denying that this

16   was what his testimony was.

17             MR. SCAROLA:  I am not denying that Mr. Trujillo's

18   deposition was taken on January 3rd.  I'm not denying that

19   this is an accurate transcript.  But it is also true that

20   Mr. Trujillo said, all I can tell you is what I did; I can't

21   tell you what any other driver for Tru Trucking did.

22             So I am concerned about taking out excerpts from the

23   deposition if the Court is not considering the deposition

24   testimony in the context that it was given.  That's the only

25   reason for my procedural objection, sir.

```
 1              THE COURT:  All right.  Well --

 2              MR. GALLAGHER:  And --

 3              THE COURT:  Again, I'm not aware that this

 4   deposition is being presented for me to consider for purposes

 5   of this hearing.

 6              MR. GALLAGHER:  And I'd be happy to do that, Your

 7   Honor.  I was using it for the purpose you mentioned.

 8   BY MR. GALLAGHER:

 9   Q    So, sir, do you see here where Mr. Trujillo is asked, you

10   know, where he got, where Tru Trucking got the material, fill

11   number 2, sand and rock, that's referenced in that lien?  Do

12   you see that?

13   A    Yes, it says:  "On August 24th, 2000, to this address."

14   Q    What he explains is they buy it from different mines,

15   depending what the material was.  He says:  "The rock came out

16   of Miami, a place called White Rock.  Sometimes it would come

17   out of Palm Beach Agg., because for a septic tank, the rock

18   had to have certain spec, or it wouldn't pass county specs.

19   The sand back then would come from United Dredging, and the

20   topsoil" -- that's that fill number 2 -- "would come out of

21   Palm Beach Agg."

22              Do you see that?

23   A    Yes, I believe you read that correctly.

24   Q    And he also said that:  "This material did not come from

25   Pratt & Whitney."  Do you see that, line 15, "not Pratt &
```

```
 1   Whitney, the company?
 2           "Answer:  Right.  Pratt & Whitney Road" --
 3           I'm sorry.  I have the wrong place.
 4   A    You . . .
 5   Q    Line 20 to 22:  "Did you ever purchase or obtain fill
 6   number 2 sand or rock from Pratt & Whitney?
 7           "Answer:  No, sir."
 8           That was his testimony last week.  Do you see that?
 9   A    Yes, you read that correctly.
10   Q    Does that, sir, change your opinion, if you have one,
11   about where the fill, sand and rock that's referred to in
12   those liens you looked at, where that came from?
13   A    For August 24th, 2000, the reference on the -- in the
14   other thing that you just put away, the testimony, does this
15   change my opinion?  I don't have an opinion about where this
16   rock came from, because this fill in this instance he's
17   testifying it came from those locations.
18           So I have no reason to dispute that on this day at
19   this instance, the fill came from where he reported it came
20   from.
21   Q    I've paged ahead in docket entry 367-41 to a lien dated
22   October 26, 2000, that refers to shell rock.  Do you see that?
23   A    I do see that.
24   Q    And did you know last week that Mr. Trujillo explained
25   that that comes from Palm Beach Aggregates, not Pratt &
```

```
 1   Whitney?
 2   A    I guess generally because you're paraphrasing his
 3   testimony, I would have to say I understand that to be the
 4   case, but I haven't reviewed his testimony.
 5   Q    I'm going to show you page 26 of Mr. Trujillo's
 6   deposition from last week, lines 11 through 24, where he
 7   explains -- he's asked where did you get shell rock?  And he
 8   says Palm Beach Aggregates.
 9            And he's asked:  "Any other sources for shell rock?"
10            And he says:  "No, not shell rock."
11            And then he's asked:  "And did Tru Trucking ever
12   obtain shell rock from Pratt & Whitney?"
13            And he says:  "No, sir, never."
14            Do you see that?
15   A    Yes.
16   Q    Does that change your opinion, if you have one, about
17   where the materials that Tru Trucking delivered to The Acreage
18   when it was providing fill or other materials, whether those
19   came from Pratt & Whitney or not?
20   A    Well, again, his testimony's not --
21            THE COURT:  Hold on.
22            Yes?
23            MS. HATFIELD:  We would like for counsel to read the
24   objections, both at the top and the bottom of the testimony,
25   for the record.
```

```
 1              THE COURT:  Okay.

 2              MR. GALLAGHER:  Sure.

 3              Mr. Scarola objected:  "Objection, no proper

 4  predicate.  So the record is clear, my predicate objections

 5  are based upon a failure to establish this witness' personal

 6  knowledge with regard to what Tru Trucking did, as opposed to

 7  what Frank Trujillo did."

 8  BY MR. GALLAGHER:

 9  Q    Do you see that?

10              And then the other objection they want me to read is

11  at the bottom of the page:  "Same objection," Mr. Scarola

12  says, "no proper predicate."

13  A    If you can leave it here one second?  Sorry.

14              Yes, I read that objection.

15              And then the next one?

16  BY MR. GALLAGHER:

17  Q    Mr. Scarola says:  "Same objection, no proper predicate."

18  Do you see that?  At the bottom.

19  A    Oh, beginning on this page?  "Yes, same objection, no

20  proper," and then the next page.

21  Q    And what you say in your direct testimony is that

22  Mr. Trujillo was the owner of Tru Trucking, right?

23  A    I believe he was, yes.

24  Q    And you know that his testimony is that he's the guy who

25  was not only a trucker at Tru Trucking, but he was also the
```

1   dispatcher at Tru Trucking, who told the truckers where to go;

2   did you know that?

3   A    If it's in his testimony I would have reviewed it, but I

4   don't specifically recall seeing that off the top of my head,

5   I'm sorry.

6            Is this from January 3rd, or is this from his

7   previous testimony?

8   Q    I'm showing you Mr. Trujillo's deposition last week.

9   A    Okay.

10  Q    January 3rd, page 28, lines 3 and following:  "Who did

11  the dispatching for Tru Trucking?  Did you do that?

12           "Yes, sir, I did.

13           "Question:  Did you tell people where to go?

14           "Yes, sir, I did.

15           "Question:  So when there were drivers going out on

16  their jobs, are you the one who told them?

17           "Answer:  Yes, sir.

18           "Did you tell them where to go to pick up the

19  material?

20           "Yes, sir.

21           "So did you ever tell a driver at Tru Trucking to go

22  pick up material from Pratt & Whitney for delivery to The

23  Acreage?"

24           And his answer was:  "No, sir, I didn't."

25           Do you see that?

```
1    A     I do see that.

2    Q     Does that affect your opinion, if you have one, about

3    whether Tru Trucking was ever the source of fill in the

4    proposed class area that came from Pratt & Whitney, as opposed

5    to some other source that they used?

6          Let me ask that differently.  I'm sorry.

7          Does that change your opinion, if you have one,

8    about whether Tru Trucking ever obtained fill or other

9    materials from Pratt & Whitney for delivery to The Acreage?

10   A     Specific to Tru Trucking, you said -- I'm sorry, can you

11   repeat the question?  I apologize.

12         MR. GALLAGHER:  Could I just actually have it read

13   back?

14         THE WITNESS:  Yeah, read back, that's fine.

15      (The court reporter read back the requested portion of

16   the transcript.)

17         THE WITNESS:  I'm not sure that my opinion is

18   properly characterized in that question insofar as I don't

19   believe my opinion hinged upon Tru Trucking being the one or

20   only means by which material could have been physically

21   relocated from UTC to The Acreage.

22   BY MR. GALLAGHER:

23   Q     In your direct examination to the Court, you refer to Tru

24   Trucking as the transporter, don't you?

25   A     Yes, that's how that's written.
```

```
 1   Q     If you look ahead, if you have a copy of your direct
 2   examination up there, if you would, please turn and look at
 3   paragraph 50.
 4              Do you have that in front of you, sir?
 5   A     I do.  I'm reviewing it.
 6   Q     Have you reviewed it?
 7   A     I have reviewed it, yes.
 8   Q     Earlier when I was asking about the chart you attached to
 9   your second expert report, I showed you this.
10              You recall that?
11   A     Yes, I do.
12   Q     In paragraph 50, you say that you reference an opinion
13   that you reached with a reasonable degree of scientific
14   certainty.  Those are your words, "reasonable degree of
15   scientific certainty?"
16   A     Those are my words.
17   Q     What field of science were you applying in discerning the
18   facts that you talk about in your written direct?
19   A     Well, the field of science specifically?  Are you asking
20   me to say -- are you asking me if my experience -- what of my
21   experiences I relied on in rendering my opinions, or . . .
22   Q     Were you relying on any field of science in discerning
23   the facts that you narrate in your direct testimony?
24   A     Yes.
25   Q     What field of science do you claim to have relied upon in
```

```
 1   your direct testimony to discern the facts that you narrate

 2   for the Court?

 3   A     Those would be the same exact fields of science I rely

 4   upon in my day-to-day typical business operations as an

 5   environmental consultant, which include geology, hydrogeology,

 6   hydrology, chemistry, physics, most of the major scientific

 7   fields, I would say.

 8            MR. GALLAGHER:  I have no further questions, Your

 9   Honor.

10            THE COURT:  Thank you.

11            Should we take a break before the redirect, or

12   you're going to be a while?  How long do you think you'll be?

13            MS. HATFIELD:  I -- somewhere between 20 minutes and

14   30.

15            THE COURT:  Why don't we try and finish it, then,

16   before we take a break.  All right?

17            MS. HATFIELD:  I was just looking over at counsel

18   bench, because they make fun of me once in a while when we

19   have redirect in deposition, that sometimes I underestimate,

20   but I will try to be 20 to 30 minutes.

21            THE COURT:  You're not the only one that

22   underestimates.

23            MS. HATFIELD:  All right.  In a good way.

24            MR. SCAROLA:  She's been mentored by a great

25   underestimator, Your Honor.
```

```
 1                      Redirect Examination
 2   BY MS. HATFIELD:
 3   Q     Good morning, Mr. Moore.
 4   A     Good morning.
 5   Q     So just a moment ago, you were asked what sort of science
 6   you were using when you discerned the facts and came up with
 7   your opinions in this case.  Did you rely on~-- and your
 8   answer was that you relied on your experience that you use day
 9   to day?
10   A     Yes.
11   Q     What is it that you do day to day?
12   A     Day to day, I manage waste site cleanup activities --
13   it's a rather large umbrella -- for numerous oil or hazardous
14   material release sites located throughout New England.
15   Q     And in your direct affidavit, the first paragraph says:
16   "My current CV is attached as exhibit 1.  My experience as a
17   licensed site professional and professional geologist
18   qualifies me to render the following opinions."
19             What is a licensed site professional?
20   A     A licensed site professional is a state-licensed
21   individual in the Commonwealth of Massachusetts, who is
22   authorized to render waste site cleanup decision -- waste site
23   cleanup decisions and opinions.  And in Massachusetts, it's a
24   privatized program, which means the individual is allowed to
25   use their experience and their license to certify that cleanup
```

```
 1   activities are complying with state, federal, municipal laws.
 2   Q    Did you refer to the distinction between states that
 3   allow that privatization and states that don't as a~-- the
 4   difference between a mother-may-I state and otherwise in your
 5   deposition with Mr. Schwinghammer?
 6   A    Yes.  That's an industry term.
 7   Q    Throughout your disclosures in this case, including your
 8   deposition, have you always stated that you relied upon your
 9   experience as a licensed site professional in part of your
10   delivery of opinions in this case?
11   A    I believe I always have, yes.
12   Q    Earlier, you were discussing your supplement to your
13   original declaration, the one filed on -- sorry, one moment.
14        MS. HATFIELD:  I apologize.  I lost my spot.
15   Actually, I'll move on and get back to that.
16   BY MS. HATFIELD:
17   Q    Do you recall your testimony earlier regarding the --
18   Mr. Gallagher had some questions for you about whether you had
19   an opinion on a trucking conspiracy in this case.  Do you have
20   any opinion as to whether there was a trucking conspiracy in
21   this case?
22   A    As for a conspiracy, I do not.
23   Q    Were you ever asked to provide any opinion regarding the
24   intent of any of the actors involved in the many records and
25   depositions that you reviewed?
```

```
1    A     No, I have not.

2    Q     Have you reviewed all of the documentation that is listed

3    in your direct affidavit to the Court?

4    A     Yes, I have.

5    Q     I'd like to direct your attention to paragraph 52 of your

6    direct affidavit.

7    A     Okay.

8    Q     It reads:  "This opinion is also based on the fact that

9    insufficient, incomplete records exist that clearly and

10   concisely identify the ultimate disposition of waste materials

11   excavated from the UTC campus."

12         Can you describe for the Court a little bit of what

13   you meant by the insufficient and incomplete records that

14   existing (sic)?

15   A     As I alluded to earlier in one of my answers, there were

16   some red flags in previous regulatory submittals and

17   documentation that were affiliated with the cleanup of the UTC

18   site, which made it difficult, if not impossible, to fully

19   reconstitute where the soil that was transported off of the

20   property ultimately went to.  We call it disposed of, or the

21   disposition of that soil.

22         So without being able to say with a certain degree

23   of certainty where that soil went, the records clearly don't

24   serve their intention of documenting that it went to the

25   disposal facility to which it was intended.
```

```
 1              So, as a result, when they reported these, in the
 2   reports that they filed, the manifests were either incomplete
 3   or not included in those reports.
 4   Q    Is it fair to say that your opinion is that there is an
 5   absence of records to clearly discern where the materials from
 6   Pratt & Whitney went and whether they actually arrived at
 7   Magnum?
 8              THE COURT:  Hold on.
 9              MR. GALLAGHER:  Leading, Your Honor.
10              THE COURT:  Sustained.
11   BY MS. HATFIELD:
12   Q    Okay.  Is it fair to describe your opinion as a opinion
13   of --
14              THE COURT:  Just ask him what his opinion is.
15              MS. HATFIELD:  Okay.  Fair enough.
16              THE COURT:  Avoid the leading.
17   BY MS. HATFIELD:
18   Q    Would you feel responsible providing an opinion, such as
19   what you've described, without all of the records and data in
20   front of you?
21   A    I would feel that that would be irresponsible to provide
22   opinion without reviewing the extensive records, yes.
23   Q    And when did you understand the discovery was closing on
24   the transport issues that you were giving an opinion about?
25   A    I actually don't recall the date, I'm sorry.
```

```
1   Q    Did -- did you feel at any time prior to your delivery of

2   the affidavit on December 1st to counsel for filing that you

3   had records sufficient to supplement your declaration?

4   A    I believe I specifically stated in the supplemental

5   declaration that not all the records -- that it was my

6   understanding that not all of the records were available for

7   review at that time.  So what I was writing about was based on

8   an incomplete review.

9   Q    Do you recall whether your declaration, your supplemental

10  declaration, was filed and addressed the need to support a

11  motion to seek additional records?

12  A    I'm not sure if it was the original or this one, but I

13  know that I wrote in these reports that it was my

14  understanding that not all the records have been offered or

15  obtained for these transport issues, so I made sure to include

16  that in those submittals.  I'm sorry I can't specifically

17  point to it, but I could if given enough time.

18  Q    Earlier in your testimony with Mr. Gallagher, you

19  referred to the fact that the transport route was one of the

20  red flags, I believe you used, that concerned you regarding

21  this absence of material to confirm where the materials went.

22          Are there other red flags in addition to the route?

23  A    Yes, there are.

24  Q    Where are -- do those red flags appear in your

25  declaration?
```

```
1   A    I'm not sure they're specifically itemized, but I can

2   recall a couple of them off the top, or we could go through

3   the declaration line by line and . . .

4   Q    We're not going to do that today.

5   A    Okay.

6   Q    So your opinion basically provides facts, and there are

7   different areas that are delineated.  One of the ones that

8   Mr. Gallagher went through was the issue with Tru Trucking and

9   the issues with Earthworks Recycling.

10           Are all of the bulleted issues that are in your

11  affidavit red flags?

12  A    You're talking about bulleted under paragraph 2?

13  Q    Yes.

14  A    Well, there's a lot covered there, but I think the intent

15  there is to show that these -- I believe that all the red

16  flags I identified fall within those bulleted items.

17  Q    You were shown some testimony of Mr. Trujillo that was

18  taken last week just this morning, and you were asked whether

19  that testimony allows you to determine that Tru Trucking never

20  provided soil from UTC to The Acreage.

21           Do you recall that line of questioning?

22  A    Yes, I do.

23  Q    And there was instance where the deposition was shown,

24  and Mr. Trujillo described himself as the dispatcher of Tru

25  Trucking.  Do you recall that?
```

```
 1   A     I do.

 2   Q     Do you recall in your testimony at -- under the "Tru

 3   Trucking, the Transporter," headline that Mr. Gallagher

 4   mentioned, the paragraphs 28 through 30, which reference the

 5   deposition of Caridad Trujillo?

 6   A     Yes, I do.

 7   Q     Do you recall reading the testimony of Caridad Trujillo?

 8   A     In general terms.  Yeah, I've read a lot of testimony.

 9   Q     Does the fact that Ms. Trujillo -- strike that.

10         Do you stand by the material cited in your affidavit

11   regarding Caridad Trujillo?

12   A     Yes.

13   Q     Does anything that was read to you about Mr. Trujillo,

14   the son of Caridad, being the dispatcher for Tru Trucking, in

15   any way change the opinion that Tru Trucking is a red flag

16   based on the totality of the evidence regarding Tru Trucking

17   cited in your affidavit?

18   A     No, it does not.

19   Q     In the very beginning of your testimony, you were asked

20   some questions about the fact that you were hired by an

21   official engagement letter for a report in May of 2016.

22         Do you recall that line of questioning?

23   A     I do.

24   Q     Do you recall also that Mr. Gallagher asked you whether

25   you first started working for plaintiffs was for some
```

 1   assistance with the sample-taking of the UTC site inspections?

 2   A    Yes, I -- yes.

 3   Q    And do you recall there was more than one site

 4   inspection?

 5   A    Yes, I do recall that.

 6   Q    So if the first site inspection was June of 2015, then it

 7   was since June of 2015 that you have been working with the

 8   plaintiffs on this case?

 9   A    That I've been working on this as a project, yes.

10   Q    Do you recall whether you reviewed any maps and

11   documentation regarding the Pratt & Whitney facility prior to

12   the original site inspection?

13   A    Yes, I do recall.  I reviewed numerous documents,

14   including those available from USGS and from an online

15   database platform called Oculus, which I believe is hosted by

16   the Florida Department of Environmental Protection.

17   Q    Are those the sort of materials that you would

18   customarily rely upon in your work as a licensed site

19   professional?

20   A    Yes, they are.

21   Q    In addition to those materials that you began reviewing

22   since June of 2015, are the liens that were discussed today

23   with Mr. Gallagher a part of the sort of documentation that

24   you would review when doing a site assessment?

25   A    Yes, they are.  They exemplify the type of public records

1    that would be required that a qualified environmental

2    professional review in the course of looking at -- looking for

3    recognized environmental concerns at any given property using

4    ASTM standards.

5    Q     And what are ASTM standards?

6    A     The American Society for Testing and Materials isn't --

7    it's not a company; it's an entity which provides standardized

8    testing methods for all sorts of aspects of the civil and

9    engineering and environmental industries.

10   Q     You were asked some questions about the fact that exhibit

11   I does not appear in the filing of the documents that were

12   relied upon by you and by Dr. Kaltofen.

13         Did you, in fact, review aerial images of the

14   properties surrounding Pratt & Whitney at the time of the ad

15   that was exhibit H to the deposition of Debbie Jarrel?

16   A     I did.

17   Q     Are you able to file documents through CM/ECF, which is

18   the portal that we lawyers use to file documents with the

19   Court?

20   A     I'm sorry, I don't even know what that acronym is.

21   Q     Was it your intent that those documents be filed?

22   A     Yes, it was.

23   Q     If we had asked for those documents at any time between

24   December 1st and today, when they were first disclosed, if it

25   had been brought to your attention that they were not there,

1    would you have been able to provide them?

2    A    Absolutely.

3    Q    Your declaration discusses the fact that there was a area

4    at Pratt & Whitney that included some metal shavings and chips

5    in the scrapyard during the remediation of 2000 that caused

6    you some concern.

7              Do you recall that portion of your testimony?

8    A    Yes, I do.

9              MR. GALLAGHER:  Your Honor, we're beyond the scope

10   of cross-examination.

11             THE COURT:  Overruled.

12   BY MS. HATFIELD:

13   Q    Whatever your concerns about the -- that metal shavings

14   and chips in the 2000 remediation?

15   A    Well, my concern was raised that there were numerous

16   e-mails and internal communication that was brought up either

17   in testimony or as exhibits to previous testimony which

18   referred to TD nickel material both in bulk form and in its

19   waste products, and there was reference also to drums being

20   buried on the UTC property which contained cyanide and

21   radioactive materials, and there were maps showing where they

22   were purportedly interned in the ground at or near the same

23   location where the records indicated they had created a

24   landfill where they were also dumping excess chemicals, waste

25   and trash, and incinerating that in those pits before burying

```
 1   it in the ground.
 2           And this is all generally in the south middle
 3   portion of the Pratt & Whitney property, where the waste
 4   lagoons are.  And this area was subjected to some form of
 5   remediation, but it's not entirely clear that the degree to
 6   which that was successful, because further on, as the -- prior
 7   to the remediation taking place, these internal e-mails were
 8   referring to residual manmade products being present in the
 9   soil, such as shavings, or metal chips, or residual what
10   seemed like source material from processing activities at UTC.
11           Should that material have been radioactive, the fact
12   that it would be treated as a nonhazardous petroleum product
13   might not be the most appropriate way to manage that waste
14   stream during remediation.
15   Q    Were those sites that were the subject of the e-mails
16   that you were reviewing discussed in the remediation report
17   attached as exhibit A or exhibit 1 notice of filing of
18   documents relied upon by you the soil and --
19           COURT REPORTER:  I'm sorry, relied upon by you --
20   BY MS. HATFIELD:
21   Q    As exhibit A or exhibit 1 to the notice of filing the
22   soil and interim measures report dated October 2001?
23   A    That actually was one of the red flags that stood out,
24   because the report that was filed in 2001 went so far as to
25   discuss in some detail, but not in great detail, previous
```

1   remedial activities that had taken place in that area, meaning

2   previous efforts to clean up that portion of the property.

3          But nowhere in there did it discuss radioactive

4   drums being buried there or cyanide waste or the drums being

5   crushed in that area, and nowhere in there did it discuss the

6   possibility that residual levels of radioactive material may

7   still exist in that area, even though we know that there were

8   e-mails going back and forth between the different IT and

9   Pratt & Whitney people that were specifically concerned,

10  raising concerns about this radioactive material likely being

11  present in those soils.

12         So that, to me, would stand out as odd that they

13  would refer to maybe one soil remediation project in that area

14  and not another one.  So that, to me, stood out as a -- I

15  would characterize that as another red flag.

16  Q    Now, in your CV, you have listed the fact that you have

17  worked on fuel contaminated soil issues before, correct?

18  A    Fuel con -- yes.

19  Q    So if you had been doing a report on the remediation

20  process covered by the soil interim measures report written by

21  IT for Pratt & Whitney, would you have disclosed even the

22  investigation of radioactive materials at the scrapyard?

23  A    I don't know why I would talk about one and not another.

24  If I were to present the site history, which is what we do a

25  lot of times in the reports, we talk about how you are

1    characterizing your waste.  So one of the tenets of

2    environmental consulting is that you characterize the nature

3    of your impact.  And nature speaks to, well, is it petroleum,

4    is it chlorinated solvent, is it a heavy metal, is it a

5    radioactive material?  That's the nature of the impact.

6           And that's one of the very first things that you're

7    supposed to do so that you don't take something and misdirect

8    a waste stream to a location that's not permitted, licensed or

9    prepared to handle that type of waste.  It's very, very

10   important, and it's very important under federal rule, it's

11   very important under state rule, programs like TSCA and

12   RCRA --

13           COURT REPORTER:  Excuse me.

14           THE WITNESS:  I'm sorry.

15           COURT REPORTER:  Like TSCA?

16           THE WITNESS:  I think it's T-S-C-A.

17           THE COURT:  Hold on.

18           Yes, Mr. Gallagher?

19           MR. GALLAGHER:  I'm going to object, Your Honor,

20   that we are now getting brand new opinions not disclosed.

21           THE COURT:  I agree this is outside of what his

22   testimony is.  This relates to the contamination issue itself,

23   as opposed to whether or not there's been material removed

24   from the Pratt & Whitney site to The Acreage, which, as I

25   understood it, his opinion is related to the transporting of

1  contaminated soil into The Acreage, not whether or not there

2  is contamination on the Pratt & Whitney site.  So I think --

3          MS. HATFIELD:  With all due respect, Your Honor,

4  Mr. Moore's opinion is that the records regarding the soil

5  remediation --

6          THE COURT:  You need to use microphone.

7          MS. HATFIELD:  Sorry.

8          That the soil remediation of 2000-2001 is full of

9  holes in the record.  And one of those holes are the many

10 discrepancies between the 2001 interim measures report filed

11 with the DEP and what the actual records show happened.  And

12 Mr. Moore is being asked to give an opinion as a person who

13 cleans up and monitors the cleanup of sites such as this as to

14 whether those records do stand for what Pratt & Whitney has

15 maintained all through the case that they stand for, which is

16 that it's perfectly fine that none of this is in our report,

17 because it wasn't a concern.

18          So to the extent that they have relied on that

19 opinion in their response to the motion for certification and

20 in every cross of every single Pratt & Whitney engineer who

21 has been deposed about these records, Mr. Moore's opinion was

22 provided regarding that issue of both opinion and fact.

23          The second issue is that Mr. Moore's opinion

24 regarding these, the hole in the record of the soil interim

25 measures report, the IM report, is that these materials were

```
 1   not tested for, and then they went to Magnum or to The
 2   Acreage.  And even if they went to Magnum, there's an issue
 3   with proper treatment.
 4           This is discussed in his report, all the facts
 5   leading up to the opinion of these data inconsistencies and
 6   his concern about the fact that this soil, including soils
 7   from the scrapyard with this material, got to The Acreage.
 8           More importantly, what I was -- what I was leading
 9   up to, Your Honor, was the fact that in paragraph 26, he
10   discusses the fact that there was not testing done.  And
11   Mr. Moore was testifying with Mr. Gallagher that we have just
12   received those test results.
13           So to the point that Sean Gallagher and UTC are
14   making that Mr. Moore did not disclose his opinions ahead of
15   time, Mr. Moore is saying I disclosed my opinions once I had
16   all the records, then we still got more records.
17           THE COURT:  Okay.  I'm sustaining the objection.
18   BY MS. HATFIELD:
19   Q    Okay.  So you had testimony earlier in your direct with
20   Mr. Gallagher regarding the fact that you're still obtaining
21   records related to your opinion in this case.  Do you recall
22   that?
23   A    That's correct.
24   Q    Are some -- do any of these records relate to the
25   contamination that was present in the soil that is described
```

1    in the manifests allegedly taking material to Magnum?

2    A    Yes.  Some of them do, yes.

3    Q    Is one of the data inconsistencies that concerns you

4    related to UTC's inability to have those records maintained at

5    the UTC site?

6    A    Yes, which aligns with the inability to provide them in

7    the soil interim measures report, which is an industry

8    standard to include backup in your reports when you make

9    filings with a state or municipal agency.

10         So as an example, other reports offered by their

11   consultants typically have all of the manifests for that

12   particular train of soil, if you will, that have been duly

13   executed, signed off on and then included as an appendix to

14   prove that the soil went where they said it went.  But in

15   other instances, like I believe the interim measures report,

16   those records were incomplete.

17   Q    Does the interim measures report mention where the

18   manifests are located?

19   A    No, but the testimony that was just provided, which I

20   reviewed after the report, my final fourth one that was just

21   given I guess the other day or whatever, Mr. Gee (phonetic)

22   talked about them being stored on the UTC site in various

23   forms.

24   Q    Is it standard within the industry to note in an interim

25   measures report that the site will maintain the records, or is

1  it standard to send the records to the regulating entity?

2  A    In my experience, it is -- the options would be to either

3  attach it or to say we'll submit it under separate cover, and

4  that retaining them on-site is not an acceptable form of means

5  to demonstrate that the soil got to where it was supposed to

6  go.

7  Q    Is that another of the red flags that you were discussing

8  with Mr. Gallagher?

9  A    Yes.

10  Q    Does the interim measures report describe where the soil

11  at least went if it does not attach the manifests?

12  A    It provides a narrative, and I think just a narrative

13  form of description as to where it went in I think three

14  locations in the report.

15  Q    Does it ever describe soil as going to the West Palm

16  Beach Magnum facility, which is south of The Acreage?

17  A    No, it says that it went to -- well, the plan said it was

18  going to go to -- somewhere else, Fort something.  And then

19  the executive summary stated it was going to -- actually, I

20  should probably refer to that.

21  Q    We can pull it up if you would like.

22  A    Can you pull -- there were three places in the report

23  where it talked about the PCS, which stands for petroleum

24  contaminated soil, being taken to Magnum, purportedly.

25           Pompano Beach, I'm sorry.  That's the other one.

```
1    Q    Do you want us to pull it up?  We can do it.

2    A    No, you don't have to pull it up.

3    Q    So you recall that the interim measures report describes

4    taking soil to the Pompano Beach facility, and the plan

5    discusses taking it to the Fort Pierce facility?

6    A    Yes, exactly.  That's what I recall.

7    Q    Does the plan -- does the interim measures report mention

8    the West Palm Beach facility?

9    A    I don't believe so, no.

10   Q    Do you recall where the plan describes absorbent pads

11   going used to soak up free product?

12   A    Yes, but that's not the soil.  The soil is what I thought

13   we were talking about, I'm sorry.

14   Q    So the plan mentions the West Palm Beach facility, but

15   not in relation to soil?

16   A    I believe, to the best of my recollection, that's how it

17   was phrased, yes.

18   Q    Is this another red flag; that the interim measures

19   report that does not attach the Magnum manifest in accordance

20   with industry standards does not describe the location of the

21   soil's supposed destination?

22   A    I would say so, yes.

23   Q    What is the significance from the perspective of your

24   expertise of what you describe as red flags?

25   A    Well, the significance of it is --
```

```
 1              MR. GALLAGHER:  Your Honor, I'm going to object, if
 2   I may, on two grounds.  One, none of this -- actually, three
 3   grounds.
 4              None of this is in an expert report disclosed
 5   pursuant to the Court's scheduling order consistent with Rule
 6   26 in a timely fashion to us.
 7              Two, none of this is laid out in even his direct
 8   examination, which the plaintiffs continue to refer to as if
 9   though it were a report and not his direct testimony to the
10   Court.
11              And, third, everything they're covering now about
12   the interim soil measures report, if it's anything, it is
13   repeating stuff that's in his direct testimony and putting new
14   spin on it, when it's beyond the scope of my cross.
15              THE COURT:  I'll overrule the objection.
16              How close are we to finishing?
17              MS. HATFIELD:  Very, very close, Your Honor.
18   BY MS. HATFIELD:
19   Q    So do you want me to repeat the question?
20   A    Oh, yes, please.
21   Q    Okay.  What is the significance from the perspective of
22   your expertise of what you describe as red flags?
23   A    The significance of the red flags are that it is
24   impossible to reconstitute where all the soil that left the
25   UTC site went to.
```

1   Q   In your August 8th, 2016, declaration, you provided the

2   opinion that significant data gaps still remain and the

3   plaintiffs have yet to have the opportunity to review and

4   consider the full extent of soil transport from the UTC site,

5   a significant data gap.

6           As an example of the disparity between the data

7   obtained, disclosed and records withheld, the total quantity

8   of soil that was transferred off site for disposal from

9   remediation activities undertaken during calendar year alone

10  reportedly exceeded --

11          COURT REPORTER:  I'm sorry.  I couldn't hear you.

12  The total quantity of soil.  Start there, please.

13          THE COURT:  Why are we reading his opinion in some

14  other report?  What's the purpose of this?

15          MS. HATFIELD:  Because his opinion in this other

16  report is the same as the opinion in the declaration.

17          THE COURT:  Okay.  So then why do we need to tell me

18  that?

19          MS. HATFIELD:  Well, I was going to ask Mr. Moore if

20  his opinion has changed since the opinion in his original

21  report.  If I don't need to do that --

22          THE COURT:  I have a feeling you know what the

23  answer's going to be.

24          MS. HATFIELD:  I do, and if I don't need to do that,

25  I will move on.

```
 1              THE COURT:  I'm sure he's going to say it hasn't
 2   changed.
 3              Am I correct?
 4              THE WITNESS:  Yes, sir, you're correct.
 5              THE COURT:  Okay.
 6   BY MS. HATFIELD:
 7   Q    And to be clear, the interim measures report that we went
 8   over and the Tru Trucking issue that Mr. Gallagher went over
 9   are some of the red flags that are discussed in your
10   declaration, correct?
11   A    That's correct.
12   Q    What obligation exists to provide a complete record of
13   cleanup procedures that allows the polluter to confirm a
14   proper treatment of the contaminants?
15              MR. GALLAGHER:  Objection, Your Honor.
16              THE COURT:  Is this in his -- is this part of his
17   declaration?  I mean, his testimony, his direct testimony?
18              MS. HATFIELD:  Well, his testimony is that UTC
19   failed to do that, and I'm asking him what the significance of
20   that is.
21              THE COURT:  Well, he already told me the
22   significance is that you can't track where all the soil went
23   or the fill went.  That's the significance.  He's told me that
24   numerous times; that all of this recordkeeping, or lack of
25   recordkeeping, prevents us from knowing where all the soil
```

```
 1    went.
 2              MS. HATFIELD:  Okay.
 3              THE COURT:  Am I correct?
 4              THE WITNESS:  Absolutely, sir.
 5              MS. HATFIELD:  I don't have any other questions,
 6    Your Honor.
 7              THE COURT:  All right.  Thank you.
 8              We need to take a break for the reporter,
 9    Mr. Gallagher, if you have any --
10              MR. GALLAGHER:  I absolutely will do that, Your
11    Honor.  If I could just have -- after we come back, I have
12    maybe three questions.  But I understand that Stephen needs a
13    break.
14              THE COURT:  If it's only three questions, then let's
15    get it done.
16                        Recross-examination
17    BY MR. GALLAGHER:
18    Q    So as the Court just confirmed with you, sir, your
19    opinion is that there are gaps in records and maybe some
20    issues that you say make it impossible to track where all the
21    soil went, but you are not offering the opinion that anything
22    actually went from the Pratt & Whitney facility anywhere in
23    that proposed class area, are you, sir?
24    A    A portion of my opinion is that based on the records I
25    reviewed, that I believe there's a high degree of scientific
```

1   certainty that oil or hazardous material has reached the

2   unincorporated portion of Palm Beach County known as The

3   Acreage and that that material originated on the Pratt &

4   Whitney property, UTC property campus.

5   Q     Where in The Acreage do you claim it went, and who do you

6   say took it?

7   A     As for the location of the oil or hazardous material, I

8   would refer to and defer to the expert reports that are

9   provided as factual backup in my report.  Those I relied upon,

10  and I've expanded in certain instances to say that I believe

11  some scientific approaches and some scientific data is more

12  compelling than others in rendering that opinion and decision.

13  Q     On the question of who took it, sir, in your -- pardon

14  me.

15          On the question of whether you have an opinion about

16  who took it, you said earlier -- I'm going to start over,

17  because I've horribly mangled that.

18          You said earlier that it would be irresponsible of

19  you not to consider all of the data and all of the evidence

20  that's available to you.  Do you recall that when Ms. Hatfield

21  was asking you questions, you said that?

22  A     That's a fair characterization of what I said, yes.

23  Q     On the question of whether any of the truckers you've

24  identified actually took anything from Pratt & Whitney to this

25  proposed class area, instead of where they were told to take

1   it, it would be irresponsible of you not to consider the

2   testimony of Mr. Trujillo that we just looked at today,

3   wouldn't it?

4   A    I did review Mr. Trujillo's previous testimony.  I did

5   not review Mr. Trujillo's recent testimony until it was just

6   offered here.  And I'm not sure that I agree with your

7   supposition or the basis for the question, and I would have to

8   ask you to either break the question down into multiple -- so

9   I can understand the question, because it's a far-reaching

10   question, has a lot of assumptions in it.

11           MR. GALLAGHER:  I don't intend to argue with this

12   witness, Your Honor.  I have nothing further.

13           THE COURT:  Thank you, sir.

14           THE WITNESS:  Thank you.

15           THE COURT:  Let's take a 15-minute recess, and we'll

16   be back in 15 minutes.

17       (A recess was taken from 11:01 a.m. to 11:15 a.m., after

18   which the following proceedings were had:)

19           THE COURT:  All right.  Please be seated, everyone.

20           Talking about the time, I think I was in error by an

21   hour on the plaintiffs' time.  It really was 10 hours and 20

22   minutes, not nine hours and 20 minutes.  So I'm sorry I

23   miscalculated earlier.  I haven't checked the defense's

24   numbers yet.  I haven't rechecked those.  I will recheck

25   those, as well.

```
 1              So we're ready for our next witness?

 2              MR. HAMMER:  Judge, if I may, Steven Hammer from the

 3    Schlessinger firm.  I'd like to introduce the Adinolfes, who

 4    are present in the back of the courtroom.  If you could stand

 5    up.

 6              Thank you, Judge.

 7              THE COURT:  Good morning.  I saw them outside when I

 8    was walking through the halls.

 9              We ready?  Who is our next witness?

10              MS. HATFIELD:  Your Honor, the plaintiff calls

11    Dr. Arie Perry.

12              THE COURT:  Sir, would you raise your right hand,

13    please.

14               Arie Perry, Plaintiffs' witness, sworn.

15              THE COURT:  Please be seated, sir.

16              All right.  If you can try and get close to that

17    microphone, and tell us your name and spell both your first

18    and last names for us, please.

19              THE WITNESS:  My name is Dr. Arie Perry.  First name

20    spelled A-r-i-e, last name P-e-r-r-y.

21              THE COURT:  Thank you, sir.

22              You may proceed.

23                              Cross-Examination

24    BY MR. MACNALLY:

25    Q    Good morning, Dr. Perry.  We met outside just a moment
```

```
 1   ago, but to remind you, my name is Andrew MacNally, and I'm
 2   here today to ask you a few questions on behalf of United
 3   Technologies.  Okay?
 4   A    Okay.
 5   Q    Quick housekeeping matter for you.  I put a binder in
 6   front of you that has a copy of your report with the exhibits
 7   to it, as well as your expert written direct that you've
 8   submitted here today so that you can refer to it throughout
 9   your testimony.  Okay?
10   A    Okay.
11             THE COURT:  Could I get one of those?
12             MR. MACNALLY:  I put one -- there should --
13             THE COURT:  I got one.  Thank you.
14   BY MR. MACNALLY:
15   Q    You're a neuropathologist, correct?
16   A    That's correct.
17   Q    And in addition to discussing some literature in your
18   report and in your written direct, the primary analysis that
19   you have performed, or one of them, is a pathology review in
20   this case, right?
21   A    Yes.
22   Q    You have reviewed the pathology slides and the tumor
23   slides for a number of plaintiffs that are represented by
24   plaintiff's counsel, correct?
25   A    That's correct.
```

1  Q    And I want to draw your attention to a document from the

2  Florida Department of Health in a press release in February 1,

3  2010.  You can take a look there on the screen.

4          Are you familiar with the fact that the Florida

5  Department of Health declared a cancer cluster in a portion of

6  the proposed class area known as The Acreage?

7  A    That's what I was informed.

8  Q    And culling that out for you, do you recall that the

9  Florida Department of Health cancer cluster conclusion related

10 to an increased incidence of pediatric brain cancers in female

11 patients?

12 A    I didn't know it was restricted to female patients, but,

13 yes.

14 Q    And there were three of them from 2005 to 2007.  Are you

15 aware of that fact?

16 A    I was looking at a larger cohort, so I didn't know how

17 many were specifically highlighted.

18 Q    You have not actually reviewed the tumor pathology slides

19 for any of the three female pediatric brain cancer patients,

20 correct?

21 A    I'd have to see who they were to see if I reviewed those

22 slides or not.

23 Q    Well, there's a slightly different way that we can do it.

24 You have a chart, the patients that you did review, that you

25 included as part of your report, correct?

1    A    Correct.

2    Q    So I'm going to pull up that chart quickly.

3         Is that it?

4    A    Yes.

5    Q    Okay.  I've reviewed the chart, and you can certainly

6    look through.  There's a copy in with your expert report.

7         There's only one female pediatric brain tumor listed

8    in your chart that is diagnosed between 2005 and 2007 based on

9    my review, and that is Jessica Newfield.  Do you see that?

10   A    Okay.

11   Q    And Ms. Newfield had a tumor called a pilocytic

12   astrocytoma, correct?

13   A    That's what it says.  It says pathology slides not

14   received on my end, so I assume that was the outside

15   diagnosis, yes.

16   Q    And you did not perform a pathology review of

17   Ms. Newfield's tumor, correct?

18   A    That does not look like I did.

19   Q    And I have identified no other brain cancer pediatric

20   female patients in your chart of pathology slides reviewed

21   diagnosed between 2005 and 2007.

22        Do you have any reason to disagree?

23   A    No.  I'd have to go through it.

24   Q    Take a look.

25   A    Sorry, where is that chart?

```
1    Q    Well, I can do it for you up here on the screen.

2    A    Okay.

3    Q    So we'll go back to the first page of your chart, and you

4    just tell me when you've reached the conclusion that there's

5    no female pediatric brain cancer patient diagnosed between '05

6    and '07 on this page.

7    A    Okay.

8    Q    Next page?

9    A    Yeah.

10        Okay.  Yeah, other than the one you highlighted,

11   yeah, which I didn't review.

12        Okay.  Okay.  Okay.

13   Q    And that's the end, right?

14   A    All right.

15   Q    Do you agree, Dr. Perry, that you have not reviewed any

16   of the three pediatric female brain cancer patients that were

17   included in the February 1st, 2010, Florida Department of

18   Health declaration regarding a cancer cluster in the proposed

19   class area?

20   A    It looks that way.

21   Q    So if the question in this case turns on whether -- on

22   what conclusion can be drawn about the cause of a cancer

23   cluster as a result of neuropathology, you have no opinion to

24   offer, correct?

25   A    No, not on causes.
```

```
1    Q    And for that matter, you also don't -- so you have no

2    opinion, for instance, that any tumor in the cancer cluster

3    was more likely than not caused by radiation exposure,

4    correct?

5    A    Correct.

6    Q    And for that matter, you also have no opinion that any

7    tumor in the cancer cluster was caused by any environmental

8    contaminant other than radiation, right?

9    A    Correct.

10   Q    So we've heard a lot about 1,4-Dioxane in this case.  You

11   don't offer any opinions regarding an association between

12   brain cancer and 1,4-Dioxane, do you?

13   A    No.

14   Q    We've also heard about some contaminants called

15   trihalomethanes.  You don't offer any opinions about an

16   association between trihalomethanes and brain cancer, do you?

17   A    No.

18   Q    And, likewise, we've heard about dioxins and furans.  You

19   don't offer any opinions about a connection between brain

20   cancer and dioxins and furans, do you?

21   A    No.

22   Q    Now, as we've seen through the chart, you did review 19

23   individuals as part of your analysis that were provided to you

24   by the plaintiffs, correct?

25   A    Yes.
```

```
1   Q    And I'm sure you can confirm for us based on your review,
2   but that -- but your review covered both men and woman?
3   A    Yes, it did.
4   Q    And it covered patients with age ranges of diagnosis I
5   think maybe as low as six months all the way up to 60, 65
6   years; is that about right?
7   A    That sounds about right.
8   Q    And there were a variety of tumor types among the variety
9   of populations you reviewed, correct?
10  A    Yes, there were.
11  Q    I think we talked about a pilocytic astrocytoma?
12           THE WITNESS:  I'm sorry?  Hold on, please.
13           Go ahead.
14           MR. MACNALLY:  Yes, sir.
15  BY MR. MACNALLY:
16  Q    We already talked about a pilocytic astrocytoma, right?
17  A    Yes.
18  Q    And there was a glioblastoma multiforme in there, I
19  think?
20  A    Okay.
21  Q    An acoustic schwannoma?
22  A    Yes.
23  Q    An ependymoma?
24  A    Ependymoma, yes.
25  Q    Among other tumor types, correct?
```

```
 1   A     Yes.

 2   Q     And a variety of different grades of tumors among the 19

 3   that you reviewed, correct?

 4   A     That's correct.

 5   Q     And so that we're on the same page, the World Health

 6   Organization has sort of a standard for grading tumors,

 7   correct?

 8   A     Yes.

 9   Q     And you can tell me if I've got this right.  You're the

10   pathology.  But it goes from 1 to 4.

11   A     That's correct.

12   Q     And 1 is sort of the benign tumor class; is that fair?

13   A     That's correct, yes.

14   Q     And 4 is the most aggressive tumor.

15   A     Exactly.

16   Q     And so it's sort of a progression from 1 to 4.

17   A     Yes.  It's a rough scale for how aggressive a tumor is.

18   Sometimes tumors do progress along the scale, but a lot of

19   times they just present at one level of the scale and stay

20   there.

21   Q     And the tumors that are included among the 19 that you

22   reviewed were all different grades in that World Health

23   Organizational scale?

24   A     Yes.

25   Q     What you conclude in your expert written direct is that
```

1  the types of tumors that you reviewed are generally associated

2  with radiation, right?

3  A    Yes.  There are many tumor types that can be seen or

4  caused by radiation, and these are among the types that are

5  seen.

6  Q    So what you're saying, in fact, is that by generally

7  associated, what you're really saying is that you cannot

8  exclude radiation as a cause based on that particular type of

9  tumor.

10  A    That's correct.

11  Q    The fact that a particular type of tumor might be

12  associated with radiation does not mean that any individual

13  tumor was, in fact, caused by radiation.

14  A    Correct.

15  Q    It's unfortunate but true in your line of work that

16  people get brain tumors, right?

17  A    Yes.

18  Q    And the overwhelming majority of brain tumors are

19  idiopathic.

20  A    That's correct.

21  Q    Upwards of 95 percent?

22  A    Maybe -- maybe about 90 to 95 percent, yeah.

23  Q    And when we say idiopathic, what we mean is there's not

24  an identifiable cause.

25  A    Not one that we know.

1    Q    For instance, gliomas are a tumor that you've talked

2    about that is associated with radiation, correct?

3    A    That's correct.

4    Q    But gliomas occur in the absence of radiation, correct?

5    A    Yes, they do.

6    Q    As a matter of fact, a vast overwhelming majority of

7    glioma cases that you've reviewed in your career have nothing

8    to do with radiation.

9    A    That's correct.

10   Q    And none of the tumor types that you discuss being

11   associated with radiation in this case are uniquely associated

12   with radiation, correct?

13   A    Yes.

14   Q    You also cite some literature regarding this association

15   between radiation and brain cancer, so I'd like to talk about

16   that a little bit if we could, and I think it might be helpful

17   if I pull up a portion of your expert direct.  Okay?

18   A    Sure.

19   Q    So I've turned your attention here to your expert written

20   direct.  I think this is page 3, and I'm going to cull out for

21   you paragraph 16 where you lay out the strong -- what you

22   refer to as the strongest epidemiological data that supports a

23   connection between radiation in either the therapy context or

24   you say also environmental exposure.

25   A    Yes.

```
 1   Q    And I just want to quickly understand what these three

 2   exposures are about, so let's start with the first one.

 3              In A, you talk about pediatric patients receiving

 4   therapy or prophylactic CNS irradiation for lymphoma, correct?

 5   A    Right.

 6   Q    And just so that I understand this, CNS irradiation is

 7   central nervous system irradiation?

 8   A    That's correct.

 9   Q    So these are patients who have received radiation in a

10   medical therapy context, correct?

11   A    Exactly.

12   Q    So this is directed high dose radiation of some sort to

13   the patient.

14   A    Yes, yeah.

15   Q    And in B, you've got Israeli immigrants treated with

16   radiation for tinea capitis between 1948 and 1960.

17   A    Correct.

18   Q    And I had to look it up, but tinea capitis is ringworm,

19   correct?

20   A    That's correct.

21   Q    And, specifically, these people had ringworm of the

22   scalp.

23   A    Yes.

24   Q    So, again, this is a population of people being treated

25   with radiation as part of a medical therapy, correct?
```

```
1    A     Yes.

2    Q     In this case, a medical therapy directed at the brain and

3    the scalp.

4    A     It was directed at the scalp, but there's no way to

5    shield the brain from getting some radiation, as well.

6    Q     And in C, you talk about atomic bomb survivers from

7    Hiroshima and Nagasaki.

8    A     Correct.

9    Q     The only environmental exposure that you cite in your

10   written direct comes in the context of an atomic bomb

11   detonation, right?

12   A     Yes.

13   Q     None of the articles you cite in your written direct

14   involves radiation exposure under circumstances similar to

15   what the plaintiffs allege here, where they're talking about

16   radiation exposure from water or soil in the environment,

17   correct?

18   A     That's correct.

19   Q     So let's talk a little bit about the Ron, et al. study,

20   which is the Israeli children with ringworm, correct?

21   A     Yes.

22   Q     And we already established that this involved radiation

23   treatment to the scalp, so it involved direct radiation to the

24   head and to the brain.

25   A     Yes.
```

1   Q    That's a very different mechanism exposure than what the

2   plaintiffs have alleged in this case, isn't it?

3   A    Yeah.  I don't -- I don't have all the details of how

4   they allege the exposure occurred, so that part of it I didn't

5   really comment on.

6   Q    Well, and you don't offer an opinion, for instance, on

7   how an environmental exposure to soil or groundwater could

8   result in a dose exposure to a person's brain?

9   A    That wasn't part of my -- my assessment, correct.

10  Q    And you also don't cite to any other expert, from the

11  plaintiffs or anyone, else upon which you are relying to

12  provide you that information, right?

13  A    That's correct.

14  Q    The children in the Ron, et al. study were exposed to 1.4

15  to 1.8 Gy of radiation, correct?

16  A    Yes.

17  Q    And you called this in your expert direct here in

18  paragraph 19, you call this a fraction of the dose.  Do you

19  see that?

20  A    Uh-huh.

21  Q    A fraction of the dose of radiation received in the

22  therapeutic setting for primary brain tumors.  You see that?

23  A    Yes.

24  Q    So you're comparing the dose in the Ron, et al. study to

25  a patient, for instance, who maybe had a partial resection of

1    a brain tumor and then is having gamma knife or some others

2    adjuvant radiotherapy.

3    A    That's correct.

4    Q    The fact that 1.4 Gy is a fraction of the dose used in

5    radiotherapy does not mean that 1.4 Gy is a small dose of

6    radiation; you would agree?

7    A    I would agree, but obviously much smaller than what's

8    typically used in therapy.

9    Q    You don't have any evidence that anyone in The Acreage

10   was exposed to 1.4 Gy of radiation, correct?

11   A    I have no data about exposures or how much radiation was

12   in the soil, et cetera.

13   Q    So, for instance, you are not coming here to offer the

14   opinion that trace amounts of Cesium-137 in soil or

15   Strontium-90 in somebody's sludge in their gutters on their

16   home somehow caused them to have a dose exposure of 1.4 to 1.8

17   Gy of radiation?

18   A    No.

19   Q    And as you mentioned, you, in fact, have no evidence of

20   dose at all, correct?

21   A    That's correct.

22   Q    And, thus, no basis to compare any plaintiff's exposure

23   in this case to any of the literature that you have, correct?

24   A    That's correct.

25   Q    And you do not offer a causation opinion about any of the

1   19 cases that you reviewed.

2   A    No, I do not.

3   Q    In fact, you were not even asked to offer a causation

4   opinion about those 19 cases, correct?

5   A    That's correct.

6   Q    And that is because there's no way to distinguish

7   specific causation for individual tumors by neuropathology

8   alone, correct?

9   A    Yes.

10  Q    Now, are you aware that United Technologies' certified

11  health physicist has calculated a maximum dose based on the

12  Strontium-90 results that plaintiffs allege they've identified

13  in the proposed class area?

14  A    No, I'm not aware of that.

15  Q    Well, I will represent to you that his calculation shows

16  a maximum dose of .13 millirem a year.  Okay?

17  A    Okay.

18  Q    Are you aware that there's about one Gy equals about a

19  hundred thousand millirem?

20  A    No.

21  Q    Well, if you accept that as a conversion, do you have any

22  reason to dispute it?

23  A    No.

24  Q    So if one Gy equals a hundred thousand millirem, then 1.4

25  Gy is about roughly 140,000 millirem, correct?

```
1    A     Okay.

2    Q     At .13 millirem a year, do you agree it would take

3    something on the order of magnitude of a million years to

4    reach the cumulative dose from The Acreage that is reported in

5    the Ron, et al. study?

6    A     I take your word for it if you've done the math.  I

7    haven't.

8    Q     You are not familiar enough with the dose equivalency of

9    radiation to determine whether the doses that are even

10   hypothetically present in The Acreage and relate to the

11   literature that you discuss in your written direct, correct?

12   A     That's correct.  It's not my area of expertise?

13              MR. GALLAGHER:  No further questions, Your Honor.

14              THE COURT:  Thank you.

15              Any redirect?

16              MS. HATFIELD:  Just a couple minutes.

17                        Redirect Examination

18   BY MS. HATFIELD:

19   Q     Good afternoon.

20   A     Good afternoon.

21   Q     Good noon, I think.

22              Dr. Perry, I just wanted to go over one issue that

23   was raised in the direct and the chart of diagnoses that you

24   read.  And I want you to assume that there is evidence in the

25   record that the DOH declared a cancer cluster victim and
```

1 recognized additional victims in the years 2008 and 2009, and

2 that part of the original declaration included the year 2004.

3          Would you agree with me that if there were a

4 pediatric cancer cluster diagnosis that some -- in those

5 years, 2004 and 2007 through 2009, would you agree with me

6 that some of these diagnoses described on your chart fall in

7 that time period and that classification?

8 A    Yes, they do.

9 Q    And they include, for example, Elizabeth Cotromano, who

10 was diagnosed with glioma of the optic chiasm on May 27th,

11 2004?

12 A    I don't have it in front of me, but . . .

13 Q    This is the chart that you were referencing earlier with

14 the defendant.

15 A    Right. I don't -- what page is that on? I don't . . .

16 Q    It's on the first page of your chart in the diagnostic

17 conclusions case by case.

18 A    No, I don't -- but I have a whole folder of reports, but

19 I don't know where the chart is.

20 Q    It's the chart that was attached as exhibit 1 that the

21 defendant reviewed with you.

22 A    Right. I just don't know where it is in my folder.

23 Sorry.

24 Q    Oh, you were reviewing it on the screen?

25 A    I was viewing it on the screen.

```
 1              MS. HATFIELD:  Can we bring it back up on the
 2   screen?
 3              MR. MACNALLY:  What are you looking for?
 4              MS. HATFIELD:  Well, first the chart that you
 5   were --
 6              THE COURT:  Why don't you just give him my copy.
 7              MS. HATFIELD:  Thank you, Your Honor.
 8              THE COURT:  You're welcome.
 9              THE WITNESS:  Which page number?
10   BY MS. HATFIELD:
11   Q    Elizabeth Cotromano, the glioma of optic chiasm.
12   A    Yes.
13   Q    And you reviewed her pathology -- I'm sorry, you did the
14   not review her pathology slides because she was a nonsurgical
15   candidate, correct?
16   A    Correct.
17   Q    Now, it says in the chart that on the next page, if you
18   were to go to the diagnosis of Christina DeCarlo, in addition
19   to slides listed under slides reviewed, there's pathology
20   reports reviewed.
21              Did you also review pathology reports of the
22   individuals, such as Jessica Newfield, who you did not have an
23   opportunity to review slides for?
24   A    I believe -- yes, I believe I did.
25   Q    Were you able to confirm that her diagnosis, the
```

1   pilocytic astrocytoma, was of the type that was considered to

2   be of the increased incidence in the Ron study?

3              MR. MACNALLY:  Objection, Your Honor, leading.

4              THE COURT:  Overruled.

5              THE WITNESS:  So it looks like I did not review the

6   slides on that case, but are you asking is pilocytic

7   astrocytoma included in the Ron study?

8   BY MS. HATFIELD:

9   Q    Yes.

10  A    Yeah, so the term "gliomas" covers a wide range of

11  different tumors, including pilocytic astrocytomas and

12  ependymomas, glioblastoma, several of the subtypes that are

13  listed here.

14  Q    And under pathology reports reviewed, 2005, does that

15  mean that you were able to review the reports from the

16  pathologist who provided the diagnosis to her treating

17  doctors?

18  A    Yes, I believe I did.

19  Q    Did you have any reason to disagree with that pathology

20  report?

21  A    No, no.

22              In the cases that I reviewed, there were no major

23  changes in the diagnoses.  There were some minor

24  disagreements, but . . .

25  Q    The diagnosis on the prior page, the second page of your

1  chart, Christina DeCarlo, ependymoma?

2  A    Yes.

3  Q    You reviewed both the slides of her 2008 and 2015

4  reoccurrence, correct?

5  A    Correct.

6  Q    And you had an opportunity to review her 2015

7  reoccurrence because the treating doctor sent that to you for

8  confirmation, correct?

9  A    I believe so.  I don't have it in front of me, but, yes.

10  I know there were at least a couple of them that I had seen

11  previously.

12  Q    Is ependymoma another of the subtypes of glioma that

13  would be included in the Ron, et al. study?

14  A    Yes.

15  Q    And flipping to the last page of your report, you had an

16  opportunity to review multiple slides of Cynthia Santiago,

17  correct?

18  A    Yes.

19  Q    And each of those sliced confirmed her diagnosis of an

20  anaplastic ependymoma?

21  A    Correct.

22  Q    And is that another of the gliomas that are -- another of

23  the subtype of glioma referenced in the Ron, et al. study?

24  A    Yes.

25  Q    Can you describe what the notes under the last column in

1    your chart mean for the Court?

2    A    Sure.

3              So as I was reviewing the cases, I was also looking

4    for some of the changes in the tissue that we often see with

5    radiation damage.  It doesn't prove that if I see it that that

6    is caused by radiation, but there were at least a couple of

7    those types of changes in the tissue in this case.

8              MS. HATFIELD:  Thank you, Dr. Perry.  I don't have

9    any further questions.

10             THE WITNESS:  Thank you.

11             THE COURT:  Anything else?

12             MR. MACNALLY:  Yeah, just a short recross on a

13   couple of questions.

14                       Recross-examination

15   BY MR. MACNALLY:

16   Q    So you talked about a little bit the fact that you -- you

17   sort of reviewed the tumor pathology, and one of the things

18   you looked for was evidence of radiation effect.

19   A    Correct.

20   Q    And evidence of radiation effect wouldn't be alone

21   sufficient to diagnosis a tumor as being caused by radiation,

22   correct?

23   A    That's correct.  Sometimes in sporadic tumors we see

24   similar findings.

25   Q    So you have an article that you rely on a little bit, I

```
1   believe.

2   A     Yes.

3   Q     And in that article you discuss something called the

4   Cahan factors.  Do you remember that?

5   A     Not off the top of my head.  It's probably referencing a

6   different paper.

7   Q     So let me just call this up.

8         First of all, let me take you to the first page.

9   Apologize.

10        Is this your article?

11  A     Yes.

12  Q     All right.  Let's go to page 10, then.  I'll blow this up

13  so everybody can read a little bit.

14  A     The criteria, yeah.

15  Q     Yeah, the Cahan criteria.  Do you remember these?

16  A     Yes.

17  Q     And what the Cahan criteria are are a criteria for a

18  radiation-induced neoplasm, right?

19  A     Yes.

20  Q     And so one thing that must be true for radiation-induced

21  neoplasm is that it must differ histologically from the

22  original lesion, right?

23  A     Correct.

24  Q     That means it has to be a different tumor type in some

25  way, shape or form than the original tumor that was there.
```

```
 1   A    Right.  Otherwise it's just assumed to be a reoccurrence.
 2   Q    And it has to be a tumor that was treated.  That's with
 3   radiation, correct?
 4   A    Yes.
 5   Q    And it has to arise within the field of a radiation.
 6   A    Correct.
 7   Q    And there has to be a latency period, correct?
 8   A    Yes.
 9   Q    So in a neuropathology opinion, when you review a tumor
10   to determine if it's going to -- if it is, in fact, a
11   radiation-induced reoccurrence, you need to know that there
12   was a dose of radiation, right?
13   A    Yes.
14   Q    You need to know where that dose of radiation was
15   actually directed physically to the brain.
16   A    Correct.
17   Q    And you need to know when that radiation was directed to
18   the brain.
19   A    Yes.
20   Q    And you don't know any of that information for any of the
21   19 people on the chart that you provided to -- you provided to
22   the Court and in your expert report, correct?
23   A    That's correct, because these wouldn't be
24   treatment-induced tumors in this case.
25   Q    And the tumors -- well, some of the tumors that you
```

1    reviewed, some of the patients that you reviewed, were not

2    original resections; they were people that had multiple

3    resections over a period of time, right?

4    A    That's correct.

5    Q    Before concluding that there were morphologic or physical

6    changes in the tumor that you could associate with radiation,

7    did you take into consideration whether those patients, in

8    fact, had prior radiotherapy in the medical context?

9    A    Yes, when that information was available to me, I think I

10   remember at least one where I wrote that the changes were

11   there, but probably due to the prior radiation therapy.

12   Q    So I want to turn your attention back to your chart, and

13   specifically I want to take your attention over to Eric

14   Patrie.  Do you see that?

15   A    Yes.

16   Q    And you talk about there being radiation-type changes,

17   right, that are shown within the 2012 slide, correct?

18   A    Correct.

19   Q    Is this one of the cases where you are recording

20   radiation changes that are actually the result, as you know,

21   of the fact that Mr. Patrie received radiation therapy in

22   2011?

23   A    That's correct.

24   Q    And the same is true with Ms. Florez, isn't it?

25   A    Let me take a look.

```
 1   Q    Or Mr. Florez, excuse me?

 2   A    So I'm looking at the 2010 specimen, looks like.  So it

 3   certainly could have been.  That wasn't the first biopsy.

 4   Q    Do you know as you sit here today whether Mr. Florez had

 5   gamma knife radiation therapy prior to 2010?

 6   A    I -- no, I don't know that.  I think there is a high

 7   probability, given the diagnosis that he had.  But without

 8   additional information, I couldn't say.

 9   Q    And that would be something you'd have to look through a

10   medical record pretty carefully to make sure before you opined

11   on even where these physical changes could come from in

12   tumors, correct?

13   A    Correct.

14            MR. MACNALLY:  No further questions.

15            THE COURT:  Thank you.

16            Thank you, Doctor.

17            THE WITNESS:  Thank you.

18            THE COURT:  I think it makes sense to break for

19   lunch now, rather than start a new witness.  So we can get

20   back at 1:00 o'clock.  All right?

21            MS. HATFIELD:  Thank you, Your Honor.

22        (A recess was taken from 11:50 a.m. to 1:01 p.m., after

23   which the following proceedings were had:)

24            THE COURT:  Good afternoon, everyone.  Please be

25   seated.
```

```
 1                Okay.  We ready for our next witness?
 2                MS. HATFIELD:  Your Honor, the plaintiff presents
 3    Dr. Marco Kaltofen.
 4                THE COURT:  Okay.  Sir, would you raise your right
 5    hand for me, please.
 6                Marco Kaltofen, Plaintiffs' witness, sworn.
 7                THE COURT:  Would you tell us your name, sir, and
 8    please spell your first -- both your first and last names for
 9    us, please.
10                THE WITNESS:  My name is Marco Kaltofen.  My name is
11    spelled M-a-r-c-o K-a-l-t-o-f-e-n.
12                THE COURT:  Thank you.
13                You may proceed, Mr. Gallagher.
14                          Cross-Examination
15    BY MR. GALLAGHER:
16    Q    Good afternoon, Doctor.
17    A    Good afternoon, Mr. Gallagher.
18    Q    In your direct examination, you discuss what are known as
19    naturally occurring radioactive materials, and also two
20    manmade materials, Cesium-137 and Strontium-90; is that
21    correct?
22    A    That's close enough.  I call them industrial.
23    Q    And I have, just as a cheat sheet for us to follow here,
24    a list of those materials that are in your direct up on the
25    flip chart.
```

```
 1   A    I understand.

 2   Q    And these are common abbreviations for Thorium-232,

 3   Thorium-230, et cetera?

 4   A    Correct.

 5   Q    Is Thorium-232 what's sometimes referred to as natural

 6   thorium?

 7   A    Thorium-232 is the most common isotope of natural

 8   thorium.

 9   Q    And by most common, give us a sense of what you think the

10   breakdown is in terms of Thorium-232 versus whichever one

11   comes next in abundance of the natural isotopes -- pardon me,

12   the isotopes of natural thorium.

13   A    It's about 99 percent.

14   Q    And have I written on there natural thorium 99 percent

15   next to Thorium-232?

16   A    Yes.

17   Q    All of the things that you discuss in your direct

18   examination, the naturally-occurring radioactive materials and

19   the industrial ones that you mentioned, those are all things

20   that you would expect to find in Florida in soil for reasons

21   having nothing to do with Pratt & Whitney?

22   A    Yes.

23   Q    Natural-occurring radioactive material, as the name

24   implies, those are things that are naturally present?

25   A    There are three common radioisotopes that were here at
```

1    the formation of the earth.  They're still here, and some of

2    their decay products, as well.

3    Q     Right.  And we'll get to this in a minute, but if you

4    start with, say, thorium, there is a decay chain that you go

5    through where you get other isotopes as the material ages?

6    A     Correct.

7    Q     Cesium-137 and Strontium-90, they are present in Florida

8    as the result of global nuclear fallout from nuclear weapons

9    testing or other large scale nuclear events, right?

10   A     Even though they were 50 years ago, tests, nuclear

11   detonations can still be found at trace levels.

12   Q     Those materials are durable in the environment, and even

13   though they were I'll say rained down on the earth as a result

14   of that weapons testing, they're still present in the soil in

15   Florida?

16   A     Yes.

17   Q     And there is a background level for all of these

18   materials, a baseline amount you expect to be present?

19   A     It varies by locality, but, yes, correct.

20   Q     It might be different in Massachusetts or Vermont than it

21   is in Florida?

22   A     In fact, it is, yes.

23   Q     To say that Pratt & Whitney is responsible for the

24   presence of whatever you might claim to have found when you

25   tested in the proposed class area, wouldn't you first have to

1    have something in the operations or use of materials at Pratt

2    & Whitney and a release into the environment that provided a

3    source?

4    A    It would have to come from somewhere.

5    Q    Right.  You would need a source at Pratt & Whitney of the

6    things you claim to have found in the proposed class area.

7    A    Or something that Pratt & Whitney did that created that

8    concentration of radioisotopes in the area.

9    Q    Right.  Like you might have something like the Palm Beach

10   Aggregates' mining operation that could concentrate or bring

11   to the surface radioactive materials that would otherwise not

12   be present in the environment?

13   A    Well, concentrate's probably the wrong word, but we

14   presume that they have the same natural radioactivity that the

15   rest of the planet does.

16   Q    But you would be bringing them to the surface?

17   A    You're mining, correct.

18   Q    I want to clarify something about thorium, because I'm

19   not sure it's clear in your direct examination.  You refer in

20   your direct examination to thorium and sometimes to total

21   thorium, right?

22   A    Correct.

23   Q    The thorium you lump together when you say that are, in

24   fact, separate and distinct materials?

25   A    Not necessarily so.  There may be multiple isotopes of

1    thorium in the same material.

2    Q    Well, you have different isotopes of thorium that we have

3    listed here, and Thorium-230 that you have there is an isotope

4    distinct from the predominant naturally-occurring isotope

5    Thorium-232?

6    A    Correct.  But it's not necessarily found in different

7    materials.  It may, in fact, and it often is found in the same

8    material.

9    Q    Thorium-230 is different than Thorium-232?

10   A    Correct.

11   Q    And no matter how much Thorium-232 you have, you are

12   never going to get Thorium-230 from it, are you?

13   A    That's not quite true.  If you have naturally-occurring

14   Thorium-232, you have a certain percentage of Thorium-230.  If

15   you're -- I don't want to anticipate a question, so I'll stop.

16            THE COURT:  Let him --

17   BY MR. GALLAGHER:

18   Q    My question was not if you have natural thorium.  My

19   question is, sir, if you have Thorium-232 as an isotope, you

20   are never going to get Thorium-230 from it, are you?

21   A    Well, let's make sure I understand your question.  Are

22   you saying Thorium-230 does not decay from Thorium-232, or are

23   you saying that a material that contains Thorium-232 does not

24   have Thorium-230 in it?

25   Q    Setting aside the possibility that a material that has

1   some Thorium-232 in it, but one percent of something else,

2   okay, if you start with Thorium-232 and you look at the decay

3   of that isotope, you are never, ever, ever, ever going to get

4   Thorium-230, are you?

5   A    Correct.

6   Q    So if you were going to look for a source of Thorium-230

7   in the proposed class area, the first place you'd look is not

8   Thorium-232, is it?

9   A    No.

10  Q    If you were looking for a source of Thorium-230 in the --

11  for the proposed class area, what you would look for is either

12  Thorium-230 or uranium, right?

13  A    You would look for either Thorium-230 directly, or you

14  would look for Uranium-238, or you'd look for natural thorium

15  that contains both 232 and 230.

16  Q    And if you look for the natural thorium that contains

17  both Thorium-232 and Thorium-230, as you put it, 99 percent of

18  whatever you were looking at, if you're looking at natural

19  thorium the way you've described it would be Thorium-232 that

20  never turns into Thorium-230, right?

21  A    Correct.

22  Q    I have up on the screen page 11 of Dr. Frazier's direct

23  testimony, where he includes a table of the different series

24  for radioactive materials.  Do you see that?

25  A    I do.

```
 1   Q     So there is the uranium series, the thorium series and

 2   the actinium series, correct?

 3   A     Correct.

 4   Q     So the uranium series, in common parlance, that refers to

 5   what you get from uranium as it decays, right?

 6   A     Correct.

 7   Q     And what you get from uranium as it decays are a member

 8   number of things, including, as we just discussed,

 9   Thorium-230?

10   A     Yes.

11   Q     And then also Radium-226 that you mentioned?

12   A     Yes.

13   Q     And Lead-210 that you mentioned, right?

14   A     Yes.

15   Q     So if you have uranium, you can decay into Thorium-230,

16   Lead-210 and Radium-226?

17   A     Yes.

18   Q     And the thorium series that's mentioned here, that's

19   thorium, and it starts with Thorium-232, right?

20   A     Correct.

21   Q     And that decays into a bunch of other stuff, none of

22   which you talk about -- well, actually, it decays into some

23   things like Thorium-228.  That's the one thing you mention in

24   your direct examination that comes from Thorium-232, right?

25   A     I don't think that was the one thing, but it was one of
```

1   the things that was discussed.

2   Q    Well, what else do you mention in your direct examination

3   that is a decay product of Thorium-232?

4   A    This material continues to decay all the way down to

5   Lead, I have to check, 208.  So it has a series of decay

6   products that are intermediate.

7   Q    I'm asking about what you told the Court about when you

8   testified on direct.  Did you mention --

9   A    I --

10  Q    -- Lead-208?

11  A    I'm sorry, I didn't mean to step on your question.

12  Q    Yeah.  I was asking about what you told the Court about

13  when you testified in your direct examination that's been

14  submitted in writing.  You didn't talk about Lead-208 or

15  anything else, right?

16  A    Actually, I did.  I submitted data for these decay

17  products, along with the Uranium-238 series decay products.

18  Q    All right.  Well, I didn't see that in your direct, but I

19  did see Thorium-228, and that comes from Thorium-232, right?

20  A    That is correct.

21  Q    Most of what you claim to have found in The Acreage is

22  Thorium-230 from decay in the uranium series, not Thorium-232

23  or Thorium-228?

24  A    I'm sorry, most of what I found?  The data goes pretty

25  far beyond just the Thorium-230.  There are other isotopes and

 1   decay products, as well.

 2   Q    I'm sorry, I may have not been clear.

 3         When it comes to what you refer to in your direct as

 4   one big thing, thorium, as opposed to the isotopes broken out

 5   in this fashion, most of what you have found that you've

 6   characterized as thorium in your direct is Thorium-230 from

 7   uranium decay and not Thorium-232 or Thorium-228.

 8   A    I would disagree.  All three of those isotopes are

 9   treated together, and there's also a very substantial amount

10   of data on the entire set of thorium isotopes, meaning

11   elemental thorium, all the different isotopic forms.

12   Q    I have up on the screen your expert report, which is

13   docket entry, in this case, 167-1.  Maybe that's in a

14   different case.  But this is your expert report from March of

15   2016.

16         And do you see where I've culled out a bit of what

17   you say in your expert report?

18   A    Correct.

19   Q    And you say here:  "Natural thorium exists primarily at

20   the Thorium-232 isotope."  That's what we were talking about,

21   99 percent of natural thorium is Thorium-232, right?

22   A    Yes.

23   Q    And then you say:  "Other thorium isotopes, such as

24   Thorium-230, are typically found as decay products of

25   uranium."

```
 1              And that's what we were talking about earlier, as

 2    well, right?

 3    A     Yes.

 4    Q     Therefore, natural thorium minerals without uranium

 5    content would be expected to be mostly Thorium-232, with some

 6    Thorium-228; while thorium resulting from uranium decay would

 7    be mostly Thorium-230, right?

 8    A     Yes.

 9    Q     And then you go on to say in your expert report that:

10    "For 198 samples tested for, quote, thorium, the mean

11    Thorium-230 activity was .84 pCi/g, while for Thorium-232, the

12    mean activity was .18," right?

13    A     Correct.

14    Q     And then you say, sir, that this means that most of the

15    thorium detected in The Acreage was from uranium decay and not

16    from natural thorium materials, 99 percent of which are

17    Thorium-232.

18              MR. SCAROLA:  Excuse me, Your Honor.  Just so that

19    the record is clear, the word is not materials, it is

20    minerals.

21              THE COURT:  Correct.

22              THE WITNESS:  You want to rephrase the question?

23    BY MR. GALLAGHER:

24    Q     Sure.

25              And then you say in your expert report, based on the
```

```
 1    data that you describe, that most of the thorium, generally

 2    thorium, detected in The Acreage was from uranium decay and

 3    not from natural thorium minerals, which would be what you

 4    describe here as natural thorium, that is 99 percent

 5    Thorium-232, plus 1 percent or a little bit of something else,

 6    right?

 7    A    Yes to the first part of that.

 8    Q    Well, it says here natural thorium minerals, and what you

 9    were talking about, sir, was the natural thorium, 99 percent

10    of which was Thorium-232, and the rest is some other thing.

11    A    Yes.

12    Q    So if we were looking for, based on what you said in your

13    expert report, if we were looking for the source of the

14    thorium you detected in The Acreage, which is mostly

15    Thorium-230, you wouldn't look for natural thorium minerals,

16    you would look for uranium decay, as you say here?

17    A    No, that's not correct.

18    Q    You cannot point to any source of Thorium-230 as an

19    isotope at Pratt & Whitney, can you?

20    A    That's not correct.

21    Q    The only documented disposal of any kind of thorium

22    on-site at Pratt & Whitney was thoriated nickel in or around

23    the scrapyard.  That's the only thing you know about.

24    A    That's not correct.

25    Q    The only documented disposal on-site at Pratt & Whitney
```

1   of thorium that you know about is the thoriated nickel in the

2   scrapyard.

3   A    I think we're talking at cross purposes, because I keep

4   saying "no," and you keep asking the same question.

5   Q    That might be because I don't think you've answered it.

6         Do you agree, sir, that the only documented disposal

7   on-site at Pratt & Whitney of any kind of thorium that you

8   know about is thoriated nickel in or around the scrapyard?

9   A    I'm going to try and parse this so that we are moving

10  ahead here.

11        By documentation, I am including the test data that

12  we have for the site that shows that there are -- is thorium

13  that was disposed of at other locations at Pratt & Whitney.

14        It sounds like you're talking about records that

15  aren't related to scientific test data when you were asking me

16  about documented sources.  Is that right?

17  Q    Well, let me ask it differently, since you want to parse

18  it.

19        The -- the only use of any kind of thorium that you

20  can point to in the operations at Pratt & Whitney, stuff they

21  used, as opposed to stuff that might be found there in the

22  environment, the only thing you can point to that they used

23  was thorium -- natural thorium, Thorium-232?

24  A    I don't think they ever used the word natural

25  Thorium-232.  They said that they used thoriated nickel

1    without explanation.

2    Q    Right.  And that -- in parsing it, that's the only thing,

3    sir, you know about that's thorium that was used in the

4    operations at Pratt & Whitney?

5    A    The thoriated nickel.

6    Q    Yeah.  And that's -- thoriated nickel is made with

7    thorium oxide, which is a natural thorium that is 99 percent

8    Thorium-232, right?

9    A    I know it's made with thorium oxide.  I don't have

10   information on where that thorium oxide came from.

11   Q    And the scrapyard is the only place you have a documented

12   release of any thorium at Pratt & Whitney.

13   A    Again, only if we ignore the test data, that's correct.

14   Q    So the scrapyard is the only place where you can point to

15   any documents that suggest Pratt & Whitney put any thorium

16   into the environment as a result of their operations, right?

17   A    I'm assuming that any agents of Pratt & Whitney that

18   moved the thorium from the scrapyard at any point would be

19   included in that list.

20   Q    Right.

21        And you know that the thoriated nickel that was for

22   some time located in the scrapyard, that that was remediated

23   in the 1980s?

24   A    I understand that thoriated nickel was removed from the

25   scrapyard.

```
 1   Q    So Pratt & Whitney used thoriated nickel in the

 2   manufacture of airplane engines, parts of airplane engines,

 3   and bits and pieces that were left over from that were buried

 4   in part of the scrapyard, and at some point later, in the

 5   '80s, that was dug up as part of a remediation exercise and

 6   taken to a licensed recipient of radioactive waste somewhere

 7   outside of Florida, right?

 8   A    My understanding is that the thoriated nickel was used

 9   outside the scrapyard originally at Pratt & Whitney.  I don't

10   believe it was -- it was used originally at the scrapyard.  I

11   think that was just the documented disposal site where on-site

12   materials were collected.

13   Q    I --

14   A    I understand.  This is just not something that we had

15   addressed in answering your questions.

16          And I also understand that some amount of that

17   material was dug up after an inspection and removed.

18   Q    And you have no basis for saying that the soil that was

19   removed as part of that remediation process went anywhere

20   other than the disposal location located on the manifest,

21   which in that case was someplace outside the state of Florida,

22   right?

23   A    Well, I really can't speak to the authenticity of each

24   manifest.  I can only speak to the data that I collected for

25   the thorium isotopes on the site and off the site.
```

```
1    Q    Right.

2           And you have no basis for saying that the soil that

3    was removed as part of that remediation process, where they

4    dug up the parts of the scrapyard that had thorium, natural

5    thorium, in them, that that went anywhere other than the

6    disposal location located on the manifest, right?

7    A    No basis is a -- is too big a word.  That's different

8    from being able to show documentation that materials did not

9    reach their intended destination.

10          The basis for my opinions in my report is actually

11   the test data from the on-site and offsite sampling that I

12   performed.  And based on the results of this testing, this is,

13   in fact, the basis for my opinions about what happened to some

14   of these materials.

15   Q    You have a binder up there, sir, that has a copy of your

16   deposition in it, and I also have it up on the screen,

17   page 184, lines 12 through 21.

18          "And for that material, the thoriated nickel, as we

19   were discussing earlier, there was documentation of

20   remediations efforts for that, correct?

21          "Answer:  I understand that, yes.

22          "Question:  And you don't know" -- pardon me.  "And

23   you don't have any basis for saying that the records showing

24   the shipment of soil removed, as part of those efforts -- soil

25   and material removed as part of those efforts, went anywhere
```

```
 1   other than the disposal location located on the manifest?
 2           "Answer:  I don't think I do, no."
 3           You were asked those questions, sir, and you gave
 4   those answers under oath at your deposition, right?
 5   A    I obviously stand by my deposition testimony, but there
 6   is a difference between being able to I say that the data
 7   fails to show that it was sent to some other location versus
 8   that the documentation proves to me that, in fact, it did go
 9   to that location.
10   Q    Let's talk about Cesium-137 and Strontium-90.
11           You can't point to any use of those materials in the
12   operations at Pratt & Whitney that would explain the presence
13   of them 6 to 14 miles away in the proposed class area, can
14   you?
15   A    Again, my reliance is on the laboratory test data, so,
16   no, I don't have additional documentation beyond the
17   laboratory test data.
18   Q    The answer is, no, you can't point to any use of
19   Cesium-137 or Strontium-90 in the operations at Pratt &
20   Whitney that would explain its presence 6 to 14 miles away,
21   can you?
22   A    With the important caveat that I rely on the test data
23   that I have available to help me understand that.
24   Q    Was that a "yes" with an explanation?
25   A    That was a complete answer.  It stands by itself.
```

1  Q    Well, can you tell me was it a "yes" or a "no"?

2  A    If you wanted yeses or nos only, I could have phoned that

3  in.

4  Q    You know that the kind of devices that Pratt & Whitney --

5  the only kind of devices that Pratt & Whitney ever used that

6  had Cesium-137 or Strontium-90 in them are what's called

7  sealed sources, right?

8  A    Those are the only sources I have direct records of,

9  correct.

10  Q    And I have up on the screen just for demonstrative

11  purposes a brochure from a company called Amersham that shows

12  what's called a checking source.  You see that?

13  A    Yes.

14  Q    Is that an example of the kind of thing that would be a

15  closed source that might contain Cesium-137 or Strontium-90?

16  A    We hope so.

17  Q    What's that?

18  A    We'd hope so.

19  Q    Yeah, you'd hope it'd be closed?

20  A    As long as it's handled properly, yes.

21  Q    And this is the kind of thing you might actually use to

22  check whether your Geiger counter is working, right?

23  A    Well, that's probably overkill for a Geiger counter.

24  People don't normally use it for that source.

25  Q    But they have relatively small quantities of radioactive

 1    material in them, and they are deliberately designed to

 2    contain and seal that radioactive material, right?

 3    A    They're physically small.  Sometimes, though, they

 4    contain a significant amount of radioactivity.

 5    Q    But they are sealed so as not to emit that radioactive

 6    material in an uncontrolled way?

 7    A    They emit it in a predictable way, as long as they're

 8    intact.

 9    Q    And you have no evidence in what you saw of any sealed or

10    closed sources at Pratt & Whitney being misplaced or discarded

11    on the site, right?

12    A    I didn't examine any sealed sources.  I saw documentation

13    about the use of the sealed sources.  I can't say that it was

14    complete.  I don't know if it's incomplete because I didn't

15    have it all or if the records didn't exist.

16    Q    Other than sealed sources like the one we have

17    illustrated here, you're not aware of any use of Cesium-137 or

18    Strontium-90 at Pratt & Whitney, are you?

19    A    I'll bring you back to the caveat about the laboratory

20    test data.  But other than that, I don't have documents

21    detailing the use on-site.

22    Q    To get Cesium-137 or Strontium-90 from something other

23    than a sealed source, you would need to have nuclear fission,

24    wouldn't you?

25    A    You would.

1  Q     So that would mean having a nuclear reactor or a bomb,

2  wouldn't it?

3  A     Those are two ways, yes.

4  Q     So is it the case, sir, that if we set aside the closed

5  sources that you knew were there, for you to have Cesium --

6  for you hypothesize that there was Cesium-137 at Pratt &

7  Whitney or Strontium-90 at Pratt & Whitney that was put into

8  the environment by Pratt & Whitney, you would have to assume

9  that they had a nuclear reactor or detonated a bomb.

10  A     No.

11  Q     What source do you claim there is, sir, in the operations

12  at Pratt & Whitney that produced Cesium-137 or Strontium-90

13  that you claim to have found in the proposed class areas?

14  What is it you say they did?

15  A     I don't think I opined what the exact source of those

16  materials was.

17  Q     In addition, sir, to where we started, which is a source,

18  if you were -- if you wanted to say that something that was

19  done at Pratt & Whitney up there to the north had an impact in

20  the proposed class areas, you would need to have some kind of

21  transport mechanism for getting stuff from Pratt & Whitney 6

22  to 14 miles away, wouldn't you?

23  A     Correct.

24  Q     And you haven't offered any opinion about environmental

25  transport.  You don't offer an error model or a water surface

1    or groundwater model, do you?

2    A    No.

3    Q    And your only opinion with respect to the trucking theory

4    the Court has heard a little bit about is that it is a

5    potential vector?

6    A    Correct.

7    Q    And that means that it's -- that the data you see in your

8    mind is consistent with that being a possibility, therefore

9    it's a potential vector for transporting materials?

10   A    That's not quite correct.  The -- the list of possible

11   environmental mechanisms is large.  But surface water

12   transport models that you mentioned, air transport models,

13   don't necessarily reflect the facts on the ground.  The data's

14   telling us something a little bit different.  When you test

15   around The Acreage, you tend to find relatively high levels of

16   certain radioisotopes in some locations.  And then for those

17   same isotopes, you might have other locations where the

18   numbers are different.  And the number of transport mechanisms

19   that actually fit that pattern just became more limited over

20   time.  And the data was consistent with use of contaminated

21   fill, which is obviously generally moved by truck, but it's

22   also consistent with truck drag-out, which is a --

23            COURT REPORTER:  Which is a what, sir?  I'm sorry.

24            THE WITNESS:  Truck drag-out, a fugitive emission.

25   I'm sorry.  When I get into something, I talk faster.  I

1    apologize.

2              That is a completely different mechanism of

3    transport.  It doesn't require that the material not go to

4    where it was supposed to go, wherever that was.

5              That's all based on finding transport mechanisms

6    that are not just possibilities but that are consistent with

7    all the data that we have.

8    Q    Right.  So what you're talking about is drag-out.  That's

9    if a truck is driving along a road and it's not tarped, some

10   dirt might fly off the truck and get into the environment

11   along the route that it takes, right?

12   A    Correct.

13   Q    So if your hypothesis were that drag-out from a truck

14   that was being driven from Pratt & Whitney someplace was the

15   source of whatever you're finding through this process you've

16   described, you'd need to have the truck driving through the 60

17   square miles of the proposed class area, wouldn't you?

18   A    No.

19             The issue is more there is a limited number of ways

20   to enter and leave a facility of this kind.  And so you would

21   tend to concentrate the fugitive emissions in those locations,

22   and that would give you a location that tends to be higher in

23   certain contaminants than others -- other locations, that is.

24   Q    When you went to go test in this case, you made no effort

25   to do any kind of regional testing or to follow a plan that

```
 1    would allow you to come up with results that are
 2    representative of the proposed class area, would you -- did
 3    you?
 4    A    The interesting thing about representative samples, it's
 5    a very significant definition.  It's really telling that you
 6    you've collected enough samples that you can have essentially
 7    95 percent certainty about what you're going to find before
 8    you do the test.  And that would have been nice, but what was
 9    interesting about The Acreage is that very quickly I realize
10    that's not what was happening in The Acreage.
11           Because the vector of contamination wasn't
12    necessarily random, it wasn't wind blowing or surface water
13    runoff, that it appeared related to contaminated fill, rather
14    than looking for, you know, a representative distribution
15    across a region, it became much more important to realize, you
16    know, who had fill.
17           And as it turns out, you know, I think it's been
18    said in this case before, if you want to build in The Acreage,
19    you've gotta have fill.
20    Q    Right.
21           So everybody in The Acreage has fill.  And if you
22    wanted to see if this came from fill, you'd have to test
23    everywhere in The Acreage, because it's everywhere that they
24    use it, right?
25    A    That's a nonsecateur.  We understand that there's fill.
```

```
 1  Q    But just to clear up this one point, you didn't do

 2  anything to try to test in a representative way that would

 3  allow you to characterize with certainty what the levels of

 4  contamination might be over this 60-square-mile area?  You

 5  didn't do that kind of sampling; you didn't do that kind of

 6  testing?

 7  A    I wouldn't go as far as to say that, but I can guarantee

 8  you there's always more things that we could test in a case

 9  like this.

10  Q    The samples you have are representative of the specific

11  locations that you tested, not the entire area?

12  A    They are representative of a particular mode of

13  contamination spread.

14  Q    Your deposition, page 113, line 22, to 114, line 5:

15          "All right.  So, sir, do you recognize exhibit 10?"

16          And as you'll see above, exhibit 10 is the map

17  attached to the complaint in the Cotromano cases, that is, the

18  yellow -- that is represented by the yellow outline on our

19  demonstrative.

20          So the question:  "All right.  So, sir, do you

21  recognize exhibit 10?

22          "I haven't seen this before, but it looks like a map

23  of The Acreage."

24          Until I showed it to you at your deposition, you

25  hadn't seen the proposed class area as represented in the
```

1    complaint, right?

2    A     That's correct.

3    Q     And top of -- pardon me, page 114.

4          "Question:  When you were conducting your sampling,

5    did you make any effort to take samples that were

6    representative of the area that's shaded here in orange?"

7          And I apologize for the confusion, but we've

8    switched the colors here.  That's referring to the yellow

9    area.

10         "Answer:  Again, the samples are -- are

11   representative of the specific locations, not the entire

12   area."

13         Was that your testimony at your deposition, sir?

14   A     It was.

15   Q     Now, you talked about the nature of the results you have,

16   and I think you've described them before in your deposition as

17   heterogeneous.  Do you recall that word you used?

18   A     I did.

19   Q     I think you actually started with inhomogeneous and then

20   you went to heterogeneous and scattered; is that right?

21   A     That's correct.

22   Q     So what you have actually in the test results that you

23   got from this proposed class area is different things in

24   different compositions in different samples all over the

25   place, right?

1    A     That's not quite right.

2    Q     Well, what you found in the fill material and other

3    material in The Acreage is different compositions of chemicals

4    and radiochemicals in different samples from all over the

5    place, right?

6    A     I think the confusion is in misunderstanding the

7    objective of the testing.  The samples were not, as we said,

8    representative of the region.  They were meant to be

9    representative of materials that are acting as transport

10   vectors, of sources of exposure to residents in The Acreage.

11          For example, for any given home, we expect in The

12   Acreage that the radioisotope activities in the water system

13   are a potential source of exposure because the water treatment

14   residuals -- the backflush soils, scale in the pipes and so

15   on -- have elevated levels of a given set of these

16   radioisotopes.

17          And that's true for The Acreage as a whole.  But

18   it's extremely inhomogenous -- no wonder I didn't want to say

19   that -- heterogeneous for a given location, because your soil

20   number and your dust number and your air number and your water

21   number are all going to be different.

22   Q     Your deposition, page 136, line 10 to 14:

23          "And what you found in the fill material and other

24   material in The Acreage is different compositions of chemicals

25   and radiochemicals in different samples from all over the

```
 1  place, right?
 2          "Answer:  They do vary, yes."
 3          Was that -- were you asked that question, sir, and
 4  did you give that answer under oath at your deposition?
 5  A    Of course.
 6  Q    Sometimes when you tested at the places you went to in
 7  the proposed class area you found Cesium-137 and sometimes
 8  not?
 9  A    Correct.
10  Q    You found different combinations of things at different
11  places, right?
12  A    You know, absent some interesting patterns, the numbers
13  did tend to vary from place to place.
14  Q    You found the industrial isotopes that you looked for in
15  different combinations and different mixtures where you tested
16  in the proposed class area?
17  A    That's correct.
18  Q    What you found was different depending on the home you
19  tested in?
20  A    What I found was different depending on the type of
21  material tested and where it was tested.
22  Q    Sir, I have the wrong . . .
23          Talked earlier about how what you found was, in your
24  view, consistent with or indicative of the fill that's been
25  brought into the proposed class area being the source of what
```

```
 1   you saw in the data; is that right, sir?

 2   A    Yes.

 3   Q    And you know, sir, there's lots and lots and lots of

 4   different sources of fill for these homes in The Acreage?

 5   A    I wouldn't -- I wouldn't try and put it quite so

 6   colorfully, but there are multiple sources of fill.

 7   Q    Were you in the courtroom earlier today when I went

 8   through some of them with Mr. Moore?

 9   A    I was.

10   Q    And one of those sources of fill, in fact, a big one, was

11   Palm Beach Aggregates, right?

12   A    Yes.

13   Q    Palm Beach Aggregates is a mining operation just west of

14   the proposed class area.  Do you see that on the map?

15   A    Yes.

16   Q    And what they did at Palm Beach Aggregates is they

17   actually dug stuff out of the ground for the express purpose

18   of giving it to people to use for things like building

19   materials and fill?

20   A    I understand they manufactured building materials from

21   what they mined, yes.

22   Q    And they also sold the materials they dug up as fill?

23   A    I don't have any original data or opinion about that.

24   Q    And they were actually in the business of selling fill to

25   be used in the proposed class area, weren't they?
```

```
 1   A     Again, I don't have any original documentation or

 2   personal observations about it.

 3   Q     Florida mining operations like Palm Beach Aggregates

 4   routinely bring materials into the surface environment that

 5   contain naturally occurring radioactive material, like

 6   uranium, thorium, and their many radioactive decay products?

 7   A     Yes.

 8   Q     And, in fact, the plaintiffs in this case, the Cotromano

 9   case, at least, allege that the presence of naturally

10   occurring radioactive materials and high concentrations of

11   these radionuclides in an environment are more readily

12   associated with mining operations, including the type of shell

13   rock mining conducted by Palm Beach Aggregates.

14         Are you familiar with that allegation, sir?

15   A     No.

16   Q     So, sir, I'm going to call up on the screen the second

17   amended complaint in the Cotromano case, paragraph 119.  And

18   here it is on the screen, paragraph 119:  "Those radionuclides

19   that have been detected in The Acreage at above natural

20   background rates but may be termed naturally occurring include

21   Uranium-234, Uranium-235," et cetera, "and elevated levels of

22   the decay products of thorium. "

23         Do you see that?

24   A     I do.

25   Q     And then it goes on.  Not the next sentence, but the next
```

```
 1   one:  "The presence of technologically-enhanced concentrations

 2   of NORM products -- and that, sir, is a reference to the

 3   enhancement of the concentrations of NORM products through

 4   things like mining operations that bring them to the surface

 5   environment, right?

 6   A    Understood.

 7   Q    So it says here:  "The presence of

 8   technologically-enhanced concentrations of NORM products, or

 9   TE-NORMS, in water systems can be associated with the metal

10   processing industry, particularly airplane engine and turbine

11   manufacturing; however, high concentrations of these

12   radionuclides in an environment are more readily associated

13   with mining operations, including the type of shell rock

14   mining conducted by the Aggregates."

15        That's the allegation in the second amended

16   complaint filed by the Cotromano plaintiffs, isn't it?

17   A    I don't know what they have filed.

18   Q    Well, sir, you know you have fill brought into The

19   Acreage from Palm Beach Aggregates, right?

20   A    I understand that to be true.

21   Q    Right.

22        You were here when we looked at the interrogatory

23   response from the Gayapersad plaintiffs that reference that

24   specifically?

25   A    You're probably more familiar with which name and case it
```

```
1   goes with than I am.

2   Q    You were here when we looked at this?

3   A    Yes.

4   Q    And you also know, sir, that Palm Beach Aggregates was a

5   major source of fill at Pratt & Whitney, as well?

6   A    I don't know that I ever offered that opinion or had any

7   direct observations about that.

8   Q    Well, you know that in the remediation efforts that have

9   been discussed throughout this hearing at Pratt & Whitney,

10  when they dug up the dirt to remediate it, they took the

11  contaminated dirt away, and they replaced it with fill that

12  they obtained from Palm Beach Aggregates?

13  A    If you attest to that.

14  Q    I'm showing you the 2001 soil interim measures report

15  that was discussed earlier today in the testimony of Brian

16  Moore, and I'm going to show you page 2-3 of that document.

17       Do you see that?

18  A    I do.

19  Q    Bear with me one second.

20       I may have the wrong page.  I just want to be sure

21  I'm where I should be.

22       Ah, I had the wrong page.  I think I fat-fingered

23  it, there.

24       If you look here on page 2-3 where it says "Site

25  Restoration"; do you see that, sir?
```

1    A    I do.

2    Q    And then right below it it says:  "The completed

3    excavation areas were backfilled with clean sandy soil

4    obtained from Palm Beach Aggregates," right?

5    A    Yes.

6    Q    And you know, sir, that when you went onto Pratt &

7    Whitney's property to test for the presence of radionuclide

8    materials, you went and tested in what are called SWMUs.  In

9    the lingo that's S-W-M-U, all caps.

10   A    Yes.

11   Q    And those are areas where there has been some

12   contamination, and they're usually being regulated and cleaned

13   up; that's why they get that technical term applied to them.

14   A    They are waste management units.

15   Q    And so when you went onto test, you actually went onto

16   Pratt & Whitney to test in places like SWMU 5, SWMU 6, SWMU 8

17   and SWMU 36 that are referenced in this soil interim measures

18   report that we have up on the screen?

19   A    Those were among our samples, yes.

20   Q    And, in fact, the first time you went to Pratt & Whitney

21   to test in those places, the areas that were indicative of the

22   SWMU itself were roped off, and you were asked to test within

23   the roped off area.  Do you recall that?

24   A    I don't know if they overlapped with the SWMUs in every

25   case.  I'd say the samples were a mix of disturbed fills of

1    materials that had collected sometime after remediation, and

2    materials that were runoff areas were outside of those

3    locations.

4    Q    When you went onto Pratt & Whitney's site, you were

5    generally aware that the areas you were testing had been

6    remediated, including the areas like the ones that are

7    mentioned in this report, SWMU 36, et cetera?

8    A    I understood that remediation had taken place at many of

9    the locations we tested.

10   Q    So if you tested areas with fill from Palm Beach

11   Aggregates in The Acreage, or areas in The Acreage impacted by

12   fill from Palm Beach Aggregates, and you also tested areas

13   with fill from Palm Beach Aggregates at Pratt & Whitney, or

14   areas impacted by fill from Palm Beach Aggregates at Pratt &

15   Whitney, it would be no surprise to you, sir, if you got

16   similar results?

17   A    You're going to have to run that question by me again,

18   I'm sorry.

19   Q    Sure.

20         If there are places that you tested in The Acreage

21   where Palm Beach Aggregates might have been the source of the

22   fill that you tested, and there were places at Pratt & Whitney

23   that could be the source of the fill you tested, it wouldn't

24   be surprising if you got similar results if what you were

25   testing was fill in both places that came from Palm Beach

1    Aggregates?

2    A    It would surprise me.  The materials at the UTC site

3    itself were very different.  We literally had metal waste

4    sticking up out of the -- out of the dirt, or we were sampling

5    from culverts that had collected organic-rich material from

6    the low-lying parts of the plant, or we were trying to work

7    around construction rubble and debris at the UTC site, or

8    there were locations where there were certainly unnatural

9    industrial materials that were in our samples.

10            And I would say it would be a remarkable stretch if

11   fill at The Acreage matched fill at the Pratt & Whitney site,

12   because there was some locations in each area that had fill

13   from Palm Beach Aggregates.  It would be remarkable, and it's

14   not what I saw in my data.

15   Q    Right.

16            The stuff that you tested at Pratt & Whitney had all

17   kinds of industrial metals and things sticking out of it, and

18   what you tested in The Acreage looked a lot different.

19   A    No.  What I said was Pratt & Whitney had a wide range of

20   materials, including materials that had industrial metal

21   wastes that were obviously visible in it.  It had wastes that

22   were organic rich that we found in culverts.  We found waste

23   that had obviously nonnative materials that were present.

24            That's different than saying we found, you know,

25   metal shavings in the homes in The Acreage.

1   Q    What's that process you described earlier where, when a

2   truck is driving down the road and the dirt flies off and you

3   get contamination around -- along the route, what's that

4   called?

5   A    That was called drag-out.

6   Q    Drag-out.

7         So if Palm Beach Aggregates is a source of fill, and

8   it's a source of fill, potentially, all over The Acreage and

9   other areas in Palm Beach County, and if somebody from in The

10  Acreage was buying fill from Palm Beach Aggregates, and one of

11  those trucks drove through the proposed class area, you'd get

12  fill, wherever they dropped it off, that would be from Palm

13  Beach Aggregates, and you'd also get this drag-out effect from

14  Palm Beach Aggregates down whatever pathway they took, right?

15  A    I actually stood next to the entrance to Palm Beach

16  Aggregates and collected samples when their big trucks went by

17  and specifically tested the drag-out, the drag-out-impacted

18  soils as close as I could get to the Palm Beach Aggregates

19  facility.  And, boy, there were a lot of trucks.  That's a

20  busy, busy place.

21        But, no, I didn't find the same thing there that I

22  had found at the Pratt & Whitney site.

23  Q    Show me where on this map, or tell me where to point,

24  where was it that you were when you tested what you say was

25  where all the trucks were coming out of Palm Beach Aggregates?

```
 1   A    Well, that's just a big red blob on the map, so I can't

 2   do it with that map, but it's in my database, along with the

 3   latitude and longitude of those samples.

 4   Q    Given that Palm Beach Aggregates is a documented source

 5   of fill in the proposed class area, and that it's a documented

 6   source of fill at Pratt & Whitney, you cannot exclude Palm

 7   Beach Aggregates as a source of your results, can you?

 8   A    Well, that's why we started with me readily agreeing that

 9   I would expect Palm Beach Aggregates to have some

10   naturally-occurring radioactivity.

11   Q    I'm sorry, did you say, no, you can't?

12   A    I said that's why we started this by my saying I expect

13   them to have some naturally-occurring radioactivity.

14   Q    So, now, sir, I want to talk about whether you found the

15   presence of materials in The Acreage area that were above

16   background levels.  And quickly I'd like to start with what a

17   background level is maybe using Cesium-137 as an example.

18          We talked about this earlier, but in different areas

19   of the country you have a different value that you would

20   expect as a matter of background for radioactive materials

21   like Cesium-137.

22   A    We'll start by saying, you know, we're talking on

23   average.  But, yeah, on average there are going to be some

24   regional differences.

25   Q    Right.
```

```
 1              And when you express the background level, you
 2    express it as an average, don't you?
 3    A    Well, you can express it a lot of ways.  I mean, the
 4    maths you could use are complicated.  But when it comes down
 5    to is you expect a certain, you know, range of results when
 6    you do tests.
 7    Q    Right, you --
 8    A    -- absent some source of contamination.
 9    Q    When you're trying to define the background level, you do
10    a bunch of samples, and you average the results, and that
11    gives you the average background level.
12    A    Without, you know, making this too difficult, that's just
13    one of many ways.
14    Q    And so if you have a background level expressed as an
15    average, you would expect some values above it, some values
16    below it.  There will be a distribution of some sort.
17    A    Yes.
18    Q    And, actually, not to get too technical about it, you
19    would actually expect something like a log normal distribution
20    of results, where you have a long tail on the low end and a
21    few results that make up the high end, that when you average
22    them out, give you your average?
23    A    There's pages of assumptions that go into that statement.
24    So just being aware that those exist, you know, we're on the
25    right track.
```

```
 1   Q    Yeah.  So, bottom line, when you have a background

 2   expressed as an average, you're gonna expect to see some

 3   samples above that number and some below it.

 4   A    Essentially what you've got with your background is this

 5   is the most probable result, and the further away you get from

 6   it, the less probable it becomes.

 7   Q    And you will have different background levels for

 8   radioactive materials depending on what type of sample you

 9   have.  For example, you would expect a different level of

10   something like Strontium-90 to be present in soil than you

11   find in lichen or biota, tissue samples or water?

12   A    Well, I can't speak to tissues, but for the environmental

13   samples, you're going to get a mixture of each of those media

14   almost anywhere you go.  So with a large enough number of

15   samples, they should be fairly regular.

16   Q    You can't talk to what the background for radioactive

17   materials might be in something like a tissue sample?

18   A    I am not a medical professional, so I'm going to leave

19   that to the medical professionals.

20   Q    Then why did you include results from tissue samples in

21   all of the tables you provided in your direct examination,

22   sir?

23   A    Because I provided that test data for people who actually

24   do understand how human bodies work.

25   Q    You would expect to have a different background level for
```

```
 1    things like lichen than you would see in soil?

 2    A    The reality is, you know, less so.

 3    Q    At your deposition, page 110, line 20, to page 111,

 4    line 1:  "Did you try to find background references that were

 5    specific to all these different types of samples?

 6              "Answer:  No.

 7              "Question:  Did you look for a background reference,

 8    either a reference area or a literature reference, that would

 9    tell you the background levels in things like lichen?

10              "Answer:  No.

11              "And that would be different, wouldn't it, than

12    soil?

13              "Answer:  Correct."

14         Were you asked those questions, and did you give

15    those answers under oath at your deposition?

16    A    I did.

17              The difference is we were very expansive with our

18    discussion, and we had not limited ourselves to lichen or

19    soils from a single place, like we did in our deposition.

20    Q    The only background you used was something for soil,

21    sediment and dust, right, sir?

22    A    It is primarily a soil and sediment standard.

23    Q    When you tested for Cesium-137 in the proposed class

24    area, you found exactly what you would expect, didn't you?

25    A    No, sir.
```

1  Q    You found Cesium-137 at -- roughly at or below the

2  background level that you used, which I believe was .3 pCi/g?

3  A    No, that's not correct.

4       What I actually found when I did the testing is that

5  there were home sites where fill was present where I had some

6  elevations of Cesium-137.

7       Interestingly, it was also at some of the sites

8  where we had elevated Cesium-137 where other industrial

9  isotopes also were elevated at the same time.  And there was a

10  distinct pattern of the distribution of the Cesium-137

11  results, where we found that the maximum offsite Cesium-137

12  soil results corresponded to a location directly opposite to

13  where the maximum on-site Pratt & Whitney Cesium-137 results

14  happened to be.

15       And the microscopic data that had been collected

16  along with that, where we're looking at total cesium, which is

17  all the isotopes of cesium combined, also by far gave us the

18  highest numbers at that same location.  And it occurred with

19  our highest levels of thorium-uranium mixtures that we didn't

20  find anywhere else except those kinds of locations.

21       So, no, what I found was not at all what I expected.

22  Q    Did you hear my question?

23  A    I did hear your question.

24  Q    And did you hear that I was asking you about what you

25  found in the proposed class area or in The Acreage?

1    A    I did.

2    Q    And let me just show you, sir, what we have here as a

3    demonstrative exhibit, which we'll mark as Pratt & Whitney

4    demonstrative exhibit 9.

5         What we did here with the help of our expert,

6    Dr. Frazier, is we took Cesium-137 concentrations in The

7    Acreage soil that you reported.

8         So to be clear, we eliminated things like tissue

9    samples, and we used soil, and we mapped those results onto a

10   graph that includes a representation of the expected mean of

11   .3, the average of point -- background, pardon me, of .3,

12   which is the background you are using for Cesium-137.

13        Do you see that, sir?

14   A    I see what you've done.

15   Q    And do you notice here that we have represented as gray

16   dots kind of below the line 166 nondetect results?

17   A    Yes.

18   Q    And is that consistent with the data as you recall it?

19   A    Yes.  If anything, we probably have a few more

20   nondetects.

21   Q    So nondetect is when you take your sample to the lab, and

22   they look for the stuff and they don't find it, right?

23   A    Yeah, they can't tell if it's significantly different

24   from a blank, from nothing.

25   Q    Which in lay terms is you didn't find it?

```
 1   A     Sorry, I thought that was the lay term, my bad.

 2   Q     And what we have represented here by the blue dots are

 3   what we call detections, and then the yellow dots are what are

 4   called J-qualified detections, or an estimated result.

 5         Do you see that?

 6   A     I do.

 7   Q     Now, to put this data into context, you appreciate, sir,

 8   that the proposed class area is 60 square miles?

 9   A     I'll take your word for it.

10   Q     Roughly 18,000 properties?

11   A     Yes, sir.

12   Q     And you have a total of maybe 200 tests that you did in

13   that proposed class area, right?

14   A     For Cesium-137, yes, not counting the total cesium tests,

15   right.

16   Q     Right.

17         And so you have 166 nondetects, and then I don't

18   have the exact number, but you can tell you've got six

19   detections that are not J-qualified, right?

20   A     I hear.

21   Q     And exactly one of those is above the expected background

22   level of .3, and that's the DeCarlo residence, at .47 pCi/g;

23   is that right, sir?

24   A     Yes.

25   Q     And then when you look at the J-qualified detections, you
```

```
 1   have maybe five that are at or just a little bit above the
 2   background level of .3, right?
 3   A    Yes, sir.
 4   Q    And, in fact, some of these dots are duplicative.  A lot
 5   of them are from the DeCarlo residence.  So what you really
 6   have, sir, is maybe five detections and J-qualified detections
 7   out of a couple hundred tests over a 60-square-mile area that
 8   are even above background, right?
 9   A    Given that we've chosen to exclude the high data, this
10   is -- this is as expected, knowing what we know.
11   Q    What high data from The Acreage soil do you contend we've
12   excluded from this chart, sir?
13   A    Well, it's a well-phrased question.  I'll try to be as
14   good in my answer.
15        The source area at Pratt & Whitney and the immediate
16   surroundings are where the high values of Cesium-137 were
17   detected.  And The Acreage would be what a modeler would call
18   the receptor area, the place that was downstream of that
19   contamination.  And we would completely expect that we would
20   have high values at the source that would decay down to lower
21   values at the receptor.
22        So in that sense the data is, in many ways, exactly
23   as expected.
24   Q    The highest result -- first of all, my question was The
25   Acreage soil, not Pratt & Whitney.  Did you appreciate that,
```

1   sir?

2   A    I did.  I understood that you were -- you were looking at

3   just the area where we had the low numbers.

4   Q    Right.

5        Well, I'm actually only looking at the area that the

6   plaintiffs in this case want to certify as a class action,

7   asserting a claim on behalf of the owners of 18,000

8   properties.  Okay.  So would you --

9   A    It does no good to ask me questions that are legal.

10  Q    Would you focus with me, sir, on the area I asked about,

11  which is the proposed class area?

12  A    Yes.  I said "yes" to your question a while ago.

13  Q    And you mentioned in some of your testimony a moment ago

14  the results at Pratt & Whitney.  Do you recall that?

15  A    I do.

16  Q    The very highest result you got at Pratt & Whitney,

17  on-site at Pratt & Whitney, was .49 pCi/g, just below that, or

18  right at that blue dot, that is the DeCarlo residence, right?

19  A    I'm not sure if you're including areas that were formerly

20  part of Pratt & Whitney but they are now part of Corbett.

21       So excluding those areas that are currently part of

22  the Corbett Wildlife Management Area, where we found

23  substantially higher levels, and excluding the fence line data

24  that's also just outside the Pratt & Whitney site, you know,

25  as long as I keep it to that, you're correct.

1  Q    You think you tested in some area of the Corbett Wildlife

2  Management Area that Pratt & Whitney used to own?

3  A    I said I'm uncertain about that, so I'm just leaving that

4  out there as a possible exclusion.

5  Q    Okay.  So other than the possibility that there's a test

6  someplace in the Corbett in an area you speculate Pratt &

7  Whitney might have owned, .49 is the highest number you can

8  point to at Pratt & Whitney?

9  A    That was the highest on-site number, yes.

10 Q    And you know, sir, that the important comparison is not

11 to see if you can find one or two results above the average

12 background, but the important comparison is actually to

13 compare the mean of the results you get to see if that's

14 higher, in fact significantly higher is the test you would

15 apply, than the mean background?

16 A    It's true if you're looking at a random set of samples.

17 It's not necessarily true if you're looking at nonrandom data.

18 Q    I'm pointing -- I've called up your expert report from

19 December of 2016, page 24:  "While an upper tail activity of

20 Cesium-137 exists, the more important figure is whether the

21 mean of results" -- and here you're referring to the UTC

22 facility -- "whether the mean of the results at the UTC

23 facility is significantly higher than the mean background

24 within a reasonable degree of scientific certainty."

25          That's what you wrote, right?

```
 1   A     That is because in this case now we're talking about the

 2   entire sample set and not the areas where we have already got

 3   significant data showing us that there are other areas of

 4   cesium contamination definitively present and shown by the

 5   evidence.

 6   Q     Sir, if you wanted to compare the average of the results

 7   you claim to have found at the Pratt & Whitney facility to the

 8   background level of .3 that you relied upon in this case, you

 9   could have provided that comparison, couldn't you?

10   A     The average of all that data?  I think that might even be

11   in the database itself.  But I understand.

12   Q     Well, I mean, if it's a question of whether the Court

13   could see this comparison, you wouldn't expect the Court to go

14   through your whole database, find the samples that have

15   Cesium-137 on-site at Pratt & Whitney, average them all out

16   and then figure out whether that was higher or lower than the

17   average background that you would expect from global fallout

18   from nuclear weapons testing and other events over time,

19   right?

20   A     No, no.  I don't think you're characterizing that

21   properly.

22         What I meant when I said it's in the database, I

23   meant that in the Excel files I provided, I actually laid out

24   the number of detects versus nondetects for isotopes, the

25   means, that is, just the straight averages and so on, and that
```

1   should be part of the appended supporting data that goes with

2   this.

3   Q    Where is it, sir, in your direct examination to the Court

4   where you point out for the Court this average-to-average

5   comparison that you say is the more important figure?  Can you

6   point us to it?

7   A    First of all, direct examination?  This is the affidavit

8   that was submitted December 1st; is that right?

9   Q    Yeah, yeah.

10  A    It's a legal term of art I just wasn't familiar with.

11  Q    So we have --

12  A    So hold on.  If I'm answering, just let me get it out.

13          I said in my databases, not in my direct

14  examination.  We had actually carried those numbers through

15  and done those calculations.  I don't think I said it was in

16  the direct examination.

17  Q    Right.

18          You said here it's the most important figure is to

19  compare the mean to the mean, and you didn't put it anywhere

20  in your direct examination, your affidavit, that you provided

21  to the Court.

22          MR. SCAROLA:  Excuse me, Your Honor, if counsel's

23  purporting to read from the document on the screen, he has

24  misread it.

25          MR. GALLAGHER:  I --

1              MR. SCAROLA:  It does not say the most important

2    figure.  Just for the record, it says the more important

3    figure.

4              MR. GALLAGHER:  Sir, can I -- well, I apologize.

5    More important figure.

6              But, Your Honor, could I request that I only have to

7    deal with objections from one lawyer on the other side?

8              THE COURT:  Yes.  I don't know who's handling this

9    witness.

10             MR. GALLAGHER:  Well, it sounds like Mr. Scarola.

11             MR. SCAROLA:  No, it will be Ms. Hatfield, Your

12   Honor, and that was not intended as an objection.  I just

13   wanted to be sure that the record is clear as to what is on

14   the screen.

15             THE COURT:  I think it was an objection,

16   Mr. Scarola.

17   BY MR. GALLAGHER:

18   Q    Sir, nowhere in your direct examination do you provide

19   the Court with the more important figure, as you describe it

20   in your expert report, and you nowhere compare the average of

21   the results you got to the background average, do you?

22   A    In the discussion of background levels for Florida and

23   whether the upper tail activity or the average exists, no.

24   There are many things I will readily admit I did not include

25   in my direct examination.

```
 1   Q    One of them being the thing you describe here as the more
 2   important figure, right?
 3   A    Of these, yes.
 4   Q    Similarly, you didn't provide for the Court the, of what
 5   you call here the more important figure, the comparison of the
 6   average to the average, for the results you got in the
 7   proposed class area, did you?
 8   A    I don't understand your question.
 9   Q    Well, nowhere in your direct examination, your affidavit
10   to the Court, do you lay out for the Court how the results you
11   found in the proposed class area on average compare to the
12   average background for the area.
13   A    That's correct.
14   Q    And you don't do that for any of the radionuclide
15   materials that you include in your affidavit, do you?
16   A    Nothing that is limited to the proposed class area, since
17   I hadn't seen it at the time.
18   Q    You know, sir -- well, strike that.
19        The reason you didn't provide the comparison of the
20   average of the samples you found in the proposed class area to
21   the average background that you used is because you know that
22   if you make that comparison, it shows there's absolutely
23   nothing unusual going on here at all, right?
24   A    No, that's not true.
25        The reason I presented the data that I did was
```

1   because I felt like the data told a compelling story; that

2   there was radioisotope contamination present at the UTC site,

3   that it could be seen in the documentary evidence; that there

4   was source materials for some of these radioisotope sources of

5   contamination; that multiple lines of scientific analytical

6   laboratory evidence pointed to contamination both from

7   industrial radioisotopes and from, as we've both agreed, mined

8   naturally-occurring isotopes with radioactive materials; that

9   they could be found at the Pratt & Whitney site at high

10  levels; and also that certain materials at the homes of the

11  residents of The Acreage, because of the way the homes are

12  constructed and how they use their water systems contained

13  elevated levels of these radioisotopes.  And.

14          At no point did I say that this is because of some

15  average impact to soils across the board at The Acreage, but

16  was, in fact, due to very specific processes that took place

17  because of contaminants in the fill that were concentrated by

18  the water systems and that exposed residents through

19  consumption of potable water.

20  Q    If you were concerned, sir, about what was in the water

21  people were drinking, why didn't you test the water?

22  A    Well, testing for water is an entirely different process

23  than testing for water residuals.  If I were to test the water

24  in a home, I'm testing one sample from that very moment,

25  whereas the residuals, the backflush materials, the scale that

1    develops, tests that material over time and gives you a look

2    at what was happening, you know, contamination-wise, from a

3    much longer period.

4    Q    So the stuff you tested was actually the soil where

5    materials would have been accumulated because they have water

6    residuals flowing into them, or they are the residuals of the

7    water?

8         Actually, let me ask --

9    A    Try that again.

10   Q    Let me withdraw that and actually ask you a different

11   question, sir, because it's where I started.

12        Do you see on the chart that I've added a green

13   dotted line, Acreage mean of detections for Cesium-137?

14   A    Yes.

15   Q    Do you see that?

16   A    I do.

17   Q    And do you know that if you exclude the nondetects and

18   you can just take those out of the equation and just average

19   the detections and the estimated results from your data for

20   soil, what you get is an average of .25 pCi/g below the

21   background you used in your report, right?

22   A    With all these limitations, that's correct.

23   Q    And excluding the nondetects actually have the effect of

24   elevating that number, because if you leave out all the --

25   A    I'm just going to stop you, because it's, no, that's not

1    correct.   Some of the nondetect levels are actually higher.

2    But because they're not detections, we don't include them.

3    Q    When you're trying to average what you found, you don't

4    include, or you didn't find it?

5    A    EPA says you should include your nondetects if you want

6    to be conservative.  We chose not to.

7    Q    That is what the data shows, the average of your

8    detections in soil, including both estimated results and the

9    actual unqualified detections is below .3 pCi/g for

10   Cesium-137, right?

11   A    Correct.

12   Q    You include some data in your report for Strontium-90,

13   and when you originally tested before we had the opportunity

14   to depose you, the only Acreage results that you found that

15   you characterized as being anything other than what's expected

16   as a matter of background were the results at the Tvenstrup

17   house -- and I apologize, that's T-v-e-n-s-t-r-u-p -- and at

18   the DeCarlo residence; is that right?

19   A    Yes.

20   Q    DeCarlo, that's actually the only -- that one result at

21   DeCarlo was the only result outside of what was expected

22   background, as you claim it, that you found in The Acreage,

23   right?

24   A    That's correct.

25   Q    And the Tvenstrup results that are still the highest ones

```
 1   reported in the table provided to the Court, those were

 2   results the lab reported from samples, from testing samples

 3   from things like lichen and gutter scum from the roofline of

 4   the house?

 5   A    That's correct.

 6   Q    And that's the stuff that you don't have any separate

 7   background level for, right?

 8   A    That I'm not -- I wouldn't readily say, because the

 9   materials that had collected in the gutters, of course, was

10   the same as the materials that come down the gutter

11   downspouts.  And so we do have soil samples from those gutter

12   downspouts, as well.

13         But, no, they didn't show those -- they didn't show

14   those same kinds of Strontium-90 levels.  And I don't think

15   the samples taken after the deposition, in addition to the

16   DeCarlo samples, were quite that high.  I think the Tvenstrup

17   numbers were the highest on-site or offsite Strontium-90

18   numbers.

19   Q    Right.

20         Those are the things you found in lichen and gutter

21   scum from the roofline.

22   A    Well, scum, I think it was gutter sludge, meaning it was

23   a mixture of water and soil material, and presumably there

24   must be some amount of lichen in there, although we didn't

25   check for lichen per se.
```

1    Q    And Strontium-90 can do what's called preferentially

2    concentrating in biological material like lichen, can't it?

3    A    It can.

4    Q    It's known, sir, that you can get inaccurate results when

5    you are doing a lab testing for Strontium-90 due to a very

6    common and well-known phenomena with the test that's used for

7    beta emitters, like Strontium-90?

8    A    I'd go further.  You can always get a wrong result for

9    tests if you do it wrong.

10   Q    Well, in the case of the test for Strontium-90, you have

11   choices to make about which of the procedures you will use for

12   the process that's called chemical separation.

13        Do you understand that?

14   A    I do.

15        I don't think we had that level of choice.  I think

16   we were actually using an agreed-upon method with Pratt &

17   Whitney.  Correct me if I'm wrong.  I think we agreed to a

18   very specific chemical separation for that testing.

19   Q    Well, let me back up and say you've never done the test

20   and have no personal knowledge of how you do the test for

21   beta-emitting materials like Strontium-90, right?

22   A    I've certainly done plenty of tests for beta-emitting

23   materials personally, but, no, these tests were done by a

24   certified testing laboratory.

25   Q    All right.  And so you understand that in order to

1   conduct the test, you first have to have this process where

2   Strontium-90 in your sample has to be isolated from other

3   things that might be in your sample that are also beta

4   emitters?

5   A    Well, you're oversimplifying.  In fact, what we do is a

6   method where you first remove the Strontium from your sample.

7   It's collected on a column, the column is then washed for

8   certain impurities, and then you ingrow your sample.  You let

9   it convert to its decay product.  And then we measure the

10  decay product.

11  Q    So the first thing you have to do is you have to separate

12  chemically the Strontium-90 from the other stuff.  And then

13  once you've separated the Strontium-90, you go through the

14  procedure -- and I won't get into the details -- where

15  ultimately you're going to be counting the beta emissions from

16  your sample, right?

17  A    This is routine for the majority of analyses we perform

18  that you do a process like that.

19  Q    And if, for whatever reason, you have a chemical

20  separation that is incomplete and you have materials that are

21  beta emitters that end up in the material where you're

22  ultimately counting the beta emissions, you can get elevated

23  results.

24  A    If you fail in your chemical separation, it actually

25  works in both directions.  You can get a false negative or a

1    false positive.  So for this work we employed a method that

2    minimized that potential problem, even if there had been, as

3    you say, a problem with the chemical separation, because

4    you're depending on using the short-term decay product that

5    you actually measure, which comes from nothing else but

6    Strontium-90 and has a very different beta emission spectrum

7    than Strontium-90 does that's easier to measure and that many

8    other beta emitters don't have, it should preclude getting

9    certified results that include other beta emitters.

10   Q    Sir, you didn't look for this incomplete chemical

11   separation, whether that was happening in the test results you

12   were looking at, did you?

13   A    I do not understand your question.

14   Q    Well, when you looked at the test results you got, you

15   just looked at the case narrative that gives you the number.

16   You didn't go back into the backup reports, the material

17   underlying the narrative, to see if there were potentially

18   issues going on with this kind of incomplete chemical

19   separation, did you?

20   A    Actually, what I did was I called the laboratory director

21   and had him go over that material with me in a personal

22   communication and describe his assessment of each of the steps

23   when doing the analysis.

24   Q    And you did that, sir, only after Dr. Frazier pointed out

25   to you that this incomplete chemical separation was an issue?

```
 1   A     Actually, I was aware of the need to do a proper chemical
 2   separation before.  As I said, I've already done beta emission
 3   analyses on my own but obviously would not rely on them for
 4   this kind of work.
 5   Q     You didn't call the lab director, as you described, to
 6   get this description until after Dr. Frazier pointed out that
 7   there were issues with the results you were relying on, did
 8   you?
 9   A     Actually, I called him sometime after I actually got his
10   complete report where they give the backup data for the lab
11   results.  I get the lab results first, and then I get the
12   thousand-page document that describes how they did it after.
13   That may or may not have been before or after Dr. Frazier's
14   report.  I'm sorry, I don't know.
15   Q     Your deposition, page 237.
16         "Question:  For any of The Acreage area samples
17   where you claim to have found Strontium-90, did you examine
18   the underlying lab reports to determine whether there were
19   potentially problems with the chemical separation or other
20   explanation for the positive findings?
21         "Answer:  Actually, I only looked at case
22   narratives, where they report their -- their individual data
23   flags.
24         "Question:  So you didn't look at the underlying
25   report or materials to see if there were potentially -- if
```

1   there was potentially issues with the testing?

2           "Answer:  Not for the chemistry portion, no."

3           Were you asked those questions, and did you give

4   those answers at your deposition under oath?

5   A    I did.

6   Q    Now, Dr. Frazier, in his direct testimony to the Court,

7   explains how this process works and how incomplete chemical

8   separation could explain Strontium-90 results, and you agree,

9   sir, that it can happen, and if it happens, it inflates the

10  results, or could inflate the results, right?

11  A    If there's a incomplete chemical separation or an

12  improper chemical separation, the results can be either too

13  high or too low.

14  Q    And you actually see evidence that this may be going on

15  in the test results that you see from Pratt & Whitney, your

16  test results and the results of the split sample that was

17  taken at the same time, don't you?

18  A    I have seen this data.  My understanding is that after we

19  had agreed on a method, Pratt & Whitney used a different one.

20  I can't speak to what made them choose it.

21  Q    Well, sir, what you know happened is when you went onto

22  Pratt & Whitney's facility and you took a sample of dirt,

23  because this was being done as part of a court case, you took

24  a sample of dirt, and the sample was split, and half the

25  sample, same dirt, same source, went with Pratt & Whitney for

```
1   us to test, right?

2   A    No, a sample was collected, and then according to the

3   protocol agreed upon by Pratt & Whitney, an additional sample

4   was collected for Pratt & Whitney.

5   Q    But they were taken from the same area, right?

6   A    But they were not the same soil.  We each had our own

7   sample.  It was not a split in the sense of one sample was

8   taken and it was divided into two.

9   Q    How far apart were these samples when they were taken

10  from the dirt?

11  A    Pretty darn close.

12  Q    So they were taken from some place -- one sample, the one

13  you took, was taken from the Pratt & Whitney soil, and the

14  other one was taken pretty darn close to where you got your

15  sample, right?

16  A    That's correct.

17  Q    And then all of those samples at multiple locations from

18  the Pratt & Whitney facility were sent for lab testing.  You

19  sent yours to your lab, Pratt & Whitney sent its sample, the

20  split sample, as it's called, to a different lab.  That's what

21  happened, right?

22  A    That's correct.

23  Q    And then when the results came back, consistently you

24  have reported in the results a positive detection at your lab,

25  Eberline, and a nondetect at our lab, Test America, right?
```

```
1    A     Yes.

2    Q     And that's because, sir, there is an issue with the

3    chemical separation that was done at the Eberline lab, wasn't

4    there?

5    A     No.  You're oversimplifying.

6          The issue goes both ways.  Test America could have

7    improperly cleaned their sample and under-reported their

8    results, as well.

9    Q     "Question:  And so one explanation for the difference in

10   results, a pretty significant and consistent difference in

11   results from Eberline and Test America on the Strontium-90

12   results, might be that -- that there's a problem with the

13   chemical separation?

14         "Answer:  It would be speculating.

15         "Question:  You don't have any other explanation, do

16   you?

17         "Answer:  I do not."

18         You were asked those questions, and you gave those

19   answers, didn't you, sir?

20   A     Yes.

21   Q     One last area I'd like to cover, and that is the question

22   of exposure or dose.

23         Once you assume that you've got some kind of source

24   at Pratt & Whitney and once you assume you've got some sort of

25   transport mechanism from Pratt & Whitney the 6 to 14 miles to
```

1    this proposed class area and once you've found something in

2    the proposed class area, the next question you'd have to ask

3    if you were going to contend that somebody got cancer, and in

4    particular brain cancer, as a result of that material, you'd

5    have to address the question of exposure and dose, right?

6    A    I can't answer questions about cancer as an expert.

7    Q    Well, you know, sir, that you need a pathway of exposure.

8    You're familiar with that concept, right?

9    A    I do.

10   Q    And with radionuclide materials like the ones you tested

11   for, that means you need to be within the effective range of

12   the radioisotopes, right?

13   A    Correct.

14   Q    That means to have a dose, you need to identify the

15   amount of material you have in the environment, the pathway to

16   the person, and then a dose, and if what you're talking about

17   is a particular organ like the brain, you need to actually

18   calculate a dose to the brain.  That's how it works, right?

19   A    You're kind of dancing around it.

20            If you're looking at the effectiveness of exposure

21   to a radioisotope, you actually need to measure the total

22   energy absorbed by the tissue, regardless of where it comes

23   from.  And I'm going to avoid working in the medical aspects

24   of it or what the doctors say is the most important dose for

25   the brain.

```
1   Q    You'll leave that to the medical experts like, for

2   example, Dr. Perry, who testified earlier today?

3   A    I didn't hear his testimony.

4   Q    I have up on the screen -- whoops.

5        I have up on the screen a cull out from Dr. Perry's

6   direct where he refers to a low-dose scalp irradiation, 1.4 to

7   1.8 Gy of radiation to the brain that corresponds to the dose

8   in a study he looked at.  Do you see that?

9   A    I do.

10       MS. HATFIELD:  Your Honor, objection.  This is

11  beyond the scope.  It's improper cross.  There's nothing about

12  dose in Dr. Kaltofen's direct.

13       MR. GALLAGHER:  And that's the point I'm about to

14  make, Your Honor.

15       THE COURT:  I assume he wants to ask him if he

16  agrees or doesn't agree with these numbers, since he's not a

17  medical person.

18  BY MR. GALLAGHER:

19  Q    You heard earlier about a comparison you could make

20  between that dose of 1.4 Gy and something you might derive

21  from samples taken from the environment.  You did not

22  calculate a dose from any of your data that we could compare

23  to this, did you?

24  A    I didn't provide any medical data whatsoever.

25       MR. GALLAGHER:  Nothing further, Your Honor.
```

```
 1                THE COURT:  Thank you.

 2                Let's take a recess before we begin the redirect.

 3                You can step down, Doctor.  Don't discuss your

 4   testimony, and we'll see you in about 10 minutes.  All right?

 5                THE WITNESS:  Thank you.

 6                THE COURT:  Thank you.

 7         (A recess was taken from 2:42 p.m. to 2:57 p.m., after

 8   which the following proceedings were had:)

 9                THE COURT:  Please be seated, everyone.

10                All right.  Ms. Hatfield, you may proceed with

11   redirect.

12                MS. HATFIELD:  Thank you, Your Honor.

13                         Redirect Examination

14   BY MS. HATFIELD:

15   Q    Good afternoon.

16   A    Good afternoon.

17   Q    Do you recall in your cross testimony just moments

18   earlier that you were discussing the nature of the samples

19   that you were taking at the UTC site and the possibility that

20   it could include Palm Beach Aggregates fill material?

21   A    Yes.

22   Q    I'd like to call up a picture that we had of some of the

23   testing that we did at the scrapyard at the UTC and some of

24   the testing that you did, Dr. Kaltofen.  If we could pull that

25   up.
```

```
 1              THE COURT:  If you can try and stay closer to that
 2    microphone.
 3    BY MS. HATFIELD:
 4    Q    Do you recognize this picture labeled office area
 5    scrapyard?
 6    A    I do.
 7    Q    Do you recall that when we did testing at the Pratt &
 8    Whitney facility there was photography?
 9    A    Yes.
10    Q    Who took the photography?
11    A    I don't recall the person's name, but I do remember being
12    aware of the photographer for the entire time.
13    Q    And, I'm sorry, that was a bad question.
14              Do you know whether UTC took the photography or
15    whether plaintiffs took the photography?
16    A    I thought it was UTC that was taking the -- or, that was
17    in charge of the photographs.
18    Q    If we zoom in on the front portions of the material that
19    is in the foreground there, are you able to identify for the
20    Court some of the pieces that was clearly industrial material
21    that you would not identify as Palm Beach Aggregates fill?
22    A    There were a large number of plastic, ceramic and metal
23    components that was scattered through the soil in that area.
24    Q    Was this office area/scrapyard sample the only place
25    where such industrial material was present in the strata that
```

1   you were sampling?

2   A     No.

3   Q     You had testified earlier that because you were being

4   conservative, you chose not to do what the EPA had suggested

5   could be done as far as including numbers that were reported

6   as nondetects.  Could you just explain what you meant by that?

7   A     One could average the results of a nondetect measurement

8   as whatever that detection limit was, or half the detection

9   limit, or a quarter or zero.  We didn't include them in

10  averages at the detection limit.  Sometimes the detection

11  limit can actually be higher than you get in your detected

12  samples, depending on the nature of your sample.  So it didn't

13  make sense to do so.

14  Q     Can you tell us whether that is -- if the defendant's

15  interests are better represented by lower numbers and the

16  plaintiffs' interests are better represented by a higher

17  number, does not including the nondetects favor the defendant

18  or favor the plaintiff?

19        MR. GALLAGHER:  Objection to the form of the

20  question.

21  BY MS. HATFIELD:

22  Q     Does it make it a higher or lower number?

23        THE COURT:  Overruled.

24        THE WITNESS:  The way I saw it is if I included the

25  nondetects in the numbers, they would be higher than if I

1    didn't include them, but I don't have a true detection to back

2    that up.  So I'd get a higher, less reliable number if I did

3    that.

4    BY MS. HATFIELD:

5    Q    And you do state in your direct examination regarding

6    Cesium-137 on what is page 13 of 31 of your direct affidavit,

7    in bullet C:  In fact, more than 84 percent of all samples and

8    duplicates analyzed for this study set had nondetectable

9    activities for Cesium-137.

10           Do you recall providing that testimony to the Court?

11   A    Yes, I do.

12   Q    Okay.  And why did you include that?

13   A    Because the finding of Cesium-137 was -- on average, it

14   was a rarity.  There were only a few types of materials in a

15   few locations where we found it, and that was actually

16   informing me as to, you know, what kinds of processes were

17   taking place on the site.

18   Q    And there was some discussion earlier about whether you

19   had developed a -- or found a background number for what the

20   gutter material that tested at the Tvenstrup house at a higher

21   level --

22           COURT REPORTER:  I'm sorry, at the what?

23   BY MS. HATFIELD:

24   Q    At the Tvenstrup house and your testimony in response to

25   Mr. Gallagher's question was that you wouldn't say that you

```
 1    had exactly not developed a background.

 2           Could you just explain that answer a little bit?

 3    A    Sure.

 4           The gutters are going to trap -- besides water,

 5    they're going to trap dust, they're going to collect soils

 6    that are blowing from the surface resuspended by winds.  If

 7    they're there long enough, things are going to grow in them.

 8    All that material is going to be in the downspout and in the

 9    gutters.

10           And we also sampled from locations at downspouts at

11    other houses, but the Strontium-90 finding at the Tvenstrup

12    house was unique.  It was the highest sample we had.

13    Q    In other words, if this were a gutter phenomena, would

14    you expected to find it in other gutters?

15           THE COURT:  I'm sorry, hold on.

16           MR. GALLAGHER:  Your Honor, whenever I hear a

17    question begin with "so," I object leading.

18           THE COURT:  I mean, it's technically leading, but

19    let's move this along.  Overruled.

20           MS. HATFIELD:  I'll withdraw.

21    BY MS. HATFIELD:

22    Q    Or, okay, you can answer.

23    A    Okay.  The material that we collected, presumably what

24    you're collecting from the downspout is similar, and that's

25    been my experience.  But we didn't have a result like that in
```

1   other locations.

2   Q    The questions that Mr. Gallagher asked you were based

3   radionuclide by radionuclide.  Is any part of your testimony

4   based on the totality of evidence, as opposed to radionuclide

5   by radionuclide?

6   A    Well, it is in two ways.  One of the methodologies that I

7   used was microscopic analysis.  In a microscopic analysis,

8   we're getting a more or less complete elemental composition of

9   individual particles, and there's a lot of information you get

10  from that.  Like you could tell a metallic particle from a

11  mineral particle or a salt particle.  You could tell a natural

12  particle from an industrial one.  And you can also see certain

13  radioactive materials, but only the whole set of their

14  isotopes.

15        So if we find thorium and uranium and polonium in a

16  particle, these are elements that are always radioactive, so

17  we know we have a radioactive particle.

18        The other issue is that we find certain types of

19  radionuclide together in certain places.  For example, we

20  found Cesium-137 collected around one area of UTC and the

21  abutting property and where we found some elevated isotopes,

22  we found others that were not necessarily part of the same

23  decay chain.

24        So one wasn't the parent to the other.  They were

25  not related by a decay chain, but obviously there was some

1    process that brought them together.

2    Q    Was it part of your responsibility to determine how far

3    the economic damage spread beyond the borders of a particular

4    contaminated property?

5    A    I'm sorry, no, I don't think so.

6            MR. GALLAGHER:  I'm going to object to the form of

7    the question, Your Honor, because it assumes a fact not in

8    evidence, economic damages.

9            THE COURT:  Overruled.  She's just trying to

10   establish he's not opining on any economic issues, so . . .

11           Is that correct?

12           THE WITNESS:  That's correct, sir.

13   BY MS. HATFIELD:

14   Q    Does your work address the issue of whether there is

15   environmental contamination within The Acreage area?

16   A    It does.

17   Q    And if I say within The Acreage area, do you understand

18   that I mean the proposed class areas in the yellow?

19   A    I understood that generally beforehand, and I understand

20   that you mean these boundaries today.

21   Q    Is there contamination within The Acreage areas

22   represented by the yellow boundaries?

23   A    Based on the laboratory data, yes.

24   Q    Does your work address the issue of whether the

25   environmental contamination in The Acreage originated on the

1    campus of Pratt & Whitney?

2    A    Yes, it does.

3    Q    Did it originate on the campus of Pratt & Whitney?

4    A    It did.

5    Q    If those same two issues needed to be resolved in 15,000

6    individual Acreage property owner cases, would your testimony

7    about those issues be different in any way?

8    A    My expectation is that the similarities between these

9    properties are greater than there are differences.  There will

10   always be some variability.  But given the specificity of the

11   pathway of exposure, I'd expect them to be all tested pretty

12   much the same way.

13            MS. HATFIELD:  I don't have any further questions.

14   Thank you very much.

15            THE COURT:  All right.  Thank you.

16            Any recross?

17            MR. GALLAGHER:  Just very quickly, Your Honor.

18                        Recross-examination

19   BY MR. GALLAGHER:

20   Q    Am I right, sir -- I want to understand what you said

21   just now in questioning.

22            Did you actually calculate averages where you

23   included or excluded the nondetect values?

24   A    That's correct.  I did calculate averages using

25   nondetects as zeros.

```
 1   Q     Right.
 2              So somewhere along the way in your work you actually
 3   calculated the average, right?
 4   A     Correct.
 5   Q     And you claim what you did is you calculated your average
 6   excluding the nondetects the same way I showed you in the
 7   chart I showed you today, right?
 8   A     Not excluding them, but averaging them in as zeros.
 9   Q     And that value is where in your direct examination to the
10   Court or your reports in this case?  Where do we find that?
11   A     I didn't include it in my direct examination.  It's in
12   one of my older reports.  I don't know the date of it, I'm
13   sorry.
14   Q     And that calculation, if you do the average and you set
15   the nondetect -- never mind -- and you set the nondetect to
16   zero, instead of doing what we did, which is just exclude the
17   nondetect from the dataset completely, what you get in your
18   calculation that you claim to have done is a number that's
19   even lower than the number I showed on that chart today,
20   right?
21   A     Correct.
22   Q     And so the calculation you did is even lower, even
23   further below the average than the one I showed today, right?
24   A     I probably wouldn't express myself so colorfully, but,
25   yes.
```

```
 1   Q    And you didn't put it in your direct to the Court, right?
 2   A    It is not in my direct.
 3             MR. GALLAGHER:  Nothing further, Your Honor.
 4             THE COURT:  Thank you, doctor.
 5             THE WITNESS:  Thank you, Your Honor.
 6             THE COURT:  All right.  Who's our next witness?
 7             MR. McELROY:  Your Honor, defendants are calling
 8   Dr. John Frazier.
 9             THE COURT:  Sir, would you raise your right hand for
10   me, please, when you get situated.
11              John Frazier, Defendant's witness, sworn.
12             THE COURT:  Please be seated, sir.
13             All right.  If you can try and get close to that
14   microphone.  Tell us your name, and spell your last name,
15   please.
16             THE WITNESS:  Dr. John Frazier, J-o-h-n
17   F-r-a-z-i-e-r.
18             THE COURT:  Thank you.
19                          Cross-Examination
20   BY MS. HATFIELD:
21   Q    Good afternoon, Dr. Frazier.
22   A    Good afternoon.
23   Q    It's good to see you again.
24   A    Good to see you.
25   Q    Do you recall that I took your deposition in Chicago,
```

1    Illinois?

2    A     Pardon me, I don't hear real well.

3    Q     Oh, do you recall that I -- my name is Mara Hatfield, and

4    I took your deposition in Chicago, Illinois, last year.

5    A     I sure remember that, yes, ma'am.

6    Q     And it's my understanding that you've been in the

7    courtroom for the duration of Dr. Kaltofen's testimony today;

8    is that correct?

9    A     That's correct.

10   Q     In addition to the direct affidavit you've filed with the

11   Court, you've also filed a number of reports, have you not, in

12   this matter?

13   A     Yes.

14   Q     This declaration is the first time that you have included

15   as an attachment a dose calculation; is it not?

16   A     Yes, I believe it is.

17   Q     And you chose to do a dose calculation on Strontium-90?

18   A     Yes.

19   Q     Can you tell me why it is that you chose to do a dose

20   calculation on Strontium-90?

21   A     Well, it was a -- I used the highest concentration of

22   Strontium-90, and in my experience, it has one of the highest

23   dose coefficients, in other words, dose per unit activity, of

24   any of them, of any of the radionuclides that we were

25   considering here.

```
1   Q    Were you ever provided any of the reports on dose that
2   have been filed in this matter, although not subject to direct
3   affidavits relating to dose?
4          MR. McELROY:  Your Honor, we'd object.  There have
5   been no dose calculations.  There's a related matter that is
6   not this matter in which there's been some expert testimony or
7   opining on dose, but not in this case.
8          THE COURT:  All right.  Well, overruled if he's
9   looked at data that might be relevant to the analysis.  He can
10  tell me whether he did or not.  Overruled.
11         THE WITNESS:  I'm not sure what you're talking
12  about.
13  BY MS. HATFIELD:
14  Q    Have you ever seen any dose calculation reports by either
15  a Bernd Franke of Germany, or a Dr. William Sawyer from
16  Florida, which were filed in both the LX Acreage injury
17  consolidated cases, not the case today, and the present case
18  today?
19  A    I saw a dose calculation report fairly recently from
20  Bernd Franke, very short, very brief one.  He used first
21  principles for calculating the dose, rather than using dose
22  coefficients.
23  Q    And so very recently, you mean somewhere around
24  December 23rd, or thereafter?
25  A    I think that's about right.
```

1  Q    I'll submit to you that on December --

2         THE COURT:  Hold on.

3         Yes?

4         MR. McELROY:  Your Honor, so this is a separate case

5  in which a dose report concerning dose was filed.  He hasn't

6  provided any report, so any work he's done on it, any

7  assessment he's done is at this point as a consulting expert

8  and not as a testifying expert.

9         Until he actually submits a report on dose in those

10 cases, he has attorney -- or, I'm sorry, work product

11 privilege.

12        THE COURT:  All right.  Well, I guess at this point

13 all she's asking him if he's seen the data.  I don't know that

14 he's -- she's asking him to give any opinions or analysis of

15 the information.  She hasn't gotten there yet.  So if she gets

16 to that point, then you can reassert your objection.

17        MR. McELROY:  Understood.  I'll listen closely.

18 Thank you.

19 BY MS. HATFIELD:

20 Q   So I will submit to you that in this case, in The Acreage

21 class case, copies of reports were filed that had also been

22 filed in injury cases, from Dr. Sawyer and from Dr. Bernd

23 Franke much earlier than December 23rd, in the beginning part

24 of 2017.

25        Subsequent to that, on December 23rd of this year,

```
 1   Dr. Franke wrote a very brief supplement to that original
 2   report.
 3            Have you only seen the supplement to Dr. Franke's
 4   report?
 5   A    I don't recall seeing the earlier ones.
 6   Q    So have you seen any of the dose calculation work that he
 7   did based on the levels of thorium in tissue samples of
 8   Cynthia Santiago?
 9   A    On the recent one, that's the only one I can recall, and
10   I think that was for thorium, the calculation he did.
11   Q    And did you see that, since it was filed on
12   December 23rd, I'm assuming you saw that after you filed your
13   declaration in this case where you attached a dose report on
14   Strontium-90?
15   A    Well, I received it fairly recently, so I don't know
16   whether it was before or after, but it was very recent.
17   Q    But for whatever reason, you did not decide to do a dose
18   report in this case on thorium or any of the other
19   radionuclides, only on Strontium-90?
20   A    I saw no reason to.  The environmental data that I
21   reviewed were all very low, within the range of natural
22   background.  So the dosage, if any, would be within the range
23   of natural background.
24   Q    You did note in your direct testimony some of the testing
25   that was done on tissue samples, including a Cesium-137
```

```
1    detection in a kidney sample of Christian Wenderoth?

2    A     I included that in the table.  The table's marked soil,

3    so I erroneously included that result with those in that

4    table.

5    Q     Is there any reason why you didn't do a dose calculation

6    based on the Cesium-137 present in Mr. Wenderoth's kidney?

7    A     Well, from my experience, the concentration that's there

8    is very low and would give a very, very low dose, even lower

9    than the Strontium-90 dose.

10   Q     So you had done a cursory calculation to determine not to

11   do a dose calculation?

12   A     It was more of a look-see based upon my experience with

13   dose coefficients.

14   Q     If you could turn -- do you have a copy of your affidavit

15   there with you?

16   A     Yes, I do.

17   Q     If you could turn to the section where you discuss the

18   Strontium-90 results.

19   A     I'm looking at page 28, starting on page 28.

20   Q     I'm sort of jumping right in here, because we just

21   finished Dr. Kaltofen's testimony where we were talking about

22   the Strontium-90.

23             One thing I wanted to discuss before we discuss

24   the -- well, strike that.

25             Your conclusion is that any of the detections found
```

1  by the plaintiffs' laboratories are likely or suspect to be

2  false positives; is that correct?

3  A     No, not any of them; some of them.  They're susceptible

4  to the positive bias.  But there is Strontium-90 in soil, and

5  so I would expect to see some Strontium-90 in the soil

6  samples.

7  Q     If we look at page 32 of your declaration, there is the

8  chart of the Strontium-90 samples as tested by Eberline and

9  the Strontium-90 samples as tested by Test America.

10  A     Yes.

11  Q     Which of the Strontium-90 samples tested by the

12  plaintiffs -- which of the detects do you claim to be false

13  positives?

14  A     The concentrations of Strontium-90 in soil samples

15  above -- the natural level of Strontium-90 in soil, not

16  natural, but the fallout levels in soil, has an average of a

17  little less than .2 pCi/g, but that has a wide range because

18  of various ways -- that's an average, so you have a

19  distribution range.  So anything above probably 1 and a half

20  to 2 pCi/g I would think would have a positive -- some

21  potential for a positive bias there in those samples.

22  Q     So why is it -- strike that.

23          The driver of the false positive, as I understand

24  your affidavit and as I understand the discussion that we've

25  already had, is that you can either over-strip the original

1    sample when you're trying to sequester out the Strontium-90,

2    or you can under-strip it.  If you under-strip it and there

3    are other residuals remaining, you could get a false positive,

4    because they would interfere.  And if you over-strip, you

5    could get a false negative, because you've removed from

6    Strontium-90.

7            Do you agree that either is a possibility?

8    A    No, absolutely not.

9            The laboratory -- the inherent procedure for both

10   the Eberline procedure that they used and the Test America

11   procedure for Strontium-90 analysis, both of those include a

12   measurement -- and it's in the raw data -- a measurement of

13   the efficiency of removal of the Strontium-90 from the sample.

14   And they use that with a tracer, either a elemental Strontium

15   tracer or with a radioactive Strontium-85 tracer.  And those

16   tracers show that there was no under -- there was no

17   under-reporting of the Strontium-90 in the sample.

18   Q    My question, sir, was not whether in these samples,

19   either the ones that were tested by Pratt & Whitney or the

20   ones tested by Test America, whether there was evidence to

21   indicate a false negative or false positive.

22           My question was do you recognize that there is a

23   possibility from the sequestration process of either stripping

24   too much or stripping too little and causing a false positive

25   or a false negative?

```
 1  A    That's what I answered.  The procedures themselves do not
 2  allow for, they don't -- it will demonstrate if you have a
 3  potential false negative on your Strontium-90.  In other
 4  words, it will -- the procedure itself will help to guarantee
 5  that you're not getting an under-estimate of the Strontium-90,
 6  whether it be for these samples or any samples.
 7  Q    Well, not -- not to pick at this too much, but if the
 8  protocols have designed procedures to ensure that you haven't
 9  done that, then it suggests to me that it is a possibility
10  that you could over-strip a sample.
11  A    Well, the laboratory analyst and the laboratory report of
12  analysis would be able to see if that extraction yields were
13  too low, and in which case you would be underestimating your
14  Strontium-90, the sample.  And that is monitored, and actually
15  that's one of the criteria that the lab uses to ensure that
16  you don't underestimate your Strontium-90.
17  Q    So they've developed a criteria to deal with a
18  possibility that you could have overstripped the Strontium-90?
19  A    They haven't just developed it; it's an inherent part of
20  both the procedures used by Eberline and by the Test America
21  procedures.
22  Q    Have you ever testified that there is a possibility of a
23  false negative just like there is a possibility of a false
24  positive when it comes to Strontium-90 beta testing?
25  A    I don't believe I ever have.  Strontium-90 doesn't
```

```
 1   usually come up.  Certainly it doesn't come up at these very,

 2   very low levels that we have here.  These are extremely low

 3   levels.

 4   Q    Do you know whether it is, in fact, more likely when you

 5   are dealing with levels of this kind to have false negatives

 6   than to have false positives?

 7   A    Well, you won't have false negatives, because the lab

 8   would rerun the sample if they didn't have enough extraction

 9   yield.  And that extraction yield is what they monitor to make

10   sure they're getting the Strontium-90 out of there so they

11   won't underestimate it.

12   Q    So you don't know of any published reports that discuss

13   the possibility of a false negative as being the more likely

14   of the two false errors between false positives and false

15   negatives with numbers in the range of the plaintiffs'

16   detects?

17   A    Absolutely not.

18   Q    Are you able to identify which of the test results that

19   were resulting from the split sampling protocol at the UTC

20   site that you claim are false positives -- I know you gave me

21   a range.  Can you tell me which ones?

22   A    Well, the ones that show up here that Test America got as

23   nondetects and that Eberline got as detects.  Those would all

24   be suspect, because these are side-by-side samples from the

25   site.
```

1          And also some of these -- I'd have to look at the

2    results, but some of these I believe have laboratory

3    duplicates, which were either J-qualified or nondetects.

4          An example of that would be the first one there on

5    page 32, where it lists TAPPW28S.  You have two results there.

6    One's listed as a 1.90 pCi/g.  The other is listed as 0.70

7    with a J-qualifier, meaning the results are suspect.  That's

8    pretty typical of the measurement of Strontium-90 at soil at

9    these extremely low levels, levels that are of no health

10   consequence or dose consequence whatsoever.

11   Q    What about the 2.43 at TAPPW033S.

12        COURT REPORTER:  Say that again.  TAP?

13        MS. HATFIELD:  TAPPW034S.

14        THE COURT:  34S is a different number.

15        MS. HATFIELD:  033S.

16        I can stipulate for the Court that the way the

17   sampling at Boston Chemical data labeled was all samples were

18   given a -- The Acreage project number, so it's TAP, T-A-P, and

19   if it was at the Pratt & Whitney it was TAPPW.  So henceforth

20   I'll just refer to Pratt & Whitney sample number.  Would that

21   be easier?

22        COURT REPORTER:  It's up to you.  I just didn't

23   understand.

24   BY MS. HATFIELD:

25   Q    So what is labeled as the 33 sample taken at the Pratt &

```
 1   Whitney facility, which has a result of 2.43, according to
 2   Eberline, and a nondetect according to Test America, is that a
 3   false positive?
 4   A    Likely.  I'd have to look at the raw data for both of
 5   those to see what the numbers are.
 6   Q    Are you able to tell us whether it is more likely than
 7   not, in your opinion, a false positive?
 8   A    At that amount of 2.43 pCi/g, I believe that it includes
 9   some positive contribution from other beta emitters in the
10   sample that were not from Strontium-90.
11   Q    And why is that?
12   A    I'm sorry?
13   Q    Why is that?  Why is it that simply because it's that
14   high, you assume that there is some interference?
15   A    It's outside the range that I would normally expect to
16   find for Strontium-90 in soil, the range.
17   Q    What is the range that you are expecting to find at the
18   Pratt & Whitney site?
19   A    That I would find at most sites, somewhere between a
20   fraction of a pCi/g and something like 10 times the average
21   concentration for this area there, which is the order of .2
22   pCi/g.  You have a log normal distribution of these
23   measurements.
24        I'd have to look at the data on both of these to see
25   whether it would be.
```

```
1    Q    So as you sit here today, your reason for thinking that

2    more likely than not, 2.43 pCi/g detected by the plaintiffs as

3    a false positive is because you weren't expecting there to be

4    Strontium-90 above background levels at the Pratt & Whitney

5    facility; is that your testimony?

6    A    That's part of it, but the other part is that the split

7    sample did not show that.

8    Q    And we'll get to the split sampling and the difference in

9    methodologies in a moment.

10        The 1.51 at the 34 sample at the Pratt & Whitney

11   site, there's no number reported on the Test America line.

12   Why is that?

13   A    There was no split sample submitted to Test America for

14   that location.  As far as I know, they weren't collected at

15   that location.  Only one sample was collected, it looks like,

16   and that was one sent to Eberline.

17   Q    Were you at the site testing?

18   A    No, no.

19   Q    Did you ask to go to the site testing?

20   A    No; I saw no need to.

21   Q    Were you ever asked to go to the site testing?

22   A    No, never asked to go.

23   Q    Have you gone to site testing for other work that you've

24   done similar to what you've been asked to do in this case?

25   A    Some of the sites I go to.  Some, if it's just reviewing
```

 1  data, I don't need to go to the sites.  Interpreting the data

 2  is what I was asked to do.

 3  Q    Were you asked to help develop the protocol for the site

 4  inspection that would be allowed?

 5  A    The protocol for sample collection and analysis, yes.

 6  Q    You aware that, well, based on the reports and affidavits

 7  that you filed in this case, we understand you're aware there

 8  were two different rounds of sampling at the Pratt & Whitney

 9  facility?

10  A    Yes, I am.  I don't know the dates, but I know there were

11  two different rounds.

12  Q    And you testified in deposition that you had helped to --

13  that you had provided consulting and expert advice in relation

14  to the plaintiffs' request to produce which resulted in these

15  protocols.

16         Do you know whether that's in relation to both

17  testing or just this second testing?

18  A    As I recall, I was asked in the first round of testing

19  for what types of samples and volumes of samples should be

20  collected for splits and what laboratory analyses, and I

21  replied to that request.

22         On the second round, as I recall, I just said

23  basically follow the same protocol that you had on the first

24  round.

25  Q    Do you know whether the plaintiffs were allowed to test

1    for Strontium-90 in the first round?

2    A    I don't recall.

3    Q    Do you recall giving the opinion -- well, we'll get to

4    that in a moment.

5              Any other of these detects of Strontium-90 at the

6    Pratt & Whitney facility that you can identify as more likely

7    than not false detects?

8    A    Well, none other than the types of samples that I

9    mentioned.  Of course, I'd have to look at each of the results

10   again.

11             There was one result there, as you can see,

12   number 69S, for which the -- both labs had a concentration .78

13   and .32 pCi/g, both very low concentrations.

14             There was another one where the Test America lab

15   found a .47.  That's number 55S, and Eberline had a nondetect.

16   Q    Is that Test America result a false negative or a -- or a

17   false positive?

18   A    I'm sorry?

19   Q    Is the Test America result for 55S, where the plaintiffs'

20   Eberline lab did not find any Strontium-90, is that a false

21   positive?

22   A    More likely than not it's not.  It's a real result.

23   There is some Strontium-90 in all soil, and the levels are

24   very low, typically.

25   Q    So when the plaintiffs find it and it's above a certain

```
 1    level that you're expecting, it's a false positive, but if

 2    Test America find it and it's below what you're expecting,

 3    then it's not?

 4    A    No, that's not correct.

 5            What I said was the range of concentrations expected

 6    for this area would be somewhere between a fraction of .2

 7    pCi/g, and perhaps as high as 10 times .2, which would be 2

 8    pCi/g.

 9            So this .47, that we see on sample 55 is within the

10    range that would be expected.

11    Q    So the samples that are within the range that would be

12    expected that Eberline found are also samples that are not

13    subject to interference?  They are not false positives?

14    A    Yes.

15            And then also the ones Eberline found, for instance,

16    at 42S.  That would be one that's in the range of what I would

17    expect for Strontium-90 in soil.  Again, it's a very low

18    concentration.

19    Q    How could plaintiffs ever prove that there was

20    Strontium-90 in excess of background if beta testing requires

21    stripping Strontium-90 and you determine that anything that's

22    above background must be the result of interference from bad

23    beta stripping?

24    A    No, I think you're not wording that correctly.  I can't

25    answer that as asked.
```

1          The analytical methods used by the lab for those

2     samples would need to demonstrate that they don't have a bias

3     from other radionuclides present.  And they can do that by

4     multiple analyses of the samples and by carefully reviewing

5     their analytical methods for chemical separation.

6     Q     Have you reviewed each of the plaintiffs' Strontium-90

7     detects at the Pratt & Whitney site to see whether there was

8     also levels reported of what would be interfering beta

9     testing?

10    A     Yes, I did.

11    Q     Did each of them have the interfering beta testing

12    accompanying the Strontium-90 detect?

13    A     All of them had some.  If I'm not mistaken, all of them

14    had some potential interfering radionuclides there because of

15    the preponderance of ubiquitous uranium series and thorium

16    series radionuclide that are present that are also beta

17    emitters.

18    Q     So all of them had some.  Did some of them have more?

19    A     Yes.  Well, all soil has some of the uranium series and

20    thorium series in it, and some of the concentrations in these

21    are higher than others.

22    Q     So what is your explanation for why the Eberline lab

23    would get false positives on only a portion of the sampling

24    that was done at the Pratt & Whitney facility, and Test

25    America did not run into that problem?

```
 1    A     They use different chemical separation procedures.

 2    Eberline used a different chemical separation procedure than

 3    Test America used.

 4    Q     What chemical separation procedure did Test America use?

 5    A     They used the chemical -- I think it's a three-step

 6    procedure that is called for by the laboratory methods of HASL

 7    300.  I don't remember the exact number.  It's in my

 8    references here.  Whereas Eberline used the chemical

 9    separation of Eichrom.  That's a commercial name, Eichrom.

10    Q     Where is the methodology used by the Test America

11    facility listed in your references in your direct affidavit?

12    A     I'd have to look.  I'd have to look.

13    Q     Please do.

14    A     I think that would be in my expert report that preceded

15    the affidavit, the two procedure descriptions.

16    Q     In your direct affidavit at paragraph 75, you say or you

17    testified:  I know from my experience that this phenomenon

18    occurs -- and you're referencing the phenomenon of the false

19    positive issue, where you fail to strip out -- we fail to

20    strip out any interfering beta emitter and get a false

21    positive; is that correct?

22    A     I think you've read it correct, as best I can hear.

23    Q     That's what you mean by phenomenon?

24    A     Right, the residual beta emitters.

25    Q     Do you usually refer it an issue such as a false positive
```

 1   detect because of the failure to strip out all of the

 2   Strontium-90 as a phenomenon?

 3   A     No.  Sometimes.  Just a choice of word.

 4   Q     Again, you say:  I know from my experience that this

 5   phenomenon occurs, but there is further compelling evidence

 6   that it happened in this case.  Pratt & Whitney had an

 7   accredited lab, Test America, analyze split samples, and Test

 8   America did not use the Eichrom chemical separation method

 9   discussed above that is known to have difficulty removing all

10   interfering beta emitters.

11            Do you ever name what the Test America's methodology

12   is -- or strike that.  I already asked that.  Sorry.

13            Do you ever describe what the methodology was that

14   Test America used, other than it's not the same as what the

15   plaintiffs used?

16   A     Ever?  Yes, I describe it I think in my report, but not

17   in -- expert report, but not in this affidavit.

18   Q     As you sit here today, you said you believe it's the

19   HASL, H-A-S-L, method?

20   A     Yes, HASL, H-A-S-L, 300.  I'd have to look up the

21   procedure number, but I'm pretty sure that's the source of

22   that.  It's the Department of Energy's Health and Safety

23   Laboratory, H-A-S Laboratory, procedures.

24   Q     Is that also referred to as the Sr-03-RC method?

25   A     I'd have to check.  It could be.  I just don't recall.

1  Q     Does the HASL-300 method include chemical sequestration

2  of the Strontium-90?

3  A     Separation.  Yes, it does.  In fact, I don't know of a

4  procedure that doesn't, as far as if you're going to analyze

5  Strontium-90 soil.  You got to separate the Strontium-90 out

6  from the other beta emitters.  Because when you count it,

7  after you separate it, you're counting with a gross beta

8  system, and Strontium-90 doesn't have a unique fingerprint.

9             COURT REPORTER:  Sir, you are going to have to slow

10 down.

11            THE WITNESS:  It has a range of beta particle

12 energies, a continuum, and a counting system that counts that

13 will count all the beta particles that fall within that

14 continuum, whether they're from a different beta-emitting

15 radionuclide, or from Strontium-90.

16            So you have to do the chemical separation of the

17 Strontium-90 from the sample.

18 BY MS. HATFIELD:

19 Q     Do you have expertise in chemical separation?

20 A     Well, I'm not a chemist; I'm a health physicist.

21            I've relied on radiochemists to do the separations,

22 and I've reviewed their methodology.  I have not performed

23 that methodology.  I have performed the counting of the

24 samples after they're chemically separated.

25 Q     Do you recall what the chemical -- what the chemicals are

1   that are used in the HASL-300 to separate the Strontium-90?

2   A    No.  As I recall, it's a three-step process, but I don't

3   recall what's done with each of the three steps.

4   Q    Is there a chemical separation process in the Eichrom

5   method used by the plaintiffs' lab?

6   A    Yes, and that's one of the advantages of the lab of that

7   procedure.  It's a very straightforward ion exchange column

8   that is used.  And, in fact, it can be reused.  I think they

9   market it that it can be reused up to 10 times.  And Eberline

10   does reuse those columns.  And that's a potential source, the

11   potential source of those residual beta emitters from other

12   radionuclides is the reuse of those Eichrom columns.

13   Q    I'm sorry, I don't understand how the reuse of the

14   Eichrom column can cause interference from beta emitters.

15   A    Well, if in the process of eluting or bringing down the

16   Strontium-90 from the column, if there are residual beta

17   emitters in there, then they'll show up the second -- next

18   time you use that column of those other beta emitters.

19   Q    But storing the material in the column and using them

20   again does not in any way cause the initial error that you've

21   described?

22   A    Theoretically, no, that's correct, except that the error

23   that I described -- I wouldn't call it a real error.  You

24   could call it an error, but it's a step that is at these very

25   low levels is very susceptible to having some residual beta

1    emitters show up with the Strontium-90.

2    Q    Can you describe for the Court how the chemical

3    separation process used by the HASL method is any different

4    from the Eichrom method?

5    A    Well, one uses the Eichrom column; the other uses the

6    three-step process.  Both are chemical separations.  They

7    don't reuse the materials in the HASL-300 method, I don't

8    believe.  Test America doesn't.  But the Eichrom method can

9    reuse those separation components.

10            And once you separate them, you separate out the

11   Strontium-90, then you allow for the ingrowth of Yttrium-90,

12   and then you actually count the short-lived daughter,

13   Yttrium-90.  It has a --

14            COURT REPORTER:  Short-lived what?  I'm sorry.

15            THE WITNESS:  The term a daughter's name is Yttrium,

16   that's Y-t-t-r-i-u-m, 90.  Has a half life of about

17   two-and-two-thirds days, 60-some hours.  And allow for the

18   ingrowth of that.  And that's what's then counted is the

19   Yttrium-90.

20   BY MS. HATFIELD:

21   Q    Do you recall that the first step of the HASL method used

22   by Test America is the -- for the first separation is a fuming

23   HNO3 separation?

24   A    I don't recall.  I don't recall.

25   Q    Do you know as you sit here today whether the chemical

1    separation that is used which you describe as a three-step

2    process for the HASL, whether that's, in fact, the same

3    chemical separation process used by the plaintiffs' Eichrom

4    method?

5    A    No, it's my understanding that the Eichrom method is a

6    separate method and distinct method from the method used by --

7    I don't know if it's the first step, but it's a separate step

8    in the separation process as used by Test America.

9    Q    Do you know whether, in fact, it's the converse of that,

10   that the Eichrom -- strike that.

11          Do you know what the first step is in the Eichrom

12   method?

13   A    No, no.  I rely on the radiochemists for that.

14   Q    But it's your opinion that the difference between the

15   methodologies must account for the results, and that the

16   results are false positives for Pratt -- for plaintiffs

17   because of the difference in the methodologies?

18   A    Yes.  I had actually spoke with the technical manager of

19   the Test America lab, and I said if someone is getting higher

20   concentrations than you are, would there be a potential reason

21   for that, and he explained that this is potential for this

22   bleed-through, which I already knew was a potential.

23          MS. HATFIELD:  Your Honor, that's hearsay.  We

24   request to have it stricken from the record.

25          MR. McELROY:  Your Honor.

```
1              THE COURT:  You asked the question.
2              Again, he's an expert.  He can rely on hearsay.  But
3    he said he knew that anyway, so overruled.
4    BY MS. HATFIELD:
5    Q    You would ordinarily call the lab technician and ask such
6    a question when providing this sort of an opinion?
7    A    You said technician.  I said the technical manager of the
8    Test America lab.
9    Q    And you've heard testimony from Dr. Kaltofen that he also
10   called the technical manager of Eberline regarding the
11   Strontium-90 results, correct?
12   A    Yes, the technical manager for Eberline is a good friend
13   of mine.  Most of the samples I send for analysis go to
14   Eberline.  They're a great lab.
15   Q    That was going to be my next question.
16             You testified that you use Eberline for
17   radiochemistry, correct?
18   A    Eberline, yes, I do.  I've never sent samples there for
19   Strontium-90 analysis, interestingly enough.  But I send
20   hundreds of samples each year for analyses by various methods.
21   Most of the samples are soil.  Been doing this for many years,
22   decades.
23   Q    So your basis for assuming that the plaintiffs' test
24   results are positive, false positives is because there are
25   differences in the chemical separations that were explained to
```

1   you by the lab Test America that you used?

2   A    And by my own understanding of the processes, and by

3   other documents; U.S. EPA.  I think I even referenced the

4   sample here, or I quoted the -- on the bottom of page 30,

5   Guide for Incident Response.  They pointed out the limitations

6   of use of the Eichrom method.

7           It's prone to other radionuclide, other

8   beta-emitting radionuclides that are naturally present in soil

9   giving a false positive, overestimating the Strontium-90

10  concentration.

11  Q    You're referring to the EPA note?

12  A    It's a publication.

13  Q    Yes, I believe we have that.  Let me bring that up, and

14  we can talk about that paragraph.

15          MS. HATFIELD:  One second, Your Honor.

16  BY MS. HATFIELD:

17  Q    I'm sorry, Dr. Frazier, can you again tell us the

18  paragraph in your declaration where you mention this EPA

19  note -- EPA publication?

20  A    The paragraph where?  In my declaration or in my

21  affidavit or the testimony?

22  Q    In your declaration.

23          Oh, I believe the note you're referencing is in

24  paragraph 74.  Is that what you're --

25  A    Say again?

```
1   Q    Paragraph 74?

2   A    Also 73.

3   Q    And that note says that the decay products of uranium and

4   thorium can provide a significant gross activity measurement

5   to some sources when no anthropogenic sources are present?

6   A    Anthropogenic is like Strontium-90.

7   Q    I'm sorry, I thought I had interrupted your answer to

8   show the document.  You were done with your answer before?

9   You're waiting on a question.

10  A    Is there a question?

11  Q    Okay.  I'll start again.

12       So one of the reasons why you base your opinion that

13  the difference in the methodologies was more likely to cause a

14  false positive on the part of the plaintiffs was the

15  explanation provided to you by the director of the Test

16  America facility, who is who?

17  A    Oh, I don't recall his name.  I could call up out there

18  and find out.

19  Q    What's the name of the director of the Eberline

20  laboratory?

21  A    Eberline.  That's Mike -- pardon me.  I call him fairly

22  often on my samples.  McDougal, excuse me.  Michael McDougal.

23  Q    So it's the testimony -- it's the discussion that you've

24  had with the fellow's name that you do not recall that ran the

25  Test America lab and some literature that you've reviewed in
```

```
 1    your own experience, and one of the literature you recited it

 2    for us in paragraph 73 and 75?

 3    A    As well as basic -- as well as basic documents on

 4    analysis for Strontium-90 in environmental media.  It's always

 5    a concern, because you have to count it, actual counting with

 6    the gross beta count.

 7              MS. HATFIELD:  If you could pull up that document,

 8    just the cover page for right now.

 9    BY MS. HATFIELD:

10    Q    Do you recall how many pages this document is that you're

11    citing for this paragraph in paragraph 73 and 74?

12    A    Could you move closer to the microphone?  I'm sorry.

13    Q    Do you recall how many pages this document is that you're

14    citing for the one-paragraph citation provided in paragraph 73

15    of your declaration?

16    A    There's one paragraph in 73 and one 74.  I don't recall

17    how many pages in this EPA document.

18    Q    Do you know why it is that you didn't provide a page

19    number for the site?

20    A    I guess that's just an oversight on my part.  You could

21    do a word search and find it.

22    Q    Is this the document that we're looking at on the screen

23    that you're referencing in footnotes --

24    A    Yes.

25    Q    -- 11 and 12?
```

```
 1   A     Looks just like it.

 2           Do you have a copy?

 3   Q    I do have a copy.  Would you prefer to have a copy rather

 4   than what's on the screen?

 5   A     Sure.

 6   Q    Give me one second.

 7           Actually, I misspoke.  My copy's on my desk.

 8           Before we flip to where it is in the document that

 9   has the citation to these two paragraphs that you've pulled

10   into your report, let's read what it is that you said.

11           THE COURT:  Ms. Hatfield, you need to get closer to

12   the microphone, please.

13   BY MS. HATFIELD:

14   Q    You say:  "For example -- and these are your words --

15   many of plaintiffs' Strontium-90 results above what one would

16   expect come from soil samples.  The U.S. EPA has explained

17   that analysis of soil can be difficult and result in inflated

18   results for radionuclides."  And you go on to quote:

19   "Analysis of soil samples for radionuclides represents a more

20   difficult process than for water or soil samples.  This is not

21   only due to the different types of soil presenting challenging

22   matrices to digest during sample preparation, but also the

23   presence of measurable concentrations of several different

24   actually occurring radionuclides."

25   A    I think the last part of the first sentence you read, I
```

 1  think that should be more difficult process than for water or

 2  air samples.  I thought you said for soil or air samples.

 3            THE COURT:  She did.

 4            THE WITNESS:  Okay.  That should be for water or air

 5  samples.

 6  BY MS. HATFIELD:

 7  Q    Thank you.

 8            And you go on to say that:  "The decay products of

 9  uranium and thorium can provide a significant gross activity

10  measurement to some soils when no anthropogenic sources are

11  present."

12            And then in 74, you go on with that note to say:

13  "Strontium-specific resin separations, for example, using an

14  Eichrom resin, use 8 M HNO3 to minimize retention of barium.

15  However, this method is not designed to remove large amounts

16  of interfering beta emitters, parenthesis, 1000 times greater

17  than 90Sr levels."

18  A    You've read it correctly.

19  Q    Where in our test results were we working with materials

20  where there were interfering beta emitters that were 1000

21  times greater than the 90Sr levels?

22  A    If indeed the Strontium levels were essentially zero, you

23  would get a positive bias from that, because a thousand times

24  a very, very small number would be what you would get.

25            This really applies when you're looking to extremely

1    low levels of Strontium-90 in soil samples, which we're

2    looking for here.

3    Q    Again, you're not familiar with any publication that says

4    the false negatives are the more likely results of testing low

5    levels of Strontium-90 in soil?

6    A    Absolutely, because of the use of those yield

7    determination, that step to determine the yield.  They don't

8    underestimate the Strontium-90 with that.

9    Q    I had asked you earlier whether you recall what the first

10   step was for the Eichrom method and whether the chemical

11   separation was the first step method.

12           Do you recall that this is a resin separation?

13   A    Yes, it is.

14   Q    Why didn't you testify earlier that that was the

15   difference between the methodologies?

16   A    I said the ion exchange column, and in that exchange

17   column, it is the resin in the column, packed into the column.

18           See, the first step is you got to dissolve

19   everything in the soil sample so that you can extract it and

20   put it through a column.  Soil is not a liquid, so you have to

21   extract it as a liquid.

22   Q    And I understand that.

23           What I'm trying to understand is how is the process

24   any different between the two methodologies?

25   A    Well, you'd have to sit down and compare them side to

1    side.

2    Q    Did you do that?

3    A    I looked at them, but I'm not a radiochemist.

4             MS. HATFIELD:  If we could flip to page 19 of the

5    document that's cited by Dr. Frazier.

6    BY MS. HATFIELD:

7    Q    Is this the paragraph that you were citing in your -- or

8    is this the portion of the document that you were citing in

9    your footnotes 11 and 12?

10   A    Yeah, the first paragraph here has -- includes this

11   excerpt.

12   Q    If we read the top paragraph, which includes a portion of

13   what's in your second paragraph citation in paragraph 74, it

14   actually reads:  A specific example of such a phenomenon would

15   be the elimination of 140 Ba -- that's barium, correct?

16   A    Barium-140.

17   Q    What does the parenthesis mean?

18   A    I'm sorry?

19   Q    The parentheticals.  I don't want to read that wrong.

20   A    That's the half life.

21   Q    Okay.  During the 90SR, that's the Strontium-90, correct?

22   A    Yes, Strontium-90.

23   Q    Separation process.

24            Currently, several methods do not account -- sorry.

25   Currently, several methods in use do not account for 140

1    barium removal.  Strontium-90 specific resin separations use 8

2    M HNO3 to minimize retention of barium.

3    A    Yes.

4    Q    Do you know whether the only difference between the

5    Eichrom methodology, which is listed here as one of the one

6    that uses a Strontium-specific resin separation for the

7    removal of Barium-140.

8         Is that's the only difference between the Eichrom

9    method that the plaintiffs used and the method that Test

10   America used?

11   A    I don't know.

12   Q    Do you know whether Test America is certified to use the

13   method that the plaintiffs used?

14   A    I don't know.

15   Q    Did you know that the method that the plaintiffs used was

16   the only one that was allowed pursuant to the protocol.

17   A    I don't know that.

18   Q    Did you arrange for the testing at Test America?

19   A    No, I did not.

20   Q    Would you have arranged for testing at Test America, or

21   would you have arranged for testing at Eberline, with Mike

22   McDougal?

23   A    I'm sorry, I couldn't hear that last part.

24   Q    Would you have arranged for testing at Eberline with Mike

25   McDougal?

1   A    Did I?

2   Q    Would you -- if you had arranged for the testing done by

3   Pratt & Whitney of the split samples, would you have tested

4   them at Test America, or would you have tested them at

5   Eberline?

6   A    Well, since the plaintiffs are using Eberline, I would

7   have probably gone to a different lab, but I didn't tell them

8   where to send it.

9   Q    Did you ever request to be able to speak with Mike

10  McDougal about the plaintiffs' test results?

11  A    No.

12  Q    Did you ever request that Mike McDougal retest the

13  columns that were preserved from the methodology that

14  plaintiffs use, which preserves columns for future testing?

15  A    No, I felt it was inappropriate for me to contact him

16  regarding that.

17  Q    Did you ever ask whether you could contact him or whether

18  we would contact him on your behalf?

19  A    I don't recall that I ever did.

20       MS. HATFIELD:  If we could go to the next paragraph

21  of the document.

22  BY MS. HATFIELD:

23  Q    This paragraph you cite the entirety of in your report,

24  correct?

25  A    I'm sorry, I cite what?

```
1    Q    The entirety of this report -- this paragraph is what's

2    cited in your original first citation to this report, correct?

3    The analysis of soil samples for radionuclides represents a

4    more difficult process than for water, and then you go on to

5    the -- all the way to decay products of uranium?

6    A    I don't know how to answer the question.  I'm not sure I

7    understand the question.

8    Q    I'm sorry.

9         Your citation on page 73 begins with the word

10   "analysis."

11   A    Paragraph 73, right?

12   Q    And your citation begins with the word "analysis" and

13   ends with the word "present" and includes all of the words

14   that you used in this paragraph from the EPA document that you

15   cite as footnote 11, correct?

16   A    I'd have to look and see.  Where is it on the document?

17   Q    Well, it's also depicted on the screen and blown up for

18   you.

19   A    Okay.

20   Q    And it's on page 19 of the document.

21   A    Yes, that second paragraph on page 19 is the paragraph

22   that I cited in paragraph 73 on page 29.

23   Q    Can you tell me the --

24   A    Thirty, excuse me.

25   Q    I'm sorry, are you finished?
```

1    A     Twenty-nine and 30.

2    Q     In paragraph 74, however, you do not include the entire

3    language of the paragraph regarding the Eichrom resin method.

4    Is that because the Eichrom resin method is, in fact, the

5    preferred method?

6    A     No, not necessarily.  It's -- it is a common method

7    that's easy to use.

8    Q     And you are not aware that that was the only method that

9    was allowed pursuant to the protocol because of restrictions

10   requested by UTC on the testing that could be done with the

11   samples taken from their property?

12          MR. McELROY:  Objection, assumes facts not in

13   evidence.

14          THE WITNESS:  I don't know that that's the case.

15          THE COURT:  Overruled.

16          THE WITNESS:  I don't know that that's the case.

17   BY MS. HATFIELD:

18   Q     Do you know that the testing that was done in this case

19   resulted from orders in a case called LXB DeCarlo, or the

20   Paulette DeCarlo, Christina DeCarlo case versus United

21   Technologies Corporation?

22   A     I don't know.

23   Q     Do you know -- strike that.

24          Do you recall having an opinion regarding

25   Dr. Kaltofen's -- the difference between Dr. Kaltofen's

```
 1   original report that you had reviewed, which was his pre-site

 2   inspection report, and his subsequent report prior to your

 3   deposition?

 4   A    I don't quite know what you're asking.

 5   Q    Do you know whether -- sorry.

 6         I asked earlier whether you knew if plaintiffs could

 7   test for Strontium-90 at the original first site inspection,

 8   and you testified just today that you did not know that?

 9   A    I don't know.

10   Q    Do you recall that coming up at your deposition before?

11   A    No.

12         MS. HATFIELD:  If we could bring up 176-3 through

13   176-20 of the deposition of Dr. Frazier.

14   BY MS. HATFIELD:

15   Q    At line 3, on page 176 -- or, I'm sorry, at line 5 you

16   were asked the following question:  "Do you recall that at the

17   time that you wrote this initial response to the initial

18   report that there were only certain radionuclides that

19   plaintiffs were able to test for at the facility?

20         "Your answer:  You mean for samples from the UTC

21   facility?

22         "Question:  Yes.

23         "No, I didn't know there were limitations on what

24   they could analyze for.  Once you sample it, then you analyze

25   it.
```

1          "So did you know that the first time that plaintiffs

2    conducted this site testing, that's the subject of the first

3    report, they were not allowed to test for Strontium-90?

4          "No, I didn't know they were not allowed to, no."

5          MR. McELROY:  Your Honor --

6          THE COURT:  I'm sorry, hold on, sir.

7          MR. McELROY:  We object.  This isn't a proper

8    impeachment clip.  It's hearsay, and the fact she supposed a

9    fact might be true in deposition doesn't suggest that he knew

10   any fact at any time.  She asked if he knew something, he said

11   no.  This doesn't impeach that testimony.

12          THE COURT:  Overruled.

13          THE WITNESS:  You've read it correctly.

14   BY MS. HATFIELD:

15   Q    Do you recall learning at your deposition that at the

16   first site inspection we were not allowed to test for

17   Strontium-90?

18   A    No, I don't know if I learned it.  I think you told me

19   that.

20   Q    Did you --

21   A    And I was not giving anything that said that, so I didn't

22   know it then and I don't know it now.

23   Q    So you are not aware of orders in the first case where

24   we -- where plaintiffs were allowed to do testing that

25   restricted plaintiffs to testing for only those radionuclides

1    outlined in the protocol?

2    A    I was not aware of any limitation of the analyses.

3    Q    And you were not aware that those limitations in the

4    protocol were the result of motions to -- motions for

5    protective order from UTC asking that plaintiffs not be

6    allowed to test for certain radioactive materials at its

7    property?

8             MR. McELROY:  (Stands.)

9             THE COURT:  Okay.  I understand there's an

10   objection.  I don't know whether what she's saying is true or

11   not.  If you disagree, that's fine.

12            You can ask him to assume that that's the case.

13   Okay?  And you can ask him assuming those are the facts,

14   whatever it is you want to ask him.

15   BY MS. HATFIELD:

16   Q    I want you to assume that the plaintiffs were restricted

17   from testing for Strontium-90 in the first instance -- well,

18   strike that.

19            I want you to assume that the plaintiffs were

20   restricted from testing for Strontium-90 in the first

21   instance, and that you then provide an opinion based on

22   methodology that plaintiffs were not allowed to use in the

23   second instance.  You were also not told that?

24   A    No.

25            I don't understand the question.  It's sort of

```
 1  twisted around.

 2  Q    That was really poorly done, I'm sorry.

 3           So in your original report you faulted Dr. Kaltofen

 4  for not testing for Strontium-90 the first time around.  Do

 5  you recall that?

 6  A    I don't know that I faulted him for not testing for it.

 7  Q    I want you to assume that you did.

 8  A    Assume that I did something that I'm not sure I did?

 9  Q    Do you have a copy of your first report with you?

10  A    Okay.  I may.

11           Is that May 11th, 2016?

12  Q    Yes.

13           And, in fact, I believe it's in your testimony just

14  before this.

15           You know what, I'm going to move on.  I think the

16  point's been established.

17           MS. HATFIELD:  If we could bring up Protocol 2 on

18  the screen.

19  BY MS. HATFIELD:

20  Q    Do you see in the top paragraph exhibit A, sampling and

21  testing protocol, and I'll submit to you this is a protocol

22  that was arrived at by the parties after rulings by Judge

23  Magistrate Hopkins relating to the defendant's objections

24  says:  "This protocol is limited to the media-specific

25  substances listed in Table 1 and 2 in soil, soil accumulations
```

1   or dust, or soil-like media and surface waster from any

2   existing body. All sampling and testing" --

3           COURT REPORTER:  Hold on.  All sampling.

4           MS. HATFIELD:  "All sampling and testing shall be

5   conducted in conformity with the analysis method, sample

6   amount, container type and detection limits as described

7   below."

8   BY MS. HATFIELD:

9   Q    And then if we can flip to Table 1A, do you see the

10  analysis method that was listed in the protocol for

11  Strontium-90?

12  A    I see it on the column, yes.  I do see this, but I -- to

13  me, the title of the document was requested.  I don't know

14  that this was approved or finally approved.

15  Q    I'll submit to you that this was the document that was

16  exchanged by counsel and was used at the actual testing that

17  was done.

18  A    Okay.

19  Q    And it lists Eichrom SRW01 modified.

20           Is that the testing that the plaintiffs used, or is

21  that the testing that the defendant used?

22  A    This is the analytical method that the plaintiff used.

23  Q    And it's your testimony that you were asked to provide

24  advice to UTC regarding the manner of the methodology and

25  sampling for radionuclides during the site inspection?

1   A    Yes.  And I believe in my input, I put are equivalent on

2   procedures, but I don't see that on here.

3   Q    Were you ever shown this Table 1A of analytical

4   requirements for soil or solid samples?

5   A    I don't recall.  I may have been, but I don't recall.

6   Q    Can you think of any reason why the plaintiffs should

7   have been limited in their inspection of either the

8   radionuclides that they wanted to test or the methodologies

9   that they used, as long as they were going to disclose them to

10  the defendants?

11  A    No.  This is the method for Strontium-90 in soil that

12  Eberline uses.

13            MS. HATFIELD:  If we could flip to Protocol 1,

14  please.

15  BY MS. HATFIELD:

16  Q    This is the "Order of Defendant's Responses and

17  Objections to Plaintiffs' Amended Revised Request For

18  Inspection" in the Featherson case, which was the first case

19  filed by the Searcy Denney law firm, the first case

20  representing a brain cancer victim.  And I'll submit to you

21  that this was the order pursuant to which the plaintiffs

22  conducted that first testing that was the subject of your

23  first report.

24            If we could flip to the exhibit A portion of the

25  order attaching the Sampling and Testing Protocol, and then

1    the second page, Table 1, Analytical Requirements for Soil or

2    Soil-like Samples.

3                Is Strontium-90 allowed pursuant to that -- is

4    Strontium-90 -- is the testing for Strontium-90 described in

5    that table?

6    A    No, and I don't know that it was requested by plaintiffs.

7    Q    Can you think of any reason why the plaintiffs would not

8    have been allowed to test for americium 241 or 243 if they had

9    requested to do so?

10   A    I'm sorry, what's the first part of that question?  I

11   heard the americium 241, 243.

12   Q    Can you think of any reasons why the plaintiffs should

13   have been precluded from testing for americium if they

14   requested to do so?  And I'll rephrase.

15               Can you think of any prejudice to the defendant if

16   the plaintiffs had been allowed to test for americium pursuant

17   to this testing that was done in 2015?

18               MR. McELROY:  Argumentative, Your Honor.

19               THE COURT:  Sustained.

20               I mean, I don't know how this order came about.  I

21   don't know if -- I don't recall any appeals to me.  I don't

22   know if I had the case at the time this was done.  The order

23   is the order, and the protocol was the protocol, and you

24   either followed it or didn't and I don't know why we're going

25   to talk about whether it's prejudicial or whether it should

1    have been permitted or not permitted.  Judge Hopkins made a

2    ruling, and that's it.  So that's what you were working with.

3              MS. HATFIELD:  And just to be clear, Your Honor --

4    and I'm going to move on -- this original order was not Judge

5    Hopkins' order.  This was in the state court.  So I will move

6    on.

7              THE COURT:  Well, I mean, I can't deal with the fact

8    that the judge put some limitations on you.  I can only deal

9    with what you've got, so . . .

10             MS. HATFIELD:  And I understand that.  The only

11   reason why it was the subject of this deposition -- of

12   this . . .

13             The reason why I was going through this history,

14   Your Honor, is we are being criticized for using a methodology

15   that the defendants required us to use based on all of this

16   procedural history.

17             THE COURT:  Well, but you're asking him what

18   prejudice there would be and why you should or shouldn't have

19   been allowed to do certain things, and how is he supposed to

20   answer those questions?  A judge made a ruling, and I don't --

21   and that's where we are.

22             So if you want to ask him how the fact that you

23   weren't able to test it affects the results and affects the

24   data that you have, that's one thing.  But asking him how is

25   it -- why shouldn't you have been allowed to do it and why is

```
 1   it not prejudicial for you to have been allowed to test for
 2   these things is beyond what he should be asked.  So focus on
 3   the information that you derived or were unable to derive from
 4   the protocol that was put in place.
 5           MR. McELROY:  Your Honor, I understand you've made
 6   your ruling, and we would just like to add for the record a
 7   foundation objection, as well.  It hasn't been established
 8   that the defendants were responsible for the protocol.  That
 9   would have to be proven here, and it hasn't been.  But I
10   understand the ruling's already been made.
11           THE COURT:  I understand that you're not agreeing to
12   this, and that's why I asked her to make assumptions about
13   this for the purpose of the witness.  Assume this is the case.
14   How does it affect your analysis.
15           MS. HATFIELD:  And, I'm sorry, I'll ask one more
16   question.
17   BY MS. HATFIELD:
18   Q    And it's not related on the orders, but just on the
19   protocols that were allowed.
20           One of the ways that plaintiffs could counter the
21   argument that we only had false positives because we used
22   Eichrom methodology would be if we were to use the methodology
23   that Test America used, correct?
24   A    No.  If the Eichrom methodology was applied in a fashion
25   that did not give to the bias by careful checking by the
```

1    laboratory, then there wouldn't be that bias or that potential

2    for bias.

3    Q    And did you carefully check the test results to see if

4    that bias was present in the process that was used by Test

5    America or by Eberline?

6    A    I looked at the Eberline results, and there were suspect

7    results in those lab -- some of the lab reports.

8    Q    So, again, your opinion is based on the results and not

9    actually reviewing the procedures taken by the laboratory, the

10   chemical portion of the procedures.

11   A    No, I reviewed those, but I didn't really understand

12   totally, because I'm not a radiochemist, but I understand the

13   basic steps.  And also the documents that, such as this one,

14   that point out that that can be a real problem.

15           And, again, we're down at very low concentrations.

16   This is all within the inconsequential levels.  And there is

17   Strontium-90 in all soil at different levels.

18   Q    One of the issues that you raise in your direct affidavit

19   is regarding the fact that the plaintiffs' test results

20   include and the plaintiffs' conclusions -- Dr. Kaltofen's

21   conclusions regarding thorium aren't limited to Thorium-232,

22   correct?

23   A    I'm not quite sure what the question is.  I know that the

24   reports by Dr. Kaltofen -- report and testimony by

25   Dr. Kaltofen sometimes fails to distinguish between thorium

```
 1   and Thorium-232 and the Thorium-230, which is in the uranium

 2   series.

 3   Q     And part of that critique is because the TD nickel

 4   material and the licenses that are attached to your version --

 5   your declaration are that Pratt & Whitney was licensed to have

 6   Thorium-232, correct?

 7   A     Let me look at that attachment, exhibit 3, I think.

 8   Q     Yes, exhibit 3 to your declaration is one of the licenses

 9   for --

10   A     From my testimony, and it's -- yes, it points out that

11   it's thoriated nickel, the radionuclide, is Thorium-232.

12   Q     Were you provided all of the licenses held by UTC for the

13   Pratt & Whitney facility?

14   A     I don't know.

15   Q     Are you aware of whether the Pratt & Whitney facility's

16   license for the use of TD nickel ever included Thorium-234?

17   A     Thorium-234 has a pretty short halflife.  It's the

18   Uranium-238 daughter, immediate daughter.  So I don't -- I

19   imagine -- I am trying to figure out whether they would have

20   that Thorium-234 as a licensable quantity.

21            MS. HATFIELD:  If we could bring up the document

22   that is the 1964 license.

23            THE WITNESS:  I'm sorry, I can't hear you.

24            MS. HATFIELD:  I was talking to the technological

25   person.  I'm sorry.
```

```
 1              If we could bring up the document, the Pratt &
 2   Whitney license D.E. 367-87.
 3              MR. McELROY:  Your Honor, we'd ask for a copy of
 4   that document so we can follow along, if the plaintiffs have
 5   one.
 6              THE COURT:  Do you have an extra copy, Ms. Hatfield?
 7              MS. HATFIELD:  No, but I can give them mine.  I'm
 8   just looking for one thing.
 9              MR. McELROY:  Thank you.
10   BY MS. HATFIELD:
11   Q    Have you ever seen this document, which includes a
12   memorandum?  And if we can flip to the second page is the
13   first page of the licensing.
14   A    I don't recall ever seeing this document.  It's an
15   application for radioactive materials license.
16   Q    Were you aware that Pratt & Whitney had applied for the
17   use of Thorium-234 in the form of a hundred pounds Thoria?
18   A    No, I think it's a typo.
19   Q    Were you aware that Pratt & Whitney's licensure for the
20   use of thorium included only thorium in the form of TD nickel?
21   A    No, Thorium-234 has a halflife of 24 days, and that's a
22   typographical error there.  It could be Thorium-232.
23   Q    If all thorium that is used for the creation of thoriated
24   nickel is Thorium-232, can you describe why -- well, are you
25   aware that there was a cleanup at the scrapyard of TD nickel
```

```
 1   material?

 2   A     I've heard of that.  I don't have any firsthand knowledge

 3   of it.

 4   Q     Have you reviewed any of the documents related to that

 5   cleanup?

 6   A     I've heard of it, but I don't recall seeing any documents

 7   associated with that except for I guess there was two lab

 8   reports subsequent to the cleanup.

 9   Q     Have you reviewed those lab reports?

10   A     Yes.

11   Q     Have you reviewed the appendices to the report submitted

12   to the DOH that included the protective measures that were

13   used to ensure that workers were not exposed to any of the

14   Thoria materials that Pratt & Whitney had concern could be on

15   the property?

16   A     No, I don't recall seeing that.

17   Q     Have you reviewed any of the documentation regarding the

18   disposal of thorium powders at the Pratt & Whitney facility?

19   A     I don't quite know if I'm answering that question.  I did

20   see a one-page sheet of sources, but I -- thorium powder was

21   included, I think.  But that's the only time I recall seeing

22   that.

23   Q     Do you know what those thorium oxide powders were -- how

24   they were used?

25   A     No, no.
```

1    Q    One of your criticisms of Dr. Kaltofen's report is that

2    he fails to identify where any of the materials that he

3    describes as emanating from the UTC parcel were used and how

4    they were used.

5             Do you, as you sit here today, know how Pratt &

6    Whitney used even those materials that you are aware they

7    disposed of?

8    A    No.  I looked at the environmental data for Pratt &

9    Whitney site and offsite, Acreage, and I saw no indication at

10   either of those that there was anything beyond the range of

11   background for thorium and the other radionuclides, all the

12   other radionuclides.

13   Q    And I understand that, but part of your criticism is that

14   there is not any source or use identified at the Pratt &

15   Whitney facility, and yet you, yourself, don't know how all

16   the radioactive materials at the Pratt & Whitney facility were

17   used, do you?

18   A    These are extremely small quantities of material that

19   would not give rise to a dispersion or presence onto these

20   properties that are miles away.

21   Q    With all due respect, if all you've seen are disposal

22   records, how do you know how much material Pratt & Whitney had

23   used if you don't know what they were using the materials for?

24   A    I don't think I saw their disposal records.  I think you

25   asked that, and I've said I don't think I've seen those data.

```
 1   Q    So you've not seen disposal records or use records, but
 2   you're prepared to testify that the amount was so small that
 3   it would not be a concern?
 4   A    Yes, that's correct.  The amount on-site at the time they
 5   had the license, yes.
 6   Q    The amount on-site at the time that they had the
 7   licenses?
 8   A    Or any time, that I know of.  I looked at the
 9   environmental data on-site and offsite, representative
10   samples, I assumed, and there was no indication of any of
11   those samples being outside the range of background.
12   Q    Have you looked at any environmental data of materials
13   sampled at the UTC parcel at the time that Pratt & Whitney had
14   its licenses?
15   A    No, not seen any data there.
16   Q    If we could turn to the hypothetical dose that you drew
17   up.  It's exhibit 3 to your declaration, 374-3 of your
18   declaration?
19   A    Did you say exhibit 2?
20   Q    Exhibit 3.  Well, it's the D.E. number is 374-3.  I
21   believe it's actually exhibit 2.
22   A    The dose calculation?
23   Q    Yes, sir.
24   A    That's exhibit 2.
25   Q    Yes, it's exhibit 2, and we can pull it up as 374-3.  It
```

```
 1   was filed as item number 3 by the defendant.

 2              I just have a couple quick questions about this dose

 3   from ingestion of soil.  Is there also a way to figure out the

 4   dose from the inhalation of soil?

 5   A    Yes.

 6   Q    Why did you pick ingestion?

 7   A    Because I think it's -- in my experience, it's probably

 8   the most efficient route of getting a Strontium dose.

 9   Strontium goes across the gut wall fairly readily when

10   ingested, and resuspension of material that you might breathe,

11   resuspension fraction is extremely small of dust.

12   Q    Would inhalation -- inhalation would go through the

13   lungs?

14   A    Yes, if the particles were small enough to be inhaled,

15   yes.

16   Q    Do you know whether Strontium-90 particles can be small

17   enough to go through capillaries once in the lungs?

18   A    Well, it would be dissolved by the body fluids.  Whether

19   it's -- even when it goes through the gut from ingestion, it

20   goes across the gut wall, some fraction of it does.  The other

21   goes out with the feces.  And when it's inhaled, the strontium

22   being -- some portion of it will go into the bloodstream

23   exchange across the lungs.

24              But the inhalation pathway is a much less effective

25   pathway than ingestion with the assumptions I've made here,
```

1  because I've assumed 200 milligrams a day for 365 days a year.

2  That's a lot of soil ingestion.

3  Q    Do you know what the amount of soil inhalation that is

4  prescribed by the EPA as the mean amount of soil that can be

5  inhaled by children?

6  A    Can't really answer that that way.  The pathway, the

7  exposure path way from inhalation and resuspended, it has to

8  get it up into the air to be inhaled, and that fraction, it's

9  like one in a million or a millionth of the material that can

10  get up in the air.

11         So it's not a very efficient pathway as resuspension

12  and inhalation.  This would be -- these assumptions are

13  exaggerated, if you will, that I've made for the dose

14  assessment here.

15  Q    And, again, were you ever asked to do a dose calculation

16  based on thorium, which is the dose calculation that's filed

17  in this case?

18  A    No.  Thorium, if ingested, or inhaled for that matter,

19  but if ingested, Thorium-232, Thorium-232 don't go across the

20  gut wall very readily; they go out with the feces.  And I

21  think it's only like a 10th of a percent, or some small

22  fraction, that goes across the gut wall.

23         So it's not a very -- the dose coefficient, that's

24  the dose per unit amount ingested for thorium isotopes, is

25  very low compared to the Strontium-90 dose coefficients.

```
1    Q    And that's if you are ingesting thorium?

2    A    Ingesting.  Inhaling is a little different for that.

3    Q    Do you know the size of the particle that the thoria that

4    Pratt & Whitney was working with at the site?

5    A    No.

6    Q    Would the size of the particle that a person is being

7    exposed to have an effect on dose?

8    A    If they're inhaling it?

9    Q    Yes.

10   A    Well, yes, sure does.

11   Q    And does the duration of time that a person is exposed

12   affect the dose?

13   A    Of course.  No matter what the pathway.  If there's

14   material there that's above background, certainly, it would.

15   Q    Okay.  And your assumption is a dose model based on 5.81

16   pico grams per curie of SR90, because you claim that that's

17   the highest amount of Strontium-90 that the plaintiffs

18   detected?

19   A    No, you read it wrong.  It's 5.81 pCi/g.  You said pico

20   grams per curie.

21   Q    Oh, right.  I meant pCi/g.

22         So the number 5.81 pCi/g, that's from a test result

23   taken in 2016, correct?

24   A    I believe so.  That was the highest number that I saw for

25   soil.
```

```
 1   Q    Are you aware that the plaintiffs' allegations in this
 2   case revolve around a cancer cluster beginning with the
 3   diagnosis of Elizabeth Cotromano, a six-month-old infant, in
 4   the year 2004?
 5   A    No, I'm not familiar with those details.
 6   Q    And would the dose calculations be different if you were
 7   doing a dose calculation of a person alleged to be exposed to
 8   material in utero?
 9   A    They're different calculations.
10        The placental barrier is significant to prevent
11   radionuclides from getting across, or elements of getting
12   across, especially something like thorium.  That's been
13   addressed in the dose coefficients through that pathway, and
14   those are -- good friend of mine at Vanderbilt works on those
15   types of calculations.
16   Q    So the answer to my question is that the dose would be
17   different if you were considering the exposure of a in utero
18   fetus?
19   A    Yes.  It could well be much less than this value here
20   that I've got on exhibit 2.
21   Q    Were you -- were you aware of The Acreage cancer cluster
22   allegations in this lawsuit at the time of your direct
23   affidavit?
24   A    I think generally, not nothing specific, but generally.
25            MS. HATFIELD:  I don't have any further questions,
```

```
 1    Dr. Frazier.  Thank you for your time.

 2              THE COURT:  Thank you.

 3              Let's take a 10-minute recess before we go any

 4    further.

 5        (A recess was taken from 4:38 p.m. to 4:51 p.m., after

 6    which the following proceedings were had:)

 7              THE COURT:  Please be seated, everyone.

 8              All right.  You may conduct redirect.

 9              MR. McELROY:  Thank you, Your Honor.

10                        Redirect Examination

11    BY MR. McELROY:

12    Q    Good afternoon, Dr. Frazier.

13    A    Good afternoon.

14    Q    I'd like to ask you just a few questions on behalf of

15    United Technologies, and I'd like to start with the topic of

16    the Strontium-90 methodology used by Eberline.

17              Do you recall being asked questions about that

18    methodology?

19    A    Yes.

20    Q    Do you use Eberline ever in your day-to-day work?

21    A    Most all my work is with -- I send samples to Eberline.

22    Q    And do you find them to be reliable?

23    A    Yes, very much so.

24              I've never sent -- as I said earlier, I've never

25    sent samples for Strontium-90 analysis there that I can
```

1    recall, but they're a very good lab.

2    Q    You gave some testimony to Ms. Hatfield about Eberline's

3    use of a method that's prone to overestimating Strontium-90

4    when other beta emitters are present.  Do you recall that?

5    A    It's susceptible to doing that, yes.

6    Q    If the methodology is prone to overestimating the

7    presence of Strontium-90, why would they use it?

8    A    Well, it's a very efficient method.  They can reuse the

9    columns I think up to 10 times at least in the Eichrom

10   brochures, and it ordinarily can give good results, and it

11   gives good results as you get to concentrations of

12   Strontium-90 that are well above these very low concentrations

13   we're seeing.

14   Q    So are there benefits to that methodology?

15   A    Well, sure.

16   Q    Would you, having reviewed the data in this case, will

17   you continue to use Eberline?

18   A    Yes.  I'd talk with them first about the potential for

19   positive bias for Strontium-90 analyses, but, yes, I would

20   definitely use them.

21   Q    And if you were using them to analyze for Strontium-90,

22   how would you account for their methodology in reviewing the

23   data?

24   A    I would encourage them to be more cautious in their use

25   of the Eichrom method, especially the resin columns, and do

 1   more duplicate samples, analyses with different columns, to

 2   just demonstrate that that's not a problem with the samples

 3   I'd send them.

 4   Q    If you, in any separate project, got data back from such

 5   analyses and got results similar to these, would you conclude

 6   that there was any elevated Strontium-90 present?

 7   A    Well, like I said, I've never sent Eberline samples for

 8   Strontium-90 analysis.  But I'd have to be -- see, we have the

 9   split samples with Test America, and they didn't show that,

10   except for a couple of samples.

11   Q    Even putting aside any potential bias, would you

12   characterize the concentrations that were reported for

13   Strontium-90 from Eberline as low, high, in the middle?

14   A    They're very low concentrations.  They're with -- even

15   the values that have this positive bias to them are within

16   pretty close to the range of background.

17            There is Strontium, as I've said multiple times

18   today, there's Strontium in all soil, Strontium-90, in all

19   soil.

20   Q    And does that low level have any impact -- or, rather, is

21   that low level related at all to the impact of this potential

22   biasing high of the results?

23   A    Well, sure.  The positive bias is more pronounced, if you

24   will, when you get down to such low levels of Strontium-90

25   that you're trying to measure.

1    Q    Ms. Hatfield asked you some questions about whether you

2    retested the columns at their lab's facility -- or their lab's

3    columns.  Do you recall that questioning?

4    A    I did.  I recall the question.

5    Q    Did she show you any results of any testing that

6    plaintiffs conducted to retest those columns?

7    A    No, none that I saw.  No, no.

8    Q    Are you aware of any testing they conducted to retest

9    those columns?

10   A    I'm not aware of any, no.

11   Q    I'm calling up here what is docket entry 374 of three.

12        Do you recognize this document, Dr. Frazier?

13   A    Yes.  That's a very nice calculation of a dose, or doses,

14   yes.

15   Q    And who conducted that calculation, Doctor?

16   A    I did.  That's exhibit 2 of my direct testimony.

17   Q    In light of the data that you've reviewed in this case,

18   would you say that this is a realistic dose calculation?

19   A    No, it's a significant overestimate of the likely

20   parameters.  It's not very realistic to have 200 millirem

21   ingested every day for 365 days a year from the same location

22   where you get this 5.81.

23   Q    Given your review of the data, would you expect the soil

24   in the proposed class area to have concentrations of

25   Strontium-90 at this level?

1   A    No, no.

2   Q    Is this -- the sample you use, this 5.81, is that even

3   from a soil sample?

4   A    No, I believe this is a gutter sludge, I believe.

5         I have to look it up for sure.  I'm pretty sure it

6   is.

7   Q    In light of your review of the data, how would you -- how

8   do you think the actual concentration of Strontium-90 in soil

9   in the proposed class area would compare to the concentration

10  here in your calculation?

11  A    Much, much less.  In fact, it's in the range of

12  background throughout the area, at least based upon the

13  samples I saw, very low concentrations and, hence, very low

14  potential for any dose from Strontium-90 there.

15  Q    Doctor, you were also asked some questions about the

16  possibility of sources of radiological contamination at Pratt

17  & Whitney.  I'd like to ask you this.

18        If you were trying to determine whether radiological

19  contamination was from a particular place, would you find it

20  important to attempt to identify a source of that radiological

21  material at that place on which you're focused?

22  A    Well, certainly I'd want to know what radionuclides to

23  look for, and I think that was the case here, that you look

24  for the radionuclides that were on the license in this case.

25  And I believe those were analyzed, a whole suite of

1    radionuclides analyzed.  Many of those were manmade.

2    Q    If you determine that there is no radiological

3    contamination that you can discern, would you find it

4    important in that instance to search for a source of

5    radiological contamination anywhere?

6    A    No, no.  If there's no environmental data either on-site

7    or offsite that indicate contamination or contamination, no

8    contamination indicated, I wouldn't see any need to look for

9    more radionuclides.

10             Really, the number of analyses were huge.  I think I

11   saw over 500 samples and many, many radionuclides for those, a

12   whole suite of gamma-emitting radionuclides and many others

13   that are listed there.  Some of them are naturally occurring;

14   some are manmade.

15             MR. McELROY:  Thank you, Dr. Frazier.

16             Nothing further, Your Honor.

17             THE COURT:  Thank you.

18             Thank you, Doctor.

19             Hold on, Doctor.

20             Was there anything else, Ms. Hatfield?

21             MS. HATFIELD:  I just have one follow-up.

22             THE COURT:  All right.  Go ahead.

23                       Recross-examination

24   BY MS. HATFIELD:

25   Q    You just testified in your redirect about the

```
 1   Strontium-90 samples, and I believe I heard you say that if
 2   they were taken as accurate results as opposed to false
 3   positives, that they were all within the level of what you
 4   would expect.
 5           That's not what you said in paragraph 70 of your
 6   direct affidavit, though, is it?
 7           MR. McELROY:  Objection, Your Honor, that
 8   mischaracterizes --
 9           THE WITNESS:  I didn't say it then either.
10   BY MS. HATFIELD:
11   Q    Did not?
12   A    No.
13   Q    Are some of the Strontium-90 detections that the
14   plaintiff found above the level of what you would expect?
15   A    Yes, because I think there's a positive bias in some of
16   the samples.
17   Q    If there is not a positive bias in some of the samples
18   and the detects are true detects, do you have an explanation
19   as to why that Strontium-90 is in The Acreage?
20   A    Well, Strontium-90 is in all soil.
21   Q    At a certain expected rate, correct?
22   A    I'm sorry, what?
23   Q    At a certain expected level?
24   A    A range of concentrations, yes.
25   Q    Are there -- are there materials that are outside the
```

1  expected background range?

2  A    Well, for soil maybe there's a few, but you have to

3  consider what matrices might be something of a concentrated,

4  if at all, or might lead to greater positive bias from other

5  radionuclides.

6  Q    I'm going to read from paragraph 70 of your declaration,

7  in the middle of paragraph 70 says:  "The results for most of

8  those 26 samples are within or barely above the expected

9  background concentration range."  And this is regarding

10  Strontium-90.  "However, concentration for a few of

11  plaintiffs' samples were reported to exceed the typical range

12  of concentrations.  Due to the presence of these outliers, the

13  mean concentration of the reported results of plaintiffs'

14  samples is also greater than the expected background amounts

15  in soil."

16        So in your declaration, you've said that there are a

17  few hits that are above the expected range and that that makes

18  the mean above the expected range.

19        Is that no longer your testimony?

20  A    Where was that statement?

21  Q    Paragraph 70 of your report, at 28.

22  A    Okay.  Can I look at that?

23  Q    Absolutely.

24  A    I stand by that, yes.

25  Q    Do you have an explanation for how that material would be

1    present in The Acreage such that those outliers would be above

2    the range and the mean would be above the range, if the

3    results are accurate?

4    A    No, other than the fact that the results are

5    questionable, as I go on and explain there.

6    Q    So you -- can you point to any other source that the

7    Strontium-90 results in The Acreage would be above background?

8    A    Um, I don't -- it certainly was not above background, I

9    mean, even though what I said there.  But the biases cause the

10   reported values to be above the range of what you would expect

11   for background.  I can't think of any -- any source --

12   either -- no source even at The Acreage -- I mean at the Pratt

13   & Whitney site.  I saw no information there, either in the

14   paperwork I reviewed or the samples from the Pratt & Whitney

15   site that would suggest that there is Strontium-90 as being

16   the source from that site.

17             MS. HATFIELD:  Thank you.

18             THE WITNESS:  Thank you.

19             MS. HATFIELD:  No further questions.

20             THE COURT:  Thank you, Doctor.

21             All right.  Who's next that we could at least get

22   started with?

23             MR. GRODEN:  Your Honor, Alex Groden for Pratt &

24   Whitney.  Pratt & Whitney calls Dr. Duane Mitchell.

25             THE COURT:  Sir, would you raise your right hand for

```
 1   me, please.
 2             Duane Mitchell, Defendant's witness, sworn.
 3             THE COURT:  Sir, if you can try and pull that
 4   microphone close to you so we can hear you.  Tell us your
 5   name, and spell your last name for us, please.
 6             THE WITNESS:  My name is Duane Mitchell.  Last
 7   name's spelling is M-i-t-c-h-e-l-l.
 8             THE COURT:  And would you mind spelling Duane for
 9   us, because it's spelled different ways by different people.
10             THE WITNESS:  First name spelling is D-u-a-n-e.
11             THE COURT:  Thank you, sir.
12                           Cross-Examination
13   BY MS. HATFIELD:
14   Q    Good afternoon, Dr. Mitchell.
15   A    Good afternoon.
16   Q    Would you please explain for the Court what it is that
17   you do?  What are you a doctor of?
18   A    Sure.
19             So I am a professor in the Department of
20   Neurosurgery, and I'm codirector of the brain tumor center at
21   the University of Florida.  I run predominantly a research
22   program that focuses on brain tumor treatment, and I also
23   oversee the administrative functions of the brain tumor
24   center.
25   Q    Are you a neuropathologist?
```

1   A    No.  I received a medical degree and Ph.d. from Duke

2   University, and then afterwards had post-graduate training in

3   pathology and immunology, but then went into --

4          COURT REPORTER:  Excuse me, excuse me.

5   Post-graduate training in --

6          THE WITNESS:  In pathology and immunology.  I then

7   went into full-time brain tumor research, both clinical and

8   laboratory research.

9   BY MS. HATFIELD:

10  Q    Have you reviewed any of the pathology slides of any of

11  the plaintiffs in The Acreage injury cases or the children in

12  the pediatric brain cancer cluster?

13  A    I did not review the pathology slides.  I reviewed the

14  reports of the pathology specimens.

15  Q    Did you speak at all with their Dr. Harris or any UTC

16  experts that reviewed the actual slides?

17  A    Did not speak directly with anyone who reviewed the

18  slides.

19  Q    Have you previously provided a report responding to

20  Dr. Perry, who is a neuropathologist?

21  A    Yes, I have.

22  Q    Since the time that you provided your original report

23  responding to Dr. Perry, the neuropathologist, have you been

24  provided any reports of any toxicologists filed by the

25  plaintiff in this case, including, but not limited to dose

 1   reports?

 2   A    I have -- excuse me -- not received or reviewed dose

 3   reporting.  I have seen some information relating to

 4   toxicology reports, but not in detail.

 5   Q    And it's my understanding that although all of -- well,

 6   strike that.

 7             Would you agree with me that all of the kinds of

 8   brain cancers that are listed in Dr. Perry's report are

 9   gliomas?

10   A    There are a diversity of brain tumors within the

11   classification of gliomas, yes.

12   Q    Are you aware of the Ron study cited in Dr. Perry's

13   report -- I believe it's also cited in your declaration --

14   regarding the study on Israeli immigrants?

15   A    I am aware of that report.

16   Q    And that report is a report giving different incidence

17   risk numbers depending upon meningioma, glioma and acoustic

18   schwannoma, correct?

19   A    Correct.

20   Q    In that report, the risk related to glioma is not

21   subdivided amongst glioma types, correct?

22   A    That is correct.

23   Q    Does it matter for determining whether the risk of

24   radiation can cause a brain tumor depends upon the type of

25   glioma present?

1   A    I don't know that that's directly known.  There's a lot

2   more information known about the threshold of radiation

3   exposure that is associated with increased risk of glioma.  So

4   in the report that you refer to, Ron, et al., 1.4 Gy of

5   radiation directly to the brain or higher has been associated

6   with increased risk of brain tumor development.  And as you

7   mentioned, not necessarily broken down by brain tumor

8   classification, but in terms of incidence of brain tumors, for

9   instance, at lower doses, that has not been described as an

10  association.

11  Q    But the Ron, et al. study, it does break it down as far

12  as meningioma, glioma and acoustic schwannoma, correct?

13  A    I don't have a copy of the study with me, but my

14  recollection as you describe is correct.  It does talk about

15  those different types of tumors that were seen in that study.

16  Q    A portion of your declaration takes issue with the fact

17  that Dr. Perry looks at the gliomas and talks about the

18  application of the Ron, et al. study to that glioma set

19  really, not individually.  Can you tell me why, if the Ron

20  study is a risk factor related to all gliomas?

21  A    Sure, sure.

22         So I actually doesn't take any issue per se with

23  Dr. Perry's reports in that regard, except for the fact that

24  the Ron study is actually describing the risk of brain tumor

25  development with a pretty high dose of direct ionizing

 1    radiation exposure to the brain.  And that was done as a

 2    medical practice at that time.  It's been discontinued because

 3    of the recognition of that risk.

 4           But in the cases that I reviewed from Dr. Perry's

 5    report, none of these cases were associated with that kind of

 6    exposure.  And, in general, greater than 95 percent of the

 7    cases that we review of all brain tumors are not associated

 8    with a radiation exposure of that type.

 9           So it wasn't a disagreement; it's just that that

10    study didn't seem to be relevant at all to the cases that were

11    reviewed.

12    Q    Do you -- you just testified that some medical treatment

13    has stopped because of the recognition of risk.  What kind of

14    medical treatment has stopped because of the --

15    A    In that case, specifically what was described as the use

16    of radiation to treat essentially ringworm in the scalp was --

17    direct radiation was used to treat that before it was

18    recognized that that led to an increased risk of the

19    development of tumors in those patients.

20    Q    Has that study led to the cessation of any other medical

21    treatments using radiation?

22    A    We use -- there are a large variety of medical treatments

23    where we still use radiation, both in diagnostics and

24    treatment.

25           The general recognition of the increased risks with

1    medical or high-dose exposures has led to a desire to reduce

2    radiation exposure, the shortening of procedures, et cetera.

3    But I couldn't cite, you know, other specific examples that

4    are a direct consequence of that study.

5    Q    Do you know if the Ron, et al. study has been cited in

6    research recommending the lessening use of, for example, CT

7    scans on children?

8    A    I couldn't speak specifically to the Ron, et al. study,

9    but in general, there is a concerted interest in reducing

10   recommendations exposure to CT scans to the head, yes.

11   Q    The only other issue I wanted to ask you about was you

12   dedicate a portion of your declaration to discussing the

13   physical barriers that protect the brain.  That's known as the

14   blood-brain barrier, correct?

15   A    Correct.

16   Q    In addition to the blood-brain barrier, there's also

17   something known as the central nervous system or the

18   central -- the spinal fluid barrier, correct?

19   A    Correct, CSF, correct.

20   Q    CSF.

21        Do you know whether Thorium is a CSF transgressor?

22   A    I don't know specifically about the transport of thorium.

23   Q    Do you know whether Thorium oxide and Thorium dioxide

24   have been used in the past for radiography?

25   A    I'm aware of direct injection usage, again, with high

1    doses that are no longer performed.  I'm not aware -- and

2    these were, again, direct injection of high doses of thorium

3    as a contrast agent, but that's the only context of which I'm

4    aware of its use in radiology.

5    Q    And that was referred to as Thorotrast, correct?

6    A    Correct.

7    Q    And Thorotrast is no longer used, in part, because it is

8    a accelerated or very fast central nervous -- the spinal fluid

9    transgressor, correct?

10   A    There is a discontinued use of that.  I couldn't speak to

11   the specific reason why it was discontinued.  I'm just not

12   familiar with that.

13            MS. HATFIELD:  I don't have any other questions.

14            THE COURT:  Thank you.

15            Any redirect?

16            MR. GRODEN:  Yes, Your Honor.

17                      Redirect Examination

18   BY MR. GRODEN:

19   Q    Good afternoon, Dr. Mitchell.

20   A    Good afternoon.

21   Q    Just a few questions on behalf of United Technologies.

22            You have a copy of your expert report and written

23   direct testimony on the witness stand?

24   A    I do.

25   Q    Have you reviewed Dr. Perry's report?

```
1    A    I have.

2    Q    Have you reviewed Dr. Perry's direct testimony, as well?

3    A    I have.

4    Q    Have you reviewed the Florida Department of Health's 2009

5    report regarding a cancer cluster?

6    A    I have.

7    Q    Dr. Mitchell, what is your opinion as to whether there is

8    a common cause, environmental or otherwise, of the tumors

9    addressed by the 2009 FDOH review and the tumors reviewed by

10   Dr. Perry?

11             THE COURT:  Hold on.

12             MS. HATFIELD:  Your Honor, this is outside the scope

13   of the cross-examination.  It's also outside the scope of

14   Dr. Perry's report that he is offering a submittal and

15   response to.

16             THE COURT:  Isn't this part of his opinion in the

17   direct testimony?  Aren't we just -- I'm asking counsel.

18   Isn't this just reasserting what he said in his direct

19   testimony?  Why is it redirect?

20             MR. GRODEN:  Sure, Your Honor.

21             Well, he was questioned on cross-examination as to,

22   you know, there was an implication that there could be other,

23   you know, causes or implications of these tumors.

24             THE COURT:  All right.  Well, if you want to ask him

25   are there any other -- in his opinion are there any other
```

```
 1    causes, that's one thing.  But we already know what his

 2    opinion is; that it wasn't caused by anything at Pratt &

 3    Whitney.

 4           Her cross was very limited, so I don't know why

 5    we're going to, you know, go through another direct

 6    examination and have him retell me everything that's in his

 7    affidavit.

 8           MR. GRODEN:  Understood, Your Honor.

 9           No further questions.

10           THE COURT:  Thank you.

11           Thank you, Doctor.  That was very short and sweet,

12    so . . .

13           So as I understand it, we have two more witnesses,

14    the statisticians; is that right?

15           MS. HATFIELD:  Yes, Your Honor, and they were slated

16    to arrive -- they were slated to provide testimony tomorrow.

17           THE COURT:  Tomorrow.

18           MR. MACNALLY:  I think both statisticians are

19    prepared to go tomorrow, Your Honor.  It looks like we've got

20    time for that.  So maybe give the court reporter a break

21    today, I guess.

22           THE COURT:  All right.  Could I get copies of those,

23    if you have them handy?  I mean, again, I can read them on the

24    computer if necessary, but it's easier for me to have a hard

25    copy.
```

```
 1              MR. GALLAGHER:  It should be both.

 2              THE COURT:  I've got Dr. Smith and Dr. Marais?

 3              MS. HATFIELD:  Your Honor, there's been some

 4   question as to --

 5              THE COURT:  To the microphone, please.

 6              MS. HATFIELD:  -- as to whether we are returning

 7   tomorrow at 1:30.

 8              THE COURT:  2:00.  Okay?

 9              MS. HATFIELD:  Thank you.

10              THE COURT:  And based upon your estimates of time,

11   we should have enough time to finish up by tomorrow without --

12   we're not going to probably have time for closings, but we'll

13   at least get the testimony done.

14              All right?

15              MS. HATFIELD:  Thank you.

16              THE COURT:  Thank you.  Have a nice evening.

17         (Court in recess at 5:16 p.m.)

18                         *  *  *  *  *

19

20

21

22

23

24

25
```

```
1                         * * * * *

2                        I N D E X

3   Testimony of Brian Moore (Resumed)

4           Cross by Mr. Gallagher (Cont.'d)      6

5           Redirect by Ms. Hatfield             48

6           Recross by Mr. Gallagher             69

7   Testimony of Arie Perry

8           Cross by Mr. MacNally                72

9           Redirect by Ms. Hatfield             87

10          Recross by Mr. MacNally              92

11  Testimony of Marco Kaltofen

12          Cross by Mr. Gallagher               97

13          Redirect by Ms. Hatfield            158

14          Recross by Mr. Gallagher            165

15  Testimony of John Frazier

16          Cross by Ms. Hatfield               167

17          Redirect by Mr. McElroy             221

18          Recross by Ms. Hatfield             226

19  Testimony of Duane Mitchell

20          Cross by Ms. Hatfield               230

21          Redirect by Mr. Groden              236

22                      * * * * *

23

24

25
```

```
 1                          * * * * *

 2                    E X H I B I T S

 3  (None.)

 4                          * * * * *

 5                    CERTIFICATE

 6      I, Stephen W. Franklin, Registered Merit Reporter, and

 7  Certified Realtime Reporter, certify that the foregoing is a

 8  correct transcript from the record of proceedings in the

 9  above-entitled matter.

10      Dated this 11th day of JANUARY, 2018.

11

12      /s/Stephen W. Franklin
        _____
13      Stephen W. Franklin, RMR, CRR

14

15

16

17

18

19

20

21

22

23

24

25
```

**BY MR. GALLAGHER: [19]**
6/3 16/19 19/6 22/18
24/19 32/14 36/17 38/12
40/7 43/7 43/15 45/21
69/16 97/14 101/16
106/22 143/16 157/17
165/18

**BY MR. GRODEN: [1]**
236/17

**BY MR. MACNALLY:**
**[4]** 72/23 73/13 78/14
92/14

**BY MR. McELROY:**
**[1]** 221/10

**BY MS. HATFIELD:**
**[45]** 48/1 49/15 51/10
51/16 57/11 58/19 62/17
66/17 68/5 87/17 89/9
90/7 158/13 159/2
162/20 164/12 167/19
169/12 170/18 177/23
186/17 188/19 190/3
191/15 193/8 194/12
195/5 197/5 199/21
201/16 202/13 203/13
204/14 205/18 206/7
207/14 210/16 213/9
226/23 227/9 230/12
231/8

**COURT REPORTER:**
**[12]** 58/18 60/12 60/14
67/10 116/22 161/21
177/11 177/21 186/8
188/13 206/2 231/3

**MR. GALLAGHER:**
**[32]** 4/4 4/25 5/5 16/16
18/25 22/14 36/16 38/11
40/1 40/5 43/1 45/11
47/7 51/8 57/8 60/18
65/25 68/14 69/9 71/10
87/12 142/24 143/3
143/9 157/12 157/24
160/18 162/15 164/5
165/16 167/2 238/25

**MR. GRODEN: [4]**
229/22 236/15 237/19
238/7

**MR. HAMMER: [1]**
72/1

**MR. MACNALLY: [7]**
73/11 78/13 89/2 90/2
92/11 96/13 238/17

**MR. McELROY: [16]**
167/6 169/3 170/3
170/16 189/24 201/11
203/4 203/6 204/7
208/17 210/4 213/2
213/8 221/8 226/14
227/6

**MR. SCAROLA: [14]**
4/3 4/6 4/13 4/17 4/22
5/4 38/21 39/9 39/16
47/23 106/17 142/21

142/25 143/10

**MS. HATFIELD: [63]**
5/23 22/7 22/11 24/11
24/13 32/5 32/7 36/12
42/22 47/12 47/16 47/22
49/13 51/14 61/2 61/6
66/16 67/14 67/18 67/23
68/17 69/1 69/4 72/9
87/15 88/25 89/3 89/6
92/7 96/20 97/1 157/9
158/11 162/19 165/12
177/12 177/14 189/22
191/14 193/6 197/3
199/19 202/11 205/16
206/3 207/12 209/2
209/9 210/14 212/20
212/23 213/6 220/24
226/20 229/16 229/18
236/12 237/11 238/14
239/2 239/5 239/8
239/14

**THE COURT: [123]**
4/1 4/5 4/8 4/15 4/18
4/23 5/3 5/15 5/21 5/24
19/2 22/5 22/9 24/12
24/14 32/6 32/8 36/10
39/5 39/12 39/25 40/2
42/20 42/25 47/9 47/14
47/20 51/7 51/9 51/13
51/15 57/10 60/16 60/20
61/5 62/16 66/14 67/12
67/16 67/21 67/25 68/4
68/15 68/20 69/2 69/6
69/13 71/12 71/14 71/18
72/6 72/11 72/14 72/20
73/10 73/12 87/13 89/5
89/7 90/3 92/10 96/14
96/17 96/23 97/3 97/6
97/11 101/15 106/20
143/7 143/14 157/14
157/25 158/5 158/8
158/25 160/22 162/14
162/17 164/8 165/14
167/3 167/5 167/8
167/11 167/17 169/7
170/1 170/11 177/13
189/25 194/10 195/2
201/14 203/5 203/11
204/8 208/18 209/6
209/16 210/10 213/5
221/1 221/6 226/16
226/21 229/19 229/24
230/2 230/7 230/10
236/13 237/10 237/15
237/23 238/9 238/16
238/21 239/1 239/4
239/7 239/9 239/15

**THE WITNESS: [38]**
5/20 19/3 24/16 32/9
45/13 45/16 60/13 60/15
68/3 69/3 71/13 72/18
78/11 89/8 90/4 92/9
96/16 97/9 106/21
116/23 158/4 160/23
164/11 167/4 167/15
169/10 186/10 188/14

195/22 200/13 201/15
203/22 212/22 227/8
229/17 230/5 230/9
231/5

**,**

**'00s [1]** 14/10
**'05 [1]** 76/5
**'07 [1]** 76/6
**'80s [1]** 110/5
**'90s [1]** 14/9

**-**

**-and [6]** 2/4 2/7 2/9 2/12
3/7 3/10
**-v [1]** 1/5

**.**

**.13 [2]** 86/16 87/2
**.18 [1]** 106/12
**.2 [4]** 173/17 178/21
182/6 182/7
**.25 [1]** 146/20
**.3 [7]** 135/2 136/11
136/11 137/22 138/2
141/8 147/9
**.32 [1]** 181/13
**.47 [3]** 137/22 181/15
182/9
**.49 [2]** 139/17 140/7
**.78 [1]** 181/12
**.84 [1]** 106/11

**/**

**/s/Stephen [1]** 241/12

**0**

**0.70 [1]** 177/6
**033S [1]** 177/15

**1**

**1 percent [1]** 107/5
**1,4-Dioxane [2]** 77/10
77/12
**1.4 [9]** 84/14 85/4 85/5
85/10 85/16 86/24 157/6
157/20 233/4
**1.51 [1]** 179/10
**1.8 [3]** 84/15 85/16
157/7
**1.90 [1]** 177/6
**10 [13]** 18/11 19/24
71/21 93/12 119/15
119/16 119/21 121/22
158/4 178/20 182/7
187/9 222/9
**10-minute [1]** 221/3
**1000 [2]** 195/16 195/20
**100th [1]** 15/25
**10th [1]** 218/21
**11 [7]** 1/9 26/13 42/6
102/22 193/25 197/9
200/15
**110 [1]** 134/3
**111 [1]** 134/3
**113 [1]** 119/14
**114 [2]** 119/14 120/3

**119 [2]** 124/17 124/18
**11:01 [1]** 71/17
**11:15 [1]** 71/17
**11:50 [1]** 96/22
**11th [2]** 205/11 241/10
**12 [3]** 111/17 193/25
197/9
**1212 [1]** 2/3
**13 [2]** 25/24 161/6
**13-80928-CIV-KAM [1]**
1/2
**130th [1]** 15/24
**136 [1]** 121/22
**137 [35]** 85/14 97/20
99/7 112/10 112/19
113/6 113/15 114/17
114/22 115/6 115/12
122/7 131/17 131/21
134/23 135/1 135/6
135/8 135/10 135/11
135/13 136/6 136/12
137/14 138/16 140/20
141/15 146/13 147/10
161/6 161/9 161/13
163/20 171/25 172/6
**14 [1]** 121/22
**14 miles [4]** 112/13
112/20 115/22 155/25
**14,000 tons [1]** 19/19
**140 [4]** 197/15 197/16
197/25 198/7
**140,000 [1]** 86/25
**15 [3]** 4/21 40/25 71/16
**15,000 [1]** 165/5
**15-minute [1]** 71/15
**152 [1]** 25/24
**158 [1]** 240/13
**16 [1]** 81/21
**1600 tons [1]** 19/14
**164 [1]** 26/13
**165 [1]** 240/14
**166 [2]** 136/16 137/17
**167 [1]** 240/16
**167-1 [1]** 105/13
**176 [1]** 202/15
**176-20 [1]** 202/13
**176-3 [1]** 202/12
**18,000 [4]** 13/16 19/24
137/10 139/7
**184 [1]** 111/17
**19 [10]** 77/22 79/2 79/21
84/18 86/1 86/4 94/21
197/4 200/20 200/21
**1948 [1]** 82/16
**1960 [1]** 82/16
**1964 [1]** 212/22
**198 [1]** 106/10
**1980s [1]** 109/23
**1:00 o'clock [1]** 96/20
**1:01 [1]** 96/22
**1:30 [1]** 239/7
**1A [2]** 206/9 207/3
**1st [6]** 27/12 27/18 52/2
56/24 76/17 142/8

**2**

**2.43 [4]** 177/11 178/1

178/8 179/2
**20 [13]** 4/12 4/16 18/21
18/22 19/8 32/1 41/5
47/13 47/20 71/21 71/22
134/3 202/13
**20 tons [2]** 18/24 19/12
**200 [2]** 137/12 218/1
**200 millirem [1]** 224/20
**2000 [7]** 20/24 38/17
40/13 41/13 41/22 57/5
57/14
**2000-2001 [1]** 61/8
**2001 [5]** 58/22 58/24
61/8 61/10 126/14
**2004 [4]** 88/2 88/5 88/11
220/4
**2005 [4]** 74/14 75/8
75/21 90/14
**2007 [4]** 74/14 75/8
75/21 88/5
**2008 [2]** 88/1 91/3
**2009 [4]** 88/1 88/5 237/4
237/9
**2010 [4]** 74/3 76/17 96/2
96/5
**2011 [1]** 95/22
**2012 [1]** 95/17
**2015 [6]** 55/6 55/7 55/22
91/3 91/6 208/17
**2016 [10]** 6/8 27/6 27/7
27/24 54/21 67/1 105/15
140/19 205/11 219/23
**2017 [2]** 28/2 170/24
**2018 [3]** 1/9 38/15
241/10
**208 [3]** 104/5 104/10
104/14
**21 [1]** 111/17
**210 [2]** 103/13 103/16
**2139 [1]** 2/11
**22 [2]** 41/5 119/14
**221 [1]** 240/17
**226 [3]** 103/11 103/16
240/18
**228 [5]** 103/23 104/19
104/23 105/7 106/6
**23 tons [2]** 18/16 18/19
**230 [28]** 98/3 101/3
101/9 101/12 101/14
101/20 101/22 101/24
102/4 102/6 102/10
102/12 102/13 102/15
102/17 102/20 103/9
103/15 104/22 104/25
105/6 105/24 106/7
106/11 107/15 107/18
212/1 240/20
**232 [42]** 98/2 98/5 98/7
98/10 98/15 101/5 101/9
101/11 101/14 101/19
101/22 101/23 102/1
102/2 102/8 102/15
102/17 102/19 103/19
103/24 104/3 104/19
104/22 105/7 105/20
105/21 106/5 106/11

**2**

**232... [14]** 106/17 107/5
107/10 108/23 108/25
109/8 211/21 212/1
212/6 212/11 213/22
213/24 218/19 218/19
**234 [6]** 124/21 212/16
212/17 212/20 213/17
213/21
**235 [1]** 124/21
**236 [1]** 240/21
**237 [1]** 152/15
**238 [3]** 102/14 104/17
212/18
**23rd [4]** 169/24 170/23
170/25 171/12
**24 [3]** 42/6 140/19
213/21
**2400 [1]** 3/13
**241 [2]** 208/8 208/11
**243 [2]** 208/8 208/11
**24th [3]** 38/17 40/13
41/13
**259-2 [1]** 6/9
**26 [5]** 41/22 42/5 62/9
66/6 228/8
**272 [1]** 1/11
**27th [1]** 88/10
**28 [5]** 44/10 54/4 172/19
172/19 228/21
**29 [1]** 200/22
**2:00 [1]** 239/8
**2:42 [1]** 158/7
**2:57 [1]** 158/7

**3**

**30 [5]** 47/14 47/20 54/4
191/4 201/1
**300 [6]** 3/5 184/7 185/20
186/1 187/1 188/7
**30326 [1]** 3/13
**31 [1]** 161/6
**32 [2]** 173/7 177/5
**32204 [1]** 2/6
**33 [2]** 36/19 177/25
**33301 [1]** 2/8
**33316 [1]** 2/4
**33401 [2]** 1/20 3/9
**33409 [1]** 2/12
**33410 [1]** 2/14
**3344 [1]** 3/12
**34 [2]** 31/20 179/10
**34S [1]** 177/14
**36 [2]** 127/17 128/7
**365 [2]** 218/1 224/21
**367 [1]** 30/2
**367-41 [2]** 37/22 41/21
**367-87 [1]** 213/2
**374 [1]** 224/11
**374-3 [3]** 216/17 216/20
216/25
**3768 [1]** 1/19
**38 [5]** 20/23 21/12 22/9
22/16 23/3
**3801 [1]** 2/13
**3rd [5]** 2/3 38/15 39/18

**4**

**41 [2]** 37/22 41/21
**42S [1]** 182/16
**440 [1]** 2/8
**46 [4]** 28/11 28/24 29/4
29/15
**48 [1]** 240/5
**4:38 [1]** 221/5
**4:51 [1]** 221/5

**5**

**5.81 [5]** 219/15 219/19
219/22 224/22 225/2
**50 [3]** 46/3 46/12 99/10
**500 [1]** 226/11
**500-E [1]** 3/9
**514-3768 [1]** 1/19
**52 [1]** 50/5
**54 [1]** 3/5
**55 [1]** 182/9
**55S [2]** 181/15 181/19
**561 [1]** 1/19
**5:16 [1]** 239/17

**6**

**60 [3]** 78/5 117/16 137/8
**60-some [1]** 188/17
**60-square-mile [3]**
13/17 119/4 138/7
**600 [1]** 2/13
**60610 [1]** 3/6
**60th [1]** 15/25
**65 [1]** 78/5
**69 [1]** 240/6
**69S [1]** 181/12

**7**

**70 [4]** 227/5 228/6 228/7
228/21
**701 [1]** 1/19
**72 [1]** 240/8
**73 [8]** 192/2 193/2
193/11 193/14 193/16
200/9 200/11 200/22
**74 [7]** 191/24 192/1
193/11 193/16 195/12
197/13 201/2
**75 [2]** 184/16 193/2
**777 [1]** 3/8

**8**

**80 [2]** 18/14 19/14
**84 percent [1]** 161/7
**85 [1]** 174/15
**865 [1]** 2/6
**87 [2]** 213/2 240/9
**8th [1]** 67/1

**9**

**90 [136]** 80/22 85/15
86/12 97/20 99/7 112/10
112/19 113/6 113/15
114/18 114/22 115/7
115/12 133/10 147/12
148/14 148/17 149/1

**149 [27]** 149/7 149/10
149/21 150/2 150/12
150/13 151/6 151/7
152/17 153/8 155/11
162/11 168/17 168/20
168/22 171/14 171/19
172/9 172/18 172/22
173/4 173/5 173/8 173/9
173/11 173/14 173/15
174/1 174/6 174/11
174/13 174/17 175/3
175/5 175/14 175/16
175/18 175/24 175/25
176/10 177/8 178/10
178/16 179/4 181/1
181/5 181/20 181/23
182/17 182/20 182/21
183/6 183/12 185/2
186/2 186/5 186/5 186/8
186/15 186/17 187/1
187/16 188/1 188/11
188/11 188/13 188/16
188/19 190/11 190/19
191/9 192/6 193/4
194/15 196/1 196/5
196/8 197/21 197/22
198/1 202/7 203/3
203/17 204/17 204/20
205/4 206/11 207/11
208/3 208/4 208/4
211/17 217/16 218/25
219/17 221/16 221/25
222/3 222/7 222/12
222/19 222/21 223/6
223/8 223/13 223/18
223/24 224/25 225/8
225/14 227/1 227/13
227/19 227/20 228/10
229/7 229/15
**90Sr [3]** 195/17 195/21
197/21
**92 [1]** 240/10
**95 percent [4]** 80/21
80/22 118/7 234/6
**97 [1]** 240/12
**99 percent [8]** 98/13
98/14 102/17 105/21
106/16 107/4 107/9
109/7

**A**

**A-r-i-e [1]** 72/20
**a.m [3]** 71/17 71/17
96/22
**abbreviations [1]** 98/2
**able [15]** 24/16 50/22
56/17 57/1 89/25 90/15
111/8 112/6 159/19
175/12 176/18 178/6
199/9 202/19 209/23
**above [29]** 8/10 119/16
124/19 131/15 132/15
133/3 137/21 138/1
138/8 140/11 173/15
173/19 179/4 181/25
182/22 185/9 194/15

**219/14 222/12 227/14
228/8 228/17 228/18
229/1 229/2 229/7 229/8
229/10 241/9
above-entitled [1]** 241/9
**absence [3]** 51/5 52/21
81/4
**absent [2]** 122/12 132/8
**absolutely [8]** 57/2 69/4
69/10 144/22 174/8
176/17 196/6 228/23
**absorbed [1]** 156/22
**absorbent [1]** 65/10
**abundance [1]** 98/11
**abutting [1]** 163/21
**accelerated [1]** 236/8
**accept [2]** 35/17 86/21
**acceptable [1]** 64/4
**accompanying [1]**
183/12
**accordance [1]** 65/19
**according [5]** 28/12
38/16 154/2 178/1 178/2
**account [4]** 189/15
197/24 197/25 222/22
**accredited [1]** 185/7
**accumulated [1]** 146/5
**accumulations [1]**
205/25
**accurate [3]** 39/19 227/2
229/3
**acoustic [3]** 78/21
232/17 233/12
**Acreage [88]** 9/5 13/13
14/6 14/16 14/20 15/7
15/13 16/8 16/15 17/8
17/24 18/4 18/5 34/23
35/3 35/7 35/14 36/1
42/17 44/23 45/9 45/15
53/20 60/24 61/1 62/2
62/7 64/16 70/3 70/5
74/6 85/9 87/4 87/10
104/21 106/15 107/2
107/14 116/15 118/9
118/10 118/18 118/21
118/23 119/23 121/3
121/10 121/12 121/17
121/24 123/4 124/19
125/19 128/11 128/11
128/20 129/11 129/18
129/25 130/8 130/10
131/15 135/25 136/7
138/11 138/17 138/25
145/11 145/15 146/13
147/14 147/22 152/16
164/15 164/17 164/21
164/25 165/6 169/16
170/20 177/18 215/9
220/21 227/19 229/1
229/7 229/12 231/11
**Acreage -- I [1]** 229/12
**acronym [1]** 56/20
**across [9]** 118/15 145/15
217/9 217/20 217/23
218/19 218/22 220/11
220/12

**acting [1]** 121/9
**actinium [1]** 103/2
**action [1]** 139/6
**activities [8]** 28/13
48/12 49/1 58/10 59/1
67/9 121/12 161/9
**activity [8]** 17/2 106/11
106/12 140/19 143/23
168/23 192/4 195/9
**actors [1]** 91/4
**actual [7]** 7/18 61/11
147/9 193/5 206/16
225/8 231/16
**actually [76]** 5/6 5/10
7/8 7/14 8/4 8/16 16/4
16/23 24/23 24/24 35/1
35/23 36/14 45/12 49/15
51/6 51/25 58/23 64/19
66/2 69/22 70/24 74/18
94/15 95/20 103/22
104/16 111/10 113/21
116/19 120/19 120/22
123/17 123/24 127/15
130/15 132/18 132/19
133/23 135/4 139/5
140/12 141/23 142/14
146/4 146/8 146/10
146/23 147/1 147/20
149/16 150/24 151/5
151/20 152/1 152/9
152/9 152/21 153/14
156/17 156/21 160/11
161/15 165/22 166/2
170/9 175/14 188/12
189/18 194/7 194/24
197/14 211/9 216/21
233/22 233/24
**ad [7]** 21/11 21/20 22/2
22/3 23/21 23/22 56/14
**add [3]** 4/9 5/16 210/6
**added [3]** 6/9 32/2
146/12
**addition [9]** 16/23 52/22
55/21 73/17 89/18
115/17 148/15 168/10
235/16
**additional [5]** 52/11
88/1 96/8 112/16 154/3
**address [5]** 38/17 40/13
156/5 164/14 164/24
**addressed [4]** 52/10
110/15 220/13 237/9
**Adinolfes [1]** 72/3
**adjuvant [1]** 85/2
**administrative [1]**
230/23
**admit [1]** 143/24
**ads [5]** 21/1 21/6 24/8
24/21 26/24
**advantages [1]** 187/6
**advertisement [2]** 23/2
23/14
**advertising [1]** 20/25
**advice [2]** 180/13 206/24
**aerial [8]** 28/12 29/2
29/8 29/9 30/11 30/22

(WITNESSNAME)                                                                                        Index: aerial..applies

**A**

**aerial... [2]** 30/24 56/13
**affect [4]** 39/14 45/2 210/14 219/12
**affects [2]** 209/23 209/23
**affidavit [27]** 12/21 26/23 27/2 48/15 50/3 50/6 52/2 53/11 54/10 54/17 142/7 142/20 144/9 144/15 161/6 168/10 172/14 173/24 184/11 184/15 184/16 185/17 191/21 211/18 220/23 227/6 238/7
**affidavits [2]** 169/3 180/6
**affiliated [1]** 50/17
**after [22]** 26/9 39/11 63/20 69/11 71/17 96/22 110/17 128/1 148/15 151/24 152/6 152/9 152/12 152/13 153/18 158/7 171/12 171/16 186/7 186/24 205/22 221/5
**afternoon [15]** 87/19 87/20 96/24 97/16 97/17 158/15 158/16 167/21 167/22 221/12 221/13 230/14 230/15 236/19 236/20
**afterwards [1]** 231/2
**again [31]** 4/24 5/17 5/17 8/18 26/13 40/3 42/20 82/24 109/13 112/15 120/10 124/1 128/17 146/9 167/23 177/12 181/10 182/17 185/4 187/20 190/2 191/17 191/25 192/11 196/3 211/8 211/15 218/15 235/25 236/2 238/23
**age [1]** 78/4
**agencies [1]** 9/6
**agency [1]** 63/9
**agent [1]** 236/3
**agents [1]** 109/17
**ages [1]** 99/5
**Agg [2]** 40/17 40/21
**Aggregates [34]** 17/7 17/20 38/5 41/25 42/8 123/11 123/13 123/16 124/3 124/13 125/14 125/19 126/4 126/12 127/4 128/11 128/12 128/13 128/14 128/21 129/1 129/13 130/7 130/10 130/13 130/14 130/16 130/18 130/25 131/4 131/7 131/9 158/20 159/21
**Aggregates' [1]** 100/10
**aggressive [2]** 79/14 79/17

**ago [7]** 23/23 32/2 48/5 73/1 99/10 139/12 139/13
**agree [13]** 60/21 71/6 76/15 85/6 85/7 87/2 88/3 88/5 108/6 153/8 157/16 174/7 232/7
**agreed [5]** 145/7 149/16 149/17 153/19 154/3
**agreed-upon [1]** 149/16
**agreeing [2]** 131/8 210/11
**agrees [1]** 157/16
**Ah [1]** 126/22
**ahead [8]** 30/15 30/18 41/21 46/1 62/14 78/13 108/10 226/22
**air [7]** 116/12 121/20 195/2 195/2 195/4 218/8 218/10
**airplane [3]** 110/2 110/2 125/10
**al [13]** 1/3 1/7 83/19 84/14 84/24 87/5 91/13 91/23 233/4 233/11 233/18 235/5 235/8
**Alex [2]** 3/3 229/23
**aligns [2]** 35/5 63/6
**allegation [2]** 124/14 125/15
**allegations [3]** 15/21 220/1 220/22
**allege [4]** 83/15 84/4 86/12 124/9
**alleged [2]** 84/2 220/7
**allegedly [2]** 34/19 63/1
**allow [6]** 49/3 118/1 119/3 175/2 188/11 188/17
**allowed [18]** 48/24 180/4 180/25 198/16 201/9 203/3 203/4 204/2 203/24 204/6 204/22 208/3 208/8 208/16 209/19 209/25 210/1 210/19
**allows [2]** 53/19 68/13
**alluded [1]** 50/15
**almost [3]** 28/25 32/1 133/14
**alone [3]** 67/9 86/8 92/20
**along [10]** 79/18 104/17 117/9 117/11 130/3 131/2 135/16 162/19 166/2 213/4
**already [10]** 68/21 78/16 83/22 141/2 152/2 173/25 185/12 189/22 210/10 238/1
**also [71]** 5/8 7/10 7/15 8/23 11/5 15/25 16/14 17/7 17/22 20/7 20/15 21/5 26/10 33/2 33/23 34/24 38/4 39/19 40/24 43/25 50/8 54/24 57/19

57/22 72/2 77/6 77/14 81/14 81/24 84/10 89/21 92/3 97/19 103/11 105/9 110/16 111/16 116/22 123/22 126/4 128/12 130/13 135/7 135/9 135/17 139/24 145/10 150/3 162/10 163/12 168/11 170/21 177/1 182/12 182/15 183/8 183/16 185/24 190/9 192/2 194/22 200/17 204/23 211/13 217/3 225/15 228/14 230/22 232/13 235/16 237/13
**although [3]** 148/24 169/2 232/5
**always [7]** 49/8 49/11 119/8 149/8 163/16 165/10 193/4
**am [16]** 11/12 14/6 20/18 29/25 39/17 39/22 68/3 69/3 108/11 126/1 133/18 165/20 180/10 212/19 230/19 232/15
**amended [3]** 124/17 125/15 207/17
**America [38]** 154/25 155/6 155/11 173/9 174/10 174/20 175/20 176/22 178/2 179/11 179/13 181/14 181/16 181/19 182/2 183/25 184/3 184/4 184/10 185/7 185/8 185/14 188/8 188/22 189/8 189/19 190/8 191/1 192/16 192/25 198/10 198/12 198/18 198/20 199/4 210/23 211/5 223/9
**America's [1]** 185/11
**American [1]** 56/6
**americium [4]** 208/8 208/11 208/13 208/16
**Amersham [1]** 113/11
**among [7]** 12/5 78/8 78/25 79/2 79/21 80/4 127/19
**amongst [1]** 232/21
**amount [17]** 19/17 31/6 99/18 105/9 110/16 114/4 148/24 156/15 178/8 206/6 216/2 216/4 216/6 218/3 218/4 218/24 219/17
**amounts [3]** 85/14 195/15 228/14
**analyses [10]** 150/17 152/3 180/20 183/4 190/20 204/2 222/19 223/1 223/5 226/10
**analysis [23]** 73/18 77/23 151/23 163/7 163/7 169/9 170/14 174/11 175/12 180/5

190/13 190/19 193/4 194/17 194/19 200/3 200/10 200/12 206/5 206/10 210/14 221/25 223/8
**analyst [1]** 175/11
**analytical [6]** 145/5 183/1 183/5 206/22 207/3 208/1
**analyze [5]** 185/7 186/4 202/24 202/24 222/21
**analyzed [3]** 161/8 225/25 226/1
**anaplastic [1]** 91/20
**And 1 [1]** 79/12
**and 2 [1]** 205/25
**And 4 [1]** 79/14
**Andrew [2]** 3/2 73/1
**Andrews [1]** 2/8
**another [11]** 16/8 59/14 59/15 59/23 64/7 65/18 91/12 91/22 91/22 181/14 238/5
**answer [44]** 8/21 15/21 17/5 23/17 24/15 24/16 25/2 25/21 26/4 26/18 34/6 37/7 37/16 41/2 41/7 44/17 44/24 48/8 111/21 112/2 112/18 112/25 120/10 122/2 122/4 134/6 134/10 134/13 138/14 152/21 153/2 155/14 155/17 156/6 162/2 162/22 182/25 192/7 192/8 200/6 202/20 209/20 218/6 220/16
**answer's [1]** 67/23
**answered [5]** 23/23 25/16 25/16 108/5 175/1
**answering [3]** 110/15 142/12 214/19
**answers [6]** 25/17 50/15 112/4 134/15 153/4 155/19
**anthropogenic [3]** 192/5 192/6 195/10
**anticipate [1]** 101/15
**any [158]** 6/15 10/21 11/10 11/10 14/2 14/13 14/14 16/23 17/23 18/2 25/9 26/22 26/23 26/24 28/3 28/14 30/22 33/6 33/7 39/15 39/21 42/9 46/22 49/20 49/23 49/24 52/1 54/15 55/10 56/3 56/23 62/24 69/5 69/9 70/23 74/19 75/22 76/15 77/2 77/6 77/7 77/11 77/15 77/19 80/12 84/10 85/9 85/22 85/23 85/25 86/21 87/15 90/19 92/9 94/20 94/20 107/18 107/21 108/7 108/19 109/12 109/15 109/15 109/17 109/18 111/23

112/11 112/18 114/9 114/12 114/17 115/24 117/25 120/5 121/11 123/23 124/1 126/6 144/14 148/6 152/16 155/15 157/22 157/24 163/3 164/10 165/7 165/13 165/16 168/24 168/24 169/1 169/14 170/6 170/6 170/6 170/14 171/6 171/18 171/22 172/5 172/25 173/3 175/6 176/12 181/5 181/20 184/20 187/20 188/3 196/3 196/24 203/10 203/10 204/2 206/1 207/6 208/7 208/12 208/15 208/21 214/2 214/4 214/6 214/13 214/17 215/2 215/14 216/8 216/10 216/12 216/15 220/25 221/3 223/4 223/6 223/11 223/20 224/5 224/5 224/8 224/10 225/14 226/8 229/6 229/11 229/11 231/10 231/10 231/15 231/24 231/24 233/22 234/20 236/13 236/15 237/25 237/25
**anyone [3]** 84/11 85/9 231/17
**anything [18]** 14/18 28/9 37/3 54/13 66/12 69/21 70/24 92/11 104/15 119/2 136/19 147/15 173/19 182/21 203/21 215/10 226/20 238/2
**anyway [1]** 190/3
**anywhere [8]** 69/22 110/19 111/5 111/25 133/14 135/20 142/19 226/5
**aol.com [1]** 1/20
**apart [1]** 154/9
**apologize [8]** 32/18 45/11 49/14 93/9 117/1 120/7 143/4 147/17
**appeals [1]** 208/21
**appear [4]** 8/3 28/10 52/24 56/11
**Appearances [3]** 1/16 2/1 3/1
**appeared [1]** 118/13
**appears [3]** 8/1 16/7 31/7
**appended [1]** 142/1
**appendices [1]** 214/11
**appendix [1]** 63/13
**application [2]** 213/15 233/18
**applied [3]** 127/13 210/24 213/16
**applies [1]** 195/25

**A**

**apply [1]** 140/15
**applying [1]** 46/17
**appraisal [1]** 31/6
**appreciate [2]** 137/7
138/25
**approaches [1]** 70/11
**appropriate [1]** 58/13
**approved [2]** 206/14
206/14
**approximately [2]** 4/12
4/21
**area [89]** 13/17 14/2
15/4 15/7 15/12 16/5
16/9 18/2 19/25 20/5
20/8 20/9 20/16 20/17
45/4 57/3 58/4 59/1 59/5
59/7 59/13 69/23 70/25
74/6 76/19 86/13 87/12
99/25 100/6 100/8 102/7
102/11 112/13 117/17
118/2 119/4 119/11
119/25 120/6 120/9
120/12 120/23 122/7
122/16 122/25 123/14
123/25 127/23 129/12
130/11 131/5 131/15
134/8 134/24 135/25
137/8 137/13 138/7
138/15 138/18 139/3
139/5 139/10 139/11
139/22 140/1 140/2
140/6 144/7 144/11
144/12 144/16 144/20
152/16 154/5 155/21
156/1 156/2 159/4
159/23 159/24 163/20
164/15 164/17 178/21
182/6 224/24 225/9
225/12
**area/scrapyard [1]**
159/24
**areas [25]** 13/15 13/18
13/23 14/17 53/7 115/13
115/20 127/3 127/11
127/21 128/2 128/5
128/6 128/10 128/11
128/12 128/14 130/9
131/18 139/19 139/21
141/2 141/3 164/18
164/21
**aren't [4]** 32/4 108/15
211/21 237/17
**argue [1]** 71/11
**argument [2]** 20/2
210/21
**Argumentative [1]**
208/18
**Arie [4]** 72/11 72/14
72/19 240/7
**arise [1]** 94/5
**around [12]** 34/24
107/22 108/8 116/15
129/7 130/3 156/19
163/20 169/23 205/1
205/4 220/2

**arrange [1]** 198/18
**arranged [5]** 6/13
198/20 198/21 198/24
199/2
**arrangements [1]** 37/15
**arrive [1]** 238/16
**arrived [2]** 51/6 205/22
**art [1]** 142/10
**article [3]** 92/25 93/3
93/10
**articles [1]** 83/13
**aside [4]** 20/3 101/25
115/4 223/11
**ask [33]** 13/12 17/3
21/11 24/23 26/9 26/10
30/1 34/7 39/8 45/6
51/14 67/19 71/8 73/2
108/17 139/9 146/8
146/10 156/2 157/15
179/19 190/5 199/17
204/12 204/13 204/14
209/22 210/15 213/3
221/14 225/17 235/11
237/24
**asked [49]** 11/17 15/20
15/20 26/2 26/16 27/21
38/16 40/9 42/7 42/9
42/11 48/5 49/23 53/18
54/19 54/24 56/10 56/23
61/12 86/3 112/3 122/3
127/22 134/14 139/10
153/3 155/18 163/2
179/21 179/22 179/24
180/2 180/3 180/18
182/25 185/12 190/1
196/9 202/6 202/16
203/10 206/23 210/2
210/12 215/25 218/15
221/17 224/1 225/15
**asking [24]** 8/6 27/23
34/4 34/7 35/17 39/14
46/8 46/19 46/20 68/19
70/21 90/6 104/7 104/12
108/4 108/15 135/24
170/13 170/14 202/4
204/5 209/17 209/24
237/17
**aspects [2]** 56/8 156/23
**asserting [1]** 139/7
**assessment [5]** 55/24
84/9 151/22 170/7
218/14
**assistance [1]** 55/1
**assistant [1]** 5/2
**associate [1]** 95/6
**associated [15]** 36/21
80/1 80/7 80/12 81/2
81/11 81/11 124/12
125/9 125/12 214/7
233/3 233/5 234/5 234/7
**association [4]** 77/11
77/16 81/14 233/10
**assume [19]** 18/7 18/13
18/17 18/18 18/21 19/12
75/14 87/24 115/8
155/23 155/24 157/15

178/12 204/12 204/16
204/19 205/7 205/8
210/13
**assumed [3]** 94/1 216/10
218/1
**assumes [2]** 164/7
201/12
**assuming [6]** 19/21 39/9
109/17 171/12 190/23
204/13
**assumption [2]** 20/1
219/15
**assumptions [5]** 71/10
132/23 210/12 217/25
218/12
**ASTM [2]** 56/4 56/5
**astrocytoma [5]** 75/12
78/11 78/16 90/1 90/7
**astrocytomas [1]** 90/11
**Atlanta [1]** 3/13
**atomic [2]** 83/6 83/10
**attach [3]** 64/3 64/11
65/19
**attached [8]** 12/11 46/8
48/16 58/17 88/20
119/17 171/13 212/4
**attaching [1]** 207/25
**attachment [2]** 168/15
212/7
**attempt [1]** 225/20
**attention [8]** 25/23 26/7
50/5 56/25 74/1 81/19
95/12 95/13
**attest [1]** 126/13
**attorney [1]** 170/10
**attorneys [1]** 31/1
**August [7]** 6/8 20/23
27/7 38/17 40/13 41/13
67/1
**August 24th [3]** 38/17
40/13 41/13
**August 8th [1]** 67/1
**authenticity [1]** 110/23
**author [1]** 28/9
**authorized [1]** 48/22
**available [10]** 9/19
10/23 16/5 28/12 29/6
52/6 55/14 70/20 95/9
112/23
**Avenue [2]** 2/3 2/8
**average [41]** 19/11
131/23 131/23 132/2
132/10 132/11 132/15
132/21 132/22 133/2
136/11 140/11 141/6
141/10 141/15 141/17
142/4 142/4 143/20
143/21 143/23 144/6
144/6 144/11 144/12
144/20 144/21 145/15
146/18 146/20 147/3
147/7 160/7 161/13
166/3 166/5 166/14
166/23 173/16 173/18
178/20
**average-to-average [1]**

142/4
**averages [4]** 141/25
160/10 165/22 165/24
**averaging [1]** 166/8
**avoid [3]** 13/23 51/16
156/23
**aware [34]** 14/6 15/10
15/15 29/25 40/3 74/15
86/10 86/14 86/18
114/17 128/5 132/24
152/1 159/12 180/6
180/7 201/8 203/23
204/2 204/3 212/15
213/16 213/19 213/25
215/6 220/1 220/21
224/8 224/10 232/12
232/15 235/25 236/1
236/4
**away [7]** 41/14 112/13
112/20 115/22 126/11
133/5 215/20

**B**

**Ba [1]** 197/15
**back [22]** 5/18 5/19 8/15
40/19 45/13 45/14 45/15
49/15 59/8 69/11 71/16
72/4 76/3 89/1 95/12
96/20 114/19 149/19
151/16 154/23 161/1
223/4
**backfilled [1]** 127/3
**backflush [2]** 121/14
145/25
**background [55]** 99/17
124/20 131/16 131/17
131/20 132/1 132/9
132/11 132/14 133/1
133/4 133/7 133/16
133/25 134/4 134/7
134/9 134/20 135/2
136/11 136/12 137/21
138/2 138/8 140/12
140/15 140/23 141/4
141/17 143/21 143/22
144/12 144/21 146/21
147/16 147/22 148/7
161/19 162/1 171/22
171/23 179/4 182/20
182/22 215/11 216/11
219/14 223/16 225/12
228/1 228/9 228/14
229/7 229/8 229/11
**backup [5]** 10/24 63/8
70/9 151/16 152/10
**bad [3]** 137/1 159/13
182/22
**barely [1]** 228/8
**barium [6]** 195/14
197/15 197/16 198/1
198/2 198/7
**Barium-140 [2]** 197/16
198/7
**Barnhart [1]** 2/10

**barriers [1]** 235/13
**Bartlit [1]** 3/4
**base [1]** 192/12
**based [32]** 6/20 7/17
8/18 24/3 39/8 43/5 50/8
52/7 54/16 69/24 75/8
78/1 80/8 86/11 106/25
107/12 111/12 117/5
163/2 163/4 164/23
171/7 172/6 172/12
180/6 204/21 209/15
211/8 218/16 219/15
225/12 239/10
**baseline [1]** 99/18
**basic [3]** 193/3 193/3
211/13
**basically [4]** 9/8 23/24
53/6 180/23
**basis [9]** 71/7 85/22
110/18 111/2 111/7
111/10 111/13 111/23
190/23
**be 2 [1]** 182/7
**Beach [51]** 1/8 1/20 2/11
2/12 2/14 3/9 17/7 17/20
20/10 21/1 38/5 40/17
40/21 41/25 42/8 64/16
64/25 65/4 65/8 65/14
70/2 100/9 123/11
123/13 123/16 124/3
124/13 125/19 126/4
126/12 127/4 128/10
128/12 128/13 128/14
128/21 128/25 129/13
130/7 130/9 130/10
130/13 130/14 130/15
130/18 130/25 131/4
131/7 131/9 158/20
159/21
**Bear [1]** 126/19
**became [2]** 116/19
118/15
**because [87]** 5/11 25/10
25/21 32/22 33/1 33/22
34/1 34/11 34/16 35/15
36/7 36/10 37/3 37/7
37/13 40/17 41/16 42/2
47/18 58/6 58/24 61/17
67/15 70/17 71/9 86/6
89/14 91/7 94/23 100/18
108/3 108/5 114/14
118/11 118/23 121/13
121/19 129/12 133/23
141/1 144/21 145/1
145/11 145/14 145/17
146/5 146/11 146/24
146/25 147/2 148/8
151/3 153/23 155/2
160/3 161/13 164/7
172/20 173/17 174/4
174/5 176/7 176/24
178/13 179/3 183/14
185/1 186/6 189/17
190/24 193/5 195/23
196/6 201/4 201/9
210/21 211/12 212/3

**B**

**because.. [9]** 217/7 218/1 219/16 227/15 230/9 234/2 234/13 234/14 236/7
**Beck [1]** 3/4
**becomes [1]** 133/6
**Beeline [1]** 32/14
**before [40]** 1/13 4/7 12/12 13/10 14/2 14/13 14/13 14/15 24/9 24/17 24/24 25/4 25/6 26/15 28/4 29/12 33/8 37/7 47/11 47/16 57/25 59/17 95/5 96/10 118/7 118/18 119/22 120/16 147/13 152/2 152/13 158/2 171/16 172/23 192/8 194/8 202/10 205/14 221/3 234/17
**beforehand [1]** 164/19
**began [1]** 55/21
**begin [3]** 4/7 158/2 162/17
**beginning [4]** 43/19 54/19 170/23 220/2
**begins [2]** 200/9 200/12
**behalf [5]** 73/2 139/7 199/18 221/14 236/21
**being [49]** 11/18 11/20 14/14 14/16 17/24 20/7 20/15 25/7 25/24 28/7 28/8 31/1 32/24 40/4 45/9 50/22 54/14 57/19 58/8 59/4 59/14 59/10 61/12 63/22 64/24 81/10 82/24 92/21 95/16 111/8 112/6 114/10 116/8 117/14 122/25 127/12 132/24 144/1 147/15 153/23 159/11 160/3 176/13 209/14 216/11 217/22 219/6 221/17 229/15
**believe [49]** 12/20 17/10 18/5 19/20 21/22 22/5 25/7 25/25 31/19 35/4 36/2 38/10 40/23 43/23 45/19 49/11 52/4 52/20 53/15 55/15 63/15 65/9 65/16 69/25 70/10 89/24 89/24 90/18 91/9 93/1 110/10 135/2 168/16 175/25 177/2 178/8 185/18 188/8 191/13 191/23 205/13 207/11 216/21 219/24 225/4 225/4 225/25 227/1 232/13
**believed [1]** 5/11
**below [12]** 7/4 127/2 132/16 133/3 135/1 136/16 139/17 146/20 147/9 166/23 182/2 206/7
**bench [1]** 47/18

**benefits [1]** 222/14
**benign [1]** 79/12
**Bernd [3]** 169/15 169/20 170/22
**besides [1]** 162/4
**best [5]** 10/20 12/23 33/18 65/16 184/22
**beta [36]** 149/7 149/21 149/22 150/3 150/15 150/21 150/22 151/6 151/8 151/9 152/2 175/24 178/9 182/20 182/23 183/8 183/11 183/16 184/20 184/24 185/10 186/6 186/7 186/11 186/13 186/14 187/11 187/14 187/16 187/18 187/25 191/8 193/6 195/16 195/20 222/4
**beta-emitting [4]** 149/21 149/22 186/14 191/8
**better [3]** 22/13 160/15 160/16
**between [36]** 11/15 26/20 27/21 27/22 27/23 28/9 37/9 47/13 49/2 49/4 56/23 59/8 61/10 67/6 75/8 75/21 76/5 77/11 77/16 77/19 81/15 81/23 82/16 112/6 157/20 165/8 176/14 178/19 182/6 189/14 196/15 196/24 198/4 198/8 201/25 211/25
**beyond [8]** 57/9 66/14 104/25 112/16 157/11 164/3 210/2 215/10
**bias [15]** 173/4 173/21 183/2 195/23 210/25 211/1 211/2 211/4 222/19 223/11 223/15 223/23 227/15 227/17 228/4
**biases [1]** 229/9
**biasing [1]** 223/22
**big [5]** 105/4 111/7 123/10 130/16 131/1
**binder [4]** 28/19 28/20 73/5 111/15
**biological [1]** 149/2
**biopsy [1]** 96/3
**biota [1]** 133/11
**bisect [1]** 15/11
**bit [12]** 50/12 81/16 83/19 92/16 92/25 93/13 105/16 107/5 116/4 116/14 138/1 162/2
**bits [1]** 110/3
**blank [1]** 136/24
**bleed [1]** 189/22
**bleed-through [1]** 189/22
**blob [1]** 131/1
**blood [2]** 235/14 235/16
**blood-brain [2]** 235/14

235/16
**bloodstream [1]** 217/22
**blow [1]** 93/12
**blowing [2]** 118/12 162/6
**blown [3]** 21/5 23/6 200/17
**blowup [1]** 23/11
**blue [3]** 8/16 137/2 139/18
**board [1]** 145/15
**bodies [1]** 133/24
**body [2]** 206/2 217/18
**bomb [4]** 83/6 83/10 115/1 115/9
**borders [1]** 164/3
**borrow [1]** 15/8
**Boston [2]** 24/18 177/17
**both [31]** 21/23 24/1 42/24 57/18 61/22 72/17 78/2 91/3 97/8 102/15 102/17 128/25 145/6 145/7 147/8 150/25 155/6 169/16 174/9 174/11 175/20 178/4 178/24 180/16 181/12 181/13 188/6 231/7 234/23 238/18 239/1
**bottom [7]** 8/3 17/16 42/24 43/11 43/18 133/1 191/4
**Boulevard [2]** 2/11 2/13
**boundaries [2]** 164/20 164/22
**boy [1]** 130/19
**brain [44]** 74/10 74/19 75/7 75/19 76/5 76/16 77/12 77/16 77/19 80/16 80/18 81/15 83/2 83/5 83/24 84/8 84/22 85/1 94/15 94/18 156/4 156/17 156/18 156/25 157/7 207/20 230/20 230/22 230/23 231/7 231/12 232/8 232/10 232/24 233/5 233/6 233/7 233/8 233/24 234/1 234/7 235/13 235/14 235/16
**brand [1]** 60/20
**break [9]** 5/18 47/11 47/16 69/8 69/13 71/8 96/18 233/11 238/20
**breakdown [1]** 98/10
**breathe [1]** 217/10
**Brian [3]** 6/2 126/15 240/3
**brief [2]** 169/20 171/1
**bring [11]** 13/21 89/1 100/10 114/19 124/4 125/4 191/13 202/12 205/17 212/21 213/1
**bringing [3]** 9/11 100/16 187/15
**brochure [1]** 113/11
**brochures [1]** 222/10

**broken [2]** 105/4 233/7
**brought [5]** 56/25 57/16 122/25 125/18 164/1
**Bryan [1]** 2/5
**build [1]** 118/18
**builders [1]** 15/4
**building [2]** 123/18 123/20
**built [5]** 9/5 13/21 14/2 14/16 14/20
**bulk [1]** 57/18
**bullet [1]** 161/7
**bulleted [3]** 53/10 53/12 53/16
**bunch [4]** 13/6 15/4 103/21 132/10
**buried [3]** 57/20 59/4 110/3
**burn [1]** 16/10
**burying [1]** 57/25
**business [2]** 47/4 123/24
**busy [2]** 130/20 130/20
**buy [1]** 40/14
**buying [1]** 130/10

**C**

**Cahan [3]** 93/4 93/15 93/17
**calculate [4]** 156/18 157/22 165/22 165/24
**calculated [5]** 18/16 19/11 86/11 166/3 166/5
**calculating [1]** 169/21
**calculation [24]** 5/17 18/12 86/15 166/14 166/18 166/22 168/15 168/17 168/20 169/14 169/19 171/6 171/10 172/5 172/10 172/11 216/22 218/15 218/16 220/7 224/13 224/15 224/18 225/10
**calculations [6]** 4/13 142/15 169/5 220/6 220/9 220/15
**calendar [1]** 67/9
**called [28]** 13/21 15/8 29/16 31/20 37/22 38/7 40/16 55/15 75/11 77/14 84/17 93/7 113/6 113/11 113/12 127/8 130/4 130/5 137/4 140/18 149/1 149/12 151/20 152/9 154/20 184/6 190/10 201/19
**calling [3]** 7/23 167/7 224/11
**calls [2]** 72/10 229/24
**came [25]** 8/18 9/17 10/4 11/3 16/22 16/25 18/6 18/19 37/8 38/6 38/6 40/15 41/12 41/16 41/17 41/19 41/19 42/19 45/4 48/6 109/10 118/22 128/25 154/23 208/20
**campus [7]** 31/23 32/12

35/9 50/11 70/4 165/1 165/3
**can't [22]** 22/12 34/20 52/20 52/16 68/22 110/23 112/11 112/18 114/13 131/1 131/11 133/12 133/16 136/23 149/2 153/20 156/6 182/24 209/7 212/23 216/8 229/11
**canal [1]** 15/24 15/25
**canals [2]** 15/11 16/5
**cancer [25]** 11/11 74/5 74/9 74/19 75/19 76/5 76/16 76/18 76/22 77/2 77/7 77/12 77/16 77/20 81/15 87/25 88/4 156/3 156/4 156/6 207/20 220/2 220/21 231/12 237/5
**cancers [2]** 74/10 232/8
**candidate [1]** 89/15
**cannot [4]** 34/19 80/7 107/18 131/16
**capillaries [1]** 217/17
**capitis [2]** 82/16 82/18
**caps [1]** 127/9
**career [1]** 81/7
**careful [1]** 210/25
**carefully [4]** 29/12 96/10 183/4 211/3
**Caridad [5]** 36/20 54/5 54/7 54/11 54/14
**CarriageHouse [1]** 11/25
**carried [1]** 142/14
**case [84]** 1/2 13/18 13/20 17/7 17/10 18/14 26/17 30/13 35/8 35/13 37/1 42/4 48/7 49/7 49/10 49/19 49/21 55/8 61/15 62/21 73/20 76/21 77/10 81/11 83/2 84/2 85/23 88/17 88/17 90/6 92/7 94/24 105/13 105/14 110/21 115/4 117/24 118/18 119/8 124/8 124/9 124/17 125/25 127/25 139/6 141/1 141/8 149/10 151/15 152/21 153/23 166/10 169/7 169/17 169/17 170/4 170/20 170/21 171/13 171/18 175/13 179/24 180/7 185/6 201/14 201/16 201/18 201/19 201/20 203/23 204/12 207/18 207/18 207/19 208/22 210/13 218/17 220/2 222/16 224/17 225/23 225/24 231/25 234/15
**cases [21]** 10/19 11/11 15/2 27/16 27/22 81/7 86/1 86/4 90/22 92/3 95/19 119/17 165/6

Case 9:13-cv-80928-KAM   Document 400   Entered on FLSD Docket 01/11/2018   Page 247 of
272
(WITNESSNAME)                    Index: cases.. .. concentrated

**C**

cases... **[8]** 169/17 170/10 170/22 231/11 234/4 234/5 234/7 234/10

causation **[3]** 85/25 86/3 86/7

cause **[10]** 11/10 76/22 80/8 80/24 187/14 187/20 192/13 229/9 232/24 237/8

caused **[9]** 57/5 77/3 77/7 80/4 80/13 85/16 92/6 92/21 238/2

causes **[3]** 76/25 237/23 238/1

causing **[1]** 174/24

cautious **[1]** 222/24

caveat **[2]** 112/22 114/19

center **[2]** 230/20 230/24

central **[4]** 82/7 235/17 235/18 236/8

ceramic **[1]** 159/22

certain **[20]** 9/18 10/7 40/18 50/22 70/10 101/14 116/16 117/23 132/5 145/10 150/8 163/12 163/18 163/19 181/25 202/18 204/6 209/19 227/21 227/23

certainly **[8]** 75/5 96/3 129/8 149/22 176/1 219/14 225/22 229/8

certainty **[7]** 46/14 46/15 50/23 70/1 118/7 119/3 140/24

CERTIFICATE **[1]** 241/5

certification **[2]** 1/12 61/19

certifications **[2]** 8/3 8/14

certified **[7]** 12/6 12/9 86/10 149/24 151/9 198/12 241/7

certifies **[1]** 8/12

certify **[4]** 18/9 48/25 139/6 241/7

cesium **[40]** 85/14 97/20 99/7 112/10 112/19 113/6 113/15 114/17 114/22 115/5 115/6 115/12 122/7 131/17 131/21 134/23 135/1 135/6 135/8 135/10 135/11 135/13 135/6 135/17 136/6 136/12 137/14 137/14 138/16 140/20 141/4 141/15 146/13 147/10 161/6 161/9 161/13 163/20 171/25 172/6

Cesium-137 **[35]** 85/14 97/20 99/7 112/10 112/19 113/6 113/15 114/17 114/22 115/6

115/12 122/7 131/17 131/21 134/23 135/1 135/6 135/8 135/10 135/11 135/13 136/6 136/12 137/14 137/14 138/16 140/20 141/1 146/13 147/10 161/6 161/9 161/13 163/20 171/25 172/6

cessation **[1]** 234/20

cetera **[5]** 85/12 98/3 124/21 128/7 235/2

chain **[3]** 99/4 163/23 163/25

challenging **[1]** 194/21

chance **[1]** 26/10

change **[5]** 41/10 41/15 42/16 45/7 54/15

changed **[2]** 67/20 68/2

changes **[8]** 90/23 92/4 92/7 95/6 95/10 95/16 95/20 96/11

characterization **[2]** 13/25 70/22

characterize **[7]** 7/3 11/6 29/8 59/15 60/2 119/3 223/12

characterized **[5]** 12/17 29/22 45/18 105/6 147/15

characterizing **[3]** 32/11 60/1 141/20

charge **[1]** 159/17

chart **[43]** 6/9 6/13 7/2 7/25 8/15 10/6 11/5 11/13 11/16 12/11 12/16 14/12 18/8 18/10 19/12 19/18 46/8 74/24 75/2 75/5 75/8 75/20 75/25 76/3 77/22 87/23 88/6 88/13 88/16 88/19 88/20 89/4 89/17 91/1 92/1 94/21 95/12 97/25 138/12 146/12 166/7 166/19 173/8

cheat **[1]** 97/23

check **[5]** 104/5 113/22 148/25 185/25 211/3

checked **[1]** 71/23

checking **[2]** 113/12 210/25

chemical **[35]** 149/12 149/18 150/19 150/24 151/3 151/10 151/18 151/25 152/1 152/19 153/7 153/11 153/12 155/3 155/13 177/17 183/5 184/1 184/2 184/4 184/5 184/8 185/8 186/1 186/16 186/19 186/25 187/4 188/2 188/6 188/25 189/3 190/25 196/10 211/10

chemically **[2]** 150/12 186/24

chemicals **[4]** 57/24

121/2 222/24 186/25

chemist **[1]** 186/20

chemistry **[2]** 47/6 153/2

chiasm **[2]** 88/10 89/11

Chicago **[3]** 3/6 167/25 168/4

children **[5]** 83/20 84/14 218/5 231/11 235/7

chips **[3]** 57/4 57/14 58/9

chlorinated **[1]** 60/4

choice **[2]** 149/15 185/3

choices **[1]** 149/11

choose **[1]** 153/20

chose **[4]** 147/6 160/4 168/17 168/19

chosen **[1]** 138/9

Christian **[1]** 172/1

Christina **[3]** 89/18 91/1 201/20

chronology **[1]** 27/5

circumstances **[1]** 83/14

citation **[6]** 193/14 194/9 197/13 200/2 200/9 200/12

cite **[9]** 23/13 81/14 83/9 83/13 84/10 199/23 199/25 200/15 235/3

cited **[11]** 22/9 29/23 30/4 54/10 54/17 197/5 200/2 200/22 232/12 232/13 235/5

citing **[4]** 193/11 193/14 197/7 197/8

CIV **[1]** 1/2

civil **[1]** 56/8

claim **[22]** 13/10 29/3 29/7 30/12 32/21 34/11 46/25 70/5 99/24 100/6 104/21 115/11 115/13 139/7 141/7 147/22 152/17 166/5 166/18 173/12 176/20 219/16

clarify **[1]** 100/18

class **[52]** 1/12 12/9 13/15 13/18 14/2 14/17 18/2 19/24 20/5 20/9 20/17 45/4 69/23 70/25 74/6 76/19 79/12 86/13 99/25 100/6 102/7 102/11 112/13 115/13 115/20 117/17 118/2 119/25 120/23 122/7 122/16 122/25 123/14 123/25 130/11 131/5 134/23 135/25 137/8 137/13 139/6 139/11 144/7 144/11 144/16 144/20 156/1 156/2 164/18 170/21 224/24 225/9

classes **[1]** 12/6

classification **[3]** 88/7 232/11 233/8

classified **[1]** 21/1

clean **[2]** 59/2 127/3

cleaned **[2]** 127/12 155/7

cleans **[1]** 61/13

cleanup **[11]** 6/24 48/12 48/22 48/23 48/25 50/17 61/13 68/13 213/25 214/5 214/8

clear **[13]** 27/5 32/1 36/6 43/4 58/5 68/7 100/19 105/2 106/19 119/1 136/8 143/13 209/3

clearly **[4]** 50/9 50/23 51/5 159/20

Clematis **[1]** 1/19

clients **[2]** 10/19 10/22

clinical **[1]** 231/7

clip **[1]** 203/8

close **[11]** 4/25 66/16 66/17 72/16 97/22 130/18 154/11 154/14 167/13 223/16 230/4

closed **[4]** 113/15 113/19 114/10 115/4

closely **[4]** 29/11 30/12 30/22 170/17

closer **[4]** 5/8 159/1 193/12 194/11

closing **[1]** 51/23

closings **[1]** 239/12

cluster **[12]** 74/5 74/9 76/18 76/23 77/2 77/7 87/25 88/4 220/2 220/21 231/12 237/5

CM **[1]** 56/17

CM/ECF **[1]** 56/17

CNS **[2]** 82/4 82/6

codirector **[1]** 230/20

coefficient **[1]** 218/23

coefficients **[5]** 168/23 169/22 172/13 218/25 220/13

cohort **[1]** 74/16

collect **[1]** 162/5

collected **[16]** 110/12 110/24 118/6 128/1 129/5 130/16 135/15 148/9 150/7 154/2 154/4 162/23 163/20 179/14 179/15 180/20

collecting **[1]** 162/24

collection **[1]** 180/5

collectively **[1]** 5/14

colorfully **[2]** 123/6 166/24

colors **[1]** 120/8

column **[15]** 91/25 150/7 150/7 187/7 187/14 187/16 187/18 187/19 188/5 196/16 196/17 196/17 196/17 196/20 206/12

columns **[11]** 187/10 187/12 199/13 199/14 222/9 222/25 223/1 224/2 224/3 224/6 224/9

combinations **[2]** 122/10 122/15

combined **[1]** 135/17

comes **[10]** 41/25 83/10 98/11 103/24 104/19 105/3 132/4 151/5 156/22 175/24

coming **[4]** 25/5 85/13 130/25 202/10

comment **[2]** 31/21 84/5

commercial **[1]** 184/9

common **[8]** 98/2 98/7 98/9 98/25 103/4 149/6 201/6 237/8

Commonwealth **[1]** 48/21

communication **[2]** 57/16 151/22

community **[9]** 9/6 14/16 14/21 15/3 15/8 15/13 16/8 16/15 17/8

companies **[9]** 9/23 10/2 16/24 17/19 20/24 21/12 21/24 23/21 24/2

company **[4]** 35/25 41/1 56/7 113/11

company's **[1]** 12/2

compare **[9]** 85/22 140/13 141/6 142/19 143/20 144/11 157/22 196/25 225/9

compared **[1]** 218/25

comparing **[1]** 84/24

comparison **[9]** 140/10 140/12 141/9 141/13 142/5 144/5 144/19 144/22 157/19

compelling **[3]** 70/12 145/1 185/5

compilation **[2]** 8/20 30/25

compiled **[1]** 31/8

complaint **[4]** 119/17 120/1 124/17 125/16

complete **[5]** 68/12 112/25 114/14 152/10 163/8

completed **[1]** 127/2

completely **[3]** 117/2 138/19 166/17

complex **[1]** 12/15

complicated **[1]** 132/4

complying **[1]** 49/1

components **[1]** 159/23 188/9

comports **[1]** 4/13

composition **[1]** 163/8

compositions **[3]** 120/24 121/3 121/24

compound **[3]** 24/12 24/14 32/8

computer **[1]** 238/24

con **[1]** 59/18

concentrate **[2]** 100/10 117/21

concentrate's **[1]** 100/13

concentrated **[2]** 145/17 228/3

# C

**concentrating** [1] 149/2
**concentration** [12]
100/8 168/21 172/7
178/21 181/12 182/18
191/10 225/8 225/9
228/9 228/10 228/13
**concentrations** [21]
124/10 125/1 125/3
125/8 125/11 136/6
173/14 181/13 182/5
183/20 189/20 194/23
211/15 222/11 222/12
223/12 223/14 224/24
225/13 227/24 228/12
**concept** [1] 156/8
**concern** [8] 38/25 57/6
57/15 61/17 62/6 193/5
214/14 216/3
**concerned** [5] 5/3 39/22
52/20 59/9 145/20
**concerning** [4] 13/12
26/24 31/22 170/5
**concerns** [4] 56/3 57/13
59/10 63/3
**concerted** [1] 235/9
**concisely** [1] 50/10
**conclude** [2] 79/25
223/5
**concluding** [1] 95/5
**conclusion** [5] 29/3 74/9
76/4 76/22 172/25
**conclusions** [6] 25/9
25/9 30/13 88/17 211/20
211/21
**conditions** [1] 14/4
**conduct** [2] 150/1 221/8
**conducted** [8] 124/13
125/14 203/2 206/5
207/22 224/6 224/8
224/15
**conducting** [1] 120/4
**confirm** [4] 52/21 68/13
78/1 89/25
**confirmation** [1] 91/8
**confirmed** [4] 35/11
36/22 69/18 91/19
**conformity** [1] 206/5
**confused** [2] 23/15 34/5
**confusion** [2] 120/7
121/6
**connection** [3] 11/15
77/19 81/23
**consequence** [3] 177/10
177/10 235/4
**conservative** [2] 147/6
160/4
**consider** [6] 39/3 40/4
67/4 70/19 71/1 228/3
**consideration** [1] 95/7
**considered** [2] 39/1 90/1
**considering** [3] 39/23
168/25 220/17
**consistent** [9] 4/24 66/5
116/8 116/20 116/22
117/6 122/24 136/18

155/10
**consistently** [1] 154/23
**consolidated** [1] 169/17
**conspiracy** [8] 20/6 20/8
20/14 20/16 34/13 49/19
49/20 49/22
**constructed** [1] 145/12
**construction** [3] 20/25
21/21 129/7
**consult** [1] 6/24
**consultant** [1] 47/5
**consultants** [2] 37/10
63/11
**consulting** [4] 11/25
60/2 170/7 180/13
**consumption** [1] 145/19
**Cont.'d** [3] 3/1 6/3 240/4
**contact** [3] 199/15
199/17 199/18
**contain** [4] 113/15 114/2
114/4 124/5
**contained** [2] 57/20
145/12
**container** [1] 206/6
**contains** [3] 101/23
102/15 102/16
**contaminant** [1] 77/8
**contaminants** [4] 68/14
77/14 117/23 145/17
**contaminated** [9] 34/25
35/2 59/17 61/1 64/24
116/20 118/13 126/11
164/4
**contamination** [25]
60/22 61/2 62/25 118/11
119/4 119/13 127/12
130/3 132/8 138/19
141/4 145/2 145/5 145/6
146/2 164/15 164/21
164/25 225/16 225/19
226/3 226/5 226/7 226/7
226/8
**contamination-wise** [1]
146/2
**contend** [2] 138/11
156/3
**content** [1] 106/5
**context** [9] 25/22 39/5
39/24 81/23 82/10 83/10
95/8 137/7 236/3
**continue** [3] 4/6 66/8
222/17
**continues** [1] 104/4
**continuum** [2] 186/12
186/14
**contractor** [2] 16/24
17/1
**contractual** [2] 37/8
37/15
**contrary** [1] 35/18
**contrast** [1] 236/3
**contribution** [1] 178/9
**controls** [1] 35/19
**converse** [1] 189/9
**conversion** [1] 86/21
**convert** [1] 150/9

**convoluted** [1] 37/11
**copies** [2] 170/21 238/22
**copy** [17] 20/21 22/15
46/1 73/6 75/6 89/6
111/15 172/14 194/2
194/3 194/3 205/9 213/3
213/6 233/13 236/22
238/25
**copy's** [1] 194/7
**Corbett** [4] 139/20
139/22 140/1 140/6
**CORPORATION** [2]
1/7 201/21
**correct** [185] 6/23 11/8
11/9 13/5 19/20 23/5
23/10 26/18 26/19 27/8
27/15 30/14 30/17 38/18
38/19 59/17 62/23 68/3
68/4 68/10 68/11 69/3
73/15 73/16 73/24 73/25
74/20 74/25 75/1 75/12
75/17 76/24 77/5 77/5
77/9 77/24 78/9 78/25
79/3 79/4 79/7 79/11
79/13 80/10 80/14 80/20
81/2 81/3 81/4 81/9
81/12 82/4 82/8 82/10
82/17 82/19 82/20 82/25
83/8 83/17 83/18 83/20
84/9 84/13 84/15 85/3
85/10 85/20 85/21 85/23
85/24 86/4 86/5 86/8
86/25 87/11 87/12 89/15
89/16 91/4 91/5 91/8
91/17 91/21 92/19 92/22
92/23 93/23 94/3 94/6
94/7 94/16 94/22 94/23
95/4 95/17 95/18 95/23
96/12 96/13 97/21 98/4
99/6 99/19 100/17
100/22 101/6 101/10
102/5 102/21 103/2
103/3 103/6 103/20
104/20 105/18 106/13
106/21 107/17 107/20
107/24 109/13 111/20
113/9 115/23 116/6
116/10 117/12 120/2
120/21 122/9 122/17
134/13 135/3 139/25
144/13 146/22 147/1
147/11 147/24 148/5
149/17 154/16 154/22
156/13 164/11 164/12
165/24 166/4 166/21
168/8 168/9 173/2 182/4
184/21 184/22 187/22
190/11 190/17 197/15
197/21 199/24 200/2
200/15 210/23 211/22
212/6 216/4 219/23
227/21 232/18 232/19
232/21 232/22 233/12
233/14 235/14 235/15
235/18 235/19 235/19
236/5 236/6 236/9 241/8

**correctly** [5] 40/23 41/9
182/24 195/18 203/13
**corresponded** [1]
135/12
**corresponds** [1] 157/7
**COTROMANO** [8] 1/3
88/9 89/11 119/17 124/8
124/17 125/16 230/3
**couldn't** [7] 67/11 96/8
141/9 198/23 235/3
235/8 236/10
**counsel** [9] 7/18 8/19
36/14 42/23 47/17 52/2
73/24 206/16 237/17
**counsel's** [1] 142/22
**count** [5] 186/6 186/13
188/12 193/5 193/6
**counted** [1] 188/18
**counter** [3] 113/22
113/23 210/20
**counting** [7] 137/14
150/15 150/22 186/7
186/12 186/23 193/5
**country** [2] 13/24
131/19
**counts** [1] 186/12
**county** [4] 20/10 40/18
70/2 130/9
**couple** [10] 15/19 20/19
53/2 87/16 91/10 92/6
92/13 138/7 217/2
223/10
**course** [6] 17/6 56/2
122/5 148/9 181/9
219/13
**court** [62] 1/1 1/19 4/1
4/8 4/15 5/15 10/14
12/22 13/2 21/10 22/1
23/18 26/22 27/14 28/2
28/5 29/12 29/21 31/7
33/5 33/15 37/18 38/24
39/1 39/12 39/23 45/15
45/23 47/2 50/3 50/12
56/19 66/10 69/18 92/1
94/22 104/7 104/12
116/4 141/12 141/13
142/3 142/4 142/21
143/19 144/4 144/10
144/10 148/1 153/6
153/23 159/20 161/10
166/10 167/1 168/11
177/16 188/2 209/5
230/16 238/20 239/17
**Court's** [1] 66/5
**courtroom** [3] 72/4
123/7 168/7
**cover** [3] 64/3 155/21
193/8
**covered** [5] 8/12 53/14
59/20 78/2 78/4
**covering** [1] 66/11
**covers** [1] 90/10
**CPE** [1] 1/19
**Craig** [1] 2/13
**created** [4] 11/13 11/16
57/23 100/7

**creation** [1] 213/23
**Creed** [1] 2/5
**criteria** [6] 93/14 93/15
93/17 93/17 175/15
175/17
**criticism** [1] 215/13
**criticisms** [1] 215/1
**criticized** [1] 209/14
**critique** [1] 212/3
**cross** [19] 6/3 57/10
61/20 66/14 72/23 97/14
108/3 157/11 158/17
167/19 230/12 237/13
237/21 238/4 240/4
240/8 240/12 240/16
240/20
**cross-examination** [8]
6/3 57/10 72/23 97/14
167/19 230/12 237/13
237/21
**CRR** [2] 1/18 241/13
**crushed** [1] 19/5
**CSF** [3] 235/19 235/20
235/21
**CT** [2] 235/6 235/10
**cull** [2] 81/20 157/5
**culled** [1] 105/16
**culling** [1] 74/8
**culverts** [2] 129/5
129/22
**cumulative** [2] 7/3 87/4
**curie** [2] 219/16 219/20
**current** [1] 48/16
**currently** [3] 139/21
197/24 197/25
**cursory** [1] 172/10
**customarily** [1] 55/18
**cut** [1] 31/6
**CV** [2] 48/16 59/16
**cyanide** [2] 57/20 59/4
**Cynthia** [2] 91/16 171/8

# D

**D-u-a-n-e** [1] 230/10
**D.E** [2] 213/2 216/20
**damage** [2] 92/5 164/3
**damages** [1] 164/8
**dancing** [1] 156/19
**Daniel** [1] 3/3
**darn** [2] 154/11 154/14
**data** [82] 6/12 6/21 6/25
7/16 11/5 12/17 14/8
51/19 62/5 63/3 67/2
67/5 67/6 70/11 70/19
81/22 85/11 104/16
104/24 105/10 107/1
108/11 108/15 109/13
110/24 111/11 112/6
112/15 112/17 112/22
114/20 116/7 116/20
117/7 123/1 123/23
129/14 133/23 135/15
136/18 137/7 138/9
138/11 138/22 139/23
140/17 141/3 141/10
142/1 144/25 145/1

(WITNESSNAME)                                           Index: data..direct

**D**

**data... [31]** 146/19 147/7
147/12 152/10 152/22
153/18 157/22 157/24
164/23 169/9 170/13
171/20 174/12 177/17
178/4 178/24 180/1
180/1 209/24 215/8
215/25 216/9 216/12
216/15 222/16 222/23
223/4 224/17 224/23
225/7 226/6

**data's [1]** 116/13

**database [5]** 55/15
131/2 141/11 141/14
141/22

**databases [1]** 142/13

**dataset [1]** 166/17

**date [7]** 8/24 9/12 9/12
11/7 25/14 51/25 166/12

**dated [3]** 41/21 58/22
241/10

**dates [4]** 8/23 9/4 33/22
180/10

**daughter [3]** 188/12
212/18 212/18

**daughter's [1]** 188/15

**day-to-day [2]** 47/4
221/20

**days [4]** 188/17 213/21
218/1 224/21

**deal [5]** 31/7 143/7
175/17 209/7 209/8

**dealing [1]** 176/5

**Debbie [2]** 8/11 56/15

**Deborah [2]** 23/9 23/12

**debris [1]** 129/7

**decades [1]** 190/22

**DeCarlo [12]** 89/18 91/1
137/22 138/5 139/18
147/18 147/20 147/21
148/16 201/19 201/20
201/20

**decay [29]** 99/2 99/4
101/22 102/2 103/15
104/3 104/4 104/5
104/16 104/17 104/22
105/1 105/7 105/24
106/6 106/15 107/2
107/16 124/6 124/22
138/20 150/9 150/10
151/4 163/23 163/25
192/3 195/8 200/5

**decays [4]** 103/5 103/17
103/21 103/22

**December [14]** 26/21
27/4 27/12 27/18 28/2
52/2 56/24 140/19 142/8
169/24 170/1 170/23
170/25 171/12

**December 1 [3]** 26/21
27/4 28/2

**December 1st [5]** 27/12
27/18 52/2 56/24 142/8

**December 23rd [4]**
169/24 170/23 170/25

**decide [1]** 171/17

**decision [2]** 48/22 70/12

**decisions [1]** 48/23

**declaration [34]** 11/20
11/21 12/25 13/1 49/13
52/3 52/5 52/9 52/10
52/25 53/3 57/3 67/1
67/16 68/10 68/17 76/18
88/2 168/14 171/13
173/7 191/18 191/20
191/22 193/15 212/5
212/8 216/17 216/18
228/6 228/16 232/13
233/16 235/12

**declared [2]** 74/5 87/25

**dedicate [1]** 235/12

**deeper [1]** 33/6

**defendant [7]** 17/6
88/14 88/21 160/17
206/21 208/15 217/1

**defendant's [5]** 160/14
167/11 205/23 207/16
230/2

**defendants [6]** 1/8 3/2
167/7 207/10 209/15
210/8

**defense [2]** 4/22 28/7

**defense's [2]** 4/19 71/23

**defer [1]** 70/8

**define [1]** 132/9

**definitely [1]** 222/20

**definition [1]** 118/5

**definitively [1]** 141/4

**degree [7]** 46/13 46/14
50/22 58/5 69/25 140/24
231/1

**deliberately [1]** 114/1

**delineated [1]** 53/7

**delivered [8]** 7/9 7/14
8/4 10/2 10/9 32/12
38/16 42/17

**deliveries [1]** 32/12

**delivery [4]** 44/22 45/9
49/10 52/1

**demonstrate [5]** 34/20
64/5 175/2 183/2 223/2

**demonstrative [5]** 13/14
113/10 119/19 136/3
136/4

**Denney [3]** 2/10 17/14
207/19

**denying [3]** 39/15 39/17
39/18

**DEP [1]** 61/11

**Department [8]** 55/16
74/2 74/5 74/9 76/17
185/22 230/19 237/4

**depending [7]** 40/15
122/18 122/20 133/8
151/4 160/12 232/17

**depends [1]** 232/24

**depicted [1]** 200/17

**depose [1]** 147/14

**deposed [5]** 25/7 25/16
27/10 27/24 61/21

**deposition [68]** 6/21
11/23 19/13 22/17 22/22
22/24 23/9 23/13 23/15
23/25 24/7 24/9 24/10
24/18 24/25 25/5 25/6
25/18 25/23 26/5 26/8
26/13 26/19 26/20 27/9
28/4 28/10 32/4 35/22
38/15 38/23 39/7 39/18
39/23 39/23 40/4 42/6
44/8 47/19 49/5 49/8
53/23 54/5 56/15 111/16
112/4 112/5 119/14
119/24 120/13 120/16
121/22 122/4 134/3
134/15 134/19 148/15
152/15 153/4 167/25
168/4 180/12 202/3
202/10 202/13 203/9
203/15 209/11

**depositions [1]** 49/25

**derive [4]** 10/1 10/7
157/20 210/3

**derived [1]** 210/3

**describe [20]** 7/4 50/12
51/12 64/10 64/15 65/20
65/24 66/22 91/25 107/1
107/4 143/19 144/1
151/21 185/13 185/16
188/2 189/1 213/24
233/14

**described [17]** 19/17
33/4 51/19 53/24 62/25
88/6 102/19 117/16
120/16 130/1 152/5
187/21 187/23 206/6
208/4 233/9 234/15

**describes [5]** 12/4 65/3
65/10 152/12 215/3

**describing [3]** 12/1
32/23 233/24

**description [5]** 13/8
33/5 33/7 64/13 152/6

**descriptions [1]** 184/15

**designed [3]** 114/1 175/8
195/15

**desire [1]** 235/1

**desk [1]** 194/7

**destination [3]** 35/12
65/21 111/9

**destinations [1]** 35/12

**destined [4]** 34/18 34/19
35/9 35/20

**detail [4]** 36/5 58/25
58/25 232/4

**detailing [1]** 114/21

**details [3]** 84/3 150/14
220/5

**detect [2]** 183/12 185/1

**detected [8]** 106/15
107/2 107/14 124/19
138/17 160/11 179/2
219/18

**detection [8]** 154/24
160/8 160/8 160/10
160/10 161/1 172/1

**206/6

**detections [13]** 137/3
137/4 137/19 137/25
138/6 138/6 146/13
146/19 147/2 147/8
147/9 172/25 227/13

**detects [9]** 141/24
173/12 176/16 176/23
181/5 181/7 183/7
227/18 227/18

**determination [1]** 196/7

**determine [10]** 53/19
87/9 94/10 152/18 164/2
172/10 182/21 196/7
225/18 226/2

**determining [1]** 232/23

**detonated [1]** 115/9

**detonation [1]** 83/11

**detonations [1]** 99/11

**develop [1]** 180/3

**developed [7]** 8/24 9/10
14/7 161/19 162/1
175/17 175/19

**development [8]** 9/19
9/21 9/22 12/5 14/6
233/6 233/25 234/19

**develops [1]** 146/1

**devices [2]** 113/4 113/5

**diagnosed [1]** 75/8
75/21 76/5 88/10

**diagnoses [3]** 87/23 88/6
90/23

**diagnosis [12]** 11/7
75/15 78/4 88/4 89/18
89/25 90/16 90/25 91/19
92/21 96/7 220/3

**diagnostic [1]** 88/16

**diagnostics [1]** 234/23

**Dial [1]** 3/12

**didn't [62]** 4/9 12/23
25/11 25/19 28/9 30/22
31/7 32/18 44/24 74/12
74/16 76/11 84/4 104/11
104/14 104/18 114/12
114/14 114/15 119/1
119/5 119/5 121/18
130/21 134/24 135/19
136/25 142/19 144/4
142/19 145/21 147/4
148/13 148/13 148/24
151/10 151/16 152/5
152/24 155/19 157/3
157/24 160/9 160/12
161/1 162/25 166/11
167/1 172/5 176/8
177/22 193/18 196/14
199/7 202/23 203/4
203/21 208/24 211/11
223/9 227/9 234/10

**differ [1]** 93/21

**difference [15]** 49/4
112/6 134/17 155/9
155/10 179/8 189/14
189/17 192/13 196/15
198/4 198/8 201/25

**differences [3]** 131/24

**165/9 190/25

**different [81]** 5/2 15/4
17/19 31/4 31/5 37/9
37/10 40/14 53/7 59/8
74/23 79/2 79/22 84/1
90/11 93/6 93/24 99/20
101/2 101/6 101/9
102/23 105/11 105/14
111/7 116/14 116/18
117/2 120/23 120/24
120/24 121/3 121/4
121/21 121/24 121/25
122/10 122/10 122/15
122/15 122/18 122/20
122/3 129/3 129/18
129/24 131/18 131/19
133/7 133/9 133/25
134/5 134/11 136/23
145/22 146/10 151/6
153/19 154/20 165/7
177/14 180/8 180/11
184/1 184/2 186/14
188/3 194/21 194/23
196/24 199/7 211/17
219/2 220/6 220/9
220/17 223/1 230/9
230/9 232/16 233/15

**differently [3]** 34/8 45/6
108/17

**difficult [6]** 50/18
132/12 194/17 194/20
195/1 200/4

**difficulty [1]** 185/9

**digest [1]** 194/22

**Dioxane [2]** 77/10 77/12

**dioxide [1]** 235/23

**dioxins [2]** 77/18 77/20

**direct [107]** 10/13 12/13
12/22 13/2 13/11 20/20
20/21 20/22 21/9 21/9
21/13 21/18 21/25 22/2
22/15 25/23 26/7 26/21
28/21 31/20 32/22 33/14
34/22 36/7 36/24 43/21
45/23 46/1 46/8 46/23
47/1 48/15 50/3 50/5
50/6 62/19 66/7 66/9
66/13 68/17 73/7 73/18
79/25 81/17 81/20 83/10
83/13 83/23 84/17 87/11
87/23 97/18 97/24 98/17
100/19 100/20 102/22
103/24 104/2 104/8
104/13 104/18 105/3
105/6 113/8 126/7
133/21 142/3 142/7
142/13 142/16 142/20
143/18 143/25 144/9
153/6 157/6 157/12
161/5 161/6 166/9
166/11 167/1 167/2
168/10 169/2 171/24
184/11 184/16 211/18
220/22 224/16 227/6
233/25 234/17 235/4

**D**

**direct... [7]** 235/25
236/2 236/23 237/2
237/17 237/18 238/5
**directed [5]** 82/12 83/2
83/4 94/15 94/17
**directions [1]** 150/25
**directly [6]** 10/11
102/13 135/12 231/17
233/1 233/5
**director [4]** 151/20
152/5 192/15 192/19
**dirt [10]** 21/13 117/10
126/10 126/11 129/4
130/2 153/22 153/24
153/25 154/10
**disagree [4]** 75/22 90/19
105/8 204/11
**disagreement [1]** 234/9
**disagreements [1]** 90/24
**discarded [1]** 114/10
**discern [8]** 18/3 27/21
27/21 29/13 33/19 47/1
51/5 226/3
**discerned [9]** 13/3 13/11
20/20 21/10 21/19 23/20
32/22 34/11 48/6
**discerning [2]** 46/17
46/22
**disclose [2]** 62/14 207/9
**disclosed [6]** 56/24
59/21 60/20 62/15 66/4
67/7
**disclosures [1]** 49/7
**discontinued [3]** 234/2
236/10 236/11
**discovery [2]** 14/25
51/23
**discrepancies [1]** 61/10
**discuss [15]** 12/13 12/16
58/25 59/3 59/5 81/10
87/11 93/3 97/18 98/17
158/3 172/17 172/23
172/23 176/12
**discussed [10]** 12/19
55/22 58/16 62/4 68/9
103/8 104/1 126/9
126/15 185/9
**discusses [3]** 57/3 62/10
65/5
**discussing [7]** 36/15
49/12 64/7 73/17 111/19
158/18 235/12
**discussion [5]** 134/18
143/22 161/18 173/24
192/23
**dishonest [1]** 32/25
**disparity [1]** 67/6
**dispatcher [3]** 44/1
53/24 54/14
**dispatching [1]** 44/11
**dispersion [1]** 215/19
**displayed [1]** 22/9
**disposal [14]** 14/15
50/25 67/8 107/21
107/25 108/6 110/11

110/20 111/6 112/1
214/18 215/21 215/24
216/1
**disposed [3]** 50/20
108/13 215/7
**disposition [2]** 50/10
50/21
**dispute [5]** 8/6 14/18
25/20 41/18 86/22
**dissolve [1]** 196/18
**dissolved [1]** 217/18
**distinct [4]** 100/24 101/4
135/10 189/6
**distinction [1]** 49/2
**distinguish [2]** 86/6
211/25
**distribution [6]** 118/14
132/16 132/19 135/10
173/19 178/22
**DISTRICT [3]** 1/1 1/1
1/14
**disturbed [1]** 127/25
**ditches [1]** 15/12
**diversity [1]** 232/10
**divert [4]** 20/6 20/8
20/14 20/16
**diverted [4]** 18/8 19/22
35/1 37/2
**divided [1]** 154/8
**docket [6]** 6/9 30/2
37/22 41/21 105/13
224/11
**doctor [12]** 91/7 96/16
97/16 158/3 167/4
224/15 225/15 226/18
226/19 229/20 230/17
238/11
**doctors [2]** 90/17 156/24
**document [29]** 9/5 12/1
23/12 26/2 74/1 126/16
142/23 152/12 192/8
193/7 193/10 193/13
193/17 193/22 194/8
197/5 197/8 199/21
200/14 200/16 200/20
206/13 206/15 212/21
213/1 213/4 213/11
213/14 224/12
**documentary [1]** 145/3
**documentation [13]**
10/24 50/2 50/17 55/11
55/23 108/11 111/8
111/19 112/8 112/16
114/12 124/1 214/17
**documented [9]** 9/6
107/21 107/25 108/6
108/16 109/11 110/11
131/4 131/5
**documenting [1]** 50/24
**documents [18]** 29/23
30/3 30/4 31/3 55/13
56/11 56/17 56/18 56/21
56/23 58/18 109/15
114/20 191/3 193/3
211/13 214/4 214/6
**does [50]** 8/21 31/25

37/16 37/24 41/10 41/14
42/16 45/2 45/7 54/9
54/13 54/18 56/11 63/17
64/10 64/11 64/15 65/7
65/7 65/19 65/20 75/18
80/12 85/5 90/14 100/15
101/22 101/23 139/9
143/1 151/7 160/17
160/22 164/14 164/16
164/24 165/2 186/1
186/3 187/10 187/20
197/17 210/14 217/20
219/10 219/11 223/20
232/23 233/11 233/14
**doesn't [16]** 8/11 8/17
21/11 33/3 37/14 92/5
117/3 157/16 175/25
176/1 186/4 186/8 188/8
203/9 203/11 233/22
**DOH [2]** 87/25 214/12
**doing [8]** 55/24 59/19
149/5 151/23 166/16
190/21 220/7 222/5
**don't [176]** 4/12 4/24
5/1 9/16 10/4 10/21
10/21 10/24 12/9 12/13
14/5 14/18 15/14 16/25
21/10 21/19 27/20 33/6
33/14 34/3 35/4 38/10
38/23 39/2 41/15 44/4
45/18 45/24 47/15 49/3
50/23 51/25 56/20 59/23
60/7 65/2 65/9 67/21
67/24 69/5 71/11 77/1
77/11 77/15 77/19 84/3
84/3 84/6 84/10 85/9
88/12 88/15 88/15 88/18
88/19 88/22 89/6 91/9
92/8 94/20 96/6 101/15
103/25 108/5 108/24
109/9 110/9 111/22
111/23 112/2 112/16
113/24 114/14 114/20
115/15 115/25 116/13
123/23 124/1 125/17
126/6 127/24 132/2
136/22 137/17 141/20
142/15 143/8 144/8
144/14 147/2 147/3
148/6 148/14 149/15
151/8 152/14 153/17
155/15 158/3 159/11
161/1 164/5 165/13
166/12 168/2 170/13
171/5 171/15 175/2
175/16 175/25 176/12
180/1 180/10 181/2
183/2 184/7 185/25
186/3 187/2 187/13
188/7 188/7 188/24
188/24 189/7 192/17
193/16 196/7 197/19
198/11 198/14 198/17
199/19 200/6 201/14
201/16 201/22 202/4
202/9 203/18 203/22

204/10 204/25 205/6
206/13 207/2 207/5
207/5 208/6 208/20
208/21 208/21 208/21
208/24 209/20 212/14
212/18 213/14 214/2
214/6 214/16 214/19
215/15 215/23 215/24
215/25 218/19 220/25
229/8 233/1 233/13
235/22 236/13 238/4
**done [35]** 18/12 21/4
31/1 62/10 69/15 87/6
115/19 136/14 142/15
149/19 149/22 149/23
152/2 153/23 155/3
160/5 166/18 170/6
170/7 171/25 172/10
175/9 179/24 183/24
187/3 192/8 199/2
201/10 201/18 205/2
206/17 208/17 208/22
234/1 239/13
**dosage [1]** 171/22
**dose [76]** 82/12 84/8
84/18 84/21 84/24 85/4
85/5 85/16 85/20 86/11
86/16 87/4 87/8 94/12
94/14 155/22 156/5
156/14 156/16 156/18
156/24 157/6 157/7
157/12 157/20 157/22
168/15 168/17 168/19
168/23 168/23 169/1
169/3 169/5 169/7
169/14 169/19 169/21
169/21 170/5 170/5
170/9 171/6 171/13
171/17 172/5 172/8
172/9 172/11 172/13
177/10 216/16 216/22
217/2 217/4 217/8
218/13 218/15 218/16
218/23 218/24 218/25
219/7 219/12 219/15
220/6 220/7 220/13
220/16 224/13 224/18
225/14 231/25 232/2
233/25 235/1
**doses [5]** 87/9 224/13
233/9 236/1 236/2
**dot [1]** 139/18
**dots [4]** 136/16 137/2
137/3 138/4
**dotted [1]** 146/13
**down [19]** 17/16 31/6
32/20 71/8 99/13 104/4
130/2 130/14 132/4
138/20 148/10 158/3
186/10 187/15 196/25
211/15 223/24 233/7
233/11
**downspout [2]** 162/8
162/24
**downspouts [3]** 148/11
148/12 162/10

**downstream [1]** 138/18
**dozens [2]** 14/21 14/21
**Dr [2]** 169/15 237/10
**Dr. [59]** 56/12 72/11
72/19 72/25 76/15 87/22
92/8 97/3 102/22 136/6
151/24 152/6 152/13
153/6 157/2 157/5
157/12 158/24 167/8
167/16 167/21 168/7
170/22 170/22 171/1
171/3 172/21 190/9
191/17 197/5 201/25
201/25 202/13 205/3
211/20 211/24 211/25
215/1 221/1 221/12
224/12 226/15 229/24
230/14 231/15 231/20
231/23 232/8 232/12
233/17 233/23 234/4
236/19 236/25 237/2
237/7 237/14 239/2
239/2
**Dr. Arie [2]** 72/11 72/19
**Dr. Bernd [1]** 170/22
**Dr. Duane [1]** 229/24
**Dr. Franke [1]** 171/1
**Dr. Franke's [1]** 171/3
**Dr. Frazier [12]** 136/6
151/24 152/6 153/6
167/21 191/17 197/5
202/13 221/1 221/12
224/12 226/15
**Dr. Frazier's [2]** 102/22
152/13
**Dr. Harris [1]** 231/15
**Dr. John [2]** 167/8
167/16
**Dr. Kaltofen [6]** 56/12
158/24 190/9 205/3
211/24 211/25
**Dr. Kaltofen's [7]**
157/12 168/7 172/21
201/25 201/25 211/20
215/1
**Dr. Marais [1]** 239/2
**Dr. Marco [1]** 97/3
**Dr. Mitchell [3]** 230/14
236/19 237/7
**Dr. Perry [8]** 72/25
76/15 87/22 92/8 157/2
231/20 231/23 233/17
**Dr. Perry's [8]** 157/5
232/8 232/12 233/23
234/4 236/25 237/2
237/14
**Dr. Sawyer [1]** 170/22
**Dr. Smith [1]** 239/2
**drag [9]** 116/22 116/24
117/8 117/13 130/5
130/6 130/13 130/17
130/17
**drag-out [8]** 116/22
116/24 117/8 117/13
130/5 130/6 130/13
130/17

Case 9:13-cv-80928-KAM   Document 400   Entered on FLSD Docket 01/11/2018   Page 251 of
272
(WITNESSNAME)                                                        Index: drag-out-impacted..examined

**D**

drag-out-impacted [1] 130/17
draw [1] 74/1
drawing [1] 12/10
drawn [1] 76/22
Dredging [2] 38/6 40/19
drew [1] 216/16
drinking [1] 145/21
drive [2] 3/8 33/18
driven [1] 117/14
driver [3] 39/21 44/21 173/23
drivers [1] 44/15
driveway [1] 9/23
driving [4] 31/22 117/9 117/16 130/2
dropped [1] 130/12
drove [2] 10/10 130/11
drums [3] 57/19 59/4 59/4
Duane [5] 229/24 230/2 230/6 230/8 240/19
due [7] 61/3 95/11 145/16 149/5 194/21 215/21 228/12
dug [10] 15/9 15/13 15/24 16/5 110/5 110/17 111/4 123/17 123/22 126/10
Duke [1] 231/1
duly [1] 63/12
dumped [2] 17/24 35/3
dumping [1] 57/24
Dunsford [2] 18/14 19/13
Dunsfords [1] 18/19
duplicate [1] 223/1
duplicates [2] 161/8 177/3
duplicative [1] 138/4
durable [1] 99/12
duration [2] 168/7 219/11
during [7] 14/7 57/5 58/14 67/9 194/22 197/21 206/25
dust [5] 121/20 134/21 162/5 206/1 217/11

**E**

E-mail [1] 1/20
e-mails [4] 57/16 58/7 58/15 59/8
each [14] 9/14 9/16 37/12 91/19 110/23 129/12 133/13 151/22 154/6 181/9 183/6 183/11 187/3 190/20
earlier [31] 18/8 19/18 38/25 46/8 49/12 49/17 50/15 52/18 62/19 70/16 70/18 71/23 88/13 106/1 111/19 122/23 123/7 126/15 130/1 131/18 157/2 157/19 158/18

160/3 161/18 170/23 171/5 196/9 196/14 202/6 221/24
early [1] 14/10
earth [3] 29/5 99/1 99/13
Earthworks [3] 20/24 21/20 53/9
easier [6] 18/22 19/2 19/8 151/7 177/21 238/24
east [1] 15/25
easy [1] 201/7
Eberline [37] 154/25 155/3 155/11 173/8 174/10 175/20 176/23 178/2 179/16 181/15 181/20 182/12 182/15 183/22 184/2 184/8 187/9 190/10 190/12 190/14 190/16 190/18 192/19 192/21 198/21 198/24 199/5 199/6 207/12 211/5 211/6 221/16 221/20 221/21 222/17 223/7 223/13
Eberline's [1] 222/2
ECF [1] 56/17
economic [3] 164/3 164/8 164/10
effect [5] 92/18 92/20 130/13 146/23 219/7
effective [2] 156/11 217/24
effectiveness [1] 156/20
efficiency [1] 174/13
efficient [4] 5/12 217/8 218/11 222/8
effort [2] 117/24 120/5
efforts [5] 59/2 111/20 111/24 111/25 126/8
Eichrom [25] 184/9 184/9 185/8 187/4 187/12 187/14 188/4 188/5 188/8 189/3 189/5 189/10 189/11 191/6 195/14 196/10 198/5 198/8 201/3 201/4 206/19 210/22 210/24 222/9 222/25
eight [1] 4/21
either [24] 12/14 51/2 57/16 64/2 71/8 81/23 102/11 102/13 134/8 153/12 169/14 173/25 174/7 174/14 174/19 174/23 177/3 207/7 208/24 215/10 226/6 227/9 229/12 229/13
elemental [3] 105/11 163/8 174/14
elements [2] 163/16 220/11
elevated [8] 121/15 124/21 135/8 135/9 145/13 150/22 163/21

223/6 272
elevating [1] 146/24
elevations [1] 135/6
eliminated [1] 136/8
elimination [1] 197/15
Elizabeth [3] 88/9 89/11 220/3
else [10] 64/18 84/11 92/11 102/1 104/2 104/15 107/5 135/20 151/5 226/20
eluting [1] 187/15
emanating [1] 215/3
emission [3] 116/24 151/6 152/2
emissions [3] 117/21 150/15 150/22
emit [2] 114/5 114/7
emitter [1] 184/20
emitters [18] 149/7 150/4 150/21 151/8 151/9 178/9 183/17 184/24 185/10 186/6 187/11 187/14 187/17 187/18 188/1 195/16 195/20 222/4
emitting [5] 149/21 149/22 186/14 191/8 226/12
employed [1] 151/1
encourage [1] 222/24
end [7] 9/8 9/12 75/14 76/13 132/20 132/21 150/21
ends [1] 200/13
energies [1] 186/12
energy [1] 156/22
Energy's [1] 185/22
engaged [1] 17/2
engagement [1] 54/21
engine [1] 125/10
engineer [1] 61/20
engineering [1] 56/9
engines [2] 110/2 110/2
England [1] 48/14
enhanced [2] 125/1 125/8
enhancement [1] 125/3
enough [15] 18/10 19/21 19/23 51/15 52/17 87/8 97/22 118/6 133/14 162/7 176/8 190/19 217/14 217/17 239/11
ensure [3] 175/8 175/15 214/13
enter [1] 117/20
entire [8] 14/5 33/17 105/10 119/11 120/11 141/2 159/12 201/2
entirely [3] 4/14 58/5 145/22
entirety [1] 199/23 200/1
entities [2] 17/3 37/11
entitled [2] 30/2 241/9
entity [2] 56/7 64/1

entrance [1] 130/15
entry [6] 6/9 30/2 37/22 41/21 105/13 224/11
entry 367 [1] 30/2
environment [14] 83/16 99/12 100/2 100/12 108/22 109/16 115/8 117/10 124/4 124/11 125/5 125/12 156/15 157/21
environmental [23] 14/4 47/5 55/16 56/1 56/3 56/9 60/2 77/7 81/24 83/9 84/7 115/24 116/11 133/12 164/15 164/25 171/20 193/4 215/8 216/9 216/12 226/6 237/8
EPA [10] 147/5 160/4 191/3 191/11 191/18 191/19 193/17 194/16 200/14 218/4
ependymoma [5] 78/23 78/24 91/11 91/12 91/20
ependymomas [1] 90/12
epidemiological [1] 81/22
equals [2] 86/18 86/24
equation [1] 146/18
equivalency [1] 87/8
equivalent [1] 207/1
Eric [1] 95/13
erroneously [1] 172/3
error [7] 71/20 115/25 187/20 187/23 187/24 213/22
errors [1] 176/14
especially [2] 220/12 222/25
ESQ [13] 2/2 2/2 2/5 2/7 2/9 2/10 2/13 3/2 3/2 3/3 3/3 3/7 3/11
essentially [5] 6/14 118/6 133/4 195/22 234/16
establish [3] 34/13 43/5 164/10
established [4] 9/11 83/22 205/16 210/7
estimate [4] 4/8 4/11 4/22 175/5
estimated [3] 137/4 146/19 147/8
estimates [1] 239/10
et [18] 1/3 1/7 83/19 84/14 84/24 85/12 87/5 91/13 91/23 98/3 124/21 128/7 233/4 233/11 233/18 235/2 235/5 235/8
et cetera [5] 85/12 98/3 124/21 128/7 235/2
evaluation [2] 6/23 24/14
even [29] 25/11 25/13 33/2 39/11 56/20 59/7 59/21 62/2 66/7 86/3

87/9 96/11 99/10 99/12 138/8 141/10 151/2 166/19 166/22 166/22 172/8 191/3 215/6 217/19 223/11 223/14 225/2 229/9 229/12
evening [1] 239/16
events [2] 99/9 141/18
ever [36] 14/2 23/18 23/20 35/7 41/5 42/11 44/21 45/3 45/8 49/23 64/15 102/3 102/3 102/3 108/24 113/5 126/6 169/1 169/14 175/22 175/25 179/21 182/19 185/11 185/13 185/16 199/9 199/12 199/17 199/19 207/3 212/16 213/11 213/14 218/15 221/20
every [5] 31/18 61/20 61/20 127/24 224/21
everybody [2] 93/13 118/21
everyone [5] 4/2 71/19 96/24 158/9 221/7
everything [4] 25/12 66/11 196/19 238/6
everywhere [2] 118/23 118/23
evidence [25] 5/12 15/20 17/23 19/13 20/3 35/6 35/13 37/3 54/16 70/19 85/9 85/19 87/24 92/18 92/20 114/9 141/5 145/3 145/6 153/14 163/4 164/8 174/20 185/5 201/13
exact [5] 14/5 47/3 115/15 137/18 184/7
exactly [8] 25/21 65/6 79/15 82/11 134/24 137/21 138/22 162/1
exaggerated [1] 218/13
examination [53] 6/3 10/13 20/22 21/9 22/1 22/2 22/16 26/22 27/13 27/18 28/11 31/20 32/22 36/8 45/23 46/2 48/1 57/10 66/8 69/16 72/23 87/17 92/14 97/14 97/18 98/18 100/19 100/20 103/24 104/2 104/13 133/21 142/3 142/7 142/14 142/16 142/20 143/18 143/25 144/9 158/13 161/5 165/18 166/9 166/11 167/19 221/10 226/23 230/12 236/17 237/13 237/21 238/6
examinations [1] 21/18
examine [5] 29/11 30/22 30/24 114/12 152/17
examined [3] 25/24 29/3 30/12

**E**

**example [17]** 6/21 7/24 10/15 63/10 67/6 88/9 113/14 121/11 131/17 133/9 157/2 163/19 177/4 194/14 195/13 197/14 235/6
**examples [1]** 235/3
**excavated [1]** 50/11
**excavation [1]** 127/3
**excavations [1]** 28/13
**exceed [1]** 228/11
**exceeded [1]** 67/10
**Excel [1]** 141/23
**except [6]** 15/22 135/20 187/22 214/7 223/10 233/23
**excerpt [1]** 197/11
**excerpts [1]** 39/22
**excess [2]** 57/24 182/20
**exchange [4]** 187/7 196/16 196/16 217/23
**exchanged [1]** 206/16
**exclude [5]** 80/8 131/6 138/9 146/17 166/16
**excluded [2]** 138/12 165/23
**excluding [5]** 139/21 139/23 146/23 166/6 166/8
**exclusion [1]** 140/4
**exclusive [1]** 37/15
**excuse [10]** 38/22 60/13 96/1 106/18 142/22 192/22 200/24 231/4 231/4 232/2
**executed [1]** 63/13
**executive [1]** 64/19
**exemplify [1]** 55/25
**exercise [1]** 110/5
**exhibit [51]** 7/17 7/24 9/13 11/2 11/20 11/22 11/24 13/15 15/18 16/18 17/12 22/17 22/21 22/22 22/24 23/8 23/9 23/12 29/16 29/18 30/8 30/10 30/15 30/18 30/25 31/17 48/16 56/10 56/15 58/17 58/17 58/21 58/21 88/20 119/15 119/16 119/21 136/3 136/4 205/20 207/24 212/7 212/8 216/17 216/19 216/20 216/21 216/24 216/25 220/20 224/16
**exhibit 1 [4]** 48/16 58/17 58/21 88/20
**exhibit 10 [3]** 119/15 119/16 119/21
**exhibit 2 [7]** 11/22 216/19 216/21 216/24 216/25 220/20 224/16
**exhibit 3 [4]** 212/7 212/8 216/17 216/20
**exhibit 4 [1]** 7/24
**exhibit 5 [1]** 11/24

**exhibit 6 [4]** 15/18 22/21 23/9 23/12
**exhibit 7 [1]** 16/18
**exhibit 8 [1]** 17/12
**exhibit 9 [1]** 136/4
**exhibits [6]** 22/18 31/1 31/6 31/8 57/17 73/6
**exist [5]** 13/23 50/9 59/7 114/15 132/24
**existing [2]** 50/14 206/2
**exists [4]** 68/12 105/19 140/20 143/23
**exit [2]** 32/2 33/8
**exits [1]** 32/13
**expanded [1]** 70/10
**expansive [1]** 134/17
**expect [25]** 98/20 99/18 121/11 131/9 131/12 131/20 132/5 132/15 132/19 133/2 133/9 133/25 134/24 138/19 141/13 141/17 165/11 173/5 178/15 182/17 194/16 224/23 227/4 227/14 229/10
**expectation [2]** 5/13 165/8
**expected [19]** 106/5 135/21 136/10 137/21 138/10 138/23 147/15 147/21 162/14 182/5 182/10 182/12 227/21 227/23 228/1 228/8 228/14 228/17 228/18
**expecting [4]** 178/17 179/3 182/1 182/2
**experience [17]** 12/5 12/10 12/12 46/20 48/8 48/16 48/25 49/9 64/2 162/25 168/22 172/7 172/12 184/17 185/4 193/1 217/7
**experiences [1]** 46/21
**expert [32]** 12/11 12/16 13/11 46/9 66/4 70/8 73/7 75/6 79/25 81/17 81/19 84/10 84/17 94/22 105/12 105/14 105/17 106/9 106/25 107/13 136/5 140/18 143/20 156/6 169/6 170/7 170/8 180/13 184/14 185/17 190/2 236/22
**expertise [6]** 6/15 12/4 65/24 66/22 87/12 186/19
**experts [4]** 30/5 31/17 157/1 231/16
**explain [9]** 23/18 23/20 112/12 112/20 153/8 160/6 162/2 229/5 230/16
**explained [7]** 6/21 22/2 32/11 41/24 189/21 190/25 194/16
**explaining [1]** 33/8

**explanation [2]** 40/14 42/7 153/7
**explanation [10]** 30/25 100/1 112/24 152/20 155/9 155/15 183/22 192/15 227/18 228/25
**explicit [1]** 32/13
**exposed [7]** 84/14 85/10 145/18 214/13 219/7 219/11 220/7
**exposure [26]** 77/3 81/24 83/9 83/14 83/16 84/1 84/4 84/7 84/8 85/16 85/22 121/10 121/13 155/22 156/5 156/7 156/20 165/11 218/7 220/17 233/3 234/1 234/6 234/8 235/2 235/10
**exposures [3]** 82/2 85/11 235/1
**express [5]** 123/17 132/1 132/2 132/3 166/24
**expressed [2]** 132/14 133/2
**expression [1]** 31/14
**extensive [1]** 51/22
**extent [4]** 31/11 38/25 61/18 67/4
**extra [1]** 213/6
**extract [2]** 196/19 196/21
**extraction [3]** 175/12 176/8 176/9
**extremely [6]** 121/18 176/2 177/9 195/25 215/18 217/11

**F**

**F-r-a-z-i-e-r [1]** 167/17
**facility [39]** 7/10 7/15 8/4 8/10 8/12 18/6 35/10 35/10 35/20 50/25 55/11 64/16 65/4 65/5 65/8 65/14 69/22 117/20 130/19 140/22 140/23 141/7 153/22 154/18 159/8 178/1 179/5 180/9 181/6 183/24 184/11 192/16 202/19 202/21 212/13 214/18 215/15 215/16 224/2
**facility's [1]** 212/15
**fact [69]** 10/8 13/6 14/18 14/25 24/3 26/14 33/1 33/6 33/24 35/17 36/4 50/8 52/19 54/9 54/20 56/10 56/13 57/3 58/11 59/16 61/22 62/6 62/9 62/10 62/20 74/4 74/15 80/6 80/11 80/13 81/6 85/4 85/19 86/3 92/16 94/10 95/8 95/21 99/22 100/24 101/7 111/13 112/8 123/10 124/8 127/20 138/4 140/14

**145/1 150/5 161/7 164/7 176/4 186/3 187/8 189/2 189/9 201/4 203/8 203/9 203/10 205/13 209/7 209/22 211/19 225/11 229/4 233/16 233/23
**factor [1]** 233/20
**factors [2]** 6/24 93/4
**facts [26]** 13/3 13/6 13/10 13/12 15/20 15/22 18/2 20/19 23/19 29/4 29/13 29/24 30/5 31/3 32/21 34/11 35/8 46/18 46/23 47/1 48/6 53/6 62/4 116/13 201/12 225/10
**factual [1]** 70/9
**fail [3]** 150/24 184/19 184/19
**failed [1]** 68/19
**fails [3]** 112/7 211/25 215/2
**failure [2]** 43/5 185/1
**fair [8]** 13/25 17/2 17/4 51/4 51/12 51/15 70/22 79/12
**fairly [5]** 133/15 169/19 171/15 192/21 217/9
**fall [3]** 53/16 88/6 186/13
**fallout [3]** 99/8 141/17 173/16
**false [42]** 150/25 151/1 173/2 173/12 173/23 174/3 174/5 174/21 174/21 174/24 174/25 175/3 175/23 175/23 176/5 176/6 176/7 176/13 176/14 176/14 176/16 176/20 178/3 178/7 179/3 181/7 181/16 181/17 181/20 182/1 182/13 183/23 184/18 184/20 184/25 189/16 190/24 191/9 192/14 196/4 210/21 227/2
**familiar [10]** 38/8 74/4 87/8 124/14 125/25 142/10 156/8 196/3 220/5 236/12
**family [3]** 15/23 18/14 19/13
**far [12]** 6/17 58/24 71/9 104/25 119/7 135/17 154/9 160/5 164/2 179/14 186/4 233/14
**far-reaching [1]** 71/9
**Farms [8]** 16/9 16/11 16/14 16/22 16/25 17/1 17/3 17/5
**fashion [3]** 66/6 105/5 210/24
**fast [1]** 236/8
**faster [1]** 116/25

**fat [1]** 126/22
**fat-fingered [1]** 126/22
**faulted [2]** 205/3 205/6
**favor [2]** 160/17 160/18
**FDOH [1]** 237/9
**Featherson [1]** 207/18
**February [2]** 74/2 76/17
**February 1 [1]** 74/2
**February 1st [1]** 76/17
**feces [2]** 217/21 218/20
**federal [2]** 49/1 60/10
**feel [3]** 51/18 51/21 52/1
**feeling [1]** 67/22
**fellow's [1]** 192/24
**felt [2]** 145/1 199/15
**female [7]** 74/10 74/12 74/19 75/7 75/20 76/5 76/16
**fence [1]** 139/23
**fetus [1]** 220/18
**few [11]** 23/23 73/2 132/21 136/19 161/14 161/15 221/14 228/2 228/10 228/17 236/21
**field [5]** 46/17 46/19 46/22 46/25 94/5
**fields [2]** 47/3 47/7
**figure [13]** 23/17 140/20 141/16 142/5 142/18 143/2 143/3 143/5 143/19 144/2 144/5 212/19 217/3
**file [2]** 56/17 56/18
**filed [28]** 27/12 27/13 29/21 38/24 38/25 39/4 49/13 51/2 52/10 56/21 58/24 61/10 125/16 125/17 168/10 168/11 169/2 169/16 170/5 170/21 170/22 171/11 171/12 180/7 207/19 217/1 218/16 231/24
**files [2]** 28/12 141/23
**filing [5]** 30/3 52/2 56/11 58/17 58/21
**filings [1]** 63/9
**fill [92]** 9/11 9/16 9/21 10/2 10/4 10/5 10/8 10/9 10/16 10/22 13/12 13/13 13/21 14/22 14/23 15/5 15/9 15/15 15/23 16/6 16/8 16/15 16/21 16/25 17/4 17/8 17/18 18/2 18/5 18/10 18/15 19/14 19/17 19/21 19/23 21/1 28/13 34/23 35/6 35/25 38/1 38/3 38/16 40/10 40/20 41/5 41/11 41/16 41/19 42/18 45/3 45/8 68/23 116/21 118/13 118/16 118/19 118/21 118/22 118/25 121/2 121/23 122/24 123/4 123/6 123/10 123/19 123/22 123/24 125/18 126/5 126/11 128/10

**F**

**fill...** [19] 128/12 128/13 128/14 128/22 128/23 128/25 129/11 129/11 129/12 130/7 130/8 130/10 130/12 131/5 131/6 135/5 145/17 158/20 159/21
**fill-generating** [1] 28/13
**fills** [1] 127/25
**final** [1] 63/20
**finally** [1] 206/14
**finding** [4] 117/5 117/15 161/13 162/11
**findings** [2] 92/24 152/20
**fine** [3] 45/14 61/16 204/11
**fingered** [1] 126/22
**fingerprint** [1] 186/8
**finish** [2] 47/15 239/11
**finished** [2] 172/21 200/25
**finishing** [1] 66/16
**firm** [4] 17/14 31/16 72/3 207/19
**firms** [1] 11/1
**first** [74] 6/7 7/2 12/15 17/15 21/11 24/8 24/23 25/2 25/23 27/6 29/7 30/2 30/8 36/5 37/25 48/15 54/25 55/6 56/24 60/6 72/17 72/19 76/3 82/2 88/16 89/4 93/8 93/8 96/3 97/8 97/8 99/25 102/7 107/7 127/20 138/24 142/7 150/1 150/6 150/11 152/11 168/14 169/20 177/4 180/18 180/23 181/1 188/21 188/22 189/7 189/11 194/25 196/9 196/11 196/18 197/10 200/2 202/7 203/1 203/2 203/16 203/23 204/17 204/20 205/4 205/9 207/18 207/19 207/22 207/23 208/10 213/13 222/18 230/10
**firsthand** [1] 214/2
**fission** [1] 114/23
**fit** [1] 116/19
**five** [2] 138/11 138/6
**FL** [6] 2/4 2/6 2/8 2/12 2/14 3/9
**flag** [3] 54/15 59/15 65/18
**Flagler** [1] 3/8
**flags** [14] 34/17 50/16 52/20 52/22 52/24 53/11 53/16 58/23 64/7 65/24 66/22 66/23 68/9 152/23
**flies** [1] 130/2
**flip** [7] 97/25 194/8 197/4 206/9 207/13

207/24 213/12
**flipping** [1] 91/15
**Florez** [3] 95/24 96/1 96/4
**FLORIDA** [20] 1/1 1/8 1/20 13/20 55/16 74/2 74/4 74/9 76/17 98/20 99/7 99/15 99/21 110/7 110/21 124/3 143/22 169/16 230/21 237/4
**flowing** [1] 146/6
**fluid** [2] 235/18 236/8
**fluids** [1] 217/18
**fly** [1] 117/10
**focus** [2] 139/10 210/2
**focused** [1] 225/21
**focuses** [1] 230/22
**folder** [2] 88/18 88/22
**follow** [5] 97/23 117/25 180/23 213/4 226/21
**follow-up** [1] 226/21
**followed** [1] 208/24
**following** [8] 23/1 44/10 48/18 71/18 96/23 158/8 202/16 221/6
**footnote** [7] 22/8 22/16 22/22 23/4 23/6 23/13 29/15 29/18 200/15
**footnote 11** [1] 200/15
**footnotes** [2] 193/23 197/9
**foregoing** [1] 241/7
**foreground** [1] 159/19
**form** [9] 57/18 58/4 64/4 64/13 93/25 160/19 164/6 213/17 213/20
**formation** [1] 99/1
**formerly** [1] 139/19
**forming** [1] 31/2
**forms** [2] 63/23 105/11
**Fort** [4] 2/4 2/8 64/18 65/5
**forth** [3] 26/23 29/22 59/8
**found** [51] 99/11 99/24 100/6 101/6 101/7 104/21 104/24 105/5 105/24 108/21 115/13 121/2 121/23 122/7 122/10 122/14 122/18 122/20 122/23 129/22 129/22 129/24 130/22 131/14 134/24 135/1 135/4 135/11 135/21 135/25 139/22 141/7 144/11 144/20 145/9 147/3 147/14 147/22 148/20 152/17 156/1 161/15 161/19 163/20 163/21 163/22 172/25 181/15 182/12 182/15 227/14
**foundation** [1] 210/7
**four** [2] 12/19 25/8
**fourth** [2] 25/12 63/20
**fraction** [9] 84/18 84/21

85/4 272/20 182/6 217/11 217/20 218/8 218/22
**Frank** [3] 31/21 36/20 43/7
**Franke** [4] 169/15 169/20 170/23 171/1
**Franke's** [1] 171/3
**Franklin** [4] 1/18 241/6 241/12 241/13
**Frazier** [16] 136/6 151/24 152/6 153/6 167/8 167/11 167/16 167/21 191/17 197/5 202/13 221/1 221/12 224/12 226/15 240/15
**Frazier's** [2] 102/22 152/13
**free** [1] 65/11
**friend** [2] 190/12 220/14
**from 1** [2] 79/10 79/16
**front** [7] 22/10 46/4 51/20 73/6 88/12 91/9 159/18
**fuel** [2] 59/17 59/18
**fugitive** [2] 116/24 117/21
**full** [3] 61/8 67/4 231/7
**full-time** [1] 231/7
**fully** [3] 31/10 35/4 50/18
**fuming** [1] 188/22
**fun** [1] 47/18
**functions** [1] 230/23
**furans** [2] 77/18 77/20
**further** [19] 24/4 47/8 58/6 71/12 87/13 92/9 96/14 133/5 149/8 157/25 165/13 166/23 167/3 185/5 220/25 221/4 226/16 229/19 238/9
**future** [1] 199/14
**fuzzy** [1] 33/11

**G**

**GA** [1] 3/13
**Gallagher** [21] 3/2 49/18 52/18 53/8 54/3 54/24 55/23 60/18 62/11 62/13 62/20 64/8 68/8 69/9 97/13 97/17 163/2 240/4 240/6 240/12 240/14
**Gallagher's** [1] 161/25
**gamma** [3] 85/1 96/5 226/12
**gamma-emitting** [1] 226/12
**gap** [1] 67/5
**gaps** [2] 67/2 69/19
**Gardens** [1] 2/14
**gave** [9] 6/13 13/4 35/23 38/8 112/3 135/17 155/18 176/20 222/2
**Gayapersad** [2] 17/12

125/23
**Gdanski** [1] 2/2
**Gee** [1] 63/21
**Geiger** [2] 113/22 113/23
**general** [5] 13/19 54/8 234/6 234/25 235/9
**generally** [11] 13/20 42/2 58/2 80/1 80/6 107/1 116/21 128/5 164/19 220/24 220/24
**generating** [1] 28/13
**geologist** [1] 48/17
**geology** [2] 6/20 47/5
**Germany** [1] 169/15
**gets** [1] 170/15
**getting** [11] 60/20 83/5 115/21 151/8 163/8 175/5 176/10 189/19 217/8 220/11 220/11
**give** [19] 4/8 19/10 61/12 89/6 98/9 117/22 122/4 132/22 134/14 152/10 153/3 170/14 172/8 194/6 210/25 213/7 215/19 222/10 238/20
**given** [14] 13/6 39/24 52/17 56/3 63/21 96/7 121/11 121/15 121/19 131/4 138/9 165/10 177/18 224/23
**gives** [4] 132/11 146/1 151/15 222/11
**giving** [6] 51/24 123/18 181/3 191/9 203/21 232/16
**glasses** [1] 22/13
**glioblastoma** [2] 78/18 90/12
**glioma** [12] 81/7 88/10 89/11 91/12 91/23 232/17 232/20 232/21 232/25 233/3 233/12 233/18
**gliomas** [8] 81/1 81/4 90/10 91/22 232/9 232/11 233/17 233/20
**global** [2] 99/8 141/17
**goes** [11] 79/10 104/24 124/25 126/1 142/1 155/6 217/9 217/19 217/20 217/21 218/22
**going** [65] 5/9 5/13 8/15 11/22 14/13 18/9 19/22 25/12 32/19 39/11 42/5 44/15 47/12 53/4 59/8 60/19 64/15 64/18 64/19 65/11 66/1 67/19 67/23 68/1 70/16 75/2 81/20 94/10 101/12 101/20 102/3 102/6 108/9 118/7 121/21 124/16 126/16 128/17 131/23 133/13 133/18 144/23 146/25 150/15 151/18 153/14

156/3 156/23 162/4 162/5 162/5 162/7 162/8 164/6 186/4 186/9 190/15 205/15 207/9 208/24 209/4 209/13 228/6 238/5 239/12
**gone** [2] 179/23 199/7
**gonna** [1] 133/2
**good** [34] 4/2 4/4 4/5 6/5 47/23 48/3 48/4 72/7 72/25 87/19 87/20 87/21 96/24 97/16 97/17 138/14 139/9 158/15 158/16 167/21 167/22 167/23 167/24 190/12 220/14 221/12 221/13 222/1 222/10 222/11 230/14 230/15 236/19 236/20
**Google** [1] 29/5
**got** [46] 4/21 10/9 18/14 19/14 21/5 23/20 26/9 26/10 30/1 32/3 34/21 35/20 35/21 40/10 40/10 62/7 62/16 64/5 73/13 79/9 82/15 120/23 128/15 128/24 133/4 137/18 139/16 141/2 143/21 144/6 151/14 152/9 154/14 155/23 155/24 156/3 176/22 176/23 186/5 196/18 209/9 220/20 223/4 223/5 238/19 239/2
**gotta** [1] 118/19
**gotten** [1] 170/15
**Gowdy** [2] 2/5 2/5
**grade** [1] 9/11
**grades** [2] 79/2 79/22
**grading** [2] 9/22 79/6
**graduate** [2] 231/2 231/5
**grams** [2] 219/16 219/20
**graph** [1] 136/10
**gray** [1] 136/15
**great** [3] 47/24 58/25 190/14
**greater** [6] 165/9 195/16 195/21 228/4 228/14 234/6
**green** [1] 146/12
**Gregor** [1] 3/7
**Groden** [3] 3/3 229/23 240/21
**gross** [4] 186/7 192/4 193/6 195/9
**gross beta** [1] 186/7
**ground** [5] 13/22 57/22 58/1 116/13 123/17
**grounds** [2] 66/2 66/3
**groundwater** [4] 6/6 12/14 84/7 116/1
**GROUP** [1] 1/7
**grow** [1] 162/7
**guarantee** [2] 119/7 175/4

**G**

**guess [9]**  27/20 30/24
39/13 42/2 63/21 170/12
193/20 214/7 238/21
**Guide [1]**  191/5
**Gunn [1]**  3/12
**Gunster [1]**  3/8
**gut [5]**  217/9 217/19
217/20 218/20 218/22
**gutter [8]**  148/3 148/10
148/11 148/20 148/22
161/20 162/13 225/4
**gutters [5]**  85/15 148/9
162/4 162/9 162/14
**guy [2]**  21/13 43/24
**Gy [11]**  84/15 85/4 85/5
85/10 85/17 86/18 86/24
86/25 157/7 157/20
233/4

**H**

**H-A-S [1]**  185/23
**H-A-S-L [2]**  185/19
185/20
**Haberman [1]**  2/2
**hadn't [2]**  119/25
144/17
**half [5]**  153/24 160/8
173/19 188/16 197/20
**halflife [2]**  212/17
213/21
**halls [1]**  72/8
**Hammer [2]**  2/7 72/2
**hand [5]**  25/4 72/12 97/5
167/9 229/25
**handle [1]**  60/9
**handled [1]**  113/20
**handling [1]**  143/8
**handy [1]**  238/23
**happen [1]**  153/9
**happened [8]**  11/19 13/6
61/11 111/13 135/14
153/21 154/21 185/6
**happening [3]**  118/10
146/2 151/11
**happens [1]**  153/9
**happy [3]**  5/4 5/16 40/6
**hard [1]**  238/24
**Harris [1]**  231/15
**HASL [9]**  184/6 185/19
185/20 186/1 187/1
188/3 188/7 188/21
189/2
**HASL-300 [3]**  186/1
187/1 188/7
**hasn't [5]**  68/1 170/5
170/15 210/7 210/9
**Hatfield [24]**  2/10 5/22
22/7 22/21 24/6 24/9
25/25 26/9 31/15 70/20
143/11 158/10 168/3
194/11 213/6 222/2
224/1 226/20 240/5
240/9 240/13 240/16
240/18 240/20
**haul [1]**  36/23

**haven't [13]**  5/11 7/21
18/12 25/14 27/21 42/4
71/23 71/24 87/7 115/24
119/22 175/8 175/19
**having [7]**  5/10 85/1
98/21 115/1 187/25
201/24 222/16
**hazardous [3]**  48/13
70/1 70/7
**he's [18]**  36/15 39/7
39/13 41/16 42/7 42/9
42/11 43/24 68/1 68/23
157/16 164/10 169/8
170/6 170/7 170/13
170/14 190/2
**head [4]**  44/4 83/24 93/5
235/10
**headline [1]**  54/3
**health [10]**  74/2 74/5
74/9 76/18 79/5 79/22
86/11 177/9 185/22
186/20
**Health's [1]**  237/4
**hear [12]**  67/11 135/22
135/23 135/24 137/20
157/3 162/16 168/2
184/22 198/23 212/23
230/4
**heard [12]**  16/9 25/6
77/10 77/14 77/18 116/4
157/19 190/9 208/11
214/2 214/6 227/1
**hearing [10]**  5/10 7/24
11/23 15/18 16/18 17/12
39/2 39/5 40/5 126/9
**hearsay [4]**  39/2 189/23
190/2 203/8
**heavy [1]**  60/4
**held [1]**  212/12
**help [4]**  112/23 136/5
175/4 180/3
**helped [1]**  180/12
**helpful [1]**  81/16
**helps [2]**  8/10 22/16
**hence [1]**  225/13
**henceforth [1]**  177/19
**here [97]**  6/12 6/16 6/20
7/8 7/13 8/7 8/23 10/12
10/17 12/9 12/22 13/14
14/17 15/19 16/21 17/11
17/14 17/17 20/23 21/7
22/3 22/11 28/17 29/2
29/8 29/15 30/4 30/8
30/10 30/15 32/3 33/9
37/5 37/25 38/5 38/6
38/14 40/9 43/13 71/6
73/2 73/8 76/1 81/19
83/15 84/17 85/13 90/13
96/4 97/23 98/25 99/1
101/3 103/18 105/19
107/4 107/8 107/16
108/10 114/17 120/6
120/8 124/18 125/7
125/22 126/2 126/24
136/2 136/5 136/15
137/2 140/21 142/18

144/1 144/5 144/23
168/25 172/20 176/2
176/22 179/1 184/8
185/18 188/25 191/4
196/2 197/10 198/5
207/2 210/9 215/5
217/25 218/14 220/19
224/11 225/10 225/23
**Herman [1]**  3/4
**heterogeneous [3]**
120/17 120/20 121/19
**high [22]**  69/25 82/12
96/6 116/15 124/10
125/11 132/21 138/9
138/11 138/16 138/20
145/9 148/16 153/13
178/14 182/7 223/13
223/22 233/25 235/1
235/25 236/2
**high-dose [1]**  235/1
**higher [19]**  5/5 5/6 5/8
117/22 139/23 140/14
140/14 140/23 141/16
147/1 160/11 160/16
160/22 160/25 161/2
161/20 183/21 189/19
233/5
**highest [13]**  135/18
135/19 138/24 139/16
140/7 140/9 147/25
148/17 162/12 168/21
168/22 219/17 219/24
**highlighted [2]**  74/17
76/10
**Highway [1]**  32/14
**himself [1]**  53/24
**hinged [1]**  45/19
**hired [4]**  36/8 36/22
37/2 54/20
**Hiroshima [1]**  83/7
**histologically [1]**  93/21
**history [4]**  14/6 59/24
209/13 209/16
**hits [1]**  228/17
**HNO3 [3]**  188/23
195/14 198/2
**hold [13]**  22/6 36/11
42/21 51/8 60/17 78/12
142/12 162/15 170/2
203/6 206/3 226/19
237/11
**holds [1]**  20/2
**hole [1]**  61/9
**holes [2]**  61/9 61/9
**home [5]**  85/16 121/11
122/18 135/15 245/24
**homes [9]**  10/17 10/18
10/22 16/8 34/23 123/4
129/25 145/10 145/11
**Honor [67]**  4/4 4/7 5/1
5/7 5/13 5/24 19/1 36/13
36/17 38/22 38/24 40/7
47/9 47/25 51/9 57/9
60/19 61/3 62/9 66/1
66/17 68/15 69/6 69/11
71/12 72/10 87/13 89/7

90/3 96/21 97/2 106/18
142/22 143/6 143/12
157/10 157/14 157/25
158/12 162/16 164/7
165/17 167/3 167/5
167/7 169/4 170/4
189/23 189/25 191/15
203/5 208/18 209/3
209/14 210/5 213/3
221/9 226/16 227/7
229/23 236/16 237/12
237/20 238/8 238/15
238/19 239/3
**Honor's [1]**  39/3
**HONORABLE [1]**  1/13
**hope [3]**  113/16 113/18
113/19
**Hopkins [2]**  205/23
209/1
**Hopkins' [1]**  209/5
**horribly [1]**  70/17
**hosted [1]**  55/15
**hour [2]**  5/7 71/21
**hours [6]**  4/12 4/16 4/21
71/21 71/22 188/17
**house [11]**  9/5 9/10 9/14
9/22 13/22 19/15 147/17
148/4 161/20 161/24
162/12
**housekeeping [1]**  73/5
**houses [10]**  9/17 10/5
13/21 14/1 14/16 14/20
14/20 14/24 18/11
162/11
**however [4]**  125/11
195/15 201/2 228/10
**Hubbard [1]**  3/5
**Hudgins [1]**  3/11
**huge [1]**  226/10
**huh [1]**  84/20
**human [1]**  133/24
**hundred [4]**  86/19 86/24
138/7 213/17
**hundreds [3]**  14/7 14/21
190/20
**hydrogeology [1]**  47/5
**hydrology [1]**  47/6
**hypothesis [1]**  117/13
**hypothesize [1]**  115/6
**hypothetical [1]**  216/16
**hypothetically [1]**  87/10

**I**

**I'd [34]**  20/19 25/20
25/20 26/7 26/25 40/6
50/5 72/3 74/21 75/23
81/15 127/25 131/16
149/8 155/21 158/22
161/2 165/11 177/1
178/4 178/24 181/9
184/12 184/12 185/20
185/25 200/16 221/14
221/15 222/18 223/3
223/8 225/17 225/22
**I'll [22]**  5/16 5/18 25/2
37/17 49/15 66/15 93/12

99/13 101/15 114/19
137/9 138/13 162/20
170/1 170/17 177/20
192/11 205/21 206/15
207/20 208/14 210/15
**I'm [160]**  5/2 5/4 7/11
7/23 11/20 11/22 12/21
14/11 14/12 15/10 15/15
15/17 16/12 18/19 18/25
19/4 19/10 20/11 20/22
21/25 23/1 23/1 23/15
23/16 23/17 24/13 25/14
25/21 27/23 28/17 28/17
28/25 28/25 29/25 32/7
34/5 34/7 36/11 38/14
39/18 40/3 41/3 42/5
44/5 44/8 45/6 45/10
45/17 46/5 51/25 52/12
52/16 53/1 56/20 58/19
60/14 60/19 62/17 64/25
65/13 66/1 67/11 68/1
68/19 70/16 71/6 71/22
73/1 75/2 78/1 78/12
81/20 86/14 89/13 96/2
100/18 104/7 104/11
104/24 105/2 108/9
109/17 116/23 116/25
124/16 126/14 126/16
126/21 128/18 131/11
133/18 139/5 139/19
140/3 140/3 140/18
142/12 145/24 146/25
148/8 149/17 152/14
156/23 157/13 159/13
161/22 162/15 164/5
164/6 166/12 169/11
170/10 171/12 172/19
172/20 178/12 181/18
183/13 185/21 186/20
186/20 187/13 188/14
191/17 192/7 193/12
196/23 197/3 197/18
198/23 199/25 200/6
200/8 200/25 202/15
203/6 205/2 205/8
205/15 208/10 209/4
210/15 211/12 211/23
212/23 212/25 213/7
214/19 220/5 224/10
224/11 225/5 227/22
228/6 230/20 235/25
236/1 236/3 236/11
237/17
**I've [36]**  4/21 21/4 21/5
23/11 30/1 31/20 37/22
41/21 54/5 59/5 70/10
70/17 75/5 79/9 81/19
105/16 140/18 146/12
149/22 152/2 186/21
186/22 190/18 214/2
214/6 215/25 215/25
217/25 218/1 218/13
220/20 221/24 221/24
223/7 223/17 239/2
**identifiable [1]**  80/24
**identified [5]**  53/16

**I**

identified... [4] 70/24
75/19 86/12 215/14
identify [8] 50/10
156/14 159/19 159/21
176/18 181/6 215/2
225/20
idiopathic [1] 80/19
80/23
ignore [1] 109/13
IL [1] 3/6
Illinois [2] 168/1 168/4
illustrated [1] 114/17
IM [1] 61/25
imagery [6] 28/12 29/2
29/5 29/8 29/9 30/12
images [1] 31/11 56/13
imagine [1] 212/19
immediate [2] 138/15
212/18
immigrants [2] 82/15
232/14
immunology [2] 231/3
231/6
impact [6] 60/3 60/5
115/19 145/15 223/20
223/21
impacted [3] 128/11
128/14 130/17
impeach [2] 39/8 203/11
impeachment [1] 203/8
implication [1] 237/22
implications [1] 237/23
implies [1] 98/24
important [21] 33/25
34/12 60/10 60/10 60/11
112/22 118/15 140/10
140/12 140/20 142/5
142/18 143/1 143/2
143/5 143/19 144/2
144/5 156/24 225/20
226/4
importantly [1] 62/8
importing [2] 9/11 9/20
impossible [4] 37/11
50/18 66/24 69/20
impression [1] 11/14
improper [2] 153/12
157/11
improperly [1] 155/7
impurities [1] 150/8
inability [2] 63/4 63/6
inaccurate [1] 149/4
inappropriate [1]
199/15
incidence [4] 74/10 90/2
232/16 233/8
Incident [1] 191/5
incinerating [1] 57/25
include [24] 11/5 31/18
47/5 52/15 63/8 88/9
124/20 133/20 143/24
144/15 147/2 147/4
147/5 147/12 151/9
158/20 160/9 161/1
161/12 166/11 174/11

included [23] 7/2 32/21
34/9 34/16 51/3 57/4
63/13 74/25 76/17 79/21
88/2 90/7 91/13 109/19
160/24 165/23 168/14
172/2 172/3 212/16
213/20 214/12 214/21
informed [1] 74/7
informing [1] 161/16
ingested [5] 217/10
218/18 218/19 218/24
224/21
ingesting [2] 219/1
219/2
ingestion [5] 217/3
217/6 217/19 217/25
218/2
ingrow [1] 150/8
ingrowth [2] 188/11
188/18
inhalation [7] 217/4
217/12 217/12 217/24
218/3 218/7 218/12
inhaled [5] 217/14
217/21 218/5 218/8
218/18
inhaling [2] 219/2 219/8
inherent [2] 174/9
175/19
inhomogeneous [1]
120/19
inhomogenous [1]
121/18
initial [3] 187/20 202/17
202/17
injection [2] 235/25
236/2
injury [5] 10/18 27/16
169/16 170/22 231/11
input [1] 207/1
insofar [2] 33/17 45/18
inspection [12] 9/9 55/4
55/6 55/12 110/17 180/4
202/2 202/7 203/16
206/25 207/7 207/18
inspections [1] 55/1
instance [14] 41/16
41/19 53/23 77/2 81/1
84/6 84/25 85/13 182/15
204/17 204/21 204/23
226/4 233/9
instances [4] 9/18 10/7
63/15 70/10
instead [4] 18/9 19/22
70/25 166/16
insufficient [2] 50/9
50/13
intact [1] 114/8
intend [1] 71/11
intended [3] 50/25 111/9
143/12
intent [4] 31/10 49/24
53/14 56/21
intention [3] 39/3 39/6
50/24
interest [1] 235/9
interesting [3] 118/4
118/9 122/12
interestingly [2] 135/7

190/19
interests [2] 160/15
160/16
interfere [1] 174/4
interference [4] 178/14
182/13 182/22 187/14
interfering [7] 183/8
183/11 183/14 184/20
185/10 195/16 195/20
interim [16] 58/22 59/20
61/10 61/24 63/7 63/15
63/17 63/24 64/10 65/3
65/7 65/18 66/12 68/7
126/14 127/17
intermediate [1] 104/6
internal [2] 57/16 58/7
interned [1] 57/22
interplay [1] 12/15
Interpreting [1] 180/1
interrogatory [5] 15/1
15/2 15/18 16/18 125/22
interrupted [1] 192/7
introduce [1] 72/3
investigation [1] 59/22
involve [1] 37/19
involved [4] 24/2 49/24
83/22 83/23
involves [1] 83/14
ion [2] 187/7 196/16
ionizing [1] 233/25
irradiation [4] 82/4 82/6
82/7 157/6
irresponsible [3] 51/21
70/18 71/1
irrigation [1] 15/12
isn't [16] 7/25 8/4 12/11
17/8 19/19 22/25 24/6
35/16 36/24 56/6 84/2
95/24 125/16 203/7
237/16 237/18
isolated [1] 150/2
isotope [7] 98/7 101/3
101/4 101/19 102/3
105/20 107/19
isotopes [20] 98/11
98/12 99/5 100/25 101/2
104/25 105/4 105/8
105/10 105/23 110/25
116/17 122/14 135/9
135/17 141/24 145/8
163/14 163/21 218/24
isotopic [1] 105/11
Israeli [3] 82/15 83/20
232/14
issue [20] 5/9 53/8 60/22
61/22 61/23 62/2 68/8
87/22 117/19 151/25
155/2 155/6 163/18
164/14 164/24 184/19
184/25 233/16 233/22
235/11
issues [13] 51/24 52/15
53/9 53/10 59/17 69/20
151/18 152/7 153/1
164/10 165/5 165/7
211/18

it'd [1] 113/19
it's [145] 4/16 5/6 6/23
8/19 22/12 28/20 31/16
33/2 33/9 34/12 36/15
37/1 37/11 44/3 48/13
48/23 56/7 56/7 58/5
60/9 60/10 60/10 60/16
61/16 66/12 66/14 69/14
71/9 79/16 79/17 80/15
87/12 88/16 88/20 93/5
94/1 94/10 98/13 100/19
101/6 109/9 113/20
114/14 116/7 116/9
116/21 117/9 118/4
118/5 118/17 118/23
121/18 129/13 130/8
131/2 131/5 136/23
138/13 140/16 140/17
141/12 141/22 142/10
142/18 146/11 146/25
149/4 150/7 154/20
157/11 162/18 166/11
167/23 168/6 174/12
175/19 177/18 177/22
178/13 178/15 179/25
181/22 181/22 181/25
182/1 182/2 182/3
182/17 184/5 184/7
185/14 185/18 185/22
187/2 187/7 187/24
189/5 189/7 189/7 189/9
189/14 191/7 191/12
192/23 192/23 193/4
200/17 200/20 201/6
203/8 204/25 205/13
206/23 208/25 210/18
212/10 212/11 212/17
213/14 213/18 216/17
216/20 216/21 216/25
217/7 217/7 217/19
217/21 218/8 218/11
218/21 218/23 219/19
222/5 222/8 224/19
224/20 225/11 230/9
232/5 232/13 234/2
234/9 237/13 238/24
item [1] 217/1
itemized [1] 53/1
items [1] 53/16
itself [6] 60/22 112/25
127/22 129/3 141/11
175/4

**J**

J-o-h-n [1] 167/16
J-qualified [5] 137/4
137/19 137/25 138/6
177/3
J-qualifier [1] 177/7
Jack [1] 2/9
Jacksonville [1] 2/6
January [1] 1/9 38/15
39/18 44/6 44/10 241/10
January 3rd [4] 38/15
39/18 44/6 44/10
Jarrel [10] 20/25 21/20

idiopathic [1] 80/19
80/23
ignore [1] 109/13
IL [1] 3/6
Illinois [2] 168/1 168/4
illustrated [1] 114/17
IM [1] 61/25
imagery [6] 28/12 29/2
29/5 29/8 29/9 30/12
images [1] 31/11 56/13
imagine [1] 212/19
immediate [2] 138/15
212/18
immigrants [2] 82/15
232/14
immunology [2] 231/3
231/6
impact [6] 60/3 60/5
115/19 145/15 223/20
223/21
impacted [3] 128/11
128/14 130/17
impeach [2] 39/8 203/11
impeachment [1] 203/8
implication [1] 237/22
implications [1] 237/23
implies [1] 98/24
important [21] 33/25
34/12 60/10 60/10 60/11
112/22 118/15 140/10
140/12 140/20 142/5
142/18 143/1 143/2
143/5 143/19 144/2
144/5 156/24 225/20
226/4
importantly [1] 62/8
importing [2] 9/11 9/20
impossible [4] 37/11
50/18 66/24 69/20
impression [1] 11/14
improper [2] 153/12
157/11
improperly [1] 155/7
impurities [1] 150/8
inability [2] 63/4 63/6
inaccurate [1] 149/4
inappropriate [1]
199/15
incidence [4] 74/10 90/2
232/16 233/8
Incident [1] 191/5
incinerating [1] 57/25
include [24] 11/5 31/18
47/5 52/15 63/8 88/9
124/20 133/20 143/24
144/15 147/2 147/4
147/5 147/12 151/9
158/20 160/9 161/1
161/12 166/11 174/11

includes [7] 102/23
136/10 178/8 197/10
197/12 200/13 213/11
including [18] 17/19
22/20 49/7 55/14 62/6
90/11 103/8 108/11
124/12 125/13 128/6
129/20 139/19 147/8
160/5 160/17 171/25
231/25
incomplete [14] 25/10
25/15 50/9 50/13 51/2
52/8 63/16 144/14
150/20 151/10 151/18
151/25 153/7 153/11
inconsequential [1]
211/16
inconsistencies [2] 62/5
63/3
incorrectly [2] 32/11
36/15
increased [6] 74/10 90/2
233/3 233/6 234/18
234/25
indeed [1] 195/22
indicate [2] 174/21
226/7
indicated [2] 57/23
226/8
indication [2] 215/9
216/10
indicative [2] 122/24
127/21
indicators [1] 35/19
individual [9] 9/15 15/1
48/21 48/24 80/12 86/7
152/22 163/9 165/6
individual's [1] 31/18
individually [1] 233/19
individuals [2] 77/23
89/22
induced [4] 93/18 93/20
94/11 94/24
industrial [11] 97/22
98/19 122/14 129/19
129/17 129/20 135/8
145/7 159/20 159/25
163/12
industries [1] 56/9
industry [5] 49/6 63/7
63/24 65/20 125/10
infant [1] 220/3
inflate [1] 153/10
inflated [1] 194/17
inflates [1] 153/9
information [21] 10/21
10/25 11/3 11/4 12/25
25/10 29/6 38/25 39/4

**J**

**Jarrel... [8]** 21/23 21/23
22/20 22/25 23/25 23/25
26/24 56/15
**Jarrel 6 [1]** 22/25
**Jarrel's [3]** 23/9 23/13
23/14
**Jeffrey [1]** 2/2
**Jessica [2]** 75/9 89/22
**job [1]** 34/24
**jobs [1]** 44/16
**Jog [1]** 32/13
**John [4]** 167/8 167/11
167/16 240/15
**Jonathan [1]** 2/2
**Jr [1]** 3/7
**judge [8]** 1/14 72/2 72/6
205/22 209/1 209/4
209/8 209/20
**jumping [1]** 172/20
**June [3]** 55/6 55/7 55/22
**just [112]** 11/19 14/25
18/21 18/22 19/1 19/8
21/13 21/16 27/3 27/5
28/21 30/1 32/23 33/3
34/7 34/14 35/3 38/3
38/20 41/14 45/12 47/17
48/5 51/14 53/18 62/11
63/19 63/20 64/12 69/11
69/18 71/2 71/5 72/25
76/4 79/19 82/1 82/6
87/16 87/22 88/22 89/6
92/12 93/7 94/1 97/23
103/8 104/25 106/18
110/11 110/14 113/10
116/19 117/6 119/1
123/13 126/20 131/1
132/12 132/24 136/2
138/1 139/3 139/17
139/24 140/3 141/25
142/10 142/12 143/2
143/12 146/18 146/18
146/25 151/15 158/17
160/6 162/2 164/9
165/17 165/21 166/16
172/20 175/19 175/23
177/20 177/22 179/25
180/17 180/22 185/3
185/25 193/8 193/20
194/1 202/8 205/13
209/3 210/6 210/18
213/8 217/2 221/14
223/2 226/21 226/25
234/9 234/12 236/11
236/21 237/17 237/18

**K**

**K-a-l-t-o-f-e-n [1]** 97/11
**Kaltofen [11]** 30/5 56/12
97/3 97/6 97/10 158/24
190/9 205/3 211/24
211/25 240/11
**Kaltofen's [1]** 157/12
168/7 172/21 201/25
201/25 211/20 215/1
**KAM [1]** 1/2

**keep [3]** 108/3 108/4
139/25
**KENNETH [1]** 1/13
**kept [1]** 11/1
**kidney [2]** 172/1 172/6
**kind [23]** 9/12 11/14
34/17 107/21 108/7
108/19 113/4 113/5
113/14 113/21 115/20
117/20 117/25 119/5
119/5 136/16 151/18
152/4 155/23 156/19
176/5 234/5 234/13
**kinds [5]** 129/17 135/20
148/14 161/16 232/7
**knew [6]** 115/5 189/22
190/3 202/6 203/9
203/10
**knife [2]** 85/1 96/5
**know [167]** 4/12 4/24
5/1 9/16 10/4 10/5 10/21
10/24 12/24 14/19 14/25
15/2 15/7 15/11 16/14
16/25 17/6 26/9 29/21
31/2 31/25 32/18 33/24
34/7 34/12 35/13 35/15
35/22 36/7 38/23 40/10
41/24 43/24 44/2 52/13
56/20 59/7 59/23 67/22
74/12 74/16 80/25 88/19
88/22 91/10 94/11 94/14
94/17 94/20 95/20 96/4
96/6 107/23 108/1 108/8
109/3 109/9 109/21
111/22 113/4 114/14
118/14 118/16 118/17
122/12 123/3 125/17
125/18 126/4 126/6
126/8 127/6 127/24
129/24 131/22 132/5
132/12 132/24 134/2
138/10 139/24 140/10
143/8 144/18 144/21
146/2 146/17 152/14
153/21 156/7 159/14
161/16 163/17 166/12
170/13 171/15 176/4
176/12 176/20 179/14
180/10 180/10 180/16
180/25 184/17 185/4
186/3 188/25 189/7
189/9 189/11 193/18
198/4 198/11 198/12
198/14 198/15 198/17
200/6 201/14 201/16
201/18 201/22 201/23
202/4 202/5 202/8 202/9
202/23 203/1 203/4
203/18 203/22 203/22
204/10 205/6 205/15
206/13 208/6 208/20
208/21 208/22 208/24
211/23 212/14 214/19
214/23 215/5 215/15
215/22 215/23 216/8
217/16 218/3 219/3

**L**

225/2 225/3 225/3 235/3
235/5 235/21 235/22
235/23 237/22 237/23
238/1 238/4 238/5
**knowing [2]** 68/25
138/10
**knowledge [5]** 6/15
15/22 43/6 149/20 214/2
**known [13]** 7/10 20/24
38/4 70/2 74/6 97/18
149/4 149/6 185/9 233/1
233/2 235/13 235/17

**L**

**lab [34]** 136/21 148/2
149/5 152/5 152/10
152/11 152/18 154/18
154/19 154/20 154/24
154/25 155/3 175/15
176/7 181/14 181/20
183/1 183/22 185/7
187/5 187/6 189/19
190/5 190/8 190/14
191/1 192/25 199/7
211/7 211/7 214/7 214/9
222/1
**lab's [2]** 224/2 224/2
**labeled [3]** 159/4 177/17
177/25
**laboratories [1]** 173/1
**laboratory [19]** 112/15
112/17 114/19 145/6
149/24 151/20 164/23
174/9 175/11 175/11
177/2 180/20 184/6
185/23 185/23 192/20
211/1 211/9 231/8
**labs [1]** 181/12
**lack [1]** 68/24
**lagoons [1]** 58/4
**laid [2]** 66/7 141/23
**Lakes [1]** 2/11
**land [3]** 9/22 9/24 18/4
**landfill [1]** 57/24
**language [2]** 33/20
201/3
**large [8]** 37/8 48/13 99/9
116/11 133/14 159/22
195/15 234/22
**larger [2]** 13/17 74/16
**Larry [7]** 21/13 21/16
21/19 21/23 22/3 23/21
23/25
**last [25]** 26/3 26/21
27/12 27/19 36/20 38/3
38/8 38/10 41/8 41/24
42/6 44/8 53/18 72/18
72/20 91/15 91/25 97/8
155/21 167/14 168/4
194/25 198/23 230/5
230/6
**latency [1]** 94/7
**later [1]** 110/4
**latitude [1]** 131/3
**Lauderdale [2]** 2/4 2/8
**law [2]** 31/16 207/19

**laws [1]** 49/1
**lawsuit [1]** 220/22
**lawyer [1]** 143/7
**lawyers [10]** 6/12 6/25
11/6 11/14 13/4 13/7
27/13 28/3 29/21 56/18
**lay [4]** 81/21 136/25
137/1 144/10
**lead [6]** 103/13 103/16
104/5 104/10 104/14
228/4
**Lead-208 [2]** 104/10
104/14
**Lead-210 [2]** 103/13
103/16
**leading [1]** 51/9 51/16
62/5 62/8 90/3 162/17
162/18
**learned [1]** 203/18
**learning [1]** 203/15
**least [9]** 64/11 91/10
92/6 95/10 124/9 222/9
225/12 229/21 239/13
**leave [8]** 11/14 33/7
33/15 43/13 117/20
133/18 146/24 157/1
**leaving [1]** 140/3
**led [3]** 234/18 234/20
235/1
**left [4]** 34/18 35/9 66/24
110/3
**legal [4]** 5/2 12/6 139/9
142/10
**lesion [1]** 93/22
**less [11]** 18/11 19/18
19/23 133/6 134/2 161/2
163/8 173/17 217/24
220/19 225/11
**lessening [1]** 235/6
**let [20]** 4/19 21/11 24/23
25/23 30/1 34/7 45/6
93/7 93/8 95/25 101/16
108/17 136/2 142/12
146/8 146/10 149/19
150/8 191/13 212/7
**letter [1]** 54/21
**level [25]** 13/22 79/19
99/17 131/17 132/1
132/9 132/11 132/14
133/9 133/25 135/2
137/22 138/2 141/8
148/7 149/15 161/21
173/15 182/1 223/20
223/21 224/25 227/3
227/14 227/23
**levels [35]** 59/6 99/11
116/15 119/3 121/15
124/21 131/16 133/7
134/9 135/19 139/23
143/22 145/10 145/13
147/1 148/14 171/7

173/16 176/2 176/3
176/5 177/9 177/9 179/4
181/23 183/8 187/25
195/17 195/21 195/22
196/1 196/5 211/16
211/17 223/24
**licensable [1]** 212/20
**license [7]** 48/25 212/16
212/22 213/2 213/15
216/5 225/24
**licensed [9]** 48/17 48/19
48/20 48/20 49/9 55/18
60/8 110/6 212/5
**licenses [5]** 212/4 212/8
212/12 216/7 216/14
**licensing [1]** 213/13
**licensure [1]** 213/19
**lichen [9]** 133/11 134/1
134/9 134/18 148/3
148/20 148/24 148/25
149/2
**lien [7]** 9/24 9/25 10/16
10/25 38/20 40/11 41/21
**liens [8]** 9/20 10/13 36/5
37/19 37/19 37/23 41/12
55/22
**life [2]** 188/16 197/20
**light [2]** 224/17 225/7
**likely [13]** 59/10 77/3
173/1 176/4 176/13
178/4 178/6 179/2 181/6
181/22 192/13 196/4
224/19
**likewise [1]** 77/18
**limit [4]** 160/8 160/9
160/10 160/11
**limitation [1]** 204/2
**limitations [5]** 146/22
191/5 202/23 204/3
209/8
**limited [10]** 7/19 116/19
117/19 134/18 144/16
205/24 207/7 211/21
231/25 238/4
**limits [1]** 206/6
**line [21]** 8/16 9/13 40/25
41/5 53/3 53/3 53/21
54/22 80/15 119/14
119/14 121/22 133/1
134/3 134/4 136/16
139/23 146/13 179/11
202/15 202/15
**line 1 [1]** 134/4
**line 10 [1]** 121/22
**line 15 [1]** 40/25
**line 166 [1]** 136/16
**line 20 [2]** 41/5 134/3
**line 22 [1]** 119/14
**line 3 [1]** 202/15
**line 5 [2]** 119/14 202/15
**lines [10]** 9/2 9/14 10/6
10/17 25/24 26/13 42/6
44/10 111/17 145/5
**lines 12 [1]** 111/17
**lines 3 [1]** 44/10
**lines 5 [1]** 26/13

{WITNESSNAME}                                                                    Index: lines 7..medical

**L**

**lines 7 [1]** 25/24
**lingo [1]** 127/9
**liquid [2]** 196/20 196/21
**list [6]** 18/7 31/3 31/8 97/24 109/19 116/10
**listed [14]** 50/2 59/16 75/7 89/19 90/13 101/3 177/6 177/6 184/11 198/5 205/25 206/10 226/13 232/8
**listen [1]** 170/17
**lists [2]** 177/5 206/19
**literally [1]** 129/3
**literature [7]** 73/17 81/14 85/23 87/11 134/8 192/25 193/1
**little [17]** 5/8 19/18 33/11 50/12 81/16 83/19 92/16 92/25 93/13 107/5 116/4 116/14 138/1 162/2 173/17 174/24 219/2
**live [1]** 15/3
**lived [2]** 188/12 188/14
**locality [1]** 99/19
**locally [1]** 15/9
**located [6]** 48/14 63/18 109/22 110/20 111/6 112/1
**location [16]** 57/23 60/8 65/20 70/7 110/20 111/6 112/1 112/7 112/9 117/22 121/19 135/12 135/18 179/14 179/15 224/21
**locations [18]** 41/17 64/14 108/13 116/16 116/17 117/21 117/23 119/11 120/11 128/3 128/9 129/8 129/12 135/20 154/17 161/15 162/10 163/1
**log [2]** 132/19 178/22
**long [8]** 14/15 47/12 113/20 114/7 132/20 139/25 162/7 207/9
**longer [4]** 146/3 228/19 236/1 236/7
**longitude [1]** 131/3
**look-see [1]** 172/12
**looked [23]** 7/20 12/14 18/8 19/18 29/3 29/9 41/12 71/2 92/18 122/14 125/22 126/2 129/18 151/14 151/15 152/21 157/8 169/9 197/3 211/6 215/8 216/8 216/12
**looking [29]** 14/8 14/9 30/10 38/21 47/17 56/2 56/2 74/16 89/3 92/3 96/2 102/10 102/18 102/18 107/12 107/13 118/14 135/16 139/2 139/5 140/16 140/17 151/12 156/20 172/19

**looks [8]** 76/20 90/5 96/2 119/22 179/15 194/1 233/17 238/19
**lost [1]** 49/14
**lot [13]** 53/14 54/8 59/25 71/10 77/10 79/18 129/18 130/19 132/3 138/4 163/9 218/2 233/1
**lots [3]** 123/3 123/3 123/3
**low [29]** 78/5 129/6 132/20 139/3 153/13 157/6 171/21 172/8 172/8 175/13 176/2 176/2 177/9 181/13 181/24 182/17 187/25 196/1 196/4 211/15 218/25 222/12 223/13 223/14 223/20 223/21 223/24 225/13 225/13
**low-dose [1]** 157/6
**low-lying [1]** 129/6
**lower [8]** 138/20 141/16 160/15 160/22 166/19 166/22 172/8 233/9
**lump [1]** 100/23
**lunch [1]** 96/19
**lungs [3]** 217/13 217/17 217/23
**LX [1]** 169/16
**LXB [1]** 201/19
**lying [4]** 32/4 34/3 34/15 129/6
**lymphoma [1]** 82/4

**M**

**M-a-r-c-o [1]** 97/11
**M-i-t-c-h-e-l-l [1]** 230/7
**ma'am [1]** 168/5
**MacNally [4]** 3/2 73/1 240/8 240/10
**magenta [2]** 9/13 10/6 10/17
**Magistrate [1]** 205/23
**magnitude [1]** 87/3
**Magnum [25]** 7/9 7/14 8/4 8/9 8/17 31/23 32/13 33/18 34/19 34/25 35/2 35/9 35/10 36/8 36/22 36/23 36/23 37/2 51/7 62/1 62/2 63/1 64/16 64/24 65/19
**mail [1]** 1/20
**mails [4]** 57/16 58/7 58/15 59/8
**maintain [1]** 63/25
**maintained [2]** 61/15 63/4
**major [3]** 47/6 90/22 126/5
**majority [3]** 80/18 81/6 150/17
**makes [2]** 96/18 228/17
**making [3]** 20/1 62/14

**132/1 272**
**manage [2]** 48/12 58/13
**management [3]** 127/14 139/22 140/2
**manager [4]** 189/18 190/7 190/10 190/12
**mangled [1]** 70/17
**manifest [7]** 8/7 8/13 65/19 110/20 110/24 111/6 112/1
**manifesting [1]** 25/13
**manifests [15]** 7/5 7/8 7/13 7/18 7/20 7/25 8/2 8/20 18/9 19/23 51/2 63/1 63/11 63/18 64/11
**manmade [4]** 58/8 97/20 226/1 226/14
**manner [1]** 206/24
**manufacture [1]** 110/2
**manufactured [1]** 123/20
**manufacturing [1]** 125/11
**map [7]** 13/14 119/16 119/22 123/14 130/23 131/1 131/2
**mapped [1]** 136/9
**maps [3]** 29/9 55/10 57/21
**Mara [3]** 2/10 25/5 168/3
**Marais [1]** 239/2
**March [1]** 105/14
**Marco [4]** 97/3 97/6 97/10 240/11
**mark [6]** 7/23 11/23 15/17 16/17 17/11 136/3
**marked [1]** 172/2
**market [1]** 187/9
**MARRA [1]** 1/13
**Massachusetts [3]** 48/21 48/23 99/20
**matched [1]** 129/11
**material [81]** 9/21 11/17 14/22 15/13 16/21 17/4 17/8 17/18 17/18 17/23 18/6 18/10 35/18 40/10 40/15 40/24 44/19 44/22 45/20 48/14 52/21 54/10 57/18 58/10 58/11 59/6 59/10 60/5 60/23 62/7 63/1 70/1 70/3 70/7 98/23 99/5 101/1 101/8 101/23 101/25 104/4 110/17 111/18 111/25 114/1 114/2 114/6 117/3 121/2 121/3 121/23 121/24 122/21 124/5 129/5 146/1 148/23 149/2 150/21 151/16 151/21 156/4 156/15 158/20 159/18 159/20 159/25 161/20 162/8 162/23 187/19 212/4 214/1 215/18 215/22 217/10 218/9 219/14

**materials [78]** 13/4 39/22 36/4 42/17 42/18 45/9 50/10 51/5 52/21 55/17 55/21 56/6 57/21 59/22 61/25 97/19 97/20 97/24 98/18 99/12 99/18 100/1 100/11 100/24 101/7 102/24 106/16 106/19 110/12 111/8 111/14 112/11 115/16 116/9 121/9 123/19 123/20 123/22 124/4 124/10 127/8 128/1 128/2 129/2 129/9 129/20 129/23 131/15 131/20 133/8 133/17 144/15 145/4 145/8 145/10 145/25 146/5 148/9 148/10 149/21 149/23 150/20 152/25 156/10 161/14 163/13 188/7 195/19 204/6 213/15 214/14 215/2 215/6 215/16 215/23 216/12 227/25
**math [2]** 19/8 87/6
**maths [1]** 132/4
**matrices [2]** 194/22 228/3
**matter [15]** 73/5 77/1 77/6 81/6 101/11 131/20 147/16 168/12 169/2 169/5 169/6 218/18 219/13 232/23 241/9
**maximum [4]** 86/11 86/16 135/11 135/13
**May 11th [1]** 205/11
**May 27th [1]** 88/10
**maybe [15]** 11/20 59/13 69/12 69/19 78/5 80/22 80/22 84/25 105/13 131/17 137/12 138/1 138/6 228/2 238/20
**McCollum [1]** 8/11
**McDougal [6]** 192/22 192/22 198/22 198/25 199/10 199/12
**McElroy [2]** 3/3 240/17
**me [100]** 4/19 8/6 8/20 11/24 18/13 18/17 18/18 21/11 22/10 22/14 24/23 25/23 30/1 34/4 34/5 34/5 34/7 35/17 38/22 40/4 43/10 45/6 46/20 46/20 47/18 48/18 59/12 59/14 60/13 66/19 67/17 68/21 68/23 70/14 76/4 79/9 88/3 88/5 88/12 91/9 93/7 93/8 95/9 95/25 96/1 97/5 98/1 106/18 108/15 108/17 111/22 112/8 112/23 113/1 120/3 126/19 128/17 129/2 130/23 130/23 131/8 136/2

**136/11 139/9 139/10 142/12 142/22 146/8 146/10 149/17 149/19 151/21 161/16 167/10 168/2 168/19 169/10 175/9 176/20 176/21 191/13 192/21 192/22 194/6 199/15 200/23 200/24 203/18 206/13 208/21 212/7 230/1 231/4 231/4 232/2 232/7 233/13 233/19 238/6 238/24**
**mean [40]** 5/5 18/15 37/14 68/17 80/12 80/23 85/5 90/15 92/1 104/11 106/10 106/12 115/1 132/3 136/10 140/13 140/15 140/21 140/22 140/23 141/12 142/19 142/19 146/3 162/18 164/18 164/20 169/23 184/23 197/17 202/20 208/20 209/7 218/4 228/13 228/18 229/2 229/9 229/12 238/23
**meaning [4]** 59/1 105/10 148/22 177/7
**means [11]** 16/25 30/24 45/20 48/24 64/4 93/24 106/14 116/7 141/25 156/11 156/14
**meant [8]** 6/17 10/17 50/13 121/8 141/22 141/23 160/6 219/21
**measurable [1]** 194/23
**measure [5]** 150/9 151/5 151/7 156/21 223/25
**measurement [6]** 160/7 174/12 174/12 177/8 192/4 195/10
**measurements [1]** 178/23
**measures [17]** 58/22 59/20 61/10 61/25 63/7 63/15 63/17 63/25 64/10 65/3 65/7 65/18 66/12 68/7 126/14 127/17 214/12
**Mecca [8]** 16/9 16/11 16/14 16/22 16/25 17/1 17/3 17/5
**mechanic's [1]** 9/25
**mechanism [4]** 84/1 115/21 117/2 155/25
**mechanisms [3]** 116/11 116/18 117/5
**media [4]** 133/13 193/4 205/24 206/1
**media-specific [1]** 205/24
**medical [18]** 82/10 82/25 83/2 95/8 96/10 133/18 133/19 156/23 157/1 157/17 157/24 231/1 234/2 234/12

**M**

**medical...** [4] 234/14
234/20 234/22 235/1
**member** [1] 103/7
**memorandum** [1]
213/12
**memory** [4] 31/12 32/1
33/10 33/21
**men** [1] 78/2
**meningioma** [2] 232/17
233/12
**mention** [6] 63/17 65/7
103/23 104/2 104/8
191/18
**mentioned** [13] 10/13
40/7 54/4 85/19 98/19
103/11 103/13 103/18
116/12 128/7 139/13
181/9 233/7
**mentions** [1] 65/14
**mentored** [1] 47/24
**Merit** [1] 241/6
**met** [2] 25/5 72/25
**metal** [9] 57/4 57/13
58/9 60/4 125/9 129/3
129/20 129/25 159/22
**metallic** [1] 163/10
**metals** [1] 129/17
**method** [40] 149/16
150/6 151/1 153/19
185/8 185/19 185/24
186/1 187/5 188/3 188/4
188/7 188/8 188/21
189/4 189/5 189/6 189/6
189/6 189/12 191/6
195/15 196/10 196/11
198/9 198/9 198/13
198/15 201/3 201/4
201/5 201/6 201/8 206/5
206/10 206/22 207/11
222/3 222/8 222/25
**methodologies** [8] 163/6
179/9 189/15 189/17
192/13 196/15 196/24
207/8
**methodology** [18]
184/10 185/11 185/13
186/22 186/23 198/5
199/13 204/22 206/24
209/14 210/22 210/22
210/24 221/16 221/18
222/6 222/14 222/22
**methods** [7] 56/8 183/1
183/5 184/6 190/20
197/24 197/25
**Miami** [2] 38/7 40/16
**Michael** [1] 192/22
**microphone** [8] 61/6
72/17 159/2 167/14
193/12 194/12 230/4
239/5
**microscopic** [3] 135/15
163/7 163/7
**mid** [1] 14/9
**middle** [3] 58/2 223/13
228/7

**might** [29] 10/23 18/2
18/25 25/22 58/13 80/11
81/16 99/20 99/24 100/9
108/5 108/21 113/15
113/21 116/17 117/10
119/4 128/21 133/17
140/7 141/10 150/3
155/12 157/20 169/9
203/9 217/10 228/3
228/4
**Mike** [5] 192/21 198/21
198/24 199/9 199/12
**mile** [3] 13/17 119/4
138/7
**miles** [7] 112/13 112/20
115/22 117/17 137/8
155/25 215/20
**milligrams** [1] 218/1
**million** [2] 87/3 218/9
**millionth** [1] 218/9
**millirem** [6] 86/16 86/19
86/24 86/25 87/2 224/20
**mind** [3] 116/8 166/15
230/8
**mine** [3] 190/13 213/7
220/14
**mined** [2] 123/21 145/7
**mineral** [1] 163/11
**minerals** [5] 106/4
106/20 107/3 107/8
107/15
**mines** [1] 40/14
**minimize** [2] 195/14
198/2
**minimized** [1] 151/2
**mining** [9] 100/10
100/17 123/13 124/3
124/12 124/13 125/4
125/13 125/14
**minor** [1] 90/23
**minute** [3] 71/15 99/3
221/3
**minutes** [10] 4/12 4/17
4/22 47/13 47/20 71/16
71/22 71/22 87/16 158/4
**miscalculated** [1] 71/23
**mischaracterizes** [1]
227/8
**misdirect** [1] 60/7
**misplaced** [1] 114/10
**misread** [1] 142/24
**missing** [1] 25/10
**misspoke** [1] 194/7
**mistaken** [4] 32/23 33/3
34/14 183/13
**misunderstanding** [1]
121/6
**Mitchell** [7] 229/24
230/2 230/6 230/14
236/19 237/7 240/19
**mix** [1] 127/25
**mixture** [2] 133/13
148/23
**mixtures** [2] 122/15
135/19
**mode** [1] 119/12

**model** [2] 115/25 116/1
219/15
**modeler** [1] 138/17
**models** [2] 116/12
116/12
**modified** [1] 206/19
**moment** [8] 38/12 48/5
49/13 72/25 139/13
145/24 179/9 181/4
**moments** [1] 158/17
**monitor** [1] 176/9
**monitored** [1] 175/14
**monitors** [1] 61/13
**month** [1] 220/3
**months** [1] 78/5
**Moore** [12] 5/19 6/2
30/5 48/3 61/12 62/11
62/14 62/15 67/19 123/8
126/16 240/3
**Moore's** [3] 61/4 61/21
61/23
**morning** [9] 4/2 4/4 4/5
6/5 48/3 48/4 53/18 72/7
72/25
**morphologic** [1] 95/5
**most** [20] 47/6 58/13
79/14 98/7 98/9 104/21
104/24 105/5 106/14
107/1 133/5 142/18
143/1 156/24 178/19
190/13 190/21 217/8
221/21 228/7
**mostly** [3] 106/5 106/7
107/14
**mother** [1] 49/4
**mother-may-I** [1] 49/4
**motion** [3] 1/12 52/11
61/19
**motions** [2] 204/4 204/4
**move** [8] 37/17 49/15
67/25 162/19 193/12
205/15 209/4 209/5
**moved** [2] 109/18
116/21
**moving** [1] 108/9
**Mr** [8] 240/4 240/6
240/8 240/10 240/12
240/14 240/17 240/21
**Mr.** [67] 5/19 10/19
10/22 15/19 26/10 26/16
31/25 32/24 33/7 33/25
34/2 34/14 35/15 35/22
37/1 38/3 38/15 39/17
39/20 40/9 41/24 42/5
43/3 43/11 43/17 43/22
44/8 48/3 49/5 49/18
52/18 53/8 53/17 53/24
54/3 54/13 54/24 55/23
60/18 61/4 61/12 61/21
61/23 62/11 62/11 62/14
62/15 62/20 63/21 64/8
67/19 68/8 69/9 71/2
71/4 71/5 95/21 96/1
96/4 97/13 97/17 123/8
143/10 143/16 161/25
163/2 172/6

**Mr. and** [1] 15/19
**Mr. Florez** [2] 96/1 96/4
**Mr. Gallagher** [15]
49/18 52/18 53/8 54/3
54/24 55/23 60/18 62/11
62/20 64/8 68/8 69/9
97/13 97/17 163/2
**Mr. Gallagher's** [1]
161/25
**Mr. Gee** [1] 63/21
**Mr. Moore** [8] 5/19
48/3 61/12 62/11 62/14
62/15 67/19 123/8
**Mr. Moore's** [3] 61/4
61/21 61/23
**Mr. Patrie** [1] 95/21
**Mr. Scarola** [5] 43/3
43/11 43/17 143/10
143/16
**Mr. Scarola's** [2] 10/19
10/22
**Mr. Schwinghammer**
[3] 26/10 26/16 96/1
**Mr. Trujillo** [15] 31/25
32/24 33/25 34/2 34/14
35/22 37/1 39/20 40/9
41/24 43/22 53/17 53/24
54/13 71/2
**Mr. Trujillo's** [9] 33/7
35/15 38/3 38/15 39/17
42/5 44/8 71/4 71/5
**Mr. Wenderoth's** [1]
172/6
**Mrs.** [1] 15/19
**Mrs. Wise** [1] 15/19
**Ms** [6] 240/5 240/9
240/13 240/16 240/18
240/20
**Ms.** [20] 5/22 22/7 22/21
24/6 24/9 25/25 26/9
31/15 54/9 70/20 75/11
75/17 95/24 143/11
158/10 194/11 213/6
222/2 224/1 226/20
**Ms. Florez** [1] 95/24
**Ms. Hatfield** [16] 5/22
22/7 22/21 24/6 24/9
25/25 26/9 31/15 70/20
143/11 158/10 194/11
213/6 222/2 224/1
226/20
**Ms. Newfield** [1] 75/11
**Ms. Newfield's** [1]
75/17
**Ms. Trujillo** [1] 54/9
**much** [20] 4/23 5/10
19/5 35/18 85/7 85/11
101/11 118/15 146/3
165/12 165/14 170/23
174/24 175/7 215/22
217/24 220/19 221/23
225/11 225/11
**multiforme** [1] 78/18
**multiple** [11] 24/1 24/2
71/8 91/16 95/2 100/25
123/6 145/5 154/17

**Mr. and** ...

**municipal** [2] 49/1 63/9
**must** [9] 5/5 5/5 22/13
35/1 93/20 93/21 148/24
182/22 189/15
**myself** [1] 166/24

**N**

**Nagasaki** [1] 83/7
**name** [25] 18/20 72/17
72/19 72/19 72/20 73/1
97/7 97/10 97/10 98/23
125/25 159/11 167/14
167/14 168/3 184/9
185/11 188/15 192/17
192/19 192/24 230/5
230/5 230/6 230/10
**name's** [1] 230/7
**named** [1] 21/13
**names** [2] 72/18 97/8
**narrate** [2] 46/23 47/1
**narrative** [7] 13/7 33/5
34/9 64/12 64/12 151/15
151/17
**narratives** [1] 152/22
**natural** [30] 98/5 98/7
98/11 98/12 98/14 98/23
100/14 101/18 102/14
102/16 102/18 105/19
105/21 106/4 106/16
107/3 107/4 107/8 107/9
107/15 108/23 108/24
109/7 111/4 124/19
163/11 171/21 171/23
173/15 173/16
**Natural-occurring** [1]
98/23
**naturally** [13] 97/19
98/18 98/24 101/4
101/13 124/5 124/9
124/20 131/10 131/13
145/8 191/8 226/13
**naturally-occurring** [6]
98/18 101/4 101/13
131/10 131/13 145/8
**nature** [7] 7/19 60/2
60/3 60/5 120/15 158/18
160/12
**near** [1] 57/22
**necessarily** [8] 100/25
101/6 116/13 118/12
140/17 163/22 201/6
233/7
**necessary** [1] 238/24
**need** [28] 4/9 13/21
18/25 38/12 52/10 61/6
67/17 67/21 67/24 69/8
94/11 94/14 94/17 100/5
114/23 115/20 117/16
152/1 156/7 156/7 156/11
156/14 156/17 156/21
179/20 180/1 183/2
194/11 226/8
**needed** [1] 165/5
**needs** [2] 19/2 69/12
**negative** [8] 150/25

**N**

**negative...** [7] 174/5
174/21 174/25 175/3
175/23 176/13 181/16
**negatives** [4] 176/5
176/7 176/15 196/4
**neoplasm** [2] 93/18
93/21
**nervous** [3] 82/7 235/17
236/8
**neuropathologist** [4]
73/15 230/25 231/20
231/23
**neuropathology** [3]
76/23 86/7 94/9
**Neurosurgery** [1]
230/20
**never** [21] 22/1 26/22
28/2 28/3 33/4 35/7
35/14 35/25 42/13 53/19
101/12 101/20 102/3
102/20 149/19 166/15
179/22 190/18 221/24
221/24 223/7
**new** [5] 27/17 48/14
60/20 66/13 96/19
**Newfield** [3] 75/9 75/11
89/22
**Newfield's** [1] 75/17
**next** [18] 43/15 43/20
72/1 72/9 76/8 89/17
97/1 98/11 98/15 124/25
124/25 130/15 156/2
167/6 187/17 190/15
199/20 229/21
**nice** [3] 118/8 224/13
239/16
**nickel** [18] 57/18 107/22
108/1 108/8 108/25
109/5 109/6 109/21
109/24 110/1 110/8
111/18 212/3 212/11
212/16 213/20 213/24
213/25
**night** [5] 24/9 24/24
25/4 26/3 26/14
**nine** [5] 4/11 4/16 5/9
71/22 201/1
**no** [180] 1/2 5/24 11/12
13/9 15/22 20/18 24/7
28/12 30/20 30/21 30/25
31/17 33/1 34/7 37/2
37/17 39/6 41/7 41/18
42/10 42/13 43/3 43/12
43/17 43/19 44/24 47/8
50/1 54/18 63/19 64/17
65/2 65/9 75/19 75/23
76/5 76/23 76/25 77/1
77/6 77/13 77/17 77/21
83/4 85/11 85/18 85/19
85/22 86/2 86/6 86/14
86/20 86/23 87/13 88/18
90/21 90/21 90/22 96/6
96/14 101/11 102/9
107/17 108/4 110/18
111/2 111/7 112/2

112/16 112/18 113/1
114/9 115/10 116/2
117/18 117/24 121/18
124/15 128/15 129/19
130/21 131/11 134/6
134/10 134/25 135/3
135/21 139/9 141/20
141/20 143/11 143/23
144/24 145/14 146/25
148/13 149/20 149/23
153/2 154/2 155/5 160/2
164/5 169/5 171/20
173/3 174/8 174/16
174/16 177/9 179/11
179/13 179/18 179/18
179/20 179/20 179/22
182/4 182/24 185/3
187/2 187/22 189/5
189/13 189/13 192/5
195/10 198/19 199/11
199/15 201/6 202/11
202/23 203/4 203/4
203/11 203/18 204/24
207/11 208/6 210/24
211/11 213/7 213/18
213/21 214/16 214/25
214/25 215/8 215/9
216/10 216/15 218/18
219/5 219/13 219/19
220/5 224/7 224/7 224/7
224/10 224/19 225/1
225/1 225/4 226/2 226/6
226/6 226/6 226/7
227/12 228/19 229/4
229/12 229/13 229/19
231/1 236/1 236/7 238/9
**nondetect** [11] 136/16
136/21 147/1 154/25
160/7 165/23 166/15
166/15 166/17 178/2
181/15
**nondetectable** [1] 161/8
**nondetects** [13] 136/20
137/17 141/24 146/17
146/23 147/5 160/6
160/17 160/25 165/25
166/6 176/23 177/3
**none** [11] 61/16 66/2
66/4 66/7 81/10 83/13
103/21 181/8 224/7
234/5 241/3
**nonhazardous** [1] 58/12
**nonnative** [1] 129/23
**nonrandom** [1] 140/17
**nonsecateur** [1] 118/25
**nonsurgical** [1] 89/14
**noon** [1] 87/21
**NORM** [3] 125/2 125/3
125/8
**normal** [2] 132/19
178/22
**normally** [2] 113/24
178/15
**NORMS** [1] 125/9
**north** [2] 15/24 115/19
**Northeast** [1] 3/12

**nos** [2] 72/3 72/2
**note** [7] 63/24 171/24
191/11 191/19 191/23
192/3 195/12
**notes** [1] 91/25
**nothing** [17] 24/11
24/22 24/25 25/18 26/16
71/12 81/7 98/21 136/24
144/16 144/23 151/5
157/11 157/25 167/3
220/24 226/16
**notice** [5] 29/22 30/3
58/17 58/21 136/15
**nowhere** [5] 59/3 59/5
143/18 143/20 144/9
**nuclear** [8] 99/8 99/8
99/9 99/10 114/23 115/1
115/9 141/18
**number** [50] 5/2 13/15
19/10 23/1 38/1 38/4
38/17 40/11 40/20 41/6
73/23 89/9 103/8 116/18
117/19 121/20 121/20
121/20 121/21 133/3
133/14 137/18 140/7
140/9 141/24 146/24
151/15 159/22 160/17
160/22 161/2 161/19
166/18 166/19 168/11
177/14 177/18 177/20
179/11 181/12 181/15
184/7 185/21 193/19
195/24 216/20 217/1
219/22 219/24 226/10
**number 2** [7] 13/15 38/1
38/4 38/17 40/11 40/20
41/6
**number 3** [1] 217/1
**number 5.81** [1] 129/22
**number 55S** [1] 181/15
**number 6** [1] 23/1
**number 69S** [1] 181/12
**numbers** [21] 18/22
19/11 19/21 21/22 23/23
24/1 71/24 116/18
122/12 135/18 139/3
142/14 148/17 148/18
157/16 160/5 160/15
160/25 176/15 178/5
232/17
**numerous** [5] 29/9 48/13
55/13 57/15 68/24
**Nursery** [2] 20/25 21/20

**O**

**o'clock** [1] 96/20
**oath** [7] 5/25 35/23
35/24 112/4 122/4
134/15 153/4
**object** [6] 60/19 66/1
162/17 164/6 169/4
203/7
**objected** [1] 43/3
**objection** [23] 24/12
32/6 39/3 39/25 43/3
43/10 43/11 43/14 43/17

43/19 62/17 66/15 68/15
90/3 143/12 143/15
157/10 160/19 170/16
201/12 204/10 210/7
227/7
**objections** [5] 42/24
43/4 143/7 205/23
207/17
**objective** [1] 121/7
**obligation** [1] 68/12
**observations** [2] 124/2
126/7
**obtain** [3] 15/5 41/5
42/12
**obtained** [7] 18/2 38/5
45/8 52/15 67/7 126/12
127/7
**obtaining** [1] 62/20
**obviously** [9] 26/6 39/11
85/7 112/5 116/21
129/21 129/23 152/3
163/25
**occur** [1] 81/4
**occurred** [2] 84/4
135/18
**occurring** [14] 28/13
97/19 98/18 98/23 101/4
101/13 124/5 124/10
124/20 131/10 131/13
145/8 194/24 226/13
**occurs** [2] 184/18 185/5
**October** [3] 20/24 41/22
58/22
**October 2000** [1] 20/24
**October 2001** [1] 58/22
**October 26** [1] 41/22
**Oculus** [1] 55/15
**odd** [1] 59/12
**off** [14] 8/18 11/18 44/4
50/19 53/2 63/13 67/8
93/5 110/25 117/10
127/22 127/23 130/2
130/12
**offer** [9] 76/24 77/11
77/15 77/19 84/6 85/13
85/25 86/3 115/25
**offered** [6] 33/23 52/14
63/10 71/6 115/24 126/6
**offering** [6] 11/10 20/5
20/13 20/18 69/21
237/14
**office** [2] 159/4 159/24
**official** [2] 1/19 54/21
**offsite** [7] 37/8 111/11
135/11 148/17 215/9
216/9 226/7
**often** [3] 92/4 101/7
192/22
**Oh** [9] 17/16 28/20
43/19 66/20 88/24 168/3
191/23 192/17 219/21
**oil** [3] 48/13 70/1 70/7
**okay** [53] 4/16 16/16
18/23 19/9 38/14 43/1
44/9 50/7 51/12 51/15
53/5 62/17 62/19 66/21

67/17 68/5 69/2 73/3
73/4 73/9 73/10 75/5
75/10 76/2 76/7 76/10
76/12 76/12 76/12 78/20
81/17 86/16 86/17 87/1
97/1 97/4 102/2 139/8
140/5 161/12 162/22
162/23 192/11 195/4
197/21 200/19 204/9
204/13 205/10 206/18
219/15 228/22 239/8
**old** [1] 220/3
**older** [1] 166/12
**on-site** [18] 15/8 37/11
64/4 107/22 107/25
108/7 110/11 111/11
114/21 135/13 139/17
140/9 141/15 148/17
216/4 216/6 219/6 226/6
**once** [9] 47/18 62/15
150/13 155/23 155/24
156/1 188/10 202/24
217/17
**one** [133] 7/24 8/14 8/20
10/1 10/1 10/1 17/19
18/13 21/6 21/22 22/6
22/20 24/1 25/3 27/20
31/5 32/21 34/17 41/10
42/16 43/13 43/15 44/16
45/2 45/7 45/19 47/21
49/13 49/13 50/15 52/12
52/19 53/7 55/3 58/23
59/13 59/14 59/23 60/1
60/6 61/9 63/3 63/20
64/25 66/2 73/11 73/12
73/13 73/19 75/7 76/10
79/19 80/25 82/2 86/18
86/24 87/22 92/17 93/20
95/10 95/19 98/10 102/1
103/23 103/25 103/25
105/4 114/16 119/1
123/10 123/10 125/1
126/19 130/10 132/13
137/21 140/11 143/7
144/1 145/24 147/20
153/19 154/7 154/12
154/12 154/14 155/9
155/21 160/7 163/6
163/12 163/20 163/24
166/12 166/23 168/22
169/20 171/9 171/9
172/23 175/15 177/4
179/15 179/16 181/11
181/14 182/16 187/6
188/5 191/15 192/12
193/1 193/14 193/16
193/16 194/6 194/15
198/5 198/5 198/16
209/24 210/15 210/20
211/13 211/18 212/8
213/5 213/8 214/20
215/1 218/9 226/21
238/1
**one percent** [1] 102/1
**One's** [1] 177/6
**one-page** [1] 214/20

**O**

**one-paragraph [1]**
193/14

**ones [11]** 53/7 98/19
128/6 147/25 156/10
171/5 174/19 174/20
176/21 176/22 182/15

**online [1]** 55/14

**only [56]** 20/6 20/14
25/8 39/24 43/25 45/20
47/21 69/14 75/7 83/9
107/21 107/23 107/25
108/6 108/19 108/22
109/2 109/11 109/13
109/14 110/24 113/2
113/5 113/8 116/3
134/20 139/5 143/6
147/14 147/20 147/21
151/24 152/21 159/24
161/14 163/13 171/3
171/9 171/19 179/15
183/23 194/21 198/4
198/8 198/16 201/8
202/18 203/25 209/8
209/10 210/21 213/20
214/21 218/21 235/11
236/3

**opened [1]** 33/9

**operate [1]** 15/4

**operation [2]** 100/10
123/13

**operations [12]** 47/4
100/1 108/20 109/4
109/16 112/12 112/19
115/11 124/3 124/12
125/4 125/13

**opined [2]** 96/10 115/15

**opining [2]** 164/10 169/7

**opinion [76]** 6/6 11/10
12/14 20/5 20/13 20/18
32/11 34/4 35/5 39/15
41/10 41/15 41/15 42/20
45/2 45/7 45/17 45/19
46/12 49/19 49/20 49/23
50/8 51/4 51/12 51/12
51/14 51/18 51/22 51/24
53/6 54/15 60/25 61/4
61/12 61/19 61/21 61/22
61/23 62/5 62/21 67/2
67/13 67/15 67/16 67/20
67/20 69/19 69/21 69/24
70/12 70/15 76/23 77/2
77/6 84/6 85/14 85/25
86/4 94/9 115/24 116/3
123/23 126/6 178/7
181/3 189/14 190/6
192/12 201/24 204/21
211/8 237/7 237/16
237/25 238/2

**opinions [23]** 24/11
24/22 25/1 25/9 25/19
26/17 26/24 31/2 39/8
46/21 48/7 48/18 48/23
49/10 60/20 62/14 62/15
77/11 77/15 77/19
111/10 111/13 170/14

**opportunity [5]** 67/3
89/23 91/6 91/16 147/13

**opposed [7]** 43/6 45/4
60/23 105/4 108/21
163/4 227/2

**opposite [1]** 135/12

**optic [2]** 88/10 89/11

**options [1]** 64/2

**orange [1]** 120/6

**order [14]** 4/1 66/5 87/3
149/25 178/21 204/5
207/16 207/21 207/25
208/20 208/22 208/23
209/4 209/5

**orders [3]** 201/19
203/23 210/18

**ordinarily [2]** 190/5
222/10

**organ [1]** 156/17

**organic [2]** 129/5 129/22

**organic-rich [1]** 129/5

**Organization [1]** 79/6

**Organizational [1]**
79/23

**original [18]** 49/13
52/12 55/12 67/20 88/2
93/22 93/25 95/2 123/23
124/1 171/1 173/25
200/2 202/1 202/7 205/3
209/4 231/22

**originally [3]** 110/9
110/10 147/13

**originate [1]** 165/3

**originated [2]** 70/3
164/25

**others [6]** 70/12 85/1
117/23 163/22 183/21
226/12

**otherwise [5]** 30/23 49/4
94/1 100/11 237/8

**our [18]** 4/14 13/14
22/12 61/16 72/1 72/9
97/1 119/18 127/19
129/9 134/17 134/19
135/19 136/5 154/6
154/25 167/6 195/19

**ours [1]** 5/8

**ourselves [1]** 134/18

**outliers [2]** 228/12 229/1

**outline [1]** 119/18

**outlined [2]** 20/9 204/1

**outside [17]** 31/1 31/2
60/21 72/7 72/25 75/14
110/7 110/9 110/21
128/2 139/24 147/21
178/15 216/11 227/25
237/12 237/13

**over [24]** 5/18 31/4
47/17 68/8 68/8 70/16
87/22 95/3 95/13 110/3
116/19 119/4 120/24
121/4 121/25 130/8
138/7 141/18 146/1
151/21 173/25 174/4
175/10 226/11

**over-strip [3]** 173/25

174/17 174/22 272/10

**overestimate [1]** 224/19

**overestimating [3]**
191/9 222/3 222/6

**overkill [1]** 113/23

**overlapped [1]** 127/24

**overrule [1]** 66/15

**overruled [12]** 24/15
32/9 57/11 90/4 160/23
162/19 164/9 169/8
169/10 190/3 201/15
203/12

**oversee [1]** 230/23

**oversight [1]** 193/20

**oversimplifying [2]**
150/5 155/5

**overstripped [1]** 175/18

**overwhelming [2]** 80/18
81/6

**own [7]** 11/16 11/19
140/2 152/3 154/6 191/2
193/1

**owned [1]** 140/7

**owner [3]** 36/19 43/22
165/6

**owner/transporter [1]**
36/19

**owners [1]** 139/7

**oxide [5]** 109/7 109/9
109/10 214/23 235/23

**P**

**P-e-r-r-y [1]** 72/20

**P.A [3]** 2/3 2/5 2/11

**p.m [6]** 96/22 158/7
158/7 221/5 221/5
239/17

**packed [1]** 196/17

**pad [5]** 8/24 9/5 9/10
9/15 9/19

**pads [1]** 65/10

**page [62]** 1/17 17/15
21/6 25/24 26/13 28/22
30/2 30/8 30/15 30/18
37/25 42/5 43/11 43/19
43/20 44/10 76/3 76/6
76/8 79/5 81/20 88/15
88/16 89/9 89/17 90/25
90/25 91/15 93/8 93/12
102/22 111/17 119/14
120/3 121/22 126/16
126/20 126/22 126/24
134/3 134/3 140/19
152/12 152/15 161/6
172/19 172/19 173/7
175/1 191/4 193/8
193/18 197/4 200/9
200/20 200/21 200/22
202/15 208/1 213/12
213/13 214/20

**page 10 [1]** 93/12

**page 11 [1]** 102/22

**page 110 [1]** 134/3

**page 111 [1]** 134/3

**page 113 [1]** 119/14

**page 114 [1]** 120/3

**page 13 [1]** 161/6

**page 136 [1]** 121/22

**page 152 [1]** 25/24

**page 164 [1]** 26/13

**page 176 [1]** 202/15

**page 184 [1]** 111/17

**page 19 [3]** 197/4
200/20 200/21

**page 2-3 [2]** 126/16
126/24

**page 237 [1]** 152/15

**page 24 [1]** 140/19

**page 26 [1]** 42/5

**page 28 [3]** 44/10
172/19 172/19

**page 29 [1]** 200/22

**page 3 [1]** 81/20

**page 30 [1]** 191/4

**page 32 [2]** 173/7 177/5

**page 73 [1]** 200/9

**page 8 [1]** 28/22

**paged [1]** 41/21

**pages [5]** 1/11 132/23
193/10 193/13 193/17

**paid [4]** 9/24 10/8 18/5
36/22

**Palenchar [1]** 3/4

**Palm [49]** 1/8 1/20 2/11
2/12 2/14 3/9 17/7 17/20
20/9 21/1 38/5 40/17
40/21 41/25 42/8 64/15
65/8 65/14 70/2 100/9
123/11 123/13 123/16
124/3 124/13 125/19
126/4 126/12 127/4
128/10 128/12 128/13
128/14 128/21 128/25
129/13 130/7 130/9
130/10 130/12 130/24
130/15 130/18 130/25
131/4 131/6 131/9
158/20 159/21

**paper [1]** 93/6

**paperwork [1]** 229/14

**paragraph [54]** 20/23
21/5 21/12 22/9 23/3
28/11 28/16 28/24 29/4
29/15 31/20 36/19 46/3
46/12 48/15 50/5 53/12
62/9 81/21 84/18 124/17
124/18 184/16 191/14
191/18 191/20 191/24
192/1 193/2 193/11
193/13 193/14 193/14
193/16 197/7 197/10
197/12 197/13 197/13
199/20 199/23 200/1
200/11 200/14 200/21
200/21 200/22 201/2
201/3 205/20 227/5
228/6 228/7 228/21

**paragraph 119 [2]**
124/17 124/18

**paragraph 16 [1]** 81/21

**paragraph 19 [1]** 84/18

**paragraph 2 [1]** 53/12

**paragraph 26 [1]** 62/9

**Paragraph 33 [1]** 36/19

**paragraph 38 [4]** 20/23
21/12 22/9 23/3

**paragraph 46 [4]** 28/11
28/24 29/4 29/15

**paragraph 50 [2]** 46/3
46/12

**paragraph 52 [1]** 50/5

**paragraph 70 [4]** 227/5
228/6 228/7 228/21

**paragraph 73 [5]** 193/2
193/11 193/14 200/11
200/22

**paragraph 74 [4]**
191/24 192/1 197/13
201/2

**paragraph 75 [1]**
184/16

**paragraphs [3]** 23/23
54/4 194/9

**paragraphs 28 [1]** 54/4

**parameters [1]** 224/20

**paraphrase [1]** 36/14

**paraphrased [1]** 36/16

**paraphrasing [1]** 42/2

**parcel [3]** 10/3 215/3
216/13

**pardon [8]** 11/24 70/13
98/11 111/22 120/3
136/11 168/2 192/21

**parent [1]** 163/24

**parenthesis [2]** 195/16
197/17

**parentheticals [1]**
197/19

**parlance [1]** 103/4

**parse [2]** 108/9 108/17

**parsing [1]** 109/2

**partial [1]** 84/25

**particle [9]** 163/10
163/11 163/11 163/12
163/16 163/17 186/11
219/3 219/6

**particles [4]** 163/9
186/13 217/14 217/16

**particular [8]** 63/12
80/8 80/11 119/12 156/4
156/17 164/3 225/19

**particularly [1]** 125/10

**parties [3]** 5/11 5/15
205/22

**parts [3]** 110/2 111/4
129/6

**pass [1]** 40/18

**past [1]** 235/24

**path [1]** 218/7

**pathologist [1]** 90/16

**pathology [19]** 73/19
73/22 74/18 75/13 75/16
75/20 79/10 89/13 89/14
89/19 89/21 90/14 90/19
92/17 231/3 231/6
231/10 231/13 231/14

**pathway [10]** 130/14
156/7 156/15 165/11

**P**

pathway... [6] 217/24 217/25 218/6 218/11 219/13 220/13

patient [3] 76/5 82/13 84/25

patients [12] 74/11 74/12 74/19 74/24 75/20 76/16 78/4 82/3 82/9 95/1 95/7 234/19

Patrie [2] 95/14 95/21

pattern [2] 116/19 135/10

patterns [1] 122/12

Paulette [1] 201/20

paying [1] 37/12

pCi [19] 106/11 135/2 137/22 139/17 146/20 147/9 173/17 173/20 177/6 178/8 178/20 178/22 179/2 181/13 182/7 182/8 219/19 219/21 219/22

pCi/g [19] 106/11 135/2 137/22 139/17 146/20 147/9 173/17 173/20 177/6 178/8 178/20 178/22 179/2 181/13 182/7 182/8 219/19 219/21 219/22

PCS [1] 64/23

Peachtree [1] 3/12

pediatric [9] 74/10 74/19 75/7 75/19 76/5 76/16 82/3 88/4 231/12

pen [1] 18/25

people [17] 10/8 15/3 15/7 16/4 31/16 44/13 59/9 80/16 82/21 82/24 94/21 95/2 113/24 123/18 133/23 145/21 230/9

per [10] 18/16 18/18 18/24 19/12 148/25 168/23 218/24 219/16 219/20 233/22

percent [16] 80/21 80/22 98/13 98/14 102/1 102/17 105/21 106/16 107/4 107/5 107/9 109/7 118/7 161/7 218/21 234/6

percentage [1] 101/14

perfectly [1] 61/16

perform [2] 75/16 150/17

performed [5] 73/19 111/12 186/22 186/23 236/1

perhaps [2] 22/16 182/7

period [9] 9/9 11/17 14/7 14/11 14/12 88/7 94/7 95/3 146/3

permit [1] 28/12

permitted [3] 60/8 209/1 209/1

Perry [13] 72/11 72/14 72/19 72/25 76/15 87/22 92/8 157/2 231/20 231/23 233/17 237/10 240/7

Perry's [8] 157/5 232/8 232/12 233/23 234/4 236/25 237/2 237/14

person [8] 36/20 61/12 156/16 157/17 212/25 219/6 219/11 220/7

person's [2] 84/8 159/11

personal [7] 10/18 15/22 27/16 43/5 124/2 149/20 151/21

personally [1] 149/23

perspective [2] 65/23 66/21

petroleum [3] 58/12 60/3 64/23

PGA [1] 2/13

Ph.d [1] 231/1

phenomena [2] 149/6 162/13

phenomenon [6] 184/17 184/18 184/23 185/2 185/5 197/14

phone [3] 21/22 21/23 24/1

phoned [1] 113/2

phonetic [1] 63/21

photographer [1] 159/12

photographs [1] 159/17

photography [6] 30/22 30/24 159/8 159/10 159/14 159/15

phrased [2] 65/17 138/13

physical [3] 95/5 96/11 235/13

physically [4] 25/4 45/20 94/15 114/3

physicist [2] 86/11 186/20

physics [1] 47/6

pick [4] 44/18 44/22 175/7 217/6

picked [1] 34/25

pico [2] 219/16 219/19

picture [2] 158/22 159/4

pieces [2] 110/3 159/20

Pierce [1] 65/5

pilocytic [6] 75/11 78/11 78/16 90/1 90/6 90/11

pink [2] 9/2 9/13

pipes [1] 121/14

pits [2] 16/10 57/25

place [27] 9/24 31/4 35/19 38/7 40/16 41/3 58/7 59/1 102/7 109/11 109/14 120/25 121/5 122/1 122/13 122/13 128/8 130/20 134/19 138/18 145/16 154/12 159/24 161/17 210/4

225/22 225/21

placed [3] 9/20 10/16 23/22

placental [1] 220/10

places [9] 64/22 122/6 122/11 127/16 127/21 128/20 128/22 128/25 163/19

plaintiff [6] 72/10 97/2 160/18 206/22 227/14 231/25

plaintiff's [2] 73/24 85/22

plaintiffs [65] 1/4 2/2 4/11 5/7 12/6 12/12 15/1 15/19 15/22 16/19 17/13 17/10 17/17 17/22 18/14 33/25 54/25 55/8 66/8 67/3 73/23 77/24 83/15 84/2 84/11 86/12 124/8 125/16 125/23 139/6 175/12 175/12 179/2 180/25 181/25 182/19 185/15 189/16 192/14 198/9 198/13 198/15 199/6 199/14 202/6 202/19 203/1 203/24 203/25 204/5 204/16 204/19 204/22 206/20 207/6 207/21 208/6 208/7 208/12 208/16 210/20 213/4 219/17 224/6 231/11

plaintiffs' [25] 6/2 10/18 13/4 34/12 34/22 71/21 72/14 97/6 160/16 173/1 176/15 180/14 181/19 183/6 187/5 189/3 190/23 194/15 199/10 207/17 211/19 211/20 220/1 228/11 228/13

plan [6] 64/17 65/4 65/7 65/10 65/14 117/25

planet [1] 100/15

plant [1] 129/6

plastic [1] 159/22

platform [1] 55/15

please [25] 4/2 46/2 66/20 67/12 71/19 72/13 72/15 72/18 78/12 96/24 97/5 97/8 97/9 158/9 167/10 167/12 167/15 184/13 194/12 207/14 221/7 230/1 230/5 230/16 239/5

plenty [1] 149/22

plumbing [1] 9/9

plus [1] 107/15

point [26] 9/9 25/7 39/7 52/17 62/13 107/18 108/20 108/22 109/14 109/18 110/4 112/11 112/18 119/1 130/23 136/11 140/8 142/4 142/6 145/14 157/13 170/7 170/12 170/16

211/14 229/6

point's [1] 205/16

pointed [4] 145/6 151/24 152/6 191/5

pointing [1] 140/18

points [2] 22/21 212/10

polluter [1] 68/13

polonium [1] 163/15

Pompano [2] 64/25 65/4

Poncy [1] 2/10

pond [1] 15/23

ponds [1] 15/8

poorly [1] 205/2

population [1] 82/24

populations [1] 78/9

portal [1] 56/18

portion [17] 45/15 57/7 58/3 59/2 69/24 70/2 74/5 81/17 153/2 183/23 197/8 197/12 207/24 211/10 217/22 233/16 235/12

portions [1] 159/18

positive [31] 151/1 152/20 154/24 173/4 173/20 173/21 173/23 174/3 174/21 174/24 175/24 178/3 178/7 178/9 179/3 181/17 181/21 182/1 184/19 184/21 184/25 190/24 191/9 192/14 195/23 222/19 223/15 223/23 227/15 227/17 228/4

positives [11] 173/2 173/13 176/6 176/14 176/20 182/13 183/23 189/16 190/24 210/21 227/3

possibilities [1] 117/6

possibility [13] 59/6 101/25 116/8 140/5 158/19 174/7 174/23 175/9 175/18 175/22 175/23 176/13 225/16

possible [2] 116/10 140/4

post [3] 21/1 231/2 231/5

post-graduate [2] 231/2 231/5

potable [1] 145/19

potential [18] 14/22 116/5 116/9 121/13 151/2 173/21 175/3 183/14 187/10 187/11 189/20 189/21 189/22 211/1 222/18 223/11 223/21 225/14

potentially [5] 130/8 151/17 152/19 152/25 153/1

pounds [1] 213/17

powder [1] 214/20

powders [2] 214/18 214/23

practice [1] 234/2

practices [1] 30/4

PRATT [155] 1/7 7/23 8/9 11/23 14/3 14/14 15/17 16/17 17/11 17/23 18/6 20/4 28/8 28/14 34/25 35/7 35/14 36/1 36/8 36/23 37/3 37/10 40/25 40/25 41/2 41/6 41/25 42/12 42/19 44/22 45/4 45/9 51/6 55/11 56/14 57/14 58/3 59/9 59/21 60/24 61/2 61/14 61/20 69/22 70/3 70/24 98/21 99/23 100/1 100/5 100/7 107/19 107/22 107/25 108/7 108/13 108/20 109/4 109/12 109/15 109/17 110/1 110/9 112/12 112/19 113/4 113/5 114/10 114/18 115/6 115/7 115/8 115/12 115/19 115/21 117/14 126/5 126/9 127/6 127/16 127/20 128/4 128/13 128/14 128/22 129/11 129/16 129/19 130/22 131/6 135/13 136/3 138/15 138/25 139/14 139/16 139/17 139/20 139/24 140/2 140/6 140/8 141/7 141/15 145/9 149/16 153/15 153/19 153/22 153/25 154/3 154/4 154/13 154/18 154/19 155/24 155/25 159/7 165/1 165/3 174/19 177/19 177/20 177/25 178/18 179/4 179/10 180/8 181/6 183/7 183/24 185/6 189/16 199/3 212/5 212/13 212/15 213/1 213/16 213/19 214/14 214/18 215/5 215/8 215/14 215/16 215/22 216/13 219/4 225/16 229/12 229/14 229/23 229/24 238/2

pre [1] 202/1

pre-site [1] 202/1

preceded [1] 184/14

precisely [1] 9/8

preclude [1] 151/8

precluded [1] 208/13

predicate [4] 43/4 43/4 43/12 43/17

predictable [1] 114/7

predominant [1] 101/4

predominantly [1] 230/21

prefer [1] 194/3

preferentially [1] 149/1

preferred [1] 201/5

prejudice [2] 208/15

**P**

prejudice... [1] 209/18
prejudicial [2] 208/25 210/1
premise [1] 20/2
preparation [1] 194/22
prepared [4] 28/2 60/9 216/2 238/19
preponderance [1] 183/15
prescribed [1] 218/4
presence [12] 99/24 112/12 112/20 124/9 125/1 125/7 127/7 131/15 194/23 215/19 222/7 228/12
present [35] 11/2 11/16 11/18 34/1 58/8 59/11 59/24 62/25 72/4 79/19 87/10 98/24 99/7 99/14 99/18 100/12 129/23 133/10 135/5 141/4 145/2 159/25 169/17 172/6 183/3 183/16 191/8 192/5 195/11 200/13 211/4 222/4 223/6 229/1 232/25
presentation [6] 6/17 6/22 7/16 12/5 12/17 14/8
presented [6] 7/1 7/16 35/18 39/4 40/4 144/25
presenting [2] 5/12 194/21
presents [1] 97/2
preserved [1] 199/13
preserves [1] 199/14
press [1] 74/2
presumably [2] 148/23 162/23
presume [1] 100/14
pretty [12] 96/10 104/24 154/11 154/14 155/10 165/11 177/8 185/21 212/17 223/16 225/5 233/25
prevent [1] 220/10
prevents [1] 68/25
previous [6] 44/7 50/16 57/17 58/25 59/2 71/4
previously [3] 12/25 91/11 231/19
primarily [2] 105/19 134/22
primary [2] 73/18 84/22
principles [1] 169/21
prior [8] 52/1 55/11 58/6 90/25 95/8 95/11 96/5 202/2
privatization [1] 49/3
privatized [1] 48/24
privilege [1] 170/11
probability [1] 96/7
probable [2] 133/5 133/6
probably [13] 31/6

64/20 93/5 95/11 100/13 113/23 125/25 136/19 166/24 173/19 199/7 217/7 239/12
problem [7] 5/14 151/2 151/3 155/12 183/25 211/14 223/2
problems [1] 152/19
procedural [3] 38/23 39/25 209/16
procedure [12] 150/14 174/9 174/10 174/11 175/4 184/2 184/4 184/6 184/15 185/21 186/4 187/7
procedures [12] 68/13 149/11 175/11 175/8 175/20 175/21 184/1 185/23 207/2 211/9 211/10 235/2
proceed [3] 72/22 97/13 158/10
proceedings [6] 1/12 71/18 96/23 158/8 221/6 241/8
process [29] 25/13 29/10 31/13 59/20 110/19 111/3 117/15 130/1 145/22 149/12 150/1 150/18 153/7 164/1 174/23 187/2 187/4 187/15 188/3 188/6 189/2 189/3 189/8 194/20 195/1 196/23 197/23 200/4 211/4
processes [3] 145/16 161/16 191/2
processing [4] 7/10 7/15 58/10 125/10
produce [1] 180/14
produced [1] 115/2
product [7] 58/12 65/11 104/3 150/9 150/10 151/4 170/10
products [16] 57/19 58/8 99/2 104/6 104/17 104/17 105/1 105/24 124/6 124/22 125/2 125/3 125/8 192/3 195/8 200/5
professional [8] 48/17 48/17 48/19 48/20 49/9 55/19 56/2 133/18
professionals [1] 133/19
professor [1] 230/19
proffered [1] 39/12
program [2] 48/24 230/22
programs [1] 60/11
progress [1] 79/18
progression [1] 79/16
project [5] 27/20 55/9 59/13 177/18 223/4
projects [1] 12/1
prone [3] 191/7 222/3 222/6

pronounced [1] 223/23
proof [1] 17/23
proper [8] 43/3 43/12 43/17 43/20 62/3 68/14 152/1 203/7
properly [4] 39/4 45/18 113/20 141/21
properties [9] 9/20 13/16 19/24 28/14 56/14 137/10 139/8 165/9 215/20
property [17] 16/22 17/4 17/18 50/20 56/3 57/20 58/3 59/2 70/4 70/4 127/7 163/21 164/4 165/6 201/11 204/7 214/15
prophylactic [1] 82/4
proposed [47] 13/15 13/17 14/2 14/17 18/1 19/24 20/5 20/9 20/16 45/4 69/23 70/25 74/6 76/18 86/13 99/25 100/6 102/7 102/11 112/13 115/13 115/20 117/17 118/2 119/25 120/23 123/14 123/25 130/11 131/5 134/23 135/25 137/8 137/13 139/11 144/7 144/11 144/16 144/20 156/1 156/2 164/18 224/24 225/9
protect [1] 235/13
Protection [1] 55/16
protective [2] 204/5 214/12
protocol [20] 154/3 176/19 180/3 180/5 180/23 198/16 201/9 204/1 204/4 205/17 205/21 205/21 205/24 206/10 207/13 207/25 208/23 208/23 210/4 210/8
Protocol 2 [1] 205/17
protocols [3] 175/8 180/15 210/19
prove [4] 34/13 63/14 92/5 182/19
proven [1] 210/9
proves [1] 112/8
provide [18] 15/20 36/21 49/23 51/21 57/1 63/6 68/12 84/12 143/18 144/4 144/19 157/24 192/4 193/18 195/9 204/21 206/23 238/16
provided [37] 6/18 7/17 10/2 10/11 10/16 11/6 14/25 22/1 22/5 28/3 28/5 28/6 53/20 61/22 63/19 67/1 70/9 77/23 90/16 94/21 94/21 100/2 133/21 133/23 141/9 141/23 142/20 148/1

169/1 170/6 180/13 192/15 193/14 212/12 231/19 231/22 231/24
provides [3] 53/6 56/7 64/12
providing [5] 29/12 42/18 51/18 161/10 190/6
public [6] 9/19 9/25 10/15 10/25 29/6 55/25
publication [3] 191/12 191/19 196/3
published [1] 176/12
pull [10] 64/21 64/22 65/1 65/2 75/2 81/7 158/24 193/7 216/25 230/3
pulled [1] 194/9
pulling [2] 31/3 31/14
purchase [1] 41/5
purchased [1] 17/19
purport [1] 21/7
purported [1] 34/19
purportedly [4] 7/5 35/10 57/22 64/24
purporting [2] 21/24 142/23
purpose [5] 11/13 40/7 67/14 123/17 210/13
purposes [4] 14/3 40/4 108/3 113/11
pursuant [6] 66/5 198/16 201/9 207/21 208/3 208/16
put [22] 10/9 10/10 10/25 12/24 12/25 13/7 13/11 31/5 41/14 73/5 73/12 102/17 109/15 115/7 123/5 137/7 142/19 167/1 196/20 207/1 209/8 210/4
putting [4] 9/22 9/23 66/13 223/11

**Q**

qualified [6] 56/1 137/4 137/19 137/25 138/6 177/3
qualifier [1] 177/7
qualifies [1] 48/18
quantities [3] 7/4 113/25 215/18
quantity [3] 67/7 67/12 212/20
quarter [1] 160/9
question [81] 7/11 8/21 18/1 20/11 21/25 23/16 23/18 23/23 24/16 24/19 26/2 34/6 37/7 37/16 38/23 44/13 44/15 45/11 45/18 66/19 70/13 70/15 70/23 71/7 71/8 71/9 71/10 76/21 101/15 101/18 101/19 101/21 104/11 106/22 108/4 111/22 119/20 120/4

122/3 128/17 134/7 135/22 135/23 138/13 138/24 139/12 141/12 144/8 146/11 151/13 152/16 152/24 155/9 155/15 155/21 156/2 156/5 159/13 160/20 161/25 162/17 164/7 174/18 174/22 190/1 190/6 190/15 192/9 192/10 200/6 200/7 202/16 202/22 204/23 214/19 220/16 224/4 239/4
questionable [1] 229/5
questioned [1] 237/21
questioning [4] 53/21 54/22 165/21 224/3
questions [36] 25/2 26/10 26/11 47/8 49/18 54/20 56/10 69/5 69/12 69/14 70/21 73/2 87/13 92/9 92/13 96/14 110/15 112/3 134/14 139/9 153/3 155/18 156/6 163/2 165/13 209/20 217/2 220/25 221/14 221/17 224/1 225/15 229/19 236/13 236/21 238/9
quick [2] 73/5 217/2
quickly [5] 75/2 82/1 118/9 131/16 165/17
quite [8] 101/13 116/10 121/1 123/5 148/16 202/4 211/23 214/19
quote [2] 106/10 194/18
quoted [1] 191/4

**R**

radiation [60] 77/3 77/8 80/2 80/4 80/8 80/12 80/13 81/2 81/4 81/8 81/11 81/12 81/15 81/23 82/9 82/12 82/16 82/25 83/5 83/14 83/16 83/22 83/23 84/15 84/21 85/6 85/10 85/11 85/17 87/9 92/5 92/6 92/18 92/20 92/21 93/18 93/20 94/3 94/5 94/11 94/12 94/14 94/17 95/6 95/11 95/16 95/20 95/21 96/5 157/7 232/24 233/2 233/5 234/1 234/8 234/16 234/17 234/21 234/23 235/2
radiation-induced [3] 93/18 93/20 94/11
radiation-type [1] 95/16
radioactive [30] 57/21 58/11 59/3 59/6 59/10 59/22 60/5 97/19 98/18 98/23 100/11 102/24 110/6 113/25 114/2

Case 9:13-cv-80928-KAM   Document 400   Entered on FLSD Docket 01/11/2018   Page 263 of
272
{WITNESSNAME}                                                                    Index: radioactive...remediation

**R**

**radioactive... [15]** 114/5
124/5 124/6 124/10
131/20 133/8 133/16
145/8 163/13 163/16
163/17 174/15 204/6
213/15 215/16
**radioactivity [4]** 100/14
114/4 131/10 131/13
**radiochemicals [2]**
121/4 121/25
**radiochemist [2]** 197/3
211/12
**radiochemistry [1]**
190/17
**radiochemists [2]**
186/21 189/13
**radiography [1]** 235/24
**radioisotope [4]** 121/12
145/2 145/4 156/21
**radioisotopes [7]** 98/25
100/8 116/16 121/16
145/7 145/13 156/12
**radiological [5]** 225/16
225/18 225/20 226/2
226/5
**radiology [1]** 236/4
**radionuclide [12]** 127/7
144/14 156/10 163/3
163/3 163/4 163/5
163/19 183/16 186/15
191/7 212/11
**radionuclides [27]**
124/11 124/18 125/12
168/24 171/19 183/3
183/14 187/12 191/8
194/18 194/19 194/24
200/3 202/18 203/25
206/25 207/8 215/11
215/12 220/11 225/22
225/24 226/1 226/9
226/11 226/12 228/5
**radiotherapy [3]** 85/2
85/5 95/8
**Radium [2]** 103/11
103/16
**Radium-226 [2]** 103/11
103/16
**rained [1]** 99/13
**raise [6]** 13/22 72/12
97/4 167/9 211/18
229/25
**raised [3]** 38/24 57/15
87/23
**raising [1]** 59/10
**ran [1]** 192/24
**random [2]** 118/12
140/16
**range [31]** 90/10 129/19
132/5 156/11 171/21
171/22 173/17 173/19
176/15 176/21 178/15
178/16 178/17 182/5
182/10 182/11 182/16
186/11 215/10 216/11
223/16 225/11 227/24

228/1 228/9 228/11
228/17 228/18 229/2
229/2 229/10
**ranges [1]** 78/4
**Rapp [1]** 3/11
**rarity [1]** 161/14
**rate [1]** 227/21
**rates [1]** 124/20
**rather [6]** 48/13 96/19
118/13 169/21 194/3
223/20
**raw [2]** 174/12 178/4
**RC [1]** 185/24
**RCRA [1]** 60/12
**reach [4]** 29/3 30/13
87/4 111/9
**reached [3]** 46/13 70/1
76/4
**reaching [1]** 71/9
**reactor [2]** 115/1 115/9
**read [25]** 24/7 28/24
40/23 41/9 42/23 43/10
43/14 45/12 45/14 45/15
54/8 54/13 87/24 93/13
142/23 184/22 194/10
194/25 195/18 197/12
197/19 203/13 219/19
228/6 238/23
**readily [8]** 29/5 124/11
125/12 131/8 143/24
148/8 217/9 218/20
**reading [3]** 23/24 54/7
67/13
**reads [2]** 50/8 197/14
**ready [4]** 4/6 72/1 72/9
97/1
**real [4]** 168/2 181/22
187/23 211/14
**realistic [2]** 224/18
224/20
**reality [1]** 134/2
**realize [2]** 118/9 118/15
**really [17]** 20/11 27/21
34/20 34/20 37/11 71/21
80/7 84/5 110/23 118/5
138/5 195/25 205/2
211/11 218/6 226/10
233/19
**Realtime [1]** 241/7
**reason [21]** 18/8 31/18
34/16 39/25 41/18 75/22
86/22 90/19 144/19
144/25 150/19 171/17
171/20 172/5 179/1
189/20 207/6 208/7
209/11 209/13 236/11
**reasonable [3]** 46/13
46/14 140/24
**reasons [3]** 98/20 192/12
208/12
**reassert [1]** 170/16
**reasserting [1]** 237/18
**recalculate [1]** 5/4
**recall [82]** 10/20 16/10
16/12 24/17 24/21 24/23
26/11 26/12 31/11 33/12

37/2 45/21 46/10 49/17
51/25 52/9 53/2 53/21
53/25 54/2 54/7 54/22
54/24 55/3 55/5 55/10
55/13 57/7 62/21 63/5
65/6 65/10 70/20 74/8
120/17 127/23 136/18
139/14 158/17 159/7
159/11 161/10 167/25
168/3 171/5 171/9
180/18 180/22 181/2
181/3 185/25 186/25
187/2 187/3 188/21
188/24 188/24 192/17
192/24 193/10 193/13
193/16 196/9 196/12
199/19 201/24 202/10
202/16 203/15 205/5
207/5 207/5 208/21
213/14 214/6 214/16
214/21 221/17 222/1
222/4 224/3 224/4
**recalls [1]** 15/23
**receipt [1]** 8/12
**received [10]** 8/9 8/16
62/12 75/14 82/9 84/21
95/21 171/15 231/1
232/2
**receiving [1]** 82/3
**recent [3]** 71/5 171/9
171/16
**recently [3]** 169/19
169/23 171/15
**receptor [2]** 138/18
138/21
**recess [8]** 71/15 71/17
96/22 158/2 158/7 221/3
221/5 239/17
**recheck [1]** 71/24
**rechecked [1]** 71/24
**recipient [1]** 110/6
**recited [1]** 193/1
**reclaimed [1]** 33/17
**recognition [3]** 234/3
234/13 234/25
**recognize [7]** 6/10 11/25
119/15 119/21 159/4
174/22 224/12
**recognized [3]** 56/3 88/1
234/18
**recollection [3]** 12/23
65/16 233/14
**recommendations [1]**
235/10
**recommending [1]**
235/6
**reconstitute [4]** 34/20
37/12 50/19 66/24
**record [17]** 10/15 10/25
25/11 25/15 42/25 43/4
61/9 61/24 68/12 87/25
96/10 106/19 143/2
143/13 189/24 210/6
241/8
**recording [1]** 95/19
**recordkeeping [2]** 68/24

68/25
**records [42]** 9/18 9/25
11/1 29/9 34/17 49/24
50/9 50/13 50/23 51/5
51/19 51/22 52/3 52/5
52/6 52/11 52/14 55/25
57/23 61/4 61/11 61/14
61/21 62/16 62/16 62/21
62/24 63/4 63/16 63/25
64/1 67/7 69/19 69/24
108/14 111/23 113/8
114/15 215/22 215/24
216/1 216/1
**recross [10]** 69/16 92/12
92/14 165/16 165/18
226/23 240/6 240/10
240/14 240/18
**Recross-examination [4]**
69/16 92/14 165/18
226/23
**recycling [5]** 8/10 8/11
20/24 21/20 53/9
**red [17]** 34/17 50/16
52/20 52/22 52/24 53/11
53/15 54/15 58/23 59/15
64/7 65/18 65/24 66/22
66/23 68/9 171/1
**redirect [19]** 47/11
47/19 48/1 87/15 87/17
158/2 158/11 158/13
221/8 221/10 226/25
236/15 236/17 237/19
240/5 240/9 240/13
240/17 240/21
**reduce [1]** 235/1
**reducing [1]** 235/9
**refer [25]** 8/23 10/12
16/21 17/3 17/17 21/11
22/22 26/14 29/2 31/13
33/8 37/18 45/23 49/2
59/13 64/20 66/8 70/8
73/8 81/22 100/19 105/3
177/20 184/25 233/4
**reference [13]** 9/4 36/14
37/25 38/20 41/13 46/12
54/4 57/19 125/2 125/23
134/7 134/8 134/8
**referenced [5]** 38/5
40/11 91/23 127/17
191/3
**references [4]** 16/10
134/4 184/8 184/11
**referencing [5]** 88/13
93/5 184/18 191/23
193/23
**referred [11]** 7/15 21/19
22/3 27/6 38/6 41/11
52/19 57/18 98/5 185/24
236/5
**referring [12]** 7/8 7/13
7/19 20/22 21/7 22/3
37/5 37/23 58/8 120/8
140/21 191/11
**refers [8]** 21/13 22/16
23/8 23/21 29/16 41/22
103/4 157/6

68/25
**reflect [1]** 116/13
**reflected [2]** 9/12 34/22
**regard [3]** 4/8 43/6
233/23
**regarding [26]** 30/3
49/17 49/23 52/20 54/11
54/16 55/11 61/4 61/22
61/24 62/20 76/18 77/11
81/14 161/5 190/10
199/16 201/23 204/21
206/24 211/19 211/21
214/17 228/9 232/14
237/5
**regardless [1]** 156/22
**region [2]** 118/15 121/8
**regional [2]** 117/25
131/24
**Registered [1]** 241/6
**regular [1]** 133/15
**regulated [1]** 127/12
**regulating [1]** 64/1
**regulatory [2]** 9/9 50/16
**relate [2]** 62/24 87/10
**related [17]** 9/18 20/24
25/12 34/18 60/25 62/21
63/4 74/9 108/15 118/13
163/25 169/5 210/18
214/4 223/21 232/20
233/20
**relates [1]** 60/22
**relating [4]** 15/21 169/3
205/23 232/3
**relation [2]** 65/15
180/13 180/16
**relationships [1]** 37/9
**relatively [2]** 113/25
116/15
**release [4]** 48/14 74/2
100/2 109/12
**relevant [2]** 169/9
234/10
**reliable [2]** 161/2 221/22
**reliance [1]** 112/15
**relied [13]** 29/24 30/5
46/21 46/25 48/8 49/8
56/12 58/18 58/19 61/18
70/9 141/8 186/21
**relocated [1]** 45/21
**rely [10]** 31/10 31/11
47/3 48/7 55/18 92/25
112/22 152/3 189/13
190/2
**relying [6]** 4/14 12/25
39/7 46/22 84/11 152/7
**remain [1]** 67/2
**remaining [1]** 174/3
**remarkable [2]** 129/10
129/13
**remedial [1]** 59/1
**remediate [1]** 126/10
**remediated [2]** 109/22
128/6
**remediation [22]** 14/3
14/13 14/15 20/7 20/15
57/5 57/14 58/5 58/7
58/14 58/16 59/13 59/19

# R

remediation... [9] 61/5
61/8 67/9 110/5 110/19
111/3 126/8 128/1 128/8
remediations [1] 111/20
remember [7] 33/3 93/4
93/15 95/10 159/11
168/5 184/7
remind [1] 73/1
removal [3] 174/13
198/1 198/7
remove [2] 150/6 195/15
removed [13] 7/3 8/8
14/3 14/14 23/11 60/23
109/24 110/17 110/19
111/3 111/24 111/25
174/5
removing [1] 185/9
render [3] 34/4 48/18
48/22
rendering [2] 46/21
70/12
reoccurrence [4] 91/4
91/7 94/1 94/11
repeat [4] 7/11 20/11
45/11 66/19
repeating [1] 66/13
rephrase [2] 106/22
208/14
replaced [1] 126/11
replied [1] 180/21
report [110] 6/7 6/8
12/11 12/15 12/17 25/12
26/23 27/1 27/6 27/17
31/18 34/16 46/9 54/21
58/16 58/22 58/24 59/19
59/20 61/10 61/16 61/25
61/25 62/4 63/7 63/15
63/17 63/20 63/25 64/10
64/14 64/22 65/3 65/7
65/19 66/4 66/9 66/12
67/14 67/16 67/21 68/7
70/9 73/6 73/18 74/25
75/6 90/20 91/15 94/22
105/12 105/14 105/17
106/9 106/25 107/13
111/10 126/14 127/18
128/7 140/18 143/20
146/21 147/12 152/10
152/14 152/22 152/25
169/19 170/5 170/6
170/9 171/2 171/4
171/13 171/18 175/11
184/14 185/16 185/17
194/10 199/23 200/1
200/2 202/1 202/2 202/2
202/18 203/3 205/3
205/9 207/23 211/24
214/11 215/1 228/21
231/19 231/22 232/8
232/13 232/15 232/16
232/16 232/20 233/4
234/5 236/22 236/25
237/5 237/14
reported [16] 7/5 41/19
51/1 87/4 136/7 148/1

148/2 154/24 155/7
160/5 179/11 183/8
223/12 228/11 228/13
229/10
reportedly [1] 67/10
reporter [7] 1/18 1/19
45/15 69/8 238/20 241/6
241/7
reporting [2] 174/17
232/3
reports [35] 25/8 28/3
28/10 31/5 51/2 51/3
52/13 59/25 63/8 63/10
70/8 88/18 89/20 89/21
90/14 90/15 151/16
152/18 166/10 166/12
168/11 169/1 169/14
170/21 176/12 180/6
211/7 211/24 214/8
214/9 231/14 231/24
232/1 232/4 233/23
represent [4] 10/18 11/7
21/22 86/15
representation [2] 21/6
136/10
representative [11]
118/2 118/4 118/14
119/2 119/10 119/12
120/6 120/11 121/8
121/9 216/9
represented [12] 10/6
14/12 14/17 17/13 73/23
119/18 119/25 136/15
137/2 160/15 160/16
164/22
representing [2] 11/5
207/20
represents [3] 9/14
194/19 200/3
request [8] 36/13 143/6
180/14 180/21 189/24
199/9 199/12 207/17
requested [6] 45/15
201/10 206/13 208/6
208/9 208/14
require [1] 117/3
required [2] 56/1 209/15
requirements [2] 207/4
208/1
requires [1] 182/20
rerun [1] 176/8
research [4] 230/21
231/7 231/8 235/6
resection [1] 84/25
resections [2] 95/2 95/3
residence [4] 137/22
138/5 139/18 147/18
residents [5] 18/1 18/5
121/10 145/11 145/18
residual [7] 58/8 58/9
59/6 184/24 187/11
187/16 187/25
residuals [6] 121/14
145/23 145/25 146/6
146/6 174/3
resin [9] 195/13 195/14

196/17 196/17 198/1
198/6 201/3 201/4
222/25
resolved [1] 165/5
respect [3] 61/3 116/3
215/21
responding [2] 231/19
231/23
response [7] 15/18 61/19
125/23 161/24 191/5
202/17 237/15
responses [5] 15/2 15/2
16/18 17/12 207/16
responsibility [1] 164/2
responsible [3] 51/18
99/23 210/8
rest [21] 100/15 107/10
Restoration [1] 126/25
restricted [4] 74/12
203/25 204/16 204/20
restrictions [1] 201/9
result [26] 51/1 76/23
84/8 95/20 99/8 99/13
109/16 133/5 137/4
138/24 139/16 147/20
147/21 149/8 156/4
162/25 172/3 178/1
181/11 181/16 181/19
181/22 182/22 194/17
204/4 219/22
resulted [2] 180/14
201/19
resulting [2] 106/6
176/19
results [88] 62/12 86/12
111/12 118/1 120/15
120/22 128/16 128/24
131/7 132/5 132/10
132/20 132/21 133/20
135/11 135/12 135/13
136/9 136/16 139/14
140/11 140/13 140/21
140/22 141/6 143/21
144/6 144/10 146/19
147/8 147/14 147/16
147/25 148/2 149/4
150/23 151/9 151/11
151/14 152/7 152/11
152/11 153/8 153/10
153/10 153/12 153/15
153/16 153/16 154/23
154/24 155/8 155/10
155/11 155/12 160/7
172/18 176/18 177/2
177/5 177/7 181/9
189/15 189/16 190/11
190/24 194/15 194/18
195/19 196/4 199/10
209/23 211/3 211/6
211/7 211/8 211/19
222/10 222/15 223/22
223/22 224/5 227/2
228/7 228/13 229/3
229/4 229/7
resumed [2] 6/2 240/3
resuspended [2] 162/6

218/7
resuspension [3] 217/10
217/11 218/11
retaining [1] 64/4
retell [1] 238/6
retention [2] 195/14
198/2
retest [3] 199/12 224/6
224/8
retested [1] 224/2
returning [1] 239/6
reuse [6] 187/10 187/12
187/13 188/7 188/9
222/8
reused [2] 187/8 187/9
review [32] 7/18 26/2
26/25 52/7 52/8 55/24
56/2 56/13 67/3 71/4
71/5 73/19 74/24 75/9
75/16 76/11 77/22 78/1
78/2 89/14 89/21 89/23
90/5 90/15 91/6 91/16
94/9 224/23 225/7
231/13 234/7 237/9
reviewed [58] 33/16
38/10 42/4 44/3 46/6
46/7 49/25 50/2 55/10
55/13 63/20 69/25 73/22
74/18 74/21 75/5 75/20
76/15 78/9 79/3 79/22
80/1 81/7 86/1 88/21
89/13 89/19 89/20 90/14
90/22 91/3 92/17 95/1
95/1 171/21 183/6
186/22 192/25 202/1
211/11 214/4 214/9
214/11 214/17 222/16
224/17 229/14 231/10
231/13 231/16 231/17
232/2 234/4 234/11
236/25 237/2 237/4
237/9
reviewing [10] 46/5
51/22 55/21 58/16 88/24
92/3 179/25 183/4 211/9
222/22
Revised [1] 207/17
revolve [1] 220/2
rich [2] 129/5 129/22
RICHARD [1] 1/3
right [199] 5/16 5/19
6/13 6/19 7/10 7/15 8/5
8/7 8/9 9/7 9/14 13/4
13/8 14/4 14/17 16/6
17/9 19/15 22/21 23/4
23/9 24/11 25/11 26/17
27/14 27/19 28/4 29/19
30/8 30/13 30/16 30/18
32/16 32/18 32/25 33/11
34/4 34/15 35/3 35/7
36/1 36/9 40/1 41/2
43/22 47/16 47/23 69/7
71/19 72/12 72/16 73/20
76/13 76/14 77/8 78/6
78/7 78/16 79/9 80/2
80/16 82/5 83/11 84/12

88/15 88/22 93/12 93/18
93/22 94/1 94/12 95/3
95/17 96/20 97/4 99/3
99/9 100/5 100/9 100/21
102/12 102/20 103/5
103/13 103/19 103/24
104/15 104/18 104/19
105/21 106/2 106/7
106/12 107/6 108/16
109/2 109/8 109/16
109/20 110/7 110/22
111/1 111/6 112/4 113/7
113/22 114/2 114/11
117/8 117/11 118/20
118/24 119/15 119/20
120/1 120/20 120/25
121/1 121/5 122/1
122/11 123/1 123/11
125/5 125/19 125/21
127/2 127/4 129/15
130/14 131/25 132/7
132/25 134/21 136/22
137/13 137/15 137/16
137/19 137/23 138/2
138/8 139/4 139/18
139/18 140/25 141/19
142/8 142/17 144/2
144/23 146/21 147/10
147/18 147/23 148/7
148/19 149/21 149/25
150/16 153/10 154/1
154/5 154/15 154/21
154/25 156/5 156/8
156/12 156/18 158/4
158/10 165/15 165/20
166/1 166/3 166/7
166/20 166/23 167/1
167/6 167/9 167/13
169/8 169/25 170/12
172/20 184/24 193/8
200/11 219/21 221/8
226/22 229/21 229/25
237/24 238/14 238/22
239/14
ringworm [4] 82/18
82/21 83/20 234/16
rise [1] 215/19
risk [10] 232/17 232/20
232/23 233/3 233/6
233/20 233/24 234/3
234/13 234/18
risks [1] 234/25
Ritchie [1] 2/10
RMR [2] 1/18 241/13
road [4] 3/12 41/2 117/9
130/2
rock [18] 38/1 38/6 38/7
38/17 40/11 40/15 40/16
40/17 41/6 41/11 41/16
41/22 42/7 42/9 42/10
42/12 124/13 125/13
Rojo [1] 16/24
Ron [16] 83/19 84/14
84/24 87/5 90/2 90/7
91/13 91/23 232/12
233/4 233/11 233/18

**R**

**Ron... [4]** 233/19 233/24 235/5 235/8
**roofline [2]** 148/3 148/21
**room [1]** 16/13
**roped [2]** 127/22 127/23
**rough [4]** 4/11 4/22 5/17 79/17
**roughly [4]** 13/16 86/25 135/1 137/10
**round [4]** 180/18 180/22 180/24 181/1
**rounds [2]** 180/8 180/11
**route [11]** 31/22 32/1 32/3 32/23 33/8 33/10 52/19 52/22 117/11 130/3 217/8
**routine [2]** 37/14 150/17
**routinely [4]** 36/22 37/6 37/13 124/4
**rubble [1]** 129/7
**rule [3]** 60/10 60/11 66/5
**ruling [3]** 209/2 209/20 210/6
**ruling's [1]** 210/10
**rulings [1]** 205/22
**run [4]** 5/14 128/17 183/25 230/21
**runoff [2]** 118/3 128/2
**runs [3]** 15/24 15/25 35/18

**S**

**S-W-M-U [1]** 127/9
**Safety [1]** 185/22
**sale [2]** 20/25 21/13
**salt [1]** 163/11
**same [34]** 34/24 35/23 43/11 43/17 43/19 47/3 57/22 67/16 79/5 95/24 100/14 101/1 101/7 108/4 116/17 130/21 135/9 135/18 148/10 148/14 153/17 153/25 153/25 154/5 154/6 163/22 165/5 165/12 166/6 180/23 185/14 189/2 224/21
**sample [52]** 55/1 133/8 133/17 136/21 141/2 145/24 150/2 150/3 150/6 150/8 150/16 153/16 153/22 153/24 153/24 153/25 154/2 154/3 154/7 154/7 154/12 154/15 154/19 154/20 155/7 159/24 160/12 162/12 172/1 174/1 174/13 174/17 175/10 175/14 176/8 177/20 177/25 178/10 179/7 179/10 179/13 179/15 180/5 182/9 186/17 191/4 194/22

196/19 202/24 206/5 225/2 225/3
**sample-taking [1]** 55/1
**sampled [2]** 162/10 216/13
**samples [96]** 106/10 118/4 118/6 119/10 120/5 120/10 120/24 121/4 121/7 121/25 127/19 127/25 129/9 130/16 131/3 132/10 133/3 133/11 133/13 133/15 133/20 134/5 136/9 140/16 141/14 144/20 148/2 148/2 148/11 148/15 148/16 152/16 154/9 154/17 157/21 158/18 160/12 161/7 171/7 171/25 173/6 173/8 173/9 173/11 173/14 173/21 174/18 175/6 175/6 176/24 177/17 180/19 180/19 181/8 182/11 182/12 182/3 183/4 185/7 186/24 190/13 190/18 190/20 190/21 192/22 194/16 194/19 194/20 195/2 195/2 195/5 196/1 199/3 200/3 201/11 202/20 207/4 208/2 216/10 216/11 221/21 221/25 223/1 223/2 223/7 223/9 223/10 225/13 226/11 227/1 227/16 227/17 228/8 228/11 228/14 229/14
**sampling [16]** 111/11 119/5 120/4 129/4 160/1 176/19 177/17 179/8 180/8 183/23 205/20 206/25 207/25
**sand [9]** 9/21 14/23 38/1 38/5 38/17 40/11 40/19 41/6 41/11
**sandy [1]** 127/3
**Santiago [2]** 91/16 171/8
**saw [20]** 24/8 24/24 25/4 72/7 114/9 114/12 123/1 129/14 160/24 169/19 171/12 171/20 179/20 215/9 215/24 219/24 224/7 225/13 226/11 229/13
**Sawyer [2]** 169/15 170/22
**say [77]** 5/23 7/8 7/14 8/2 8/11 13/3 17/22 19/23 20/20 20/20 20/23 21/10 21/19 23/19 28/11 28/16 29/13 33/14 34/2 36/7 42/3 43/21 46/12 46/20 47/7 50/22 51/4 64/3 65/22 68/1 69/20

70/6 70/20 80/23 81/24 96/8 99/4 99/13 99/23 100/23 105/17 105/19 105/23 106/9 106/14 106/25 107/16 112/6 114/13 115/14 115/18 119/7 121/18 127/25 129/10 130/24 131/11 142/5 143/1 145/14 148/8 149/19 151/3 156/24 161/25 164/17 177/12 184/16 185/4 191/25 194/14 195/8 195/12 216/19 224/18 227/1 227/9
**saying [14]** 23/14 62/15 80/6 80/7 101/22 101/23 108/4 110/18 111/2 111/23 129/24 131/12 131/22 204/10
**says [30]** 8/6 8/6 8/8 21/16 29/18 32/5 37/5 38/19 40/13 40/15 42/8 42/10 42/13 43/12 43/17 48/15 64/17 75/13 75/13 89/17 107/8 125/7 126/24 127/2 143/2 147/5 192/3 196/3 205/24 228/7
**scale [7]** 79/17 79/18 79/19 79/23 99/9 121/14 145/25
**scalp [6]** 82/22 83/3 83/4 83/23 157/6 234/16
**scans [2]** 235/7 235/10
**Scarola [7]** 2/9 2/10 43/3 43/11 43/17 143/10 143/16
**Scarola's [2]** 10/19 10/22
**scattered [2]** 120/20 159/23
**scheduling [1]** 66/5
**Schlesinger [1]** 2/3
**Schlessinger [1]** 72/3
**schwannoma [3]** 78/21 232/18 233/12
**Schwinghammer [4]** 3/7 26/10 26/16 49/5
**science [6]** 46/17 46/19 46/22 46/25 47/3 48/5
**scientific [10]** 6/15 46/13 46/15 47/6 69/25 70/11 70/11 108/15 140/24 145/5
**scope [5]** 57/9 66/14 157/11 237/12 237/13
**Scott [1]** 3/4
**scrapyard [19]** 57/5 59/22 62/7 107/23 108/2 108/8 109/11 109/14 109/18 109/22 109/25 110/4 110/9 110/10 111/4 158/23 159/5 159/24 213/25
**screen [25]** 21/4 22/12

22/20 22/24 30/2 74/3 76/1 88/24 88/25 89/2 102/22 105/12 111/16 113/10 124/16 124/18 127/18 142/23 143/14 157/4 157/5 193/22 194/4 200/17 205/18
**scum [3]** 148/3 148/21 148/22
**se [2]** 148/25 233/22
**seal [1]** 114/2
**sealed [7]** 113/7 114/5 114/9 114/12 114/13 114/16 114/23
**Sean [2]** 3/2 62/13
**search [2]** 193/21 226/4
**Searcy [3]** 2/10 17/14 207/19
**seat [1]** 6/1
**seated [7]** 4/3 71/19 72/15 96/25 158/9 167/12 221/7
**second [22]** 12/11 12/16 12/19 22/6 28/9 43/13 46/9 61/23 90/25 124/16 125/15 126/19 180/17 180/22 187/17 191/15 194/6 197/13 200/21 204/23 208/1 213/12
**section [1]** 172/17
**sediment [2]** 134/21 134/22
**seeing [8]** 24/17 44/4 171/5 213/14 214/6 214/16 214/21 222/13
**seek [1]** 52/11
**seeking [1]** 10/8
**seem [1]** 234/10
**seemed [1]** 58/10
**seen [22]** 25/14 39/11 77/22 80/3 80/5 91/10 119/22 119/25 144/17 145/3 153/18 169/14 170/13 171/13 171/16 213/11 215/21 215/25 216/1 216/15 232/3 233/15
**selling [1]** 123/24
**send [6]** 64/1 190/13 190/19 199/8 221/21 223/3
**sense [8]** 14/24 15/6 15/16 96/18 98/9 138/22 154/7 160/13
**sent [12]** 20/7 20/15 91/7 112/7 154/18 154/19 154/19 179/16 190/18 221/24 221/25 223/7
**sentence [2]** 124/25 194/25
**separate [13]** 64/3 100/24 148/6 150/11 170/4 186/5 186/7 187/1 188/10 188/10 189/6 189/7 223/4

**separated [2]** 150/13 186/24
**separation [36]** 149/12 149/18 150/20 150/24 151/3 151/11 151/19 151/25 152/2 152/19 153/8 153/11 153/12 155/3 155/13 183/5 184/1 184/2 184/4 184/9 185/8 186/3 186/16 186/19 187/4 188/3 188/9 188/22 188/23 189/1 189/3 189/8 196/11 196/12 197/23 198/6
**separations [5]** 186/21 188/6 190/25 195/13 198/1
**September [1]** 27/24
**septic [2]** 9/23 40/17
**sequester [1]** 174/1
**sequestration [2]** 174/23 186/1
**series [15]** 31/5 102/23 103/1 103/1 103/2 103/4 103/18 104/5 104/17 104/22 183/15 183/16 183/19 183/20 212/2
**serve [1]** 50/24
**served [4]** 26/22 27/5 27/17 28/4
**serves [1]** 34/17
**Serving [1]** 30/3
**set [10]** 105/10 115/4 121/15 140/16 141/2 161/8 163/13 166/14 166/15 233/18
**sets [1]** 29/22
**setting [4]** 20/3 26/23 84/22 101/25
**several [4]** 90/12 194/23 197/24 197/25
**SFranklinUSDC [1]** 1/20
**shaded [1]** 120/6
**shall [1]** 206/4
**shape [1]** 93/25
**shared [1]** 31/17
**shavings [4]** 57/4 57/13 58/9 129/25
**she's [5]** 47/24 164/9 170/13 170/14 204/10
**sheet [2]** 97/23 214/20
**Sheldon [1]** 2/3
**shell [7]** 41/22 42/7 42/9 42/10 42/12 124/12 125/13
**shield [1]** 83/5
**Shipley [1]** 2/11
**shipment [1]** 111/24
**short [7]** 92/12 151/14 169/20 188/12 188/14 212/17 238/11
**short-lived [2]** 188/12 188/14
**short-term [1]** 151/4

**S**

**shortening [1]** 235/2
**should [20]** 5/12 47/11
58/11 64/20 73/12
126/21 133/15 142/1
147/5 151/8 180/19
195/1 195/4 207/6
208/12 208/25 209/18
210/2 239/1 239/11
**shouldn't [2]** 209/18
209/25
**show [20]** 16/7 35/8 42/5
53/15 61/11 111/8 112/7
126/16 130/23 136/2
148/13 148/13 174/16
176/22 179/7 187/17
188/1 192/8 223/9 224/5
**showed [7]** 8/20 46/9
119/24 166/6 166/7
166/19 166/23
**showing [8]** 15/17 23/12
38/14 44/8 57/21 111/23
126/14 141/3
**shown [6]** 26/14 53/17
53/23 95/17 141/4 207/3
**shows [8]** 8/15 13/15
16/4 86/15 108/12
113/11 144/22 147/7
**sic [3]** 15/25 33/18 50/14
**side [7]** 4/14 21/5 143/7
176/24 176/24 196/25
197/1
**side-by-side [1]** 176/24
**signature [1]** 8/11
**signed [4]** 12/21 13/8
27/18 63/13
**significance [7]** 65/23
65/25 66/21 66/23 68/19
68/22 68/23
**significant [12]** 17/7
25/9 67/2 67/5 114/4
118/5 141/3 155/10
192/4 195/9 220/10
224/19
**significantly [3]** 136/23
140/14 140/23
**similar [7]** 83/14 92/24
128/16 128/24 162/24
179/24 223/5
**similarities [1]** 165/8
**Similarly [1]** 144/4
**simply [3]** 7/11 17/1
178/13
**since [12]** 7/20 27/16
27/17 55/7 55/22 67/20
108/17 144/16 157/16
171/11 199/6 231/22
**single [3]** 31/18 61/20
134/19
**sir [146]** 4/15 4/23 5/20
5/25 6/5 6/12 8/2 9/1 9/3
10/12 13/9 13/16 14/1
14/12 14/19 15/7 15/11
16/4 16/14 17/6 17/17
18/7 18/13 20/6 20/19
21/4 21/15 21/25 22/23

23/17 24/5 24/8 24/21
24/24 26/1 27/9 27/23
28/11 29/20 30/1 30/9
30/20 30/23 31/13 31/16
31/25 32/4 32/25 33/24
35/6 35/13 35/22 36/1
36/25 37/18 37/24 39/25
40/9 41/7 41/10 42/13
44/12 44/14 44/17 44/20
44/24 46/4 68/4 69/4
69/18 69/23 70/13 71/13
72/12 72/15 72/21 78/14
97/4 97/7 101/19 106/14
107/9 108/6 109/3
111/15 112/3 115/4
115/11 115/17 116/23
119/15 119/20 120/13
122/3 122/22 123/1
123/3 124/14 124/16
125/2 125/18 126/4
126/25 127/6 128/15
131/14 133/22 134/21
134/25 136/2 136/13
137/7 137/11 137/23
138/3 138/6 138/12
139/1 139/10 140/10
141/6 142/3 143/4
143/18 144/18 145/20
146/11 149/4 151/10
151/24 153/9 153/21
155/2 155/19 156/7
161/12 165/20 167/9
167/12 174/18 186/9
203/6 216/23 229/25
230/3 230/11
**sit [6]** 96/4 179/1 185/18
188/25 196/25 215/5
**site [84]** 6/24 7/3 8/24
10/10 11/18 14/4 15/8
37/11 48/12 48/17 48/19
48/20 48/22 48/22 49/9
50/18 55/1 55/3 55/6
55/12 55/18 55/24 59/24
60/24 61/2 63/5 63/22
63/25 64/4 66/25 67/4
67/8 107/22 107/25
108/7 108/12 110/11
110/11 110/25 110/25
111/11 114/11 114/21
126/24 128/4 129/2
129/7 129/11 130/22
135/13 139/17 139/24
140/9 141/15 145/2
145/9 148/17 158/19
161/17 176/20 176/25
178/18 179/11 179/17
179/19 179/21 179/23
180/3 183/7 193/19
202/1 202/7 203/2
203/16 206/25 215/9
216/4 216/6 216/9 219/4
226/6 229/13 229/15
229/16
**sites [8]** 48/14 58/15
61/13 135/5 135/7
178/19 179/25 180/1

**situation [2]** 167/10
247/2
**six [3]** 78/5 137/18 220/3
**six-month-old [1]** 220/3
**size [2]** 219/3 219/6
**slated [2]** 238/15 238/16
**sleuthed [1]** 22/4
**sliced [1]** 91/19
**slide [1]** 95/17
**slides [17]** 73/22 73/23
74/18 74/22 75/13 75/20
89/14 89/19 89/19 89/23
90/6 91/3 91/16 231/10
231/13 231/16 231/18
**slightly [1]** 74/23
**slow [2]** 32/20 186/9
**sludge [3]** 85/15 148/22
225/4
**small [11]** 22/12 85/5
113/25 114/3 195/24
215/18 216/2 217/11
217/14 217/16 218/21
**smaller [1]** 85/7
**Smith [1]** 239/2
**soak [1]** 65/11
**Society [1]** 56/6
**soil [142]** 7/3 7/5 7/9
7/14 8/3 8/8 8/12 8/16
14/2 14/14 15/9 16/5
18/7 18/19 20/4 20/6
20/14 25/13 34/21 34/25
35/2 35/9 35/11 35/14
35/20 36/23 37/6 37/8
50/19 50/21 50/23 53/20
58/9 58/18 58/22 59/13
59/17 59/20 61/1 61/4
61/8 61/24 62/6 62/25
63/7 63/12 63/14 64/5
64/10 64/15 64/24 65/4
65/12 65/15 65/16 66/12
66/24 67/4 67/8 67/12
68/22 68/25 69/21 83/16
84/7 85/12 85/14 98/20
99/14 110/18 111/2
111/24 111/24 121/19
126/14 127/3 127/17
133/10 134/1 134/12
134/20 134/22 135/12
136/7 136/9 138/11
138/25 146/4 146/20
147/8 148/11 148/23
154/6 154/13 159/23
172/2 173/4 173/5
173/14 173/15 173/16
177/8 178/16 181/23
182/17 183/19 186/5
190/21 191/8 194/16
194/17 194/19 194/20
194/21 195/2 196/1
196/5 196/19 196/20
200/3 205/25 205/25
206/1 207/4 207/11
208/1 208/2 211/17
217/3 217/14 218/2 218/3
218/4 219/25 223/18
223/19 224/23 225/3
225/8 227/20 228/2

228/15
**soil's [1]** 65/21
**soil-like [2]** 206/1 208/2
**soils [8]** 59/11 62/6
121/14 130/18 134/19
145/15 162/5 195/10
**sold [1]** 123/22
**solid [1]** 207/4
**solvent [1]** 60/4
**somebody [2]** 130/9
156/3
**somebody's [1]** 85/15
**somehow [9]** 9/6 20/15
22/4 29/7 32/24 34/15
85/16
**someone [2]** 10/15
189/19
**someplace [3]** 110/21
117/14 140/6
**something [33]** 5/22
11/21 29/2 29/16 33/12
60/7 64/18 87/3 93/3
96/9 100/1 100/7 100/9
100/18 102/1 107/5
110/14 114/22 115/18
116/14 116/25 132/19
133/10 133/17 134/20
156/1 157/20 178/20
203/10 205/8 220/12
228/3 235/17
**sometime [2]** 128/1
152/9
**sometimes [12]** 40/16
47/19 79/18 92/23 98/5
100/20 114/3 122/6
122/7 160/10 185/3
211/25
**somewhere [8]** 47/13
64/18 100/4 110/6 166/2
169/23 178/19 182/6
**son [2]** 36/20 54/14
**sorry [75]** 4/9 7/11
11/20 18/19 18/25 19/4
20/11 21/25 23/1 23/16
24/13 28/18 28/25 29/25
32/7 36/11 38/12 41/3
43/13 44/5 45/6 45/10
49/13 51/25 52/16 56/20
58/19 60/14 61/7 64/25
65/13 67/11 71/22 75/25
78/12 88/23 89/13
104/11 104/24 105/2
116/23 116/25 128/18
131/11 137/1 152/14
159/13 161/22 162/15
164/5 166/13 170/10
178/12 181/18 185/12
187/13 188/14 191/17
192/7 193/12 197/18
197/24 198/23 199/25
200/8 200/25 202/5
202/15 203/6 205/2
208/10 210/15 212/23
212/25 227/22
**sort [16]** 12/10 19/10
20/8 48/5 55/17 55/23

79/6 79/12 79/16 82/12
92/17 132/16 155/24
172/20 190/6 204/25
**sorts [1]** 56/8
**sounds [3]** 78/7 108/14
143/10
**source [49]** 10/5 10/22
16/8 16/14 17/8 17/18
45/3 45/5 58/10 100/3
100/5 102/6 102/10
107/13 107/18 113/12
113/15 113/24 114/23
115/11 115/15 115/17
117/15 121/13 122/25
126/5 128/21 128/23
130/7 130/8 131/4 131/6
131/7 132/8 138/15
138/20 145/4 153/25
155/23 185/21 187/10
187/11 215/14 225/20
226/4 229/6 229/11
229/12 229/16
**sources [21]** 14/22 15/3
42/9 108/16 113/7 113/8
114/10 114/12 114/13
114/16 115/5 121/10
123/4 123/6 123/10
145/4 192/5 192/5
195/10 214/20 225/16
**south [5]** 2/8 3/8 15/24
58/2 64/16
**Southeast [1]** 2/3
**SOUTHERN [1]** 1/1
**span [1]** 11/7
**speak [9]** 110/23 110/24
133/12 153/20 199/9
231/15 231/17 235/8
236/10
**speaking [1]** 33/12
**speaks [1]** 60/3
**spec [1]** 40/18
**specific [18]** 11/2 20/8
20/16 45/10 86/7 119/10
120/11 134/5 145/16
149/18 195/13 197/14
198/1 198/6 205/24
220/24 235/3 236/11
**specifically [23]** 10/23
11/4 12/23 14/9 15/15
22/17 23/9 29/18 30/11
44/4 46/19 52/4 52/16
53/1 59/9 74/17 82/21
95/13 125/24 130/17
234/15 235/8 235/22
**specificity [1]** 165/10
**specimen [1]** 96/2
**specimens [1]** 231/14
**specs [1]** 40/18
**spectrum [1]** 151/6
**speculate [1]** 140/6
**speculating [1]** 155/14
**spell [4]** 72/17 97/8
167/14 230/5
**spelled [3]** 72/20 97/11
230/9
**spelling [3]** 230/7 230/8

**S**

**spelling... [1]** 230/10
**spin [1]** 66/14
**spinal [2]** 235/18 236/8
**split [12]** 21/4 153/16
153/24 154/7 154/20
176/19 179/6 179/8
179/13 185/7 199/3
223/9
**splits [1]** 180/20
**spoke [1]** 189/18
**sponsor [1]** 13/7
**sporadic [1]** 92/23
**spot [1]** 49/14
**spread [2]** 119/13 164/3
**spreadsheet [5]** 7/17
8/18 8/19 10/11 11/3
**square [5]** 13/17 117/17
119/4 137/8 138/7
**Sr [1]** 185/24
**Sr-03-RC [1]** 185/24
**SR90 [1]** 219/16
**SRW01 [1]** 206/19
**stand [11]** 5/20 6/2
25/16 54/10 59/12 61/14
61/15 72/4 112/5 228/24
236/23
**standard [5]** 63/8 63/24
64/1 79/6 134/22
**standardized [1]** 56/7
**standards [3]** 56/4 56/5
65/20
**stands [3]** 64/23 112/25
204/8
**start [10]** 67/12 70/16
82/2 96/19 99/4 102/2
131/16 131/22 192/11
221/15
**started [8]** 37/7 54/25
115/17 120/19 131/8
131/12 146/11 229/22
**starting [1]** 172/19
**starts [1]** 103/19
**state [9]** 29/4 48/20 49/1
49/4 60/11 63/9 110/21
161/5 209/5
**state-licensed [1]** 48/20
**stated [3]** 49/8 52/4
64/19
**statement [7]** 23/21
29/12 29/15 35/17 37/5
132/23 228/20
**states [7]** 1/1 1/14 16/23
17/1 30/4 49/2 49/3
**stating [3]** 16/16 20/2
35/4
**statisticians [2]** 238/14
238/18
**stay [2]** 79/19 159/1
**step [15]** 104/11 158/3
184/5 187/2 187/24
188/6 188/21 189/1
189/7 189/7 189/11
196/7 196/10 196/11
196/18
**Stephen [6]** 1/18 3/11

69/12 241/6 241/12
241/13
**steps [3]** 151/22 187/3
211/13
**Steven [2]** 2/7 72/2
**Stewart [1]** 3/8
**sticking [2]** 129/4
129/17
**still [14]** 5/25 25/10
25/14 31/10 32/18 59/7
62/16 62/20 67/2 99/1
99/11 99/14 147/25
234/23
**stipulate [1]** 177/16
**stood [3]** 58/23 59/14
130/15
**stop [2]** 101/15 146/25
**stopped [2]** 234/13
234/14
**stored [1]** 63/22
**storing [1]** 187/19
**story [3]** 33/24 34/12
145/1
**straight [1]** 141/25
**straightforward [1]**
187/7
**strata [1]** 159/25
**stream [2]** 58/14 60/8
**Street [3]** 1/19 2/6 3/5
**stretch [1]** 129/10
**stricken [1]** 189/24
**strike [11]** 10/4 26/8
54/9 144/18 172/24
173/22 185/12 189/10
201/23 204/18 232/6
**strip [8]** 173/25 174/2
174/2 174/4 175/10
184/19 184/20 185/1
**stripping [4]** 174/23
174/24 182/21 182/23
**strong [1]** 81/21
**strongest [1]** 81/22
**strontium [142]** 85/15
86/12 97/20 99/7 112/10
112/19 113/6 113/15
114/18 114/22 115/7
115/12 133/10 147/12
148/14 148/17 149/1
149/5 149/7 149/10
149/21 150/2 150/6
150/12 150/13 151/6
151/7 152/17 153/8
155/11 162/11 168/17
168/20 168/22 171/14
171/19 172/9 172/18
172/22 173/4 173/5
173/8 173/9 173/11
173/14 173/15 174/1
174/6 174/11 174/13
174/14 174/15 174/17
175/3 175/5 175/14
175/16 175/18 175/24
175/25 176/10 177/8
178/10 178/16 179/4
181/1 181/5 181/20
181/23 182/17 182/20

182/21 183/6 183/12
185/2 186/2 186/5 186/5
186/8 186/15 186/17
187/1 187/16 188/1
188/11 190/11 190/19
191/9 192/6 193/4
194/15 195/13 195/22
196/1 196/5 196/8
197/21 197/22 198/1
198/6 202/7 203/3
203/17 204/17 204/20
205/4 206/11 207/11
208/3 208/4 208/4
211/17 217/8 217/9
217/16 217/21 218/25
219/17 221/16 221/25
222/3 222/7 222/12
222/19 222/21 223/6
223/8 223/13 223/17
223/18 223/14 223/24
224/25 225/8 225/14
227/1 227/13 227/19
227/20 228/10 229/7
**Strontium-85 [1]** 174/15
**Strontium-90 [131]**
85/15 86/12 97/20 99/7
112/10 112/19 113/6
113/15 114/18 114/22
115/7 115/12 133/10
147/12 148/14 148/17
149/1 149/5 149/7
149/10 149/21 150/2
150/12 150/13 151/6
151/7 152/17 153/8
155/11 162/11 168/17
168/20 168/22 171/14
171/19 172/9 172/18
172/22 173/4 173/5
173/8 173/9 173/11
173/14 173/15 174/1
174/6 174/11 174/13
174/17 175/3 175/5
175/14 175/16 175/18
175/24 175/25 176/10
177/8 178/10 178/16
179/4 181/1 181/5
181/20 181/23 182/17
182/20 182/21 183/6
183/12 185/2 186/2
186/5 186/5 186/8
186/15 186/17 187/1
187/16 188/1 188/11
190/11 190/19 191/9
192/6 193/4 194/15
196/1 196/5 196/8
197/21 197/22 198/1
202/7 203/3 203/17
204/17 204/20 205/4
206/11 207/11 208/3
208/4 208/4 211/17
217/16 218/25 219/17
221/16 221/25 222/3
222/7 222/12 222/19
222/21 223/6 223/8
223/13 223/17 223/24

224/25 225/8 225/14
227/1 227/13 227/19
227/20 228/10 229/7
229/15
**Strontium-specific [2]**
195/13 198/6
**studied [1]** 30/12
**study [24]** 29/11 83/19
84/14 84/24 87/5 90/2
90/7 91/13 91/23 157/8
161/8 232/12 232/14
233/11 233/13 233/15
233/18 233/20 233/24
234/10 234/20 235/4
235/5 235/8
**stuff [12]** 31/14 66/13
103/21 108/20 108/21
115/21 123/17 129/16
136/22 146/4 148/6
150/12
**subdivided [1]** 232/21
**subject [6]** 58/15 169/2
182/13 203/2 207/22
209/11
**subjected [1]** 58/4
**submit [6]** 64/3 170/1
170/20 205/21 206/15
207/20
**submits [1]** 170/9
**submittal [1]** 237/14
**submittals [3]** 12/19
50/16 52/16
**submitted [8]** 26/22 28/1
73/8 104/14 104/16
142/8 179/13 214/11
**subsequent [3]** 170/25
202/2 214/8
**substances [1]** 205/25
**substantial [1]** 105/9
**substantially [1]** 139/23
**subtracted [1]** 16/24
**subtractor [1]** 17/2
**subtype [1]** 91/23
**subtypes [2]** 90/12 91/12
**successful [1]** 58/6
**such [16]** 8/20 9/20
15/22 51/18 58/9 61/13
89/22 105/23 159/25
184/25 190/5 197/14
211/13 223/4 223/24
229/1
**sufficient [3]** 35/20 52/3
92/21
**suggest [4]** 32/23 109/15
203/9 229/15
**suggested [1]** 160/4
**suggesting [1]** 32/3
**suggests [1]** 175/9
**suite [6]** 2/13 3/5 3/9
3/13 225/25 226/12
**summary [1]** 64/19
**supplement [6]** 27/7
28/3 49/12 52/3 171/1
171/3
**supplemental [8]** 6/8
11/21 12/16 13/1 26/23

26/23 52/4 52/9
**supplied [2]** 17/4 34/23
**support [2]** 12/6 13/22
20/3 52/10
**supporting [1]** 142/1
**supports [2]** 23/4 81/22
**supposed [7]** 35/2 60/7
64/5 65/21 117/4 203/8
209/19
**supposedly [1]** 23/22
**supposition [1]** 71/7
**sure [45]** 7/12 8/22
16/12 20/12 25/21 35/19
35/20 36/5 36/17 43/2
45/17 52/12 52/15 53/1
68/1 71/6 78/1 81/18
92/2 96/10 100/19
101/21 106/24 126/20
128/19 139/19 143/13
162/3 168/5 169/11
176/10 185/21 194/5
200/6 205/8 211/23
219/10 222/15 223/23
225/5 225/5 230/18
233/21 233/21 237/20
**surface [9]** 100/11
100/16 115/25 116/11
118/12 124/4 125/4
162/6 206/1
**surprise [2]** 128/15
129/2
**surprising [1]** 128/24
**surrounding [1]** 56/14
**surroundings [1]** 138/16
**survivers [1]** 83/6
**susceptible [3]** 173/3
187/25 222/5
**suspect [4]** 173/1 176/24
177/7 211/6
**Sustained [2]** 51/10
208/19
**sustaining [1]** 62/17
**sweet [1]** 238/11
**switched [1]** 120/8
**SWMU [6]** 127/16
127/16 127/16 127/17
127/22 128/7
**SWMUs [2]** 127/8
127/24
**sworn [6]** 35/15 35/24
72/14 97/6 167/11 230/2
**system [5]** 82/7 121/12
186/8 186/12 235/17
**systems [3]** 125/9
145/12 145/18

**T**

**T-A-P [1]** 177/18
**T-S-C-A [1]** 60/16
**T-v-e-n-s-t-r-u-p [1]**
147/17
**tab [1]** 28/21
**table [9]** 102/23 148/1
172/2 172/4 205/25
206/9 207/3 208/1 208/5
**Table 1 [1]** 208/1

**T**

**Table 1A [1]** 206/9
**table's [1]** 172/2
**tables [1]** 133/21
**tail [3]** 132/20 140/19 143/23
**take [23]** 35/2 35/6 47/11 47/16 60/7 69/8 70/25 71/15 74/3 75/24 87/2 87/6 93/8 95/7 95/13 95/25 120/5 136/21 137/9 146/18 158/2 221/3 233/22
**taken [28]** 11/18 25/22 33/16 39/11 39/18 53/18 59/1 64/24 71/17 96/22 110/6 128/8 148/15 153/17 154/5 154/8 154/9 154/12 154/13 154/14 157/21 158/7 177/25 201/11 211/9 219/23 221/5 227/2
**takes [2]** 117/11 233/16
**taking [10]** 35/11 39/22 55/1 58/7 63/1 65/4 65/5 158/19 159/16 161/17
**talk [25]** 7/25 13/3 13/10 20/19 21/12 23/2 24/10 46/18 59/23 59/25 81/15 82/3 83/6 83/19 95/16 103/22 104/14 112/10 116/25 131/14 133/16 191/14 208/25 222/18 233/14
**talked [12]** 6/6 14/22 27/7 63/22 64/23 78/11 78/16 81/1 92/16 120/15 122/23 131/18
**talking [23]** 12/21 14/11 14/12 23/2 23/19 24/5 27/1 53/12 65/13 71/20 83/15 105/20 106/1 107/9 108/3 108/14 117/8 131/22 141/1 156/16 169/11 172/21 212/24
**talks [1]** 233/17
**tank [1]** 40/17
**TAP [2]** 177/12 177/18
**TAPPW [1]** 177/19
**TAPPW033S [1]** 177/11
**TAPPW034S [1]** 177/13
**TAPPW28S [1]** 177/5
**tarped [1]** 117/9
**TD [5]** 57/18 212/3 212/16 213/20 213/25
**TE [1]** 125/9
**TE-NORMS [1]** 125/9
**technical [6]** 127/13 132/18 189/18 190/7 190/10 190/12
**technically [1]** 162/18
**technician [2]** 190/5 190/7
**technological [1]** 212/24
**technologically [2]**

125/1 125/8
**technologically-enhanced [2]** 125/1 125/8
**TECHNOLOGIES [5]** 1/6 73/3 201/21 221/15 236/21
**Technologies' [1]** 86/10
**tell [29]** 35/24 39/20 39/21 44/13 44/18 44/21 67/17 72/17 76/4 79/9 97/7 113/1 130/23 134/9 136/23 137/18 160/14 163/10 163/11 167/14 168/19 169/10 176/21 178/6 191/17 199/7 200/23 230/4 233/19
**telling [2]** 116/14 118/5
**ten [1]** 5/9
**tend [3]** 116/15 117/21 122/13
**tends [1]** 117/22
**tenets [1]** 60/1
**term [7]** 49/6 90/10 127/13 137/1 142/10 151/4 188/15
**termed [1]** 124/20
**terms [7]** 9/10 11/17 14/23 54/8 98/10 136/25 233/8
**test [93]** 62/12 108/11 108/15 109/13 111/11 112/15 112/17 112/22 114/20 116/14 117/24 118/8 118/22 119/2 119/8 120/22 127/7 127/15 127/16 127/21 127/22 133/23 140/5 140/14 145/21 145/23 149/6 149/10 149/19 149/20 150/1 151/11 151/14 153/15 153/16 154/1 154/25 155/6 155/11 173/9 174/10 174/20 175/20 176/18 176/22 178/2 179/11 179/13 180/25 181/14 181/16 181/19 182/2 183/24 184/3 184/4 184/10 185/7 185/7 185/11 185/14 188/8 188/22 189/8 189/19 190/8 190/23 191/1 192/15 192/25 195/19 198/9 198/12 198/18 198/20 199/4 199/10 202/7 202/19 203/3 203/16 204/6 207/8 208/8 208/16 209/23 210/1 210/23 211/3 211/4 211/19 219/22 223/9
**tested [34]** 62/1 99/25 106/10 119/11 122/6 122/15 122/19 122/21 122/21 127/8 128/9 128/10 128/12 128/20

128/22 128/23 129/16 129/18 130/17 130/24 134/23 140/1 146/4 147/13 156/10 161/20 165/11 173/8 173/9 173/11 174/19 174/20 199/3 199/4
**testified [15]** 33/1 33/2 36/4 39/10 104/8 104/13 157/2 160/3 175/22 180/12 184/17 190/16 202/8 226/25 234/12
**testify [2]** 196/14 216/2
**testifying [5]** 24/21 24/24 41/17 62/11 170/8
**testimonies [1]** 31/4
**testimony [113]** 12/13 12/22 13/2 16/12 22/5 23/15 23/25 26/5 29/23 29/23 30/5 31/21 32/17 32/25 33/5 33/7 33/9 33/13 33/14 33/16 33/17 33/19 33/20 33/23 35/16 35/25 36/2 36/14 36/15 36/21 37/18 38/3 38/8 38/10 39/9 39/12 39/14 39/16 39/21 41/6 41/14 42/3 42/4 42/24 43/21 43/24 44/3 44/7 46/23 47/1 49/17 52/18 53/17 53/19 54/2 54/7 54/8 54/19 57/7 57/17 57/17 60/22 62/19 63/19 66/9 66/13 68/17 68/18 68/18 71/2 71/4 71/5 73/9 102/23 112/5 120/13 126/15 139/13 153/6 157/3 158/4 158/17 161/10 161/24 163/3 165/6 168/7 169/6 171/24 172/21 179/5 190/9 191/21 192/23 203/11 205/13 206/23 211/24 212/10 222/2 224/16 228/19 236/23 237/2 237/17 237/19 238/16 239/13 240/3 240/7 240/11 240/15 240/24
**testimony's [1]** 42/20
**testing [67]** 25/13 56/6 56/8 62/10 99/9 99/14 111/12 117/25 119/6 121/7 128/5 128/25 135/4 141/18 145/22 145/23 145/24 148/2 149/5 149/18 149/24 153/1 154/18 158/23 158/24 159/7 171/24 175/24 179/17 179/19 179/21 179/23 180/17 180/18 182/20 183/9 183/11 196/4 198/18 198/20 198/21 198/24 199/2 199/14 201/10 201/18 203/2

203/24 203/25 204/17 204/20 205/4 205/6 205/21 206/2 206/4 206/16 206/20 206/21 207/22 207/25 208/24 208/13 208/17 224/5 224/8
**tests [9]** 99/10 132/6 137/12 137/14 138/7 146/1 149/9 149/22 149/23
**text [1]** 7/4
**thank [52]** 4/18 4/23 19/4 19/4 23/7 28/20 28/23 28/25 47/10 69/7 71/13 71/14 72/6 72/21 73/13 87/14 89/7 92/8 92/10 96/15 96/16 96/17 96/21 97/12 158/1 158/5 158/6 158/12 165/14 165/15 167/4 167/5 167/18 170/18 195/7 213/9 221/1 221/2 221/9 226/15 226/17 226/18 229/17 229/18 229/20 230/11 236/14 238/10 238/11 239/9 239/15 239/16
**that's [213]** 4/22 4/24 5/14 8/14 9/4 10/1 11/9 13/5 13/25 16/7 16/16 17/10 19/10 19/20 20/9 22/13 22/24 23/5 23/10 24/5 24/25 26/18 26/19 27/15 30/2 30/14 30/17 31/19 32/5 32/10 35/3 35/15 38/20 39/24 40/11 40/20 41/11 45/14 45/25 45/25 49/6 60/5 60/6 60/8 62/23 64/25 65/6 65/12 65/16 66/13 68/11 68/23 70/20 70/22 73/16 73/25 74/7 75/13 76/13 79/4 79/11 79/13 80/10 80/20 81/3 81/9 82/8 82/20 83/18 84/1 84/13 85/3 85/21 85/24 86/5 87/12 92/23 94/2 94/23 95/4 95/23 97/22 101/13 103/18 103/18 103/23 104/13 105/13 105/20 106/1 107/17 107/20 107/23 107/24 109/2 109/3 109/6 109/13 111/7 113/23 116/10 117/5 117/8 118/10 118/25 120/2 120/6 120/8 120/21 121/1 121/17 122/17 122/24 125/15 127/9 127/13 129/24 130/19 131/1 131/8 131/12 132/12 135/3 137/22 139/24 140/13 140/25 144/13 144/24 146/22 146/25 147/17 147/20 147/24

148/5 148/6 149/6 149/12 151/7 154/16 154/20 154/22 155/2 156/18 157/13 162/24 164/12 165/24 166/18 168/9 169/25 171/9 172/7 173/18 175/1 175/15 177/7 179/6 180/16 181/15 182/4 182/16 182/21 184/9 184/23 185/21 187/6 187/10 187/22 188/16 188/18 189/2 189/23 192/21 193/20 197/5 197/15 197/20 197/21 198/8 201/7 201/14 201/16 203/2 204/11 204/12 209/2 209/2 209/21 209/24 210/12 213/21 214/21 216/4 216/24 218/2 218/16 218/23 219/1 219/14 219/16 219/22 220/12 222/3 223/2 224/13 224/16 227/5 233/1 235/13 236/3 238/1 238/6
**the 6 [1]** 155/25
**themselves [1]** 175/1
**Theoretically [1]** 187/22
**theory [7]** 20/4 34/1 34/2 34/22 35/3 35/4 116/3
**therapeutic [1]** 84/22
**therapy [9]** 81/23 82/4 82/10 82/25 83/2 85/8 95/11 95/21 96/5
**there's [45]** 19/12 23/3 25/2 29/5 30/25 33/22 37/2 37/25 53/14 60/23 62/2 69/25 74/23 75/6 75/7 76/4 80/23 83/4 86/6 86/18 89/19 105/9 118/25 119/8 123/3 132/23 140/5 144/22 153/11 155/12 157/11 163/9 169/5 169/6 179/11 193/16 204/9 219/13 223/18 226/6 227/15 228/2 233/1 235/16 239/3
**thereafter [1]** 169/24
**therefore [2]** 106/4 116/8
**thermal [3]** 7/9 7/15 14/14
**they'll [1]** 187/17
**they're [22]** 53/1 66/11 83/15 99/1 99/14 114/3 114/7 127/12 147/2 162/5 162/5 162/7 173/3 176/10 186/14 186/24 190/14 219/8 220/9 222/1 223/14 223/14
**they've [2]** 86/12 175/17
**Thibodeau [1]** 16/19

(WITNESSNAME)                                                                    Index: thing..Tru

**T**

**thing [21]** 7/2 23/13
41/14 93/20 103/23
103/25 105/4 107/10
107/23 108/22 109/2
113/14 113/21 118/4
130/21 144/1 150/11
172/23 209/24 213/8
238/1

**things [30]** 8/24 11/15
12/5 15/1 15/12 60/6
92/17 98/17 98/19 98/24
100/6 103/8 103/23
104/1 119/8 120/23
122/10 123/18 125/4
129/17 134/1 134/9
136/8 143/24 148/3
148/20 150/3 162/7
209/19 210/2

**think [87]** 5/8 5/8 5/9
5/14 13/25 14/9 20/21
23/23 28/21 33/6 33/21
39/7 47/12 53/14 60/16
61/2 64/12 64/13 71/20
78/5 78/11 78/19 81/16
81/20 87/21 95/9 96/6
96/18 98/9 103/25 108/3
108/5 108/24 110/11
112/2 115/15 118/17
120/16 120/19 121/6
126/22 140/1 141/10
141/20 142/15 143/15
148/14 148/16 148/22
149/15 149/15 149/17
164/5 169/25 171/10
173/20 182/24 184/5
184/14 184/22 185/16
187/8 191/3 194/25
195/1 203/18 205/15
207/6 208/7 208/12
208/15 212/7 213/18
214/21 215/24 215/24
215/25 217/7 218/21
220/24 222/9 225/8
225/23 226/10 227/15
229/11 238/18

**thinking [1]** 179/1
**third [3]** 27/1 28/9 66/11
**thirds [1]** 188/17
**Thirty [1]** 200/24
**thoria [3]** 213/17 214/14
219/3

**thoriated [13]** 107/22
108/1 108/8 108/25
109/5 109/6 109/21
109/24 110/1 110/8
111/18 212/11 213/23

**thorium [163]** 98/2 98/3
98/5 98/6 98/7 98/8
98/10 98/12 98/14 98/15
99/4 100/18 100/20
100/21 100/23 101/1
101/2 101/3 101/5 101/9
101/9 101/11 101/12
101/14 101/14 101/18
101/19 101/20 101/22

101/22 101/23 101/24
102/1 102/2 102/4 102/6
102/8 102/10 102/12
102/13 102/14 102/16
102/17 102/17 102/19
102/19 102/20 103/1
103/9 103/15 103/18
103/19 103/19 103/23
103/24 104/3 104/19
104/19 104/22 104/22
104/23 104/25 105/4
105/6 105/6 105/7 105/7
105/10 105/11 105/19
105/20 105/21 105/21
105/23 105/24 106/4
106/5 106/6 106/6 106/7
106/10 106/11 106/11
106/15 106/16 106/17
107/1 107/2 107/3 107/4
107/5 107/8 107/9
107/10 107/14 107/15
107/15 107/18 107/21
108/1 108/7 108/12
108/19 108/23 108/23
108/23 108/25 109/3
109/7 109/7 109/8 109/9
109/10 109/12 109/15
109/18 110/25 111/4
111/5 124/6 124/22
135/19 163/15 171/7
171/10 171/18 183/15
183/20 192/4 195/9
211/21 211/21 211/25
212/1 212/1 212/6
212/11 212/16 212/17
212/20 213/17 213/20
213/20 213/21 213/22
213/23 213/24 214/18
214/20 214/23 215/11
218/16 218/18 218/19
218/19 218/24 219/1
220/12 235/21 235/22
235/23 235/23 236/2

**Thorium-228 [5]** 103/23
104/19 104/23 105/7
106/6

**Thorium-230 [26]** 98/3
101/3 101/9 101/12
101/14 101/20 101/22
101/24 102/4 102/6
102/10 102/12 102/13
102/17 102/20 103/9
103/15 104/2 104/24
105/6 105/24 106/7
106/11 107/15 107/18
212/1

**Thorium-232 [41]** 98/2
98/5 98/7 98/10 98/15
101/5 101/9 101/11
101/14 101/19 101/22
101/23 102/1 102/2
102/8 102/17 102/19
103/19 103/24 104/3
104/19 104/22 105/7
105/20 105/21 106/5
106/11 106/17 107/5

107/3 107/23 108/25
109/8 211/21 212/1
212/6 212/11 213/21
213/24 218/19 218/19
213/24 218/19 218/19

**Thorium-234 [5]** 212/16
212/17 212/20 213/17
213/21

**thorium-uranium [1]**
135/19

**Thorotrast [2]** 236/5
236/7

**those [134]** 9/2 9/14
9/25 10/22 11/1 11/1
14/19 15/12 19/21 19/22
21/6 24/1 25/17 28/3
31/11 35/12 41/12 41/17
42/18 46/14 46/16 47/3
51/3 52/16 52/24 53/16
55/14 55/17 55/21 56/21
56/23 57/25 58/15 59/11
61/9 61/14 62/12 63/4
63/16 70/9 71/24 71/25
73/11 74/21 86/4 88/4
91/19 92/7 95/7 97/24
98/19 98/24 99/12 105/8
111/24 111/25 112/3
112/4 112/11 113/8
115/3 115/15 116/16
117/21 123/10 124/18
127/11 127/19 127/21
128/2 130/11 131/3
132/24 133/13 134/14
134/15 135/20 136/9
137/21 139/21 142/14
142/15 146/18 148/1
148/11 148/13 148/14
148/20 153/3 153/4
154/17 155/18 155/18
165/5 165/7 170/9 172/3
173/21 174/11 174/15
176/23 178/5 183/1
187/10 187/11 187/12
187/18 188/9 196/6
203/25 204/3 204/13
209/20 211/7 211/11
214/9 214/23 215/6
215/10 215/25 216/11
220/5 220/14 220/14
224/6 224/9 225/25
226/1 226/11 228/8
229/1 233/15 234/19
238/22

**though [9]** 31/7 33/2
59/7 66/9 99/10 99/13
114/3 227/6 229/9

**thought [5]** 65/12 137/1
159/16 192/7 195/2

**thousand [4]** 86/19
86/24 152/12 195/23

**thousand-page [1]**
152/12

**thousands [5]** 14/1 14/7
14/16 14/19 14/19

**three [20]** 8/14 18/18
19/6 64/13 64/22 66/2
69/12 69/14 74/14 74/19

76/16 82/1 98/25 105/8
184/5 187/2 187/3 188/6
189/1 224/11

**three-step [4]** 184/5
187/2 188/6 189/1

**threshold [1]** 233/2

**through [37]** 20/23
25/11 25/24 26/13 42/6
53/2 53/8 54/4 56/17
61/15 72/8 75/6 75/23
77/22 88/5 96/9 99/5
111/17 117/15 117/16
123/8 125/3 130/11
141/14 142/14 145/18
150/13 159/23 189/22
196/20 202/12 209/13
217/12 217/17 217/19
220/13 238/5

**throughout [6]** 29/10
48/14 49/7 73/8 126/9
225/12

**thus [1]** 85/22

**timeline [3]** 11/16 14/5
33/21

**timely [1]** 66/6

**times [12]** 5/17 59/25
68/24 79/19 178/20
182/7 187/9 195/16
195/21 195/23 222/9
223/17

**tinea [2]** 82/16 82/18

**tissue [9]** 92/4 92/7
133/11 133/17 133/20
136/8 156/22 171/7
171/25

**tissues [1]** 133/12

**title [1]** 206/13

**to 4 [2]** 79/10 79/16

**today [28]** 12/17 12/22
27/7 35/24 53/4 55/22
56/24 71/2 73/2 73/8
96/4 123/7 126/15 157/2
164/20 166/7 166/19
166/23 168/7 169/17
169/18 179/1 185/18
188/25 202/8 215/5
223/18 238/21

**together [6]** 13/8 31/14
100/23 105/9 163/19
164/1

**told [11]** 37/4 44/1 44/16
68/21 68/23 70/25 104/7
104/12 145/1 203/18
204/23

**tomorrow [5]** 238/16
238/17 238/19 239/7
239/11

**tons [8]** 18/16 18/18
18/19 18/24 19/6 19/12
19/14 19/19

**too [10]** 33/22 111/7
132/12 132/18 153/12
153/13 174/24 174/24
175/7 175/13

**took [27]** 6/12 24/3
31/22 32/1 32/24 33/1

33/8 33/10 35/14 35/23
35/25 70/6 70/13 70/16
70/24 126/10 130/14
136/6 145/16 153/22
153/23 154/13 159/10
159/14 159/15 167/25
168/4

**tool [1]** 6/23

**top [7]** 42/24 44/4 53/2
93/5 120/3 197/12
205/20

**topic [1]** 221/15

**topsoil [2]** 38/4 40/20

**total [8]** 19/17 67/7
67/12 100/20 135/16
137/12 137/14 156/21

**totality [2]** 54/16 163/4

**totally [1]** 211/12

**town [1]** 25/6

**toxicologists [1]** 231/24

**toxicology [1]** 232/4

**TPS [3]** 7/10 7/15 8/4

**trace [2]** 85/14 99/11

**tracer [3]** 174/14 174/15
174/15

**tracers [1]** 174/16

**track [3]** 68/22 69/20
132/25

**train [1]** 63/12

**training [2]** 231/2 231/5

**transcript [5]** 1/12
38/14 39/19 45/16 241/8

**transferred [2]** 7/5 67/8

**transgressor [2]** 235/21
236/9

**transport [14]** 51/24
52/15 52/19 67/4 115/21
115/25 116/12 116/12
116/18 117/3 117/5
121/9 155/25 235/22

**transported [2]** 8/16
50/19

**transporter [3]** 36/19
45/24 54/3

**transporting [2]** 60/25
116/9

**trap [2]** 162/4 162/5

**trash [1]** 57/25

**treat [3]** 27/20 234/16
234/17

**treated [5]** 58/12 82/15
82/24 94/2 105/9

**treating [2]** 90/16 91/7

**treatment [9]** 62/3 68/14
83/23 94/24 121/13
230/22 234/12 234/14
234/24

**treatment-induced [1]**
94/24

**treatments [2]** 234/21
234/22

**tried [1]** 24/9

**trihalomethanes [2]**
77/15 77/16

**Tru [34]** 10/12 34/23
35/6 35/13 36/8 36/19

**T**

**Tru... [28]** 36/21 37/1 37/19 37/19 38/16 39/21 40/10 42/11 42/17 43/6 43/22 43/25 44/1 44/11 44/21 45/3 45/8 45/10 45/19 45/23 53/8 53/19 53/24 54/2 54/14 54/15 54/16 68/8

**truck [14]** 10/10 18/16 18/19 18/24 19/6 19/12 116/21 116/22 116/24 117/9 117/10 117/13 117/16 130/2

**trucked [2]** 17/24 20/4

**trucker [1]** 31/25 43/25

**truckers [3]** 37/9 44/1 70/23

**trucking [44]** 10/12 11/1 16/24 17/19 34/1 34/2 34/13 34/23 34/24 35/6 35/14 36/8 36/19 36/21 37/1 37/19 37/20 38/16 39/21 40/10 42/11 42/17 43/6 43/22 43/25 44/1 44/11 44/21 45/3 45/8 45/10 45/19 45/24 49/19 49/20 53/8 53/19 53/25 54/3 54/14 54/15 54/16 68/8 116/3

**truckload [1]** 18/16

**truckloads [2]** 18/15 19/14

**trucks [5]** 19/22 130/11 130/16 130/19 130/25

**true [15]** 20/2 39/19 80/15 93/20 95/24 101/13 121/17 125/20 140/16 140/17 144/24 161/1 203/9 204/10 227/18

**Trujillo [23]** 31/21 31/25 32/24 33/25 34/2 34/14 35/22 36/20 36/20 37/1 39/20 40/9 41/24 43/7 43/22 53/17 53/24 54/5 54/7 54/9 54/11 54/13 71/2

**Trujillo's [9]** 33/7 33/15 38/3 38/15 39/17 42/5 44/8 71/4 71/5

**truth [2]** 24/8 35/24

**try [14]** 11/18 11/18 47/15 47/20 72/16 108/9 119/2 123/5 134/4 138/13 146/9 159/1 167/13 230/3

**trying [15]** 10/12 19/10 23/17 31/2 31/5 39/7 129/6 132/9 147/3 164/9 174/1 196/23 212/19 223/25 225/18

**TSCA [2]** 60/11 60/15

**TSCA and [1]** 60/11

**tumor [34]** 73/22 74/18 75/7 75/11 75/17 77/2

77/7 78/8 78/25 79/12 79/14 79/17 80/3 80/9 80/11 80/13 81/1 81/10 85/1 92/17 92/21 93/24 93/25 94/2 94/9 95/6 230/20 230/22 230/23 231/7 232/24 233/6 233/7 233/24

**tumors [23]** 79/2 79/6 79/18 79/21 80/1 80/16 80/18 84/22 86/7 90/11 92/23 94/24 94/25 94/25 96/12 232/10 233/8 233/15 234/7 234/19 237/8 237/9 237/23

**turbine [1]** 125/10

**turn [6]** 28/21 46/2 95/12 172/14 172/17 216/16

**turned [1]** 81/19

**turnpike [3]** 32/2 32/13 33/9

**turns [3]** 76/21 102/20 118/17

**Tvenstrup [6]** 147/16 147/25 148/16 161/20 161/24 162/11

**Twenty [3]** 18/18 19/6 201/1

**Twenty-nine [1]** 201/1

**Twenty-three tons [2]** 18/18 19/6

**twisted [1]** 205/1

**two [25]** 13/17 25/2 25/8 27/22 28/3 35/23 66/2 66/7 97/19 115/3 140/11 154/8 163/6 165/5 176/14 177/5 180/8 180/11 184/15 188/17 188/17 194/9 196/24 214/7 238/13

**two-and-two-thirds [1]** 188/17

**type [15]** 10/24 55/25 60/9 80/8 80/11 90/1 93/24 95/16 122/20 124/12 125/13 133/8 206/6 232/24 234/8

**types [16]** 78/8 78/25 80/1 80/3 80/4 81/10 92/7 134/5 161/14 163/18 180/19 181/8 194/21 220/15 232/21 233/15

**typical [3]** 47/4 177/8 228/11

**typically [4]** 63/11 85/8 105/24 181/24

**typo [1]** 213/18

**typographical [1]** 213/22

**U**

**U.S [2]** 191/3 194/16

**ubiquitous [1]** 183/15

**Uh [1]** 84/20

**Uh-huh [2]** 84/20

**ultimate [1]** 50/10

**ultimately [3]** 50/20 150/15 150/22

**Um [1]** 229/8

**umbrella [1]** 48/13

**unable [1]** 210/3

**uncertain [1]** 140/3

**uncertainty [1]** 33/4

**uncontrolled [1]** 114/6

**under [22]** 5/25 8/10 31/18 53/12 54/2 60/10 60/11 64/3 83/14 89/19 90/14 91/25 112/4 122/4 134/15 153/4 155/7 174/2 174/2 174/16 174/17 175/5

**under-estimate [1]** 175/5

**under-reported [1]** 155/7

**under-reporting [1]** 174/17

**under-strip [2]** 174/2 174/2

**underestimate [4]** 47/19 175/16 176/11 196/8

**underestimates [1]** 47/22

**underestimating [1]** 175/13

**underestimator [1]** 47/25

**underlying [3]** 151/17 152/18 152/24

**understand [46]** 13/16 14/1 39/13 42/3 51/23 69/12 71/9 82/1 82/6 98/1 101/21 109/24 110/14 110/16 111/21 112/23 118/25 123/20 125/20 133/24 141/11 144/8 149/13 149/25 151/13 164/17 164/19 165/20 173/23 173/24 177/23 180/7 187/13 196/22 196/23 200/7 204/9 204/25 209/10 210/5 210/10 210/11 211/11 211/12 215/13 238/13

**understanding [15]** 8/19 23/24 24/3 24/5 31/17 31/19 37/14 52/6 52/14 110/8 153/18 168/6 189/5 191/2 233/9

**understood [7]** 60/25 125/6 128/8 139/2 164/19 170/17 238/8

**undertaken [1]** 67/9

**unfortunate [1]** 80/15

**unincorporated [1]** 70/2

**unique [2]** 162/12 186/8

**uniquely [1]** 81/11

**unit [2]** 168/23 218/24

**UNITED [10]** 1/1 1/6

1/14 38/6 40/19 73/2 86/10 201/20 221/15 236/21

**units [1]** 127/14

**University [2]** 230/21 231/2

**unnatural [1]** 129/8

**unqualified [1]** 147/9

**until [5]** 39/11 71/5 119/24 152/6 170/9

**unusual [1]** 144/23

**upon [23]** 12/10 29/24 30/6 39/8 43/5 45/19 46/25 47/4 49/8 55/18 56/12 58/18 58/19 70/9 84/11 141/8 149/16 154/3 172/12 225/12 232/17 232/24 239/10

**upper [2]** 140/19 143/23

**Upwards [1]** 80/21

**uranium [28]** 102/12 102/14 103/1 103/4 103/5 103/7 103/15 104/17 104/22 105/7 105/25 106/4 106/6 106/15 107/2 107/16 124/6 124/21 124/21 135/19 163/15 183/15 183/19 192/3 195/9 200/5 212/1 212/18

**Uranium-234 [1]** 124/21

**Uranium-235 [1]** 124/21

**Uranium-238 [3]** 102/14 104/17 212/18

**us [27]** 4/8 28/6 28/7 65/1 66/6 68/25 72/17 72/18 78/1 97/7 97/9 97/23 98/9 116/14 135/17 141/3 142/6 154/1 160/14 167/14 178/6 191/17 193/2 209/15 230/4 230/5 230/9

**usage [1]** 235/25

**used [82]** 4/11 9/8 15/13 15/23 16/4 16/6 16/15 24/1 31/14 37/13 45/5 52/20 65/1 85/4 85/8 108/21 108/22 108/24 108/25 109/3 110/1 110/8 110/10 113/5 120/17 123/25 134/20 135/2 136/9 140/2 144/21 146/21 149/6 153/19 163/7 168/21 169/20 174/10 175/20 183/1 184/2 184/3 184/5 184/8 184/10 185/14 185/15 187/1 187/5 187/8 188/3 188/21 189/1 189/3 189/6 189/8 191/1 198/9 198/10 198/13 198/15 200/14 206/16 206/20 206/21 206/22 207/9 210/21 210/23 211/4 213/23

214/13 214/24 215/3 215/4 215/6 215/17 215/23 221/16 234/17 235/24 236/7

**uses [5]** 175/15 188/5 188/5 198/6 207/12

**USGS [2]** 29/9 55/14

**using [19]** 6/15 21/24 32/13 40/7 48/6 56/3 131/17 136/12 149/16 151/4 165/24 169/21 187/19 195/13 199/6 209/14 215/23 222/21 234/21

**usually [3]** 127/12 176/1 184/25

**UTC [43]** 7/3 7/6 11/18 28/8 30/3 31/22 32/12 33/18 34/18 35/9 45/21 50/11 50/17 53/20 55/1 57/20 58/10 62/13 63/5 63/22 66/25 67/4 68/18 70/4 129/2 129/7 140/21 140/22 145/2 158/19 158/23 159/14 159/16 163/20 176/19 201/10 202/20 204/5 206/24 212/12 215/3 216/13 231/15

**UTC's [1]** 63/4

**utero [2]** 220/8 220/17

**V**

**value [3]** 131/19 166/9 220/19

**values [8]** 132/15 132/15 138/16 138/20 138/21 165/23 223/15 229/10

**Vanderbilt [1]** 220/14

**variability [1]** 165/10

**varies [1]** 99/7

**variety [4]** 78/8 78/8 79/2 234/22

**various [6]** 6/24 13/3 63/22 173/18 190/20

**vary [2]** 122/2 122/13

**vast [1]** 81/6

**vector [3]** 116/5 116/9 118/11

**vectors [1]** 121/10

**Vermont [1]** 99/20

**version [1]** 212/4

**versus [4]** 98/10 112/7 141/24 201/20

**vertical [2]** 9/2 9/13

**very [64]** 4/23 5/17 14/10 19/4 23/13 32/12 54/19 60/6 60/9 60/9 60/10 60/11 66/17 66/17 84/1 105/9 118/5 118/9 129/3 134/17 139/16 145/16 145/24 149/5 149/18 151/6 165/14 165/17 169/20 169/20 169/23 171/1 171/16 171/21 172/8 172/8

**V**

**very... [28]** 172/8 176/1
176/2 181/13 181/24
182/17 187/7 187/24
187/25 195/24 195/24
211/15 218/11 218/20
218/23 218/25 221/23
222/1 222/8 222/12
223/14 224/13 224/20
225/13 225/13 236/8
238/4 238/11
**vicinity [1]** 28/14
**victim [2]** 87/25 207/20
**victims [1]** 88/1
**view [1]** 122/24
**viewing [1]** 88/25
**visible [1]** 129/21
**visually [1]** 11/19
**volume [5]** 1/11 18/15
19/11 37/6 37/7
**volumes [1]** 180/19

**W**

**waiting [1]** 192/9
**waive [1]** 39/2
**walking [1]** 72/8
**wall [4]** 217/9 217/20
218/20 218/22
**want [40]** 5/19 5/23 8/23
18/13 18/18 18/21 32/22
33/25 34/5 34/5 34/13
36/5 39/2 43/10 65/1
66/19 74/1 82/1 87/24
95/12 95/13 100/18
101/15 106/22 108/17
118/18 121/18 126/20
131/14 139/6 147/5
165/20 197/19 204/14
204/16 204/19 205/7
209/22 225/22 237/24
**wanted [11]** 13/7 30/11
87/22 113/2 115/18
118/22 141/6 143/13
172/23 207/8 235/11
**wants [1]** 157/15
**washed [1]** 150/7
**wasn't [16]** 11/15 16/12
31/15 32/23 33/22 34/14
61/17 84/9 96/3 118/11
118/12 142/10 155/3
163/24 234/9 238/2
**waste [18]** 6/24 34/18
48/12 48/22 48/22 50/10
57/19 57/24 58/3 58/13
59/4 60/1 60/8 60/9
110/6 127/14 129/3
129/22
**waster [1]** 206/1
**wastes [2]** 129/21
129/21
**water [25]** 83/16 115/25
116/11 118/12 121/12
121/13 121/20 125/9
133/11 145/12 145/18
145/19 145/20 145/21
145/22 145/23 145/23

146/5 146/7 148/23
162/4 194/20 195/1
195/4 200/4
**ways [10]** 115/3 117/19
132/3 132/13 138/22
155/6 163/6 173/18
210/20 230/9
**we'd [3]** 113/18 169/4
213/3
**we'll [13]** 15/17 16/17
17/11 64/3 71/15 76/3
99/3 131/22 136/3 158/4
179/8 181/3 239/12
**we're [23]** 4/14 5/8 5/13
27/3 27/5 30/10 53/4
57/9 72/1 79/5 108/3
131/22 132/24 135/16
141/1 163/8 193/22
196/1 208/24 211/15
222/13 238/5 239/12
**we've [10]** 77/10 77/14
77/18 77/22 120/7 138/9
138/11 145/7 173/24
238/19
**weapons [3]** 99/8 99/14
141/18
**website [2]** 12/1 12/4
**week [8]** 38/3 38/9 38/10
41/8 41/24 42/6 44/8
53/18
**Weinberg [1]** 3/11
**welcome [1]** 89/8
**well [136]** 4/16 5/4 5/6
5/16 9/18 10/7 14/5
16/23 18/13 18/22 21/11
21/22 23/15 25/2 25/20
27/17 29/5 29/7 30/1
33/2 33/16 33/17 34/7
35/4 36/4 36/5 37/5 39/6
39/9 40/1 42/20 46/19
53/14 57/15 60/3 64/17
65/25 67/19 68/18 68/21
71/25 73/7 74/23 76/1
83/5 84/6 86/15 86/21
89/4 94/25 99/2 100/13
101/2 101/21 103/22
104/2 104/18 105/1
106/2 107/8 108/17
110/23 113/1 113/23
121/2 125/18 126/5
126/8 131/1 131/8 132/3
133/12 138/13 138/13
139/5 141/12 143/4
143/10 144/9 144/18
145/22 148/12 148/22
149/6 149/10 149/19
150/5 151/14 153/21
155/8 156/7 163/6 168/2
168/21 169/8 170/12
171/15 172/7 172/24
175/7 175/11 176/7
176/22 180/6 181/3
181/8 183/19 186/20
187/15 188/5 193/3
193/3 196/25 199/6
200/17 204/17 209/7

209/12 210/7 213/24
216/20 217/18 219/10
220/19 222/8 222/12
222/15 223/7 223/23
225/22 227/20 228/2
232/5 237/2 237/21
237/24
**well-known [1]** 149/6
**well-phrased [1]** 138/13
**Wenderoth [1]** 172/1
**Wenderoth's [1]** 172/6
**went [45]** 18/9 19/23
33/6 35/12 50/20 50/23
50/24 51/6 52/21 53/8
58/24 62/1 62/2 63/14
63/14 64/11 64/13 64/17
66/25 68/7 68/8 68/22
68/23 69/1 69/21 69/22
70/5 110/19 111/5
111/25 117/24 120/20
122/6 123/7 127/6 127/8
127/15 127/15 128/10
128/4 130/16 153/21
153/25 231/3 231/7
**weren't [6]** 6/15 10/19
123/25 179/3 179/14
209/23
**west [10]** 1/8 1/20 2/12
3/5 3/9 16/1 64/15 65/8
65/14 123/13
**wet [1]** 13/23
**what's [20]** 13/21 14/17
23/1 67/14 85/7 98/5
113/6 113/12 113/17
130/1 130/3 147/15
149/1 187/3 188/18
192/19 194/4 197/13
200/1 208/10
**whatever [12]** 9/21
25/16 57/13 63/21 99/24
102/18 117/15 130/14
150/19 160/8 171/17
204/14
**whatsoever [2]** 157/24
177/10
**Wheeler [1]** 3/11
**whenever [1]** 162/16
**where [141]** 9/16 10/4
10/9 10/9 10/15 14/23
15/8 17/22 18/9 19/22
20/7 20/14 20/23 25/24
31/13 31/21 34/18 34/25
35/8 38/15 40/9 40/10
40/10 41/11 41/12 41/15
41/19 42/6 42/7 42/17
44/1 44/13 44/18 50/19
50/23 51/5 52/21 52/24
53/23 57/21 57/23 57/24
58/3 63/14 63/17 64/5
64/10 64/13 64/23 65/10
66/24 68/22 68/25 69/20
70/5 70/25 75/25 81/21
83/15 88/19 88/22 94/14
95/10 95/19 96/11 99/5
102/23 105/16 109/10
109/14 110/11 111/3

115/7 116/17 117/4
122/15 122/21 126/21
126/24 127/11 128/21
129/8 130/1 130/23
130/23 130/24 130/25
132/20 135/5 135/5
135/8 135/8 135/11
135/13 135/16 138/16
139/3 139/22 141/2
142/3 142/4 146/4
146/11 150/1 150/6
150/14 150/21 152/10
152/17 152/22 154/14
156/22 157/6 159/25
161/15 163/21 165/22
166/9 166/10 171/13
172/17 172/21 177/5
181/14 181/19 184/10
184/19 191/18 191/20
194/8 195/19 195/20
199/8 200/16 203/23
203/24 209/21 215/2
224/22 228/20 234/23
**whereas [2]** 145/25
184/8
**wherever [2]** 117/4
130/12
**whether [75]** 18/1 20/3
23/17 38/23 42/18 45/3
45/8 49/18 49/20 51/6
52/9 53/18 54/24 55/10
60/23 61/1 61/14 70/15
70/23 76/21 87/9 95/7
96/4 113/22 131/14
140/20 140/22 141/12
141/16 143/23 151/11
152/18 159/14 159/15
160/14 161/18 164/14
164/24 169/10 171/16
174/18 174/20 175/6
176/4 178/6 178/25
180/16 180/25 183/7
186/14 188/25 189/2
189/9 196/9 196/10
198/4 198/12 199/17
199/17 202/5 202/6
204/10 208/25 208/25
212/15 212/19 217/16
217/18 224/1 225/18
232/23 235/21 235/23
237/7 239/6
**whichever [2]** 35/10
98/10
**while [9]** 33/3 33/10
34/23 47/12 47/18 106/6
106/11 139/12 140/19
**White [2]** 38/7 40/16
**WHITNEY [150]** 1/7
7/23 8/9 11/23 14/3
14/14 15/17 16/17 17/11
17/24 18/6 20/4 28/8
28/14 35/1 35/7 35/14
36/1 36/9 36/23 37/4
37/10 40/25 41/1 41/2
41/6 42/1 42/12 42/19
44/22 45/4 45/9 51/6

55/11 56/14 57/4 58/3
59/9 59/21 60/24 61/2
61/14 61/20 69/22 70/4
70/24 98/21 99/23 100/2
100/5 100/7 107/19
107/22 107/25 108/7
108/13 108/20 109/4
109/12 109/15 109/17
110/1 110/9 112/12
112/20 113/4 113/5
114/10 114/18 115/7
115/7 115/8 115/12
115/19 115/21 117/14
126/5 126/9 127/16
127/20 128/13 128/15
128/22 129/11 129/16
129/19 130/22 131/6
135/13 136/3 138/15
138/25 139/14 139/16
139/17 139/20 139/24
140/2 140/7 140/8 141/7
141/15 145/9 149/17
153/15 153/19 153/25
154/3 154/4 154/13
154/18 154/19 155/24
155/25 159/8 165/1
165/3 174/19 177/19
177/20 178/1 178/18
179/4 179/10 180/8
181/6 183/7 183/24
185/6 199/3 212/5
212/13 212/15 213/2
213/16 214/14 214/18
215/6 215/9 215/15
215/16 215/22 216/13
219/4 225/17 229/13
229/14 229/24 229/24
238/3
**Whitney 6 [1]** 115/21
**Whitney's [4]** 127/7
128/4 153/22 213/19
**who's [3]** 143/8 167/6
229/21
**whole [9]** 16/13 33/16
33/24 88/18 121/17
141/14 163/13 225/25
226/12
**whoops [1]** 157/6
**why [42]** 30/25 34/7
47/15 59/23 67/13 67/17
89/6 127/13 131/8
131/12 133/20 145/21
161/12 168/19 172/5
173/22 178/11 178/13
178/13 179/12 183/22
192/12 193/18 196/14
207/6 208/7 208/12
208/24 209/11 209/13
209/18 209/25 209/25
210/12 213/24 217/6
222/7 227/19 233/19
236/11 237/19 238/4
**wide [3]** 90/10 129/19
173/17
**Wildlife [2]** 139/22
140/1

**W**

**William [1]** 169/15
**wind [1]** 118/12
**winds [1]** 162/6
**wise [3]** 15/19 15/19
146/2
**withdraw [2]** 146/10
162/20
**withheld [1]** 67/7
**within [21]** 14/8 53/16
63/24 94/5 95/17 127/22
140/24 156/11 164/15
164/17 164/21 171/21
171/22 182/9 182/11
186/13 211/16 223/15
227/3 228/8 232/10
**without [9]** 14/9 50/22
51/19 51/22 96/7 106/4
109/1 132/12 239/11
**witness [14]** 6/2 71/12
72/1 72/9 72/14 96/19
97/1 97/6 143/9 167/6
167/11 210/13 230/2
236/23
**witness' [1]** 43/5
**witnesses [1]** 238/13
**woman [1]** 78/2
**won't [3]** 150/14 176/7
176/11
**wonder [1]** 121/18
**wording [1]** 182/24
**words [7]** 46/14 46/16
162/13 168/23 175/4
194/14 200/13
**work [17]** 31/6 34/2
55/18 80/15 129/6
133/24 151/1 152/4
164/14 164/24 166/2
170/6 170/10 171/6
179/23 221/20 221/21
**worked [2]** 12/2 59/17
**workers [1]** 214/13
**working [11]** 12/12
33/22 33/23 54/25 55/7
55/9 113/22 156/23
195/19 209/2 219/4
**works [4]** 150/25 153/7
156/18 220/14
**World [2]** 79/5 79/22
**wouldn't [24]** 18/11
19/25 40/18 71/3 92/20
94/23 99/25 107/15
114/24 115/2 115/22
117/17 119/7 123/5
123/5 128/23 134/11
141/13 148/8 161/25
166/24 187/23 211/1
226/8
**wound [1]** 11/19
**writing [2]** 52/7 104/14
**written [24]** 12/13 12/22
20/22 21/9 21/12 21/18
21/18 25/8 26/21 27/13
27/18 28/1 45/25 46/18
59/20 73/7 73/18 79/25
81/19 83/10 83/13 87/11
98/14 236/22
**wrong [11]** 32/3 41/3
100/13 122/22 126/20
126/22 149/8 149/9
149/17 197/19 219/19
**wrote [6]** 36/25 52/13
95/10 140/25 171/1
202/17

**Y**

**Y-t-t-r-i-u-m [1]** 188/16
**yard [2]** 9/22 18/15
**yards [1]** 14/24
**yeah [26]** 13/25 17/16
19/6 23/3 28/21 45/14
54/8 76/9 76/10 76/11
80/22 82/14 84/3 90/10
92/12 93/14 93/15
104/12 109/6 113/19
131/23 133/1 136/23
142/9 142/9 197/10
**year [13]** 26/21 27/12
27/19 67/9 86/16 87/2
88/2 168/4 170/25
190/20 218/1 220/4
224/21
**years [7]** 32/1 78/6 87/3
88/1 88/5 99/10 190/21
**yellow [6]** 119/18
119/18 120/8 137/3
164/18 164/22
**yes [261]**
**yeses [1]** 113/2
**yesterday [5]** 6/6 12/14
16/9 16/10 27/6
**yet [4]** 67/3 71/24
170/15 215/15
**yield [4]** 176/9 176/9
196/6 196/7
**yields [1]** 175/12
**Yoakley [1]** 3/8
**you'd [13]** 19/21 19/23
96/9 102/7 102/14
113/19 117/16 118/22
130/11 130/13 156/2
156/4 196/25
**you'll [3]** 47/12 119/16
157/1
**you're [85]** 5/25 7/19
11/10 16/16 20/1 20/1
20/5 20/13 24/16 32/2
32/10 32/16 35/4 35/17
37/5 37/23 39/15 42/2
47/12 47/21 53/12 60/6
62/20 68/4 73/15 79/9
80/6 80/7 84/24 89/8
100/17 101/15 102/18
108/14 114/17 117/8
117/15 118/7 125/25
128/17 132/9 133/2
133/13 139/19 139/25
140/16 140/17 140/21
141/20 147/3 150/5
150/15 150/21 151/4
155/5 156/8 156/16
156/19 156/20 162/24

169/12 174/1 175/5
180/7 182/1 182/2
182/24 184/18 186/4
186/7 191/11 191/23
191/24 192/9 193/10
193/13 193/23 195/25
196/3 202/4 209/17
210/11 216/2 223/25
225/21
**you've [47]** 7/20 19/17
27/16 29/24 51/19 70/23
73/7 76/4 81/1 81/7
82/15 87/6 102/19 105/5
108/5 117/15 118/6
118/19 120/16 133/4
136/14 137/18 149/19
150/13 155/23 155/24
156/1 168/6 168/10
168/11 174/5 179/2
179/24 184/22 187/20
190/9 192/23 192/25
194/9 195/18 203/13
209/9 210/5 215/21
216/1 224/17 228/16
**yours [1]** 154/19
**yourself [1]** 215/15
**Yttrium [1]** 188/11
188/13 188/15 188/19
**Yttrium-90 [3]** 188/11
188/13 188/19

**Z**

**zero [3]** 160/9 166/16
195/22
**zeros [2]** 165/25 166/8
**Zobel [1]** 2/13
**zoom [1]** 159/18