UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO.: 13-80928-CIV-MARRA
(Consolidated Action: Lead Case)

RICHARD COTROMANO, BETHANY
COTROMANO, FRANK DECARLO,
PAULETTE DECARLO, GREGORY
DUNSFORD, JENNIFER DUNSFORD,
JOYCE FEATHERSTON, ,

    Plaintiffs,

v.

UNITED TECHNOLOGIES
CORPORATION, Pratt & Whitney Group,
a Connecticut Corporation, and PALM
BEACH AGGREGATES, LLC, a Florida
Corporation,

    Defendants.
_____/

## ORDER DROPPING DEFENDANT PALM BEACH AGGREGATES, LLC AS A PARTY WITH PREJUDICE

This cause is before the Court upon Plaintiffs' and Defendant Palm Beach Aggregates, LLC's ("PBA") Joint Motion to Drop PBA with Prejudice (DE 585). The Motion is fully briefed and ripe for review. The Court has carefully considered the Motion and is otherwise fully advised in the premises.

It is hereby **ORDERED AND ADJUDGED** as follows:

1) The Motion (DE 585) is **GRANTED**.

2) Defendant Palm Beach Aggregates, LLC is dropped as a party to this action with prejudice under Fed. R. Civ. P. 21.

3) The Clerk shall terminate Palm Beach Aggregates, LLC in the above-referenced case (9:13-CV-80928-MARRA).

4) The Motion for Summary Judgment (DE 546) is DENIED AS MOOT.

2

5) The Clerk shall terminate the Motion to Consolidate (DE 537), as it is not a motion.

**DONE AND ORDERED** in Chambers at West Palm Beach, Palm Beach County, Florida, this 9th day of April, 2020

KENNETH A. MARRA
United States District Judge