UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 13-80928-CIV-MARRA
(Consolidated Action: Lead Case)

RICHARD COTROMANO, et al, all on
behalf of themselves and others similarly situated,

Plaintiffs,

vs.

RAYTHEON TECHNOLOGIES CORP.,
d/b/a Pratt Whitney,

Defendant.
_____/

## ORDER

This cause is before the Court *sua sponte*.

In light of the Court's Order (DE 597) entered on May 6, 2020, which ordered that the parties re-brief certain *Daubert* motions, it is hereby **ORDERED AND ADJUDGED** as follows:

The following motions are **DENIED AS MOOT**: DE 544, 545 548, 549.

**DONE AND ORDERED** in Chambers at West Palm Beach, Palm Beach County, Florida, this 28th day of May, 2020.

KENNETH A. MARRA
United States District Judge