UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 13-cv-80928-MARRA

RICHARD COTROMANO, et al., all on behalf of
themselves and all others similarly situated,

Plaintiffs,

vs.

RAYTHEON TECHNOLOGIES CORPORATION,

Defendant.
_____/

**ORDER ON DEFENDANT'S MOTION IN LIMINE NO. 2 TO PROHIBIT EVIDENCE OR ARGUMENT REGARDING THE SUPPOSED HEALTH EFFECTS OF ALLEGED CONTAMINATION (DE 671)**

This cause is before the Court upon Defendant's Motion in Limine No. 2 to Prohibit Evidence or Argument Regarding the Supposed Health Effects of Alleged Contamination (DE 671). Plaintiffs have filed a Response (DE 678). The Court has carefully considered the Motion and is otherwise fully advised in the premises.

Accordingly, it is hereby **ORDERED AND ADJUDGED** that Defendant's Motion in Limine No. 2 to Prohibit Evidence or Argument Regarding the Supposed Health Effects of Alleged Contamination (DE 671) is **DENIED WITHOUT PREJUDICE** to Defendant being able to object to the admission of any evidence relating to this issue at the time it is offered.

**DONE AND ORDERED** in Chambers at West Palm Beach, Palm Beach County, Florida, this 21st day of December, 2021.

KENNETH A. MARRA
United States District Judge