UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
CASE NO.: 9:13-cv-80928 MARRA
(Consolidated Action: Lead Case)

RICHARD COTROMANO, et al., all on behalf of
themselves and all others similarly situated,
        Plaintiffs,
vs.

RAYTHEON TECHNOLOGIES CORPORATION,
et al,
        Defendants.
_____/

## PLAINTIFFS' TRIAL WITNESS LIST

Plaintiffs hereby serve a Trial Witness List amending the May Call-Will Call list disclosed to Defendant as follows.

- Those in the May Call list have been redesignated as Likely or Unlikely.

    Likely Call witnesses are Will Call Witnesses.

- Witnesses are described as Live, Live*, Depo, or Conditional in the status column.

    - Plaintiff reserves the right to call a witness by deposition if the witness proves unavailable or for any other reason provided under the Federal Rules of Civil Procedure.
    - Witnesses noted as Live* are witnesses who have been served, are likely to be served or have agreed to a date on call, and for whom Plaintiffs are not filing transcripts unless exigent circumstances arise.
    - Conditional witnesses are witnesses for whom appearance is not yet known despite attempts to serve. Plaintiffs have separately filed deposition designations and counter designation for any witness marked as conditional or depo.
    - Plaintiffs will be filing transcripts for Jack Wilson and for Paul Steinmeyer.

The following amendments should also be noted.

- Richard Smith, PhD will be called live, and not via prior testimony.

- Arie Perry, MD will be called in the manner ordered by the Court subject to present motion.
- Plaintiffs also add William Brow whose inadvertent exclusion from the list was noted in court hearings, wherein Plaintiffs advised that Mr. Brow would be called in Rebuttal only.
- Plaintiffs have removed Pradnay Ramdev, MD.

| No. | Orig. No. | Witness Name | Role | Live, Depo, Conditional | Will Call/ May Call |
|---|---|---|---|---|---|
| 1. | 1 | Cotromano, Bethany *c/o Plaintiffs' Counsel* | Plaintiff | Live | A Will Call |
| 2. | 2 | Cotromano, Richard *c/o Plaintiffs' Counsel* | Plaintiff | Live | A Will Call |
| 3. | 3 | DeCarlo, Frank *c/o Plaintiffs' Counsel* | Plaintiff | Live | A Will Call |
| 4. | 4 | DeCarlo, Paulette *c/o Plaintiffs' Counsel* | Plaintiff | Live | A Will Call |
| 5. | 5 | Dunsford, Gregory *c/o Plaintiffs' Counsel* | Plaintiff | Live | A Will Call |
| 6. | 6 | Dunsford, Jennifer *c/o Plaintiffs' Counsel* | Plaintiff | Live | A Will Call |
| 7. | 7 | Featherston, Joyce *c/o Plaintiffs' Counsel* | Plaintiff | Live | A Will Call |
| 8. | 8 | Bilder, Don As Corporate Representative | Corp.Rep. and Manager when Deposed | Depo | A Will Call |
| 9. | 9 | Heffernan, Maura as Corporate Representative September 15, 2016 December 29, 2015 | Corp.Rep. and Manager when Deposed | Depo | A Will Call |
| 10. | 11 | Dominici, PhD Francesca Harvard School of Pub Health | Expert | Live | A Will Call |
| 11. | 12 | Gossman MS Michael S. Regulation Directive | Expert | Live | A Will Call |
| 12. | 13 | John A. Kilpatrick, Ph.D., | Expert | Live | A Will Call |

| No. | Orig. No. | Witness Name | Role | Live, Depo, Conditional | Will Call/ May Call |
|---|---|---|---|---|---|
| 13. | 14 | Kaltofen PhD, Marco Boston Chemical Data | Expert | Live | A Will Call |
| 14. | 15 | Perry, M.D. Arie San Francisco, CA 94117 | Expert | via zoom or depo if allowed | A Will Call |
| 15. | 16 | Abernethy PhD, Robert Deceased | Witness | Depo | A Will Call |
| 16. | 10 | Corporate Representative of Defendant | Party Custodian Corp. Rep. | Live | Likely Call |
| 17. | 18 | Behringer, David Allan 10852 Masters Dr. Clermont, FL 34711 | Witness | Depo | Likely Call |
| 18. | 19 | Gee, Dean 28318 E. Benders Landing Blvd. Spring, TX 77386 | Witness, manager when deposed | Depo | Likely Call |
| 19. | 20 | Jarrell, Deborah 2955 Banyan Lane West Palm Beach, FL 33403 | Witness | Conditional | Likely Call |
| 20. | 21 | Lurix, Joseph 13935 Aster Avenue Wellington, FL 33414 | Witness | Conditional | Likely Call |
| 21. | 22 | Miskimens Piche, Rebecca 23138 Rainbow Road Boca Raton, FL 33428 | Witness | Live* | Likely Call |
| 22. | 24 | Newfield, Tracy *c/o Plaintiffs' Counsel* | Witness | Live | Likely Call |
| 23. | 25 | Santiago, Cynthia Deceased | Witness | Depo | Likely Call |
| 24. | 26 | Seelinger, James 153 Cumberland St. Lake Placid, FL 33852 | Witness | Live* | Likely Call |
| 25. | 27 | Trujillo, Caridad 14689 21st Road North Loxahatchee Groves, FL 33470 | Witness | Conditional | Likely Call |
| 26. | 28 | Trujillo, Frank 3434 Otters Run Dr. Groveland, FL 34736 | Witness | Depo | Likely Call |

| No. | Orig. No. | Witness Name | Role | Live, Depo, Conditional | Will Call/ May Call |
|---|---|---|---|---|---|
| 27. | 29 | Watkins PhD, Sharon 818 Derbyb Ave Camp Hill, PA 17011 | Witness | Depo | Likely Call |
| 28. | 30 | Steinmeyer, Paul 30 Basket Shop Rd. Columbia, CT 06237 | Witness and Expert | Depo | Likely Call |
| 29. | 31 | Smith, PhD Richard L. SAMI/ UNC Chapel Hill 19 T.W. Alexander Dr NC  27709 | Expert | Live | Likely Call |
| 30. | 33 | Bogacz, Teresa 57 Old Rd. Springfield, MA 01129 | Witness Manager when deposed | Depo | Likely Call |
| 31. | 39 | Lane, David 120 Summerhill Cir St Augustine FL  32086 | Witness | Depo | Likely Call |
| 32. | 40 | Morris, Scott 5930 River Rd. New Port Richey, FL 34652 | Witness | Depo | Likely Call |
| 33. | 44 | Richards, William 190 S County Road Palm Beach, FL 33480 | Witness | Conditional | Likely Call |
| 34. | 49 | Wildes, Frank 622 SE 25th Dr Okeechobee, FL  34974 | Witness | Depo | Likely Call |
| 35. | 50 | Williams, Perry 16791 E Mead Hill Loxahatchee, FL 33470 | Witness | Live* | Likely Call |
| 36. | 52 | Wilson, Jack 148 Tom Sawyer Ln. Mount Holly, NC 28120 | Witness | Depo | Likely Call |
| 37. | 53 (add) | William Brow 15780 75th Ln. N. Loxahatchee, FL 33470 | Witness | Live* | Likely Call Rebuttal |
| 38. | 43 | ~~Pradnay Ramdev, M.D. 3100 SW 62nd Avenue Miami, FL 33155~~ | ~~Witness~~ | ~~Live~~ | Not Calling ~~May Call~~ |

| No. | Orig. No. | Witness Name | Role | Live, Depo, Conditional | Will Call/ May Call |
|---|---|---|---|---|---|
| 39. | 17 | Barwald, Robert L<br>1291 Barnstaple Circle<br>Wellington, FL 33414 | Witness | Live | Unlikely Call |
| 40. | 23 | Newfield, Todd<br>*c/o Plaintiffs' Counsel* | Witness | Live | Unlikely Call |
| 41. | 32 | Alberghini, David<br>100 Cirillo Dr. Apt O<br>Colchester, CT 06415 | Witness Manager when deposed | Depo | Unlikely Call |
| 42. | 34 | Breslauer, Michael<br>3724 Dixie Canyon Ave.<br>Sherman Oaks, CA 91423 | Witness | Depo | Unlikely Call |
| 43. | 35 | Curtis, Robert J.<br>16198 Temple Blvd.<br>Loxahatchee, FL 33470 | Witness | Conditional | Unlikely Call |
| 44. | 36 | Foster, Kimberly M.<br>1202 Merlot Drive<br>Palm Bch Gdns, FL 33410 | Witness | Depo | Unlikely Call |
| 45. | 37 | Heffernan, Maura<br>9731 SW Royal Poinciana<br>Port Saint Lucie, FL 34990 | Former Employee Witness | Live | Unlikely Call |
| 46. | 38 | Johnson, Donna<br>26689 Antioch Road<br>Andalusia, AL 36421 | Witness | Depo | Unlikely Call |
| 47. | 41 | Morrison, M.D. Glenn<br>3100 SW 62nd Avenue<br>Miami, FL 33155 | Witness | Depo | Unlikely Call |
| 48. | 42 | Plank, William<br>72 Camellia Circle,<br>Tequesta, Florida 33469 | Witness | Conditional | Unlikely Call |
| 49. | 45 | Sillan, John<br>172 Wild Pine Rd<br>Wellington, FL  33414 | Witness | Depo | Unlikely Call |
| 50. | 46 | Travers, Clayton R.<br>Deceased | Witness | Depo | Unlikely Call |

| No. | Orig. No. | Witness Name | Role | Live, Depo, Conditional | Will Call/ May Call |
|---|---|---|---|---|---|
| 51. | 47 | Turner, Michael<br>5318 Club Rd.<br>Haverhill, FL 33415 | Witness | Conditional | Unlikely Call |
| 52. | 48 | Vause, Paul<br>8501 Veterans Memorial<br>Tallahassee, FL  34309 | Witness | Depo | Unlikely Call |
| 53. | 51 | Williamson, John<br>Bureau of Rad. Control<br>Post Box 680069<br>Orlando, FL 32868-0069 | Witness | Depo | Unlikely Call |

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on this 11th day of January 2022, I electronically filed the foregoing Will Call / May Call Witness List with the Clerk of the Court using CM/ECF.

s/ Mara R. P. Hatfield
MARA R. P. HATFIELD
Florida Bar No.: 37053
Attorney E-Mails: mrh@searcylaw.com
And dbotero@searcylaw.com
Primary E-Mail:
_hatfieldteam@searcylaw.com

**Searcy Denney Scarola Barnhart & Shipley, P.A.**
2139 Palm Beach Lakes Boulevard
West Palm Beach, Florida 33409
Phone: (561) 686-6300
Fax:    (561) 383-9539

*Attorneys for Cotromano and subsequent Plaintiffs*