UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
**CASE NO.: 9:13-cv-80928 MARRA**
**(Consolidated Action: Lead Case)**

RICHARD COTROMANO, et al., all on behalf of themselves and all others similarly situated,
    Plaintiffs,
vs.

RAYTHEON TECHNOLOGIES CORPORATION, et al,
    Defendants.
_____/

## PLAINTIFFS' AMENDED MOTION FOR PERMISSION TO BRING ELECTRONIC EQUIPMENT INTO THE COURTROOM IN ADVANCE OF TRIAL

Plaintiffs, by and through undersigned counsel, hereby file this Amended Motion for Permission to Bring Electronic Equipment into the Courtroom for the upcoming trial in this matter, and state as follows:

1. Trial is set before Judge Kenneth A. Marra beginning on July 5, 2022 through July 29, 2022.

2. Counsel believes that they and their staff will require the use of the following electronic devices during this scheduled trial. Counsel believes that the utilization of this technology, and of these items, will permit for a more efficient and expedited proceedings and will aid in the presentation of the case.

3. Devices include the following:
    a. Audio/visual playback/display equipment including computer and video/DVD playback equipment, power cords, cables, and other similar items.
    b. A projector and portable screen.
    c. An audio speaker for video playback.
    d. An Elmo document camera/projection device.
    e. Printer/Scanner
    f. Wi-Fi Hot Spots

- g. External Hard Drives and thumb drives
- h. Smart Watches
- i. Personal devices* used by:
    - i. Jack Scarola, Esq.
    - ii. Mara R. P. Hatfield, Esq.
    - iii. David P. Vitale Jr., Esq.
    - iv. Darren R. Latham, Esq.
    - v. Elise Sherr Allison, Esq.
    - vi. Chris Rodgers, Paralegal
    - vii. Marcio D. Martinez Moreno (with Above and Beyond Reprographics)
    - viii. Alex Alvarez, Esq. (Plaintiffs' Trial Support)
    - ix. Xavier Navarro (Plaintiffs' Trial Support)
    - x. Michael Alvarez (Plaintiffs' Trial Support)
    - xi. Jose Serrano (Plaintiffs' Trial Support)
    - xii. Chris Deckert (Plaintiffs' Trial Support)
    - xiii. Jennifer Dunsford (Plaintiff)
    - xiv. Gregory Dunsford (Plaintiff)
    - xv. Joyce Featherston (Plaintiff)
    - xvi. Tracy Newfield (Plaintiff)
    - xvii. Todd Newfield (Plaintiff)
    - xviii. Bethany Cotromano (Plaintiff)
    - xix. Richard Cotromano (Plaintiff)
    - xx. Paulette DeCarlo (Plaintiff)
    - xxi. Frank DeCarlo (Plaintiff)
    - xxii. Marco Kaltofen, Ph.D., PE, C. NSE (Plaintiffs' Expert)
    - xxiii. Michael Gossman, M.S, DABR, FAAPM, FACR (Plaintiffs' Expert)
    - xxiv. Richard Smith, Ph.D. (Plaintiffs' Expert)
    - xxv. Francesca Dominici, Ph.D. (Plaintiffs' Expert)
    - xxvi. John Kilpatrick, Ph.D. (Plaintiffs' Expert)

*Personal devices including a laptop computer, tablet computer, cellular telephone (smart phone) and loaded with various software per individual listed above.

WHEREFORE, Plaintiffs respectfully request that the Court enter an Order permitting Plaintiffs to bring the aforementioned electronic equipment into the courthouse and/or courtroom for use during the trial of this case.

**CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that on this 1st day of July 2022, I electronically filed the foregoing Motion for Permission to Bring Electronic Equipment into the Courtroom in Advance of Trial referenced herein.

| | |
|---|---|
| s/ Mara R. P. Hatfield | **Searcy Denney Scarola Barnhart & Shipley, P.A.** |
| MARA R. P. HATFIELD | 2139 Palm Beach Lakes Boulevard |
| Florida Bar No.: 37053 | West Palm Beach, Florida 33409 |
| Attorney E-Mails: mrh@searcylaw.com | Phone: (561) 686-6300 |
| And dbotero@searcylaw.com | Fax:    (561) 383-9539 |
| Primary E-Mail: | |
| _hatfieldteam@searcylaw.com | *Attorneys for Cotromano and subsequent Plaintiffs* |