UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO.: 9:13-cv-80928 MARRA
(Consolidated Action: Lead Case)

RICHARD COTROMANO, BETHANY
COTROMANO, FRANK DECARLO,
PAULETTE DECARLO, GREGORY
DUNSFORD, JENNIFER DUNSFORD,
JOYCE FEATHERSTON,

Plaintiffs,
vs.

RAYTHEON TECHNOLOGIES
CORPORATION, Pratt & Whitney Group,
A Connecticut Corporation,

Defendants.
_____/

## VERDICT

We, the jury, unanimously find the following by a preponderance of the evidence:

**Chapter 376 Claim**

> QUESTION 1: Did Plaintiffs prove, by a preponderance of the evidence, that a discharge or other condition of pollution from Pratt & Whitney prohibited by the Florida Department of Environmental Protection was released into or upon the Acreage?
>
> Answer: Yes _____   No __X__
>
> If your answer to Question 1 is "YES," proceed to Question 2. If your answer to Question one is "NO," skip Question 2 and proceed to Question 4.

QUESTION 2: Did any of the Plaintiffs prove, by a preponderance of the evidence, that the prohibited discharge from Pratt & Whitney caused the cancer cluster resulting in a diminution of the value of their property?

Answer: Yes _____ No_____

If your answer to Question 2 is "YES," you go to Question 3. If your answer Question 2 is "NO," skip Question 3 and go to Question 4.

QUESTION 3: For each Plaintiff what is the amount of damages, if any, that you find resulted from the prohibited discharge in the Acreage?

| | |
|---|---|
| Richard and Bethany Cotromano | $_____ |
| Frank and Paulette DeCarlo | $_____ |
| Gregory and Jennifer Dunsford | $_____ |
| Joyce Featherston | $_____ |

Proceed to Question 4.

**Negligence Claim**

QUESTION 4: Did Plaintiffs prove, by a preponderance of the evidence, that Pratt & Whitney failed to exercise reasonable care in the use and disposal of radioactive materials at its Palm Beach County facility?

Answer: Yes __X__ No_____

If your answer to Question 4 is "YES," proceed to the next question. If your answer to Question 4 is "NO," date and sign this form.

QUESTION 5: Did Plaintiffs prove, by a preponderance of the evidence, that as a result of Pratt & Whitney's failure to use reasonable care, radioactive materials from Pratt & Whitney's facility were transported to locations in the Acreage?

Answer: Yes _____ No __X__

If your answer to Question 5 is "YES," proceed to Question 6. If your answer to Question 6 is "NO," date and sign this form.

QUESTION 6: Did Plaintiffs prove, by a preponderance of the evidence, that radioactive contamination from Pratt & Whitney caused the cancer cluster that was designated in the Acreage by the Florida Department of Health?

Answer: Yes _____ No _____

If your answer to Question 6 is "YES," proceed to Question 7. If your answer to Question 6 is "NO," date and sign this form.

QUESTION 7: Did any of the Plaintiffs prove, by a preponderance of the evidence, that the designation of a cancer cluster in the Acreage caused by Pratt & Whitney resulted in damages to Plaintiffs?

Answer: Yes _____ No _____

If your answer to Question 7 is "YES," proceed to Question 8. If your answer to Question 7 is "NO," then date and sign the form.

QUESTION 8: For each Plaintiff, what is the amount of damages, if any, that you find resulted from Pratt & Whitney causing the cancer cluster?

IF YES for any Plaintiffs, in what amount?

| | |
|---|---|
| Richard and Bethany Cotromano | $_____ |
| Frank and Paulette DeCarlo | $_____ |
| Gregory and Jennifer Dunsford | $_____ |
| Joyce Featherston | $_____ |

If you awarded any damages to any of the Plaintiffs in Question 8, then answer Question 9.

QUESTION 9: Under the circumstances of this case, state whether you find by clear and convincing evidence that punitive damages are warranted against Pratt & Whitney:

Answer: Yes _____ No_____

If your answer to Question 9 is "YES," what is the total amount of punitive damages, if any, which you find should be assessed against Pratt & Whitney?

$_____

NOTE TO JURORS: If you awarded damages to any Plaintiff in the answers to Questions 3 and 8, you should know that the amounts awarded will not be added together in a judgment entered against Pratt & Whitney. Any Plaintiff awarded damages will only be compensated once for the same injury.

SO SAY WE ALL.

Date  7/26/22

Foreperson's Signature                    Foreperson print name