UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 13-80928-CIV-MARRA
(Consolidated Action: Lead Case)

RICHARD COTROMANO, et al., all on behalf of
themselves and all others similarly situated,

                                        9:13-cv-80928-Marra/Reinhart

Plaintiffs,

vs.

RTX CORPORATION, d/b/b Pratt & Whitney,

Defendant.
_____/
JOSEPH ADINOLFE, etc., et al.,

                                        9:10-cv-80840 Marra/Reinhart

Plaintiffs,

vs.

RTX CORPORATION, d/b/a Pratt & Whitney,

Defendant.
_____/

## ORDER

    This cause is before the Court on its own motion.

    All pre-trial deadlines and the trial are extended by 30 days.  The oral argument

scheduled for February 20, 2025 is cancelled and will be scheduled by further order of the Court.

    **DONE AND ORDERED** in Chambers at West Palm Beach, Palm Beach County,

Florida, this 7th day of February, 2025.

KENNETH A. MARRA
United States District Judge